___ X FILED       ___ RECEIVED
___ ENTERED      ___ SERVED ON

11/07/2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PLAINTIFF,<br>MILAN MICHAEL KOTEVSKI, | |
| | |
| vs. | |
| DEFENDANTS,<br>GEORGE W. BUSH | |
| HILLARY RODHAM CLINTON; WILLIAM | |
| JEFFERSON CLINTON; | **25-cv-** |
| ANGELA MERKEL; ANGIE ORTIZ; | |
| Alistair James Hendrie Burt; | |
| Sir ALEXANDER WILLIAM YOUNGER; | |
| Akbar Al Baker أكبر الباكر;  AJAY SINGH; | |
| ARMIN HASENPUSCH;ANDREW WEISSMANN; | |
| ARNDT FREYTAG von LORINGHOVEN; | |
| JUDGE AMIT MEHTA; ANTHONY FOXX; | |
| ANDREW DAVID PARKER | |
| (Baron Parker of Minsmere); | |
| ALICE FISHER; Albert Dwoskin; | |
| ANN MARIE SLAUGHTER; | |

JUDGE ANTHONY J. TRENGA,
AMY ROSENBAUM
JUDGE AMY J. St. EVE;
ANDREW MCCABE
ANURIMA BHARAGAVA
JUDGE ANNE CONWAY
ASHTON CARTER
AKIHIRO OTA (太田 昭宏);
AVRIL HAINES
BARACK OBAMA
BARBARA L. HERWIG
Brett Gibson
Balram Bheodari
BRAIN MOYNIHAN
BRAIN DEESE
BRAIN KRZANICH
BRAIN BENCZKOWSKI,
BERNADETTE MEEHAN
BEN RHODES
BRIANA DUBOIS
BHUPENDRA BHULO KANSAGRA

1

BEAN LLC d/b/a Fusion GPS
CATHERINE LHAMON
CAROLINE ATKINSON
CAROLINE KENNEDY;
COLIN POWELL;
CHELSEA CLINTON;
CATHERINE RUSSELL
CHRISTOPHER JOHNSTONE
CHRISTOPHER M. CHADWICK
CHARLES McCULLOUGH,
CHARLES SCHARF
CORNELIA PIEPER;
CHAD WOLF
Carmen Spell
City of Atlanta
CHERYL MILLS
Christopher Steele
COLIN STEPHEN MATTHEWS;
JUDGE CLAIRE EAGAN
JUDGE CARL NICHOLS
JUDGE CANDACE JACKSON-AKIWUMI;
JUDGE COLLEN KOLLAR-KOTELLY
DANIEL RUSSELL
BARON DAVID RENE de ROTHSCHILD
DANA KAERSVANG
DENNIS BLAIR,
DENIS McDONOUGH
JUDGE DIANE P. WOOD;
JUDGE DAVID F. HAMILTON;
JUDGE DEE BENSON
DONALD KERR,
DAVID C. GOMPERT,
DON VERRILLI,
JUDGE DENNIS SAYLOR
DREW HOUSTON;
DAN COATS,
DAVE CALHOUN;  (Boeing)
DONALD B. VERRILLI, JR.
JUDGE DORIS PRYOR;
DENNIS MUILENBURG;
CHIEF JUDGE DIANE S. SYKES
The Estate of GEORGE H.W. BUSH
**The Estate of SHINZO ABE;**
THE ESTATE OF ANTONIN SCALIA

2

Estate of MUTHUVEL KARUNANIDHI;
The Estate of SIR EVELYN ROTHSCHILD;
THE ESTATE OF JACOB ROTHSCHILD;
The Estate of Kenneth Winston Starr
The EMIR of QATAR,
ELAINE DUKE,
ERNEST MONIZ
ERNST UHRLAU;
ELIZABETH B. PRELOGAR
ETENNE SINATAMBOU;
ERIC HOLDER
Eileen M. Decker
ERIC SCHMIDT;
EIICHI HASEGAWA
EVAN MEDEIROS
EDWIN KNEEDLER
FATIMA GOSS GRAVES
JUDGE FRANK H. EASTERBROOK;
JUDGE FREDERICK SCULLIN
FUMIO KISHIDA;
GINA McCARTHY
GREGORY GARRE,
George S. Cardona
GLEN SHIGERU FUKUSHIMA
GINA HASPEL
GREG PAGE
GEORGE SOROS
GERHARD SCHINDLER;
GUIDO WESTERWELLE
JUDGE GEORGE KAZEN
GEORGE BRANDIS;
Gary Smith;
GEOFFREY BOYD LAMB
GEORGE W. BUSH
HISAO HARIHARA
HIDEO ISHIZUKI
HIDESHI TOKUCHI
HIROSHI MUTO
HIROSHI SUZUKI
HUNTER BIDEN
HAROLD HONGJU KOH;
HOLLY A. THOMAS
ISAO IIJIMA
Sir IAIN ROBERT LOBBAN,

3

Itsurō Terada 寺田 逸郎
IAN HEATH GERSHENGORN
JUDGE ILLANA D. ROVNER;
JACOB LEW
JOHN C. "CHRIS" INGLIS,
JAKAYA KIKWETE
JOHN RATCLIFFE,
JAMES FERGUSON "JAY" CARNEY;
JAMES CLAPPER
JEFFREY SMISEK
JAKE SULLIVAN;
JAMES WINNEFELD
JAMES MURREN
JAMIE DIMON
JENNIFER PSAKI
JEFFREY ZIENTS
JAMES BELL;
JOE MAGUIRE,
J. Walter Green
JIM CICCONI;
JUDGE JAMES BOASBERG
JAMES COMEY
JAY JACOBS;
JAMES J. MURREN;
JIM LENTZ III
JUDGE JOHN LEE;
JOHN KERRY
JUSTIN COOPER;
JC YOO;
JAMES ANDREW BAKER,
JESSICA A. OTT;
JUDGE JOHN THARP
JOHN T. MORTON,
JUDGE JAMES ZAGEL
JUDGE JAMES JONES
John A. Braun
JOHN J. STUDZINSKI
Joseph "Nick" Nicolosi
JUDGE JOAN ERICKSEN
JUDGE JOHN BATES
JUDGE GEORGE SINGAL
JOE RILEY, Jr
JOHN SAWERS,
JOHN O. BRENNAN

4

J. Walter Tejada
Joslyn N. Williams
JOSEPH BIDEN
JOCELYN SAMUELS
Dr. JILL BIDEN
JANET NAPOLITANO,
JIM BIDEN
JOHN SANDWEG,
JOHN ROTH
JEH JOHNSON
JASSIM bin HAMAD BIN KHALIFA AL THANI;
JUDGE JOEL M. FLAUM;
JULIE BISHOP;
JONATHAN EVANS (Baron Evans of Weardale),
Joseph Bello
JUDGE JOSHUA KOLAR;
JOHN PODESTA
JOYCE R. BRANDA
JULIAN ABDEY
JULIE JOHNSON,
JEFFERSON BEAUREGARD SESSIONS III
Judith N. Batty
Katherine K. Hanley
KASUNOBU KATO
KALANITHI MARAN.
JUDGE KARIN IMMERGUT
KATHERINE DARBY-BURNS;
General KEITH B. ALEXANDER,
KIRSTJEN NIELSEN,
JUDGE KENNETH KARAS
KOJI TOMITA
KEVIN KEALOHA McALEENAN,
AMBASSADOR KRISTIE KENNEY;
KENICHIRO SASAE
KRISTINA KHOMOVA
JUDGE KENNETH F. RIPPLE;
LISA MONACO
LISA PAGE
LILLY WINCHESTER (AKA LILLY RADER).
LIZ ROBBINS
LISA PAGE,
LOIS LERNER
LYNN FORESTER DE ROTHSCHILD
MASATSUGU AKAKAWA

MARCUS KOSINS;
MARCIA GREENBERGER
MARK GIULIO
MARTIN BIESEL;
MO IBRAHIM;
former Prime Minister MANMOHAN SINGH;
MARY BETH BANKSON WILLIAMS
JUDGE MARTIN FELDMAN
JUDGE MICHAEL MOSMAN
MAHMOUD KANDATHIL;
MICHAEL CHERTOFF,
MICHAEL KEENAN;
**MICHELLE OBAMA;**
MICHAEL DEMPSEY,
MILES ARMITAGE;
MICHAEL FROMAN;
MICHAEL McCONNELL;
MINDY JACOBS;
MITSUHIDE IWAKI (岩城 光英)
Michael L. Smith
Mamie W. Mallory
Michele Hagans
Mark Uncapher
JUDGE MICHAEL B. BRENNAN;
JUDGE MICHAEL Y. SCUDDER JR.;
Mahmoud Kandathil
MATTHEW G. OLSEN,
MORRIS PASQUAL
MERRICK GARLAND
Mary Bello
JUDGE MALCOM HOWARD
JUDGE MARY MCLAUGHLIN
Michael Bagneris
MARY GRIFFIN YOUNG
MICHAEL JOSEPH MORELL
MYTHILI RAMAN
Mr. GEN NAKATANI
current Prime Minister NARENDRA MODI;
NORIHIKO ISHIGURO
NEAL KATYAL,
NSO GROUP
Neil Abramson
NORBERT STIER;
OLUSEGUN OBASANDJO;

6

Octave "Todd" Francis III
PAUL FOLEY;
Paula "Polly" (Finley) BARR
PAUL KAGAME
PENNY PRITZKER
PETER AMMON;
PETER STRZOK
PETER JOSEPH NOOZHUMURRY VARGHESE;
PHILIP JIMINEZ;
RAND BEERS,
RIC GRENELL,
ROSE GOTTEMOELLER
REED HASTINGS
REBECCA WETHERBEE
RICHARD ANDERSON;
JUDGE RAYMOND DEARIE
Ruth Kullman
ROBERT MUELLER III
RICHARD H. LEDGETT JR.
JUDGE ROGER VINSON
JUDGE ROSEMARY M. COLLYER
Roger Ogden
REX TILLERSON
ROBERT MICHAEL GATES
ROD JAY ROSENSTEIN,
RUSSLYNN ALI
RONALD L. BURGESS JR,
JUDGE SARA LIOI,
SHAILAGH MURRAY
SHIMON PERES;
SHARON M. MCGOWAN
SHONDA RHIMES
SAMANTHA POWER
SHOTARO YACHI (谷内 正太郎);
SHIGERU KITAMURA;
STEPHANIE O'SULLIVAN,
SHEA PERTUIT;
SARAH SALDAÑA,
SALLY YATES,
Sean O. Burton
Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani (aka: HBJ);

SUSAN RICE

7

SUSAN WEBBER WRIGHT
SUZY GEORGE
STEPHANIE POPE;          (Boeing)
STRATFOR
Stephanie Yonekura
TARŌ ASŌ (麻生 太郎),
TAKYA IMAI
THOMAS HOMAN,
TOM VILSACK
TRACY BLANCHARD
TIM COOK;
JUDGE THOMAS HOGAN
JUDGE THOMAS RUSSELL
THEODORE COLBERT III;
JUDGE THOMAS L. KIRSCH II;
TIMOTHY KEITH- LUCAS
THAO BUI
Thorn Pozen
TONY ABBOTT;
TONY PODESTA
Timothy Poole
TOMOHIKI TANIGUCHI
TOM PEREZ
TONY BLAIR
Tony Bello
TONY ABBOTT;
TJORVEN BELLMANN;
JUDGE TIMOTHY D. DeGIUSTI,
TINA TCHEN
Taylor Chess
TERRENCE  MCAULIFFE
WARWICK ALLEN;
William E. Sudow
WARREN ERROL TRUSS;
WOLF         RUTHART BORN;
AMBASSADOR WILLIAM BROWNFIELD;
WERNER HOYER;
WERNER OBER;
VALERIE JARRETT;
VANITA GUPTA
VERA POCHTAREV
VLADIMIR PUTIN
Volodymyr Oleksandrovych Zelenskyy
XI JINPING

YASUO SAKAMOTO
YOICHI MIYAZAWA (宮沢 洋)
YOSHIHIDE SUGA;
YŌKO KAMIKAWA,
Zachary Thomas Fardon
5 Eyes;
HARTSFIELD-JACKSON ATLANTA INTERNATIONAL AIRPORT (In Rem);
WASHINGTON DULLES INTERNATIONAL AIRPORT (In Rem);
London Heathrow Airport (In-Rem)
Louis Armstrong New Orleans International Airport. In-Rem.
Heathrow Airport Holdings LTD.
AMAZON WEB SERVICES INC
AMAZON Inc.;
APPLE Inc.;
ALPHABET Inc.
AT&T INC.;
AEROFLOT;
AIRBUS SE;
BANK OF AMERICA;
BLACKSTONE Inc;
Blackstone Europe LLP;
BOEING Inc.,;
BRITISH AIRWAYS
CARGILL FOODS Inc.;
Campus Federal Credit Union
CLINTON GLOBAL INITATIVE
COX COMMUNICATION INC
DELTA AIRLINES INC.;
DUETSCHE LUFTHANSA AG;
INTERNATIONAL CONSOLIDATED AIRLINES GROUP S.A
J.P Morgan India Services Pvt Ltd;      |
J.P. MORGAN QATAR;
JPMorgan Chase Bank, N.A;
JP MORGAN CHASE Inc;
META Inc.;
MICROSOFT INC
MGM Resorts International Inc.;
NATIONAL WOMEN'S LAW CENTER
NETFLIX, INC.;
OPEN SOCIETY INSTITUTE OR OSF
PepsiCo;
QATAR AIRWAYS
QATAR INVESTMENT AUTHORITY (hereon: QIA)        |
(QIA; Arabic: جهاز قطر للإستثمار)

9

ROTHSCHILD CONTINUATION HOLDINGS;
SAKURA HOUSE CO. LTD
SANTA CLARA UNIVERSITY
SPICEJET;
WALT DISNEY COMPANY;
VERIZON Inc
VISA Inc.;
ROTHSCHILD & CO.;
E.L. Rothschild LP;                                    |
J.P MORGAN CHASE & CO.;                        |
     ROTHSCHILD & Co SCA;                |
ROTHSCHILD & Co INDIA PRIVATE LIMITED;          |
ROTHSCHILD & Co DOHA LLC;                       |
N.M. ROTHSCHILD & SONS LIMITED;                 |
ROTHSCHILD & Co EQUITY MARKETS                  |
SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc;      |
ROTHSCHILD & Co Vermögensverwaltung GmbH; |
ROTHSCHILD & Co Wealth Management (Europe) S.A;  |
ROTHSCHILD & Co Wealth Management Monaco;        |
ROTHSCHILD & Co Bank AG (Switzerland);          |
ROTHSCHILD & Co Wealth Management UK Limited;    |
ROTHSCHILD & Co Investment Managers;            |
Rothschild & Co Asset Management US Inc;        |
FIVE ARROWS MANAGERS North America LLC;  |
CHRISTOPHER C. ALEXA;
VERICA V. KOTEVSKI;
DAVE CALHOUN;  (Boeing)
STEPHANIE POPE;      (Boeing)                |
JAMES BELL (BOEING)         |
CHRISTOPHER M. CHADWICK (Boeing)
The Republic of (INDIA);
THE GOVERNMENT OF JAPAN;
THE GOVERNMENT OF THE UNITED KINGDOM;
THE COMMONWEALTH OF AUSTRALIA;
The REPUBLIC OF INDIA;
STATE OF QATAR;
REPUBLIC OF UGANDA;
REPUBLIC OF LIBERIA;        |
REPUBLIC OF KENYA;
KINGDOM OF MOROCCO;
*The United Republic of Tanzania;*
*The Republic of RWANDA;*
*THE FEDERAL REPUBLIC OF NIGERIA*
*The State of ISRAEL;*

*The Nation of MAURITIUS*

UNKNOWN OFFICERS, LAWYERS, EMPLOYEES,    |
CONTRACTORS, JUDGES, AND/OR SOLDIERS IN:    |
THE DEPARTMENT OF JUSTICE,    DEPARTMENT    |
OF EDUCATION, DEPARTMENT OF HOMELAND    |
SECURITY, CENTRAL INTELLIGENCE AGENCY,    |
FEDERAL BUREAU OF INVESTIGATION, 5 EYES,    |
DEPARTMENT OF DEFENSE, DEPARTMENT OF    |
STATE, NATIONAL SECURITY ADMINISTRATION,    |
DIRECTOR OF NATIONAL INTELLIGENCE, MI6,    |
NSO GROUP,    |BUNDESNACHRICHTENDIENST,    |
公安調査庁, kōanchōsa-chō, FOREIGN INTELLIGENCE    |
OF UKRAINE (SZRU), AUSTRALIAN SECRET    |
INTELLIGENCE SERVICE, SEWANEE, TN POLICE    |
DEPARTMENT, FRANKLIN COUNTY, TN SHERIFF'S    |
OFFICE, FAA, LOUISIANA STATE UNIVERSITY,    |
SANTA CLARA UNIVERSITY, THE UNIVERSITY OF    |
THE SOUTH, FISA COURT, ALGEMENE    |
INLICHTINGEN-EN VEILIGHEIDSDIESNT,    |
MAIN DIRECTORATE OF THE GENERAL STAFF OF    |
THE RUSSIAN FEDERATION, Служба внешней    |
разведки Российской Федерации, DIRECTORATE    |
OF MILITARY INTELLIGENCE (IRELAND), UNITED    |
KINGDOM'S SECRET INTELLIGENCE SERVICE, THE |
SECURITY SERVICE (MI5), THE GOVERNMENT |
COMMUNICATIONS HEADQUARTERS (GCHQ), |
DEFENCE INTELLIGENCE (UNITED KINGDOM),    |
MINISTRY of HOME AFFAIRS (INDIA),    |
MINISTRY of STATE SECURITY OF CHINA    |
国家安全部; Intelligence Bureau (IB) (आसूचना ब्यूरो)    |
(āsūcanā byūro)(under Ministry of Home Affairs (INDIA));|
Research and Analysis Wing (abbreviated: R&AW)    |
**Ministry of Finance of the Republic of India**: *Vitta Maṃtrālaya*

# PLAINTIFF'S Fed. R. Civ. P. Rule 65 EMERGENCY TEMPORARY RESTRAINING ORDER

11

**Section I: BASIS OF JURISDICTION and VENUE:**

**A:**

- 42 U.S.C. §1988;
- 18 U.S.C. §1961 et al.,
- 18 U.S.C. §2340;
- 18 U.S.C. §2441;
- 20 U.S.C. §701;
- 42 U.S.C. §2000aa;
- 42 U.S.C. § 2000a;
- 42 U.S.C. §2000dd;
- TERRORISM RISK INSURANCE ACT of 2002.
- FSIA 28 U.S.C. §1605B
- 28 U.S.C. §1330
- 18 U.S.C. § 2520(a)
- 50 U.S.C. 1810
- 28 U.S.C. §1343;
- 28 U.S.C. §1367 (and Louisiana Revised Statutes)
- 42 U.S.C. §2000a-6;
- 18 U.S.C. §1964;
- RFRA/42 U.S.C. §2000bb
- 18 U.S.C §2333
- 28 U.S.C. §1605(a)(7)
- 28 U.S.C. §1330
- 50 U.S.C. §1810
- 29 U.S.C. §790 (Section 504)

**Venue:** Venue is appropriate because venue was proper in a case relating to Kawaii that PLAINTIFF incorporated herein. LAS VEGAS is an easily accessible city by nearly all of the DEFENDANTS anywhere in the world as there are regular cheap flights from every single major US city to LAS VEGAS and most foreign capitals or foreign nations have flights to LAS VEGAS. Most importantly, LAS VEGAS is the best opportunity for fairness on behalf of all parties involved because LAS VEGAS is not entangled politically and in international affairs the way Washington DC, NYC, etc would be and there are no major relationships with the DEFENDANTS PLAINTIFF could find for now that would call into question favoritism.  PLAINTIFF will absolutely not get a fair trial in Washington DC.

# COMPLAINT.

## Summary of Case:

Whether it was an through the Russians and Chinese and with the US Government pushing PLAINTIFF in the wrong direction every step of the way (except once),  one thing is for sure, PLAINTIFF faced an onslaught of constitutional deprivations, liberty deprivations, property deprivations, and has had his ability to pursue his happiness wrecked upon years of enslavement, war crimes, torture, and a RICO Enterprise against PLAINTIFF. PLAINTIFF went to the Courts thinking it was his place of last refuge only to be devastated that the RICO Enterprise just continued in Court. Just how many Courts and Judges perpetuated the RICO Enterprise? Minimum of 10 US Federal Judges, 2 US Magistrate Judges, 4 different appeals courts and 5 different district courts. All PLAINTIFF just wants is for liberty and fairness to reign supreme and is not asking for anywhere near what he is legally entitled to. PLAINTIFF sincerely wishes the US Government would talk to PLAINTIFF about CHINA and RUSSIA before things escalate any further.

On October 20th, 2023, all of PLAINTIFF'S hopes, dreams, and pursuit of happiness was put on a flashdrive and given to DOJ in which all PLAINTIFF then had left was Kawaii and his faith in God. PLAINTIFF'S very existence and future existence was put on that flashdrive. For 2 years, PLAINTIFF was not treated as a human nor as an American citizen (despite being both). Instead, he was a disposable thing in which a vile form of Star Chambers arose all the while PLAINTIFF watched on his computer screen, on X (Twitter), and on TV his dreams, hopes, pursuit of happiness, and very existence be stabbed in the back with a cruel and inhumane dagger of corruption and malicious indifference in which PLAINTIFF had an act of domestic terrorism committed against him, was enslaved by the Court, and unconstitutionally interned and deprived of his life. PLAINTIFF did everything he could in those two years filing motions of default and injunctions and TROs to free himself of the chains of slavery and tyranny.

Liberty and the rule of law is not a lost cause, but judges perpetuating a RICO Enterprise is a lost cause that kills America and kills the integrity of the judiciary.

*Summary of RICO Enterprise:*

## *"Nexus," "Pattern," and "Purpose"* under 18 USC 1961(5):
What is the common purpose of the RICO Enterprise shared amongst all DEFENDANTS that was being perpetuated against PETITIONER? What are some of the core characteristics that provide a discernable pattern in the seeming chaos of an international conspiracy?

• First, unequal treatment on account of PETITIONER'S Autism. Along those lines, the intentional misdiagnosis of PETITIONER and either intentional deprivation of necessary care or negligent medical treatment of PETITIONER.

• Second, retaliation on account of PETITIONER'S speech.

• Third, the ones that used, abused, and tortured PETITIONER the most deprived him of the most vital things he needed and craved like love, respect, money, and appreciation or acknowledgment of the things PETITIONER contributed and provided for them to the point that PETITIONER gave and gave until there is nothing left to give and completely destroying his sense of self.

• Fourth, a routine, systematic, habitual pattern of constitutional deprivations and international treaty violations by certain law enforcement officers whether that would be former or current employees of 5 Eyes, CIA, FBI, Indian Intel, GRU/FSB, MSS, British Intel, Dutch Intel, German Intel, Mossad, DHS, NSA, et al. This includes the numerous 18 USC 1961 Section 1503, 1512, 1513, violations; the complete breakdown of law and order where lawlessness was completely enabled so long as it was being directed at PETITIONER to protect DEFENDANTS; the intentional and materially false fabrication of PETITIONER being a monster or DEFENDANTS absolute need for a scapegoat for DEFENDANTS criminal behavior for either retention of power and money or acquisition of money or power or limiting liability to their money and power.

• Fifth, along the lines of the previous point, certain psychopathic DEFENDANTS' need of control and to limit their own liability for their criminality.

• Sixth, Sadisitic entertainment source for DEFENDANTS.

• Seventh, bad case law that enabled the abuse to be furthered.
Eighth, PETITIONER'S parents and brother.

• Eighth, a habitual and routine pattern of interactions that are characterized by the intentional and fraudulent concealment of information that PETITIONER needs to know by DEFENDANTS, routine and unrelenting lies told by DEFENDANTS to PETITIONER, actions undertaken against PETITIONERS in which DEFENDANTS presumed that PETITIONER had the knowledge that they had. Furthermore, being completely isolated and technologically isolated, PETITIONER never being informed about those who truly loved and respected PETITIONER.

14

• Ninth, the previous point that is coupled with PETITIONER'S complete social isolation and cruel, sadistic, and dehumanizing treatment of PETITONER over the years.

• Tenth, DEFENDANTS use of PETITIONER'S intelligence, analytical capabilities, words and ideas, creativity, and strong business acumen to make hundreds of billions of dollars over the years.

• Eleventh, the complete cowardice, apathy, self-preservation, or dereliction of duties by people who were in the positions to help PETITIONER when PETITIONER needed their help the most or were/are afraid of the massive amount of powers certain DEFENDANTS have, the need to feed and provide for their family, the knowledge of the complete corruption, costliness, and ineffectualness of the judicial branch in representing the needs of the People.

• Twelveth: The complete lack of accountability by law enforcement, the government, and the Court that are completely enabled to be corrupt.

Thirteenth: PETITIONER'S enslavement, the complete fabrication of PETITIONER being a monster by DEFENDANTS in their acquisition of power and money, & the disposability of PETITIONER for political purposes (i.e. PETITIONER being a political patsy). It is immaterial if a certain group of DEFENDANTS never interacted with a different group of DEFENDANTS such as would be the case of certain FBI officers and certain GRU/FSB officers and American corporations.

• Fourteenth: Other contributors include: the complete abandonment of standards, truth, and objective reality; unappreciativeness; the lack of purpose and ever increasing prevalence and acceptability of nihilism, atheism, and arrogance that there are not smarter and higher beings and entities than humans that came with rapid technological convenience; lack of faith and lack of God, and more.

*As the Court in Ghouth v. Conticommodity* Services, Inc., 642 F. Supp. 1325 (N.D. Ill. 1986) ruled, "Separate injuries to one victim in one scheme.... Although the mailings can by definition constitute two crimes of mail fraud, and thus two predicate acts, one scheme harms one victim once" as opposed to PETITIONER'S argument that it was one scheme that harmed one victim multiple times.

## Association:
*Cincinnati Gas Elec. Co. v. General Elec. Co., 656 F. Supp. 49 (S.D. Ohio 1986) (ruling that under the precise language of one statute, participation means to perform activities necessary or helpful to the operation of the enterprise, whether directly or indirectly).*

15

Unincorporated Association: *United States v. Shirey*, 359 U.S. 255 (1959) held that a political party can be a person in a crime that RICO now covers. *Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985), held "that the New Hampshire Democratic Party was **an unincorporated association**. The court found that the **common understanding** of most citizens of New Hampshire was that there was in existence a New Hampshire Democratic Party, **_commonly referred to_** and contributed to as such, which **met regularly in *convention***.
COMMONLY REFERRED TO  AND UTILIZING COMMONLY UNDERSTOOD REFERENCES IS OKAY SO INSTEAD OF writing unknown current name

*One Victim Okay For Continuity Purposes & Pattern Purposes: Ghouth v. Conticommodity Services, Inc.,* 642 F. Supp. 1325 (N.D. Ill. 1986): **Despite the fact that only one victim is apparent, the alleged, independent crimes were repeated enough over a long enough time to satisfy a liberal definition of continuity. Of course, even if we were wrong about our analysis of "pattern" above, the alleged conduct would clearly amount to a "pattern.""**

### *Continuity:*
*The threat of continuity continues to exist because there has not been a single moment since January 9th, 2024 through the sheer criminality coming from the bench in which the bench itself is violating RICO that it wont stop until there is a permanent ruling in place ending PETITIONER'S slavery. enterprise, who, seeking to further the purposes of that enterprise, act within the scope of their authority. Cf. Turkette, supra, at 581 (Congress "did nothing to indicate that an enterprise consisting of a group of individuals was not covered by RICO if the purpose of the enterprise was exclusively criminal"). Cedric Kushner Promotions, Ltd. v. King, 533 U.S. 158 (2001).*

**Continuity and Relationship.** More significantly, the "predicate acts" must show continuity and be related to each other. The Court also stated that the acts must be coupled with the threat that this activity will continue over time. *Sedima.* Common Purpose & Relationship: can include 1) numerous individuals committing the predicate acts against someone, 2) the acts **involve common methods of commission** (like having judges cover up the corruption), or even continuous engagement violative over time

16

## COMPLAINT:

1.      PLAINTIFF is filing this case in the United States District Court for the District of Nevada.

2.      This case is an emergency because PLAINTIFF is still enslaved and has been illegally held as a slave since January 9th, 2024. What makes it more of an emergency is that DEFENDANTS intentionally were able over the span of 2 years where PLAINTIFF filed more than 5 injunctions and more than 3 Motions of Defaults and at least 1 Rule 68, 69, and 70 Motion to get DEFENDANTS to stop conspiring with one another with the Court's supervision to effectively destroy PLAINTIFF"S legal claims and deprive PLAINTIFF of life, liberty, and the pursuit of happiness when most DEFENDANTS had notice of the lawsuit for two years in which PLAINTIFF'S legal rights have been legally abused through illegal process as per *Kozminski* in which PLAINTIFF wants to be heard and have his fair day in Court. The intentional delay by the Court to rule on anything of substance deprived PLAINTIFF of his Due Process rights and furthered the RICO Enterprise against PLAINTIFF.

3.      This case is not like certain cases mentioned herein for res judicata purposes because PLAINTIFF is including additional causes and certain facts that were done after PLAINTIFF filed in different US district court(s) and US appellate court(s). Also, PLAINTIFF will do everything in his power to get the RICO Enterprise to stop because DEFENDANTS have showed they have no intention of ever stopping their RICO Enterprise against PLAINTIFF and that mitigates res judicata issues

17

because the purpose of RICO was to get the RICO Enterprise to stop in which RICO and the Courts command when Congress passed RICO would broadly accept additional causes of action to get corruption and racketeering to stop. See: *National Organization for Women, Inc. v. Joseph Scheidler*. 510 U.S. 249 (1994): *"amendments [to RICO] broadened the focus of RICO prosecutions" and United States v. Noriega*, 746 F. Supp. 1506 (S.D. Fla. 1990) given the act's broad construction and *equally broad goal of eliminating the harmful consequences of organized crime, it is apparent that Congress was concerned with the effects* and not the locus of racketeering activity." The Supreme Court and other federal courts also have emphasized that mere "cessation of violations. . . is no bar to the issuance of an injunction" because past violations are "highly suggestive of the likelihood of future violations." *Sedima.* Furthermore, PLAINTIFF is including all the claims from every single one of the cases he will talk about in Paragraph #9.

4. Discovery will reveal so much more that will shock the conscience and DEFENDANTS need to stop preventing PLAINTIFF from having access to discovery!

5. The Supreme Court has repeatedly emphasized that courts are vested with extensive equitable powers to fashion appropriate remedies to redress unlawful conduct. For example, in *Swann v. Charlotte-Mecklenburg Bd. of Educ.,* 402 U.S. 1 (1971), the Supreme Court stated: Once a right and a violation have been shown, the scope of a district court's equitable powers to remedy past wrongs is broad, for breadth and flexibility are inherent in equitable remedies. "The essence of equity

18

jurisdiction has been the power of the Chancellor to do equity and to mold each decree to the necessities of the particular case. Flexibility rather than rigidity has distinguished it. The qualities of mercy and practicality have made equity the instrument for nice adjustment and reconciliation between the public interest and private needs as well as between competing private claims." *Hecht Co. v. Bowles*, 321 U.S. 321, 329-330 (1944).

6.      Moreover, the Supreme Court has pointedly ruled that where "the public interest is involved. . . those equitable powers assume an even broader and more flexible character than when only a private controversy is at stake." *Porter v. Warner Holding, Co.*, 328 U.S. 395, 398 (1946). *Accord Virginian Ry. Co. v. Sys. Fed'n. No. 40,* 300 U.S. 515, 552 (1937) ("Courts of equity may, and frequently do, go much farther both to give and withhold relief in furtherance of the public interest than they are accustomed to go when only private interests are involved.") (collecting cases).[1]

7.      In accordance with these principles, courts have imposed a wide variety of highly intrusive equitable remedies in institutional reform litigation to remedy constitutional violations and to foster paramount public interests, including various structural reforms. Typically in such cases, the equitable relief afforded exceeds an injunction enjoining the proscribed conduct, and also encompasses compelled changes in practices, structural changes and prolonged court-supervision over implementation of the equitable relief.[2]

---

[1] DOJ CIVIL RICO HANDBOOK.
[2] DOJ CIVIL RICO HANDBOOK.

8.      Courts have held that evidence of past violations may establish the requisite reasonable likelihood of future violations in view of the totality of the circumstances, particularly where the defendant's past violations were: (1) "part of a pattern" and not isolated; (2) were "deliberate" and not "merely technical in nature"; and (3) "the defendant's business will present opportunities to violate the law in the future."[3]

9.      PLAINTIFF includes the following in the record:  **Chicago Cases**: *Kotevski v. Clinton, et al. 23CV17137 N.D. IL (2023); In Re Milan Michael Kotevski, 24-1085 7th Circuit Court of Appeals (2024); Kotevski v. Jenkins, 24-1085 7th Circuit Court of Appeals (2024); In Re: Milan Michael Kotevski,* 24-cv-556, N.D. IL. **Louisiana Cases:** *Kotevski v. Clinton*, No. 1:24-cv-310, M.D. LA(2024);  I*n re: Milan Michael Kotevski*, No. 24-30782, 5th Circuit Court of Appeals (2024). **Utah Cases** U.S. District Court for the District of Utah, No. 1:24-cv-622*, Kotevski v. Clinton*, (2024); U.S. Court of Appeals for the Tenth Circuit, No. 25-4016, In re: Milan Michael Kotevski(2025). This case is not over because PLAINTIFF could have never learned the truth (fraudulent concealment) and the on-going conspiracies to enslave PLAINTIFF make this case still very much alive in which PLAINTIFF NEVER GAVE REAL CONSENT TO ANY FRAUDULENT WIFE NOR EVER GAVE TRUE LEGAL GUARDIANSHIP/POA Rights over PLAINTIFF.

10.     PLAINTIFF utilized a few cases from the *DOJ CIVIL RICO HANDBOOK,* but more specifically, he used it as a drafting guide. This brings up the next point: if

---

[3] DOJ CIVIL RICO HANDBOOK.

the Court says PLAINTIFF didn't draft well, then that is unequal treatment under the law because PLAINTIFF adhered to DOJ standards, so if it is good enough for DOJ, it is nearly always good enough for the Court.

11.    PLAINTIFF wants to address the corrupt elephant in the room. PLAINTIFF believes that the Court is going to try to say that PLAINTIFF'S Complaint was not "short" under Rule 8; well, DOJ numerous times brought Civil and Criminal RICO Complaints that were far longer than this Complaint, which brings up equal protection and equal treatment violations and PLAINTIFF just for this point utilized that case somewhere else in this Complaint. This Complaint is NOT confusing and incoherent—Section II and III led to Section IV. NOT HARD TO UNDERSTAND. Then because of the abuse experienced by the *Corrupt Cases* Court, PLAINTIFF did the best he could to just get the vast majority of the important points to PLAINTIFF to actually have the Court read and analyze it and not get it rejected by the Court to further the RICO Enterprise against PLAINTIFF. PLAINTIFF is more than glad to make this complaint more than 2,000 pages long and include more than 2,000 pages of exhibits and PLAINTIFF is pretty sure that if PLAINTIFF just requested discovery from DOJ, CIA, DoD, FBI, NSA, FSB/GRU, and MSS if the documents haven't been burned yet, the records they have on PLAINTIFF exceed 25,000 pages. There is a case and controversy in those 25,000 pages that PLAINTIFF demands to know and see in addition to this.

12.    Continuing the previous paragraph, the Court should be weary of utilizing SCOTUS precedent from 2008 onwards to reject any of PLAINTIFF'S claims

21

because discovery might just reveal something that would prevent the Court from utilizing it. PLAINTIFF did his best to leave SCOTUS out of this Complaint out of a sign of respect because as stupid as PLAINTIFF may be enabling certain behavior, PLAINTIFF still has to show respect. However, he included his SCOTUS PETITION as an exhibit for the Court to reference any argument PLAINTIFF made herein.

13.     JUST as a FYI, utilizing RICO to cancel some American national debt is not terrorism; Congress running trillion dollar deficits yearly is terrorism because that destroys a nation where PLAINTIFF is doing what the law says he can ask for.

14.     So PLAINTIFF will include all the PRAYERS OF RELIEF he asked from every single court in the *Corrupt Cases*.

15.     PLAINTIFF demands the Court immediately end any and all fraudulent marriages that PLAINTIFF was forced into if there are any as well as any fraudulent legal guardianships might be under if there are any.

16.     PLAINTIFF is unaware of any 28 USC §376 [now 1651] (Writs of ne exeat) motion against PLAINTIFF in the United States, Germany, UK, Canada, China, Russia, India, Israel, or a combination thereof.

17.     PLAINTIFF is an American citizen, resident of Utah, and Serbian citizen as well.

18.     JUDICIAL CORRUPTION IS OUTRAGEOUS GOVERNMENT CONDUCT per *Rochin v. California*, 342 U.S. 165 (1952).

19.     US Federal Judges indefinitely making PLAINTIFF a slave for life is outrageous government conduct *under Rochin v. California*, 342 U.S. 165 (1952) and *Yick Wo v. Hopkins*, 118 U.S. 356 (1886)

20.     *Whalen v. United States*, 445 U.S. 684 (1980) for example, the Court explained that a federal court "imposing multiple punishments not authorized by Congress . . . violates not only the specific guarantee against double jeopardy, but also the constitutional principle of separation of powers in a manner that trenches particularly harshly on individual liberty

21.     *United States v. Reese*, 92 U.S. 214, 221 (1875): It would certainly be dangerous if the legislature could set a net large enough to catch all possible offenders, and leave it to the courts to step inside and say who could be rightfully detained, and who should be set at large. This would, to some extent, substitute the judicial for the legislative department of the government.

22.     In *United States v. International Boxing Federation (IBF),* Civ. No. 99-5442 (JWB) (filed November 22, 1999, D.N.J.), the United States brought a civil RICO lawsuit against the International Boxing Federation, United States Boxing Association ("USBA") and the Executive Committee of the International Boxing Federation ("IBF")/United States Boxing Association, as nominal defendants, and against Robert W. Lee, Sr., Robert W. Lee, Jr., Don William Brennan and Francisco Fernandez. The alleged enterprise was a group of entities associated in fact consisting of the USBA, the IBF non-profit, IBF for-profit and the IBF International, including its leadership, members and associates: "The First Circuit

23

rejected the bank's argument, noting that "[a] collective knowledge instruction is entirely appropriate in the context of corporate criminal liability. . . . [T]he knowledge obtained by corporate employees acting within the scope of their employment is imputed to the corporation." Id. at 856. In addition, the court stressed that it would be unjust to allow a corporation to avoid liability merely because it chose to divide its knowledge, thus allowing it to "plead ignorance"... Earlier cases also demonstrate that corporate knowledge should be aggregated, **and accordingly <u>notice and knowledge of a fact by an employee-representative is imputed to the corporation-principal.</u>** …But one agent or representative **had knowledge of the material contents** of the logs and **another had knowledge of the material contents of the reports.** And the knowledge of both agents or representatives was attributed to the company….Likewise, since Bank of New England, several other courts have allowed such agents' knowledge to be aggregated and imputed to the corporation as a whole. For example, in United States v. Philip Morris USA, Inc., 449 F. Supp. 2d at 893-98, the district court held in a Government civil RICO lawsuit that the defendants-corporations' **knowledge and specific intent to commit fraud were properly established by the collective knowledge of their officers, employees and agents**. The district court explained: There is "every reason in public policy" why a corporation, which can only act through its agents and officers, and which profits by their actions, should be held liable when the totality of circumstances demonstrate that such corporation collectively knew what it was doing or saying was false, by did it or said it

24

nevertheless, even if it is impossible to determine the state of mind of the individual agent or officer at the time. Indeed, if it were otherwise, Defendants could avoid liability by simply dividing up duties to ensure that fraudulent statements were only made by or [sic] uninformed employees. Id. at 896-97."

23. In *United States v. Kozminski*, 487 U.S. 931 (1988), the Court held that "for purposes of criminal prosecution under 18 U.S.C. §241 or 18 U.S.C. §1584, the term "involuntary servitude" necessarily means a condition of servitude in which the victim **is forced to work for the defendant by the use** or threat **of physical restraint or physical injury or by the use or threat of coercion through law or the legal process.** This definition encompasses cases in which the defendant holds the victim in servitude by placing him or her in fear of such physical restraint or injury or legal coercion."

24. The concurring opinion in *United States v. Kozminski*, 487 U.S. 931 (1988) is far more spot on for PLAINTIFF'S case and the following excerpts are from the concurrence: "for the use of the master's whip and the power of the State to compel one human to labor for another were clearly core elements of slavery that the Thirteenth Amendment and its statutory progeny intended to eliminate. As the Government points out, however, the language of both the Thirteenth Amendment and §1584 simply prohibits "involuntary servitude," and contains no words limiting the prohibition to servitude compelled by particular methods. "[The Thirteenth] amendment denounces a status or condition, irrespective of the manner or authority by which it is created." Clyatt v. United States, 197 U. S. 207, 197 U. S. 216 (1905).

To the contrary, it would seem that certain psychological, economic, and social means of coercion can be just as effective as physical or legal means, particularly where **the victims are especially vulnerable, such as the mentally disabled victims in this case. Surely threats to burn down a person's home (*DEFENDANTS having done so and murdering PLAINTIFF'S cat*)** or business or to rape or kill a person's spouse or children (*See*: Section IV. *JAPLAN*) can have greater coercive impact than the mere threat of a beating, **yet the coercive impact of such threats turns not on any direct physical effect that would be felt by the laborer, but on the psychological, emotional, social, or economic injury the laborer would suffer as a result of harm to his or her home, business, or loved ones**. And drug addiction **or the weakness resulting from a lack of food, sleep, or medical care can eliminate the will to resist as readily as the fear of a physical blow.** Hypnosis, ***blackmail, fraud, deceit, and isolation*** are also illustrative methods -- but it is unnecessary here to canvas the entire spectrum of nonphysical machinations by which humans coerce each other. It suffices to observe that one can imagine many situations in which nonphysical means of private coercion can subjugate the will of a servant. **Indeed, this case and others readily reveal that the typical techniques now used to hold persons in slave-like conditions are not limited to physical or legal means**. ***The techniques in this case, for example, included: disorienting the victims with frequent verbal abuse and complete authoritarian domination; inducing poor health by denying medical care and subjecting the victims to***

*substandard food, clothing, and living conditions;* working the victims from 3 a.m. to 8:30 p.m. with no days off, *leaving them tired* and without free time to seek alternative work; *denying the victims any payment for their labor; and active efforts to isolate the victims from contact with outsiders who might help them.* Without considering these techniques (and their particular effect on a mentally disabled person), one would hardly have a complete picture of whether the coercion inflicted on the victims was sufficient to make their servitude involuntary. *Other involuntary servitude cases have also chronicled a variety of nonphysical and nonlegal means of coercion including: trickery; isolation from friends, family, transportation or other sources of food, shelter, clothing, or jobs; denying pay or creating debt that is greater than the worker's income by charging exorbitant rates for food, shelter, or clothing; disorienting the victims by placing them in an unfamiliar environment, barraging them with orders, and controlling every detail of their lives; and weakening the victims with drugs, alcohol, or by lack of food, sleep, or proper medical care.* See, e.g., United States v. Warren, 772 F.2d 827 (CA11 1985); United States v. Mussry, 726 F.2d 1448 (CA9 1984); United States v. Ingalls, 73 F. Supp. 76 (SD Cal.1947). One presumes these methods of coercion would not reappear with such depressing regularity if they were ineffective." *Id.*

25.     The most shocking thing that has happened that PLAINTIFF will detail briefly just so it is on the record is the following: from October 20th, 2023, PLAINTIFF provided the DOJ who then subsequentially provided DEFENDANTS

27

a copy of PLAINTIFF'S complaint. For 20 months, PLAINTIFF has been completely helpless in which either JUDGE JENKINS from January 9th, 2024 made PLAINTIFF a slave for life violating sections 1581–1592 (relating to peonage, slavery, and trafficking in persons) or PLAINTIFF was led to believe he was made a slave for life in which ANGIE ORTIZ, XIUYANG SUN, VERA POCHTAREV, KRISTINA KHOMOVA, VERICA KOTEVSKI, DAVID KOTEVSKI, CHRISTOPHER ALEXA, VERA POCHTAREV, unknown officers in 5 Eyes, CIA, FBI, MOSSAD/IDF, INDIAN INTEL, CIA, DEA, DHS, MSS, FSB/GRU, or one of the aforementioned impersonated the Court and gave PLAINTIFF a copy of a fraudulent ruling allegedly done by Judge JENKINS on January 9th, 2024 making PLAINTIFF a slave for life. Additionally, PLAINTIFF alleges in the alternative, DOJ, CIA, FBI, DEA, DHS, the State of California or the Commonwealth of New York utilized Civil Asset Forfeiture to indefinitely enslave PLAINTIFF for life. In the other alternative, unknown officials in both the TRUMP and BIDEN WHITE HOUSE and members of Congress leaked PLAINTIFF'S ideas to DEFENDANTS knowing the material economic value of such with the hope that aforementioned DEFENDANTS would continue to contribute to their reelection campaign. PLAINTIFF has documented on the record throughout the *Chicago Cases, Louisiana Cases, and Utah Cases* that certain DEFENDANTS having enslaved PLAINTIFF from January 9th, 2024 knew they could completely get away with violating 18 USC 1961 sections 1831 and 1832 (relating to economic espionage and theft of trade secrets) and section 1951 (relating to interference with commerce,

28

robbery, or extortion) in which PLAINTIFF proved beyond any reasonable doubt that on at least 10 or more different circumstances, DEFENDANTS who PLAINTIFF was suing or had prior interactions with that were not favorable had fraudulently gained access to PLAINTIFF'S laptop or had a proxy to do in which they utilized PLAINTIFF'S trade secrets to materially benefit them while PLAINTIFF was being held as a slave against his will. DEFENDANTS include: 1)DELTA AIRLINES and at least handicap seating, 2-5) QATAR AIRWAYS on three occasions (acquisition of stake in Virgin Australia, Virgin Australia announcing pet friendly travel on their aircraft, and Qatar Airways and Doha layovers), 6) ALPHABET INC (who intentionally did not pay PLAINTIFF twice showing on going harm and pattern of racketeering committed by ALPHABET) and Flow, 7)RETRIEVAIR that seemed to be formed after PLAINTIFF gave notice of his lawsuit on 10/20/2023, 8)NIKE and PLAINTIFF thinks MICHAEL AVENATII had something to do with this, 9) flight routes stolen by AA, FRONTIER, UNITED, DELTA, 10) White House and airplane flyovers, 11) CPKC and CSX partnership, 12) Dulles Airport Plans, 13) SpiceJET, 14)Indian Supreme Court & ex JET AIRWAYS aircraft, 15) Martha Vineyard and illegal aliens being dropped off there which connects to Spring 2015 and the ROTHSCHILDS, 16) Hydroelectric Spray for peanut allergies, 17) Washington Dulles Expansion and Terminal Renovation.

26. None of the Courts can say they didn't know corporate sabotage and PLAINTIFF'S enslavement was happening because PLAINTIFF said from January 2024 that he was losing business opportunities because of the on-going corruption:

01/25/2024 Letter to the Court. *Chicago Cases;* Chicago Cases in his Rule 60B motion made on 01/26/2024; 01/26/24 Letter to the Court. Chicago Cases.

27.    The judges in the Corrupt Cases formed in association for RICO purposes in which they had a defacto *Star Chambers* determination of PLAINTIFF'S case without PLAINTIFF ever being able to plead or defend himself in which the Star Chambers was completely silent as to why they allowed DEFENDANTS to enslave, torture, unconstitutionally commit acts of terrorism and falsely imprison PLAINTIFF, commit slander against PLAINTIFF from the bench (PALLMEYER and US MARSHALS) to obstruct justice, and more.

28.    In *Barker v. Wingo*, 407 U.S. 514 (1972), the Court held: A defendant's constitutional right to a speedy trial cannot be established by any inflexible rule, but can be determined only on an **ad hoc** balancing basis in which the conduct of the prosecution and that of the defendant are weighed. The court should assess such factors as the length of and reason for the delay, the defendant's assertion of his right, and prejudice to the defendant. In this case, the lack of any serious prejudice to petitioner and the fact, as disclosed by the record, that he did not want a speedy trial outweigh opposing considerations, and compel the conclusion that petitioner was not deprived of his due process right to a speedy trial." PLAINTIFF already argued on the record how RICO applies to the Constitution in which Constitutional amendments that apply both in a civil or criminal context in the Bill of Rights can be applied in predicate RICO act as determined by CONGRESS in a civil case. So 6th Amendment Speedy Trial applies because the intentional delay of the

proceedings when PLAINTIFF proved there is an on-going emergency and how

ESPECIALLY AFTER PLAINTIFF PROVED HE HAS BEEN ILLEGALLY

INDEFINITELY ENSLAVED AFTER JUDGE JACKSON'S DECISIONS makes it

apply. There is no legitimate reason for a 20 month delay when DEFENDANTS

intentionally failed to answer when PLAINTIFF screamed and proved his

enslavement through seeming Court Corruption. There was no prejudice to

DEFENDANTS but extreme prejudice to PLAINTIFF when the Court continues to

allow DEFENDANTS to indefinitely enslave PLAINTIFF.  Also torturing

PLAINTIFF on top of being RICO violations and 8th Amendment violations to illicit

testimony from PLAINTIFF also violated: *United States v. Henry*, 447 U.S. 264

(1980).

29.     PLAINTIFF attempted to put Liens on certain DEFENDANTS in which he

was prevented from doing so through witness tampering and other RICO violations

by unknown DEFENDANTS tampering with PLAINTIFF'S electronics.

30.     Any liens against PLAINTIFF are fraudulent and are part of the RICO

Enterprise against PLAINTIFF in violation of 18 USC 1961 and 18 USC 1962(a), 18

USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

31.     PLAINTIFF gave nearly all of the DEFENDANTS in any Complaint in the

Corruption Cases "fair notice of what the plaintiff's claim is and the grounds upon

which it rests." *Conley v. Gibson,* 355 U.S. 41 (1957).

32.     PLAINTIFF is being forced to work by DEFENDANTS in which they have

physically restrained PLAINTIFF through tampering PLAINTIFF, have caused

31

serious psychological injuries and physical injuries, have used threats and coercion through law and legal process via the RICO Enterprise against PLAINTIFF.

33.    PLAINTIFF is aware of how CONGRESS passes information as it relates to PLAINTIFF via doublespeak and how CR has also come to be known as Costa Rica, which is where AO is from.

34.    The CIA, Department of Defense, FBI, Russian Intelligence/Military, and/or Indian Intelligence and the Indian Government and/or other countries like the UN or others continue to hold PLAINTIFF in some type of technological isolation against PLAINTIFF'S Constitutional Rights and have done so unrelentingly for more than 5 years and continue to do so.

35.    PLAINTIFF has needs that are not being met whatsoever and haven't been fundamentally met since he was at least 13 years old and it is due to the RICO Enterprise against PLAINTIFF. PLAINTIFF has absolutely no intention on being forced into participating in political games by CONGRESS or the WHITE HOUSE because politics is a dirty backstabbing deceitful thing that autistic people don't fare too well at; and it is only because of at select times PLAINTIFF had to respond back to intentional actions undertaken in secret against PLAINTIFF by the WHITE HOUSE, CONGRESS, and SCOTUS that PLAINTIFF was forced to participate in it in which the DC bubble can afford to get some Ketamine treatment for PLAINTIFF and then fly PLAINTIFF out to DC to resolve any issues and talk to him because PLAINTIFF came out to DC to try that before and they hid though they put tracking devices on PLAINTIFF'S car. They waste billions but can't do simple

32

actions to mitigate any harm they cause through their inactions. Jesus Christ how dysfunctional.

36.    *There is no statute of limitations issues as under Agency Holding Corp. v. Malley-Duff & Associates, Inc., 483 U.S. 143, (U.S. 1987),* the Statute of Limitations for Civil RICO is 4 years from the last RICO act done to a PLAINTIFF and there is no statute of limitation issue in bringing back certain episodes as part of the RICO Enterprise even if they took place more than 10 years ago. PLAINTIFF'S last injury took place by the 3 Panel 8th Circuit of XX and/or the District Court of Utah intentionally not responding to PLAINTIFF'S emergency with Kawaii. According to the injury accrual rule when PLAINTIFF found out about the 2010/2011 conspiracy in June 2023 and was not able to adequately ascertain certain information due to DEFENDANTS preventing PLAINTIFF from intentionally learning about the connections between DEFENDANTS Rothschilds and Clintons and their conspiracy against PLAINTIFF that took place in 2015 in Tokyo Japan when PLAINTIFF acquired vital pieces of proof within the last six months or so that firmly and circumstantially established their conspiracy when BILL CLINTON and LYNN DE FORESTER ROTHSCHILD were at a function on 06/26/2015 on the same day HBLLARY CLINTON ordered her hit against PLAINTIFF and the Clintons and Rothschild trip to Africa in 2015, which was prior to PLAINTEFF meeting A.O in JAPAN for the first time.

37.    *Quite honestly, the ROTHSCHILDS participated in the RICO Enterprise against PLAINTIFF via Japlan and possibly before that with the Offing; to*

33

*PLAINTIFF, it is an added bonus/consequence to get US owed ROTHSCHILD debt canceled because they participated in it and actions have consequences and maybe implementing Japlan for political reasons is where we as a society draw a permanent line.*

38.    PLAINTIFF is not God nor does he consider himself to be on any God like level; technically everyone is <u>a</u> son or daughter of God so everyone is a child of God and there was only <u>the</u> son of God thus far and that was Jesus Christ. PLAINTIFF has had a lot of paranormal activity happen to him since Spring 2016 and that was not of his own choosing. PLAINTIFF has no control over any political activity across the world nor in DC though some of his ideas were used against his will and without payment.

39.    In *United States v. Turkette*, 452 U.S. 576 (1981), the Supreme Court explicitly held that the enterprise element and pattern of racketeering element of RICO were separate elements and that an association-in-fact enterprise is proved by evidence of an ongoing organization, formal or informal, and by evidence that the various associates function as a continuing unit. The latter is proved by evidence of the requisite number of acts of racketeering committed by the participants in the enterprise….The court construed *Turkette* to require that the enterprise exhibit three basic characteristics: (1) a common or shared purpose which animates those associated with the enterprise, (2) some continuity of structure and personality, and (3) an ascertainable structure distinct from that inherent in the conduct of a pattern of racketeering activity. Id. As to the third element, the court noted that the distinct

34

structure might be demonstrated by proof that the group engaged in a diverse pattern of crimes or that it had an organizational pattern or <u>system of authority beyond that necessary to perpetrate the predicate crimes</u>. Id.

40. The United States Government nor any foreign government can utilize CIVIL ASSET FORFEITURE to indefinitely enslave PLAINTIFF. The United States Government through unknown actors in addition to ANGIE ORTIZ or SENEMEH BAKER unconstitutionally seized PLAINTIFF'S intellectual property and soul.

41. At least three of the following relevant passages from PLAINTIFF is applicable here concerning a corrupt judge's liability in a RICO Enterprise is from the *Chicago Cases* when PLAINTIFF said in his complaint: Passage #1: *"The United States of America vs. Josef Altstötter, et al. (holding judges and attorneys liable for: 1) Participating in a common plan or conspiracy to commit war crimes and crimes against humanity; 2) War crimes through the abuse of the judicial and penal process, resulting in mass murder, torture, plunder of private property; 3) Crimes against humanity on the same grounds, including slave labor charges; 4) Membership in a criminal organization, the NSDAP or SS leadership corps)….."* Passage #2*"United States v. Grubb, 11 F.3d 426, 438-39 (4th Cir. 1993) (The court stated that "[w]e alsohave a defendant (a judge) who undeniably is employed by and operates or manages the enterprise within the meaning of Reves v. Ernst & Young." The applicable standard in a RICO conspiracy to violate 18 U.S.C. §1962(c), see §III(D)(3.) In describing its "operation or management" test, the Supreme Court stated: "Once we understand the word "conduct" to require some degree of direction and the word "participate" to require some part in that direction,the meaning of §1962(c) comes into focus.*

*In order to "participate, directly or indirectly, in the conduct of such enterprise's affairs," one must have some part in directing those affairs. Reves, 507 U.S. at 179." And The Court in "Withrow v. Larkin, 421 U.S. 35 (1975) said: "Not only is a biased decision maker constitutionally unacceptable but our system of law has always endeavored to prevent even the probability of unfairness." 421 U.S. at 47.*

42.    CIVIL ASSET FORFEITURE VIOLATES the 13th AMENDMENT.

43.    The utilization of CIVIL ASSET FORFEITURE was a violation of PLAINTIFF'S First Amendment Rights because it constituted an undue taking under the 5th Amendment and violated the 13th Amendment by ANGIE ORTIZ, anyone in the DOJ, FBI, CIA, et al.

44.    Under Federal Rules of Evidence Rule 403, there is absolutely nothing DEFENDANTS can use PLAINTIFF provided in any criminal or civil proceedings in the *Chicago Cases, Louisiana Cases, and Utah Cases* against PLAINTIFF. The DOJ or FBI can ask PLAINTIFF to use that evidence in order to incriminate a DEFENDANT because the danger of unfair prejudice to any litigant in having a US Federal Judge directly tell an opposing party that they can commit any criminal act against the opposing party to fundamentally destroy any notions of traditional justice and fair play such as torturing the opposing PLAINTIFF counsel, using hypersonic weapons against opposing counsel or party on one of the holiest days of the year inside a church, using fabricated court documents, having a judge rely upon information gained in secret by the opposing party to make decisions without ever informing the opposing party of such, to completely ignore more than 50 claims

36

of torture by DEFENDANTS in the course of litigation, to completely ignore more than 20 claims of ongoing 18 USC 1962(D) conspiracies against by one side against the opposing side, to fraudulently conceal material information needed to decide the case, to ignore more than 50 claims about fraudulent wife, fraudulent legal guardian, or individual possessing fraudulent POA over opposing counsel or side, having one DEFENDANT impersonate a different DEFENDANT to fabricate and mislead an opposing party in the course of litigation, having opposing counsel utilize AI to fabricate false evidence to be used against opposing counsel or parties, having a DEFENDANT impersonate a PLAINTIFF in any proceedings that impacted that PLAINTIFF'S legal interests and rights in which those proceedings were fraudulently concealed from PLAINTIFF, to allow DEFENDANTS in foreign countries to bribe their judges to give some type of advantage to a DEFENDANT to obstruct justice against an American who resides on American soil in the United States, to allow US Federal Judges to become criminal and direct opposing party to commit acts of violence and perpetuate RICO from the bench, to prevent one from having both physical and electronic access to the courts, to allow judges to lie from the bench and fabricate materially false evidence to be used against one side, completely ignoring validly entered legal motions, and allowing one side to undermine PLAINTIFF'S case over the span of 20 months through intentional delays to prolong the case as much as possible to allow the opposing side to obstruct justice completely having billions of dollars and resources available to do so and even intentionally ruling corruptly to delay the decisions and cause such an

37

atmosphere of procedural chaos as to cause anyone to believe that the Rules of Civil Procedure are no longer applicable to intentionally obstruct justice when the side experiencing the emergency experienced one over the span of 19 months, having judges illegally indefinitely enslave and torture you for life, torturing and using enhanced interrogation techniques against an American on American soil inside a hospital or in their own homes, intentionally depriving opposing counsel of proper health care to ensure other side is sick and unable to litigate and is in pain the entire time litigation is ongoing, having complete control over the opposing side's finances as to effectively make them broke and enslaved in which they can't even afford PACER or have a Microsoft Office subscription to prepare, write, and submit legal motions in Court, allowing an opposing party to poison the service/esa dog that has a part in the litigation. All of this in sum means that any evidence derived herein is completely inadmissible because that is exactly mob rule from the Courts that Bane would have been proud of in Batman. This has been one of the most judicially prejudicial experiences a litigant has ever gone through in litigation and admitting any evidence from the *Chicago Cases, Louisiana Cases, and Utah Cases* unless the specific exception PLAINTIFF specified applies is in fact rewarding DEFENDANTS for criminal behavior sanctioned by the bench and that is the most prejudicial thing to the integrity and trust Courts rely on and need to function.

45.     Therefore, based on the previous paragraph, any Court rulings allowing for the indefinite torture of PLAINTIFF or any usage of any counterterrorism tools against PLAINTIFF have necessarily relied upon fabricated and materially false

evidence or evidence that could not be introduced under Federal Rules of Evidence and therefore the United States Government and any US Government agency such as the CIA or DoD and any foreign government PLAINTIFF listed as a DEFENDANT in the Chicago Cases, Louisiana Cases, and Utah Cases must set PLAINTIFF free immediately.

46.    US federal employees have an affirmative duty to not knowingly violate constitutional rights and especially after when an American citizen informs them that their conduct is currently violating that American citizen's constitutional and legal rights.

47.    *Bailey v. Alabama*, 219 U.S. 219 (1911) as well as *Monroe v. Pape*, 365 U.S. 167 (1961) provides one of the most absolute legal commands that SCOTUS has ever ruled on in this country and that says under the 13th and 14th Amendment any and all US Federal employees and State and City Government employees shall make extinct slavery and all forms and badges of slavery that includes indentured servitude.

48.    There is no Qualified Immunity or Absolute Immunity for any city, state, and federal employee in this case because everything falls outside the scope of employment duties or knowingly violating criminal law after having been informed of such by an individual within minutes of hearing such makes QI absolutely inapplicable. Period.

49.    Moreover, in *Milliken v. Bradley*, 433 U.S. 267, 279-91 (1977), the Supreme Court upheld the equitable powers of a district court, as part of a desegregation

39

decree, to "order compensatory or remedial educational programs for schoolchildren who have been subjected to past acts of de jure segregation." Id. at 267. "The Supreme Court has, likewise, recognized courts' expansive equitable authority to order structural changes and other intrusive remedies to redress unconstitutional prison conditions. See, e.g., *Hutto v. Finney*, 437 U.S. 678, 683 (1978) (describing district court's orders to change various prisons practices and policies to remedy constitutional violations). Courts, likewise, have afforded similar equitable relief <u>to compel changes</u> in conditions and <u>policies to remedy unconstitutional treatment of mental patients</u>."

50.   CICERO said about self defense against tyranny:) "[I]f anyone kills a tyrant . . . of all glorious deeds, they [the Roman People] hold such an one to be the most noble."… "[T]those fierce and savage monsters in human form [tyrants] should be cut off from what may be called the common body of humanity."

51.   The Louisiana Civil Code that PLAINTIFF cited was based on Corpus Juris in which there was a self-defense right against tyranny.[4] "The universal jus gentium included the right to repel violent injuries. You see, it emerges from this law that whatever a person does for his bodily security he can be held to have done rightfully; and since nature has established among us a relationship of sorts, it follows that it is a grave wrong for one human being to encompass the life of another." Id.  "A person lawfully in possession has the right to use a moderate degree of force to repel any violence exerted for the purpose of depriving him of

[4] https://digitalcommons.law.byu.edu/cgi/viewcontent.cgi?article=1396&context=jpl

40

possession, if he holds it under a title which is not defective. But anyone who uses force to retain his possession is not, Labeo says, possessing it by [illegitimate] force. Someone who recovers by force in the same conflict a possession of which he has been forcibly deprived is to be understood as reverting to his original condition rather than possessing it by force. So if I eject you and you immediately eject me, and I then eject you, the interdict "where by force" will lie effectively in your favor." *Id.*

52.     PLAINTIFF'S SCOTUS PETITION actually meaningfully reviewed Separation of Powers issues where SCOTUS knew PLAINTIFF would complain about separation of powers issues so that is why before implementing Japlan they came out with this decision on March 9th, 2015: "Separation-of-powers principles are vindicated, not disserved, by measured cooperation between two political branches of the Government, each contributing to a lawful objective through its own processes" *Department of Transportation v. Association of American Railroad.*   PLAINTIFF doesn't say these cases are wrong or were decided wrong (for now); PLAINTIFF says that sometimes when all 3 branches of government, corporations, the rich and the elite, the well connected in DC, and foreign governments all converge against one American, that is a problem.

53.     **One being made an indefinite legal slave for life after slavery has been abolished in the UNITED STATES after 160 years passed since the end of the Civil War by 12 US Federal Judges and unknown officers in UK, CANADA, GERMAN, DUTCH, DHS, ICE, CBP, officers constitutes fraud for**

41

**Mail Fraud and Wire Fraud purposes and legalized slavery in violation of RICO.**

54.     The FIFTH CIRCUIT COURT OF APPEALS continues the 18 USC 1962(D) conspiracy to intentionally prevent PLAINTIFF from winning in the case of *Alexander v. Taft*, No. 24-10663 (5th Circuit Court of Appeals) 2024. PLAINTIFF alleges this case is part of Star Chambers making this at least 5 different and separate cases as it relates to obstructing justice. PLAINTIFF wants to also use this case just in case PLAINTIFF'S ninja dildo comments come back, you have the 5th CIRCUIT COURT OF APPEALS allowing US Government officials to threaten to kill him with a barbed wire guillotine.  *USA v. Goody*, 23-20471 (5th Circuit Court of Appeals).

55.     The *Louisiana Cases*, quite simply, are PLAINTIFF'S attempt to remedy the Constitutional and RICO harms that occurred in numerous cases that occurred in the NORTHERN DISTRICT OF ILLINOIS COURT and the 7th CIRCUIT COURT OF APPEALS from December 27th, 2023 when PLAINTIFF filed his initial complaint in the Northern District of Illinois and to end the RICO Conspiracy and Enterprise that occurred over 15 years against PLAINTIFF in which PLAINTIFF was denied Due Process and subject to RICO acts even before he filed his complaint in the Northern District of Illinois on December 27th, 2023.

56. Every single decision Judge BOURGEOIS' and JACKSON made in the *Louisiana Cases* are reprehensible and violate 18 USC §1962(D), 18 USC § 241, and 42 USC §1985(3). All of JUDGE JACKSON'S decisions in sum in the *LOUISIANA CASES* in addition to

42

dismissing the case with prejudice violates PLAINTIFF'S Title VI rights, 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D) and PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights and was purposefully done in furtherance of RICO Enterprise #1's goal of ensuring PLAINTIFF is a castrated slave and denying PLAINTIFF all of his Constitutional Rights.

57. JUDGE JACKSON has received more than three paychecks from the time PLAINTIFF filed his complaint in the *Louisiana Cases* to today in *which JUDGE JACKSON has read the record that PLAINTIFF submitted to the Court UNDER OATH in which JUDGE JACKSON is paid to read the **ENTIRE** record as a fair, prudent, and impartial judge that is legally bound and obligated not to violate RICO and PLAINTIFF'S Constitutional Rights under such cases as In re Murchison*, 349 U.S. 133 (1955) and *United States v. Shotwell Mfg. Co.*, 355 U.S. 233 (1957) which means that JUDGE JACKSON knows of JUDGE REBECCA PALLMEYER'S corruption in the *Chicago Cases. Therefore,* JUDGE JACKSON'S lack of honor & impartiality & the seething morbid foul stench of corruption that came with issuing his ruling on June 12th, 2024 violated 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), 18 USC §1962(D) & PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, & 14th Amendment Rights.

58. The affirmative legal obligation of JUDGE JACKSON, BOURGEOIS, all the FISA Court Judges listed as DEFENDANTS, is to read, comprehend, and reference **the entire record and *not be willfully blind*** and do his best to be an uncorrupted judge is a complete understatement that should be glaringly obvious as to his negligence as this case

43

involves billions of dollars in damage, three presidents, five different countries, and more and could cause war. See: *Bailey v. Alabama.*

59.    Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly-Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the Chicago Cases were so constitutionally deficient, biased, filled with legal errors, and cormpt that every single decision, ruling, and explanation were done to prevent PLAINTIFF from utilizing the Treaty on the Rights of Individuals with Disabilities to stop the torture against an American without Due Process of Law on American soil having never been convicted of a crime or knowing the charges against him.

60.    Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly-Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the Chicago Cases were so constitutionally deficient, biased, filled with legal errors, and cormpt that every single decision, ruling, and explanation were done to prevent PLAINTIFF from utilizing the Geneva Convention to stop the ongoing torture against an American without Due Process of Law on American soil having never been convicted of a crime or knowing the charges against him.

61.     ROBERT MUELLER, GINA HASPEL, ANDREW MCCABE, MICHAEL MORELL, Admiral MICHAEL ROGERS, MARK GIULIANO,  Admiral MICHAEL HAYDEN, LEON PANETTA, at reoccurring episodes as documented in this Complaint from at least 2009 through 2024, knowingly and willingly aided and abetted the RICO Enterprise against PLAINTIFF in which his conduct amounts to violations of:18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant; in which he violated at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th,

45

6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil

Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated

Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated

PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take

place against PLAINTIFF.

62.    One of the most actors that perpetuated the RICO Enterprise against

PLAINTIFF and/or was a key accessory that aided and abetted the RICO

Enterprise against PLAINTIFF was SUSAN RICE from September 2009 through

the time of filing this lawsuit in which she materially benefitted from the RICO

Enterprise against PLAINTIFF by having received paychecks and not helping

PLAINTIFF and her conduct during her time in the OBAMA WHITE HOUSE,

TRUMP WHITE HOUSE, and BIDEN WHITE HOUSE amounts to violations of: 18

U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 -

Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without

warrant; in which he violated at least 18 USC 1961 Sections 1341 and 1343 and 18

USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor

contracting), section 1503 (relating to obstruction of justice), section 1510 (relating

to obstruction of criminal investigations), section 1511 (relating to the obstruction

of State or local law enforcement), section 1512 (relating to tampering with a

witness, victim, or an informant), section 1513 (relating to retaliating against a

witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery,

and trafficking in persons), sections 1831 and 1832 (relating to economic espionage

46

and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973.

63.    For example, per *DOJ Handbook*, it may be especially appropriate to bring a Government civil RICO lawsuit where injunctive relief and structural reform is necessary to eliminate extensive and prolonged corruption in an entity and to cure its ill effects, such as in the cases involving Government civil RICO lawsuits against labor unions. In these labor union related civil RICO cases, La Cosa Nostra figures and corrupt union officials had exercised corrupt control and influence over the labor unions involved for many years, and successful criminal prosecution of many of those wrongdoers was not sufficient to eliminate such systemic corruption from those unions. In such circumstances, civil RICO's equitable remedies, especially injunctive relief, removal of corrupt union officers and members from the unions, and appointment of court officers to administer and oversee aspects of the unions'

operations, achieved substantial success in eliminating and reducing such corruption within the unions involved and related businesses.[5]

64.    PLAINTIFF alleges ANDREW MCCABE falsely thought for years that PLAINTIFF was the culprit because of what happened in 2015 DEFENDANT ANDREW MCCABE references the house fire and search and seizure of PLAINTIFF'S laptop in his book when ANDREW MCCABE said: "The laptop was a find, but finding the laptop was not self-evidently **a six-alarm situation.**" ANDREW MCCABE, when it came to PLAINTIFF'S home burning down, violated: 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d).

65.    The unknown intelligence officials in the United States, India, Russia, China, United Kingdom, Germany, Japan, Australia, and Qatar, violated 18 U.S. Code § 2523 (b)(1)(B)(iii) which requires that under data sharing, it must adhere to applicable international human rights obligations and commitments or demonstrates respect for international universal human rights in which DEFENDANTS violated the The Convention On the Rights of Persons With Disabilities-- was all signed by United States, India, United Kingdom, Germany, Japan, Australia, and Qatar--that violated Article 13: Access to justice; Article 14:

---

[5] DOJ CIVIL RICO HANDBOOK.

Liberty and security of person; Article 15: Freedom from torture or cruel, inhuman or degrading treatment or punishment; Article 16: Freedom from exploitation, violence and abuse; Article l7: Protecting the integrity of the person; Article 18:Liberty of movement; Article 21 Freedom of expression and opinion, and access to information; Article 22 Respect for privacy; Article 24 Education; Article 25 Health States Parties recognize that persons with disabilities have the right to the enjoyment of the highest attainable standard of health without discrimination on the basis of disability.

66.    PLAINTIFF is alleging DEFENDANTS violated 18 U.S. Code § 2523 (b)(4)(A) in which one of the following occurred: 1)The United States directed British Intel, Qatari Intel, Indian Intel, Aussie Intel, Japanese Intel, or German Intel, to intentionally target PLAINTIFF or 2) Indian Intel, British Intel, Qatari Intel, Japanese Intel, German Intel, or Aussie Intel, intentionally targeted PLAINTIFF because of RICO Enterprise 1 and shared the information with the United States Government · _18 U.S.C §1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents). · _18 U.S.C. § 2339 (relating to harboring terrorists). · _"However, the line must be drawn where, as here, a government agent lures the unwary innocent and then implants a law-breaking disposition that was not theretofore present. In such cases, the government takes on the unwholesome appearance of the consummate manufacturer of crime. The continuing vitality and integrity of our "government of laws" would be imperiled if we sanctioned the manufacturing of crime by those responsible for upholding and

enforcing the law." *United States v. Lard*, 734 F.2d 1290 (8th Cir. 1984) •
_PLAINTIFF is alleging is a violation of: *United States v. Curtiss-Wright Export*
*Corp.*, 299 U. S. 304 (1936) • _49 U.S.C.§46502 • _18 USC 2331 1(B)(iii) and
5(B)(iii). • _18 U.S.C. §1961 section 1341 (relating to mail fraud) • _18 U.S.C. §1961
section 1343 (relating to wire fraud). • _18 U.S.C. §§ 1963(a)(1)-(3) • _Warsaw
Convention.

67.     18 U.S. Code § 2331 defines international and domestic terrorism as having
occurred when one does an act that is dangerous to human life in violation of the
criminal laws of the United States or any state (or would be a criminal violation if
committed within the jurisdiction of the United States or any state) 1): acts
dangerous to human life that are a violation of the criminal laws of the United
States or of any State, or that would be a criminal violation if committed within the
jurisdiction of the United States or of any State and 2) appear to be intended to
influence the policy of a government by intimidation and/or coercion OR appears to
be intended to affect the government by kidnapping.

68.     Medical Debt Medical Debt, PLAINTIFF'S Medical Bills, and Kawaii's
Medical Bills that has accrued from businesses like Advent Health, Banner Health,
Northwestern Memorial Hospital, etc. These are extortion because the hospital
visits was done to further the RICO Enterprise against PLAINTIFF in violation of
18 USC 1961 Section 1951.

69.     To prove how the RICO Enterprise had the purpose of denying PLAINTIFF'S
freedom and ensuring PLAINTIFF'S legal slavery in which they were that

responsive in automatically trying to deny and prevent PLAINTIFF from winning or having access in court, PLAINTIFF proffers the following: In or about the middle of July 2023, PLAINTIFF started to gain traction on discovering what transpired between the United Kingdom, The State Department and HILLARY CLINTON, BARACK OBAMA, HBJ, INDIA, PRIME MINISTER SINGH, and QATAR & QIA/QATAR AIRWAYS. *The Offing*. This is the time that PLAINTIFF started drafting *Miki's Tea Party*.

70.     PLAINTIFF submitted a FOIA request to the FBI in JULY 2023 seeking records about the incident.

71.     On August 9th 2023 or so, about three weeks after PLAINTIFF initially started to discover *the Offing,* PRESIDENT BIDEN issued an Executive Order that sought to completely curtail a basis of PLAINTIFF'S legal claim after having been given information of what PLAINTIFF'S legal basis was and what PLAINTIFF was researching and writing.

72.     In order to have beaten PRESIDENT BIDEN'S E.O in Court by August 9th, 2023, a destitute autistic PLAINTIFF with a writing disability with only a law school degree, no access to LexisNexis or Westlaw, no funds to hire individuals to help research, with a completely corrupt FOIA department in every single US Agency, PLAINTIFF would have had to go over thousands of pages of documents and emails deciphering DC doublespeak and draft and edit and compile enough evidence for a RICO complaint that would pass Fed R. Civ P. Rule 9(B) that was physically and psychologically impossible for PLAINTIFF to have done on time.

This is supplemented with the fact that the GOVERNMENT OF INDIA and/or the GOVERNMENT OF RUSSIA and/or the DEPARTMENT OF DEFENSE, FBI, and CIA all had access to PLAINTIFF'S cellphone and laptop between July 2023 and August 9th, 2023 which means they were monitoring the progress of PLAINTIFF and intentionally denying PLAINTIFF access to certain WikiLeaks documents that would have proved PLAINTIFF'S case in violation of RICO.

73.    Simply summarizing the previous paragraph: what is an autistic destitute PLAINTIFF after having been tortured and having at least two attempts on his life with no one helping him to do against three governments with billions of dollars of resources, super computers, and thousands of employees?

74.    Money was spent on purchasing data about PLAINTIFF that should have been obtained with a warrant by DEFENDANTS (US INTEL AND OTHER INTELLIGENCE AND MILITARY AGENCIES).

75.    PLAINTIFF tried to contact Apple's legal department numerous times. One time, PLAINTIFF has the phone call recorded, PLAINTIFF talked to an alleged supervisor at Apple that had a heavy and thick Indian accent. PLAINTIFF informed Apple how they were subject to liability under RICO and case precedent based on their actions involving PLAINTIFF. PLAINTIFF recorded the call. PLAINTIFF has gone back in his phone to find the video that PLAINTIFF never deleted only to find out that it has been in fact deleted by DEFENDANTS, which is a RICO violation in and of itself.

76.     In violation of 18 USC 1961 Section 1029, DEFENDANTS routinely hacked into all of PLAINTIFF'S three Apple laptops and 2 iPhones he had since, at a minimum, Spring 2015, if not Spring 2008.

77.     In the course of violating 18 USC 1961 Section 1029 from at least Spring 2015 (and sooner), DEFENDANTS tyrannically placed PLAINTIFF into a figurative technological isolation chamber and bubble in order to deliberately manipulate and control PLAINTIFF that amounted to torture routinely torturing PLAINTIFF through unconstitutional and unwarranted PSYOPS taken against him in violation of PLAINTIFF'S Constitutional Rights, Geneva Convention, and RICO.

78.     What DEFENDANTS have done technologically cruelly to PLAINTIFF is the following via their violations of 18 USC 1961 Section 1029: either they routinely placed undetectable cameras and microphones in the majority, if not every single one, of PLAINTIFF'S residences or used PLAINTIFF'S laptop and cellphone as a camera and microphone (or a combination of the aforementioned) from at a minimum of Fall 2013 and/or Spring 2008 in which PLAINTIFF had no privacy in which PLAINTIFF has come across deep fakes of consensual encounters he had with past love interests; have taken pictures of PLAINTIFF'S love interests in vulnerable or nude positions and posted them on the internet without PLAINTIFF'S or PLAINTIFF'S love interests consent; have installed malicious malware and undetected child pornography in PLAINTIFF'S laptop and cell phone that PLAINTIFF never personally downloaded; have taken vulnerable conversations PLAINTIFF had and utilized them to blackmail PLAINTIFF and inflict cruel and

53

unusual punishment and torture on purpose to PLAINTIFF; had intelligence agencies leak the contents of multiple on-going investigations in order to retaliate against PLAINTIFF and to profit off of PLAINTIFF; have used PLAINTIFF'S ideas/Intellectual Property without PLAINTIFF'S consent and have profited billions upon billions of dollars in the process without PLAINTIFF ever receiving a single dime for his ideas; PLAINTIFF has routinely come across numerous GIFS of masturbatory videos PLAINTIFF recorded between 2013-2014 and Spring 2015 of himself that ended up on 4Chan, typically in the Big White Cock sections; compromised PLAINTIFF and put PLAINTIFF in the intelligence sphere that PLAINTIFF never fully ever wanted to be a part of; intentionally prevented PLAINTIFF from resolving the issues by hiding material information from PLAINTIFF to perpetuate the fraud; one of the following or a combination: have impersonated multiple agencies and companies in correspondences that PLAINTIFF tried to get vital information to end the RICO Enterprise against PLAINTIFF or prevented agencies and companies from resolving the issues with PLAINTIFF; have leaked PLAINTIFF'S personal ideas about business and politics and leaked them to numerous DEFENDANT corporations, politicians, and intelligence agencies all used and profited off of PLAINTIFF'S ideas in which PLAINTIFF never received a thank you or a dime from DEFENDANTS utilizing PLAINTIFF'S work; have intentionally prevented PLAINTIFF from finding the proper case law that support PLAINTIFF'S positions thereby violating RICO; all of

54

this at least is tantamount to witness tampering, mail and wire fraud, and so much more

79.    SCOTUS at anytime could have talked to PLAINTIFF because they should have listened themselves: "On the other hand, requiring effective notice and informal hearing permitting the student to give his version of the events will provide a meaningful hedge against erroneous action. At least the disciplinarian will be alerted to the existence of disputes about facts and arguments about cause and effect. He may then determine himself to summon the accuser, permit cross-examination, and allow the student to present his own witnesses. In more difficult cases, he may permit counsel. In any event, his discretion will be more informed and we think the risk of error substantially reduced...***But things are not always as they seem to be,*** and the student will at least have **the opportunity to characterize his conduct and put it in what he deems the proper context**... Longer suspensions or expulsions (i.e. murdering PLAINTIFF with Japlan) for the remainder of the school term, or permanently, may require more formal procedures. Nor do we put aside **the possibility that in unusual situations**, although involving only a short suspension, **something more than the rudimentary procedures will be required**." *Goss v. Lopez*, 419 U.S. 565 (1975) .

80.    The Court in *Yick Wo v. Hopkins*, 118 U.S. 356 (1886) discussed a case in Baltimore that discussed how an ordinance "commit[ed] to the ***unrestrained will of a single public officer*** the power to notify every person who now employs a steam engine in the prosecution of any business in the city of Baltimore, **to cease**

**to do so**, and, **by providing compulsory fines for every day's disobedience of such notice and order of removal,** renders his power over the use of steam in that city **practically absolute, so that he may prohibit its use altogether**. But if he should not choose to do this**, but only to act in particular cases, there is nothing in the ordinance to guide or control his action. It lays down no rules by which its impartial execution can be secured or partiality and oppression prevented. It is clear that giving and enforcing these notices** may, and quite likely **will, bring ruin to the business of those against whom they are direct, while others, from whom they are withheld, may be actually benefitted by what is thus done to their neighbors; and when we remember that this action or non-action may proceed from enmity or prejudice, from partisan zeal or animosity, from favoritism and other improper influences and motives easy of concealment and difficult to be detected and exposed, it becomes unnecessary to suggest or to comment upon the injustice capable of being brought under cover of such a power, for that becomes apparent to every one who gives the subject a moment's consideration."**

81.    Equitable tolling is applicable to any and all claims against DEFENDANTS, especially for RICO violations and the Constitutional violations.

82.    Of Course JUDGE JENKINS, JUDGE BOURGEOIS, JUDGE JACKSON, and all of the Judges on the 7th CIRCUIT COURT OF APPEALS retaliated against PLAINTIFF for his Free Speech in violation of PLAINTIFF'S 1st Amendment, 5th

56

Amendment, and 14th Amendment Rights; furthermore, the Courts' retaliation of PLAINTIFF for his 1st Amendment protected speech is an unjust taking because they intentionally deprived PLAINTIFF of his money and property interests because of his speech.

83.     PLAINTIFF has screamed bloody murder (rhetorically, politically, and factually) throughout the course of the litigation about his electronics being tampered with that causes PLAINTIFF to be tampered with. Congress, specifically made, electronic tampering a RICO violation under 18 USC §1961 Section 1029. Electronic tampering is horrible because it substantially impairs the ability of an individual, especially a slave cruelly confined to his home, of an ability to ascertain the truth; adequately defend himself; properly receive timely information; be in contact with the United States Government, agencies, families, and loved ones; receive help at appropriate times; receive the proper medical care; and more. **Electronic tampering is the greatest tool in a tyrannical dictatorship, especially with AI reaching unfathomable and undistinguishably humanesque characteristics that can impersonate people, impersonate family, create false evidence, and more,** because it prevents an individual from learning the truth, which in turn, obstructs justice, wastes judicial resources, and more.

# SECTION II: *OFFING*

84.    PLAINTIFF still believes the Offing was about him. PLAINTIFF explained

the Offing in the Chicago Cases in the Complaint in Attachment A in the section

entitled Miki's Tea Party. For brevity issues and depending on how it is calculated,

PLAINTIFF is owed $10 billion USD or $14.9 billion USD for the Offing.

85.    Even if the Offing wasn't as PLAINTIFF described, the damage to

PLAINTIFF'S soul was worth more than $3 billion for Fed. R. Civ P Rule 9B

purposes.

86.    ROTHSCHILDS HOLDINGS, JP MORGAN CHASE BANK, BANK OF

AMERICA, VISA INC., LYNN FORESTER DE ROTHSCHILD, SIR EVELYN DE

ROTHSCHILD, HILLARY CLINTON, JEH JOHNSON, JOHN BRENNAN, PETER

STRZOK, ANDREW MCCABE, MARK GIULIANO, BARACK OBAMA, Prime

Minister MODI, BENJAMIN NETANHYU, unknown employees and officers in the

FAA, FBI, CIA, DHS, DOJ, US MARSHALS, 5 EYES, MOSSAD, THE OBAMA

WHITE HOUSE, Republic of India, State of Israel, or a combination thereof entered

into a 18 USC 1962(D) and 42 USC 1985(3) conspiracy to repeat *the Offing* with

RICHARD ANDERSON, unknown employee(s) of DELTA AIRLINES, and DELTA

AIRLINES in which they implemented the Offing but this time, in New Orleans

International Airport and Atlanta Jackson Hartfield Airport sometime in either

February 2016 or March 2016 when PLAINTIFF traveled from New Orleans to

Chicago to get jurisdiction over PLAINTIFF at the FBI and DOJ Atlanta Field

Office and to connect all the incidents that happened at Sewanee between 2007-

2011 and the incidents that happened in Spring and Summer 2015 in Tokyo Japan to maliciously prosecute PLAINTIFF for having DEFENDANTS implement Japlan against him and to further the RICO objective of enslaving PLAINTIFF and defiling PLAINTIFF'S soul and every single constitutional right in violation of 18 USC 1961, PLAINTIFF'S 13th Amendment Rights, 1st Amendment Rights, 4th Amendment Rights, 13th Amendment Rights.

87.    18 U.S. Code § 2332(b)(a)(1)(A) stipulates acts of terrorism that transcend boundaries occurs when one: kills, kidnaps, maims, commits an assault resulting in serious bodily injury, or assaults with a dangerous weapon any person within the United States; or

88.    18 U.S. Code § 2332(b)(a)(1)(B) stipulates acts of terrorism that transcend boundaries occur when one: "creates a substantial risk of serious bodily injury to any other person by damaging any conveyance (i.e. plane) or other real or personal property within the United States or by attempting or conspiring to destroy or damage any conveyance (plane), or other real or personal property within the United States."

89.    The Offing directly led to the next section aka Japlan. PLAINTIFF has qualified the ruling he requested from the Court to continue to ensure safe air travel. AJAY SINGH and SPICEJET came up here and our lives would intersect later on.

90.    Please read Attachment A in the Chicago Cases in the Chapter entitled: Miki's Tea Party for more information.

59

# SECTION III: *JAPLAN*
# (AKA: An Anchor and A Pitchfork).

91.    PLAINTIFF'S Section of *JAPLAN* (aka *An Anchor and a Pitchfork*) is sufficiently different and distinct from the times he included it in the *Chicago Cases* and the *Louisiana Cases* that Res Judicata cannot be corruptly argued by DEFENDANTS.

92.    The home PLAINTIFF was renting a bedroom from was owned by an Armenian man in October 2014 at 773 John Henry, Baton Rouge, Louisiana, 70820 (hereon: 773 John Henry).

93.     PLAINTIFF'S roommate at 773 John Henry was WARWICK ALLEN, a New Zealander.

94.    Armenians are kind of like Slavic people (PLAINTIFF's upbringing is Slavic) due to being once under the USSR and PLAINTIFF found it easy to relate to my landlord Arthur.

95.    One day, PLAINTIFF wants to say around late Fall 2014, "cable installers" come into the home. PLAINTIFF is very suspicious of these activities as PLAINTIFF had done nothing to be caused to be under surveillance at the time. PLAINTIFF alleges it was the CIA, JOHN O. BRENNAN, JEH JOHNSON, DHS, JAMES COMEY, PETER STRZOK, ANDREW MCCABE, FBI, ERIC HOLDER, BARACK OBAMA, and/or LORETTA LYNCH, that ordered surveillance to be installed in PLAINTIFF'S home. So, FBI, CIA, NSA, DHS, JEH JOHNSON, JOHN O. BRENNAN, JAMES COMEY, etc. knowing of *Alderman v. United States,* 394

U.S. 165 (1968) wanted to violate and distinguish the case again as they had in *This Side of the Street. Alderman v. United States,* 394 U.S. 165 (1968) said: "We adhere to the established view in this Court that the right to be secure in one's house against unauthorized intrusion is not limited to protection against a policeman viewing or seizing tangible property -- "papers" and "effects." Otherwise, the express security for the home provided by the Fourth Amendment would approach redundancy. The rights of the owner of the premises are as clearly invaded when the police enter and install a listening device in his house as they are when the entry is made to undertake a warrantless search for tangible property, and the prosecution as surely employs the fruits of an illegal search of the home when it offers overheard third-party conversations as it does when it introduces tangible evidence belonging not to the homeowner, but to others. "This Court has never held that a federal officer may, without warrant and without consent, physically entrench into a man's office or home, there secretly observe or listen, and relate at the man's subsequent criminal trial what was seen or heard."

96.    But for CIA, DEA, JOHN O. BRENNAN, JEH JOHNSON, DHS, JAMES COMEY, PETER STRZOK, ANDREW MCCABE, FBI, ERIC HOLDER, BARACK OBAMA, and/or LORETTA LYNCH's violation of *Alderman v. United States,* 394 U.S. 165 (1968), *an Anchor and a Pitchfork* could not have happened because DEFENDANTS would not have heard details of *JAPLAN*. Period.

97.    PLAINTIFF has to describe the relationship between WARWICK ALLEN, the New Zealander, and PLAINTIFF who were roommates at 773 John Henry,

61

Baton Rouge, LA. 70820. This **is absolutely vital** in determining that in fact a

WAR CRIME took place against PLAINTIFF. There is a video that PLAINTIFF is

requesting the Court to watch before the Court understands—fundamentally-- what

PLAINTIFF is getting at and conveying to the Court. It is called *Bikie Wars* by

Aunty Donna on Youtube,466 which is a good example of Australian/New Zealand

humor. PLAINTIFF doesn't like having to explain humor, but it is necessary to do

so. If the DEPARTMENT OF JUSTICE went to court and they said they had a

defendant on video that admitted to extortion, selling cocaine to kids, giving him

$20 to perform unlicensed abortions, killing a crooked police officer, and then the

DOJ showed the Court *Bikie Wars* by Aunty Donna as the video confession and

proof of the crimes, DOJ would literally be laughed right out of court. Two integral

facets of aussie/kiwi (New Zealand) humor are: sarcasm and absurdity. In sarcastic

and absurd humor, there is an inherent conflict in personality where something is

said that is 'not right' with the known facts of that particular character and

personality thus creating the tension necessary for a joke. For example, seeing how

WARWICK ALLEN is an atheist environmentalist, if he started rambling on about

how Exxon-Mobil saved Jesus and the Church, *that is not in congruence with the*

*known facts of who he is*, hence it is *absurd and sarcastic*. PLAINTIFF had

performed some stand-up comedy (sometimes good, sometimes PLAINTIFF

bombed), loved God and Christ, and loved America and the Constitution. My

personality character would be that of "Constitutional Christian Comic." Unless the

Constitution, Christianity, and Comedy are now on the same level of Uranium and

Terrorism to US intelligence agencies, which this case has now proven to be true, DEFENDANTS had no business falsely labeling PLAINTIFF as being averse to the United States in Spring 2015. Furthermore, PLAINTIFF had minored in philosophy and had so many musings about politics, life, etc. to be a political philosopher during *these 1st Amendment protected conversations in the privacy of PLAINTIFF's own home. Utilizing these conversations against PLAINTIFF is on par with the tactics of what the Stasi and KGB used to do during the Cold War and should be abhorrently and fundamentally Anti-American and DEFENDANTS shouldn't be doing that, But then again.*

98.     WARWICK ALLEN and PLAINTIFF understood the comedic, and yet sometimes serious, nature of the conversations we were having with one another in the privacy of our home and fundamentally understood when we were being serious and when we were being sarcastic throughout our time as being roommates. Our conversations could be akin to a comedic podcast in nature (God did not make me into a psychic prophet and there is no way I could have foreseen what was about to come). See: Screenshot below that confirms such.



99.    DEFENDANTS did not understand these important facts and were intentionally that deceitful and full of malice or that grossly negligent in understanding the totality of the circumstances here and intentionally misrepresented what WARWICK ALLEN and PLAINTIFF were talking about. WARWICK and PLAINTIFF, as roommates (along with RACHAEL MASON, WARWICK's girlfriend, and then later JACOB), would just bullshit comically and talk about whatever came to mind, had the completely reasonable privacy

expectation that DEFENDANTS were not listening in on us (because they had no reason to, BUT THEY WERE), and that the DEFENDANTS would not be so low as to share what two bullshitters said in the family room in the privacy of their own homes with people like HILLARY and BILL CLINTON that WARWICK and PLAINTIFF made fun of (BUT DEFENDANTS DID). WARWICK and PLAINTIFF talked a lot about the Government in which PLAINTIFF expressed his canonical views and principles that DEFENDANTS:

    a. Shouldn't be corrupt;

    b. Should obey the Constitution;

    c. Most importantly DEFENDANTS shouldn't do extremely stupid things that imperil the nation.*cough like commit acts of terrorism against a special needs man cough cough*

100.    As Chief Justice Hughes wrote in *Stromberg* v. *California*, 283 U.S. 359 (1931), "The maintenance of the opportunity for free political discussion to the end that government may be responsive to the will of the people and that changes may be obtained by lawful means, an opportunity essential to the security of the Republic, is a fundamental principle of our constitutional system. A statute which upon its face, and as authoritatively construed, is so vague and indefinite as to permit the punishment of the fair use of this opportunity is repugnant to the guaranty of liberty contained in the Fourteenth Amendment. . . ." The United States Government was absolutely not responsive to the will of the People (that includes PLAINTIFF) and that changes of non-corruption can be obtained by having

65

DEFENDANTS follow the law and not be corrupt. These discussions, quite frankly, were essential to the security of the Republic. PLAINTIFF would be punished for these talks and it was completely repugnant to the guaranty of liberty and DEFENDANTS would absolutely not use these conversations fairly.

101.    When PLAINTIFF was having these musing First Amendment protected conversations in the privacy of his home with WARWICK ALLEN at 773 John Henry, first and foremost, PLAINTIFF had no reason to believe that PLAINTIFF was under such heavy, or any, surveillance by the FBI, CIA, DHS, INDIAN INTEL, MSS, FSB, GRU, DEA, IRANIAN INTEL, etc. at the time because *PLAINTIFF was good man* and *not* that PLAINTIFF had been committing federal crimes left and right by slaughtering scores of people, raping, and pillaging villages like some barbaric Viking because there was no probable cause to have PLAINTIFF under such heavy surveillance. Period.  PLAINTIFF does not exaggerate this but literally at least 5 different foreign nations were snooping on PLAINTIFF for no reason at all.

102.    *Escobedo v. Illinois*, 378 U.S. 478 (1964)  held that "Under the circumstances of this case, where a police investigation is no longer a general inquiry into an unsolved crime but has begun to focus on a particular suspect in police custody who has been refused an opportunity to consult with his counsel and who has not been warned of his constitutional right to keep silent, the accused has been denied the assistance of counsel in violation of the Sixth and Fourteenth Amendments, and no statement extracted by the police during the interrogation may be used against him

66

at a trial." DEFENDANTS in SPRING 2015 through fabricated and false evidence first obtained an illegal warrant to search and wiretap PLAINTIFF'S home and electronics; then they had no probable cause nor any reasonable suspicion based on articulable facts that aren't fabricated falsehoods, intentional misconstrued sarcastic statements, etc. to believe that PLAINTIFF was going to commit any crimes in Japan. So when DEFENDANTS entered into an 18 USC 1962(D) conspiracy to violate RICO by implementing *Japlan* against PLAINTIFF (specifically AGAINST and NOT ON BEHALF OF) in which PLAINTIFF was given no notice and never afforded an opportunity to refute at least two SCOTUS cases decided in Spring 2015 that either served as a hit or an illegal justification (which violates *United States v. Wade*, 388 U.S. 218 (1967), violates *Maine v. Moulton*, 474 U.S. 159 (1985),  as well as it being de-facto STAR CHAMBERS) to allow ROTHSCHILDS, RUSSIA, CHINA, INDIA, ISRAEL, UK, et al to install cameras in PLAINTIFF'S residence in Japan so they could incriminate PLAINTIFF and commit *Japlan* against PLAINTIFF. There was initially no unsolved crime to occur in Japan that PLAINTIFF was planning on doing in Japan. So PLAINTIFF being dependent on government funds in which he was in government custody because US Government and Israeli government had spent money and rented other rooms nearby PLAINTIFF'S residence in Japan thereby being a form of a prison guard being under their custody. PLAINTIFF'S SCOTUS PETITION further supports this argument. PLAINTIFF was not given any Miranda warnings in Japan. So not only is the evidence fruit of a poisonous tree on account that the RICO Enterprise

67

intentionally violated PLAINTIFF'S Third and Fourth Amendment rights (for an explanation on how the third amendment applies *See*: PLAINTIFF'S SCOTUS Petition).

103.    In Spring 2015, PLAINTIFF made a joke with WARWICK ALLEN about how HILLARY CLINTON wasn't gutsy. ANDREW MCCABE, JEH JOHNSON, or other unknown individuals in the FBI, DHS, CIA, INDIAN INTEL informed HILLARY CLINTON of this joke in which they leaked information in the course of an ongoing investigation to HILLARY and CHELSEA CLINTON. APPLE Inc. and HILLARY CLINTON AND CHELSEA CLINTON AFTERWARDS named their TV show on APPLE TV: *Gutsy*. HILLARY CLINTON and CHELSEA CLINTON are not creative enough to have come up with that name but for PLAINTIFF'S observation; therefore, they would not have been able to have named their TV Show Gutsy but for the RICO Violations and the RICO Enterprise against PLAINTIFF in which that was a material benefit acquired by HILLARY AND CHELSEA CLINTON in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d) in violation of  violations of: 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant; in which he violated at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512

(relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF.

104.    To save PLAINTIFF'S ass purposes as a just-in-case if the CIA and FBI don't come to the understanding that PLAINTIFF was giving them a plausible explanation on working on their behalf, PLAINTIFF never once thought the conversations he had with WARWICK ALLEN in 2014 and 2015 were going to be maliciously utilized by FSB/GRU, MSS, PLAINTIFF'S Parents, Indian Intel, and/or a combination thereof. PLAINTIFF never thought the unholy alliance as he described it would come to fruition, that BRICS was going to develop as much as it

69

has been, that the US Dollar was weakening and losing respect and power to be used all over the world (which PLAINTIFF hates), that FSB/GRU would use the symbol of Z, that PUTIN would come out as Santa (which PLAINTIFF made a funny story and joking about that with Warwick), the power and corruption of the ROTHSCHILDS in which in no conceivable way did PLAINTIFF think that the ROTHSCHILDS would be informed of the conversations he had, etc. Most importantly, PLAINTIFF never had the *Mens Rea* that these things would come into existence and that PLAINTIFF would take steps into making those things a reality in which PLAINTIFF might have made a joke or two about running a scam because we were just bullshitting. So DEFENDANTS (FSB/GRU, FBI, et al.) instead of allowing autistic PLAINTIFF to try to have and develop a normal friendship in which if PLAINTIFF made more friends and have a loving girlfriend/wife instead of being isolated there would be so much less risk to them and society as a whole.

105.    ***Of the utmost importance,*** *PLAINTIFF described in extraordinary detail* to WARWICK ALLEN, over the course of multiple days in the earlier part of Spring 2015, ***how to commit the perfect hate crime against PLAINTIFF on the basis of PLAINTIFF'S disabilities.*** This is called ***JAPLAN.*** This is ***JAPLAN and some of the conditions under which it happens:*** PLAINTIFF described how: 1) PLAINTIFF would be completely isolated from PLAINTIFF'S few friends and family because there would be no one there to help PLAINTIFF (i.e. completely isolated); 2) that there would be some type of barrier that would hinder PLAINTIFF

in connecting to or reaching out to getting help (i.e. Intelligence tampering on PLAINTIFF'S electronics); 3) that PLAINTIFF would be in a different country in which PLAINTIFF did not know that country's laws nor language; 4) that there would be a spurious association to someone PLAINTIFF knows or knew that would be used against PLAINTIFF if PLAINTIFF sought to fight back; 5) that the country's law enforcement would be of no help to PLAINTIFF when these crimes occurred; 6) trickery, deception, intentional manipulation, lies, directed actions, in which PLAINTIFF would be put in a position as to have complete sympathy over an individual making sure that PLAINTIFF is so sympathetic it would overpower reasonable doubts; that is complimented about a woman or child lying about their age by giving multiple ages to intentionally confuse a person; 7) that someone would drug PLAINTIFF; 8) there would be permanent mental, psychological, social, emotional scars for the rest of PLAINTIFF'S life; 9) PLAINTIFF did not have the ability to leave the situation; 10) that DEFENDANTS would use questionable instances of PLAINTIFF'S conduct to justify and humiliate PLAINTIFF in the process arguing that PLAINTIFF was predisposed when he was not, and 11) more importantly and the biggest devasting thing you could do to someone is have war crimes committed against your will, conscience, faith, soul, and knowledge.

106.    If PLAINTIFF recalls correctly from talking about *JAPLAN* in the early part of Spring 2015, PLAINTIFF described what is called the *Anchoring effect* in Psychology to some degree during these conversations on why *JAPLAN* would be so terrible and especially sinister. "The anchoring effect "is a cognitive bias that

71

describes the common human tendency to rely too heavily on the first pieces of information offered (the "anchor") when making decisions.[6] More importantly and arguably, one would be completely more susceptible to the anchoring effect if they are drugged after the first couple of times of interacting with someone and are sleep deprived where they have to rely on past pieces of information in a semi-conscious state.

107.    Another aspect that PLAINTIFF necessarily talked about out loud in regards to *JAPLAN* which DEFENDANTS (DHS, CIA, FBI, HILLARY CLINTON, GRU/FSB, and MSS) necessarily had at one time in their possession prior to June 2015 was a recording of (or had a recording and deleted it) that legally demonstrated an important issue to PLAINTIFF. In *JAPLAN,* that is of extreme legal importance, was that PLAINTIFF said if the people in charge wanted to do some heinous shit to PLAINTIFF, killing or murdering PLAINTIFF and physically ending his life wouldn't be the way to do it as murdering or killing PLAINTIFF would be quick, and would therefore, ultimately end PLAINTIFF'S suffering quickly, **but having PLAINTIFF suffer for the rest of PLAINTIFF'S prolonged life would be far more devasting, severe, and worse to PLAINTIFF than actually murdering PLAINTIFF** in cold blood in which PLAINTIFF would remember what happened with *JAPLAN*. Furthermore, PLAINTIFF spoke about the horrors of child sex trafficking and how it robs children of their innocence and their childhood. Just to repeat how important this

---

[6] https://www.pon.harvard.edu/tag/anchoring-effect/

is: ***PLAINTIFF specifically said out loud doing JAPLAN was far worse,
severe, and more horrendous to PLAINTIFF than actually murdering
PLAINITIFF.***

108.    PLAINTIFF in the Spring of 2015 talked about how in the old days of a rural family, marrying young was acceptable as you needed 9 or 10 kids to help on the farm. That conversation either morphed into or at a separate time PLAINTIFF talking about how it was stereotypical in the latino culture to marry young. PLAINTIFF specifically said he found the act of marrying young disgusting and vile. Autistic PLAINTIFF is especially sensitive to vile and disgusting things.

109.    In Spring 2015, PLAINTIFF receives an email from someone in LSU's administration (the undergrad) that contains a super confidential spreadsheet. The spreadsheet contains a list of names of LSU students who are perceived as being potential threats to the institution and the reasons why they are perceived as threats. Upon receiving this info and reviewing it, PLAINTIFF immediately sends an email to whomever sent it to PLAINTIFF and explained quite clearly that PLAINTIFF received it, and that PLAINTIFF shouldn't have received it. This was an entrapment scheme in which PLAINTIFF had the Wikileaks email that concerned PLAINTIFF (in which they were trying to arrest PLAINTIFF for having materials that related to him which is constitutionally outrageous). PLAINTIFF'S understanding is that the law makes you liable for simply having received unauthorized confidential information regardless of whether you had intended on receiving it. Then after receiving this super confidential email, PLAINTIFF has the

financial aid issues with JESSICA OTT and LSU. In PLAINTIFF'S opinion, PLAINTIFF thinks DEFENDANTS were messing with PLAINTIFF to see if PLAINTIFF would use this information in an extortionate manner against my school in which PLAINTIFF did not (and would not have actually used confidential information as leverage or for extortion purposes). PLAINTIFF might have been frustrated with his school at this time, but just because PLAINTIFF was frustrated doesn't mean PLAINTIFF would extort his school with confidential information. In PLAINTIFF'S opinion, this is the 2nd attempt by someone either at school or within the US federal government to get me kicked out of school and/or be prosecuted by DEFENDANTS in Spring 2015, which is an continuation and on-going pattern in which DEFENDANTS did everything in their power to falsely reinforce PLAINTIFF posed a threat when PLAINTIFF never posed a threat. Connecting a theme, when talking about mishandling cases and receiving info, PETER STRZOK said in his book: "was an unauthorized party, such as a journalist or a foreign nation, the recipient?...Finally how did the person behave after mishandling the information— did he or she lie to us or destroy evidence? Or did that person behave normally, **apart from the violation itself?**" This shows that the email was an entrapment scheme by PETER STRZOK. Furthermore, PETER STRZOK said "the biggest obstacle was our inability to prove intent at a level consistent with previous cases in which DOJ had brought criminal charges. In each case in which classified information appeared in Clinton's email, it **was in the context of people doing their job**—it wasn't being sent to someone who should have had it, like a reporter

74

or a foreign intelligence officer."Again, PETER STRZOK wouldn't leave PLAINTIFF alone and kept the RICO ENTERPRISE going. ^^^^^^^^would you say the previous is a problem that PLAINTIFF may have "locally with the offices of the regime"—*CIA Handbook?* You know, the school acting on behest of the FBI and CIA? YES.

110.   The FBI, DoD, CIA, DEA, DHS, MSS, Indian Intelligence, and FSB/GRU all had recording of PLAINTIFF discussing *JAPLAN*. Details of *JAPLAN* was transmitted via AT&T Inc. or Apple Inc, which makes them liable for being an accessory and part of the conspiracy thereby violating 18 USC 1962(d) and *United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* within the meaning of RICO where defendant provided information he knew would enable inquirer to *commit murder or other RICO violations).*

111.   PLAINTIFF and WARWICK ALLEN, in or around early Spring 2015, discussed the worst and most evil aspects of *JAPLAN* in which PLAINTIFF completely said why it was one of the worst evils one can commit because of the harm done to PLAINTIFF as well as to different individuals robbing them of their innocence.

112.   In early Spring 2015 at 773 John Henry, PLAINTIFF talked about his allergy issues with WARWICK ALLEN and how if one does not breathe correctly during

75

sleep, the sleep is adversely affected where one is more tired and more prone to cognitive errors and mistakes. A disabled individual with mental disabilities cannot compensate for their disabilities as much and as readily and would thereby have a worsening of the psychological symptoms. "Caregiver-reported sleep problems are found to relate to core ASD symptoms" in autistic individuals. In particular, there is extensive evidence for the relationship between sleep problems in ASD and internalizing behaviors such as anxiety as well as externalizing behaviors such as hyperactivity and challenging behaviors such as aggression."[7] Next, being Autistic, we are already prone to miss emotional detection and is not as sensitive. Sleep deprivation impairs the ability to accurately discriminate between degrees of emotional saliency.[8] Being Sleep Deprived and having ADHD causes the worsening of these issues associated with having ADHD and AUTISM: "Working memory — the neural basis of which overlaps anatomically with the attention system — is also impaired by SD. Deficits in both working- memory and attention tasks have been found to correlate with reductions in DLPFC and posterior parietal activity."[9] Sleep Deprivation effects DOPAMINE levels and DOPAMINE regulation is a vital part of ADHD.[10] Being Sleep Deprived significantly increases the tendency of reward sensitivity, risk taking and impulsivity, and disrupts reward-value updating and integration.[11]Sleep loss reliably triggers changes in negative (aversive) emotional

---

[7] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7105870/
[8] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6143346/
[9] Id.
[10] Id.
[11] Id.

processing, including irritability, emotional volatility, anxiety and aggression as well as suicidal ideation, suicide attempts and suicide completion. These findings suggest that Sleep Deprivation alters specific process domains, including basic affective reactivity, as well as emotional discrimination and emotional expression, which are more complex."[12] Simply, Sleep Deprivation worsens the psychological symptoms of ADHD and Autism. If there is a situation in which PLAINTIFF is deprived of sleep, it makes PLAINTIFF especially more vulnerable and the symptoms of his disabilities would worsen under those conditions.

113.    When PLAINTIFF was interned in Colorado as PLAINTIFF will explain later, for 3 days, PLAINTIFF slept with an oxygen mask. That was the best sleep PLAINTIFF had within the last 20 years of his life. PLAINTIFF had sleep apnea while he was in Japan in the Spring of 2015.

114.    Speaking of executing individuals on the basis of their disability. In *Ford v. Wainwright,* 477 U.S. 399 (1986), the Supreme Court talked about executing a mentally disabled man and how barbaric it was on that accord: "the reasons at common law for not condoning the execution of the insane -- that such an execution has questionable retributive value, presents no example to others, and thus has no deterrence value, and simply offends humanity--have no less logical, moral, and practical force at present. Whether the aim is to protect the condemned from fear and pain without comfort of understanding, or to protect the dignity of society itself

---

[12] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6143346/

from the barbarity of exacting mindless vengeance, the restriction finds enforcement in the Eight Amendment." *Id.*

115.   So the Court continued: "Now that the Eighth Amendment has been recognized to affect significantly both the procedural and the substantive aspects of the death penalty, the question of executing the insane takes on a wholly different complexion. The adequacy of the procedures chosen by a State to determine sanity, therefore, will depend upon an issue that this Court has never addressed: whether the Constitution places a substantive restriction on the State's power to take the life of an insane prisoner… Moreover, the Eighth Amendment's proscriptions are not limited to those practices condemned by the common law in 1789. *[omitted].* Not bound by the sparing humanitarian concessions of our forebears, the Amendment also recognizes the "evolving standards of decency that mark the progress of a maturing society." *Trop v. Dulles,* 356 U. S. 86, 356 U. S. 101 (1958) (plurality opinion). In addition to considering the barbarous methods generally outlawed in the 18th century, therefore, this Court takes into account objective evidence of contemporary values before determining whether a particular punishment comports with the fundamental human dignity that the Amendment protects. *See Coker v. Georgia,* 433 U. S. 584, 433 U. S. 597 (1977) (plurality opinion)…Blackstone, Commentaries *24-*25 (hereinafter Blackstone). Blackstone explained: "[I]diots and lunatics are not chargeable for their own acts, if committed when under these incapacities: no, not even for treason itself. Also, if a man in his sound memory commits a capital offence, and before arraignment for it, he becomes mad, he ought

78

not to be arraigned for it: because he is not able to plead to it with that advice and caution that he ought. And if, after he has pleaded, the prisoner becomes mad, he shall not be tried: for how can he make his defence? If, after he be tried and found guilty, he loses his senses before judgment, judgment shall not be pronounced; and if, after judgment, he becomes of nonsane memory, execution shall be stayed: for peradventure, says the humanity of the English law, had the prisoner been of sound memory, he might have alleged something in stay of judgment or execution." "[B]y intendment of Law, the execution of the offender is for example, . . . but so it is not when a mad man is executed, but should be a miserable spectacle, both against Law, and of extreme inhumanity and cruelty, and can be no example to others."…"

*Id.*

116.   The Court continued: "Rather, consistent with the **heightened concern for fairness and accuracy that has characterized our review of the process requisite to the taking of a human life,** *we believe that any procedure that precludes the prisoner or his counsel from presenting material relevant to his sanity (i.e. disability)* or bars consideration of that material by the factfinder is necessarily inadequate…We recently had occasion *to underscore the value to be derived from a factfinder's consideration* of differing psychiatric opinions when resolving contested issues of mental state. In *Ake v. Oklahoma,* 470 U. S. 68 (1985), we recognized that, because "psychiatrists disagree widely and frequently on what constitutes mental illness [and] on the appropriate diagnosis to be attached to given behavior and symptoms," *the factfinder must resolve differences in*

79

*opinion* within the psychiatric profession "**on the basis of the evidence** offered by each party" when a defendant's sanity is at issue in a criminal trial. *Id.* at 470 U. S. 81. The same holds true after conviction; **without any adversarial assistance** from the prisoner's representative -- especially when the psychiatric opinion he proffers is based on much more extensive evaluation than that of the state-appointed commission -- **the factfinder loses the substantial benefit of potentially probative information.** *The result is a much greater likelihood of an erroneous decision…In no other circumstance of which we are aware is the vindication of a constitutional right entrusted to the unreviewable discretion of an administrative tribunal..*" Id.

117.    The Court continued: "Yet the lodestar of any effort to devise a procedure must be the overriding dual imperative of providing redress for those with substantial claims and of encouraging accuracy in the factfinding determination._ The stakes are high, and the "evidence" will always be imprecise. It is all the more important that the adversary presentation of relevant information be as unrestricted as possible.  Also essential is that the manner of selecting and using the experts responsible for producing that "evidence" be conducive **to the formation of neutral, sound, and professional judgments** as to the prisoner's ability to comprehend the nature of the penalty. Fidelity to these principles is the solemn obligation of a civilized society. I**t is no less abhorrent today than it has been for centuries to exact in penance the life of one whose mental illness**

**prevents him from comprehending the reasons for the penalty or its implications**."*Id.*

118.    "In order to prove entrapment as a matter of law, there must be undisputed evidence that a government agent induced an otherwise innocent person to commit the alleged crime by trickery, persuasion, or fraud. "The controlling question on review is whether the defendant lack[ed] the predisposition to commit the act." *U.S. v. Citro,* 842 F.2d 1149 (9th Cir. 1988). *JAPLAN* necessarily involves trickery and fraud. Inducement would occur by someone's handlers completely directing the actions of conspirators in the scheme. Contributing factors and psychological phenomenon would diminish the mental capacity of PLAINTIFF. Then add PLAINTIFF'S autistic features, , it is a recipe for disaster and therefore meets the threshold required under at least *U.S. v. Citro,* 842 F.2d 1149 (9th Cir. 1988). As the Court in *United States v. Twigg*, 588 F.2d 373 (3d Cir. 1978) highlighted, without the government agent, the defendants in the case would not have known how to produce [it], and the assistance the defendants provided was minimal. Without DEFENDANTS' invasive surveillance techniques, sharing information with one another, and RICO Enterprise, DEFENDANTS would not have been made aware of components and conditions necessary of formulating *JAPLAN* into existence. Period.

119.    PLAINTIFF was offered no substantial due process rights.

120.    PLAINTIFF doesn't understand what he did wrong **because he never did anything wrong directly to the United States Government**-- *it was always the*

81

*other way around*. It was not logical, it was not moral, everything the United States Government did against PLAINTIFF was wrong. So there is a retributive value in an American PLAINTIFF sarcastically talking in the confines of his own home that demanded war crimes and torture to be undertaken against PLAINTIFF? There was "dignity" to the United States in executing PLAINTIFF when he never did anything direct to them? What the true fundamental nature of An Anchor and a Pitchfork is that it was an exacting of mindless vengeance against PLAINTIFF because he exercised his rights and was a liability to the United States, Chinese, Russian, British, government, PLAINTIFF'S parents, and the ROTHSCHILDS on their own unconstitutional doing

121.    One day or on multiple occasions while PLAINTIFF and WARWICK ALLEN resided at 773 John Henry, WARWICK ALLEN brings up conversations about spying and foreign intelligence. WARWICK ALLEN asks what country PLAINTIFF would be a spy for? PLAINTIFF says: America. WARWICK ALLEN then asks what foreign country would you be a spy for? PLAINTIFF answers: CANADA. WARWICK ALLEN induces PLAINTIFF into answering a question in which WARWICK ALLEN poses something to the effect of: If you had to choose to be a spy for an adverse foreign country, who would you choose? PLAINTIFF first confirms that he would never choose to be a spy for a foreign country because he loves America and that PLAINTIFF would make a horrible spy because PLAINTIFF wasn't that smart, PLAINTIFF was obvious, and PLAINTIFF was awkward. **WARWICK ALLEN kept prodding** and then PLAINTIFF completely

82

understanding the hypothetical nature of the conversation in which WARWICK ALLEN and PLAINTIFF would just regularly shoot shit because it was 'itan' and Serbian and American-esque bullshit and it was entertaining conversation, PLAINTIFF said Serbia or Macedonia, and if not, then Russia because of the similar slavic nature in which Slavic blood runs deep seeing how Serbia and Russia were friendly.

122.   In the Spring of 2015, PLAINTIFF wanted to explore the world further and was considering going to North Korea so PLAINTIFF could write about North Korean propaganda to demonstrate the importance of the First Amendment in the U.S *as a journalist*. PLAINTIFF was a journalist at this time having written an article on gay marriage for a gay magazine having submitted the article to JAMES GRADY, the editor of a gay magazine in NASHVILLE, when PLAINTIFF lived at 773 John Henry, Baton Rouge, LA.70820. If you went to North Korea's Wikipedia page, it doesn't mean that you're sympathizing with North Korea or by doing so you are doing it with any hostile intent against the United States. *Mere curiosity* of wanting to know what it is like in North Korea with North Korean propaganda to show the importance of the First Amendment is not a good basis of a search warrant utilizing the most intensive surveillance tools known to man. If PLAINTIFF would have bought a ticket to China to get to North Korea, fine by all means, go get that warrant to investigate and surveil PLAINTIFF because that means PLAINTIFF took substantial and meaningful steps to get to North Korea;

but PLAINTIFF took no substantial and meaningful steps involving anything with North Korea besides maybe preliminary research.

123. At this time in Spring 2015, WARWICK ALLEN and PLAINTIFF talked about: the ROTHSCHILD family (which include: BARON DAVID RENE de ROTHSCHILD, LYNN FORESTER DE ROTHSCHILD, SIR EVELYN de ROTHSCHILD, JACOB ROTHSCHILD, E.L. ROTHSCHILD HOLDING COMPANY, and ROTHCHILD CONTINUATION HOLDINGS (i.e.the ROTHSCHILD Banking Empire). PLAINTIFF explained to WARWICK ALLEN how the ROTHSCHILDS were also RACKETEERS when they funded war through the centuries and presently and how war was a racket in explicit detail. Rich people understand when their money is at risk and will dispose of all potential liability corruptly through the courts and through politicians that suckle at their tits.

124. LYNN FORESTER de ROTHSCHILD was talked about and mentioned in the Clinton Emails that Wikileaks released so she was personally close to DEFENDANT HILLARY CLINTON. BARON DAVID RENE ROTHSCHILD is the head of the ROTHSCHILD family and banking empire. As PLAINTIFF will conclusively prove later, FBI, DHS, and CIA and/or unknown DEFENDANTS babbled on to HILLARY CLINTON about what PLAINTIFF and WARWICK ALLEN said about her and her corruption in the privacy of his home in SPRING 2015.

125. From 1993 to 1995, Lynn Forester de Rothschild served on President Bill Clinton's National Information Infrastructure Advisory Council. From 1998 to 2000,

she served on the US Secretary of Energy's advisory committee. Rothschild has donated to all of Bill and Hillary Clinton's federal races since 1992. Although Rothschild was a major fund raiser for Hillary Clinton's 2008 presidential bid, she transferred her support to Republican candidate John McCain when Barack Obama beat Clinton, becoming a minor celebrity on cable television at the time for attacking Obama in a

126.   *PLAINTIFF is just putting this in the realm of possibility that he wants to incorporate on the record, but is not necessarily an allegation against CHIEF JUSTICE JOHN ROBERTS. CHIEF JUSTICE JOHN ROBERTS, overseer of the FISA court, was allegedly invited to go to Japan by CHIEF JUSTICE ITSURO TERADA of the JAPANESE SUPREME COURT in March 2015 to talk about their love of "anime," "sushi," and how AMERICA made JAPAN their "equal counterpart" after WWII and not their complete bitch (joke, but there was an invitation sent). CHIEF JUSTICE JOHN ROBERTS graciously accepted the invitation to go to JAPAN in JULY 2015 after the work was done by March 27th, 2015. As stated before, WARWICK ALLEN and PLAINTIFF had First Amendment protected conversations in the privacy of PLAINTIFF'S own home that were leaked to DEFENDANTS that were recorded by DEFENDANTS that were utilized by the FISA Court in which CHIEF JUSTICE JOHN ROBERTS is the overseer of the FISA Court. These conversations were leaked in the course of an on-going investigation that violated DEFENDANT FBI Procedures. CHIEF JUSTICE JOHN ROBERTS was in JAPAN for more than one week after 07/07/2015. During his*

*time in JAPAN, CHIEF JUSTICE JOHN ROBERTS furthered the conspiracy and the RICO Enterprise against PLAINTIFF.*

127.    PLAINTIFF alleges that ANDREW MCCABE and PETER STRZOK having knowingly utilized perjured testimony and fabricated evidence in obtaining a warrant for PLAINTIFF because DEFENDANTS themselves burned down PLAINTIFF'S home and wanted to allege PLAINTIFF had done so for whatever reason. So having fraudulently induced the court, JOHN O. BRENNAN, ANDREW MCCABE, and PETER STRZOK utilized the Rachael Sanders wooing joke from *Whoopsie when they had PLAINTIFF under surveillance in which they fundamentally knew that PLAINTIFF had never been to Russia or worked on behalf of Russia* and then ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, and JEH JOHSON completely omitted the complete context of the conversation later on to the Courts. Then WARWICK ALLEN prodded PLAINTIFF further and somehow the conversation ended up going to a place where PLAINTIFF talked about "LEROY was here" in WWII with American and Allied soldiers in which if Russia wanted to replicate something like that, they would need an easy symbol to draw in which PLAINTIFF gave the example of 'Z.' Somehow, later on, in the war in Ukraine, some letter 'Z's ended being on russian tanks in which PLAINTIFF read a news article and that made PLAINTIFF remember and that freaked out PLAINTIFF. Remember, this is 2015, PLAINTIFF also talked about how if Ukraine wanted to send a propaganda message to Russia--in which PLAINTIFF talked about the stereotypical nature of Serbs and Russians loving sunflower seeds—if

Russia decided to invade Ukraine, they would tell a story about an Ukrainian woman telling a Russian soldier about killing the Russian soldier in which the Russian soldier would be buried with sunflower seeds and sunflowers would sprout from his grave. PLAINTIFF said that in 2015. Again, it is this material context and omission by American INTEL that kept causing the fucking problems

128.    All PLAINTIFF had been doing with his life in the Fall of 2014, Winter Late 2014/Early 2015, and Spring 2015 *was completely minding his own business* by going to school, studying, eating, sleeping, trying to have a girlfriend and failing at that miserably, and trying to have some life and progress to PLAINTIFF'S goal of being a constitutional and disability lawyer. Next, PLAINTIFF believed at the time that *PLAINTIFF was a nobody and was a loser* because of how damaging SEWANEE era had been to PLAINTIFF and had not been fully socially accepted by his peers at LSU Law despite trying to do things like creating a monthly bbq sessions with students in his section at law school. PLAINTIFF truly believed that PLAINTIFF was *that inconsequential to the DC ELITE* since PLAINTIFF believed he was of no legal or political importance to anyone in Washington D.C and could not influence anyone in Washington D.C or the DC Elite because PLAINTIFF did not have the power or money to do so. Most importantly PLAINTIFF would not actually protest outside the home of SUPREME COURT Justices and, one day, PLAINTIFF made a joke based on the absurdity of the facts contained in the joke. DOJ/MERRICK GARLAND referenced this joke to Congress in 2024. Making stupid jokes about North Korea in which PLAINTIFF was thinking about visiting to

87

conduct 1st Amendment protected activity and writing a piece about North Korean propaganda, PLAINTIFF had no manifest intention on ever acting on a bunch of the things WARWICK and PLAINTIFF talked about.

129.    PLAINTIFF, while residing at 773 John Henry, was a blue-collar, libertarian, making it and living semester to semester during his entire time in law school in which PLAINTIFF would be kicked out at any second (it is not that PLAINTIFF couldn't pass academically and grasp and comprehend the material without the proper help; but PLAINTIFF would be kicked out because of financial aid or administrative issues), a Constitutional Christian Comic, PLAINTIFF trusted people too easily and had a deep skepticism of those in power, PLAINTIFF wanted to explore, learn about anything and everything that interested him, live life, and understand the entirety of the world, and finally, a disabled autistic man that overcame it all through the years. Most importantly, PLAINTIFF was still lonely. Even more so than at SEWANEE. PLAINTIFF had, what he understood at the time, to be love interests, and PLAINTIFF'S friends in SEWANEE were close by.

130.    One thing, PLAINTIFF believes that he discussed *JAPLAN* with WARWICK ALLEN *BEFORE* the following incident with BRIANA DRESCHER: BRIANA (BRI) DRESCHER and PLAINTIFF were friends from the very beginning of law school. How we met was the fact that PLAINTIFF was wearing a "BFM" shirt and BRI made a comment on my shirt during orientation in August 2013 during PLAINTIFF's first 1L year, and from that moment on, we became instant friends. BRI was romantically involved with her now husband at the time when we met and

they had been together for a long time prior to that. BRI and PLAINTIFF developed a deep friendship until something happened in March 2015. BRI and PLAINTIFF went to Twin Peaks and then there was something very different about that night. Through the course of the night and talking late into the night, the connection we had changed from being friends to lovers. We talked about everything. PLAINTIFF admitted to part of *Financial Terrorism* story because PLAINTIFF felt comfortable with her and it was beyond the statute of limitations. PLAINTIFF had driven that night so PLAINTIFF at most had either 2 or 3 beers like PLAINTIFF normally does and BRI had the same amount. PLAINTIFF believes there were times prior to this incident and afterwards in which BRI had consumed alcohol, wasn't legally intoxicated, and drove home from the restaurant or bars afterwards. Yes, there was some alcohol involved in this incident, but neither BRI nor PLAINTIFF drank to the point where it would have been an issue. BRI drove to Twin Peaks that night where we would just end up meeting at Twin Peaks. What PLAINTIFF most definitely remembers was that PLAINTIFF and BRI stayed at Twin Peaks for more than two hours in which BRI and PLAINTIFF were some of the very last people to leave because of the conversation between us just flowed so smoothly and BRI and PLAINTIFF both lost the track of time. Even through the dinner we did things that a couple would do that BRI and PLAINTIFF have never done before such as BRI wanting to share food with PLAINTIFF and trying to feed PLAINTIFF with her food and that was one of the most romantic things a woman did for PLAINTIFF up to that time. What PLAINTIFF distinctly recalls as BRI and PLAINTIFF were

89

leaving that night was that BRI said that she wanted to go back to PLAINTIFF'S place with PLAINTIFF in his car. BRI could have driven herself home from Twin Peaks that night because she wasn't legally intoxicated, **but she did not**. She decided to come to back home with PLAINTIFF that night and leave her car at Twin Peaks. So BRI and PLAINTIFF drove back to PLAINTIFF'S place, entered through the kitchen, and then went to my bedroom. PLAINTIFF doesn't remember what PLAINTIFF was showing her in his bedroom, but BRI and PLAINTIFF got really close to one another. BRI looked at PLAINTIFF and PLAINTIFF looked at her and her body language was one that she really wanted to kiss— eyes staring directly into mine, chest pushed up and towards me taking slow and deep breaths, and mouth slightly open. Now before PLAINTIFF says anything further, BRI is hot. BRI modeled prior to law school, has large breasts that PLAINTIFF most definitely wanted to motor boat in, blonde hair, blue eyes, would be considered extremely attractive to everyone. PLAINTIFF wanted to go with her, do things with her, and make sounds in the process like complete romantic savages. BUT PLAINTIFF started to lean in to kiss BRI, but then PLAINTIFF stopped. PLAINTIFF stopped primarily for the reason that PLAINTIFF thought about the relationship she had with her boyfriend at the time and PLAINTIFF didn't want to ruin their relationship for a one-time mistake on her part. It became really awkward after PLAINTIFF stopped and then PLAINTIFF said do you want me to take you back home and she said yes. PLAINTIFF drove her back home. Our friendship became really strained after that night. It was one of the last times within the last 9 years

90

PLAINTIFF felt anything romantic in his heart. Then PLAINTIFF remembers in December 2016 PLAINTIFF texted her and told her PLAINTIFF was leaving Louisiana and that PLAINTIFF had no idea when PLAINTIFF would ever see her again, and wanted to see if she wanted to talk before PLAINTIFF left the state. She said yes and had agreed to meet me at Starbucks. But she made up some excuse and blew me off. Sometimes PLAINTIFF wonders if he was texting BRI that day in December where it could have been someone that took over BRI's phone and posed as her. PLAINTIFF was not invited to Bri's wedding that took place in 2017. BRI is now a mother. Please leave BRI alone and PLAINTIFF only included her as a DEFENDANT because there was a possibility that she was a snitch for the US Government or worked for the US Government and they heard details of JAPLAN and wanted to break PLAINTIFF'S heart right before he left. Like PLAINTIFF said, the last time PLAINTIFF felt that deep of a connection with a woman was on that night in March 2015. **PLAINTIFF was even more heart broken than before after Mid-March 2015.**

131.    To prove the previous paragraph's assertion of meteor showers being important to Christians, Emperor Constantine-- on October 27th, 312 A.D-- who made Christianity legal in the Roman Empire. The following from Amusing Planet that describes why it was important: "Eusebius, one of the Christian Church's early historians, describes a vision that Constantine had while marching towards the site of the battle: ...*while he was thus praying with fervent entreaty, a most marvelous sign appeared to him from heaven, the account of which it might have been hard to*

91

*believe had it been related by any other person. ...about noon, when the day was already beginning to decline, he saw with his own eyes the trophy of a cross of light in the heavens, above the Sun, and bearing the inscription 'conquer by this'. At this sight he himself was struck with amazement, and his whole army also, which followed him on this expedition, and witnessed the miracle.* At first Constantine was unsure of the meaning of the apparition, but the following night he had a dream in which Christ explained to him that he should use the sign against his enemies. Constantine then commanded his troops to adorn their shields with the Christian symbol, the Chi-Rho, which he had seen in the skies. Constantine's army won the battle, and the new emperor dedicated the victory to Christ whom he believed had helped him." So without a meteor shower, no Christianity. *See also*: Battle of Milvian Bridge.

132.    PLAINTIFF prayed to the God during the meteor shower of April 2015 to find the love of his life soon and for her to be completely faithful and for us to be in a happy marriage. No open marriage, no cucking, or anything like that--No marrying someone or something under any circumstances that PLAINTIFF would find completely disgusting. SIR EVELYN de ROTHSCHILD, RUSSIA via GRU & FSB and their proxies, LYNN FORESTER de ROTHSCHILD, HILLARY CLINTON, BILL CLINTON, JAMES COMEY, LORETTA LYNCH, ERIC HOLDER, certain members of SCOTUS, knew all of this. Marriage was one *of the major and only hopes* PLAINTIFF had to look forward to in his miserable life up to that point of time and looked forward to it so much *because **if PLAINTIFF'S family wouldn't***

92

*love PLAINTIFF for himself, then at least his future wife would; and PLAINTIFF just wanted that so badly*. Furthermore, PLAINTIFF wanted to be married inside an Orthodox Church or All Saints Chapel as marriage is extremely important in the Orthodox Christian faith. It would deeply offend PLAINTIFF beyond belief to be married to anyone if PLAINTIFF did not get married inside a church. Period. Does this sound like terrorist or counter-espionage related activity to you? NO! Did PLAINTIFF write that PLAINTIFF would shout out loud Allahu Akbar and screaming about infidels in a public place in my future marriage proposal? No, no PLAINTIFF did not. Again, nothing criminal or terrorist like.

133.    So after being completely heart broken by BRI DRESCHER, one of the documents DEFENDANTS did have by having conducted an illegal search on PLAINTIFF'S laptop in violation 18 U.S.C. §1961 Section 1029 was that PLAINTIFF made a document in April 2015 which PLAINTIFF noted that he had wished upon a huge meteor shower having taken place in April 2015 that PLAINTIFF would soon find PLAINTIFF'S wife (the love of PLAINTIFF'S life); and if not, if PLAINTIFF could marry Kristina Khomova or Vera Pochtarev. Without a meteor shower, Christianity as we know it may not have existed and is extremely important to Christians.

134.    As Chief Justice Hughes wrote in *Stromberg v. California*, 283 U.S. 359 (1931), "The maintenance of the opportunity for free political discussion to the end that government may be responsive to the will of the people and that changes may be obtained by lawful means, an opportunity essential to the security of the

93

Republic, is a fundamental principle of our constitutional system. A statute which upon its face, and as authoritatively construed, is so vague and indefinite as to permit the punishment of the fair use of this opportunity is repugnant to the guaranty of liberty contained in the Fourteenth Amendment. . . ." The United States Government was absolutely not responsive to the will of the People (that includes PLAINTIFF) and that changes of non-corruption can be obtained by having DEFENDANTS follow the law and not be corrupt. These discussions, quite frankly, were essential to the security of the Republic. PLAINTIFF would be punished for these talks and it was completely repugnant to the guaranty of liberty and DEFENDANTS would absolutely not use these conversations fairly.

135.    First, as previously explained in MID-YEAR: The FBI started their whole entire investigation into PLAINTIFF on the basis of PLAINTIFF'S writing disability issues that stem from PLAINTIFF'S autism in 2008 and chose that specific incident to characterize PLAINTIFF on the basis of his disability. PLAINTIFF is kind of jumping ahead here, but it is vital to know and is introducing the Court to the issues that will come up: PETER STRZOK sent a message to LISA PAIGE and JR on 02/05/2016 at 8:02am: "Lisa—you were right, I was wrong (first time for everything), you're good. Andy, however needs [ME] (as does Bill P). I will take care of Bill—would you or someone on DD staff handle paperwork for Andy? Looking to get a bulk read-in done next week; to the extent Andy wants to join, I will let you know the time. I suspect he(/you) may need other compartments as well, so it might make sense to do his separately en masse (that's French for "all at

94

once"…I'm not just a leader, I'm an educator)." 'Bulk read in' is DEFENDANTS, the FBI, getting Bulk Meta-Data collection from Section 702 or Section 215 to circumvent PLAINTIFF'S Constitutional Rights. (ME) can mean one of two things, 1st, it could be a self-reference by PETER STRZOK, but based on the date of the message and content of the sentence and the circumstances that occurred after Summer 2015, ME is referring to Midyear Exam (which is PLAINTIFF: See: MIDYEAR EXAM) as ME is an abbreviation of Midyear Exam and DEFENDANTS need to prosecute PLAINTIFF because ANDREW MCCABE needed to prosecute me on behalf of the CLINTONS as per their fundraiser stipulation on 06/26/2015. Most importantly in that message, DD can mean one of two things: 1st, DD is an abbreviation that could refer to Deputy Director (as that was ANDREW MCCABE'S position), but as PLAINTIFF is arguing based on the context, it is also an abbreviation for—developmental delays (which PLAINTIFF had from his childhood) in which DEFENDANTS had included documentation about PLAINTIFF'S developmental delays to his school in (See: Second Chance) that DEFENDANTS had access to, possessed, and utilized adversely against PLAINTIFF via the USA PATRIOT ACT and "didn't" need a warrant to obtain that information. The context of the statement proves such: the statement is "would you or someone on DD staff handle paperwork for Andy." People who work under Deputy Director ANDREW MCCABE already know they are staff members of the Deputy Director and that they handle paperwork for the Deputy Director—there's no need to repeat that fact. This phrasing also means that ANDREW MCCABE needs to keep some plausible

95

distance from PLAINTIFF to ANDREW MCCABE and have different staff members deal with paperwork that involves PLAINTIFF to whatever ANDREW MCCABE is directing his staff to do against PLAINTIFF'S Constitutional and legal interests. This is further supported in the text as PETER STRZOK himself notes the distance litmus test: "to the extent that ANDY (ANDREW MCCABE) wants to join" because of what happened in 06/26/2015. The FBI were literally referring to PLAINTIFF on the basis of his disability as 'DD' and the agents and case handlers in the FBI that were working against PLAINTIFF'S interests were on the DD staff that concerned PLAINTIFF. In the previous message on 02/05/2016 at 8:02am, by "taking care of BILL," PLAINTIFF is alleging that DEFENDANTS are taking care of BILL CLINTON and covering up for him after what BILL CLINTON did on March 17th, 2015 and thereafter. This is extremely plausible because there is a reference to two different BILLS where you can separate them as being distinct individuals: BILL P is individual 1 and BILL is individual 2. BILL CLINTON is BILL INDIVIDUAL 2 above. You may be thinking, that was a bit of stretch in which certain individuals in the FBI refer to you on the basis of your disability, and PLAINTIFF says to you, it is not.

136.   PETER STRZOK admits behind closed door testimony to Congress in 2018 that DEFENDANTS in the FBI (ANDREW MCCABE, PETER STRZOK, ROBERT MUELLER, LISA PAGE, JAMES COMEY, et al. )routinely and systematically-- without any form accountability or a single pause to reflect that their actions were that demonstrably unconstitutional and illegal under at least Section 504—referred

```
     Q    So, to be clear, it sounds like the term "special," either
in an older FBI, and maybe the term has just carried over, it meant
how something administratively was done with the case, not the subject
matter of the case.

     A    Both.  I mean, typically, I think it was an administrative
process, but there was also a recognition that, you know, if there was

     So I saw that as immediately appropriately addressed, and I
continued then to look at the wide range of responsibilities I had,
one which was -- is truly significant, the Russia investigations, but
there are any number of other espionage cases or counterintelligence
matters that were going on at the same time.
```

to PLAINTIFF on the basis of his disability since 2008. *See: Screenshot above.* The SUBJECT MATTER OF THE CASE (i.e. the person of the investigation or case) is "SPECIAL" which refers to PLAINTIFF being a former special education student as the word "Special" is commonly associated with "Special Education" students and disabled individuals, particularly those who are on the autism spectrum and/or have an intellectual disability. Like PETER STRZOK said: "THERE WAS ALSO A RECOGNITION" in regards to using certain terms that related to PLAINTIFF'S disability that identified PLAINTIFF. Like PLAINTIFF doesn't mind if DEFENDANTS, friends, or anyone for that matter jokingly and lovingly called me a

Crazy Cripple, Terrorist Al-Derp-e-Dur, Downie the Bear, etc. PLAINTIFF understands that it is joking and comes from a place of good intent and will and makes light of the situation that PLAINTIFF was in special ed, factual circumstances, and that PLAINTIFF is being accepted anyway even though he was a special ed student. However PLAINTIFF objectively and factually recognizes how there was no good-will on part of DEFENDANTS that spanned over the years through an unbelievable amount of times and references that prejudiced PLAINTIFF.

137.   PETER STRZOK, ANDREW MCCABE, LISA PAGE, and other DEFENDANTS never saw PLAINTIFF for who PLAINTIFF was because all PLAINTIFF was to them was just something that was completely outside of my control that PLAINTIFF was born with and spent his whole life fixing and trying to fix. Some of the different keywords that, in certain contexts, serve as an identifier for PLAINTIFF, that all relate to his legally protected disability status are: "other," "DD," "simple," and "Special."

138.   *Yamaha Motor Corp v. Riney, 21 F.3d 793 (8th Cir. 1994) stands for the proposition that ANDREW MCCABE, LISA PAGE, PETER STRZOK, JAMES COMEY, should have been disqualified from the very beginning and it is clear that their decision-making processes was drenched, covered, and smothered in actual bias and prejudice that objective reasonableness was an impossibility and a non-existent reality whenever they submitted anything to the Court or to the FISA Court.*

98

139.    FBI and DOJ had substantial bias during this time in 2015 when it came to American citizens with disabilities. FBI's 2015 DIOG. Section 504 prohibits federal employees from discriminating against individuals with disabilities--that has been law of the land since 1973; the Americans with Disabilities Act became law of the land in 1990. Do you see Disability in any of the following text from Section 4.3 Equal Protection Under the Law in DIOG 2015: "Specifically, federal government employees are prohibited from engaging in invidious discrimination against individuals on the basis of race, ethnicity, gender, national origin, religion, sexual orientation, or gender identity. This principle is further reflected and implemented for federal law enforcement in the United States Department of Justice's Guidance for Federal Law Enforcement Agencies Regarding the Use of Race, Ethnicity, Gender, National Origin, Religion, Sexual Orientation, or Gender Identity (hereinafter "DOJ's 2014 Guidance on Use of Race, etc."). Investigative and intelligence collection activities must not be based solely on race, ethnicity, gender, national origin, religion, sexual orientation, or gender identity. Any such activities that are based solely on such considerations are invidious by definition, and therefore, unconstitutional. This standard applies to all investigative and collection activity, including collecting and retaining information, opening investigations, disseminating information, and indicting and prosecuting defendants. It is applicable to the retention and dissemination of personally identifying information about an individual—as further illustrated in the examples enumerated below." "In order to rely on a listed characteristic, federal law enforcement or task officers must

also reasonably believe that the law enforcement, security, or intelligence activity to be undertaken is merited under the totality of the circumstances, such as any temporal exigency and the nature of any potential harm to be averted." Id. If I'm not mistaken, gender identity issues were ruled to be protected AFTER Congress and SCOTUS created and ruled on multiple disability laws and cases since at least 1973, but FBI did not care about it enough to include it. If PLAINTIFF would have been a cross dressing tranny, he would have got their protection but not as a disabled individual. Even then, there were pictures of PLAINTIFF having crossed dressed and even then that wasn't even good enough. Shows you DEFENDANTS' priorities by completely omitting disability from equal protection law section. JAPLAN is on the basis of his autism is based solely on his autism and doing JAPLAN is invidious by definition; and therefore, unconstitutional.

140.    there's no way that the DOJ and FBI in FBI's 2015 DIOG were that completely oblivious at the time when it came to disability issues, which would necessarily include behavior seeing how a myriad of disabilities are cognitive and behavior based, under the Equal Treatment Under the Law Section? WRONG. Section 4.3.3.2.3 specifically talks about "General Ethnic/Racial Behavior," Section 4.3.3.2.4 specifically talks about "Specific and Relevant Ethnic Behavior," and Section 4.3.3.2.5 specifically talks about "Ethnic Behavior." PLAINTIFF doesn't suppose these aforementioned sections specifically talk about some organization having "specific behavioral characteristics" and then effectively allows the Agent to analyze based on whether or not someone has specific behavioral characteristics or

100

not that would classify them as having a certain attribute? There is! Not even once do these sections talk about disabilities, do they? CORRECT. This is just a piece of the puzzle and not an entire reflection about the FBI at the time.

141.    *Something compelled the FBI and DOJ to suddenly change their*

142.    *DIOG (Domestic Investigations and Operations Guide) in November 2015477 (after PLAINTIFF came back from Japan in July 2015) and was published in March 2016. What was the purpose of the revision? According to James Comey, it was "to better equip [the FBI] to protect the people of the United States against crime and threats to the national security and to collect foreign intelligence." So DEFENDANTAS could falsely label PLAINTIFF a threat for national security purposes prior to Japan 2015 after being subject to acts of international and domestic terrorism committed by DEFENDANTS and then they could collect foreign intelligence while PLAINTIFF was in Japan…Was there something that was intentionally and deliberately underlined and italicized to emphasize the importance of it in this DIOG? Yes. Original emphasis on the DEFENDANT FBI: "Finally for national security and foreign intelligence investigations, FBI investigative activities will continue to be processed as set forth in the classified Memorandum of Understanding Concerning Overseas and Domestic Activities of the Central Intelligence Agency and the Federal Bureau of Investigation (2005)."478 There is that cooperation agreement between CIA and FBI; and so for all intents and purposes, they are one and of the same in Summer 2015.*

143.   PLAINTIFF'S Soul is PLAINTIFF'S and God's Property. This argument would not cover petty things like being offended by words as violating one's soul, but This would be ruled on a very rare basis in the future in which there is severe action intentionally undertaken against the soul. Its just damage to the soul and not freeing the soul. This is especially true as a Constitutional issue, religious freedom issue, and RICO issue. Whether it is under the Geneva Convention or far too many numerous SCOTUS decisions to list, the law has conclusively determined that there is a legal basis of a soul or spirit (if one commits a war crimes, torture, RFRA violations, etc, it is on the basis of their religion, most religions have their religion based on an individual's soul as it relates to God). 18 USC 247 specifically made it a crime to destroy religious property. So PLAINTIFF is combining both that there is a legal property right in one's soul and that the government intentionally doing things that violates one's soul is a taking.

144.   18 USC 247 makes it a US Federal crime to **(a)**Whoever, in any of the circumstances referred to in subsection (b) of this section— **intentionally defaces, damages, or destroys any religious real property,** because of the religious character of that property, or attempts to do so; or intentionally obstructs, by force or threat of force, including by threat of force against religious real property, any person in the enjoyment of that person's free exercise of religious beliefs, or attempts to do so; .. As used in this section, the term "religious real property" means any church, synagogue, mosque, religious cemetery, ***or other religious real property,*** including fixtures or **religious objects contained within a place of**

**religious worship,** or real property owned or leased by a nonprofit, religiously affiliated organization.

    a. After hearing that the probability that PLAINTIFF would succumb to Japlan was 55/45 or 60/40, these are statistical odds for gaming, which then makes Japlan constitute gambling; after hearing the Japlan through the wires through violations of 18 USC 1961 Section 1029 that went to at a minimum of Washington DC, Chicago, China or Russia, India, Japan, and more, , anyone who implemented *Japlan* should be in jail for 20 years or more.

145. PLAINTIFF'S soul is religious property and traditional property for RICO purposes. In the Orthodox Christian Faith, the connection with God inside an Orthodox Church is made and established through ***an Orthodox Christian's soul***; not the physical body, *the soul*. The soul is a tangible thing which makes it property and that is where a connection is established. If CONGRESS already recognized that other religious property can be defaced for 18 USC 247 purposes inside a church, it Congress included in that definition SOUL. There is almost no point of one going to a church if their soul doesn't connect to God so it makes no sense for Congress to argue and say that soul is not covered because one can't have a connection with God inside a church without a soul and thereby limit the applicability of soul.

    a. Most importantly, per the 1st, 5th, and 13th Amendment, no judge has the right to knowingly allow PLAINTIFF'S soul to be continued to be

defiled through any enumerated act that constitutes a violation of 18 USC 1961 and the Louisiana Civil Code.  Period.

146.    Even if PLAINTIFF might have problems with SCOTUS, still, SCOTUS ruled in 2025 in *Medical Marijuana, Inc. v. Horn* that for CIVIL RICO purposes that there is an injury to a traditional property and at least to Orthodox Christians who have been around for almost 2000 years believed in a soul thereby making it traditional property in nature.

147.    PLAINTIFF specifically said that implementing *Japlan* against him was worse than physically murdering PLAINTIFF.

148.    Want to know the one type of property that terrorists that--can consist of say ISIS and Al-QAEDA terrorists--attack overseas? SOULS. They attacked America's Soul. Terrorists in Nigeria attack Christians because of their souls and CONGRESS knows that to be true.[13] Good luck assholes in 5 Eyes that hate PLAINTIFF and let PLAINTIFF see them get out of this argument where they argue that PLAINTIFF'S soul is not protected nor is it traditional property.

149.    DEFENDANTS damn well know that PLAINTIFF prayed to God to find a faithful wife who was an adult woman in late April 2015.

150.    Meteor showers being important to Christians, Emperor Constantine-- on October 27th, 312 A.D-- who made Christianity legal in the Roman Empire. The following from Amusing Planet that describes why it was important: "Eusebius, one of the Christian Church's early historians, describes a vision that Constantine had

---

[13] https://chrissmith.house.gov/news/documentsingle.aspx?DocumentID=413554

while marching towards the site of the battle: *...while he was thus praying with fervent entreaty, a most marvelous sign appeared to him from heaven, the account of which it might have been hard to believe had it been related by any other person. ...about noon, when the day was already beginning to decline, he saw with his own eyes the trophy of a cross of light in the heavens, above the Sun, and bearing the inscription 'conquer by this'. At this sight he himself was struck with amazement, and his whole army also, which followed him on this expedition, and witnessed the miracle.* At first Constantine was unsure of the meaning of the apparition, but the following night he had a dream in which Christ explained to him that he should use the sign against his enemies. Constantine then commanded his troops to adorn their shields with the Christian symbol, the Chi-Rho, which he had seen in the skies. Constantine's army won the battle, and the new emperor dedicated the victory to Christ whom he believed had helped him." So without a meteor shower, no Christianity. *See also*: Battle of Milvian Bridge.

151.   PLAINTIFF prayed to the God during the meteor shower of April 2015 to find the love of his life soon and for her to be completely faithful and for us to be in a happy marriage. No open marriage, no cucking, or anything like that--No marrying someone or something under any circumstances that PLAINTIFF would find completely disgusting. SIR EVELYN de ROTHSCHILD, RUSSIA via GRU & FSB and their proxies, MOSSAD/IDF, State of Israel, MSS, NSO, Indian Intel and Republic of India, LYNN FORESTER de ROTHSCHILD,  HILLARY CLINTON, BILL CLINTON, JAMES COMEY, LORETTA LYNCH, ERIC HOLDER, certain

105

members of SCOTUS, knew all of this. Marriage was one *of the major and only hopes* PLAINTIFF had to look forward to in his miserable life up to that point of time and looked forward to it so much *because **if PLAINTIFF'S family wouldn't love PLAINTIFF for himself, then at least his future wife would; and PLAINTIFF just wanted that so badly***. Furthermore, PLAINTIFF wanted to be married inside an Orthodox Church or All Saints Chapel as marriage is extremely important in the Orthodox Christian faith. It would deeply offend PLAINTIFF beyond belief to be married to anyone if PLAINTIFF did not get married inside a church. Period. Does this sound like terrorist or counter-espionage related activity to you? NO! Did PLAINTIFF write that PLAINTIFF would shout out loud Allahu Akbar and screaming about infidels in a public place in my future marriage proposal? No, no PLAINTIFF did not. Again, nothing criminal or terrorist like.

152.     What has further degraded PLAINTIFF'S soul if he is married is the way the marriage treated PLAINTIFF over the last 10 years: not once did PLAINTIFF consummate the marriage, not once did PLAINTIFF through an ultimate act of love create a child with his wife; not once were PLAINTIFF and his fraudulent wife married inside an Orthodox Church or other religiously significant venue; not once did his wife visit him when PLAINTIFF was suffering in the hospital; for at least 7 of those years, the first thing PLAINTIFF woke up to was the smell of raccoon piss and shit and a completely empty bed never having those moments of fundamental non-sexual moments of intimacy that every marriage requires; when PLAINTIFF was kidnapped in Iowa, he wanted someone to come save him or rescue him but

106

PLAINTIFF still has no current whereabouts or contact information of his wife; during the last 10 years when PLAINTIFF was being tortured and tampered with electronically, his wife was not there for PLAINTIFF; when PLAINTIFF for at least a year worth amount of time cried himself to sleep because of the conditions he was in, PLAINTIFF'S wife was not around; when PLAINTIFF gained over 150+ lbs and was having his life sucked by parasitic psychopaths through abuse, torment, torture, and fraudulent concealment, PLAITNIFF'S wife was not there, when all PLAINTIFF prayed to God for was a loving and faithful wife on April 22nd, 2015 that even PRESIDENT TRUMP knows through the GREEK ORTHODOX BISHOP telling him the importance of celestial events in the ORTHDOX CHURCH, his wife fucked other men, probably got pregnant by other men, and stole money from him in the process of PLAINTIFF being a slave during that time; most likely than not, PLAINTIFF was used by an unknown Cartel, Foreign Intelligence Agency that consists of 1 or more of the following that either aided and abetted or knowingly participated in such: Mossad/IDF, Indian Intel, FSB/GRU, MSS, German Intel, SZRU, Dutch Intel, Irish Intel, any member of 5 Eyes, CIA, FBI, NSA, Japanese Intel, Mafia, PLAINTIFF'S parents, PLAINTIFF'S brother, LJUBE NEDANOVSKI, or combo thereof all without his knowledge and consent. PLAINTIFF never would have had his soul degraded to the point of being an enslaved cuck incapable of providing for himself, taking care of himself, being treated in the most corrupt way in Court, ever.

153.    What has further degraded PLAINTIFF'S soul if he is married is the way the marriage treated PLAINTIFF over the last 10 years: not once did PLAINTIFF consummate the marriage, not once did PLAINTIFF through an ultimate act of love create a child with his wife; not once were PLAINTIFF and his fraudulent wife married inside an Orthodox Church or other religiously significant venue; not once did his wife visit him when PLAINTIFF was suffering in the hospital; for at least 7 of those years, the first thing PLAINTIFF woke up to was the smell of raccoon piss and shit and a completely empty bed never having those moments of fundamental non-sexual moments of intimacy that every marriage requires; when PLAINTIFF was kidnapped in Iowa, he wanted someone to come save him or rescue him but PLAINTIFF still has no current whereabouts or contact information of his wife; during the last 10 years when PLAINTIFF was being tortured and tampered with electronically, his wife was not there for PLAINTIFF; when PLAINTIFF for at least a year worth amount of time cried himself to sleep because of the conditions he was in, PLAINTIFF'S wife was not around; when PLAINTIFF gained over 150+ lbs and was having his life sucked by parasitic psychopaths through abuse, torment, torture, and fraudulent concealment, PLAITNIFF'S wife was not there, when all PLAINTIFF prayed to God for was a loving and faithful wife on April 22nd, 2015 that even PRESIDENT TRUMP knows through the GREEK ORTHODOX BISHOP telling him the importance of celestial events in the ORTHDOX CHURCH, his wife fucked other men, probably got pregnant by other men, and stole money from him in the process of PLAINTIFF being a slave during that time; most likely than not,

108

PLAINTIFF was used by an unknown Cartel, Foreign Intelligence Agency that consists of 1 or more of the following that either aided and abetted or knowingly participated in such: Indian Intel, FSB/GRU, MSS, German Intel, SZRU, Dutch Intel, Irish Intel, any member of 5 Eyes, CIA, FBI, NSA, Japanese Intel, OR Mafia, PLAINTIFF'S parents, PLAINTIFF'S brother, LJUBE NEDANOVSKI, all without his knowledge and consent. PLAINTIFF never would have had his soul degraded to the point of being an enslaved cuck incapable of providing for himself, taking care of himself, being treated in the most corrupt way in Court, ever.

154.    This is completely infuriating and the purpose of such is to obstruct one of the most fundamental claims as it relates to PLAINTIFF: PLAINTIFF'S access to the Courts and PLAINTIFF'S access to the Courts with esa/service dog Kawaii. PLAINTIFF specifically Judge REBECCA GOODGAME EBINGER completely ignores CONGRESS' command per the 13th Amendment. See: *Pape v. Monroe, Bailey v. Alabama, Kozminski v. United States.* PLAINTIFF routinely complained about how ANGIE ORTIZ, XIUYANG SUN, MOSSAD/IDF, FSB/GRU, MSS, Indian Intel, 5 Eyes (i.e. UK and Canadian Intelligence), German Intel, Dutch Intel, State of Israel, Republic of India, CIA, FBI, DOJ, NSA, DNI,  or a combination thereof et al. were all conspiring in violation of 18 USC 1962(D) through electronic tampering to intentionally prevent PLAINTIFF from having access to the Courts (including the FISA COURT) & in violation of 18 U.S.C. § 1362  to intentionally obstruct justice to avoid liability for having used PLAINTIFF as a slave for years and the actions they committed against PLAINTIFF in violation of both 18 USC 1961

109

Section 1029 and 18 USC 1961 Section 1503 and 18 USC 1961 Sections 1587-1593.

**Tennessee v. Lane, 541 U.S. 509 (2004) specifically scolds Magistrate Judge KOHLER when SCOTUS ruled in regards to Section 504 and the ADA:** "It is not difficult to perceive the harm that Title II is designed to address. Congress enacted Title II against a backdrop of pervasive unequal treatment in the administration of state services and programs, including systematic deprivations of fundamental rights… The majority of these laws remain on the books and have been the subject of legal challenge as recently as 2001.  **Similarly, a number of States have prohibited and continue to prohibit persons with disabilities from engaging in activities such as marrying…** The historical experience that Title II reflects is also documented in this Court's cases, which have identified unconstitutional treatment of disabled persons by state agencies in a variety of settings, including unjustified commitment, *e.g., Jackson* v. *Indiana,* 406 U. S. 715 (1972); the abuse and neglect of persons committed to state mental health hospitals, *Youngberg* v. *Romeo,* 457 U. S. 307 (1982); and irrational discrimination in zoning decisions, *Cleburne* v. *Cleburne Living Center, Inc.,* 473 U. S. 432 (1985). The decisions of other courts, too, document a pattern of unequal treatment in the administration of a wide range of public services, programs, and activities, including the **penal system, public education**, and voting. **Notably, these decisions also demonstrate a pattern of unconstitutional treatment in the administration of justice." So Judge intentionally discriminated against PLAINTIFF on the basis of his autism, PTSD, Depression.**

155. LET PLAINTIFF be clear on something and this is the parts that PLAINTIFF can remember drugged or undrugged. ANGIE ORTIZ routinely lied to PLAINTIFF to just about everything about her and the reason why she was there, she lied about how she was engaging in conspiracies against PLAINTIFF over the wires with her friends and whomever her handlers were at the time, lied about her age as per the details of *Japlan* in which her handlers intentionally implemented that aspect of the plan against PLAINTIFF and also PLAINTIFF might have said in Spring 2015 that in implementing *Japlan* that the girl at issue should give such a broad range of different ages (in PLAINTIFF'S case ANGIE gave the ages between 12-20 years old) that you are essentially forced to rely on different inferences to ascertain her age because she was completely unreliable in telling her age to PLAINTIFF, she lied about her boyfriend and her sugar daddy creating the expectation she was over 18 years old and very sexual and materialistic and gave stories about her drinking, she lied about being a student in college wanting to major in education, she lied about the actual danger she was in if she was in any because she never did give PLAINTIFF a real reason to believe she was in great danger because if she had conveyed that she was in great danger in any way, PLAINTIFF might have and probably would have called Tokyo Police, she gave PLAINTIFF a fake passport, she lied about where exactly she was from; PLAINTIFF did everything he could to get her out of the situation like paying for her to go to a teaching job interview, giving her the address and/or money necessary for her to go to the Costa Rican Embassy to get her out of trouble and quite possibly

PLAINTIFF wanting to take her there in which she refused to go, PLAINTIFF give her access to LSU Law's Immigration Clinic to rescue her and she completely refused and didn't want to talk to one of PLAINTIFF'S best friends at the time ANDREW WHALL who was working in LSU Law's Immigration Clinic. All of this in which just a few months earlier PLAINTIFF said how it was completely disgusting for latinos to engage in underage marriages and there was absolutely no evidence ever that PLAINTIFF wanted to engage in an underage marriage but the facts are just the opposite. Furthermore, PLAINTIFF specifically and he thinks he has this video recorded where he and Lawerence were walking down the street and they pass by a brothel for all intents and purposes and PLAINTIFF made the comment that he would never pay for sex while he was in Japan. ANGIE ORTIZ presented herself as a promiscuous adult woman and PLAINTIFF in both his sober and drugged state treated ANGIE ORTIZ the way she presented herself with PLAINTIFF and the way she interacted with PLAITNIFF on equal terms with her physically assaulting PLAINTIFF for no discernable reasons first and ANGIE ORTIZ never presented herself as a vulnerable child in imminent and great harm and danger. PLAINTIFF never ordered her to be there nor did he ever want her to be there because she was part of Japlan against PLAINTIFF and PLAINTIFF would have a completely different answer in him wanting to be there if she told the truth from the very beginning and had her family with her there and respected him in which ANGIE ORTIZ did not respect PLAINTIFF at all through the way she treated PLAINTIFF.   ANGIE ORTIZ had one specific job while she was there and

112

that was to intentionally compromise and blackmail PLAINTIFF at behest of the Republic of India, State of Israel, Mossad, Indian Intel, SPICEJET, BOEING Inc., AJAY SINGH, JET AIRWAYS, PRIME MINISTER MODI, HILLARY CLINTON, BILL CLINTON, GINA HASPEL, MICHAEL MORELL, JOHN BRENNAN, ANDREW MCCABE, BEN NETANYHU, SIMEON PERES,  ROTHSCHILDS HOLDINGS (for Definition of who this is applicable to, see: PLAINTIFF'S SCOTUS PETITION), LYNN FORESTER DE ROTHSCHILD, SIR EVELYN DE ROTHSCHILD, ARIANE DE ROTHSCHILD, JEFFREY EPSTEIN, and more in which  those aforementioned DEFENDANTS materially benefitted from them destroying PLAINTIFF"S soul and religious beliefs by having ANGIE ORTIZ trick PLAINTIFF in either a semi-sober or drugged state to perform cunnilingus on her on at least 2 or 3 occasions in which they had the plan of castrating and enslaving PLAINTIFF for the rest of his life. Theres such an unreasonable expectation that PLAINTIFF was supposed to do everything like he hadn't been drugged after June 26th, 2025. When PLAINTIFF talked about *Japlan* in Spring 2015, he never seriously volunteered himself as tribute to succumb to it as they do in the Hunger Games because PLAINTIFF knew and understood that when he described the most evil plan that could be done to PLAINTIFF on purpose just how bad the damage would be to PLAINTIFF'S life, future, soul, personality, brain, and body and he said that from a complete understanding that no one would ever want to implement that against him because he had done nothing to deserve such in which he was never a terrorist, never inappropriately sexually touched any kids, never a pedophile, never

113

a rapist in which sometimes tone and laughter matters in determining consent by the way, never a major drug dealer or drug kingpin and never knowingly doing any activity on behalf of any cartel, never abused animals, never tortured animals, never stalked a woman, never burned down anyone's home, never drugged someone against their will, never was a peeping-tom, never derived pleasure from the completely unprovoked and unjustified use of force against someone nor intentionally inflicting harm upon anyone, never actively sought nor thought to be romantically or sexually involved with anyone whom I knew and understood at the time was under 18 in which DEFENDANTS for years watched me struggle with online dating apps trying to find adult women to date and having 20+ years of information as it related to PLAINTIFF'S porn habits and the type of woman that made PLAINTIFF sexually aroused the most, and never committed a battery against a person that it hospitalized them, and more. PLAINTIFF had to connect RAMIZ J SAKINOVIC to a conversation he had in Spring 2015 with WARWICK ALLEN to prove the conspiracy against PLAINTIFF to include the totality of the circumstances in which PLAINTIFF alleges if ANGIE ORTIZ is dead, PLAINTIFF never murdered her or ordered her hit and then unknown DEFENDANTS in seeking to maliciously prosecute PLAINTIFF utilized that same exact conversation as a piece of incriminating evidence and intentionally deleted from history and knowledge and reports PLAINTIFF'S actual conversations as it relates to Japlan, PLAINTIFF'S prayer to God during a meteor shower for a faithful adult woman as a wife, evidence proving PLAINTIFF'S disposition in intentionally ignoring places

114

during the Summer 2015 trip *with underaged women whom are routinely sexualized* such as in the Philippines or Thailand,  and underaged latino marriages and how vile adult-child marriages are in reality that was said in all of the same season thereby being violations of at least obstruction of justice and 18 USC 1961 Sections 1510, 1511, 1512, and 1513 as well as *Alcorta, Brady,* and *Mooney* violations.

156.    Suppose DEFENDANTS in the DEA, FBI, CIA, NSA, falsely alleged PLAINTIFF was hostile against the US and that DEFENDANTS had the "proper" legal authority to install software in PLAINTIFF'S laptop (as per ANDREW MCCABE'S admissions made in his book), there should have been evidence of my alleged hostility on my laptop or personality red flags that would require further investigation. No, the only thing they would have found is only adult porn (in which there was no porn that degraded women, that involved BDSM, that involved ropes and tying, that was extremely hard-core); there did not find any animal crush videos or any evidence of mutilating animals or people or anything that harmed individuals; DEFENDANTS found normal Hollywood movies, a music collection that consisted mostly of classical, country, and pop music, school related documents, class notes, cases, etc. Pretty much exactly everything and anything you would expect to find on a normal male American law school student's laptop. DEFENDANTS can confirm their search did not yield PLAINTIFF visiting any extremist or terrorist websites (DEFENDANTS had my browsing history and google search history via Chrome), PLAINTIFF posted no extremist views anywhere on social media in which PLAINTIFF posted on Reddit to help people and occasionally

posted on Facebook to let people know what was going on in his life and messages on Facebook from time to time, PLAINTIFF did not write nor had any documents that had extremist views written on any documents; PLAINTIFF had no extremist or terrorism documents in his laptop; PLAINTIFF had no documents that expressed any hostility against anyone and anyone in the United States Government; there was absolutely nothing that would be remotely indicative of being plausibly construed in any way or sense or form that expressed any hostility towards the United States or anyone else or that was not constitutionally protected that would constitute or warrant the counterterrorism division or heads of the FBI and CIA to be so interested in PLAINTIFF. Period.

157.    The previous paragraph is confirmed to be true with the following circumstantial evidence: Here are some of the following things or topics PLAINTIFF searched on Youtube to watch during the entire time he was both in Japan and living at 773 John Henry in which PLAINTIFF did not omit anything that would prove his contention that he did not watch violent videos, terrorist videos, extremist videos, etc.: Yodeling, Spiegel Im Spiegel,  Cool Runnings, stand-up comedy, memes, Milo & Otis, Love by Kid Cudi (PLAINTIFF'S favorite non-classical song at that time), chimp on a segway, air crash investigations, Japanese tv shows, 1st Amendment, law, people v larry flynt supreme court, avionu slomicu ti krila, SNL colonel angus.

158.    For all intents and purposes, PLAINTIFF was a journalist in Fall 2014 and Spring 2015 because he wrote an article as a contributor to a LGBT magazine.

116

159.    If any competent officer from the FBI,  NSA, CIA, et al doing an investigation about PLAINTIFF and would have talked to CHERRY-ROBERTS MATHERNE, *an interrogator of terrorists overseas during the Gulf War who PLAINTIFF thought was a good friend but could have been working completely against me*, if PLAINTIFF had done or said anything remotely conceivable as hostile to the United States in the two years of having known each other in the Spring of 2015, and if she was being truthful, she would have told the Court and them: **NO**. *Texts between CHERRY ROBERTS-MATHERNE and PLAINTIFF would have proven that to be true.* These wonderful pieces of exculpatory evidence were omitted.

160.    PLAINTIFF has to make a confession about assigning culpability for *JAPLAN*. The fact of the matter is, that after PLAINTIFF'S subsequent investigation and re-evaluation of his life, the following: there are people who are completely obsessed with PLAINTIFF for God knows what reason, but being sadistic, refuse to have a relationship or meaningfully interact with PLAINTIFF or help PLAINTIFF when he needed them to help him the most. The fundamental problem PLAINTIFF faces in this case is the following: PLAINTIFF is interacting with the most sophisticated manipulators and psychopaths in the world as an autistic man. These individuals in intelligence and politics, regardless of whether it is the United States, Russia, China, etc., they all know how to perfectly frame someone or cause someone to conclude something completely different based on the same facts. PLAINTIFF provides the strongest warning possible that this is an unstable situation and not to prejudge it in which the only reason why PLAINTIFF

117

is not assigning liability is because he knows he is being manipulated and tampered with electronically by unknown DEFENDANTS. PLAINTIFF begs his readers not to use this case to hate any DEFENDANTS. They can be forgiven. PLAINTIFF figuratively explains it this way; on one hand, you have ROTHSCHILDS, CLINTONS, ISRAEL, INDIA, JAPAN, QATAR, the UNITED KINGDOM, the US, and on the second hand, you have CHINA, IRAN, RUSSIA, and INDIA. India is on both sides because that is where a lot economic growth is going to happen and both hands want in. The first hand can completely frame the second hand, and the second hand can completely frame the first hand based on the nature of the people PLAINTIFF is trying to hold liable. Honestly, PLAINTIFF can prove and hold both hands being liable at a 51% level of the preponderance of the evidence standard, but this is not a criminal case where there is reasonable doubt. Doubt can be had at 51%.  PLAINTIFF'S argument is this: if the first hand didn't look so guilty and wasn't guilty of doing things that occurred before that caused the situation to escalate as high and much as it did, then the second hand couldn't have been able to frame the first hand in the first place. PLAINTIFF is holding both hands liable where both hands can be pissed off at PLAINTIFF but not start war with each other over PLAINTIFF directly assigning blame to one side. They're probably going to cause war with each other, but PLAINTIFF is doing everything he can for it not to be over him.

161.   One day at 773 John Henry, the kitchen sink is backing up and not draining. PLAINTIFF calls landlord Arthur to fix it. Arthur gets a plumber who then

determines the cost of the repair is going to be quite extensive. The plumbing issue and fixing the kitchen sink are repairs that can be called *a home repair*—HILLARY CLINTON will directly allude to this in a speech she made on 06/26/2015. If PLAINTIFF recalls correctly, PLAINTIFF told landlord Arthur that it would be prudent file a claim with his homeowner's insurance. PLAINTIFF texts these messages to landlord Arthur and DEFENDANTS have a copy of the exculpatory evidence it contains in which DEFENDANTS intentionally ignored it. Landlord Arthur then complains it is going to raise his rates. DEFENDANTS have now found a false justification and connect to--yet again against their better reasonable judgment--try to falsely connect PLAINTIFF to PLAINTIFF'S house having burned down in May 2010 to connect PLAINTIFF with insurance fraud. As previously stated, PLAINTIFF never committed insurance fraud nor did PLAINTIFF burn down his own home as his cat, Sparky, was far more valuable to PLAINTIFF than any monetary gain that could ever be obtained through burning down the home and DEFENDANTS falsely allege that PLAINTIFF is telling landlord Arthur to commit insurance fraud when PLAINTIFF never told him to commit insurance fraud in the first place. PLAINTIFF wishes he could tell the Court more; but there is probably something with the situation that PLAINTIFF adequately can't remember because it was that non-consequential to PLAINTIFF'S mind at the time because **PLAINTIFF was telling landlord Arthur the truth that he should do things legally and that he should bite the cost on the increase in insurance rates going up due to the necessary repairs.**

119

ANDREW MCCABE and DEFENDANTS OMIT this information the Court in order to obtain a warrant allowing them to bug PLAINTIFF'S house unconstitutionally.

162.    PLAINTIFF doesn't necessarily have to rely on a proposition of law when he says: it should be so obvious when an American autistic PLAINTIFF who is legally a slave-- that for months in two appellate circuits and two district courts, has been screaming on paper about the lack of medical care, enslavement, lack of financial resources, and who attested to losing cognitive capacity and capability due to trauma, and how DEFENDANTS are maliciously exploiting that deprive PLAINTIFF of life, liberty, and pursuit of happiness via a RICO Enterprise, etc.-- there is a heightened care that should be paid attention to that individual in Court because that individual is at risk of serious and substantial abuses of law that will unjustly enrich DEFENDANTS, prolong PLAINTIFF'S slavery and abuse, and allow for the complete tyrannical denial of Due Process..

163.    Genuinely, in Spring 2015, PLAINTIFF was hungry for Chicago Beef and Hot Dogs from PORTILLOS, which PLAINTIFF ABSOLUTELY LOVES, because PLAINTIFF is a voracious meat eater in which local restaurants in BATON ROUGE between 2013-2015 could not satisfy that carnivorous meat demands. So PLAINTIFF talked to HANK R, who attended LSU Law with PLAINTIFF, was from a suburb of CHICAGO as well, and who was coincidentally PLAINTIFF'S next door neighbor at 773 JOHN HENRY (which DoD, FBI, DHS, and CIA all have recordings of or did at one time or another) in which PLAINTIFF talked to HANK

about shipping in from Chicago a box of PORTILLOS Delicious BEEF Hamburger Patties and Hot Dogs.

164. PLAINTIFF believes that JOHN PODESTA, TONY PODESTA, HILLARY CLINTON, JAMES COMEY, JEH JOHNSON, ANDREW MCCABE, and other unknown DEFENDANTS in FBI, CIA, DoD, NSA, DEA, INDIAN INTEL, FSB/GRU, MSS et al. had knowledge of such a conversation, intentionally misconstrued that conversation between HANK and PLAINTIFF in order to further the plans of the conspiracy against PLAINTIFF with *JAPLAN* and perpetuate the aims of the RICO Enterprise against PLAINTIFF, would use it to falsely convict PLAINTIFF, in which aforementioned DEFENDANTS conspired to do these things over the wires via phone calls, texts, and emails that amounted to violations of 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d).

165. LYNN FORESTER de ROTHSCHILD is a partner or owner of E.L. Rothschild LP.

166. E.L. Rothschild LP is subject to disgorgement under 18 USC 1963.

167. PLAINTIFF alleges that during LYNN FORESTER De ROTHSCHILD and BILL CLINTON'S trip, on PLAINTIFF'S birthday in 2015, April 28th, 2015, "On their nine-day trip to Africa, Bill and Chelsea Clinton are traveling with 20 wealthy

121

donors and foundation supporters, a group that includes fundraisers for Hillary Clinton's presidential bid and others *who are expected to give generously to her campaign*."[14] Part of JAPLAN'S purpose was to enslave PLAINTIFF through the implementation of Japlan and make sure PLAINTIFF was not a liability to the CLINTONS.

168.    On 04/28/2015, PLAINTIFF'S 27th Birthday, the White House held a dinner for the Japanese people honoring The Estate of Shinzo Abe (hereon: *Japanese Conspiracy Dinner*).

169.    *United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,* 589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]." U.S. v. Jones*, 839 F.2d 1041 (5th Cir. 1988). *United States v. Bower,* 575 F.2d 499 (5th Cir.): "The government's provision of aid, incentive, and opportunity to commit the crime does not amount to entrapment unless it appears that the "defendant has done that which he would never have done were it not for the inducement of Government operatives." "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated

---

[14] https://www.politico.com/story/2015/04/bill-clintons-africa-entourage-117445 (last checked. August 13th, 2024).

elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268 (D. Md. 1990).

170.    Every facet of "*Japlan"* was thoroughly talked about in which DEFENDANTS at the White House attending a State Dinner for Japan conspired against PLAINTIFF on his upcoming trip to Japan in May 2015

171.    This is who attended the *Japanese Conspiracy Dinner*. What really enrages PLAINTIFF is the following: Numerous guests have been afforded the title of "Honorable" in which these assholes are the least deserving of that title—cruel irony. When society collapses, these well-to-do privileged people in power give themselves these lavish titles without knowing what Honor means because they never lived it on a daily basis while in Washington D.C.. The following by having attended the Japanese Conspiracy Dinner violated 18 USC 2.

a.    **BARACK OBAMA & MICHELLE OBAMA.**

b.    **HIS EXCELLENCY SHINZO ABE, PRIME MINISTER OF JAPAN and MRS. AKIE ABE**

c.    The following Governors: The Honorable Gary Herbert, Governor of Utah, Salt Lake City, UT and The Honorable David Ige, Governor of Hawaii, Honolulu, HI.

d.    His Excellency Fumio Kishida, Minister for Foreign Affairs of Japan

e.    MASATSUGU ASAKAWA

f.    CAROLINE ATKINSON, Deputy Assistant to the President and Deputy National Security Advisor, National Security Council, Washington, DC

123

g.      GEOFFREY BOYD LAMB, Washington, DC

h.      JOSEPH BIDEN & Dr. JILL BIDEN

i.      Ambassador Kenichiro Sasae, Japanese Ambassador to the United States, Washington, DC

j.      Honorable AMBASSADOR WILLIAM BROWNFIELD

k.      AMBASSADOR KRISTIE KENNEY, Career Ambassador, United States Foreign Service, Washington, DC

l.      The Honorable CAROLINE KENNEDY, U.S. Ambassador to Japan

m.      The Honorable JOHN KERRY, Secretary of State, U.S. Department of State.

n.      The following members of Congress: The Honorable Earl Blumenauer, U.S. Representative (Oregon), Washington, DC; The Honorable Suzanne Bonamici, U.S. Representative (Oregon), Washington, DC; The Honorable Tom Carper, U.S. Senator (Delaware), Washington, DC; The Honorable Tom Daschle, Former U.S. Senate Majority Leader, Washington, DC; The Honorable Diana DeGette, U.S. Representative (Colorado), Washington, DC; The Honorable ORRIN HATCH, President Pro Tempore, U.S. Senate (Utah), Washington, DC; The Honorable Mazie Hirono, U.S. Senator (Hawaii), Washington, DC; The Honorable Ron Kind, U.S. Representative (Wisconsin), Washington, DC; The Honorable Doris Matsui, U.S. Representative (California), The Honorable **Kevin McCarthy**, Majority Leader, U.S. House of Representatives (California), The Honorable Gregory Meeks, U.S. Representative (New York), The Honorable **Nancy Pelosi,** Democratic Leader, U.S.

124

House of Representatives (California), The Honorable Paul Ryan, U.S. Representative (Wisconsin), The Honorable Ron Wyden, U.S. Senator (Oregon),

i.CONGRESS WAS ABSOLUTELY IN ON *JAPLAN*. Period. It doesn't matter if it is Republican or Democrat, it's all the same.

o.     The Honorable ASHTON CARTER, Secretary of Defense, U.S. Department of Defense, Washington, DC and Admiral JAMES WINNEFELD, Vice Chairman, Joint Chiefs of Staff.

i.PLAINTIFF is giving D.o.D an opportunity to redeem themselves, they should take it and save face and have honor and integrity.

p.     The Honorable Daniel Russel, Assistant Secretary of State for East Asian and Pacific Affairs, U.S. Department of State, Washington, DC

q.     The Honorable Catherine Russell, U.S. Ambassador-at-Large for Global Women's Issue, U.S. Department of State. Suppose wanting to frame me as being a bad man for what they were going to do with ANGIE ORTIZ

**U.S. & JAPANESE National Security Leaders.**

r.     The Honorable JAMES CLAPPER, Director of National Intelligence, Office of the Director of National Intelligence

s.     Ms. SUZY GEORGE, Deputy Assistant to the President and Executive Secretary and Chief of Staff, National Security Council, Washington, DC

t.     The Honorable ROSE GOTTEMOELLER, Under Secretary of State for Arms Control and International Security, U.S. Department of State, Washington, DC.

u.      The Honorable AVRIL HAINES, Assistant to the President and Deputy National Security Advisor, National Security Council, Washington, DC

v.      Ms. BERNADETTE MEEHAN, Senior Director for Strategic Communications and Spokesperson, National Security Council

w.      Mr. EVAN MEDEIROS, Special Assistant to the President and Senior Director for Asian Affairs, National Security Council

x.      Mr. CHRISTOPHER JOHNSTONE, Director for Japan Affairs, National Security Council,

y.      The Honorable LISA MONACO, Assistant to the President for Homeland Security and Counterterrorism and Deputy National Security Advisor, Office of the National Security Advisor

z.      The Honorable SUSAN RICE, National Security Advisor, National Security Council, Washington, DC

aa.     The Honorable DENIS McDONOUGH, Assistant to the President and Chief of Staff, Washington, DC

bb.     Mr. SHOTARO YACHI is a Japanese diplomat who served as the National Security Advisor in Japan from 2013 to 2019.

cc.

**White House Staff:**

dd.     The Honorable VALERIE JARRETT, Senior Advisor to the President for Intergovernmental Affairs and Public Engagement, Office of Public Engagement and Intergovernmental Affairs.

ee.     The Honorable JENNIFER PSAKI, Assistant to the President and Director of

Communications,

ff.     The Honorable BRAIN DEESE Deese, Assistant to the President and Senior

Advisor

gg.     The Honorable BEN RHODES, Assistant to the President and Deputy

National Security Advisor for Strategic Communications and Speechwriting.

hh.     The Honorable SHAILAGH MURRAY, Assistant to the President and Senior

Advisor

ii.     The Honorable AMY ROSENBAUM, Deputy Assistant to the President for

Legislative Affairs.

jj.     The Honorable TINA TCHEN, Assistant to the President and Chief of Staff to

the First Lady

kk.

**US Federal Agencies and Departments.**

ll.     The Honorable JACOB LEW, Secretary of the Treasury, U.S. Department of

the Treasury

mm.   The Honorable ANTHONY FOXX, Secretary of Transportation, U.S.

Department of Transportation

nn.     The Honorable GINA McCARTHY, Administrator, U.S. Environmental

Protection Agency

oo.     The Honorable ERNEST MONIZ, Secretary of Energy, U.S. Department of

Energy

pp.    The Honorable PENNY PRITZKER, Secretary of Commerce, U.S.

Department of Commerce

qq.    The Honorable JEFFREY ZIENTS, Assistant to the President and Director of

the National Economic Council

rr.    The Honorable Tom Vilsack, Secretary of Agriculture, U.S. Department of

Agriculture

ss.    The Honorable MICHAEL FROMAN, U.S. Trade Representative, Office of

the U.S. Trade Representative

**Corporations and Their CEO'S & Financial Interests Attending JAPANESE**

**CONSPIRACY DINNER.**

tt.    Mr. GREG PAGE, Executive Chairman of Cargill Inc.

uu.    Ms. ELIZABETH HOLMES, Founder and CEO, Theranos. Just for laughs.

vv.    Mr. JIM LENTZ III, CEO of Toyota USA

ww.    Mr. BRAIN KRZANICH, CEO of Intel Corporation.

xx.    Mr. James Murren, Chairman and CEO of MGM Resorts International, Las

Vegas, NV

yy.    The Honorable Mayor JOE RILEY, Jr., Charleston, SC (where Boeing makes

the 787)

zz.    Mr. Charles Scharf, CEO, Visa Inc., New York, NY

aaa.    Ms. Shonda Rhimes, Writer/Producer, Shondaland, Los Angeles, CA

(PLAINTIFF is including her just to show that L.A/Hollywood was always utilizing

128

and stealing PLAINTIFF'S ideas and stories and that was done through information leak by D.C.

bbb.    The Honorable FRED HOCHBERG, Chairman and President, Export-Import Bank, Washington, DC

ccc.    Mr. Julian Abdey. To connect the financial motive and interconnectedness with the London 2015 Conspiracy Event and the ROTHSCHILDS

**The Last Person Who Could Have Saved PLAINTIFF from *JAPLAN***

ddd.    The Honorable SAMANTHA POWER, U.S. Permanent Representative to the United Nations.

**JAPANESE Interests**

eee.    Mr. Katsunobu Kato, SHINZO ABE'S Special Assistant.

fff.    Mr. GEN NAKATANI, Minister of Defense of Japan

ggg.    Mr. Hiroshi Muto. Takeda where PLAINTIFF worked at.

hhh.    Yasuo Sakamoto Vice-Minister for Policy Coordination at the Ministry of Internal Affairs and Communications. Policy on PLAINTIFF.

iii.    Mr. Hiroshi Suzuki—Executive Secretary to SHINZO ABE who now happens to be the Japanese Ambassador to India.

jjj.    Mr. Tomohiko Taniguchi—SHINZO ABE'S Foreign Speech writer in which he would communicate on behalf of SHINZO ABE that they were in agreement with the *JAPLAN* through their doublespeak ways.

kkk.   Mr. HIDESHI TOKUCHI, who was a high-ranking official in the Japanese Defense Force that retired on October 1st, 2015, one month after PLAINTIFF left Japan.

lll.   Mr. Koji Tomita—ambassador to the United States in 2020 and admitted he got the job because he was familiar with Obama and Biden officials.

mmm. EIICHI HASEGAWA attended the Japanese Conspiracy Dinner.

nnn.   Hisao Harihara—Vice Minister of International Affairs.

ooo.   Mr. Glen Shigeru Fukushima—worked in BILL CLINTON White House and was a member of HILLARY CLINTON'S Asia Policy Working Group during the 2016 Election.

ppp.   Mr. Isao Iijima—Japanese Government Official in which in 2022 HE Mr Isao Iijima, Special Advisor to Japan's Prime Minister, received on Tuesday at his office, HE Mr Hassan bin Mohammed Rafei Al Emadi, Ambassador of the State of Qatar to Japan. The meeting discussed bilateral relations and ways to enhance and develop them, among other topics of mutual interest.

qqq.   Mr. Takaya Imai—continuing the theme of interconnectedness between wealth fund groups and the government, after working for SHINZO ABE, got hired by CARLYLE group.

rrr.   Mr. Norihiko Ishiguro—worked with the Indian Embassy recently.

sss.         Mr. Hideo Ishizuki—dealt with Cyber issues and that connects to how ROTHSCHILDS wanted to post everything online (See: Below).

130

172. To the DEFENDANT corporations included in the *Japanese Conspiracy Dinner*, all PLAINTIFF has to say is: "Ironically, be careful who you are in bed with in DC."

173. *DEFENDANTS named who attended the Japanese Conspiracy Dinner are an association under: Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985), held "that the New Hampshire Democratic Party was **an unincorporated association**. The court found that the **common understanding** of most citizens of New Hampshire was that there was in existence a New Hampshire Democratic Party, commonly referred to and contributed to as such, which **met regularly in *convention***. Under these definitions and holdings, it appears that a group such as an organized crime "family" would be recognized by a court as an unincorporated association."

174. JOHN ROOS, the former Ambassador to JAPAN during the Obama administration that attended the *Japanese Conspiracy Dinner*, could have reasonably been the guy to talk to in which the U.S. and Japan could unofficially and off the record speak to one another.

175. Similarly like the previous paragraph, The Honorable THOMAS DONILON, attended the *Japanese Conspiracy Dinner* in which he was the foreign policy director for the HILLARY CLINTON election team, was the United States National Security Advisor when the *Offing* took place, the Assistant Secretary of State for Public Affairs during the BILL CLINTON White House, and allegedly JOSEPH BIDEN wanted to make him the Director of the CIA. This was the perfect in-go-

between man in matters relating to *JAPLAN* who had a reason to allow it to happen because of the *Offing*.

176.   People are clamoring that the News and Media in America are completely unbiased and PLAINTIFF points to the fact that: Mr. David Nakamura, Reporter, The Washington Post, Washington, DC and Ms. Ellen Nakashima, Reporter, The Washington Post, Washington, DC and Mr. ALAN SIPRESS who now works for Washington Post, and MATT BAI, who was a contributor to the Washington Post. When the Washington Post should have found the last remaining ounce of integrity and did what they did with the Vietnam Papers and Watergate with *JAPLAN*, they did the opposite. They should be ashamed of themselves. Mr. Shane Smith, Co-Founder and CEO, VICE Media, was there too and he could have given a different perspective and that was what VICE Media was known for before, but they didn't and that's why they failed. Mr. BOB SCHIEFFER, Anchor, CBS News and Ellen Uchimiya, Executive Editor, CBSNews, was there and both of them could have been like WALTER CRONKITE and had some integrity for CBS and advocated for an independent media and reported on the heinousness of *JAPLAN*, but they failed at that too. Mr. Neil King, a Pulitzer award winning writer, who just died within the last two weeks or so, was there and he could have written fairly about PLAINTIFF but nope.

177.   How about the UN stopping War Crimes? No. SAMANTHA POWER was at the Japanese Conspiracy Dinner and she did nothing. Probably even told the UN not to intervene or do anything to stop war crimes and torture before it happened.

132

178.   Dr. JOSEPH NYE, whom he advised both BARACK OBAMA and BILL CLINTON (in which he worked for BILL CLINTON), a renowned political scientist, could have interjected and said why *JAPLAN* was such a bad idea, but nope, his intelligence was not found that day.

179.   PLAINTIFF is quite confused how Mr. BUPERENDRA RAM, a gay Indian student activist at the time originally from FIJI that was an illegal immigrant in the United States (from what PLAINTIFF can gather), had anything to do with JAPAN and why he was invited to the *Japanese Conspiracy Dinner*, but PLAINTIFF will take a guess and say they used him for his attributes for doublespeak.

180.   PLAINTIFF is including Mr. SOICHIRO SEKI, who attended the *Japanese Conspiracy Dinner,* that regularly dealt with environmental issues in Japan, so he is including him to make sure Shiba Shima happens.

181.   So when PLAINTIFF interacts with the following US Governmental Agencies after what they allowed *JAPLAN* to intentionally happen, they are going to treat PLAINTIFF with the utmost respect and do things that PLAINTIFF wishes to do that is reasonable to PLAINTIFF: Treasury, Commerce, Energy, Agriculture,

182.   Besides TOYOTA, all companies and their respective CEOs listed as DEFENDANTS that attended the *Japanese Conspiracy Dinner* gained money, made plans, and traded favors in the RICO Conspiracy against PLAINTIFF that was implemented in the *Japanese Conspiracy Dinner* on PLAINTIFF'S birthday on 04/28/2015.

183.    PLAINTIFF had a VISA debit card in Spring and Summer 2015 via CAMPUS FEDERAL CREDIT UNION.

184.    Part of the reason why VISA Inc and CHARLES XX was invited was because part of the RICO Enterprise's aim was to use PLAINTIFF and frame PLAINTIFF for child sex trafficking with ANGIE ORTIZ (i.e. *JAPLAN*) in which VISA Inc. would provide the exact amount of cash PLAINTIFF had on him and a way for FBI, CIA, NSA, DHS, DoD, Indian Intel, and/or a combination thereof to frame PLAINTIFF and implement *JAPLAN* against him by keeping track of how much cash PLAINTIFF had withdrawn from ATMs.

185.    Circumstantial of evidence of this financial aspect of the RICO Enterprise can be supported by the chain of emails PLAINTIFF had sent TRACY BLANCHARD, CHERRY ROBERTS-MATHERNE, and JAKE HENRY. The point of these emails is that it is fabrication of evidence by unknown DEFENDANTS in FBI, CIA, DoD, and/or NSA and JAKE HENRY from LSU Law who sent emails talking about money issues and a student's allegation against PLAINTIFF giving DEFENDANTS a fabricated and false reason to monitor PLAINTIFF'S finances at the same exact time to frame PLAINTIFF starting on June 4th, 2015 or so.

186.    VISA Inc materially benefitted from the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

187.    The CEO of VISA attended the *Japanese Conspiracy Dinner*.

134

188.    PLAINTIFF adds CARGILL FOODS and Mr. GREG PAGE, Executive Chairman of Cargill Inc as DEFENDANTS

189.    GREG PAGE, the CEO of CARGILL Foods, which sells food in Japan, attended *Japanese Conspiracy Dinner*.

190.    GREG PAGE and CARGILL FOODS were part of the conspiracy against PLAINTIFF.

191.    Unknown DEFENDANTS in CIA, FBI, NSA, DoD, and/or Indian Intel maliciously used PLAINTIFF'S Serbian values of compassion and traditional Slavic/Balkan cultural values of "welcoming" a traveler by providing food, drink, and a place to sleep against PLAINTIFF in violation of Title VI in which PLAINTIFF'S decent behavior was used as DEFENDANTS' evidence that PLAINTIFF provided AO food in order to frame PLAINTIFF and arrest PLAINTIFF for war crimes that were committed against him.

192.    JIM LENTZ III, CEO of TOYOTA USA attended *Japanese Conspiracy Dinner* on 04/28/2015.

193.    TOYOTA and SUBARU are co-producers and/or have an alliance in regard to the Toyota 86 that PLAINTIFF rented in Japan.

194.    PLAINTIFF refuses to add TOYOTA and TOYOTA USA as a DEFENDANT for the good they do with the Special Olympics.

195.    PLAINTIFF requests to import Toyota and/or Subaru Kei Trucks (or a similar truck to a kei truck).

196.    DEFENDANTS would use PLAINTIFF'S car rental maliciously against PLAINTIFF continuing the Title VI violations of profiling PLAINTIFF based on his car via interstate and interstate commerce.

197.    PLAINTIFF, in the Spring of 2015, talked about the irony that if Russia and the United States went to war in Europe, most likely than not it would be Russian oil that would fuel the tanks of American allies and America in Europe.

198.    ENERGY POLICY was talked about in the *Japanese Conspiracy Dinner* against PLAINTIFF on 04/28/2015 in which ERNEST MONIZ, Secretary of Energy, U.S. Department of Energy, Washington, DC attended and discussed Energy.

199.    The country that JAPAN purchases and imports the 3rd largest amount of oil from is QATAR.

200.    HOTEL & RESORT Policy was talked about in *Japanese Conspiracy Dinner* against PLAINTIFF on 04/28/2015 that necessarily implicated human trafficking and hotel policy.

201.    JAMES J. MURREN, Chairman and CEO, MGM Resorts International and Chairman, MGM Growth Properties approved HILLARY CLINTON to be PRESIDENT in which he attended the *Japanese Conspiracy Dinner* against PLAINTIFF on April 28th, 2015 at the White House in which he and MGM Resorts International materially benefitted from the RICO Enterprise in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

202.   PLAINTIFF, to the best of his recollection, his Apple laptop in the Summer of 2015 contained an Intel Processor in it.

203.   Intel Corporation was part of the conspiracy against PLAINTIFF via the *Japanese Conspiracy Dinner*.

204.   Part of the Conspiracy allowed Intel and Apple to monitor and grant access to PLAINTIFF'S laptop and cell phone at all times in violation of 18 USC 1961 (Sections 1029).

205.   The Mayor of Charleston, SC, where they manufacture the BOEING 787 in which the Japanese Government has made a huge investment in Boeing and the 787 specifically, attended the *Japanese Conspiracy Dinner*.

206.   This continues BOEING as being part of the conspiracy against PLAINTIFF via the *Japanese Conspiracy Dinner* and retaliation against PLAINTIFF for *Miki's Tea Party*.

207.   CGI had an absolutely major event and conference in Marrakesh, Morocco on May 5th through 7th, 2015 that was a stop in LYNN FORESTER de ROTHSCHILD & CLINTONS African Escapades (hereon: *CGI 2015 Marrakesh Conference*).

208.   PLAINTIFF, upon information and belief, believes that the ROTHSCHILDS banks and the Export-Import Bank regularly do business with one another.

209.   FRED HOCHBERG violated 18 USC 1962(d) by attending the *Japanese Conspiracy Dinner* and conspiring against PLAINTIFF

137

210.    The Clinton Global Initiative (CGI) described the *CGI 2015 Marrakesh Conference* as the following: an "event to be held May 5 – 7, 2015, in Marrakech, Morocco. His Majesty, King Mohammed VI welcomes the gathering which will bring together regional and global leaders from business, government, and civil society to spotlight regional successes and address a range of relevant issues including education; public health systems; youth employment; infrastructure; and water, food, and energy resources. The CGI Middle East & Africa Meeting will build on the success of past CGI meetings—including CGI Asia in 2008 and **CGI Latin America in <u>20*13*</u>**—to highlight regional successes and create a platform for leaders to drive further action. As with all CGI meetings, participants at CGI Middle East & Africa will work together to make **Commitments to Action**: <u>**new, specific, and measurable plans to address *pressing* global challenges**</u>… In May 2000, [BILL CLINTON] signed the African Growth and Opportunity Act (AGOA), which led to a new era of opportunity for African countries, and he also pushed for larger and faster debt relief through the Heavily Indebted Poor Countries (HIPC) Initiative…" PLAINTIFF will allege the JAPLAN email and the PLAN against PLAINTIFF in planting ANGIE ORTIZ in JAPAN was done with the previous sentence.

211.    The Press were not allowed in nor invited to the *CGI 2015 Marrakesh Conference.*[15] One of the reasons why is because certain DEFENDANTS like BILL CLINTON, HILLARY CLINTON, and LYNN FORESTER de

---

[15] https://abcnews.go.com/amp/Politics/high-walls-clinton-charity-moves-moroccan-party-view/story?id=30860875

ROTHSCHILD were conspiring against PLAINTIFF without impunity nor a care in the world, but then again, seeing how American Media didn't do anything on PLAINTIFF'S birthday in the *Japanese Conspiracy Dinner*, it wouldn't have mattered anyway. However, CGI did say*: "*ALL PRESS MUST BE CREDENTIALED BY THE CLINTON GLOBAL INITIATIVE. Press registration is now open to the members of the media. To apply, please complete the form at http://prs.cgilink.org/1DfZbrv.  All media must apply for credentials and must be approved by CGI to attend. The deadline to apply is Friday, May 1. Journalists may apply for credentials on-site, but pre-registered media will be given priority. If applying on-site, you MUST bring a press ID as well. Members of the press who have received email confirmation from CGI to attend the meeting are encouraged to pick up their credentials at the press registration desk outside the Diamont Room at the Palmeraie Golf Palace Conference Center on Tuesday, May 5 from 2:00PM – 6:00PM." *PLAINTIFF believes they were just screening*

212.    The following individuals attended the *CGI 2015 Marrakesh Event*[16]

> ttt. **President Bill Clinton**, *Founder, Clinton Foundation and 42nd President of the United States;*
>
> uuu.    **Chelsea Clinton**, *Vice Chair, Clinton Foundation;*
>
> vvv.    **Jakaya Kikwete**, *President of the United Republic of Tanzania*

---

[16] https://www.clintonfoundation.org/press-and-news/general/program-details-announced-clinton-global-initiative-middle-east-africa-meeting-may-5/

*www.*    **Paul Kagame**, *President of the Republic of Rwanda*

*xxx.*     **Shimon Peres**, *The Ninth President of the State of Israel;*

*yyy.*     **Mo Ibrahim**, *Founder and Chairman, Mo Ibrahim Foundation;*

*zzz.*     **Olusegun Obasanjo**, *Former President, Federal Republic of Nigeria;*

*aaaa.*    **Etienne Sinatambou**, *Minister of Foreign Affairs, Regional Integration, and International Trade, Republic of Mauritius*

213.    PLAINTIFF alleges that if it was not India nor Russia that committed the war crimes against PLAINTIFF, then it was the USA and ISRAEL because JEFFREY EPSTEIN was alleged to have been a Mossad agent, ISRAEL was created because of the ROTHSCHILDS in which the ROTHSCHILDS could tell ISRAEL what to do on their behalf, and having SHIMON PERES and the CLINTONS and LYNN FORESTER de ROTHSCHILD in the same event gives in inference of a conspiracy in violation of 18 USC 1962(d).

214.    DEFENDANTS named who attended the *CGI 2015 Marrakesh Conference* were part of the conspiracy against PLAINTIFF in violation of 18 U.S.C. 1962(d), aided and abetted the conspiracy against PLAINTIFF and furthered the RICO Enterprise against PLAINTIFF, and  were part of the association as *Kay*

140

*v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985), held "that the New Hampshire Democratic Party was **an unincorporated association**. The court found that the **common understanding** of most citizens of New Hampshire was that there was in existence a New Hampshire Democratic Party, commonly referred to and contributed to as such, which **met regularly in *convention***. Under these definitions and holdings, it appears that a group such as an organized crime "family" would be recognized by a court as an unincorporated association."

215. In Spring 2015, PLAINTIFF was utilizing AT&T as a service provider for his personal cell phone; AT&T necessarily gave FBI, CIA, NSA, DHS, and DoD, JAPANESE law enforcement & intelligence services, Indian intelligence and law enforcement services, and Australian intelligence and law enforcement services, and/or a combination of the aforementioned unfettered and illegal access to PLAINTIFF'S cellphone in which they were able to record the details of *JAPLAN* and recorded it while it was happening; furthermore, AT&T materially aided and abetted the RICO Enterprise by providing all of PLAINTIFF'S metadata to FBI, CIA, NSA, DHS, DoD, Japanese intelligence and law enforcement services, and Australian intelligence and law enforcement services, and/or a combination of the aforementioned from at least 2005 onwards (whenever PLAINTIFF had AT&T as his service provider). Furthermore, all exculpatory evidence in favor of PLAINTIFF'S truthful attestation of facts was provided in which FBI, CIA, NSA, DHS, DoD, and foreign intelligence and law enforcement services in which they continuously and systematically disregarded

141

PLAINTIFF'S exculpatory evidence to further the RICO Enterprise. In the alternative, AT&T knew of Russian, Chinese, and/or Indian intelligence and law enforcement services and their malicious activities on PLAINTIFF'S cellphone and never warned PLAINTIFF of the harm at any time.

216.   Verizon Inc. knows of the American Government, Indian Government, Chinese Government, and/or Russian Government intelligence, military, and/or law enforcement services and/or a combination of the aforementioned currently having illegal access to PLAINTIFF'S cellphone in which key evidence was materially deleted from PLAINTIFF'S cellphone in regards to videos, emails, pictures, and data that were deleted to further the aims of the RICO Enterprise.

### JAPAN. Summer 2015:

217.   "The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity." *Mitchell v. Forsyth*, 472 U.S. 511 (1985). "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression. *Silverman v. United States,* 365 U. S. 505 (1961); *Katz v. United States,* 389 U. S. 347 (1967)"18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.

218.   *United States v. Lentz,* 624 F.2d 1280 (5th Cir. 1980): "Regardless of the undercover devices employed, it could hardly shock anyone's conscience to see an

142

elected law enforcement official prosecuted for willfully and knowingly breaking a law designed to protect citizens from just such conduct. While Lentz came into the plan late, he seems to have embraced it wholeheartedly, provided some of the means by which to carry it out, and taken part with full knowledge of the plan's illegality. The fact that Lentz was merely helping the police in their alleged efforts to catch criminals should not make prosecution of him unfair if he voluntarily and knowingly employed illegal methods. To hold otherwise, would be tantamount to giving police carte blanche to ignore laws passed to protect all citizens against improper invasions of their rights by police conduct. Since the discussions about the proposed break-in were almost hopelessly intertwined with conversations about the wiretapping, we believe that the break-in evidence was necessary to the government in its attempt to tell the whole story of the crime. The government draws support from *United States v. Beechum,* 582 F.2d 898 (5th Cir. 1978) (en banc), which approved of proof of extrinsic offenses under a common scheme or *res gestae* analysis "if the uncharged offense is `so linked together in point of time and circumstances with the crime charged that one cannot be fully shown without proving the other.'" *I_d_._ _at 911-12, n. 15 (quoting Slough Knightly, *Other Vices, Other Crimes,* 41 Iowa L.Rev. 325, 331 (1956)). We believe that, since Lentz was brought into the law enforcement group by Hullum both to perform the wiretap and to commit the break-in, evidence of the break-in would be relevant and admissible under *Beechum.*"

219.    PLAINTIFF is alleging: Aussies and NSA shared information about all factual circumstances that happened in *An Anchor and a Pitchfork* on NSANET. NSA and Aussies have a prior relationship in which NSA operates out of Geraldton, Pine Gap (which the CIA also operates out of) and Shoal Bay, Australia. Therefore, when PLAINTIFF was in both Baton Rouge, Louisiana and Tokyo, Japan in *An Anchor and a Pitchfork*, information concerning RICO Enterprise 1 in *An Anchor and a Pitchfork* was sent, submitted, and received in those Australian sites (i.e. part of mail and wire fraud) in which NSA, CIA, and Aussies at a minimum aided and abetted RICO Enterprise 1 and RICO Enterprise 2. NSA, CIA, and Aussies transmitted the entirety of all the factual circumstances *An Anchor and a Pitchfork* in which no one took any remedial measures nor prevented anyone from furthering RICO Enterprise 1. Not once did NSA, CIA, or Aussies attempt to stop *An Anchor and a Pitchfork* from happening in which they hid material information in which NSA, CIA, and Aussies had complete access to PLAINTIFF at all times when he was in Japan in Summer 2015. Even having direct and completely unimpeded access to National Security Operations Center (NSOC) in which all information about *An Anchor and a Pitchfork* was sent, received, and processed in which NSOC's core function is to handle time sensitive issues obtained via sigint—no Aussies nor NSA did anything despite being made aware of RICO Enterprise 1 and therefore aided and abetted and facilitated RICO Enterprise 1 (as well as RICO Enterprise 2).

144

220.    The NSA has NSANet, which is a classified intranet network that connects Aussies and British Intel and shares intelligence data between NSA, British Intel, and Aussies. Money was/is spent on creating NSANet, maintaining NSANet, and utilizing NSANet that sends, receives, and processes information and data on NSANet, and British Intel utilized NSANET and transmitted the entirety of the factual circumstances of *Miki's Tea Party and An Anchor and a Pitchfork* in which an act of international and domestic terrorism against an American occurred that was not reported nor was anyone subsequently punished for their failure in doing so nor did anyone stop it having information from at least 5 months before that it was likely to occur against PLAINTIFF. At all relevant times, British Intel and NSA had immediate and direct communication with each other at all times in *Miki's Tea Party* & An Anchor and a Pitchfork and did not do anything to stop RICO Enterprise 1. Even having direct and completely unimpeded access to National Security Operations Center (NSOC) in which all information about *Miki's Tea Party* and *An Anchor and a Pitchfork* was sent, received, and processed in which NSOC's core function is to handle time sensitive issues obtained via sigint—neither British Intel nor NSA did anything despite being made aware of RICO Enterprise 1 from at least September 2010 and letting it happen in March 2011,and therefore, at a minimum, aided and abetted and facilitated RICO Enterprise 1 (as well as RICO Enterprise 2).

221.    The: NSA, CIA, and Japanese DEFENDANTS have a relationship in which NSA operates out of Misawa, Japan in which NSA, CIA, and Japanese

145

DEFENDANTS shared, submitted, and received information concerning all the factual circumstances involved in *An Anchor and a Pitchfork*.

222.    Facts and daily reports concerning PLAINTIFF'S entire trip in Japan in the Summer of 2015 was transmitted through ORION 3, ORION 5, and ORION 7 from Japan to CIA and NSA headquarters in and around WASHINGTON DC or underneath water cables that were processed by NSA processing nodes that processed all the information from sources like *City and County of San Francisco*, 575 U.S. 600 (2015).

223.    BILL CLINTON'S visit with SHINZO ABE in March 2015, correspondence between CHIEF JUSTICE JOHN ROBERTS and the Japanese supreme court from March 2015 to July 2015, and HILLARY CLINTON'S speech on 06/26/2015 in their computers that was relayed also to the WHITE HOUSE in which information was transmitted through ORION 3, ORION 5, and ORION 7 from Japan to CIA and NSA headquarters in and around WASHINGTON DC or underneath water cables that were processed by NSA processing nodes that processed all the information from sources like *City and County of San Francisco*, 575 U.S. 600 (2015).

224.    Everyone in NSA and CIA were intentionally unaware of the impending danger despite having every reason to know that it was going to happen in which they made *An Anchor and a Pitchfork* happen the way they did.

225.    CIA and NSA had the ability or were in direct contact with PLAINTIFF at all times in Japan in Summer 2015 in which there was an affirmative duty to prevent RICO Enterprise 1 from furthering in which NSA, CIA, and Japanese

146

DEFENDANTS all failed in furthering RICO Enterprise 1 in which they committed mail and wire fraud and other crimes in the process.

226.   Executive Order 11905 No employee of the United States Government shall engage in, or conspire to engage in, political assassination."; 12036 The EO also expanded the U.S. ban on assassination by closing "loop-holes" and stating "No person employed by or acting on behalf of the United States Government shall engage in, or conspire to engage in, assassination." This ban on assassination would be restated in Executive Order 12333.

227.   PLAINTIFF alleges JOHN BRENNAN, JEH JOHNSON, ANDREW MCCABE, PETER STRZOK, HILLARY CLINTON, BILL CLINTON, TOM PEREZ, LEON PANETTA, American DEFENDANTS, British DEFENDANTS, British Intel, Indian Intel, India, all had roles in *An Anchor and a Pitchfork* were some of the primary actors in furthering RICO Enterprise 1

228.   In light of *Star Chambers*, SCOTUS decided RJR NABISCO, INC. v. EUROPEAN COMMUNITY in 2016 is another tainted SCOTUS case against PLAINTIFF that dealt with RICO foreign extraterritoriality. Even before PLAINTIFF had a chance to sue, SCOTUS did everything in its power to absolve DEFENDANTS when they knew what happened in the Summer of 2015. Judge JENNIFER B. COFFMAN, a Clinton friend, started her career at FISA in May 19th, 2011 (one week before Al-Kidd was decided) (which was four days after PLAINTIFF graduated from Sewanee), but what was uncharacteristically uncommon for a FISA judge is that she suddenly retired forced to quit on

147

01/08/2013. This is what is most peculiar. Bill Clinton appointed her to be a judge in Kentucky in 1993 (she was around 45 years old at the time). She was exactly 65 years old when she retired. Thankfully, she is still alive today. There is this quote from Nabisco that was decided in 2016: "Congress's more recent decision to exclude from the antitrust laws' reach most conduct that "causes only foreign injury," *F. Hoffmann-La Roche Ltd* v. *Empagran S. A.*, 542 U. S. 155 also counsels against **importing** into RICO those Clayton Act principles that are at odds with the Court's current extraterritoriality doctrine. Pp. 22–27... In particular, while they are correct that RICO's private right of action was modeled after §4 of the Clayton Act (Section 4, 4 times peforming cunnilingus),which allows recovery **for injuries suffered abroad as a result of antitrust** violations, see Pfizer Inc. **v. Government of India**, 434 U.S. 308, 314-315, this Court has declined to **transplant** features of the Clayton's Act's cause of action into the RICO context where doing so would be inappropriate. Thus as we have observed in other contexts, providing a private civil remedy for foreign conduct creates a potential for international friction beyond that presented by merely applying U. S. substantive law to that foreign conduct conduct… "[t]he application . . . of American private treble-damages remedies to anticompetitive conduct taking place abroad has generated considerable controversy" in other nations, even when those nations agree with U. S. substantive law on such things as banning price fixing. *F. Hoffmann-La Roche Ltd* v. *Empagran S. A.*, 542 U. S. 155, 167 (2004)." This right here gives enough suspicion that the

Indian Government had something to do with ANGIE ORTIZ and the ROTHSCHILDS.

229. Continuing the previous paragraph: PLAINTIFF is alleging that the HOFFMAN reference can either be referring to LINKEDIN and HOFFMAN who compromised PLAINTIFF'S password or that HOFFMAN reference is COFFMAN and is a reference to PLAINTIFF and JUDGE JENNIFER B. COFFMAN. The suspicions around Judge JENNIFER B. COFFMAN are supported by the following: she is one of the judges who spent the least amount of time on the FISA Court, which was 1.5 years. From what PLAINTIFF was able to ascertain, these are some of the judges that spent the least amount of time on the court: Thomas MacBride (spent 1 year on the FISA court when he left the court at 66 years old. Worked at the E.D. California Court until he died at 85), John Conway (1 year 5 months. Left FISA for unknown reasons. Really uncertain about his story. Allegedly retired from FISA in 2007. Worked at least for 7 years afterwards when he died as a Judge in New Mexico at 79); Lawrence Pierce (immediately went back to the 2nd Circuit at 57 y/o. retired at 71 around same amount of time spent on the Court as Coffman. Then worked for USAID. Died at 95.); Sidney Aronovitz (On FISA Court on June 1989. Left Court in May 1992. assumed senior status on October 31, 1988 in Florida and remained on the court until his death in Miami on January 8, 1997). Nearly every single FISA judge who had a short term continued to work in the judiciary afterwards. THE ONLY EXCEPTION TO THE RULE WAS CLINTON FRIEND: Judge JENNIFER B. COFFMAN, who is still alive more than 10 years after she left

149

the FISA court, PLAINTIFF could not ascertain what she has been doing in her life besides like one or two speeches and lectures. Nothing else. PLAINTIFF is alleging that based on the suspiciousness of JENIFFER B. COFFMAN'S early departure, PLAINTIFF is alleging she knew of the legal fraud perpetuated against PLAINTIFF or ruled to coverup what American INTEL did against PLAINTIFF and was forced to leave early by Chief Justice John Roberts.

230.    Furthermore, FISA Court via CHIEF JUSTICE JOHN ROBERTS, ROSEMARY M. COLLYER, RAYMOND DEARIE, CLAIRE EAGAN, JAMES BOASBERG, MARTIN FELDMAN, THOMAS HOGAN, JAMES JONES, MICHAEL MOSMAN, THOMAS RUSSELL, DENNIS SAYLOR, SUSAN WEBBER WRIGHT, knew of *JAPLAN* and did nothing and received information about it in violation of PLAINTIFF'S 4th Amendment Rights and 13th Amendment Rights.

231.    Had any other American PLAINTIFF who experienced the same types of harm that CHIEF JUSTICE JOHN ROBERTS and JUDGES ROSEMARY M. COLLYER, RAYMOND DEARIE, CLAIRE EAGAN, JAMES BOASBERG, MARTIN FELDMAN, THOMAS HOGAN, JAMES JONES, MICHAEL MOSMAN, THOMAS RUSSELL, DENNIS SAYLOR, and SUSAN WEBBER WRIGHT necessarily knew about, it would have been a completely different outcome and therefore

232.    JUDGES MARY MCLAUGHLIN, JAMES ZAGEL, THOMAS HOGAN during their tenure at the FISA COURT in SPRING 2015 was aware of the RICO Enterprise against PLAINTIFF.

233.  JUDGES ROGER VINSON, FREDERICK SCULLIN, MALCOM HOWARD, DEE BENSON, knew of PLAINTIFF XX during his tenure at the FISA Court. XX

234.  JUDGES ANNE CONWAY and RUDOLPH CONTRERAS of the FISA Court

235.  JUDGES GEORGE KAZEN, COLLEN KOLLAR-KOTELLY, JOHN BATES

236.  JUDGE RUDOLPH CONTRERAS and PETER STRZOK conspired XX in FALL 2016.

237.  CURRENT FISA JUDGES ANTHONY J. TRENGA, TIMOTHY D. DeGIUSTI, JOAN ERICKSEN, KARIN IMMERGUT, KENNETH KARAS, SARA LIOI, AMIT MEHTA, CARL NICHOLS, GEORGE SINGAL, JOHN THARP, and former FISA judges ANNE CONWAY, GEORGE KAZEN, COLLEN KOLLAR-KOTELLY, JOHN BATES, ROGER VINSON, FREDERICK SCULLIN,  MALCOM HOWARD, DEE BENSON,  MARY MCLAUGHLIN, JAMES ZAGEL, THOMAS HOGAN, JOHN ROBERTS, ROSEMARY M. COLLYER, RAYMOND DEARIE, CLAIRE EAGAN, JAMES BOASBERG, MARTIN FELDMAN, THOMAS HOGAN, JAMES JONES, MICHAEL MOSMAN, THOMAS RUSSELL, DENNIS SAYLOR, SUSAN WEBBER WRIGHT, and/or a combination thereof conduct fell outside the scope of their office that started around September 1st, 2009 through the present day-- said in his complaint: Passage #1: "The *United States of America vs. Josef Altstötter,* et al. (holding judges and attorneys liable for: 1) Participating in a common plan or conspiracy to commit war crimes and crimes against humanity; 2) War crimes through the abuse of the judicial and penal process, resulting in mass murder, torture, plunder of private property; 3) Crimes against humanity on the

same grounds, including slave labor charges; 4) Membership in a criminal organization, the NSDAP or SS leadership corps)…..."; "*United States v. Grubb*, 11 F.3d 426, 438-39 (4th Cir. 1993) (The court stated that "[w]e alsohave a defendant (a judge) who undeniably is employed by and operates or manages the enterprise within the meaning of *Reves v. Ernst & Young*." The applicable standard in a RICO conspiracy to violate 18 U.S.C. Section 1962(c), see Section III(D)(3.) In describing its "operation or management" test, the Supreme Court stated: "Once we understand the word "conduct" to require some degree of direction and the word "participate" to require some part in that direction,the meaning of Section 1962(c) comes into focus. In order to "participate, directly or indirectly, in the conduct of such enterprise's affairs," one must have some part in directing those affairs. Reves, 507 U.S. at 179";  and The Court in "*Withrow v. Larkin,* 421 U.S. 35 (1975) said: "Not only is a biased decision maker constitutionally unacceptable but our system of law has always endeavored to prevent even the probability of unfairness." 421 U.S. at 47. But the Court continued: "The contention that the combination of investigative and adjudicative functions necessarily creates an unconstitutional risk of bias in administrative adjudication…must overcome a presumption of honest and integrity in those serving as adjudicators; and it must convince that, under a realistic appraisal of psychological tendencies and human weakness, conferring investigative and adjudicative powers on the same individuals poses such a risk of actual bias or prejudgment that the practice must be forbidden if the guarantee of due process is to be adequately implemented."

238.   JUDGES ANTHONY J. TRENGA, TIMOTHY D. DeGIUSTI, JOAN ERICKSEN, KARIN IMMERGUT, KENNETH KARAS, SARA LIOI, AMIT MEHTA, CARL NICHOLS, GEORGE SINGAL, JOHN THARP and/or a combination thereof aided and abetted the RICO Enterprise from the FISA Court bench when they were on the bench.

239.   Every single former and current FISA Judge listed in the previous 10 paragraphs failed to stop the RICO Enterprise against PLAINTIFF when they had reason to know in which they received paychecks for aiding and abetting the RICO Enterprise against PLAINTIFF within the last 15 years. Therefore, the aforementioned violated 42 U.S. Code § 1986

240.   Every single former and current FISA Judge listed in the previous 10 paragraphs, had any other DEFENDANT experienced the same harms that PLAINTIFF experienced, would have ruled in the exact opposite way for any decision and/or a totality of the decisions they ruled on involving PLAINTIFF in which they violated 42 USC §1981

241.   DEFENDANTS, JOHN O. BRENNAN, HILLARY CLINTON, ANDREW MCCABE, JAMES COMEY,  LYNN FORESTER de ROTHSCHILD, SIR EVELYN de ROTHSCHILD, WILLIAM JEFFERSON CLINTON, and/or VLADIMIR PUTIN, VERA KOTEVSKI, etc. violated 42 U.S.C. § 3631 when they interfered with PLAINTIFF'S housing rights because of PLAINTIFF'S religion, handicap, and national origin the entire time PLAINTIFF was in Tokyo, JAPAN living at the Sakura House.

242.   JOHN BRENNAN knew full well that spreading disinformation was a time-honored intelligence practiced used to discredit "adversaries" to shape public perceptions in which he would take covert action against "adversaries." PLAINTIFF when he filed his FOIA requests with Custom and Border Patrol and Navy both alluded to JAPLAN on intuition. Now either the CIA was that incompetent or that malicious in regard to *JAPLAN* and *PLAINTIFF*. There is no plausible different or rational explanation besides criminal incompetence or criminal malice. PLAINTIFF proved why they egregiously and unrelentingly viewed PLAINTIFF as an adversary when PLAINTIFF was never an adversary to America. JOHN BRENNAN, ROBERT MUELLER, PETER STRZOK, ANDREW MCCABE, all had the ability to stop *JAPLAN*.

243.   **if PLAINTIFF would have had part of the $14,900,000,000 DEFENDANTS made off of him in Miki's Tea Party, PLAINTIFF would have stayed at the lounging Santa Clara Law recommended and this would have never happened,** but PLAINTIFF could not have afforded the recommended housing; and for all intents and purposes, PLAINTIFF lived in decrepit and unsanitary conditions the entire time PLAINTIFF was in Japan in the Summer of 2015 in violation of United States v. KOZMINSKI and necessarily extremely dangerous conditions to PLAINTIFF

244.   HILLARY CLINTON, BILL CLINTON, LYNN FORESTER de ROTHSCHILD, VLADIMIR PUTIN, VERA KOTEVSKI, JOHN O. BRENNAN, JAMES COMEY, ANDREW MCCABE, PETER STRZOK  violated: *Wilson v.*

154

*Seither*, 501 U.S. 294 (1994) (holding for purposes of 8th Amendment and 14th Amendment violations: one claiming that the conditions of his confinement violate the 8th Amendment must show a culpable state of mind on part of the officials; the 'wantonness' of conduct depends not on its effect on the individual, but on the constraints facing the official; there must be *deliberate indifference" to one's "serious" medical needs")* because they all knew of the decrepit and unsanitary conditions PLAINTIFF was living in at Sakura House and they knew how much the United States Government profited off of PLAINTIFF.

245.   The second part of the Santa Clara Law Program in the Summer of 2015 was the most dangerous for PLAINTIFF: PLAINTIFF was the only American working in his internship and no known Americans in the immediate vicinity of where he lived. Whatever issues PLAINTIFF was having at the residence PLAINTIFF was staying at would not be brought up with his bosses as PLAINTIFF was new and trying to establish himself and in which one must separate work from their home life. If it wasn't for DEFENDANTS who intentionally put PLAINTIFF in harm's way in which he would never be able to attain employment, PLAINTIFF wouldn't have tried so hard and did whatever his bosses wanted out of PLAINTIFF in which PLAINTIFF was completely broke law school student and became an indentured servant to DEFENDANTS. None of the classmates who spoke Japanese at the Santa Clara program were there with PLAINTIFF at the internship and those students and PLAINTIFF barely hung out in the second part of the internship. There were two meetings with the administrators of the Santa Clara program in

July 2015. PLAINTIFF cannot recall what was stated in these meetings but PLAINTIFF is hoping that he told MARCUS or PHILIP JIMENEZ details about ANGIE ORTIZ.

246.    PLAINTIFF was at *SAKURA HOUSE* with two Vietnamese roommates that barely spoke any English who worked daily in which PLAINTIFF barely saw them that were staying in one of the three bedrooms available to rent on the floor of the hotel/apartment. For all intents and purposes, ***PLAINTIFF was all by himself from at least June 26th, 2015 in a foreign country with no help nearby and NO airplane ticket home as previously known to DEFENDANTS in email***. This is another core part of ***JAPLAN***. As PLAINTIFF said earlier in the email sent in late May 2015 that the FBI, GRU, CIA, NSA, et al obtained illegally over the wires: "I'm in a foreign country with no relatives or anyone who can help me nearby... my emergency money covered the IT problem[17], but that is gone...My grandparents absolutely have no money, my brother is living at home (unemployed) with my mom who is unemployed and a father on disability." How would PLAINTIFF afford a lawyer in Japan based on the facts? PLAINTIFF absolutely could not have defended himself in the court of law in Japan with no money to pay for an attorney and DEFENDANTS knew this fact. DEFENDANTS knew PLAINTIFF was lonely, got away from a racket involving DEFENDANTS and ASHLEY MAIDEN as will be explained later, was generally inexperienced with

---

[17] LSU LAW and JESSICA OTT informed PLAINTIFF via a couple of emails prior to this one that there was an IT problem that prevented PLAINTIFF'S funds from being disbursed on time.

156

women, had experienced a major heart break Spring 2015 because PLAINTIFF did the right thing with BRI DRESCHER. PLAINTIFF was extremely vulnerable.

247. **BARACK OBAMA gave the following Executive Order on June 17th, 2015. E.O. 13696, exactly 9 days before what transpired on June 26th, 2015.** PLAINTIFF alleges that BARACK OBAMA was trying to prosecute PLAINTIFF for DEFENDANT implementing *JAPLAN* against PLAINTIFF in a military tribunal and for DEFENDANTS having committed an act of international and domestic terrorism against PLAINTIFF. The E.O. states the following: "*Sec. 2.* These amendments shall take effect as of the date of this order, subject to the following: (a) Nothing in these amendments shall be construed to make punishable any act done or omitted prior to the effective date of this order that was not punishable when done or omitted. (b) Nothing in these amendments shall be construed to invalidate any nonjudicial punishment proceedings, restraint, investigation, referral of charges, trial in which arraignment occurred, or other action begun prior to the effective date of this order, and any such nonjudicial punishment, restraint, investigation, referral of charges, trial, or other action may proceed in the same manner and with the same effect as if these amendments had not been prescribed.

248. JOHN O. BRENNAN said at one time: "**I also supported President Obama's view that covert action should be undertaken only when there is no viable diplomatic, military, or other option available and when the hand of the United States needs to be hidden for national security**

157

**purposes, not for political reasons**."[18] The CIA always had the viable action of intervening or talking to PLAINTIFF and truly understanding what PLAINTIFF represents prior to Summer 2015. They could have helped their own fellow American, BUT THEY DID NOT. JOHN BRENNAN is the type of ridiculously stupid man that thinks that the US Constitution doesn't apply to americans abroad and he did not think the U.S. Constitution applied to PLAINTIFF in Japan in the Summer of 2015.

249.    Furthermore, Executive Order 13698 issued on June 24th, 2015 (just two days before June 26th, 2015) that said the following: June 24, 2015: *Section 1. Purpose.* The 21st century has witnessed a significant shift in hostage-takings by terrorist organizations **and criminal groups abroad**. Hostage-takers frequently operate in unstable environments that challenge the ability of the United States Government and its partners and allies to operate effectively. Increasingly, hostage-takers target private citizens—including journalists and aid workers—as well as Government officials. They also utilize increasingly sophisticated networks and tactics to derive financial, propaganda, and recruitment benefits from hostage-taking operations. The United States is committed to securing the safe recovery of U.S. nationals held hostage abroad and deterring future hostage-takings by denying hostage-takers any benefits from their actions. Because such hostage-takings pose unique challenges, the United States Government must be organized and work in a coordinated effort to use all instruments of national power to achieve these goals,

---

[18] Brennan, John. Undaunted: My Fight Against America's Enemies At Home and Abroad. 2020.

consistent with the United States Government's no concessions policy." The CIA and FBI and DoD did not follow this whatsoever in the Summer of 2015.

250.　ANDREW MCCABE'S book, my opinion, and, of course some conjecture. In *March 2015,* ANDREW MCCABE, of the FBI, wrote in his book when talking about his wife JILL MCCABE running for VA State Senate—"The next step, as Jill weighed her options—and the Democrats weighed whether they wanted her to run—would be for her to meet the governor [Terry McAuliffe**]**. If Jill wanted to run for office, my support for her would be as solid as hers had always been for me...If Jill wanted to run for office, I would also ***respect*** absolutely **all legal and ethical limits** that her service might place on my own." Ummm, first off, future FBI Director, it is not a matter of *respecting* legal limits, the actual standard Mr. FBI agent and former Director of the FBI ANDREW MCCABE is complying with and adhering to legal and ethical standards and limits. Goes to show what happens to the FBI when you have people like ANDREW MCCABE running and ruining it. You can still do things that are the exact opposite of something even if you *respect* something. PLAINTIFF respects eating healthily as proper nutrition leads to a healthier lifestyle, but yet, when that 20oz T-Bone steak beckons PLAINTIFF, that respect disappears faster than that steak off my plate.

251.　ANDREW MCCABE said the following about his wife's political office run from March 2015: "I removed myself from any involvement in cases that had anything to do with *Virginia politicians*."[19] ANDREW MCCABE does know there

---

[19] McCabe, Andrew. *The Threat. How the FBI Protects America in the Age of Terror and Trump.* 2019.

are 49 different states, U.S. Territories, and, more importantly, cases in Washington D.C. that involve politicians or politics that are not included in "Virginia politicians," right? That includes Illinois, Louisiana, Washington D.C., and Tennessee politicians and issues. Next, he didn't remove himself when it came to cases involving PLAINTIFF. What is PLAINTIFF'S ultimate point in the previous paragraph and this one? Suppose ANDREW MCCABE is a good loving husband, and he wants to see his wife succeed as a Virginia State Senator, but he must *ingratiate* himself in *the Democrat party or the CLINTONS somehow,* in order for JILL MCCABE to succeed. No *ingratiation,* no approval from either HILLARY CLINTON or TERRY MCAULIFFE (thereby no funds for her campaign) in 2015 for ANDREW MCCABE'S wife to successfully run as Virginia state senator because that is **precisely** how American politics works. The CLINTONS are great fundraisers. This is a motivating factor in the mail and wire fraud as well as the bribery scheme between ANDREW MCCABE, TERRY MCAULIFFE, CLINTONS.

252.    What if the CLINTONS had a problem that the FBI and ANDREW MCCABE or the CIA and JOHN BRENNAN and/or American INTEL, British INTEL, Indian Intel, could "dispose of" so that ANDREW MCCABE can *ingratiate* himself with the Democrats and HILLARY and BILL CLINTON or JOHN BRENNAN or DEFENDANTS returns a favor to BILL CLINTON? Wouldn't it be easier for the CLINTONS to "dispose of" a problem they had if their newly ingratiated 'hitman' ANDREW MCCABE got a promotion in September 2015 as the associate deputy director of the FBI and then be miraculously promoted yet again within 3 months of

160

his previous promotion in January 2016 as the Deputy Director of the FBI (#2 in the

FBI)? Furthermore, with each promotion, **A PAY RAISE, which is increased**

**money. which also affects interstate and intrastate commerce**. So not only

does ANDREW MCCABE'S promotion affect interstate and intrastate commerce,

but the CLINTONS or MCAULIFFE giving JILL MCCABE funds does as well! This

is part of the kickback and bribery scheme between the CLINTONS, American

INTEL, and ANDREW MCCABE

253.    This 'hitman' just so happens to be the overseer of the CLINTON

Investigation. Hey ANDREW MCCABE, how would you describe the investigation

into the CLINTONS—"It was head-quarters "**Special**" in which "The *SET UP* for

*Midyear* was *simple*."493 Special as in special needs people and special ed

people—that's respectful and in light of what PETER STRZOK and ANDREW

MCCABE did in MIDYEAR. Where did PLAINTIFF see *Midyear* again? Sewanee

Freshman year. See: *Midyear*. Would a "set-up" be simple if PLAINTIFF described

in excruciating detail how to commit *the perfect hate crime against PLAINTIFF*

*on the basis of his disability in revealing the details of JAPLAN* that

ANDREW MCCABE, JOHN O. BRENNAN, JAMES COMEY, JEH JOHNSON, and

PETER STRZOK and/or Indian Intel or British Intel heard the details of in Spring

2015? YES! There goes the FBI referring to PLAINTIFF on the basis of his

disability and how they set up PLAINTIFF.

254.    Let PLAINTIFF give the benefit of the doubt to "non-corrupt" ANDREW

MCCABE. This is what he said: "The laptop494 was a find, but finding the laptop

161

was not self-**evidently a six-alarm situation.**495 During **Midyear**,496 each of the many, many times we got a new tranche of **emails**,497 a first order of business was having them "**de**-*duplicate*d"498—that is, compared with the ones we already had to see what might be new.499 This time, we would do the same thing. I tasked the job of looking into this to the counterintelligence division,500 and I expected to receive reports as things developed…[MCCABE is still talking about Midyear when he says] I'd been home for two days when the Bureau applied for and received a FISA warrant to surveil a subject in connection with the Russia investigation…[MCCABE is continuing to talk about Midyear when he says] as noted, I had nothing to do with Jill's campaign. And Jill's campaign had nothing to do with the Clinton email investigation…I sought ethics advice and followed it, observed all of these prohibitions and more, avoiding even activities that might have been permitted…and even if [Virginia Governor] McAuliffe had wanted to *CURRY FAVOR WITH ME on HILLARY CLINTON'S behalf,* he would have had to be a *clairvoyant*. Jill's campaign was over—and she lost—in November 2015, months before I had any knowledge of, or involvement in, the Clinton case."505 There is something really up with the passage: "even if [Virginia Governor] McAuliffe had wanted to *CURRY* FAVOR with ME on Hillary Clinton's behalf. This passage is great for a lot of different ways. PLAINTIFF alleges it refers to "Trade is in the Offing" and why they would want to retaliate against PLAINTIFF. Clairvoyant is tricky in a lot of different ways in which all the following are plausible explanations: 1) the most likely: ANDREW MCCABE,

162

PETER STRZOK, JEH JOHNSON, and JOHN O. BRENNAN, having listened in on

PLAINTIFF knew the details of JAPLAN so ANDREW MCCABE is actively trying

to mitigate the harm to DEFENDANTS and say that PLAINTIFF would not be able

to credibly connect all of them in which MCAULIFFE had directed some unknown

Indians to retaliate against PLAINTIFF in JAPAN via *JAPLAN* as a favor because

all PLAINTIFF had was a sense of clairvoyance in Spring 2015 that Hillary Clinton

and Bill Clinton had intended on completely harming PLAINTIFF along with

Andrew McCabe and Chief Justice John Roberts. Clairvoyant could refer to Santa

CLARa and PLAINTIFF'S semester abroad in which he would travel like a bon-*voy-*

*ant* in his travel abroad. So PLAINTIFF alleges that this is obstruction of justice,

obstruction of a criminal investigation because ANDREW MCCABE would be

deliberately ignorant of McAuliffe directing some Indians to retaliate against ME

(midyear)(PLAINTIFF) on behalf of HILLARY CLINTON because of the "trade is in

the offing" in which McAuliffe would grant the funds to JILL MCCABE'S campaign.

255.   Next, PETER STRZOK said: "From a counterintelligence perspective, the

most important players in some embassies include the ambassador, the deputy chief

of the mission, the CIA chief of station, the FBI's LEGAT, and sometimes the State

Department's regional security officer. Work that touches on *other* FBI

**investigations** might include representatives from **the Drug Enforcement**

**Agency513 or the Department of Defense514 and Homeland Security."515**

**Thank you PETER STRZOK for this as this officially ties in State**

**Department, CIA, FBI, DEA, DOD, and DHS all in the same conspiracy and**

cannot be separated. First, whatever privacy rights PLAINTIFF had in the privacy of his home—when PLAINTIFF was engaging in 1st Amendment protected speech in which PLAINTIFF never expected those conversations to be used or recorded against my consent-- could have easily been circumvented by DOD, DHS,516 or DEA; and then DHS/DEA/DOD gave these recordings to FBI, CIA, et al. This also proves a conspiracy existing amongst DEFENDANTS as they have work that touched on investigations involving PLAINTIFF. Also a distinct possibility is the FBI themselves having recorded all the conversations about me in Spring 2015. The point being, what this shows is all the collaboration and coconspirators agreement to further the enterprise prior to PLAINTIFF leaving for Japan in the Summer of 2015.

256.    LYNN FORESTER DE ROTHSCHILD and BILL & HILLARY CLINTON were close friends, starting from the 1990s when LYNN FORESTER DE ROTHSCHILD had a position in BILL CLINTON'S White House.

257.    SIR EVELYN de ROTHSCHILD and LYNN FORESTER DE ROTHSCHILD were married.

258.    SIR EVELYN de ROTHSCHILD died on November 7th, 2022. The following is from his obiturary: "I am used to being the butt of criticism," Rothschild said. "People say that all I care about is control, but it is not true. What I care about is strategy. The Rothschild family feels that if its name is on the door, it has a responsibility to see that it is properly managed. Slavery has not been re-enacted,

as far as I know, but our turnover of staff nonetheless remains tiny... Lord JACOB ROTHSCHILD left, taking with him Rothschild Investment Trust, which became RIT. Relations between the two cousins were cool for several years, but they reconciled eventually.. At the 1998 Bilderberg Conference, the annual meeting of European and North American political and financial decision-makers, Rothschild met Lynn Forester, an American lawyer and businesswoman. They married in 2000, spending a night of their honeymoon at the Clinton White House... In 2004 the couple financed an orphanage, the Lady Lynn Joyful Home for Children, in Tamil Nadu, India, but seven years later sued the charity running it for embezzlement. The orphanage was closed in 2012...."[20]

259.    SIR EVELYN ROTHSCHILD found time to chair NM Rothschild (NMR), the London end of the family network, for 27 years and grow its assets from £400 million to £4.6 billion.[21]

260.    SIR EVELYN de ROTHSCHILD was a financial advisor to Queen Elizabeth II (now deceased).

261.    SIR EVELYN de ROTHSCHILD, at some time, between May 2011 and June 2015 determined how much of a financial liability PLAINTIFF was to the United Kingdom and informed Queen Elizabeth II the second of such, which provides motive to them in committing *JAPLAN* against PLAINTIFF.

262.    LYNN FORESTER de ROTHSCHILD was issued the **Order of Merit of the Italian Republic** (Italian: *Ordine al Merito della Repubblica Italiana*) in 2007 and

---

[20] https://www.thetimes.com/uk/article/sir-evelyn-de-rothschild-obituary-mbjzv866g
[21] https://www.thetimes.com/uk/article/sir-evelyn-de-rothschild-obituary-mbjzv866g

that is subject to disgorgement under 18 USC 1963 because there was nothing honorable nor merit worthy that she did in 2015 when it relates to *JAPLAN*.

263.    LYNN FORESTER de ROTHSCHILD has been the director of ESTEE LAUDER COMPANIES.

264.    SIR EVELYN de ROTHSCHILD along with LYNN FORESTER de ROTHSCHILD built *Lady Lynn Joyful Home For Children* in Tamil Nadu, which helps establish a connection of the ROTHSCHILDS to India, the MARAN political dynasty in Tamil Nadu, and quite possibly SpiceJET.

265.    ROTHSCHILDS Continuation Holdings AG is the ROTHSCHILDS bank holding company that is a parent company to ROTHSCHILD & CO Continuation Limited, ROTHSCHILD BANK AG, N M ROTHSCHILD & SONS Limited, and ROTHSCHILD NORTH AMERICA INC. in which DAVID R.J. de ROTHSCHILD and EVELYN de ROTHSCHILD had managing positions and/or control over.

266.    HILLARY CLINTON on May 29th, 2015 sent the following over the wires to JOHN PODESTA: "Subject: Re: Message from President Clinton to Foundation Supporters: Thanks for passing on. **Lynn** and jay **have continued to keep us updated on their efforts since Africa** but this is great Sent from my iPhone." [22] LYNN FORESTER de ROTHSCHILD was in constant contact with HILLARY CLINTON since their Africa trip in April/Beginning May 2015 in which information relating to LYNN'S efforts necessarily included furthering the *JAPLAN* Conspiracy against PLAINTIFF over the wires which is a violation of 18 U.S.C. 1962(d) and 18

---

[22] https://wikileaks.org/podesta-emails/emailid/27436

166

U.S.C. 1961 Section 1343 because it was perpetuating PLAINTIFF'S slavery. Furthermore, it gives more proof that LYNN FORESTER de ROTHSCHILD and HILLARY CLINTON were in regular contact with each other and that includes on June 26th, 2015.

267.    More importantly from the email[23] in the previous paragraph that PLAINTIFF is establishing something for later that shows that BILL CLINTON was one of the main culprits is when he wrote the following on May 29th, 2015 that was received by JOHN PODESTA that was transmitted over the wires: "In Tanzania, I visited Wazia Chawala. She is a farmer and a single mother raising seven children. She is also one of 85,000 people in Tanzania, Malawi, and Rwanda participating in our Clinton **Development** Initiative's **_Anchor_** Farm program. The program operates commercial farms and partners with local small**holder** farmers **to provide them with access** to high-quality, **low-cost seed and fertilizer**, training in improved agricultural techniques, **_and transportation to market._** Participants have more than doubled their yields on average, increased their incomes by even greater margins, and dramatically improved their quality of life." This proves that PLAINTIFF talked about _Anchoring_ when it came to _JAPLAN_. ERIC HOLDER retaliation against PLAINTIFF is further evidenced in this email. What did CGI, LYNN FORESTER de ROTHSCHILD, and HILLARY and BILL CLINTON want to do? They wanted to PLANT Angie Ortiz outside Sakura House in which the CLINTONS and ROTHSCHILD were providing PLAINTIFF (with

---

[23] https://wikileaks.org/podesta-emails/emailid/27436

blackmail) and LYNN FORESTER de ROTHSCHILD, HILLARY & BILL CLINTON, *TRANSPORTED* Angie Ortiz to outside Sakura House hoping to frame and blackmail PLAINTIFF as a pimp and sexual trafficker of children, which was completely against PLAINTIFF'S beliefs and values and in furtherance of the RICO Enterprise against PLAINTIFF. PLAINTIFF will explain this later, but there were Africans at issue in TOKYO in July 2015 in which they probably came from either: Tanzania, Malawi, or Rwanda.

268. BILL CLINTON during his African escapade in 2015 stopped in Tanzania sometime between April 28th, 2015 through May 7th, 2015[24]

269. EABH is an entity known to be associated with SIR EVELYN ROTHSCHILD, ROTHSCHILDS BANKS, and LYNN FORESTER DE ROTHSCHILD.

270. EABH came out with their Annual Report in 2016 (Hereon: *EABH 2016 Report*)[25] in which they welcomed the Bank of Russia.

271. The Board Members of EABH in 2015 and 2016 consisted of at least SIR EVELYN ROTHSCHILD and MIROSLAV SINGER OF THE CZECH NATIONAL BANK and the Bank of Israel were part of the management of EABH.[26]

272. PLAINTIFF acknowledges that there is a human tendency of cherry-picking information, but PLAINTIFF argues that too many coincidences is not cherry

---

[24] https://www.politico.com/story/2015/04/bill-clintons-africa-entourage-117445
[25] https://bankinghistory.org/wp-content/uploads/eabh2016AnnualReport.pdf
[26] PLAINTIFF only includes him because of what PLAINTIFF saw on July 18th, 2023.

picking, it is evidence involving the ROTHSCHILDS & PLAINTIFF with the following circumstantial evidence involving The ROTHSCHILDS:

a. PLAINTIFF alleges that DEFENDANTS sadistically wanted to commit a version of something similar to Oldboy where PLAINTIFF has to discover his past showing how these psychopaths always manipulated, exploited, and enslaved PLAINTIFF.

b. *EABH 2016 Report* is exactly 13 pages long. 13 possibly being the age of ANGIE ORTIZ.

c. *EABH 2016 Report* on Page 3 out of 13 discusses having "The workshop equipped participants with the toolkit to plan and record their own **oral** **history projects** and hence bring an additional dimension to modern financial archives." This proves retaliation on the basis of PLAINTIFF'S speech said in the privacy of his own home because PLAINTIFF discussed the historical rackets the ROTHSCHILDS committed through the years and this is a motive for the ROTHSCHILDS (Lynn Forester De Rothschild and Sir Evelyn Rothschild). They are talking about PLAINTIFF'S sexual abuse by ANGIE ORTIZ against PLAINTIFF for lying about her age and DEFENDANTS of PLAINTIFF performing cunnilungus on ANGIE ORTIZ.

d. Page 4 out of 13 of the *EABH 2016 Report* discusses: "Origins of banking globalization. The experience of Spain <u>and Latin America</u>"

169

Latin America is where ANGIE ORTIZ is from. Continuing on: "Many Latin American colleagues attended the discussion, which dealt with the trajectories and patterns of internationalization in banking during the first age of globalization (1870-**1914**) and the birth and development of the financial sector in Latin America. The committee consisted of: Carmen Hofmann (eabh), **Miguel** López **Morell** (Unviersity of Mur**cía**)…" This shows who one of their conspirators was in the CIA: MICHAEL MORELL. That means at least MICHAEL MORELL of the CIA was a witness to the 4 times PLAINTIFF engaged in oral discussions (as they call it or as PLAINTIFF calls it sexual abuse and battery through oral sex, violating PLAINTIFF'S soul, war crimes, torture, RICO violations, furthermore, it is on Page 4). This is clearly DEFENDANTS talking ANGIE ORTIZ and PLAINTIFF in which they wanted to falsely allege PLAINTIFF had been a habitual offender and engaged in pattern behavior that PLAINTIFF never committed until DEFENDANTS did these acts against PLAINTIFF. The devious part of *JAPLAN* is apparent here in which there was a confusion through ANGIE ORTIZ'S intentional lies of saying she was 19 when she met PLAINTIFF and another instance in which ANGIE ORTIZ said she was 14.

e. The next section on Page 4 of 13 in *EABH 2016 Report* discusses "Archives online. It's all about choices archival workshop On 28 April

170

2016" in which PLAINTIFF'S birthday is April 28th. PLAINTIFF discussed a legal issue of *JAPLAN* with WARWICK ALLEN in SPRING 2015 in proving if succumbing to JAPLAN was willing or not in which it was about the choice PLAINTIFF made if he succumbed to *JAPLAN* regardless of whether PLAINTIFF was drugged (in which PLAINTIFF was drugged). This shows the deep knowledge of everything PLAINTIFF said with his discussions with WARWICK ALLEN. This gives huge inferences that MICHAEL MORELL of the CIA LEAKED THE CONTENT OF THE CONVERSATIONS SAID IN THE PRIVACY OF HIS OWN HOME TO SIR EVELYN ROTHSCHILD or unknown Indian Intelligence officers leaked it to the ROTHSCHILD and SIR EVELYN ROTHSCHILD.

f.  *EABH 2016 Report* on Page 10 out of 13 (labeled as Page 11) says: "**Archives online.** It's all about choices archival workshop **On 28 April 2016** Oesterreichische Nationalbank (OeNB) kindly hosted an eabh archival workshop about online archives. The workshop was the kick off to the 2016 eabh annual meeting and the workshop was designed to deepen and expand knowledge and skills related to financial institutions' online archives. It provided strategic advice for planning and implementing online archive projects to archivists and records managers. Walter Antonowicz (OeNB), Gabriella Massaglia (eabh), Roger Nougaret (BNP Paribas), Luís Nunes (eabh), Lorans

171

Tanatar Baruh (SALT) and Ines van Dijk (De Nederlandsche Bank) formed the academic committee."[27] DEFENDANTS had hacked into PLAINTIFF'S laptop, cell phone, and installed cameras in Sakura House. All the information was stored online and leaked in which PLAINTIFF has come across numerous sexual videos of himself on at least 4Chan.  So this gives plausible explanation that DEFENDANTS intentionally manipulated PLAINTIFF and tortured him sexually over the internet via cameras. This gives plausible explanation of how the FBI/DOJ/CIA can skirt the illegal Constitutional Violations that they committed in obtaining the evidence of what transpired in Japan in Summer 2015 because it is an independent source by having these sadistic individuals post it online. XIUYANG SUN and ANGIE ORTIZ tried to meet PLAINTIFF in VIENNA in December 2022. This also directly ties in Apple and Intel in which the CEO of Intel attended the *Japanese Conspiracy Dinner* in 2015.

g. *EABH 2016 Report* on Page 9 (labeled as Page 10) says "Money in Africa. Monetary and financial decolonisation in Africa in the 20th century conference Another joint conference will take place on 9 -10 October 2017 in cooperation with Banco de Portugal and Banque de France in Lisbon, Portugal. The objective of the meeting is to shed light on **a range of different historical experiences** **of monetary**

---

[27] https://bankinghistory.org/wp-content/uploads/eabh2016AnnualReport.pdf

**dependency and independence**. Monetary and fiscal processes are important elements in state building and in managing international economic relations for emerging economies and new states. These processes were also important during the transition to constitutional independence in Africa; however little attention has been paid so far to the trajectory of the monetary and fiscal processes of decolonisation in Africa. This conference is going to change this.[28] This is a RICO act violation showing that LYNN FORESTER DE ROTHSCHILD, EVELYN ROTHSCHILD and the CLINTONS conspired against PLAINTIFF in Africa during PLAINTIFF'S birthday. This shows that they wanted to have ANGIE ORTIZ monetarily DEPENDENT on PLAINTIFF (in which officials in the US Government would assist with VISA's help in tracking PLAINTIFF'S money in JAPAN in the Summer 2015) in which PLAINTIFF would pay to help ANGIE ORTIZ and the Africans being paid for aiding and abetting sexually trafficking ANGIE ORTIZ that the money the ROTHSCHILDS would argue is completely independent from their actions relating to PLAINTIFF. This is supplemented when the ROTHSCHILDS say: "Monetary and fiscal processes are important elements in state building and in managing international economic relations" in which the ROTHSCHILDS (LYNN FORESTER DE ROTHSCHILD & EVELYN

---

[28] https://bankinghistory.org/wp-content/uploads/eabh2016AnnualReport.pdf

173

ROTHSCHILD) were trying to establish the policies of how to monitor cash via VISA to frame PLAINTIFF and how they were doing it for HILLARY & BILL CLINTON because it would eliminate PLAINTIFF as a liability and allow them to manage their control over the CLINTONS if HILLARY CLINTON was elected in office in 2016.

h. PLAINTIFF in Sewanee concluded and has repeatedly said throughout the years that love is the only thing that connects the past, present, and future and *EABH 2016* Report on Page 7 out of 13 (labeled as Page 8) has the following section: "Populism and financial markets Past, present, prospects…" prospect is future. This shows just how familiar SIR EVELYN ROTHSCHILD and LYNN FORESTER ROTHSCHILD WAS WITH AUTISTIC PLAINTIFF'S BELIEFS AND HOW THEY WANTED TO ABUSE HIM BECAUSE OF IT.

i. PLAINTIFF in Sewanee concluded and has repeatedly said throughout the years that love is the only thing that connects the past, present, and future and *EABH 2016* Report on Page 7 out of 13 (labeled as Page 8) has the following section: "Populism and financial markets Past, present, prospects…" prospect is future. This shows just how familiar SIR EVELYN ROTHSCHILD and LYNN FORESTER ROTHSCHILD WAS WITH AUTISTIC PLAINTIFF'S BELIEFS AND HOW THEY WANTED TO ABUSE HIM BECAUSE OF IT.

174

j. *EABH 2016 Report* on Page 10 out of 13 (labeled as Page 11) also says: "Business, academic and regulator perspectives on the **past, present and future** of data in the finance sector. Data about the finance sector is growing exponentially and storing it is becoming easier. Businesses are excited about the commercial possibilities of 'Big Data'; academics are relishing the research potential of deep data archives and regulators are hoping for a fuller view of systemic risk and stability. Will it all turn out well though? The current reality of massive data stores is often no more than massive cost and complexity. By exploring how we got here with data and where we go next can a meeting of business, academics and regulators resolve the data dilemma and find a way to turn a risk into an asset? · Does more data make us better forecasters? Are we any better than Keynes at predicting systemic risk now we have all this informatio · Do economic policy makers make good use of historical data or is it too hard to do? · Forecasters of all descriptions (especially economic ones) are facing a popular backlash. They missed the financial crisis and got the short term impact of Brexit wrong (possibly). Wasn't more data meant to mean better predictions?" PLAINTIFF gave details of *JAPLAN* in the Spring of 2015 and predicted the 50/50 chance PLAINTIFF would succumb to *JAPLAN* and how they were managing a risk with PLAINTIFF. Unknown Businesses, who PLAINTIFF alleges stole years upon years

175

of his ideas and implemented it forcing PLAINTIFF to be their slave in which they have liability, such businesses would include AIRBUS, BOEING, APPLE, ALPHABET, JP MORGAN CHASE (in which in one of the ROTHSCHILDS investment portfolios the two biggest shares of companies they have are: Apple and JP Morgan Chase Bank)[29] of the in which the ROTHSCHILDS, would be excited about having *JAPLAN* implemented against PLAINTIFF

k. ROTHSCHILD gave a corporate responsibility report for the years of 2014/2015 in which the section about Frankfurt in which an incident took place in Frankfurt said the following on labeled Page 13: "In addition they collected Christmas presents for refugee children which were handed out by the refugee centres of Caritas in Frankfurt." And then in the very next word (that is not part of the infograph) is on the next page (labeled Page #14) in very big letters is "MILAN," PLAINTIFF'S FIRST NAME. The following is the text from labeled Page #14: "MILAN.  Rothschild in Milan established relationships with the following local charities this year: CBM: a social cooperative created in 1984 which aims at preventing and treating child abuse and family violence. **The Care Home gives residential care for children**, aged between 2 and 12 years, **who have been temporarily removed from their families.** Fondazione Theodora:

---

[29] https://fintel.io/i/rothschild-investment-corp-il

The mission at the heart of Theodora is to contribute to the wellbeing of children in hospitals, hospices and specialist care centres <u>by</u> **<u>providing visits</u>** <u>from professional performers who have been trained to work</u> in a medical environment. Opera ***san Francesco*** and Comunità di San'Egidio **provide hospitality to people in need of food, clothes , personal hygiene and medical care to restore dignity and hope through sharing.** During the year, more than 60% of staff volunteers contributed to: ■■ Hosting a Christmas party for children and donating gifts ■■ Cooking meals for homeless people and donating warm clothing ■■ Building a vegetable garden with Children from CBM." There is your case of: *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) authorizing the hit in which ANGIE ORTIZ was in need of food, clothing, personal hygiene, and medical care. They intentionally separated a child (ANGIE ORTIZ) from her family to blackmail and sexually abuse PLAINTIFF on purpose in which she was taught what to do because she was trained what to do by DEFENDANTS LYNN FORESTER DE ROTHSCHILD, SIR EVELYN ROTHSCHILD, HILLARY CLINTON, and BILL CLINTON. The reporting period of that report ended in March 2015, which PLAINTIFF had already elaborated upon *JAPLAN* by this time in which SCOTUS granted cert in *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) in March 2015.

177

273. LYNN FORESTER de ROTHSCHILD married SIR EVELYN ROTHSCHILD.

274. LYNN FORESTER de ROTHSCHILD & the Estate of SIR EVELYN de ROTHSCHILD were the founders, partners, or managers of the Coalition for Inclusive Capitalism.

275. The Coalition for Inclusive Capitalism on June 26th, 2015 held an event in London, United Kingdom that was organized and managed by LYNN FORESTER de ROTHSCHILD & the Estate of SIR EVELYN de ROTHSCHILD (Hereon: *London 2015 Conspiracy Event*)

  l. According to The Coalition for Inclusive Capitalism's website, the following individuals attended the *London 2015 Conspiracy Event, the following relevant individuals attended the event:*

  a. KAMAL AHMED

  b. HONGCHUL AHN

  c. TADASHI AOGAI

  d. JAGDEEP SINGH BACHHER– Chief Investment Officer and Vice-President of Investments, University of California, Office of the President

  e. MATTHEW BARZUN, United States Ambassador to the United Kingdom

  f. ANN CAIRNS – President, International Markets MasterCard

  g. President BILL CLINTON

  h. TONY FERNANDES

    i.  SUSAN GILCHRIST– Group Chief Executive Officer, Brunswick Group

    j.  CARLOS SLIM HELÚ

    k.  INDRA NOOYI– Chairman and Chief Executive Officer, PepsiCo

    l.  UCHE ORJI– Managing Director and Chief Executive Officer, Nigeria Sovereign Investment Authority

    m. ADRAIN ORR– Chief Executive Officer, New Zealand Superannuation Fund

    n.  SIR EVELYN de ROTHSCHILD– Chairman, E.L. Rothschild LLC

    o.  LADY LYNN FORESTER de ROTHSCHILD– Founder and Chief Executive

    p.  VIMAL SHAH

    q.  Dr. VISHAL SIKKA

    r.  JOHN J. STUDZINSKI CBE – Vice-Chairman and Senior Managing Director, Blackstone

276.　It is not PLAINTIFF'S intent to go after every single DEFENDANT in the *Japanese Conspiracy Dinner* and the *London 2015 Conspiracy Event* and acquire all of their wealth and ill-gotten gains in violation of 18 USC 1962(d).

277.　*DEFENDANTS named who attended London 2015 Conspiracy Event are an association under: Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985), held "that the New Hampshire Democratic Party was **an unincorporated association**. The court found that the **common understanding** of most citizens of New Hampshire was that there was in existence a New Hampshire Democratic Party, commonly

referred to and contributed to as such, which **met regularly in *convention***. Under these definitions and holdings, it appears that a group such as an organized crime "family" would be recognized by a court as an unincorporated association."

278.    On June 26th, 2015 at *London 2015 Conspiracy Event*, HONGCHUL AHN, CEO of Korea Investment Corporation, started his speech at the event by saying: "When liberated from **Japanese** rule in 1945, **Korea was as poor as sub-Saharan countries**. Until the late 1960s its income per capita remained below $1,000 but since then the country's wealth has vastly increased, such that many developing countries now look to Korea as a role model…. **Globally, the number of sovereign wealth funds (SWFs**) - which are mandated to secure the economic welfare of future generations - has increased dramatically since 2000. Their assets under management now amount to nearly $20 trillion. They played a big role during the global financial crisis of 2008, providing critical liquidity through their investments in companies such as Citigroup, Morgan Stanley and Merrill Lynch. Indeed, helping to stabilize global financial markets is one of the guiding principles of SWFs, as laid out by the International Forum of Sovereign Wealth Funds. ***SWFs strive to maximize long-term return on investments,*** something that lies at the heart of inclusive capitalism. Their extremely long ***investment horizon*** enables them to invest both in physical infrastructure (highways, railways, ***airports,*** seaports, electrical grids, energy utilities, telecommunications, etc.) and social infrastructure, such as schools and hospitals, **taking on political as well as economic risk. SWFs maximize their effectiveness when they co-invest**

180

**with other organizations with similarly long _investment horizons,_ such as governments and multilateral financial institutions (the World Bank** and regional development banks, for example). One way to increase impact is by working together, for example through the Co-investment Roundtable of Sovereign and Pension Funds (CROSAPF), a collaborative co-investment platform formed by several public funds. Now is the time to take action together. Action speaks louder than words."

279.   MOST IMPORTANT. What is another word for horizon? OFFING.  This conclusively proves beyond a reasonable doubt that on the day of the hit against PLAINTIFF that was ordered by HILLARY CLINTON on June 26th, 2015, the motive for the ROTHSCHILDS committing war crimes and RICO violations against PLAINTIFF were connected to the OFFING incident in March 2011. **Investment Horizon= the Offing.** He was specifically referencing the _Offing Plan_ that occurred at LHR against PLAINTIFF in March 2011 and how PLAINTIFF was a risk to them because of that.  Actions do speak louder than words.

280.   PLAINTIFF says in regards to Paragraph #XX. There is no way the first sentence out of his mouth in an event talking about Japan and Sub-Saharan Africa in which LYNN FORESTER DE ROTHSCHILD and HILLARY CLINTON and BILL CLINTON conspired against PLAINTIFF in the African trip on PLAINTIFF'S birthday in April 28th, 2015.[30]  QIA is a Sovereign Wealth Fund. The head of the

---

[30] https://www.huffpost.com/entry/action-to-achieve-inclusi_b_8470786 (last Checked. September 23, 2024)

181

WORLD BANK attended the *Japanese Conspiracy Dinner* Against PLAINTIFF on April 28th, 2015.

281. INDRA NOOYI was the Chairman and Chief Executive Officer of PepsiCo in which she materially benefitted from the RICO Enterprise against PLAINTIFF, which means that PepsiCo materially benefitted from the RICO Enterprise against PLAINTIFF in which she did nothing to stop the war crimes, torture, and RICO enterprise against PLAINTIFF in Summer 2015 when she had reason to know what was transpiring. Therefore, she violated 18 USC 1961, 18USC1962 (a), (b), (c), and (d) by having attended the June 26th, 2015 event.  PepsiCo materially benefitted in violation of 18 USC 1961, 18USC1962 (a), (b), (c), and (d).

282. Such African countries that the ROTHSCHILDS and CLINTONS may have visited in 2015 include Nigeria and Kenya in which VIMAL SHAH has major business interests in Kenya, the Nigerian Wealth Fund was represented at the event when UCHE ORJI– Managing Director and Chief Executive Officer, Nigeria Sovereign Investment Authority attended the event.

283. To show that NEW ZEALAND was possibly spying on PLAINTIFF with the assistance of WARWICK ALLEN, ADRIAN ORR – Chief Executive Officer, New Zealand Superannuation Fund, attended the London June 26th, 2015 event that was part of the conspiracy against PLAINTIFF in which she violated 18 USC 1962(d).

284. PLAINTIFF came across the Ford Foundation when investigating RICO Enterprise #2 in which the Ford Foundation routinely donated to the National Women's Law Center. Darren Walker -President, The Ford Foundation, attended

the *London 2015 Conspiracy Event*. PLAINTIFF is taking no legal action against the Ford Foundation in order to legally separate RICO Enterprise #1 and RICO Enterprise #2. PLAINTIFF said nothing about the Ford Foundation until well after January 1st, 2017 thereby showing the distinct separateness of RICO Enterprise #1 and RICO Enterprise #2.

285.    TONY FERNANDES attended the *London 2015 Conspiracy Event* against PLAINTIFF. TONY FERNANDES is the Chairman of Air Asia, which is an airline based in Malaysia that is either all Airbus aircraft or close to being an all Airbus fleet. Therefore, PLAINTIFF alleges that the ROTHSCHILDS, SIR EVELYN ROTHSCHILD, and LYNN FORESTER DE ROTHSCHILD financed some of AIR ASIA'S AIRBUS acquisitions.

286.    PLAINTIFF notes his mental impressions concerning the *London 2015 Conspiracy Event* on June 26th, 2015 and how the ROTHSCHILDS still hold some secret control over the United States--it is through owning the United States' debt and installing leaders friendly to them. More than 20 guests that attended the *London 2015 Conspiracy Event* (who all knew that HILLARY CLINTON was the Democrat Candidate in 2016 on June 26th, 2015 in which her husband BILL CLINTON attended the event) were asset managers, soveirgn wealth fund managers, or managers of wealth funds, mutual funds, and pension funds. The amount of debt wealth funds, mutual funds, and pension funds own of United States debt amounts to $4.6 Trillion, which amounts to around 13% of the debt; then depository institutions like ROTHSCHILDS Banks and JP MORGAN CHASE

183

BANK own another $1.7 Trillion Dollars. The Country of Japan owns 1.1 trillion and the British Government owns 679 Billion USD, which amounts to around $6.4 Trillion USD. This is a minimum of 18% of the total amount of US Debt owed. Sovereign Wealth Funds were represented by leaders representing Japan, Korea, and Singapore.

287.   PLAINTIFF would include CARLOS SLIM as he attended the event in London on June 26th, 2015,  but has no idea if his alleged cartel friends can protect PLAINTIFF from CARLOS SLIM.

288.   MATTHEW BARZUN was the United States Ambassador to the United Kingdom on June 26th, 2015 and he attended *London 2015 Conspiracy Event*. Therefore, MATTHEW BARZUN knew about the Offing and the ROTHSCHILD and CLINTON retaliation against PLAINTIFF that was going to happen. Therefore, he materially aided and abetted and became a principal actor in the the war crimes, torture, and RICO violations against PLAINTIFF thereby 18 USC 1961, 18USC1962 (a), (b), (c), and (d) in which he materially benefitted in violation of 18 USC 1961, 18USC1962 (a), (b), (c), and (d).

289.   MATTHEW BARZUN'S  Marshall Aid Commemoration Commission MEDAL is subject to disgorgement under 18 USC 1963 and PLAINTIFF demands that as compensation from MATTHEW BARZUN.

290.   PLAINTIFF talked about how PETER STRZOK thought that the United Kingdom had something to do with *JAPLAN* against PLAINTIFF in Summer 2015. MATTHEW BARZUN knew of *JAPLAN* against PLAINTIFF and failed to

intervene. Therefore, he materially aided and abetted the war crimes, torture, and RICO violations against PLAINTIFF.

291. MATTHEW BARZUN, upon his return to the United States in 2017, he received the Marshall Medal from the Marshall Aid Commemoration Commission created by the British Parliament for his dedication to strengthening U.S. and British relations in which the BRITISH Government materially aided and abetted *JAPLAN* against PLAINTIFF. This medal is material benefit from the RICO Enterprise and is subject to disgorgement under 18 USC 1963.

292. PLAINTIFF already alleged JEFFREY EPSTEIN may well have had a part in blackmailing and committing terrorism against PLAINTIFF in Summer 2015. More importantly, this firmly establishes a factual connection, money being transferred amongst JEFFREY EPSTEIN & ROTHSCHILDS, the CLINTONS, and other documents that discovery will prove PLAINTIFF is correct. How exactly INDIA, RUSSIA, and the ROTHSCHILDS fit into the mold, PLAINTIFF has yet to discover. PLAINTIFF figured out in *An Anchor and A Pitchfork* how and why India was involved and that was through SCOTUS. But *See*: Below.

185

From: Philip Barden ████████████████
Sent: Sunday, 11 January 2015 05:27
To: ███████████████
Cc: G Maxwell
Subject: Re:

Saying nothing is reputational suicide. Even if AR is discredited by AD people will know JE paid her off and believe G was complicate absent a credible denial.

Now it is reported that G engaged in direct abuse - as I feared would happen. Next reports to the authorities will be made.

It is necessary from a litigation, investigatory and reputational reason to issue a cogent denial.

I can see why JE doesn't want this as it may not suit him but he is already toast.

Philip

Sent from my iPhone

293.    DEFENDANTS named in EPSTEIN'S BLACKBOOK RELATING TO

PLAINTIFF:

    a. Tony Blair.  Former British Prime Minister.

    b. Bill Clinton

    c. Lynn Forester De Rothschild

    d. Gerald Goldsmith: Head of Rothschild North America.

    e. Ariane de Rothschild. Chairwoman of Edmond de Rothschild Group.

        i. In October 2015, she and Epstein negotiated a $25 million contract for Epstein's **Southern** Trust Co. to provide "**risk analysis and the application and use of certain algorithms**" for the bank[.]  PLAINTIFF went to the University of the SOUTH and it shows them TRUSTING each other in blackmailing PLAINTIFF. PLAINTIFF alleges this money was part of the RICO Enterprise against PLAINTIFF in 2015.

186

f. Gary Ginsberg

g. Sarah Kellen

h. Ted Kennedy—Connection to JOCELYN SAMUELS.

i. JOHN KERRY, Head of Department of State. 2015.

j. Ghislaine Maxwell.

k. Tom Pritzker, brother of J.B Pritzker and Brother-in-law of Penny Pritzker.

l. Peter Soros, Nephew of George Soros (principal in RICO Enterprise #2).

m. Kenneth Starr—the man that knew PLAINTIFF and PLAINTIFF came to the realization he was known in the DC Bubble.

n. Brin Sergey (Co-Founder of Google. Had Complete Access to everything related to DEFENDANT Alphabet Inc and PLAINTIFF).

o. BILL GATES and PLAINTIFF'S claim about Microsoft.

p. William Burns, who was intimately involved in the incident in London 2011 and became CIA director.

q. JP Morgan Chase Bank.[31]

r. Sandy Berger. BILL CLINTON'S former National Security Advisor.

s. Andrew Cuomo. Would explain why New York was always after PLAINTIFF.

---

[31] https://nymag.com/intelligencer/article/who-are-the-newly-revealed-jeffrey-epstein-associates.html

  t. Elizabeth Johnson from Johnson and Johnson in which that little twerp from PLAINTIFF'S freshman year is now working at Johnson & Johnson.

  u. Chuck Schumer

  v. Rodney Slater—knowledge on how to commit terrorism via political kidnappings against PLAINTIFF as Bill Clinton's Secretary of Transportation.

294. BRAIN KRZANICH conspired with DEFENDANTS against PLAINTIFF at the Japanese Conspiracy Dinner against PLAINTIFF in which BRAIN KRZANICH and INTEL Corporation necessarily benefitted from the RICO Enterprise in violation of 18 USC 1962(a), 18 USC1962(b), 18 USC 1962(c), and 18 USC 1962(d). Furthermore, Brian Krzanich and Intel facilitated DEFENDANTS such as FBI, CIA, Indian Intelligence or Military, in acquiring illegal access to PLAINTIFF'S laptop between 2010-2015--especially in Spring and Summer 2015—in which PLAINTIFF believes his laptop at the time had an Intel Core Processor. Part of the Conspiracy allowed Intel and Apple to monitor and grant access to PLAINTIFF'S laptop and cell phone at all times in violation of 18 USC 1961 (Sections 1029).

295. Because PLAINTIFF had terrible luck with women like REBECCA WETHERBEE, CHRISTY MARTINEZ (based on insinuations in DC), ASHLEY MAIDEN, GRIFFIN FRY, SUSAN RICE, VALERIE JARRETT, LISA MONACO, some of which was PLAINTIFF'S fault, some of which was PLAINTIFF trying to rescue certain women who were mentally unstable, some of which were devious

conniving backstabbing liars that perpetuated a RICO Enterprise against PLAINTIFF, PLAINTIFF sent prayers to God during a meteor shower in April 2015 praying to God that PLAINTIFF could find a wife that would make him happy. DEFENDANTS knew of that because PLAINTIFF saved a document on his laptop showing such. DEFENDANTS exploited that by implementing *JAPLAN* in violation of PLAINTIFF'S religious liberty and freedom.

296.    Then HILLARY CLINTON and the aforementioned US government officials in the previous paragraph knew how much of a liability PLAINTIFF was to HILLARY CLINTON; still wanting to catch PLAINTIFF for some type of crime to cover up their own corruption, they illegally overheard all of the conversations PLAINTIFF had with his roommate WARWICK ALLEN in Fall 2014/Spring 2015. Then the Russian Government, Chinese Government, British Government, and American Government all overheard *JAPLAN* (a psychological plan so devasting to PLAINTIFF that PLAINTIFF considered it worse than murdering him and an absolute defiling soul plan that exploited all of PLAINTIFF'S autistic and compassionate vulnerabilities for malicious purposes) so one of the following must be true: Russia implemented *JAPLAN* against PLAINTIFF in JAPAN in Summer 2015 or the Clintons, Rothschilds, and aforementioned US Government officials implemented JAPLAN against PLAINTIFF. PLAINTIFF succumbed to *JAPLAN*.

297.    PLAINTIFF can only really describe HILLARY CLINTON'S political hit against PLAINTIFF in the following way and PLAINTIFF wants it to be that impactful. THE COURT MUST READ THE FOOTNOTES TO UNDERSTAND

189

PLAINTIFF'S DETERMINATION WHY IT WAS A POLITICAL HIT AGAINTS PLAINTIFF. The vast majority of it was included in Attachment A in the *Chicago Cases* Complaint with PLAINTIFF'S slight revisions:

    a. "Jackson-Jefferson 2015[32] was a fundraising dinner that took place on 06/26/2015—this necessarily effects interstate and intrastate commerce and had an impact in Japan and was an act that initiated domestic and international terrorism. PLAINTIFF couldn't find evidence of who was attending, but PLAINTIFF is willing to figuratively bet ANDREW MCCABE and JILL MCCABE were attending the dinner that was a fundraiser for democrat politicians and candidates in the state of Virginia, along with HILLARY CLINTON and TERRY MCAULIFFE, because JILL MCCABE was a Democrat running for office as State Senator in Virginia at the time (and her husband, ANDREW MCCABE, would be attending as well) and attendance would be one of the necessary events for politicians to attend to for money and raising funds for Jill MCCABE'S run as a Virginia State Senator.

298.   Let us listen in on and read what HILLARY CLINTON conveyed explicitly and implicitly on June 26th, 2015[33] and PLAINTIFF'S corresponding analysis and factual connections to allegations made: "I love your governor…Now, we've always

---

[32] https://awpc.cattcenter.iastate.edu/2017/03/09/remarks-at-virginias-2015-jefferson-jackson-dinner-june-26-2015/
[33] https://www.youtube.com/watch?v=s_HIEIiv8Ao

known Terry [TERRY MCAULIFE] could talk the talk, but as governor he's proving every day he can also walk the walk.[34] I'm delighted to be here with so many friends...Today was one of those days when we're reminded that like any family, our American family is strongest when we cherish what unites us and fight back against those who would divide us[35]…I'm gonna talk a little politics here, not just because we're at a political event and *not just because **I'm running for president**,*[36] but because *politics is about the choices we make—the choices we make*.[37] Not only about our **leaders**,[38] but about how we govern ourselves. There's so much for us to do…We have a **long agenda***[3940]* in front of us and we need to show respect for one another…We need to call out derogatory language, insults,

---

[34] Leadership by example. Painting a clear message to a certain recipient in the crowd (ANDREW MCCABE) that HILLARY CLINTON loves the Governor MCAULIFFE and has a history with Governor MCAULIFFE, who would then give funds to JILL MCCABE if ANDREW MCCABE walks the walk in prosecuting PLAINTIFF. For what must the listener prove in order to walk the walk on behalf of HILLARY CLINTON? That's the question.

[35] PLAINTIFF is a person that would break up the RICO ENTERPRISE and ASSOCIATION because he is a legal liability to ANDREW MCCABE and HILLARY CLINTON after what HILLARY CLINTON did to PLAINTIFF in 2010 and other years.

[36] Motivation for HILLARY CLINTON

[37] The Choices We Make. See: ROTHSCHILDS EABH 2016 Report. HILLARY CLINTON emphasizes through repetition that someone in the crowd must make a choice. The choice to make is whether or not DEFENDANTS will tarnish themselves to prosecute and blackmail and commit war crimes against PLAINTIFF.

[38] HILLARY CLINTON will be a future leader if she is elected President of the US in 2016. Andrew McCabe is a leader in the FBI at the time. After July 2015, Andrew McCabe gets TWO PROMOTIONS IN HIGHER RANKING LEADERSHIP POSITIONS IN THE FBI. So at this time in the speech, it is clear that certain leaders must make a certain choice and fight back against those that "would divide us." (i.e. PLAINTIFF because he would divide them because they belong in jail)

[39] The explicit inclusion of political AGENDAS necessarily makes *JAPLAN* domestic and international terrorism because it was a thing that affected the course of government conduct. Furthermore, agendas are not physically long; but what is long is the long period of time needed to implement her political agendas.

[40] PLAINTIFF argues in HILLARY CLINTON'S mind, a long agenda would at least cover the next 5 years if not 1 year Agendas must be met and there are some obstacles that obviously need to be removed to implement agendas if she is to be President (i.e. PLAINTIFF).

*personal attacks wherever* they occur.[41] There is enough for us to debate **without going there**.[42]...Now, these are *not* the only problems.[43] We need to condemn divisive rhetoric......*The question is:* when does all your hard work pay off? ***When does YOUR FAMILY get ahead? Now! Now!*[44]** You brought our country back and **it is your time.[45]"** [applause] "And you know what? *America succeeds when you succeed....Look across this commonwealth[46].* **You see so much that's working, so much to build on**. After the worst economic crisis since the Great Depression, Virginians across this Commonwealth are making a new beginning for themselves...And I know what you did. You worked extra shifts. You took second

---

[41] Not only is this anti-free speech, but it goes to show a call to action if she perceived PLAINTIFF as a political threat based on PLAINTIFF'S speech in Baton Rouge, LA. A personal attack on HILLARY CLINTON from her perspective would be PLAINTIFF telling the truth of what HILLARY CLINTON did in LONDON in 2010 and PLAINTIFF'S intent on using wikileaks emails to talk about her corruption. HILLARY CLINTON did not understand the concept that PLAINTIFF damn well could have talked shit about her in his home if he pleased. But she said it was a personal attack that had to be addressed in which she has complete authority to enter and barge into the private homes of anyone. HILLARY CLINTON heard everything PLAINTIFF said in Spring 2015 and what PLAINTIFF told Polly Finley through at least DEFENDANTS use of sharing information and defensive briefs and other unknown methods. Ironic she talks about calling out derogatory language; but committing war crimes against cripples? Nah that's fine in BILL and HILLARY CLINTON'S playbook.

[42] Would one have a debate in political musings with a roommate and what PLAINTIFF told Polly Finley? Would there be a debate to my alleged (and false) hostility PLAINTIFF had for HILLARY CLINTON at that time? PLAINTIFF'S don't have to go there means that DEFENDANTS don't have to prosecute PLAINTIFF in AMERICA as BILL CLINTON had arranged for it to be done in JAPAN when BILL CLINTON visited JAPAN on March 17th, 2015 in addition to Chief Justice JOHN ROBERTS conspiring with the Supreme Court of JAPAN while he was there.

[43] So what other problems does she have? Maybe *Miki's Tea Party?* we also need to make sure that people are looking at the real problems of our country. The FBI could be looking through surveillance at some of "real problems" that Hillary Clinton believes me to be.

[44] When is the time for MCCABE'S family to get ahead? Now now now! Clear timing that whatever actions must be done, they must be done now. *But how and what must be done?! Also, sometimes Hillary Clinton can be pretty stupid—she initially said one question and then in fact posed two questions so the right thing she should have said is: the questions are:..... Dumbass.*

[45] When is the time for ANDREW MCCABE'S family to get ahead when they would receive funds from TERRY McAULIFFE? Now now now! *But how and what must be done?!*

[46] Another name for the United Kingdom? The Commonwealth... This connects the ROTHSCHILD and ENGLAND. Commonwealth also can refer to the Commonwealth of Australia or the commonwealth of Pennsylvania. Miki's Tea Party in which they obtained $14.9 billion and furthered RICO Enterprise 1 and their political goals.

jobs. *You postponed those home repairs*." [47] "You figured out how to make it work…I'm running for president to make our economy and our country work for you and for every American. I will go to bat[48] for the successful,…, for the small business owners who took risks, for the gay couple who love each other, for the black child who still lives in the shadow of discrimination *and the Hispanic child who still lives in the shadow of deportation.[49]* [applause] **(must read: Footnote).** Just as Terry [MCAULIFFE] said, I'm on the side for everyone who's ever been knocked down but refused to be knocked out[50]…I will always stand my ground so you and our country can gain ground.[51] [applause] If you'll give me the chance, I will wage and win four fights for you and we'll do it together to build that economy for tomorrow not yesterday; to **strengthen America's families**, because

---

[47] This is one of PLAINTIFF'S factual nexus connecting PLAINTIFF to 773 John Henry to Andrew McCabe to HILLARY CLINTON (who was leading and telling MCCABE what to do). HILLARY CLINTON and ANDREW MCCABE were trying to get PLAINTIFF for mail fraud (postpone. Mail=post) because of the plumbing issues at 773 John Henry, Baton Rouge, LA. trying to get me for home/insurance fraud when PLAINTIFF did not commit it when PLAINTIFF TEXTED his landlord to file a claim with the insurance company thereby ignoring exculpatory evidence where DEFENDANTS falsely believed PLAINTIFF committed insurance fraud when PLAINTIFF would never kill his cat. See: *The Roof is On Fire* when ANDREW MCCABE talks about Spring 2015 and says "The laptop was a find, but finding the laptop was not self-**evidently a six-alarm situation**."
[48] PLAINTIFF questions this. He is making a note of it for himself.
[49] FACTUAL NEXUS #2. *That's JAPLAN and giving the go-ahead.* At this point in the speech if you watch the video, HILLARY CLINTON death stares angrily (see the picture above) to someone that is in the rightside of her podium as to make a point. This is the only time in the entirety of the speech that she spends such a long-extended period of time looking at one direction at one specific spot in the audience (at least 5 seconds) at one specific person.
[50] So say if PLAINTIFF refuses to be knocked out or killed, **do they just drug PLAINTIFF** then with something like a roofie or scopolamine and commit *JAPLAN* against PLAINTIFF, which was said in the context of someone raising funds for ANDREW MCCABE'S wife?
[51] That's defiance and a hell-bent attitude on having committed acts of domestic and international terrorism before on 03/11/2011. Also, more importantly, an inference of doing something on the behest of her that would allow that person (or their family) to benefit themselves in which she would completely support that individual when she is President and have no limits to what she would pull off: See: *Miki's Tea Party* & RICKEY RAY RECTOR.

193

when **OUR FAMILLIES**[52]619 **are strong America is strong; to harness all our power, our smarts and our values to maintain American leadership in the world**[53][54]; and to reform our government and revitalize our democracy so it works for everyday Americans.[55] **Now, to win these fights, our next president [i.e. HRC] will have to work with** Congress and **every other willing partner in our country**. **I will do just that.**[56] I did it before[57]… (Note: Picture on next page): If she wanted to look at the whole audience, she would have looked to the front, but she was staring off to the side at someone when she said this thereby ordering the hit. This is the exact moment of PLAINTIFF'S political execution.

---

[52] The MCCABES and CLINTONS and ROTHSCHILDS whom LYNN FORESTER de ROTHSCHILD called the CLINTONS her family.

[53] What smarts did she acquire through the power of surveillance that she could harness somewhere in the world (that includes Japan) to ensure her American leadership as President? Did she do something prior to June 26th, 2015 and afterwards that would prevent her from maintaining her leadership in the world? She was given *JAPLAN* by ANDREW MCCABE or PETER STRZOK or other DEFENDANT.

[54] Explicit reference and conjunction together of MCCABE'S FAMILY being strong and harnessing their surveillance power over PLAINTIFF and smarts acquired over DEFENDANT how to destroy PLAINTIFF someone where in the world via their SURVEILLANCE power to maintain HILLARY CLINTON'S Leadership in the world after her husband BILL CLINTON, who is a leader, met with SHINZO ABE, a leader the US approves of, and both are considered part of AMERICAN leadership in the world with explicit approval from LYNN FORESTER de ROTHSCHILD.

[55] Is PLAINTIFF not an everyday American? Seems like a shitty factual distinction. Talk about Democrat Inclusivity.

[56] She really considered herself to be the next President of America so who is the other partner (partner implies husband and wife team) HILLARY CLINTON is willing to work with because she will do just that!?! **Points to ANDREW MCCABE**

[57] What, commit acts of terrorism against an autistic American or execute a disabled man for political purposes? When and how did HILLARY CLINTON work with ANDREW MCCABE before? Ahhh, that's right! Working with fellow DEFENDANTS like ROBERT MUELLER III, JAMES COMEY, ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, British Intel, Indian Intel, India, United Kingdom, Japan, Australia, Aussies, that covered up *Miki's Tea Party*



299.    Continuing the previous paragraph: You know how all our presidents come into office looking so vigorous and then we watch **their hair *grow*[58]grayer and grayer? Well, *you won't* see *my hair turn* white** in the White House.[59] [laughing] [applause]. I may not be youngest candidate in this race, but with your help I will be youngest woman president in the history of the United States! [applause]…So, Virginia... [applause] Virginia, ***let's work together*** to make sure this beloved Commonwealth is blue, that ***we have DEMOCRATS in the STATE LEGISLATURE to work with that GOVERNOR, and that we do have a Democratic president in the White House in 2017![60]*** [applause]."

---

[58] Factual Nexus #3: this is a specific reference to *JAPLAN EMAIL and the retaliation against PLAINTIFF on the basis of his speech*

[59] This is, at a minimum, FACTUAL NEXUS #4 to jokes and corruption PLAINTIFF made about HILLARY CLINTON in the privacy of his home in Spring 2015 and her retaliation against PLAINTIFF in June and July 2015 and thereafter on the basis of PLAINTIFF'S politically protected speech in addition to furthering the RICO Enterprise. True, stress in the political office can cause hair to become grey or turn white. **BUT when hair GROWS, it becomes longer in length in different stages.. HILLARY CLINTON clearly knows and fundamentally understands the difference between simply *hair growing* and *HER OWN hair turning white.*** If you eliminated a source of stress, your hair would not gray nor turn white because the source of stress is no longer a problem. Message clear: her hair would not turn gray/white as president because someone needs to rid of the source of stress in her life. This is precisely the stupid entitlement and power Hillary Clinton has and lives by at this point in 2015 in which she firmly believes that 1) (stupidly believes) there won't be any stresses while she is President, 2) that the condition of JILL MCCABE receiving money from TERRY MCAULIFFE'/CLINTONS will solely be approved by herself once whatever task she wants is completed, and 3) to demonstrate HILLARY CLINTON'S malice, the lengths she will go to get rid any possible potential stressors from her Presidency that she committed prior to becoming President.

[60] I do not need to explain this one because it should be that blatantly obvious by now. State legislature in the state of Virginia includes Virginia state senate and JILL MCCABE. Also HILLARY CLINTON being in the WHITE HOUSE.



If you look over here, this is where we fuck over Miki-San. *BILL CLINTON GLEE*[625]

300.    PLAINTIFF has to talk about an assumption that is not readily known to most Americans. There are a lot of Indians in Africa. So it is completely plausible that some unknown Indian-Africans were consulted during the ROTHSCHILDS and CLINTONS African trip.

301.    SCOTUS decided a case on 06/22/2015, exactly four days before HILLARY CLINTON'S speech on 06/26/2015, but is actually far more sinister in light of PLAINTIFF and *Miki's Tea Party* and here is why: *City of Los Angeles v. Patel*, 576 U.S. 409 (2015). It was argued on 03/03/2015, two weeks prior to BILL CLINTON going to JAPAN, one month after PLAINTIFF obtained approval from his school to study abroad in JAPAN in which PLAINTIFF explained *JAPLAN*, and around the same time that CHIEF JUSTICE started talking to his Japanese counterpart in Tokyo. As argued earlier, foreign persons or corporations don't have any

constitutional rights abroad in which 4th Amendment protects "People," not places, and foreign owners of hotels have no expectation of privacy in their properties in which it would be completely constitutional for DEFENDANTS to search and seize HOTEL SAKURA paperwork and installing cameras and microphones in Sakura House in which it would be constitutional for DEFENDANTS to do so because it was a place, not a person. PLAINTIFF would decide to live in SAKURA HOUSE. DEFENDANTS knew of *JAPLAN* at this time. DEFENDANTS knew of PLAINTIFF'S vulnerabilities abroad. It was decided exactly one day before PLAINTIFF would no longer have assistance in Japan in people who could reach out and help PLAINITFF. The case overruled 9th Circuit Precedent in which the State of California had jurisdiction over PLAINTIFF in 2015. The case involved the INDIAN owners of hotels in which there was a city ordinance that required the Hotel to keep records of specified information about their guests. Police officers under that ordinance are allowed to search and seize the Hotel records at any time without a search warrant. Defendants don't need a warrant abroad for a Japanese hotel owner to search and seize records about PLAINTIFF staying in their hotel... The Court held that an individual may challenge a statute for violating the Constitution on its face without needing to allege unconstitutional enforcement, and that the municipal ordinance in question is unconstitutional on its face because it does not allow for hotel operators to engage in pre-compliance review by questioning the reasonableness of the subpoena in district court. The type of search the municipal ordinance authorizes is an administrative one, which means that its

198

purpose is to ensure that the hotel operators are complying with the record requirement, and judicial precedent has held that there must be an opportunity for the subpoenaed party to contest the subpoena for an administrative search before penalties are imposed. Such pre-compliance review is necessary to ensure that the search is not a pretext to harass the business owner. The Court also held that hotels are not a "closely regulated" business and therefore do not fall under that exception to the warrant requirement." JUSTICE SCALIA did not like PLAINTIFF at the time. He wrote the dissenting opinion in which he argued that the municipal ordinance in question is constitutional under the Fourth Amendment in most, if not all, of its applications because *warrantless searches are not unreasonable under certain conditions*. (such as taking place overseas). One of those conditions is when the premises to be searched is that of a closely regulated business, as long as the regulatory scheme of which the search is a part furthers a substantial government interest (there was a government substantial interest in framing PLAINTIFF after having committed an act of international and domestic terrorism against PLAINTIFF), the search is necessary to further the regulatory scheme, and the regulatory scheme provides a constitutionally adequate substitute for a warrant."[61]

302.    NEAL KATYAL was DOJ'S Solicitor General from May 17th, 2010 through June 9th, 2011. Miki's Tea Party was 03/11/2011. Prior to this, NEAL KATYAL served as an attorney in the Solicitor General's office, and as Principal Deputy Solicitor General in the U.S. Justice Department. So he had been around for a while

---

[61] https://www.oyez.org/cases/2014/13-1175

and necessarily interacted with SCOTUS between 2008-2011. NEAL KATYAL knew PLAINTIFF from PLAINTIFF would say and allege March 2008 to the present. NEAL KATYAL is like PLAINTIFF in which PLAINTIFF and NEAL KATYAL are both 1st Generation Americans and that is something we could have bonded over, but it was not meant to be. NEAL KATYAL'S parents are from India, which makes NEAL KATYAL an Indian American. NEAL KATYAL when growing up would have necessarily understood the pain that he was: too Indian to be American but he was too American to be Indian. Like PLAINTIFF being too Serbian to be American and too American to be Serbian. Stuck in the middle and able to go to both sides seeking acceptance all the while never being fully accepted by either side. It is tough spot to be on. PLAINTIFF knows. PLAINTIFF knows it is particularly true with him, but foreign immigrant parents coming from the old country bring the old country's values and especially when you hang out with the old country's people, there are Indian ways of doing things and American ways of doing things. There must have been dilemmas where NEAL KATYAL didn't know if he should approach and use the values of an India or the mindset and values of America. This is necessarily important because there are issues demonstrated with CRS India that would call into question whether NEAL KATYAL was prejudiced against PLAINTIFF from the beginning because of PLAINTIFF'S disability. NEAL KATYAL growing up probably knew of the struggle. Then when you are in the spot, you try to make both sides happy (America and India) and that is what NEAL KATYAL did in regards to Miki's Tea Party on top of appeasing his former bosses

200

who got him in the DC Bubble—BILL and HILLARY CLINTON. What was it to NEAL KATYAL to be ethical and not perpetuate legal fraud against PLAINTIFF being a broke and disabled autistic man when he could be accepted by both America and India and help HILLARY CLINTON and BILL CLINTON out in the process in which he necessarily oversaw and knew about Miki's Tea Party and knew SCOTUS would absolutely 100% cover up for NEAL KATYAL and DOJ in which SCOTUS UNANIMOUSLY fully, completely, and unequivocally absolved NEAL KATYAL of all responsibility thereby continuing the legal fraud committed against PLAINTIFF? Prior to working for the DOJ, NEAL KATYAL did in fact work with BILL and HILLARY CLINTON in the late 1990s. To demonstrate the intellectual hypocrisy and hoops these people go through and never realize for one second the harm they do against their own countrymen or country being so engorged by the DC Bubble, NEAL KATYAL on May 24th, 2011, issued the Justice Department's first public confession of its 1942 ethics lapse in arguing the Hirabayashi and Korematsu cases in the US Supreme Court, which had resulted in upholding the internment of American citizens of Japanese descent. He called those prosecutions—which were only vacated in the 1980s—"blots" on the reputation of his office, which the Supreme Court explicitly considers as deserving of "special credence" when arguing cases, and "an important reminder" of the need for absolute candor in arguing the United States government's position on every case." NEAL KATYAL was not done with PLAINTIFF though. *JAPLAN* in Summer 2015 after *Sheehan's* brief expressly pointed out what happened under his watch at the DOJ that involved his

connection and explicit approval to HILLARY CLINTON and DEFENDANTS in Miki's Tea Party. HILLARY CLINTON and BILL CLINTON did what they always did and executed a disabled man for political purposes in which SCOTUS would cover it up for them in *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015). So, he heard what happened to PLAINTIFF in Tokyo, JAPAN between 2015 and 2019. NEAL KATYAL did what he always had done in the past in regards to the corruption BILL and HILLARY CLINTON committed against PLAINTIFF: he went straight to SCOTUS to deny PLAINTIFF an opportunity to sue DEFENDANTS when he argued on behalf of Nestle USA in *Nestlé USA, Inc. v. Doe*, 593 U. S. ___ (2021) in which SCOTUS nearly completely agreed with NEAL KATYAL that Nestle USA (i.e. BILL and HILLARY CLINTON) should not be held accountable for paying for and using underage children (trafficking children for blackmail and extortion) in their work in what happened in An Anchor and a Pitchfork. NEAL KATYAL won a unanimous decision from the Supreme Court defending former Attorney General John Ashcroft against alleged abuses of civil liberties in the war on terror in Ashcroft v. al-Kidd. Ignore the fact that it was Attorney General John Ashcroft and substitute his name for ERIC HOLDER'S. Ah, so when the Attorney General who perpetuated legal fraud against PLAINTIFF in regards to his supposed terrorist activity in Peachy Miami in which DEFENDANTS were the ones that committed international and domestic terrorism against PLAINTIFF in Miki's Tea Party, not only would PLAINTIFF never be able to hold NEAL KATYAL accountable for what he did in Miki's Tea Party, but he couldn't do

202

the same for ERIC HOLDER. There were clear plans from the very beginning of "trade is in the offing" in September 2010, what DEFENDANTS needed was the complete oversight of SCOTUS prior to the plan being implemented to sometime after NOVEMBER 10th, 2010 when people started babbling in DC and INDIA about what they have done. WHAT DEFENDANTS did not have on 09/24/2010 was a plausible and "justifiable" avenue of escape (like PLAINTIFF was denied in WASHINGTON DC) legally. SO SCOTUS stepped in. They stepped in and granted cert to Ashcroft v. al-Kidd, 563 U.S. 731 (2011) on October 18th, 2010, Miki's Tea Party went down on March 11th, 2011, argued in March 2011 after PLAINTIFF informed Suresh on 02/27/2011 PLAINTIFF was coming to INDIA, decided in May 31st, 2011. Excuse me, but at what time could PLAINTIFF have plausibly brought to Court all of the evidence of what happened prior to this and making the connections necessary as a completely broke, legally uneducated, simpleton? The case was even granted before Miki's Tea Party occurred necessarily prejudicing PLAINTIFF from even before October 31st, 2010. SCOTUS thought that RICO Predicates (that have a 10 year statute of limitations so long as it is not connected to any other RICO predicate act (which is not possible in PLAINTIFF'S case because it is necessarily connected to an Anchor and a Pitchfork, Sheehan's Brief, *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015), BILL and HILLARY CLINTON, and Neal Katyal in Nestle USA v. Doe in 2021. PLAINTIFF got at least at a minimum of 8 more years (until 2031) to bring a claim involving

203

Miki's Tea Party) and constitutional violations (5 year statute of limitation) as having occurred in 6 months (Nov 1st, 2010 to May 31st, 2011).

303. SpiceJET places an order for 100 Boeing 737 Max aircraft in January 2017 in which AJAY SINGH said the following: ""**We have paid back most of the liabilities.** Today, there are no government dues, there is zero bank debt. **We have cleaned the slate as far as the past is concerned,...** there is enough for more; **even if the market grows around 12-15 per cent,** there is a requirement of 60 aircraft every year. There is space for all**,**" Singh said.[62] PLAINTIFF specifically discussed how it was disgusting for 12-15 year old Latinos to get married in Spring 2015 so this seems to have been a pay-off against PLAINTIFF so that means SpiceJET and AJAY SINGH was privy to the information that was illegally obtained in the Spring of 2015. MIKE PENCE met AJAY SINGH in June 2017.[63] You know the damning thing is that PLAINTIFF expressed happiness (he did so on twitter to the best of his recollection) that SpiceJET placed that order in Jan 2017 and had no idea what it meant in reality. On August 14th, 2024, only after Indian Intel had been tampering with PLAINTIFF and had given SpiceJET AJAH SINGH the information about *Miki's Tea Party* that had in fact been written by this time, AJAH SINGH sold 10% of his ownership dropping the total percent of his ownership to somewhere between 30-35%.[64] This is a material benefit in violation of RICO.

---

[62] https://www.business-standard.com/article/companies/spicejet-s-aircraft-order-to-create-us-jobs-trump-117062700782_1.html

[63] https://businessworld.in/article/spicejets-ajay-singh-meets-us-vice-president-pence-120969

[64] https://www.indiatoday.in/business/story/spicejet-ajay-singh-plans-10-percent-stake-sale-to-raise-rs-3000-crore-report-2582058-2024-08-14

KALANITHI MARAN  Kalanithi Maran's. This was motivation for Japlan against PLAINTIFF.

304.    Based on *Luna Torres v. Lynch*, 578 U.S. 452 (2016), PLAINTIFF alleges the specific allegations: on 06/26/2015, HILLARY CLINTON demanded INDIAN INTEL, NARENDA MODI, and/or INDIA to traffic one they would call Angie Ortiz to conform to the *JAPLAN* email. DONALD B. VERRILLI, JR630 had talked to SCOTUS about PLAINTIFF'S political blackmail, torture, war crimes, RICO predicate acts, and case in their secret sessions sometime between July 2015 and May 2016 in which they ruled on *Luna Torres v. Lynch*, 578 U.S. 452 (2016). PLAINTIFF said something about Indians when he was in JAPAN and SCOTUS freaked out about that. At HILLARY CLINTON and BILL CLINTON'S direction, American INTEL aided and abetted INDIA, INDIAN INTEL, and/or NARENDA MODI to send someone, probably via JET AIRWAYS for politically retaliatory purposes because HILLARY CLINTON had demanded it. Congress knew of the plot as well in which they and SCOTUS wanted it because they all did nothing.

305.    SCOTUS, HILLARY CLINTON, BILL CLINTON, SHINZO ABE, AMBASSADOR KENNEDY, and CONGRESS knew PLAINTIFF'S disabilities would cause PLAINTIFF to act in certain ways. American INTEL, INDIAN INTEL, JAPANESE INTEL, and/or White House had directed someone to never reveal how he/she got there because a different court could convict PLAINTIFF for trafficking EVEN WHEN PLAINTIFF HAD NO CLUE in which they would use fabricated evidence from *two Chapters in Narcoterrorism*. SCOTUS and Congress knew that

American INTEL had burned down PLAINTIFF'S home and murdered PLAINTIFF'S beloved cat in MAY 2010 because they wanted to convict PLAINTIFF in MAY 2016 and prior to that. DOJ and White House knew they obtained a warrant marred in legal and unconstitutional in fraud in which they knowingly falsely alleged PLAINTIFF burned down PLAINTIFF'S home in May 2010 and President Obama released two presidential orders absolving themselves of any liability. German INTEL knew of the plot undertaken against PLAINTIFF and they did nothing in which they would allege that PLAINTIFF received something and/or stolen property on different occasions in which PLAINTIFF would not have willingly done so. CONGRESS, SCOTUS, CIA (JOHN BRENNAN and LEON PANETTA), and HILLARY CLINTON wanted to falsely prosecute PLAINTIFF for "selling" a product. CIA, DHS, DoD, and FBI via ROBERT MUELLER, LEON PANETTA, MICHAEL HAYDEN, JEH JOHNSON, JANET NAPOLITANO, PETER STRZOK, ANDREW MCCABE, JAMES COMEY, etc. at one time or another alleged that PLAINTIFF had received explosives in which PLAINTIFF never in his life received explosives. Just because of PLAINTIFF'S sketchy family history and extended family history were CONGRESS, CIA, FBI, SCOTUS able to falsely allege that PLAINTIFF received stolen property in which PLAINTIFF routinely never directly received nor was a part of such a scheme. Then SCOTUS somehow alleges that PLAINTIFF operated an unlawful casino and PLAINTIFF has no fucking idea where that came from. THEN SCOTUS in an utter and complete betrayal to fidelity, trust, and truth falsely alleged and believed that PLAINTIFF was an evil

206

when it was in fact people like LEON PANETTA, JOHN O. BRENNAN, ROBERT MUELLER, CIA, NSA, DHS, FBI, that continuously falsely alleged PLAINTIFF was evil through the years in which they utilized fabricated narratives, utilized known perjured testimony, utilized known fabricated evidence, and so many other constitutionally heinous acts when they committed war crimes and torture against PLAINTIFF. SCOTUS acknowledged that CONGRESS wanted the evil to befall upon PLAINTIFF in which PLAINTIFF would never receive equal treatment under the law and they aided and abetted people like LEON PANETTA, ROBERT MUELLER, JOHN BRENNAN, in ensuring that PLAINTIFF would be denied his 5th and 14th Amendment rights. SCOTUS explicitly approved of the material deceptions and lies that would be perpetuated against PLAINTIFF in *JAPLAN*. PLAINTIFF alleges that pre-crime analysis was utilized against PLAINTIFF by LOUIS FREEH. AMBASSADOR KENNEDY, JOHN BRENNAN, ROBERT MUELLER, and JEH JOHNSON had conspired together in violation of 18 U.S.C. 1962(d), 18 U.S.C. 241, and 18 U.S.C. 1985 (2) in which SCOTUS affirmed that JOHN BRENNAN, ROBERT MUELLER, JEH JOHNSON, and AMBASSADOR KENNEDY wanted ANGIE ORTIZ to be dropped off at Sakura House. PLAINTIFF alleges that ERIC HOLDER conspired with unknown Santa Clara officials before departing the DOJ in which he heard and knew of JAPLAN in violation of 18 U.S.C. 241 and 18 U.S.C. 1962(d). PLAINTIFF alleges that Aussies, American INTEL, Indian INTEL, Canadian INTEL, German INTEL and Japanese INTEL were all monitoring and watching PLAINTIFF. SCOTUS most importantly obstructed

207

justice when they said that "But jurisdictional elements are not the only elements a defendant need not know" which refers to "trade is in the offing." *Luna Torres v. Lynch*, 578 U.S. 452 (2016)

306. There is a nexus in a speech sometime HILLARY CLINTON gave after 09/24/2010 during her time as the Secretary of State that connects to *JAPLAN* more that makes it extremely outrageous. HILLARY CLINTON is exactly that type of woman that will profess in public the horrors about something, but when it comes to a liability, she will unleash that hell against someone with that exact something in which she does and did not have a single ounce of regret nor remorse nor sympathy nor qualm nor have any issue in ordering the hit. When and/or any other conspiracy case mentioned in this complaint; and therefore, aforementioned DEFEDANTS violated the following: May 2016.

307. Here is the thing or other explanation. There is no way PLAINTIFF was not known amongst "Allied" DEFENDANTS so to speak at the very highest level amongst DEFENDANTS like VALERIE JARRETT, MICHAEL MORRELL, BARACK OBAMA, JOHN O. BRENNAN, ROBERT MUELLER III, JAMES COMEY, JAMES CLAPPER, etc. Ironically, constantly having put PLAINTIFF under intense surveillance for that long very well could have attracted hostile intelligence services to PLAINTIFF. DEFENDANTS should have been aware because it was that readily obvious or they knew of this risk when it came to PLAINTIFF. With the increased risk of heightened compromise by hostile intelligence services because of DEFENDANTS' very own actions regarding

PLAINTIFF, DEFENDANTS knew, especially with PLAINTIFF'S autistic vulnerabilities, how PLAINTIFF could be compromised. Rrriiiggghhhhtttttt… so it wasn't that PLAINTIFF wasn't in their forefront of knowledge because PLAINTIFF was damn well in their forefront of knowledge after being a victim of domestic and international terrorism by DEFENDANTS in October 2010; but this 'stupid' 'retarded' special needs PLAINTIFF could serve as something else entirely to DEFENDANTS. Either CIA/FBI did it or DEFENDANTS would become intentionally unaware and ignorant of PLAINTIFF to let hostile foreign intelligence services compromise PLAINTIFF so that PLAINTIFF then could be arrested by DEFENDANTS after having been compromised to show or justify DEFENDANTS invasive surveillance tools purporting to stop "domestic terrorism" or "foreign spy/adversary" and thereby covering up what happened on **03/11/2011** in *Miki's Tea Party* if HILLARY CLINTON became President. Furthermore this would absolve WHITE HOUSE staff and DEFENDANTS for having bugged PLAINTIFF'S room in Spring 2011 that connects HILLARY CLINTON to BARACK OBAMA. That is a very plausible national security goal by the White House and motivation by DEFENDANTS in the WHITE HOUSE. Why would PLAINTIFF think FBI was of good repute when they only referred to PLAINTIFF on the basis of his disability, talked about throwing PLAINTIFF under the bus, and when the FBI has consistently through the years of 2008-Present have set up different individuals similar to PLAINTIFF? But give credit where credit is due as DEFENDANT FBI seems to be changing in the right direction: "FBI launches hate crime investigation

209

after a swastika was carved into the back of a Jewish teen with autism, report says."

308.    DEFENDANTS are going to allege that PLAINTIFF was going to sell my Adderall when PLAINTIFF was in Tokyo--this is a complete fabrication. First off, PLAINTIFF did not have a problem with Adderall until REBECCA WETHERBEE and DEFENDANTS made PLAINTIFF'S Adderall a problem in which they continued a pattern of obstructing PLAINTIFF from getting the proper medical help when necessary. Next, DEFENDANTS had a hatred of PLAINTIFF using Adderall because it facilitated PLAINTIFF writing things down where it could slow down the thoughts in PLAINTIFF'S brain to let his hands catch up with the speed of his thoughts. JAMES COMEY, ANDREW MCCABE, and PETER STRZOK talk about Adderall (which is also called speed): "the problem with Comey's imperative—and with the urgency all of us were feeling in mid-August 2016—**was that speed** doesn't mesh well with good counterintelligence, which is typically slow and methodical. Nor, for that matter, does it aid secrecy."[65] PLAINTIFF doesn't recall if PLAINTIFF said out loud whether or not he was going to take Adderall with me to Japan for PLAINTIFF's own medically necessary purposes while there. There is absolutely no proof or evidence of me having any intention on selling any drugs while PLAINTIFF was in Japan in Spring 2015 in which DEFENDANTS would have no reason to have PLAINTIFF under surveillance there. PERIOD. Furthermore, lets grant DEFENDANTS lie that this was about Adderall trafficking.

---

[65] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

The purpose of the investigation was not Trafficking and Sexual Trafficking of Children—this would violate "the investigating officer initiated and permitted the escalation of sexual contact that was unnecessary to any reasonable investigation, appellant's conviction is reversed." *State v. Burkland*, 775 N.W.2d 372, (Minn. Ct. App. 2009).

309.    There is list, screenshot below, of all the computer issues PLAINTIFF had from September 4th, 2013—two weeks after the REBECCA WETHERBEE August 2013 Messages to demonstrate and prove 18 USC 1961 Sec 1028/1029. By hacking and not having proper legal authority, they acquired the knowledge to harm me.

> a.  09/2013—Hard Drive Not Recognized. Hard drive stores everything on the laptop.
>
> b.  11/2013—Keyboard Malfunctioning. Tracking of everything typed on a laptop.
>
> c.  11/2013—Mac in store (and possibly at FBI).
>
> d.  09/2014—Black screen in which cursor is only available. Some type of hard-drive issue again.

211

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1119061846 | Mac+T2- CS Code A009207298- Wi-fi repair | VOICE | 1325829223 | M**i | K*****i | N/A | N/A | W80111YWAGW | N/A | 2016-05-31T2 |
| 1110793013 | Airport | N/A | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-05-24T0 |
| 1113900261 | Internet & Connectivity | N/A | 1325829223 | M**i | K*****i | N/A | N/A | N/A | N/A | 2016-05-23T0 |
| 1109373284 | Support Denied | VOICE | 1325829223 | M**i | K*****i | N/A | N/A | W80111YWAGW | N/A | 2016-05-16T0 |
| 1080815963 | Airport issues after repair | VOICE | 1325829223 | M**i | K*****i | N/A | N/A | W80111YWAGW | N/A | 2016-04-01T2 |
| 1080908351 | refer case : 1046169048 | VOICE | 1325829223 | M**i | K*****i | N/A | N/A | W80111YWAGW | N/A | 2016-04-01T2 |
| 1046156985 | keychain login | VOICE | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-02-10T0 |
| 1046153755 | update the osx | VOICE | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-02-10T0 |
| 1046169048 | Intermittent Wi-Fi Connection | VOICE | 1325829223 | M**i | K*****i | N/A | N/A | W80111YWAGW | N/A | 2016-02-10T0 |
| 1038974032 | Contact Apple Store | VOICE | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-01-29T1 |
| 1028460004 | Dim or no backlight | N/A | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-01-24T0 |
| 1034286832 | Screen went black, unable to force shutdown but fans and everything runs. Tried | N/A | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-01-22T0 |
| 668701827 | Black screen with only the cursor visible | VOICE | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2014-09-25T2 |
| 527141142 | CR: CS Code Provided - MacBook Pro - Parts and Labor | VOICE | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2013-11-05T0 |
| 527143710 | MacBook Pro? IN Mac Warehouse | N/A | 1325829223 | N/A | N/A | N/A | N/A | N/A | N/A | 2013-11-05T0 |
| 524356812 | Keyboard not recognized | N/A | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2013-11-02T2 |
| 500354435 | Drive not recognized | N/A | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2013-09-04T2 |

310. More relevantly, here are the searches PLAINTIFF had searched from March 2015 onwards that establishes something was very wrong with his laptop and/or that it had malware installed on it by DEFENDANTS (the laptop was a 2010 Macbook Pro): **March 7th, 2015:** I'm experiencing battery issues with my laptop and search for a replacement battery. PLAINTIFF purchases a Chinese battery

as I could not find an OEM Apple battery for my make and model as it was too old (the problems of being poor I suppose ¯\\_(ツ)_/¯ ).



213



311.   **March 12th, 2015:** PLAINTIFF'S laptop battery issues persist, and

PLAINTIFF looks up how to do a PRAM/SMC reset. The following explains why

PLAINTIFF did this: "What is PRAM? PRAM is the memory that stores core

details about your Mac. PRAM stands for parameter random access memory,

and it's where settings information related to your Mac's operating system is

stored. This system settings info includes display settings (like resolution and

color depth), time zone, speaker volume, and more. Unlike RAM memory, which

is like your computer's short-term memory, info stored in the PRAM isn't

temporary, so it doesn't get cleared. Instead, the PRAM uses a small internal

battery, so these settings are saved even when your Mac is turned off.  Intel-

based Macs have a type of memory called NVRAM (non-volatile random access

memory). Like PRAM, NVRAM is a small amount of memory used to store

214

specific system settings for quick access. While less prone to corruption, NVRAM occasionally needs to be reset — the steps for resetting PRAM or NVRAM on a Mac are the same. When should you reset PRAM? <u>When problems with your PRAM or NVRAM</u> happen, settings can be lost and connectivity issues can arise, because your Mac can't figure out what to do. <u>If you start noticing strange behavior</u> from clocks, **lights, your Mac's battery meter, ports**, or even the power button, this could indicate that the PRAM or SMC needs to be reset."[66]



---

[66] https://www.avast.com/c-reset-mac-pram-smc#topic-1



312.  ***June 26th, 2015:*** It comes to PLAINTIFF'S attention that someone or

DEFENDANTS create a backup of PLAINTIFF'S laptop in which PLAINTIFF

can't access it, or someone or DEFENDANTS created and installed something in

216

my computer that is causing my memory to become full in which PLAINTIFF can't use my computer correctly because a full memory slows down a laptop. There is something obviously very wrong with PLAINTIFF'S laptop at this time, but PLAINTIFF is too poor and cannot afford to purchase a new laptop. PLAINTIFF tries finding ways of freeing up space on PLAINTIFF'S laptop to get it properly functioning again. If PLAINTIFF recalls correctly, PLAINTIFF doesn't have access to this hidden backup that appeared out of nowhere on my laptop, *but someone or DEFENDANTS do*, and what DEFENDANTS decide to do with this UNAUTHORIZED ACCESS TO PLAINTIFF'S LAPTOP, PLAINTIFF has no idea. ***Foreshadowing:*** This is around the same time there is an unexpected guest standing outside SAKURA HOTEL (SAKURA GUEST HOUSE).



G Search                                                                       ✕

Visited http://www.wikihow.com/Reset-a-Macbook-Pro

12:16 AM • Details

G Search                                                                       ✕

Searched for how to delete other on macbook pro yosemite

12:08 AM • Details

G Search                                                                       ✕

Searched for how to delete Other on macbook pro

12:08 AM • Details

G Search                                                                       ✕

Searched for hidden backups on mac hard drive yosemite

12:01 AM • Details

G Search                                                                       ✕

Searched for hidden backups on mac hard drive

12:01 AM • Details

Jul 3, 2015                                                                    ✕

G Search                                                                       ✕

Visited Substrate (chemistry) - Wikipedia

12:33 AM • Details

G Search                                                                       ✕

Searched for substrate

12:32 AM • Details

G Search                                                                       ✕

Searched for scopolamine

12:21 AM • Details



313.    DEFENDANTS were corrupt and heard how to commit the perfect crime against PLAINTIFF via *JAPLAN* because they were listening in on Spring 2015 when they were given the details of *JAPLAN*. There is no reasonable doubt that PLAINTIFF was an absolute liability to these people and had a purpose on doing so. Suppose DEFENDANTS, having already obstructed justice and having already committed one act of international and domestic terrorism at this point in Spring 2015, needed a different justification for surveilling PLAINTIFF because they **knew** of the crimes DEFENDANTS were *GOING* to commit against PLAINTIFF *in the future* at SAKURA HOTEL (SAKURA GUEST HOUSE) because they had a reason for doing so--what is the point of committing extortion, torture, blackmail, and war crimes if it is not recorded for later 'extortiony' purposes when they had already installed devices like that in 2011 in PLAINTIFF'S dorm room after their first terrorist event? Didn't you say something earlier about privacy, Indians, and hotels? WHY YES, YES PLAINTIFF DID in STAR CHAMBERS! Just to repeat:

314.    SCOTUS decided a case on 06/22/2015, exactly four days before HILLARY CLINTON'S speech on 06/26/2015, but is actually far more sinister in light of

PLAINTIFF and *Miki's Tea Party* and here is why: *City of Los Angeles v. Patel*, 576 U.S. 409 (2015). It was argued on 03/03/2015, two weeks prior to BILL CLINTON going to JAPAN, one month after PLAINTIFF obtained approval from his school to study abroad in JAPAN in which PLAINTIFF explained JAPLAN, and around the same time that CHIEF JUSTICE started talking to his Japanese counterpart in Tokyo. As argued earlier, foreign persons or corporations don't have any constitutional rights abroad in which 4th Amendment protects "People," not places, and foreign owners of hotels have no expectation of privacy in their properties in which it would be completely constitutional for DEFENDANTS to search and seize HOTEL SAKURA paperwork and installing cameras and microphones in Sakura House in which it would be constitutional for DEFENDANTS to do so because it was a place, not a person. PLAINTIFF would decide to live in SAKURA HOUSE. DEFENDANTS knew of *JAPLAN* at this time. DEFENDANTS knew of PLAINTIFF'S vulnerabilities abroad. It was decided exactly one day before PLAINTIFF would no longer have assistance in Japan in people who could reach out and help PLAINITFF. The case overruled 9th Circuit Precedent in which the State of California had jurisdiction over PLAINTIFF in 2015. The case involved the INDIAN owners of hotels in which there was a city ordinance that required the Hotel to keep records of specified information about their guests. Police officers under that ordinance are allowed to search and seize the Hotel records at any time without a search warrant. Defendants don't need a warrant abroad for a Japanese hotel owner to search and seize records about PLAINTIFF staying in their hotel...

220

The Court held that an individual may challenge a statute for violating the Constitution on its face without needing to allege unconstitutional enforcement, and that the municipal ordinance in question is unconstitutional on its face because it does not allow for hotel operators to engage in <u>pre-compliance review by questioning the reasonableness of the subpoena in district court.</u> The type of search the municipal ordinance authorizes is an administrative one, which means that its purpose is to ensure that <u>the hotel operators are complying with the record requirement</u>, and judicial precedent has held that there must be an opportunity for the subpoenaed party to contest the subpoena for an administrative search before penalties are imposed. Such pre-compliance review is necessary to ensure that the search is not a pretext to harass the business owner. The Court also held that hotels are not a "closely regulated" business and therefore do not fall under that exception to the warrant requirement." JUSTICE SCALIA did not like PLAINTIFF at the time. He wrote the dissenting opinion in which he argued that the municipal ordinance in question is constitutional under the Fourth Amendment in most, if not all, of its applications because *<u>warrantless searches are not unreasonable under certain conditions</u>*. (such as taking place overseas). One of those conditions is when the premises to be searched is that of a closely regulated business, as long as the regulatory scheme of which the search is a part furthers a substantial government interest (there was a government substantial interest in framing PLAINTIFF after having committed an act of international and domestic terrorism against

PLAINTIFF), the search is necessary to further the regulatory scheme, and the regulatory scheme provides a constitutionally adequate substitute for a warrant."[67]

315.    IMPORTANT: Suppose the CIA or FBI were not careful and made some mistakes. PLAINTIFF had discussed in the privacy of his own home about taking PLAINTIFF'S laptop somewhere and having a search done on it to see if the CIA or FBI had compromised it in January or February 2017 (because the CIA and FBI did in fact do this) through the installation of their malware. There were times in 2016 in writing *the story* that PLAINTIFF had to put my phone and laptop in the freezer because they became *too physically hot* for PLAINTIFF to work on in which PLAINTIFF thought it was the CIA that was preventing PLAINTIFF from working on *the story*. Most importantly, suppose the CIA could not conceive of the "foreseeable degree of reprisals on the part of" myself when PLAINTIFF was going to write *the story* and the events that transpired in Fall 2015 and the entirety of 2016 when they gave their approval to do what they were going to do to me in Tokyo in the Summer of 2015. Suppose the CIA knowing everything that transpired in 2015 and 2016, had took a *precaution* where they had one of their own employees give to WikiLeaks certain info/malware to release to public in 2017 because DEFENDANTS had installed it on PLAINTIFF'S laptop (from at least Spring and Summer 2015) so PLAINTIFF could not directly connect that malware to them with the malware being PLAINTIFF's direct, tangible, and actual physical evidence connecting DEFENDANTS to me via my laptop in court if PLAINTIFF sued them.

---

[67] https://www.oyez.org/cases/2014/13-1175

The following malware was publicly released from March 2017 onwards in which at least one of the following was most definitely placed in my laptop: *project dark matter* (See: REBECCA WETHERBEE)551 that is specifically designed to infect Apple products; *weeping angel*552 in which the tv in the kitchen at Sakura Hotel (Sakura Guest House) was of the type (if PLAINTIFF is not mistaken); *cherry blossom* (or in Japanese: Sakura (Sakura Hotel) PLAINTIFF was staying at in Tokyo in 2015) in which it tracks your internet history and manipulates the internet traffic of connected users553554; *brutal kangaroo* (like a kangaroo court that PLAINTIFF had discussed in *the story* in 2016); *elsa* (gotta keep track where your blackmail and targets are going)555; *bothan spy* (accesses security credentials on a computer, which I know my security credentials were compromised in at least Spring 2015 and sought repairs in 2016.556; *couch potato (self-explanatory)557* in which, if PLAINTIFF understand it correctly, provides a livestream from a corrupted computer or source that has a camera; *angelfire*; *Imperial* 558 in which a subcatergory of that is SeaPea that hides files and directories and causes issues with socket connections and processes (which PLAINTIFF had documented issues with); *Marble559* so even if PLAINTIFF tried to get a forensic investigator to prove it was the CIA, the CIA had their ways of escaping proof.

316.   Speaking of a bugged TV in a hotel room in Asia involving politics and the CLINTONS, the following: "According to a later report in Insight Magazine, the Clinton administration eavesdrops on over 300 locations during the Seattle Asia-Pacific Economic Cooperation Conference. FBI videotapes of diplomatic suites "show

223

underage boys engaging in sexcapades with men in several rooms over a period of days." The operation involves the FBI, CIA, NSA and Office of Naval Intelligence. Bugged are hotel rooms, telephones, conference centers, cars, and even a charter boat. Some of the information obtained is apparently passed on to individuals with financial interests in Asia."560 PLAINTIFF guesses History repeats itself.

317. As the Court in *United States v. Twigg*, 588 F.2d 373 (3d Cir. 1978) highlighted, without the government agent, the defendants in the case would not have known how to produce [it], and the assistance the defendants provided was minimal. Without DEFENDANTS' invasive surveillance techniques, sharing information with one another, and RICO Enterprise, DEFENDANTS would not have been made aware of components and conditions necessary of formulating *JAPLAN* into existence. Period.

318. PLAINTIFF submitted a FOIA request for John Brennan's emails that talked about PLAINTIFF from either 2015 to 2016 onwards to the CIA in 2021 and prior to that. This request has been ignored by the CIA; and if there were no emails, all the CIA would have to do is say no pertinent records exist, but they haven't done so, and it has been more than 2 years. So that speaks for itself. Furthermore, PLAINTIFF submitted a FOIA request for all data about PLAINTIFF in 2015 while PLAINTIFF was in Japan that was transmitted through a very specific data center in Australia in order to reach CIA Headquarters and JOHN O. BRENNAN'S computer to prove what happened to PLAINTIFF: this request has gone ignored for more than 6 months. If no data existed, all the CIA would have to do is say no

224

pertinent records exist, but they haven't done so. So that wonderful exculpatory data exists in the CIA somewhere, they have it, and they're obstructing justice. JOHN O. BRENNAN was in on the RICO ENTERPRISE as he and "The CIA chief of station typically represents the direction of national intelligence and as such oversees all intelligence activity, including that of agencies other than the CIA." 561 That direction being provided either by HILLARY CLINTON, BILL CLINTON, along with BARACK OBAMA/WHITE HOUSE STAFF of VALERIE JARRETT, BEN RHODES, etc.

319.   Funny thing is, PLAINTIFF went to the CIA in person to try to amicably resolve the issues. PLAINTIFF flew to Washington D.C and drove to Langley on June 22nd, 2020. PLAINTIFF went straight up to CIA's gate and asked them for a tour. Why would PLAINTIFF ask CIA to give PLAINTIFF a tour? First, to provide CIA a cover story; second, and most importantly, to talk to PLAINTIFF and have his rights vindicated and resolve the issues through dialogue and understanding. CIA ignored this request that was totally in their best interests. PLAINTIFF then demanded my rights to be vindicated at the gate, and to let them know PLAINTIFF was here and get them to acknowledge what they deliberately and intentionally either allowed to happen or made happen. Do you know what DEFENDANTS did to PLAINTIFF then? DEFENDANTS threatened PLAINTIFF. DEFENDANTS threatened me in their intel-speak manner of threatening someone but conceivably saying they didn't mean to threaten PLAINTIFF and that PLAINTIFF misinterpreted what they said. Then later on that night, PLAINTIFF was walking

around downtown WASHINGTON D.C around 9pm through 10pm just minding his own business. Bored out of his mind because nothing else could have been done that day. PLAINITIFF was scared out of his mind that he was going to be subject to another assassination attempt by DEFENDANTS. PLAINTIFF is standing on a street corner and PLAINTIFF sees two black Chevy Suburbans roll perpendicular past by PLAINTIFF. In the 2nd Black Chevy Suburban, there appeared to be DEFENDANT JAMES COMEY was in the motorcade and stared at PLAINTIFF and made eye contact with PLAINTIFF. This could be an act of intimidation because there is no way nor did DEFENDANTS have any valid reason why DEFENDANTS told JAMES COMEY where PLAINTIFF was and PLAINTIFF'S projected path to intimidate PLAINTIFF to make contact with PLAINTIFF. JAMES COMEY should have stopped and talked to PLAINTIFF and should have been a man, but yet, DEFENDANTS continued to show their cowardice through the entirety of the day of June 22nd, 2020.

320.   PLAINTIFF'S recollection from JAPAN: "PLAINTIFF distinctly recalls the lack of sleep and sleeping issues through the entirety the stay in Japan.

321.   Japan fascinated PLAINTIFF and PLAINTIFF loved the culture. Side note, the Japanese prime minister from 2012 to 2020 was Shinzo Abe. Shinzo Abe was assassinated in 2022 in Okinawa/Nara. It is important to note. For once, PLAINTIFF thought, PLAINTIFF was going to have a trip for himself in Japan in which PLAINTIFF could do things that PLAINTIFF loved doing—learning and exploring new places, all of which made PLAINTIFF happy. PLAINTIFF never got

the chance to study abroad as undergrad at Sewanee because of financial aid issues, grade issues, and having *that* trip in *Financial Terrorism and being prevented from going to go in Miki's Tea Party*. PLAINTIFF can't stress enough the importance of how this study abroad trip to Japan was fundamentally conceived as *the trip for PLAINTIFF* and it was supposed to be the best trip of his life and doing the things PLAINTIFF love to do in my constitutionally guaranteed pursuit of happiness (and do nothing illegal there) before having many more wonderful trips with my future family. So, PLAINTIFF starts working with LSU Law's administration and LSU's financial aid office from February 2015 to make this dream trip happen. PLAINTIFF was on academic probation in 2015 and PLAINTIFF talked to Academic Dean, Cheney Joseph (now deceased from cancer), to get his approval and blessing for me to go to Japan in the Summer of 2015. This was granted.

322.    Then PLAINTIFF starts working with Rachel Fontenot at LSU's financial aid office to make sure this trip is paid for via Federal Student Loans, and that is when things start going downhill in April/May 2015. PLAINTIFF gets Ms. Fontenot's initial word that, financially, everything was alright, and PLAINTIFF thought for once things are starting to go his way, *Bbbbbuuuuutttt nnnnnnnooooooooooooooo*, it can never be that easy with PLAINTIFF. If PLAINTIFF recalls correctly, Ms. Fontenot tells me something is wrong, and the loans are not approved. PLAINTIFF talks to CHERRY ROBERTS-MATHERNE and she is also having financial aid issues. So together, CHERRY and PLAINTIFF go talk to the financial aid office either in April or May 2015 to go work things out. PLAINTIFF truthfully divulges

227

what PLAINTIFF understood to be facts behind my finances at the time. That PLAINTIFF was broke, had no assets, and was completely dependent on the US Federal Government for student loans. PLAINTIFF doesn't remember the reason why or when, but to the best of my recollection, Ms. Fontenot got fired from her job around this time or later in 2015. Then CHERRY and PLAINTIFF start working with Ms. JESSICA OTT. PLAINTIFF had recorded these conversations detailing our financial aid issues, but someone, not going to say who, *cough* DEFENDANTS *cough cough*, had installed some malware on the storage devices (plural, two—external hard drive and laptop) on which PLAINTIFF kept these recordings that were lost to PLAINTIFF but DEFENDANTS might still have it. It may be possible to recover it as PLAINTIFF still have the corrupted external hard drives (but can no longer find it), who knows. So PLAINTIFF's aunt works for United Airlines and PLAINTIFF'S ticket to Tokyo was through United Airlines. PLAINTIFF gets only a one-way ticket to Tokyo (PLAINTIFF was traveling on standby and I was supposed to leave on May 26th, but I left on the 28th) and not a round-trip ticket. Then the unthinkable happens as PLAINTIFF will let an email that PLAINTIFF found describe what happens between Ms. Ott and PLAINTIFF in late May 2015: "I do not care what you and ms.ott or any other member of the financial aid office has to do, but understand if you two or the office don't come up with a solution, your office and yourselves will make me homeless here is why. I'm in a foreign country **with no relatives or anyone who can help me nearby.** I have literally eaten only one meal a day since my flight left on the 28th, I only had a week supply of cash for an

emergency and that would cover a place to sleep (hostel), transport to go from the school here to the hostel, and one meal a day for a week. Well the first week is gone, my emergency money covered the **IT problem563,** but that is gone and now I have this shitty situation. I will have no money to eat, to sleep anywhere, or go to school-- i'm going to be homeless on thursday (that is no exaggeration). My grandparents absolutely have no money, my brother is living at home (unemployed) with my mom who is unemployed and a father on disability. Why do you think **I was in such contact with your office trying to ensure everything would go right** And then your office keeps coming up with **more and more, and more excuses on me. I already had to pay a fee for cancelling my airplane tickets so I can hear a decision on the 26th and then immediately leave afterwards, I had to work a deal with the landlord of the room I was supposed to rent and they wanted money on the 26th of May, somehow I got them to postpone it to this thursday because I showed them your prior e-mail, and if I dont pay them by thursday, they are going to take my security deposit of $300. I have no idea what the hell i'm going to do."**

323.    There were a ton of issues with financial aid in May 2015 and PLAINTIFF cannot recall anymore and the substance of such right now. F_i_r_s_t_,_ _n_o_t_ _o_n_l_y_ _d_i_d_ _P_L_A_I_N_T_I_F_F_ _h_a_v_e_ _I_T_ _i_s_s_u_e_s_,_ _b_u_t_ _L_S_U_ _a_l_s_o_ _h_a_d_ _I_T_ _i_s_s_u_e_s_._ _T_h_e_ _o_n_l_y_ _o_n_e_s_ _w_h_o_ _w_e_r_e_ _r_e_a_l_l_y_ _c_a_p_a_b_l_e_ _o_f_ _d_o_i_n_g_ _t_h_e_s_e_ _t_h_i_n_g_s_ _w_e_r_e_ _D_E_F_E_N_D_A_N_T_S_ _a_n_d_ _t_h_e_y_ _d_i_d_

_a_t_ _t_h_e_ _e_x_a_c_t_ _t_i_m_e_ _t_h_e_y_ _n_e_e_d_e_d_ _t_o_ _d_o_ _i_t_ _a_g_a_i_n_s_t_ _P_L_A_I_N_T_I_F_F_'S_ _ interests causing damage to LSU'S computer systems. In hindsight, PLAINTIFF really should have called his aunt at United and told her to get me a standby ticket back to Chicago when PLAINTIFF sent this email; and PLAINTIFF should have cut his losses and lived with the disappointment of not having a dream trip at the time. In my opinion, this really seemed to be another attempt by DEFENDANTS in hindering my life, preventing PLAINTIFF from attaining an education, and/or it was the DEFENDANTS up to their nefarious tricks again. Suppose DEFENDANTS wanted to get me for something at this time (probably something involving money because my parents); but what if DEFENDANTS--and PLAINTIFF is alleging they did this--said "grant the funds" because they deliberately wanted me go to JAPAN since DEFENDANTS had concocted an ambush for PLAINTIFF while PLAINTIFF was in Japan? BILL CLINTON visited Japan and conspired with different DEFENDANTS on MARCH 17th, 2015. CHIEF JUSTICE ROBERTS accepted an invite to go to JAPAN around late MARCH 2015. Court decided *City & County of S.F. v. Sheehan* on May 18th, 2015 after arguments were heard in March 2015 thereby absolving government officials from ADA liability violations via qualified immunity.

324.    PLAINTIFF at first recognizes the bed at Sakura Hotel (Sakura Guest House) was absolutely awful and uncomfortable. PLAINTIFF is 6'2" and around this time 300lbs. It is a short bed (length and width wise) where PLAINTIFF'S feet would dangle off the bed unless PLAINTIFF slept in a very particular way that

deprived PLAINTIFF of quality sleep where PLAINTIFF wouldn't have been able to get *adequate sleep with his feet hanging off the bed.*

325.   PLAINTIFF also starts drinking cold coffee for the first time in the Summer of 2015 when PLAINTIFF never drank coffee before from Japanese coffee maker *Georgia* coffee because of how routinely tired PLAINTIFF is during the trip. PLAINTIFF sends a snapchat to Ted Robinson, who is from Georgia, about the Georgia Coffee so there is proof of this.

326.   The second part of the Santa Clara Law Program was the most dangerous for PLAINTIFF: PLAINTIFF was the only American working in his internship and no known Americans in the immediate vicinity of where he lived. Whatever issues PLAINTIFF was having at the residence PLAINTIFF was staying at would not be brought up with his bosses as PLAINTIFF was new and trying to establish himself and in which one has to separate work from their home life. If it wasn't for DEFENDANTS who intentionally put PLAINTIFF in harm's way in which he would never be able to attain employment, PLAINTIFF wouldn't have tried so hard and did whatever his bosses wanted out of PLAINTIFF in which PLAINTIFF was completely broke law school student and became an indentured servant to DEFENDANTS. None of the classmates who spoke Japanese were there with PLAINTIFF at the internship and we barely hung out in the second part of the internship. There were two meetings with the administrators of the Santa Clara program in July 2015. PLAINTIFF cannot recall what was stated in these meetings.

231

327.    PLAINTIFF was at SAKURA HOUSE with two Vietnamese roommates that barely spoke any English that were staying in one of the three bedrooms available to rent on the floor of the hotel/apartment. For all intents and purposes, *PLAINTIFF was all by himself from at least June 26th, 2015 in a foreign country with no help nearby and NO airplane ticket home as previously known to DEFENDANTS in email*. This is another core part of *JAPLAN*. As PLAINTIFF said earlier in the email: "I'm in a foreign country with no relatives or anyone who can help me nearby... my emergency money covered the IT problem568, but that is gone...My grandparents absolutely have no money, my brother is living at home (unemployed) with my mom who is unemployed and a father on disability." How would PLAINTIFF afford a lawyer in Japan based on the facts? PLAINTIFF absolutely could not have defended himself in the court of law in Japan with no money to pay for an attorney and DEFENDANTS knew this fact. DEFENDANTS knew PLAINTIFF was lonely, got away from a racket involving DEFENDANTS and ASHLEY MAIDEN as will be explained later, was generally inexperienced with women, had experienced a major heart break Spring 2015 because PLAINTIFF did the right thing with BRI DRESCHER.

328.    Do you have an inference of malicious intent that you want to share? Sure. It would show my phone was hacked and that people were probably listening in on me every single day to ensure the blackmail and extortion happened. This necessarily implicates *Miki's Tea Party* because it involves HILLARY CLINTON, "defense is in the offing," and INDIAN airlines in which INDIA had a major reason to do that

232

against PLAINTIFF as well thereby absolving INDIA of their crimes. This may be a little bit of a stretch, but if true, would show the lengths they would go to. As PLAINTIFF mentioned earlier, PLAINTIFF had a one-way stand-by ticket on United Airlines from Chicago to Tokyo. PLAINTIFF knew and understood at the time that his return ticket would, necessarily, have been through United Airlines, and *only United Airlines,* because PLAINTIFF'S aunt was working for United Airlines and she was the one giving PLAINTIFF the ticket. On June 7th, 2015, someone had hacked PLAINTIFF'S phone and downloaded the Jet Airways application on PLAINTIFF'S phone. (See: Screenshot below of all songs and apps made around that time). **Jet Airways** was an **INDIAN** airline that is now currently defunct, but is allegedly making a comeback later this year (according to Wikipedia and Jet Airways website).573

329.    On June 30th, 2015, right around the same time PLAINTIFF or before ANGIE ORTIZ arrives in front of the house, PLAINTIFF google searches 5 Hour Energy to see the list of ingredients to find a similar substitute to 5 Hour Energy so PLAINTIFF can have some energy throughout the day and not be tired all the time and PLAINTIFF desperately goes through 4 different images to see what ingredients make up 5 Hour Energy and hopes to find the same ingredients in some energy drinks in JAPAN so PLAINTIFF can save himself.

330.    It is commonly known phenomenon that poor breathing during sleep causes poor sleep quality. Outside SAKURA HOUSE, there was an enormous amount of cat shit and PLAINTIFF could not breathe adequately because of the amount of

uncleaned cat shit outside Sakura House through Summer 2015, which makes PLAINTIFF'S nose congested. PLAINTIFF, to the best of his recollection, looked for a water hose outside the home to wash the cat shit away and may have tried to try to clean up some of it. PLAINTIFF did not have the hose or tools to clean up the piles of cat shit outside Sakura House. PLAINTIFF would have cleaned up the shit if he could have.

331.   The Summer Heat of Japan exacerbates the problem in which there was not a single day the house did not reek of cat shit.

332.   PLAINTIFF alleges after murdering PLAINTIFF'S cat, DEFENDANTS intentionally put the cat shit there to further retaliate against PLAINTIFF and prohibit PLAINTIFF from breathing right when he was at home in Japan.

333.   Throughout most of the trip, PLAINTIFF was not happy in JAPAN despite the fact that this should have been PLAINTIFF'S dream trip in which PLAINTIFF'S Depression was worsening because of the lack of sleep.

334.   With increased depression and lack of sleep, PLAINTIFF'S ADD becomes worse.

335.   PLAINTIFF only brought one bottle of Flonase and that 1 bottle could not last the entirety of the trip. Furthermore, PLAINTIFF recalls that he wishes he could have sprayed Flonase right before he fell asleep but couldn't because he didn't have enough for the whole summer.

336.   Around the beginning of July 2015, PLAINTIFF asked ANGIE ORTIZ to give him her passport to see how old she was. PLAINTIFF, having worked at Shell in

234

Gurnee, IL that sold cigarettes and the lottery but did not sell alcohol, through countless interactions, trained his mind to verify whether a person was 18 years old in a quick manner to get the customer on their way. ANGIE ORTIZ'S story was that she was there with her sugar daddy boyfriend who had regularly drank alcohol (for years as she proclaimed) and when PLAINTIFF checked her birth year on her passport, it started with 19 and that anchored in PLAINTIFF'S mind that she was 19 because of 1) multiple years of drinking, 2) being in a sugar daddy relationship, 3) telling PLAINTIFF about going to college. PLAINTIFF specifically asked her if she had a different ID because the I.D. she gave PLAINTIFF looked kind of off and she said she did not have any form of I.D. on her and if PLAINTIFF recalls correctly, she even told PLAINITFF that is the way it normally looks or something to that effect.

337. During the initial first week or so that PLAINTIFF met and interacted with ANGIE ORTIZ, PLAINTIFF treated her well. The problems started happening when PLAINTIFF was being drugged and the more disrespectful, degrading, humiliating, and inconsiderate treatment ANGIE ORTIZ had undertaken against PLAINTIFF because ANGIE ORTIZ was being coached by someone to provoke PLAINTIFF.

338. PLAINTIFF did not wish to seek to control ANGIE ORTIZ because PLAINTIFF never wanted her to be sexually trafficked in the first place.

339.   PLAINTIFF was routinely angry at ANGIE ORTIZ because she was a compulsive liar and she seemingly was being directed by unknown DEFENDANTS in July 2015.

340.   If ANGIE ORTIZ would have articulated to autistic PLAINTIFF her true age and been sincere, truthful, and open about what was going on, PLAINTIFF would have taken even more.

341.   The whole thing is that from the times that PLAINTIFF can remember in July 2015, she really never conveyed that she was in immediate danger to PLAINTIFF nor did she have any physical wounds, bruises, or marks that she was being abused by the people controlling her and directing her to commit the actions against PLAINTIFF.

342.   Even though ANGIE ORTIZ in July 2015 gave generalized hints that she was in some sort of danger because of a gang in Central America, PLAINTIFF didn't believe her because she kept lying and wasn't specific enough to call the cops in Japan or report it to the Court.

343.   Even in light of the previous Paragraph, PLAINTIFF went far beyond what was expected from him and did everything reasonable to help ANGIE ORTIZ escape the situation in July 2015 in which PLAINTIFF wanted to take her to the embassy in which she did not want to go, PLAINTIFF contacted ANDREW WHALL of LSU Law's Immigration Clinic to rescue her in which PLAINTIFF gave her all the information for help and a person completely willing to help her legally she did not follow up or contact ANDREW WHALL from what she told PLAINTIFF, and

PLAINTIFF gave her money to go to a teaching job interview (confirming her story that she was in college and wanted to be a teacher and was over 18) to help her escape the situation and she did not go and stole PLAINTIFF'S money.

344.    PLAINTIFF believing her lies treated her the way she said she wanted to be treated and the way she treated me—that she was an adult that wanted to be treated like a woman does in a sugar daddy relationship. But PLAINTIFF got pissed at her because PLAINTIFF realized she was taking advantage of PLAINTIFF for malicious purposes.

345.    PLAINTIFF will admit to something that is against his own constitutional interest for the full interest of justice and telling the truth about what happened in Tokyo in the Summer of 2015. The only time PLAINTIFF crossed the line is when after about the third or fourth time ANGIE ORTIZ lied about her age in which PLAINTIFF was pushed so far beyond the bounds of decency, that everything came up and PLAINTIFF pushed her against the wall to get her to stop lying about her age and to determine how old she truly was because PLAINTIFF was being tortured by her, was being murdered, and having his soul destroyed, broken, and violated by her every single day. PLAINTIFF would have rather been physically murdered than been tricked into committing acts of pedophilia. Deep down, PLAINTIFF knew that something was seriously wrong but couldn't put a finger as to what was the cause, why did PLAINTIFF deserve such horrendous treatment, and why it was happening to PLAINTIFF.

346.   PLAINTIFF performed cunnilingus on ANGIE ORTIZ at least twice in July 2015 and other acts of a sexual nature. PLAINTIFF never had sexual intercourse where he penetrated ANGIE ORTIZ'S vagina or anus with his penis.

347.   According to the Department of Justice's very own legal standards in 2015, PLAINTIFF did not consent to anything sexual that happened in the course of an on-going educational program in Japan via a U.S. College in the Summer of 2015. NOTHING. PLAINTIFF wanted to go to the hospital around the same time AO turned up, he couldn't because he didn't know how and could not afford to see a doctor. PLAINTIFF hated being around AO because of how much she lied to PLAINTIFF—that has been burned permanently deep in PLAINTIFF'S core and violated PLAINTIFF'S soul.

348.   The Geneva Convention and the Convention on the Rights of Individuals With Disabilities prohibit the prosecution of an individual that may have committed a crime in the course of the same exact time that the victim was being tortured and having war crimes committed against him in which there was evidence on the record he was being drugged around the same time.

349.   In the United States, it would violate PLAINTIFF'S Due Process rights to prosecute PLAINTIFF for being a victim of a war-crime that was done to further the aims of a RICO Enterprise because *JAPLAN* was so fundamentally unfair that it shocks the conscience: "This Circuit recognized the outrageous conduct defense in *United States v. Graves,* 556 F.2d 1319 (5th Cir. 1977), *supra,* in which we wrote: "`[A]part from any question of predisposition of a defendant to commit the offense in

238

question, governmental participation may be so outrageous or fundamentally unfair as to deprive the defendant of due process of law or to move the courts in the exercise of their supervisory jurisdiction over the administration of criminal justice to hold that the defendant was "entrapped" as a matter of law.'" 556 F.2d at 1322 (quoting *United States v. Quinn,* 543 F.2d 640, 647-48 (8th Cir. 1976))." *United States v. Yater*, 756 F.2d 1058 (5th Cir. 1985).

350.    "In conjunction with previous paragraphs, the war crime of completely dehumanizing PLAINTIFF and religiously defiling PLAINTIFF'S soul when CHERYL MILLS and DEFENDANTS wrote on 07/31/2015: "With fingers crossed, the old rabbit's foot out of the box in the attic, I will be sacrificing a chicken in the backyard to Moloch…" in a context of a State Department email about Honduras. DEFENDANTS committed numerous RICO predicate acts and trafficked ANGIE ORTIZ--who probably was from Honduras in which PLAINTIFF does not know real age of to this day and may have been a child—for sexual exploitation and blackmail and extortion purposes against PLAINTIFF in Tokyo, Japan in late June 2015 and July 2015 and afterwards. DEFENDANTS referred to PLAINTIFF as "a chicken" thus dehumanizing PLAINTIFF in which PLAINTIFF'S alleged purpose was for him to serve as their sacrifice to their devil Moloch. PLAINTIFF says fuck no and demands that if there are any contracts that PLAINTIFF signed or agreed to (in which PLAINTIFF didn't but is doing it as a safety measure) with the devil, they are null and void and that PLAINTIFF is not to be sacrificed for him. PLAINTIFF, as an Orthodox Christian, having this done to him violates every single religious

239

belief that PLAINTIFF has, it was completely demoralizing, and DEFENDANTS had prior knowledge that this was the way to perfectly harm PLAINTIFF against PLAINTIFF's conscience, beliefs, and dignity.

351.   In July 2015, PLAINTIFF and ANGIE ORTIZ got into an argument about the smell of almonds. PLAINTIFF kept smelling Almonds and then PLAINTIFF learned by watching a true TV crime show within the last year that either arsenic or ricin or some other poison smells like almonds and that smell is only perceptible to about half of the people in the world. Shortly thereafter, PLAINTIFF had either arsenic or ricin type symptoms in which PLAINTIFF had flu-like symptoms for three to four days. There was a moment on the Japanese subway that PLAINTIFF recalls that PLAINTIFF was literally on the verge of passing out and sweating profusely during the flu-like symptoms episode. This was the second assassination attempt on PLAINTIFF'S life in Japan 2015.

352.   To show *JAPLAN* was, in part, major retaliation against PLAINTIFF because of "trade is in the offing" in which WHITE HOUSE staff knew JAPLAN was being implemented against PLAINTIFF in which they did nothing to help PLAINTIFF in violation of 42 USC 1986 but decided to completely undermine PLAINTIFF'S case from the beginning and prevent PLAINTIFF from demonstrating that JAPLAN was in large part retaliation because of "the offing" by utilizing the Court's completely legally proven automatic deference and unquestioning yielding to tyrannical power from the Executive Branch, BARACK OBAMA issued Executive Order 13701—Delegation of Certain Authorities and

240

Assignment of Certain Functions Under the Bipartisan Congressional Trade Priorities and Accountability Act of 2015 on July 17th, 2015 that talked about the Secretary of State and Trade. PLAINTIFF alleges and incorporates the retaliation undertaken against PLAINTIFF for DEFENDANTS actions in "trade is in the offing" and that this E.O confirmed it would falsely hold PLAINTIFF accountable and not HILLARY CLINTON, HAROLD HONGJU KOH, JOHN O. BRENNAN, PETER STRZOK, ANDREW MCCABE, ROBERT MUELLER, American INTEL, British INTEL, Indian INTEL, Japanese INTEL, AJAY SINGH,  SpiceJET, KALANTHI MARAN, etc.

353.   Then later on in late July 2015, DEFENDANTS at his work internship also made PLAINTIFF work on process and being served in JAPAN as a foreign corporation and prevent the corporation from being served—this was also around the same time PLAINTIFF had a rooftop bar meeting with DEFENDANTS: JIM BIDEN and HUNTER BIDEN in which PLAINTIFF signed paperwork, the details of which, PLAINTIFF did not know nor read, and did it to appease his bosses at TOKYO ROPPONGI LAW & PATENT OFFICES. PLAINTIFF understood that JAPANESE Culture was one that had established "Respect for elders is an integral part of Japanese culture, and it has been this way for centuries. In Japan, the elder is seen as a source of wisdom and guidance, and they are highly respected by younger generations. This respect is rooted in Confucianism, which has been a major influence on Japanese culture since its introduction to Japan during the 6th century AD. According to Confucianism, elders should be treated with respect due

241

to their experience and knowledge of life."577 PLAINTIFF TRULY THEN AND TRULY NOW HAD NO IDEA WHY PLAINTIFF WAS MEETING THE AVANT GUARDE OF D.C. BUT WIRE FRAUD AND MAIL FRAUD WAS COMMITTED THAT IS FOR SURE. HAD TO DO WITH WHAT HILLARY CLINTON AND ANDREW MCCABE DID ON JUNE 26TH, 2015 AND WAS PART OF RICO ENTERPRISE 1. At the time, if PLAINTIFF questioned his boss's direction when DEFENDANTS urged him to sign the paperwork without reading what it entailed; and if PLAINTIFF talked back to his bosses by questioning their wisdom and guidance of not reading the paperwork to be signed in front of their faces to them at that moment in the middle of a "business or legal meeting," that would have been a sign of major disrespect in the Japanese culture (PLAINTIFF after all did just take a course on how to do business in Japan the previous month in June 2015) and would have caused significant and severe problems with DEFENDANTS PHILIP JIMENEZ and MARCUS KOSINS that PLAINTIFF severely disrespected his bosses. Furthermore, PLAINTIFF was in the position that he had to keep kissing so much ass and not show an iota of disrespect by questioning or talking back because of what DEFENDANTS continuously kept putting PLAINTIFF through since at least SEWANEE.

354.    PLAINTIFF'S case primarily rests on this proposition: any DEFENDANTS who attended the *Japanese Conspiracy Dinner*, the *London 2015 Conspiracy Event*, committed *the Offing*, implemented *JAPLAN*, are, under RICO, liable for the actions committed by SIR EVELYN de ROTHSCHILD, LYNN FORESTER de

242

ROTHSCHILD, MICHAEL MORELL, GINA HASPEL, JOHN BRENNAN, HILLARY CLINTON, and WILLIAM CLINTON under 18 USC 1962(d) in which they gained material benefits under 18 USC 1962(a), 18 USC 1962(b), and/or 18 USC 1962(c) ensuring PLAINTIFF'S slavery and for having participated in the conspiracies against PLAINTIFF,  DEFENDANTS  for all intents and purposes are bound together (severally & jointly) by PINKERTON liability and/or previous case law from the Nuremberg trials finding REICHSBANK, WALTHER FUNK, and HJALMAR SCHACHT, the case of: *United States vs. JOSEF ALTSTÖTTER, et al.*,[68] at a minimum, guilty as co-conspirators & having aided and abetted the Nazi's war crimes and/or as RICO co-conspirators & members of the Enterprise or association (primarily through the principles outlined in 18 U.S.C.§2) and/or are co-conspirators via 18 U.S.C. §241 and 42 U.S.C. §1985(3) and/or are vicariously liable for DEFENDANTS actions and/or are principals & accessories after the fact for any instance that took place when PLAINTIFF resided in Louisiana under Louisiana Revised Statutes RS 14 §24 & RS 14 §25  and in which those main principal actors committed the following unlawful acts:

  a. they murdered (PLAINTIFF said it was worse to him than murdering PLAINTIFF),

  b. § _bribed unknown JAPANESE, INDIAN, BRITISH officials to allow JAPLAN to happen,

---

[68] The Case standing for the proposition that DEFENDANTS can be held accountable for: 1. Participating in a common plan or conspiracy to commit war crimes and crimes against humanity; 2. **War crimes through the abuse of the judicial and penal process**, resulting in mass **murder, torture, plunder of private property**. **3. Crimes against humanity on the same grounds, including slave labor charges**.

c. § _extorted PLAINTIFF,

d. and the following 100+ violations of law and the PLAINTIFF'S Constitutional rights:

    i. 1st Amendment Right—violated PLAINTIFF'S Free Speech rights.

    ii. 1st Amendment Right—violated PLAINTIFF'S Religious Beliefs

    iii. 1st Amendment Right—Restricted PLAINTIFF'S Free Press rights

    iv. 1st Amendment Right—Deprived of Freedom to freely associate.

    v. 4th Amendment Right—Unconstitutional Seizures

    vi. 4th Amendment Right—Unconstitutional and Illegal Searches

    vii. 4th Amendment Right—Warrants were issued without probable cause and/or procured with perjured testimony that was known about at the time.

    viii. 5th Amendment Right—Unconstitutional Taking.

    ix. 5th Amendment Right—Compulsion to testify.

    x. 5th Amendment Right—Deprived of Life

    xi. 5th Amendment Right—Deprived of Liberty

    xii. 5th Amendment Right—Deprived of Property

    xiii. 5th Amendment Right—Denied Access to Courts

    xiv. 6th Amendment Right—Subject to FISA in which PLAINTIFF was not informed of the nature and cause of the accusation.

xv.   6th Amendment Right—Denied Access to Courts

xvi.   6th Amendment Right—witnesses tainted by Peter Strzok

xvii.   6th Amendment Right—no counsel during FISA rulings

xviii.   8th Amendment Right—Cruel Punishment

xix.    8th Amendment Right—Unusual Punishment

xx.   8th Amendment Right—Free From Torture.

xxi.   9th Amendment Right—Privacy violations

xxii.   9th & 10th Amendment Right—Right to be left alone.

xxiii.    13th Amendment Right—perpetuation of PLAINTIFF'S enslavement.

xxiv.   18 U.S.C. §2422

xxv.   18 U.S.C. § 2423

xxvi.   18 U.S.C §2331

xxvii.   18 U.S.C §2332b

xxviii.   18 USC §2331 1(B)(iii) and 5(B)(iii)

xxix.   18 U.S.C. §1956 (Financing Terrorism).

xxx.   18 U.S.C.§1961 sections 891–894 (relating to extortionate credit transactions) (as PLAINTIFF would never be able to get a job after this)

xxxi.   18 U.S.C.§1961 section 1029 (relating to fraud and related activity in connection with access devices)(after having hacked

245

into PLAINTIFF'S laptop to ensure *JAPLAN* would happen and

access subject at issue's tablet via Section 702

xxxii.　18 U.S.C.§1961 section 1343 (relating to wire fraud),

xxxiii.　18 U.S.C.§1961 section 1351 (relating to fraud in foreign labor

contracting),

xxxiv.　18 U.S.C.§1961 section 1425 (relating to the procurement of

citizenship or nationalization unlawfully),

xxxv.　18 U.S.C.§1961 section 1426 (relating to the reproduction of

naturalization or citizenship papers)

xxxvi.　18 U.S.C.§1961 section 1427 (relating to the sale of

naturalization or citizenship papers),

xxxvii.　18 U.S.C.§1961 section 1503 (relating to obstruction of justice)

xxxviii.　18 U.S.C.§1961 section 1510 (relating to obstruction of criminal

investigations),

xxxix.　18 U.S.C.§1961 section 1511 (relating to the obstruction of State

or local law enforcement),

xl.　18 U.S.C.§1961 section 1512 (relating to tampering with a

witness, victim, or an informant),

xli.　18 U.S.C.§1961 section 1513 (relating to retaliating against a

witness, victim, or an informant),

xlii.　18 U.S.C.§1961 section 1542 (relating to false statement in

application and use of passport),

246

xliii. 18 U.S.C.§1961 section 1543 (relating to forgery or false use of passport)

xliv.  18 U.S.C.§1961 section 1544 (relating to misuse of passport)

xlv.  18 U.S.C.§1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents),

xlvi.  18 U.S.C.§1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).

xlvii.  118 U.S.C.§1961 section 1951 (relating to interference with commerce, robbery, or extortion).

xlviii.  18 U.S.C.§1961 section 1952 (relating to racketeering).

xlix.  18 U.S.C.§1961 section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity). CIVIL ASSET FORFEITURE.

l.  18 U.S.C.§1961 section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire),

li.  18 U.S.C.§1961 section 1960 (relating to illegal money transmitters).

lii.  18 U.S.C.§1961 sections 2251, 2251A, 2252, and 2260

liii.  18 U.S.C.§1961(F) any act which is indictable under the Immigration and Nationality Act, section 274 (relating to bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the United States),

or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain (which CGI did gain financially as well as India, Britain, Japan, and/or Qatar and in which *Miki's Tea Party* is necessarily based upon).

liv. 18 U.S.C.§1961 (G) any act that is indictable under any provision listed in section 2332b(g)(5)(B) (i.e. international and domestic terrorism like in *Miki's Tea Party*_;

lv. 18 U.S.C.§201 (Hillary Clinton, Bill Clinton, Terry McAuliffe, and Andrew McCabe in their bribery scheme relating to JAPLAN on June 26th, 2015).

lvi. 18 U.S. Code § 210/211—Andrew McCabe got promoted twice.

lvii. 18 U.S.C.§ 225

lviii. 18 U.S.C.§ 226—no way JAPLAN was implemented with that having occurred by unknown DEFENDANTS having bribed unknown Japanese officials and also *Miki's Tea Party*.

lix. 18 U.S.C.§241

lx. 18 U.S.C.§242

lxi. 18 U.S.C.§245

lxii. 18 U.S.C.§247

lxiii. 18 U.S.C.§249

lxiv. 18 U.S.C.§250

lxv.   18 U.S.C.§373

lxvi.   18 U.S.C.§594

lxvii.   18 U.S.C.§600—Hillary Clinton and Andrew McCabe.

lxviii.   18 U.S.C.§987—JAPLAN was terrorism. Therefore, British

Government, Indian Government, Japanese Government, Qatar

Government

lxix.   18 U.S.C.§872

lxx.   18 U.S.C.§873 PLAINTIFF was extorted by aforementioned

DEFENDANTS.

lxxi.   18 U.S.C.§875 any communication by tech DEFENDANTS and

DEFENDANTS about PLAINTIFF during PLAINTIFF'S time in

Japan violated this section and was part of the wire fraud under

18 U.S.C. 1962(a), 18 U.S.C. 1962 (b), 18 U.S.C. 1962 (c), and 18

U.S.C. 1962 (d). _within the meaning of RICO where defendant

provided information he

lxxii.   Whenever any employee of APPLE, AT&T, VERIZON,

XFINITY, etc. shared any information about PLAINTIFF when

American INTEL DEFENDANTS requested it in furtherance of

their Enterprise, Tech DEFENDANTS then became co-

conspirators under 18 U.S.C. 1962(d), 18 U.S.C. 241, 42 U.S.C.

1985 (2), 42 U.S.C. 1985 (3) aided and abetted RICO Enterprise

249

1 and are therefore substantively liable for the co-conspirators actions under Pinkerton, etc.

lxxiii.   18 U.S.C.§880 as DEFENDANTS were still receiving profits from "trade is in the offing."

lxxiv.   18 U.S.C.§1954

lxxv.   18 U.S.C.§1956

lxxvi.   18 U.S.C.§1957 as some of the proceeds of "trade is in the offing" went into implementing *JAPLAN*.

lxxvii.   18 U.S.C.§1505

lxxviii.   18 U.S.C.§2335

lxxix.    18 U.S.C.§2336

lxxx.   18 U.S.C.§2441

lxxxi.   18 U.S.C.§2332(b)

lxxxii.   18 U.S.C.§2339

lxxxiii.   18 U.S.C.§2339(a)—tech DEFENDANTS, PETER STRZOK, ANDREW MCCABE, JOHN O. BRENNAN, aided and abetted and became accessories after the fact for having utilized JAPLAN by sending it across wires and was part of the wire fraud under 18 U.S.C.§1962(a), 18 U.S.C. §1962(b), 18 U.S.C. §1962 (c), and 18 U.S.C. §1962 (d).

lxxxiv.   The Convention On the Rights of Persons With Disabilities Article 13

250

lxxxv.  The Convention On the Rights of Persons With Disabilities Article 14

lxxxvi.  The Convention On the Rights of Persons With Disabilities Article 15

lxxxvii.  The Convention On the Rights of Persons With Disabilities Article 16

lxxxviii.  The Convention On the Rights of Persons With Disabilities Article 17

lxxxix.  The Convention On the Rights of Persons With Disabilities Article 18

xc.  The Convention On the Rights of Persons With Disabilities Article 21

xci.  The Convention On the Rights of Persons With Disabilities Article 22

xcii.   The Convention On the Rights of Persons With Disabilities Article 24

xciii.  The Convention On the Rights of Persons With Disabilities Article 25

xciv.  Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. Article 2

xcv.  Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. Article 3

xcvi.   29 U.S.C. §790 (Section 504 of the Rehabilitation Act of 1973).

xcvii.   42 U.S. Code §2000a

xcviii.   42 U.S. Code §2000a-1

xcix.   42 U.S. Code §2000a-2

c.   42 U.S. Code §2000d

ci.   42 U.S.C. §1981

cii.   42 U.S.C. §1982

ciii.   42 U.S.C. §1983

civ.   42 U.S.C. §1985(2)

cv.   42 U.S.C. §1985(3)

cvi.   42 U.S.C. §1986

cvii.   42 U.S.C. §2000a-1

cviii.   42 U.S.C §2000a-2

cix.   42 U.S.C §2000aa

cx.   42 U.S.C §2000bb

cxi.   42 U.S.C §2000dd

cxii.   42 U.S.C Chapter 144—developmental delays are not that far different from developmental disabilities and therefor this applies.

cxiii.   Executive Order 11905 No employee of the United States Government shall engage in, or conspire to engage in, political assassination.";

252

cxiv. Executive Order 12036 expanded the U.S. ban on assassination by closing "loop-holes" and stating "No person employed by or acting on behalf of the United States Government shall engage in, or conspire to engage in, assassination."

cxv. Executive Order 12333

355. "Although there is no infallible means of divining a defendant's predisposition to commit a crime after the fact, there are several factors recognized as relevant in making this determination. We start with the observation that predisposition is, by definition, "the defendant's state of mind and inclinations *before his initial exposure to government agents*." *United States v. Jannotti,* 501 F. Supp. 1182 (E.D.Pa. 1980), *rev'd on other grounds,* 673 F.2d 578 (3rd Cir.)...This answers defendant's bizarre contention that "the agents literally entrapped him into a state of predisposition." One is either predisposed to commit a crime before coming into contact with the Government or one is not, so the argument that one could be entrapped into having a state of predisposition is meaningless. **We now turn our attention to the factors relevant in determining predisposition**. Among these are the character or reputation of the defendant, including any prior criminal record; *whether the suggestion of the criminal activity was initially made by the Government;* **whether the defendant was engaged in the criminal activity for profit; whether the defendant evidenced reluctance to commit the offense**, **overcome only by repeated Government inducement or persuasion; and the nature of the inducement or persuasion supplied by**

253

**the Government.** While none of the factors alone indicates either the presence or absence of predisposition, the most important factor . . . is whether the defendant **evidenced reluctance to engage in criminal activity which was overcome by repeated Government inducement**...” *United States v. Kaminski*, 703 F.2d 1004 (7th Cir. 1983)

356.    In doublespeak on 08/21/2015, TONY PODESTA, HUMA ABEDIN, and HILLARY CLINTON had an email chain in August 2015[69] with the subject line of: **'Needy Latinos and 1 easy call'** with the following sentences: “Fed never said this to me but he confided to Ken that his Cabinet stints ripped up his family, he gave everything to the cause and no time to his family, he went through a messy divorce in the late 90's and was left really down and felt like no one reached out to him then so he felt pretty cut off from Clinton World. In 07, the only candidate that asked for his support was Obama, so he endorsed. (by the way, not sure any of this is factually accurate, but this is how he is feeling). His life now revolves around his new wife, Cindy, who is a supporter of yours and came to the fundraiser at the Chambers house. He kind of wants to be with you, but this stuff is still grinding on him. Ken suggests a call to him and was very explicit about making the following four points: 1) you really enjoyed seeing Cindy at the Chambers event and appreciate her support. 2) ask him how he's been doing 3) ask about his views on the race and what she should be doing in Colorado” HILLARY CLINTON will allege that Fed in the sentence means Fedrico Pena, but PLAINTIFF says it is ‘fed’ as in

---

[69] https://wikileaks.org/podesta-emails/emailid/6777

the FEDS (aka federal agents aka FBI) and the sentence makes a whole lot of sense. Unknown Fed, probably ANDREW MCCABE, PETER STRZOK, or JAMES COMEY, relaying information about PLAINTIFF in which PLAINTIFF may have taken 90 mg of Adderall in Japan, PLAINTIFF'S fraudulent marriage, PLAINTIFF'S absolute feeling that no one reached out to him despite the fact that ANDREW MCCABE was indeed watching him, and more. This confirms that since 2007, HILLARY CLINTON has been obsessing over PLAINTIFF. Further elaboration that they knew of PLAINTIFF'S *NEW* fraudulent marriage. Then ensuring the blackmail was complete and completely framing PLAINTIFF, they gave a video of whatever happened in Japan between PLAINTIFF and ANGIE ORTIZ to CHAMBERS (i.e. the COURT) that served as evidence they needed to prosecute PLAINTIFF. There is a part about this that PLAINTIFF questions, but is making the allegation: HILLARY CLINTON knew of PLAINTIFF'S report from a hospital in Denver as a child showing PLAINTIFF'S developmental delays and HILLARY CLINTON was asking what was the woman's plan to circumvent PLAINTIFF'S argument and part of his defense that he has developmental delays. HILLARY CLINTON violated: 18 USC 1961 Section 1343 (Wire Fraud) as this was sent over the wires, Obstruction of Justice, Tampering With A Witness, Torture, War Crimes, and every crime listed in Paragraph #89 with this email.

357.    Before the DEFENDANTS in the previous argument go there, PLAINTIFF says DEFENDANTS knew exactly what they were conveying in the subject line of the email. HILLARY CLINTON'S team in "November 2014, Philippe Reines, Mrs

Clinton's veteran aide, writes about an issue familiar to anyone who has worked in an office: **subject headings of emails that don't reflect its contents**. He says he's _not willing to put up with such imprecise wording._" I'm not living like this for the next two years," he writes."[70]

358.    JAKE SULLIVAN and CHERYL MILLS were in on the conspiracy in which they knew about PLAINTIFF'S prayers to God in April 2015 and how they were going to frame PLAINTIFF with ANGIE ORTIZ violating PLAINTIFF'S religious beliefs, violating PLAINTIFF'S soul, torturing PLAINTIFF in which they said the following on Tue, May 12, 2015, before SCOTUS sanctioned the hit on PLAINTIFF, Cheryl Mills <cheryl.mills@gmail.com> wrote: > did you invite _her to the WEDDING_?!!! > > On Tue, May 12, 2015 at 11:52 AM, Jake Sullivan <jake.sullivan@gmail.com> > wrote: > >> And this separately to me: >> >> I'm working on a statement of AMS Principles for a Happy, Productive and >> Meaningful Life for your wedding present! >> >> >> >> On May 12, 2015, at 9:46 AM, Cheryl Mills <cheryl.mills@gmail.com> wrote: >> >> just so you know the daily joy." Which was a forwarded email from ANNE MARIE SLAUGHTER: ---------- Forwarded message ---------- >> From: Anne-Marie Slaughter <slaughtr@princeton.edu> >> Date: Tue, May 12, 2015 at 9:20 AM >> Subject: what you did >> To: Hillary Clinton <hdr29@hrcoffice.com> >> Cc: Huma Abedin <huma@hrcoffice.com>, Jake Sullivan < >> jake.sullivan@gmail.com>, Cheryl Mills <cheryl.mills@gmail.com> >> >> >> Hillary, >> Just a two-liner, but I'm reading

---

[70] https://www.bbc.com/news/world-us-canada-37614486

the new QDDR and all I keep thinking is >> how now it is NATURAL **to talk about diplomacy AND development** together as >> part of foreign policy, when NO ONE would have done that before 2008. You >> **changed the frame**. Over time that will be as consequential as anything else >> you did. >> All best, >> AM."

[71]ANNE MARIE SLAUGHTER, CHERYL MILLS, HILLARY CLINTON, HUMA ABEDIN, and JAKE SULLIVAN all knew they were going to frame PLAINTIFF in violation of 18 USC 1962(d) in Japan by drugging PLAINTIFF, torturing PLAINTIFF, framing PLAINTIFF, violating PLAINTIFF'S soul, and more. This is pre-meditated murder against PLAINTIFF.

359.   PLAINTIFF wants to make this argument. There are a group of sick and sadistic individuals in power who recognized that they could use JAPLAN to implement eugenics in the United States, India, and the European Union. That there is a conspiracy to 'cull the heard' so to speak in which they are trying to prevent disabled individuals from having sex, having a family, and being the biological father or mother of babies. They justify it as that the world and government is getting broker and poorer, they are making it more economically efficient by getting rid of disabled individuals who have a higher cost of living than healthy individuals that costs the taxpayer that money. That in this whole fad of transgenderism, one of the biggest victims are autistic individuals who are confused because transgenderism is a social fad with huge social pressure to making more transgender individuals in which these vulnerable autistic individuals and kids

---

[71] https://wikileaks.org/podesta-emails/emailid/4212

falsely think they are transgender instead of being autistic because we (autistic individuals) are neurologically different and autistic individuals desperately need that acceptance for being different. So autistic kids seek that one avenue of acceptance for being different (because it is the only one open for us because being autistic routinely allows bullies to bully and harass autistic kids in school in which more than half of autistic individuals like PLAINTIFF have been tormented, bullied, or harassed in school) and right now in schools, it is not an acceptance for being autistic, it is acceptance for being transgender in which school administrators and teachers force down their beliefs on autistic kids and then autistic kids' parents goes with the flow in which autistic kids get castrated by undergoing transgender mutilation and treatment.  It is eugenics.

360.    PLAINTIFF found a way to possibly absolve The Government of JAPAN to show that they tried to help, but PLAINTIFF didn't understand it at the time for obvious reasons. They can go with PLAINTIFF'S interpretation as a sign of good will or if they show no good will, PLAINTIFF'S alternate explanation is true. ICHIRO OTSUKA XX made PLAINTIFF work on a legal document concerning service and process that related to the Hague Convention. The Hague is where an international tribunal court is held for war crimes (if it is not there it is in Nuremburg). The Government of Japan and unknown officials having talked to PLAINTIFF'S bosses at his internship were trying to subtly suggest that war crimes took place against PLAINTIFF in which PLAINTIFF'S autism prevented him picking up on that small subtlety and lack of capaicty. If they weren't doing

that, they were then sending a message that PLAINTIFF should be the one prosecuted and charged for crimes that relates to a Toyota 86 that PLAINTIFF was incapacitated.

361.    On October 20th, 2015, staff of HILLARY CLINTON (ROBBY MOOK, Jennifer Palmieri; Joel Benenson; Matt Paul; Jake Sullivan; John Podesta; Mandy Grunwald; Bonnie Rubin) knew of what happened to PLAINTIFF with *JAPLAN* that was confirmed with an email chain[72] based on the content of their jokes. PLAINTIFF is not making a crime from the jokes, PLAINTIFF is just showing their knowledge and adding circumstantial evidence. In PLAINTIFF'S mind, there is a difference between joking and bullshitting about something and *not doing* the thing compared to doing something heinous and then joking about it later.

362.    In July 2015, PLAINTIFF was in Ito/Orange Beach Japan. PLAINTIFF was staying at a hostel in which there was this obviously orange hair/strawberry blonde looking Slavic woman in the hostel. PLAINTIFF recognizes his kind when he sees fellow Slavic people and PLAINTIFF approached. PLAINTIFF said he was Serbian and she said she was from Ukraine. So this would have created an instant Slavic bond abroad, but she came off very uncharacteristically distant when slavs meet one another in foreign places. PLAINTIFF alleges she was in SZRU. CONGRESS passed a law that went into effect in which the following is an excerpt from the provision: "Section 315. Report on intelligence sharing with Ukraine. Section 315 expresses the sense of Congress that the President should provide the Government

---

[72] https://wikileaks.org/podesta-emails/emailid/699

259

and armed forces of Ukraine with appropriate intelligence sharing support. Section 315 also requires the DNI and the Secretary of Defense to conduct an assessment of U.S. intelligence sharing with the Government of Ukraine and to submit a report on the assessment to the congressional intelligence committees." PLAINTIFF alleges that the Government of UKRAINE/SZRU, DNI, and DoD were sharing information about PLAINTIFF when PLAINTIFF was in Baton Rouge, LA and Japan in which they furthered RICO Enterprise 1 and utilized the previous provision to do so.

363.   PLAINTIFF is alleging that PETER STRZOK, JAMES COMEY, ANDREW MCCABE, DHS, JEH JOHNSON, MICHAEL MORELL, and/or JOHN O. BRENNAN, violated 18 U.S.C. 2517(a) when they gave specifically identifiable information obtained in the course of an ongoing investigation to HILLARY CLINTON about PLAINTIFF in Spring and Summer 2015.

364.   As PLAINTIFF established earlier about his point about *Frank v. Mangum*, 237 U. S. 309, (1915), DEFENDANTS are a mob exceeding 800+ people that are inside and outside your home at all times. The Case *of Terminiello v. Chicago*, 337 U.S. 1 (1949) is exactly on point. The Court noted how the "auditorium was filled to capacity with over eight hundred persons present. Others were turned away. Outside of the auditorium a crowd of about one thousand persons gathered to protest against the meeting. A cordon of policemen was assigned to the meeting to maintain order; but they were not able to prevent several disturbances. The crowd outside was angry and turbulent. Petitioner in his speech condemned the conduct of the crowd outside and vigorously, if not viciously, criticized various political and

racial groups whose activities he denounced as inimical to the nation's welfare." The

Court ruled in favor of *Terminiello* in which the Court said:

"The vitality of civil and political institutions in our society depends on free

discussion. As Chief Justice Hughes wrote [omitted], it is only through free debate

and free exchange of ideas that government remains responsive to the will of the

people and peaceful change is effected. The right to speak freely and to promote

diversity of ideas and programs is therefore one of the chief distinctions that sets us

apart from totalitarian regimes. Accordingly a function of free speech under our

system of government is to invite dispute. It may indeed best serve its high purpose

when it induces a condition of unrest, creates dissatisfaction with conditions as they

are, or even stirs people to anger. Speech is often provocative and challenging. It

may strike at prejudices and preconceptions and have profound unsettling effects as

it presses for acceptance of an idea. That is why freedom of speech, though not

absolute, [omitted] is nevertheless protected against censorship or punishment,

unless shown likely to produce a clear and present danger of a serious substantive

evil that rises far above public inconvenience, annoyance, or unrest. There is no

room under our Constitution for a more restrictive view. For the alternative would

lead to standardization of ideas either by legislatures, courts, or dominant political

or community groups." Id.

DEFENDANTS violated PLAINTIFF'S 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights because DEFENDANTS retaliated and punished PLAINTIFF for his speech made inside the privacy of his home.

365.    Amendment Rights because DEFENDANTS retaliated and punished PLAINTIFF for h

366.    PLAINTIFF gave his impression in Paragraph #XX about the *London 2015 Conspiracy Event* about how these wealth funds, asset managers, and more control politicians and how HILLARY CLINTON and BILL CLINTON was especially beholden to them and the ROTHSCHILDS, well this is confirmed further Democrat Hillary Clinton's bid for the presidency has drawn more support from Wall Street fundraisers than President Obama received from the industry four years ago, a new analysis shows. Clinton's ranks of elite fundraisers include 201 people who work in the securities and investment sector and dozens more who work in other areas of finance and commercial banking, according to a tally by the Center for Responsive Politics and USA TODAY…. In all, Clinton's 1,370 fundraisers — dubbed "*Hillblazers*" by the campaign — have bundled together at least $137 million from their friends, family members and business associates to build a money machine that surpasses the fundraising operation that twice helped elect Obama. Obama relied on just 769 bundlers in his 2012 re-election, 92 of whom came from the securities and investment industry, the center's data show."[73]

---

[73] https://www.wkyc.com/article/news/politics/clintons-2016-bid-draws-more-wall-street-fundraisers-than-obama-in-2012/95-341628741

367.    REED HASTINGS, CEO & Co-Founder of Netflix Inc., was a "Hillblazer[74]" in which PLAINTIFF can argue that REED HASTINGS paid HILLARY CLINTON, BARACK OBAMA, and DEMOCRATS to leak confidential information obtained in the course of an ongoing investigation that was obtained by SUSAN RICE to give to REED HASTINGS and unknown individuals associated with NETFLIX to make content that Netflix produced thereby continuing the RICO Enterprise against PLAINTIFF. In the alternative, PLAINTIFF'S fraudulent legal guardian, fraudulent wife, or fraudulent child sold PLAINTIFF'S information to NETFLIX to produce content in which PLAINTIFF has not seen a single dime of such.

368.    Again, PLAINTIFF doesn't want to spite the Entertainment world for using his stories and ideas in making people laugh, cry, and experience a range of emotions because that is art; however, PLAINTIFF is just including it as a necessary basis as part of the RICO Enterprise against PLAINTIFF.

369.    *One of main points being, there was no accuracy or fairness in the decisions the United States Government made involving PLAINTIFF. PLAINTIFF does not understand based on his autism what he ACTIONS he did to deserve what was done to him in Miki's Tea Party and An Anchor and a Pitchfork. PLAINTIFF was absolutely not predisposed to those actions unless there was an intentional creation of the requisite conditions necessary by DEFENDANTS when they had overheard the content and conditions of JAPLAN. If the DEFENDANTS do not have the conversations discussing JAPLAN recorded when they had reason to record it (based*

---

[74] https://publicintegrity.org/politics/elite-bundlers-raise-more-than-113-million-for-hillary-clinton/

*on what ANDREW MCCABE wrote in the book) and if DEFENDANTS have older conversations that PLAINTIFF talked about, that is an inference of obstruction of justice in which they purposefully destroyed the evidence because it was the nexus connecting DEFENDANTS to HILLARY CLINTON and BILL CLINTON to Chief Justice JOHN ROBERTS and ALITO to JAPAN to PLAINTIFF and would absolutely be 100% exculpatory in nature. "In order to prove entrapment as a matter of law, there must be undisputed evidence that a government agent induced an otherwise innocent person to commit the alleged crime by trickery, persuasion, or fraud. "The controlling question on review is whether the defendant lack[ed] the predisposition to commit the act." U.S. v. Citro, 842 F.2d 1149 (9th Cir. 1988). JAPLAN necessarily involves trickery and fraud. Inducement would occur by someone's handlers completely directing the actions of conspirators in the scheme. Contributing factors and psychological phenomenon would diminish the mental capacity of PLAINTIFF. Then add PLAINTIFF'S autistic features, it is a recipe for disaster and therefore meets the threshold required under at least U.S. v. Citro, 842 F.2d 1149 (9th Cir. 1988). As the Court in United States v. Twigg, 588 F.2d 373 (3d Cir. 1978) highlighted, without the government agent, the defendants in the case would not have known how to produce [it], and the assistance the defendants provided was minimal. Without DEFENDANTS' invasive surveillance techniques, sharing information with one another, and RICO Enterprise, DEFENDANTS would not have been made aware of components and conditions necessary of formulating JAPLAN into existence.*

264

370.   ANGIE ORTIZ, on the last day PLAINTIFF saw her in JAPAN, told PLAINTIFF that "We Are SOON TO BE Married." Not that ANGIE ORTIZ and PLAINTIFF are married; but soon to be married. SUNNY, from PLAINTIFF'S understanding, is married to someone else and has kids with someone else and PLAINTIFF would never be a cuck in a relationship or marriage. SUNNY AND ANGIE ORTIZ ARE NOT PLAINTIFF'S FAMILY. PLAINTIFF REALLY TRIED TO LEGALLY RESCUE ANGIE ORTIZ. ANGIE ORTIZ can prove she is PLAINTIFF'S family by talking to PLAINTIFF and telling PLAINTIFF everything.

371.   In August 2016, the Democrats sought to humanize HILLARY CLINTON in which they spent about a day and a half at the DNC Convention to do so via testimonials. I know dear reader you are dying to know what the testimonials consisted of: "Kate Burdick, a lawyer from Philly, spoke of Clinton's quiet crusade for juvenile justice. Jelani Freeman, the former Senate intern, talked about how Clinton handed him a lifeline after a childhood spent bouncing between foster homes, using a trash bag as a suitcase. In a powerful scene, three bereaved black mothers offered haunting recollections about how Clinton had helped them grieve over the loss of their sons and daughter. "She doesn't build walls around her heart," said Lucy McBath, the mother of Jordan Davis, a 17-year-old black man murdered by a white man who objected to him playing loud music at a gas station. "Not only did she listen to our problems, she invited us to become a part of the solution, and that's what we're going to do… All these voices followed an opening night when organizers sought to put Clinton's humanity at center stage. Anastasia Somoza, a

former intern who was born with **_cerebral palsy_**, talked about meeting Clinton during a White House visit at age 9, the start of a mentorship that stretches across decades now. Jason Collins, the first openly gay player in the NBA, recalled coming out to Clinton before his teammates. Karla **Ortiz, an 11-year-old from Nevada, described meeting Clinton at a campaign stop and telling the presidential candidate that she was afraid her undocumented parents would be deported. "_Valiente_ — brave — that's what Hillary Clinton called me when I told her I was worried my parents would be deported," the young girl recalled. "Hillary Clinton told me that she would do everything she could to help us. She told me that I didn't have to do the worrying because she will do the worrying for me."**[75]

372.    PLAINTIFF'S cockroach story happened prior to the events listed in the previous paragraph. When a single cockroach is more capable of rescuing someone in need than HILLARY CLINTON, no amount of political theater  XX

373.    The Fifth Circuit has ruled, twice, that a defense of governmental misconduct, which is separate and distinct from 'Entrapment,' may bar a criminal prosecution on due process grounds in _United States v. Marcello_, 508 F. Supp. 586 (E.D. La. 1981) (holding: governmental overreaching presents a cognizable and legitimate defense) and _United States v. Graves,_ 556 F.2d 1319 (5th Cir. 1977), the court ruling that "[t]here is still available in appropriate cases a governmental misconduct defense grounded on the dual principles of due process and the

---

[75] https://time.com/4425449/dnc-hillary-clinton-humanize/

supervisory powers of the court, but such a defense does not fall within the narrow confines of `entrapment' as that term has been explicated in Russell and Hampton."

374. ROTHSCHILD CONTINUATION HOLDINGS has offices in New York City, New York, a Post Office Box in Qatar, offices in London, United Kingdom, and offices in Mumbai, India. ROTHSCHILD CONTINUATION HOLDINGS had a vested interest in the United States, Qatar, United Kingdom, and India.

375. RICHARD ANDERSON was the CEO of DELTA AIRLINES in 2016 who announced he would retire in February 2016 and no longer be the CEO of DELTA AIRLINES in or about May 2nd, 2016, which corresponds exactly to the same time frame of the incident with PLAINTIFF and DELTA AIRLINES in 2016 in which they committed an act of terrorism against PLAINTIFF so that the FBI'S Atlanta Field Office could get jurisdiction over PLAINTIFF as a favor to HILLARY CLINTON, SUSAN RICE, JAMES COMEY, PETER STRZOK, JOHN BRENNAN, GINA HASPEL, and ANDREW MCCABE and/or a combination thereof and try to arrest PLAINTIFF for having war crimes committed against him via *JAPLAN* in JAPAN in the Summer of 2015.

376. RICHARD ANDERSON conspired with unknown individuals in the CIA, WHITE HOUSE, FBI, D.o.D, and/or a combination thereof over the wires via communications had on a cell phone (text messages, emails, and/or phone calls), and on his personal computer via emails to commit another act of terrorism against PLAINTIFF in February or March 2016 in violation of 18 USC 1962(d).

377.   RICHARD ANDERSON through official acts done as the CEO of DELTA AIRLINES and/or the official acts of other unknown DELTA AIRLINES employees to further the RICO Enterprise against PLAINTIFF became an accessory after the fact and aided and abetted the RICO Enterprise in which DELTA AIRLINES and RICHARD ANDERSON materially benefitted from the acts of RICHARD ANDERSON & other unknown DELTA AIRLINES employees in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c),18 USC 1962(d), or a combination thereof.

378.   JIM CICCONI, a former Senior Executive Vice President in 2016 for AT&T Services, Inc, was a material actor that aided and abetted the RICO Enterprise against PLAINTIFF during his tenure at AT&T in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

379.   Whenever PLAINTIFF utilized a cellphone with the number 847-380-0400 between 2009 through 2018 with AT&T as a service provider in which PLAINTIFF had AT&T as a service provider in both March 2011 and the Summer of 2015, unknown employees at AT&T aided & abetted the RICO Enterprise by working with, conspiring with, or on behalf of unknown employees in the FBI, CIA, D.o.D, NSA, Indian Intel, and/or a combination thereof furthered the purposes of the RICO Enterprise by one or more of the following: 1)intentionally circumventing PLAINTIFF'S constitutional rights, 2) by providing aforementioned DEFENDANTS with information obtainable through the use of a cell phone such as cell phone location, text messages, unconstitutionally or illegally wiretapping someone or

listening in on conversations held in the privacy of their own home, redirecting phone calls and text messages to intelligence agencies who impersonate PLAINTIFF'S friends, family, and companies that PLAINTIFF was trying to get in contact with to further the purposes of the RICO Enterprise, allowing intelligence agencies to intentionally prevent 1) local law enforcement from contacting PLAINTIFF during the commission of numerous felonies, 2) preventing PLAINTIFF from getting help, and 3) continue to isolate PLAINTIFF to torture, manipulate, perpetuate wire fraud over PLAINTIFF, and control PLAINTIFF, transmitting data relating to *JAPLAN*, and more by providing circumstantial evidence to try to fabricate materially misleading evidence or failing to provide exculpatory evidence to maliciously prosecute PLAINTIFF to coverup the RICO Enterprise and further the purpose of the RICO Enterprise by obstructing investigations and justice, retaliating against PLAINTIFF, and tampering with PLAINTIFF, perpetuate wire fraud, and more, and 3) AT&T materially benefitted from the RICO Enterprise. Therefore, AT&T aided and abetted the RICO Enterprise against PLAINTIFF and became accessories after the fact in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), 18 USC 1962(d), and/or a combination thereof. . *See: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997)* (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved

murder <u>within the meaning of RICO where defendant provided information he knew would enable inquirer to</u> commit murder or other RICO violations).

380.    The allegations in the previous paragraph can be substantiated in which PLAINTIFF--only providing it as an illustrative example and not for purposes of utilizing it in relation to RICO Enterprise #2—was being coerced to confess when TRACY BLANCHARD in MAY 2016 managed to acquire a text message from 2006 that was around ten years old to try to prosecute PLAINTIFF for a completely consensual act.  But For AT&T, there would have been no way for unknown DEFENDANTS in Indian Intel, CIA, FBI, D.O.D, GRU/FSB, MSS, et al, HILLARY CLINTON, MICHAEL MORELL, LYNN FORESTER de ROTHSCHLD, to gain access to PLAINTIFF'S camera and microphone on his laptop to convey any and all information to further the means of the RICO Enterprise.

381.    ROB MARCUS, Former Chairman and CEO Time Warner Cable Inc approved HILLARY CLINTON; PLAINTIFF believes that from August 2015 through August 2016, his internet service provider was through Time Warner Cable Inc. Time Warner Cable Inc was a material actor and aided and abetted the RICO Enterprise by providing all of PLAINTIFF'S internet browsing history in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d). <u>See: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997)</u> (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder

270

within the meaning of RICO where defendant provided information he knew would enable inquirer to commit murder or other RICO violations).

382. Whenever PLAINTIFF utilized Time Warner Cable's Internet Services by going on the internet between 2009 through 2018 with Time Warner Cable as a service provider in which PLAINTIFF had Time Warner Cable as an internet service provider during select intervals between 2009 and 2018, unknown employees at Time Warner Cable aided & abetted the RICO Enterprise by working with, conspiring with, or on behalf of unknown employees in the FBI, CIA, D.o.D, NSA, Indian Intel, and/or a combination thereof furthered the purposes of the RICO Enterprise by one or more of the following: 1)intentionally circumventing PLAINTIFF'S constitutional rights, 2) by providing aforementioned DEFENDANTS with information obtainable through PLAINTIFF using the internet such as visiting certain websites, accessing email accounts, and more by providing circumstantial evidence to try to fabricate materially misleading evidence or failing to provide exculpatory evidence to maliciously prosecute PLAINTIFF to coverup the RICO Enterprise and further the purpose of the RICO Enterprise by obstructing investigations and justice, retaliating against PLAINTIFF, and tampering with PLAINTIFF, perpetuate wire fraud, and more, and 3) Time Warner Cable materially benefitted from the RICO Enterprise. Therefore, Time Warner Cable aided and abetted the RICO Enterprise against PLAINTIFF and became accessories after the fact in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), 18 USC 1962(d), and/or a combination thereof. *See: United States v. Miller, 116 F.3d*

271

*641, 674-75 (2d Cir. 1997)* (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder <u>within the meaning of RICO where defendant provided information he knew would enable inquirer to</u> commit murder or other RICO violations).

383.    ERIC SCHMIDT, Executive Chairman of Alphabet wanted HILLARY CLINTON to be President in 2016 in which he sent money over the wires sometime in 2016 and attended fundraising events for HILLARY CLINTON to further the aims of the RICO Enterprise by getting HILLARY CLINTON elected in 2016, and more.

384.    ERIC SCHIMDT or other unknown leaders at ALPHABET or GOOGLE necessarily knew and had knowledge of the blackmail email PLAINTIFF received in Summer 2015.

385.    Whenever PLAINTIFF utilized any service relating to Alphabet such as Google, GMAIL, and Youtube at any time between at least a minimum of 2009 through 2018 with Alphabet and Google as a service provider in which PLAINTIFF had routinely used Alphabet, Google, GMAIL, and Youtube between 2009 and 2024 and most definitely used those aforementioned products in March 2011 and the Summer of 2015, ERIC SCHMIDT, CEO Marc Benioff of Google who raised over $100,000 for HILLARY CLINTON,[76]and unknown employees at ALPHABET,

---

[76] https://money.cnn.com/2016/08/23/technology/hillary-clinton-tech-fundraisers/

272

GOOGLE, GMAIL, and YOUTUBE aided & abetted the RICO Enterprise by working with, conspiring with, or on behalf of unknown employees in the FBI, CIA, D.o.D, NSA, Indian Intel, and/or a combination thereof furthered the purposes of the RICO Enterprise by one or more of the following: 1)intentionally circumventing PLAINTIFF'S constitutional rights, 2) by providing aforementioned DEFENDANTS with information obtainable through the use of ALPHABET, GOOGLE, GMAIL, and YOUTUBE such as cell phone location, having camera and microphone access to PLAINTIFF'S cell phone and laptop, emails, and more unconstitutionally or illegally wiretapping someone or listening in on conversations held in the privacy of their own home, transmitting data relating to *JAPLAN*, and more by providing circumstantial evidence to try to fabricate materially misleading evidence or failing to provide exculpatory evidence to maliciously prosecute PLAINTIFF to coverup the RICO Enterprise and further the purpose of the RICO Enterprise by obstructing investigations and justice, retaliating against PLAINTIFF, and tampering with PLAINTIFF, perpetuate wire fraud, and more, and 3) ALPHABET, GOOGLE, GMAIL, YOUTUBE, materially benefitted from the RICO Enterprise. Therefore, Alphabet, Google, Gmail, and Youtube aided and abetted the RICO Enterprise against PLAINTIFF and became accessories after the fact in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), 18 USC 1962(d), and/or a combination thereof. . *See: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997)* (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial

273

offenses described in the New York State statutory provisions involved murder within the meaning of RICO where defendant provided information he knew would enable inquirer to commit murder or other RICO violations).

386.    Evidence of such can be seen because not once has PLAINTIFF heard anyone in DC or American Intel doublespeak talk about the blackmail email he received and only remembered it because CHATGPT allowed PLAINTIFF to recall that email.

387.    REED HASTINGS necessarily materially benefitted from the RICO Enterprise in which Netflix was able to obtain confidential information of PLAINTIFF and turned it into Entertainment on Netflix; this is further supported by SUSAN RICE being on the board of Netflix in which she had completely unfettered discretion and the world's most powerful tools to obtain every single piece of information on PLAINTIFF through the years. Every single paycheck REED HASTINGS and SUSAN RICE received are evidence of material gain

388.    The main suspects who sexually abused PLAINTIFF with ANGIE ORTIZ in Summer 2015 is: LYNN FORESTER DE ROTHSCHILD, BILL CLINTON, HILLARY CLINTON, SIR EVELYN ROTHSCHILD, MICHAEL MORELL, AJAY SINGH, Prime Minister Modi, KALANTHI MARAN.

389.    In the alternative to the previous argument made in the previous paragraph, XI JINPING, MSS, VLADIMIR PUTIN, VERICA KOTEVSKI (if she is a spy working on behalf of GRU/FSB or MSS), CHRISTOPHER ALEXA (if he is a spy working on behalf of GRU/FSB or MSS), Prime Minister Modi, Indian Intel, AJAY

274

SINGH, KALANTHI MARAN because Russia was retaliating against PLAINTIFF for PLAINTIFF making Russia lose arms sales to the US in India, China for the exploitation of PLAINTIFF'S intellectual property without compensation and perpetuation of PLAINTIFF'S slavery, and India because PLAINTIFF was a liability to SpiceJET. One of PLAINTIFF'S alternate theories. PRIME MINISTER MODI realized that PLAINTIFF was a liability to India because of what happened in 2011 and afterwards. PRIME MINISTER MODI'S bed fellow after PRIME MINISTER SINGH and MARAN got her in his bed was HILLARY CLINTON in which SpiceJET was always at issue because even HILLARY CLINTON visited CHENNAI where MARAN was from and talked about the economic deal she got him with SpiceJET'S Boeing purchase in October 2010. See: *Miki's Tea Party*. HILLARY CLINTON with financial backing from LYNN FORESTER de ROTHSCHILD and the Estate of Sir EVELYN de ROTHSCHILD also understood PLAINTIFF'S liability to her and them regardless of whether or not HILLARY CLINTON was running for president in 2016. So JEFFREY EPSTEIN, BILL CLINTON, HILLARY CLINTON, MODI, MARAN, AJAH SINGH, LYNN FORESTER de ROTHSCHILD, the ESTATE OF SIR EVELYN ROTHSCHILD, MICHAEL MORELL, conspired together and implemented a plan against PLAINTIFF because it benefitted the ROTHSCHILDS, CLINTONS, INDIA, SpiceJET, and RUSSIA, for them to commit the act against PLAINTIFF or MODI told the CLINTONS that he was going to implement JAPLAN with the full approval of the CLINTONS, LYNN FORESTER de ROTHSCHILD, and the Estate of SIR

275

EVELYN de ROTHSCHILD. MARAN and MODI, being of upper caste and especially being contemptuous of PLAINTIFF'S disability and poverty, realized the gold mine of information they had with *JAPLAN* and thought that HILLARY CLINTON was going to be clear victor in the 2016 Election over PRESIDENT TRUMP. "In February 2015, Maran (the main share-holder of SpiceJET) and KAL Airways transferred their 58.46 per cent stake in SpiceJet to Singh. Singh, a co-founder of SpiceJet, took on the airline's liabilities of around Rs 1,500 crore…"[77] So there was a transfer of ownership at the same exact time PLAINTIFF discussed and gave the details of *JAPLAN*, obviously this violated RICO because Indian Intel obtained the information about *JAPLAN* illegally via violations of 18 USC 1961 Section 1029 (or they paid FSB, GRU, and Russia to do so) in which AJAY SINGH and MARAN obtained material benefits from the transfer of ownership to AJAY SINGH in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and this was signs of the ongoing conspiracy against PLAINTIFF in violation of 18 USC 1962(d). RUSSIA did this because PLAINTIFF may have proffered to unknown individuals that JUSTICE SAMUEL ALITO knew about that the United States should go on a weapons selling spree to India in 2010 and 2011 when they sold Apache helicopters that hurt Russian Military weapons sales to India; which gives both ALITO and RUSSIA to commit *JAPLAN* against PLAINTIFF. So it was easy for India and Indian Intel to traffic a minor to implement *JAPLAN* against PLAINTIFF. Furthermore, this is supported by the fact that SpiceJET places an

---

[77] https://www.businesstoday.in/industry/aviation/story/spicejet-vs-kalanithi-maran-sc-upholds-high-court-order-sends-dispute-back-to-single-judge-438885-2024-07-26

order for 100 Boeing 737 Max aircraft in January 2017 in which AJAY SINGH said the following: ""**We have paid back most of the liabilities.** Today, there are no government dues, there is zero bank debt. **We have cleaned the slate as far as the past is concerned,…** there is enough for more; **even if the market grows around 12-15 per cent,** there is a requirement of 60 aircraft every year. There is space for all**,**" Singh said.[78] PLAINTIFF specifically discussed how it was disgusting for 12-15 year old Latinos to get married in Spring 2015 so this seems to have been a pay-off against PLAINTIFF so that means SpiceJET and AJAY SINGH was privy to the information that was illegally obtained in the Spring of 2015. MIKE PENCE met AJAY SINGH in June 2017.[79]  You know the damning thing is that PLAINTIFF expressed happiness (he did so on twitter to the best of his recollection) that SpiceJET placed such a large order in Jan 2017 and had no clue what it meant in reality.  On August 14th, 2024, only after Indian Intel had been tampering with PLAINTIFF and had given SpiceJET AJAY SINGH the information about *Miki's Tea Party* that had in fact been written by this time, AJAY SINGH sold 10% of his ownership dropping the total percent of his ownership to somewhere between 30-35%..[80]  AJAY SINGH knew PLAINTIFF was most definitely going to be seeking something from SpiceJET in Court so to save himself and enrich himself in the process, that is why AJAY SINGH sold 10% of SpiceJET, and this was in violation

---

[78] https://www.business-standard.com/article/companies/ et-s-aircraft-order-to-create-us-jobs-trump-117062700782_1.html

[79] https://businessworld.in/article/spicejets-ajay-singh-meets-us-vice-president-pence-120969

[80] https://www.indiatoday.in/business/story/spicejet-ajay-singh-plans-10-percent-stake-sale-to-raise-rs-3000-crore-report-2582058-2024-08-14

of 18 USC 1962(a), 18 USC 1962(b), and 18 USC 1962(c), and 18 USC 1962(d). If AJAY SINGH and KALANTHI MARAN paid ANGIE ORTIZ or HILLARY CLINTON, PLAINTIFF has not seen a single dime or dollar of it perpetuating the mail and wire fraud against PLAINTIFF

390.    PLAINTIFF has been routinely forced to sign contracts by DEFENDANTS through the years whether it was PLAINTIFF'S parents not knowing the legal interests of PLAINTIFF because DEFENDANTS took advantage of PLAINTIFF and his autism, the rooftop meeting with some BIDENS in 2015, quite possibly ANGIE ORTIZ in JULY 2015 in which she never informed PLAINTIFF of the contents of the contract, and THAO BUI in which PLAINTIFF told THAO BUI before, to the best of PLAINTIFF'S recollection, that PLAINTIFF'S parents routinely made PLAINTIFF sign contracts without reading them and after having war crimes committed against PLAINTIFF in which PLAINTIFF was an extremely vulnerable state in May 2016, made PLAINTIFF sign something that PLAINTIFF does not know.

391.    PLAINTIFF understands that Clerks for Judges can write Opinions for Justices so maybe JUSTICE ALITO had nothing to do with *City and County of S.F. v. Sheehan*, 575 U.S. 600 (2015) and was routinely deceived along with maybe CHIEF JUSTICE JOHN ROBERTS by the CIA, DoD, and FBI or never getting the full facts by certain entities through the years, or some explanation as to provide exculpatory evidence; but PLAINTIFF has none. JUSTICE ALITO and ROBERTS

278

can apologize or absolve themselves of having anything to do with what happened to PLAINTIFF in 2011 and 2015.

392.    To give a further reason for the corruption and DEFENDANTS implementing *JAPLAN* against PLAINTIFF, they knew how much of a financial liability PLAINTIFF is to these *Hillblazers*, asset managers, etc. PLAINTIFF is not hellbent on raiding and pillaging every one of those *Hillblazers* and PLAINTIFF'S heart, conscience, and soul prevents him from doing so. If PLAINTIFF was a sociopath or psychopath, he would have sought disgorgement for every single hillblazer and more enriching himself to the tunes of at least a trillion or more dollars. DEFENDANTS are lucky and blessed that PLAINTIFF has a heart.

393.    STEVE JOBS, as CEO of APPLE, allowed HILLARY CLINTON and unknown DEFENDANTS in the CIA, FBI, D.o.D, gain complete and unfettered access to PLAINTIFF'S phone and laptop whenever they needed to access PLAINTIFF'S laptop to further the RICO Enterprise against PLAINTIFF.  By doing this, STEVE JOBS materially benefitted from the RICO Enterprise against PLAINTIFF.

394.    The material benefits STEVE JOBS obtained through the RICO Enterprise against PLAINTIFF was inherited by LAURENE POWELL JOBS, the widow of STEVE JOBS.

395.    LAURENE POWELL JOBS, the widow of APPLE Inc. held a fundraising event for HILLARY CLINTON in August 2016 that hosted HILLARY CLINTON and unknown 20 individuals. Those who attended had to contribute $200,000

279

thereby $4 Million USD was transferred to HILLARY CLINTON. $4 Million USD

was transferred over the wires ensuring PLAINTIFF'S slavery and/or furthering

the RICO Enterprise against PLAINTIFF. This fundraiser was in furtherance of the

RICO Enterprise against PLAINTIFF after having implemented *JAPLAN* against

PLAINTIFF. *Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985) holds that LAURENE

POWELL JOBS can be held liable for RICO purposes as being part of the

association against PLAINTIFF.  HILLARY CLINTON materially benefitted from

the fundraiser. Therefore, LAURENE POWELL JOBS aided and abetted the RICO

Enterprise and became an accessory after the fact, which constitutes, at a

minimum, one or more of the following RICO violations under RICO: section 1341

(relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section

1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to

obstruction of justice), section 1510 (relating to obstruction of criminal

investigations), section 1511 (relating to the obstruction of State or local law

enforcement), section 1512 (relating to tampering with a witness, victim, or an

informant), section 1513 (relating to retaliating against a witness, victim, or an

informant), sections 1581–1592 (relating to peonage, slavery, and trafficking

in persons), sections 1831 and 1832 (relating to economic espionage and theft of

trade secrets), section 1951 (relating to interference with commerce, robbery, or

extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging

in monetary transactions in property derived from specified unlawful activity),

aiding and abetting section 1958 (relating to use of interstate commerce facilities in

280

the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d).

396. APPLE INC. CEO TIM COOK and LISA JACKSON, head of environmental initiatives at APPLE, hosted an event in California around the middle of August 2016 to raise money for Hillary Clinton's presidential campaign. Those invited have reportedly been asked to contribute as much as $50,000.[81] Money was sent over the wires to get HILLARY CLINTON elected as President in 2016 to further the RICO Enterprise against PLAINTIFF. Unknown employees at Apple and/or TIM COOK aided and abetted unknown officers in Indian Intel, CIA, FBI, DOJ, DHS, D.o.D. in tampering with PLAINTIFF electronically by giving them completely unfettered discretion to have access to PLAINTIFF'S laptop and cell phone in violation of 18 USC 1961 Section 1029, deleting evidence from PLAINTIFF'S cell phone that concerned Apple's liability, being an accessory to implementing JAPLAN against PLAINTIFF, and more. *Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985) holds that TIM COOK and APPLE can be held liable for RICO purposes as being part of the association against PLAINTIFF . Therefore, Apple aided and abetted the RICO Enterprise and became accessories after the fact, which constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction

---

[81] https://money.cnn.com/2016/08/23/technology/hillary-clinton-tech-fundraisers/

of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

397.    CEO Marc Benioff, Google (GOOG) raised over $100,000 for HILLARY CLINTON.[82]

398.    This gives a reason why the Northern District of California were so hellbent on trying to prosecute PLAINTIFF because DEFENDANTS like Apple Inc., TIM COOK, Alphabet, et al. were retaliating against him since August 2015, if not sooner. Guests of this fundraiser transferred money over the wires.

399.    The Estate of STEVE JOBS aided and abetted the RICO Enterprise against PLAINTIFF.

---

[82] https://money.cnn.com/2016/08/23/technology/hillary-clinton-tech-fundraisers/

400.    In or around August 15th,  2015, BILL CLINTON, HILLARY CLINTON, American Express CEO KENNETH CHENAULT, and LYNN FORESTER de ROTHSCHILD were in Martha's Vineyard for—allegedly—Vernon Jordan's 80th Birthday Party.  This birthday party was also a fundraiser for HILLARY CLINTON.  This fundraiser was in furtherance of the RICO Enterprise against PLAINTIFF just after having implemented *JAPLAN* against PLAINTIFF.  *Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985) holds that attendees can be held liable for RICO purposes as being part of the association against PLAINTIFF. HILLARY CLINTON materially benefitted from this fundraiser. Therefore, American Express CEO KENNETH CHENAULT, and LYNN FORESTER de ROTHSCHILD aided and abetted the RICO Enterprise and became accessories after the fact, which constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging

283

in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

401. On August 11th, 2016, LYNN FORESTER de ROTHSCHILD threw HILLARY CLINTON a fundraiser in Martha's Vineyard that HILLARY CLINTON, LYNN FORESTER de ROTHSCHILD, and HUMA ABEDIN attended "in which about 30 guests (unknown) had to pay around $100,000 per couple… Lynn is one of Hillary's most fervent supporters."[83] (depending on how this is calculated) a minimum of $1.5 Million USD that was given to HILLARY CLINTON. This fundraiser was in furtherance of the RICO Enterprise against PLAINTIFF after having implemented *JAPLAN* against PLAINTIFF. *Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985) holds that LYNN FORESTER de ROTHSCHILD can be held liable for RICO purposes as being part of the association against PLAINTIFF. HILLARY CLINTON materially benefitted from the fundraiser. Therefore, LYNN FORESTER de ROTHSCHILD aided and abetted the RICO Enterprise and became an accessory after the fact, which constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction

---

[83] https://pagesix.com/2016/08/11/lady-lynn-forester-de-rothschild-throws-hillary-fundraiser/

284

of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d).

402.    PLAINTIFF trusted THAO BUI with his life at one time; if it was an employment contract PLAINTIFF signed, PLAINTIFF has not been paid a dime; PLAINTIFF believes THAO BUI suggested that PLAINTIFF hang for having war crimes committed against him in TOKYO that PLAINTIFF included a screenshot of a facebook post implying such (if it wasn't created by the FBI, CIA, or Russian Intel or Indian Intel to deceive PLAINTIFF); PLAINTIFF told the details of what happened with ANGIE ORTIZ hoping that the torture against PLAINTIFF would stop and having been confined in isolation for so long without proper health care or payment multiple times and against PLAINTIFF'S Constitutional Interests so the pain could stop.

403.   PLAINTIFF never murdered ANGIE ORTIZ nor ever ordered a hit against ANGIE ORTIZ. For all intents and purposes, PLAINTIFF believes that ANGIE ORTIZ is alive as the last time he thought he saw her was in December 2022.

404.   ANGIE ORTIZ committed fraud against PLAINTIFF in which she should not have any responsibility or power over any of PLAINTIFF'S legal rights.

405.   In February or March 2017 (or in Jan or April, May, 2017), PLAINTIFF'S father had a discussion with PLAINTIFF in which he was texting an unknown Chinese individual or HUNTER BIDEN or someone associated with the Government of CHINA or the BIDENS that revolved around PLAINTIFF'S book he wrote in 2016. PLAINTIFF alleges that PLAINTIFF'S father sold PLAINTIFF'S book behind PLAINTIFF'S back in which PLAINTIFF did not receive a single dollar from the proceeds in which PLAINTIFF'S father knew about the book as it was being created, understood the power of it politically in which PLAINTIFF did not want to have it be used politically, and sold it off for greed and power purposes in which PLAINTIFF'S father did not understand what his son wanted to do with the book even though PLAINTIFF expressed it to him regularly when PLAINTIFF got home in December 2016.

406.   On at least August 17th, 2021 at 3:28pm, the following screenshot was my legal understanding of what was on my legal record in terms of misdemeanors, lawsuits, etc. The query was made at the Lake County, Illinois Courthouse in the Clerk's office on that day. As you can see from the screenshot below, the last item

286

the Query found was from 2012. There was nothing concerning any lawsuits, etc. At this time, my residence had been at 3102 N. Maple Tree Ln, Wadsworth, IL. 60083 from at least 01/01/2017—a total of up to 4 years from 2017-2021.

407.    Next, the following issue.  On October 1st, 2019, a lawsuit was commenced against



PLAINTIFF in Baton Rouge, LA by Bank of America. See: Below. The interesting and most relevant fact and issue is the domicile, and yes, it is extremely important part of the information issue today. BANK OF AMERICA alleged PLAINTIFF'S domicile to be at 773 John Henry Dr. Baton Rouge, LA. As PLAINTIFF stated before, the aforementioned address is where PLAINTIFF resided approximately from 10/01/2014 through 05/20/2015. PLAINTIFF never registered to vote here (because PLAINTIFF did not think he could vote in Louisiana), PLAINTIFF never got a driver's license at this address, PLAINTIFF never put bills in his name at this address, PLAINTIFF never owned the home at 773 John Henry, etc. PLAINTIFF had moved to *four different addresses* after moving out in May 2015.

287



| BACK TO PREVIOUS PAGE | | C-688643 BANK OF AMERICA, N.A. VS MILAN M. KOTEVSKI | | Minutes ∨ PURCHASE PDF |
|---|---|---|---|---|
| **Date Filed:** 10/01/2019 | | **Kind:** Civil | | **Division:** 26 |
| **Date Last Active:** 10/08/2020 | | **Cause:** CN-Civil/Petition on Contract | | **Suit Status:** Closed |
| **Judge:** MOORE, RICHARD "CHIP" | | | | |

**CHRONOLOGICAL HISTORY (13)**   PARTIES (2)   ATTORNEYS (1)   MINUTES (0)   COURT EVENTS (0)   DOCUMENT HISTORY (3)   SERVICE RETURNS (1)

| | Date | Type All ∨ | Description | Filed By |
|---|---|---|---|---|
| | 09/10/2020 | Document | Address Cover Page - BRENNAN, PAUL S. | |
| 🔍 | 07/29/2020 | | COVER LETTER | BRENNAN, PAUL S. |
| 🔍 | 07/29/2020 | | DISMISSAL -CV | BRENNAN, PAUL S. |
| 🔍 | 10/28/2019 | Service Return | Intended For: MILAN M. KOTEVSKI Item Served: CIT-CIV 2000 Served How: Due and Diligent | |
| 🔍 | 10/28/2019 | | SERVICE RETURN FEE - MILAN M. KOTEVSKI | BRENNAN, PAUL S. |
| 🔍 | 10/16/2019 | Document | CIT-CIV 2000 - KOTEVSKI, MILAN M. | |
| 🔍 | 10/11/2019 | | COVER LETTER | BRENNAN, PAUL S. |
| 🔍 | 10/11/2019 | | PET-CIV | BRENNAN, PAUL S. |
| 🔍 | 10/11/2019 | | REQUEST ADMISSION OF FACTS-CV | BRENNAN, PAUL S. |
| | 10/01/2019 | Document | FAX RECEIPT - BRENNAN, PAUL S. | |
| 🔍 | 10/01/2019 | | COVER LETTER - Fax Filing | BRENNAN, PAUL S. |
| 🔍 | 10/01/2019 | | PET-CIV - Fax Filing | BRENNAN, PAUL S. |
| 🔍 | 10/01/2019 | | REQUEST ADMISSION OF FACTS-CV - Fax Filing | BRENNAN, PAUL S. |

## RETURN COPY



D2984839

# CITATION

**BANK OF AMERICA, N.A.**
(Plaintiff)

**VS**

**MILAN M. KOTEVSKI**
(Defendant)

TO:   **MILAN M. KOTEVSKI**
**773 JOHN HENRY DR**
**BATON ROUGE, LA 70820-8304**

**NUMBER C-688643   SEC. 26**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

EAST BATON ROUGE PARISH    C-688643
Filed Oct 11, 2019 2:19 PM    26
Deputy Clerk of Court
FAX Received Oct 01, 2019

19TH JUDICIAL DISTRICT COURT FOR EAST BATON ROUGE PARISH

T1904802

STATE OF LOUISIANA

DOCKET:

BANK OF AMERICA, N.A.
VS

MILAN M. KOTEVSKI

**PETITION IN SUIT ON OPEN ACCOUNT**

The petition of Plaintiff, BANK OF AMERICA, N.A., a National Banking Association, as successor-in-interest to FIA CARD SERVICES, N.A. shows:

1.    MILAN M. KOTEVSKI, an individual(s) of the full age of majority domiciled in the Parish of EAST BATON ROUGE PARISH, State of Louisiana.

408.    October 1st, 2019 is precisely 5 years from October 1st, 2014 for statute of limitations purposes. They kept open the lawsuit for nearly a year until approximately July, 29th, 2020. This was long enough for quasi-in-rem jurisdiction. PLAINTIFF doesn't have the paperwork showing his second query at the Lake County, IL County of the Clerk, but under penalty of perjury, PLAINTIFF found out about two lawsuits[84] with his domicile listed at 773 John Henry, Baton Rouge, LA around April 1st, 2023.

409.    PLAINTIFF believes that VALERIE JARRETT impersonated a DISCOVER CARD official in Fall 2016 and threatened PLAINTIFF over the wires in which she

---

[84] The other lawsuit involved Discover Credit Card with the same issue and an actual court judgment that I never received or was made aware of.

told PLAINTIFF to the best of his recollection either: "how you're going to pay for this or how are you going to pay for this (relating to RICO Enterprise #2)."

410.    One of the two lawsuits entered against PLAINTIFF in a Louisiana Court was via DISCOVER CREDIT CARD in which a judgment was entered. PLAINTIFF never received process concerning those two lawsuits, PLAINTIFF was never notified about those two lawsuits, which shows one of two things that are both plausibly true: that there is a fraudulent legal guardian who never informed PLAINTIFF of such things in which *the Chicago Cases* is an ongoing pattern of that RICO Enterprise scheme against PLAINTIFF or unknown DEFENDANTS in the DOJ, DoD, FBI, or CIA corruptly tampered with a judge in the state of Louisiana to rule against PLAINTIFF when that judge had reason to know that PLAINTIFF was never notified of the lawsuit to intentionally create fabricated evidence against PLAINTIFF as being an alleged fraudster in violation of 18 USC 1961 Sections 1503, 1510, 1512, 1513, 1341, 1343.

411.    BANK OF AMERICA was part of the RICO Enterprise against PLAINTIFF in the following way: unknown DEFENDANTS in CIA, DOJ, FBI, or DoD necessarily talked to BANK OF AMERICA and conspired against PLAINTIFF to establish domicile or residence at 773 John Henry because there is no way that BANK OF AMERICA would have utilized the address at 773 John Henry because PLAINTIFF recalls never having used or given the 773 John Henry address to Bank of America (to the best of his ability) and any legitimate search would have yielded two more far more plausible and likely addresses that PLAINTIFF was

residing at: one in Illinois and one in Texas. It is RES IPSA LOQUITOR (a thing that speaks for itself) because 773 John Henry is where DEFENDANTS acquired *JAPLAN* and where a substantial portion of the RICO Enterprise was directed at PLAINTIFF.

412. PLAINTIFF had a BANK OF AMERICA account from at least 2009 until they closed it.

413. PLAINTIFF'S BANK OF AMERICA account was tampered with in which an unknown DEFENDANT in FBI, CIA, GRU, FSB, INDIAN INTEL, SZRU, etc. had access to and/or impersonated PLAINTIFF. It is quite possible the aforementioned DEFENDANTS removed his password from his account completely unbeknownst to PLAINTIFF.

414. BANK OF AMERICA, BRAIN MOYNIHAN, and unknown employees in BANK OF AMERICA conspired with unknown DEFENDANTS in DOJ, FBI, DoD, NSA, or CIA in violation of 18 USC 1962(d) from at least November 2009 to 2020 when the case was dismissed.

415. PLAINTIFF notified BANK OF AMERICA on Twitter of serious privacy issues sometime between 2017-2020. It is highly possible that BANK OF AMERICA retaliated against PLAINTIFF for demonstrating privacy issues and security vulnerabilities and their lapse in security measures, which is part of the RICO Enterprise against PLAINTIFF.

416.    BANK OF AMERICA routinely hands over customer's banking information without a warrant to law enforcement agencies and will cancel accounts based on a person's views on self-defense, politics, etc.

417.    Since BANK of AMERICA and unknown employees at BANK OF AMERICA under the leadership of CEO BRAIN MOYNIHAN is part of the RICO Enterprise against PLAINTIFF and took similar actions in furtherance of the RICO Enterprise against PLAINTIFF, BANK OF AMERICA became an accessory after the fact and aided and abetted the RICO Enterprise thereby having violated: 18 U.S.C. §2422, 18 U.S.C. § 2423, 18 U.S.C §2331, 18 U.S.C §2332b, 18 USC §2331 1(B)(iii) and 5(B)(iii), 18 U.S.C. §1956 (Financing Terrorism), 18 U.S.C.§1961 sections 891–894 (relating to extortionate credit transactions), 18 U.S.C.§1961 section 1029 (relating to fraud and related activity in connection with access devices)(after having hacked into PLAINTIFF'S laptop to ensure *JAPLAN* would happen and access subject at issue's tablet via Section 702, 18 U.S.C.§1961 section 1343 (relating to wire fraud), 18 U.S.C.§1961 section 1351 (relating to fraud in foreign labor contracting),  18 U.S.C.§1961 section 1425 (relating to the procurement of citizenship or nationalization unlawfully), 18 U.S.C.§1961 section 1503 (relating to obstruction of justice), 18 U.S.C.§1961 section 1510 (relating to obstruction of criminal investigations),  18 U.S.C.§1961 section 1511 (relating to the obstruction of State or local law enforcement),  18 U.S.C.§1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 U.S.C.§1961 section 1513 (relating to retaliating against a witness, victim, or an informant), 18 U18 U.S.C.§1961 section

1543 (relating to forgery or false use of passport), 18 U.S.C.§1961 section 1544 (relating to misuse of passport), 18 U.S.C.§1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents), 18 U.S.C.§1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), 118 U.S.C.§1961 section 1951 (relating to interference with commerce, robbery, or extortion), 18 U.S.C.§1961 section 1952 (relating to racketeering), 18 U.S.C.§1961 section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity).

418.    JP MORGAN CHASE BANK, JAMIE DIMON, and unknown employees in JP MORGAN CHASE BANK conspired with unknown DEFENDANTS in DOJ, FBI, DoD, NSA, or CIA in violation of 18 USC 1962(d) from at least March 2011 specifically relating to their funding of United Airlines' engine and issues relating to REBECCA WETHERBEE.

419.    Since JP MORGAN CHASE BANK and unknown employees at JP MORGAN CHASE BANK under the leadership of CEO JAMIE DIMON is part of the RICO Enterprise against PLAINTIFF and took similar actions in furtherance of the RICO Enterprise against PLAINTIFF that related to REBECCA WETHERBEE and other things to be determined, JP MORGAN CHASE BANK became an accessory after the fact and aided and abetted the RICO Enterprise thereby having violated: 18 U.S.C. §2422, 18 U.S.C. § 2423, 18 U.S.C §2331, 18 U.S.C §2332b, 18 USC §2331 1(B)(iii) and 5(B)(iii), 18 U.S.C. §1956 (Financing Terrorism), 18 U.S.C.§1961 sections 891–894 (relating to extortionate credit transactions), 18 U.S.C.§1961

293

section 1029 (relating to fraud and related activity in connection with access devices)(after having hacked into PLAINTIFF'S laptop to ensure *JAPLAN* would happen and access subject at issue's tablet via Section 702, 18 U.S.C.§1961 section 1343 (relating to wire fraud), 18 U.S.C.§1961 section 1351 (relating to fraud in foreign labor contracting),  18 U.S.C.§1961 section 1425 (relating to the procurement of citizenship or nationalization unlawfully), 18 U.S.C.§1961 section 1503 (relating to obstruction of justice), 18 U.S.C.§1961 section 1510 (relating to obstruction of criminal investigations),  18 U.S.C.§1961 section 1511 (relating to the obstruction of State or local law enforcement),  18 U.S.C.§1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 U.S.C.§1961 section 1513 (relating to retaliating against a witness, victim, or an informant), 18 U18 U.S.C.§1961 section 1543 (relating to forgery or false use of passport), 18 U.S.C.§1961 section 1544 (relating to misuse of passport), 18 U.S.C.§1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents), 18 U.S.C.§1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), 118 U.S.C.§1961 section 1951 (relating to interference with commerce, robbery, or extortion), 18 U.S.C.§1961 section 1952 (relating to racketeering), 18 U.S.C.§1961 section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity).

420.   PLAINTIFF understood in 2016 and believes that Louisiana Revised Statutes concerning self-defense allows PLAINTIFF to take any constitutionally, non-violent, appropriate measures he deemed reasonable and necessary to protect

the lives of innocent disabled students (One of PLAINTIFF'S purposes in writing the book was to protect disabled students from being killed by a Department of Education Guidance) and to defend his liberty and Constitutional Rights from further infringement and malicious prosecution by a tyrannical government that allowed war crimes to be committed against an American. That in the concept of self-defense exists the right of the defense of others and the defense of liberty and constitutional rights for one free American ceases to exist in a America if it becomes a tyrannical dictatorship.

421.    Eiichi Hasegawa was hired by BLACKSTONE in 2020 after being SHINZO ABE'S SENIOR ADVISOR in which JOHN J. STUDZINSKI CBE – Vice-Chairman and Senior Managing Director, BLACKSTON attended the *London 2015 Conspiracy Event* which means that Blackstone had a financial interest in getting HILLARY CLINTON elected as President in 2016, participated in the conspiracy against PLAINTIFF in violation of 18 USC 1962(d), hired individuals who were part of the conspiracy via the Japanese Conspiracy Dinner to protect them from lawsuits relating to having materially benefitted from the RICO Enterprise against PLAINTIFF. EEIICHI HASEGAWA and JOHN J. STUDZINKSI knew about the RICO Enterpise against PLAINTIFF between 2015 and 2024 and did nothing to intervene and stop the RICO Enterprise from furthering its goals against PLAINTIFF.  BLACKSTONE materially benefitted by having hired EIICHI HASEGAWA and JOHN J. STUDZINSKI'S whose activities at BLACKSTONE were done in part to materially benefit BLACKSTONE at the expense of

PLAINTIFF. Therefore, BLACKSTONE aided and abetted the RICO Enterprise and became accessories after the fact, which constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors, in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

422.    The Indian Connection to Africa could have happened with: Tanzania and Mauritius.  "Large populations are also found in Mauritius, where they number an estimated 715,000, or 60% of the population, and Reunion, at 220,000 or a third of the population. East Africa is also home to a large number of Diaspora Indians. In

Kenya, people of Indian descent number about 100,000, in Tanzania, they come to about 90,000, and Uganda, 15,000."[85]

423.    PLAINTIFF at no time had any legitimate reason to hate SCOTUS. PLAINTIFF fondly recalls approving when JUSTICES SOTOMAYOR, GORSUCH, and BARRETT were appointed to the Court. PLAINTIFF may have said JUSTICE ALITO looks like a parrot PLAINTIFF'S freshman year at Sewanee in which a Supreme Court Justice shouldn't be offended what a stupid and naïve 18 year old autistic man with developmental delays said as to so prejudice numerous decisions from 2008 to lash out against PLAINTIFF to fuel the fire of a RICO Enterprise against PLAINTIFF;  PLAINTIFF was indifferent to CHIEF JUSTICE JOHN ROBERTS being nominated as CHIEF JUSTICE to the best of PLAINTIFF'S recollection. PLAINTIFF doesn't remember what he thought of JUSTICE KAGAN, who shares the same birthday as PLAINTIFF, thought of her nomination to SCOTUS.

424.    PLAINTIFF'S parents perfectly exploited and made PLAINTIFF their slave as they inherently recognized and deeply understood PLAINTIFF'S intelligence in some respects, autistic traits, and naivete in which they knew how to abuse PLAINTIFF and prevent him from seeking help. PLAINTIFF'S parents knew of PLAINTIFF'S mind and how to use it to their complete advantage and leave PLAINTIFF in a destitute and traumatic state. Anytime PLAINTIFF wanted to sue, they would prevent PLAINTIFF from doing so; PLAINTIFF recalls having been

---

[85] https://www.weforum.org/agenda/2015/06/15-facts-about-the-indian-diaspora-in-africa/

abused by his mother sometime during the time he attended Spaulding School and reported such abuse to his teachers in which PLAINTIFF was scolded for doing so and then PLAINTIFF'S mother routinely told that story to mock PLAINTIFF and make PLAINTIFF out to be a liar. They knew of the medical conditions PLAINTIFF had through the years and denied him money to get treatment when they had it or criticized or berated PLAINTIFF when PLAINTIFF told them the truth about what he was going through and experiencing; PLAINTIFF'S parents told their supervisors in a cartel or Russian intel or Chinese Intel of PLAINTIFF'S legal requests and demands in which they all intentionally ignored PLAINTIFF. Simply, 35 years of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

425.    The vast majority of the following agencies and individuals (a combination thereof) necessarily knew of *JAPLAN* before it was maliciously implemented against PLAINTIFF in Summer 2015: ANDREW MCCABE, PETER STRZOK, FBI, CIA, GINA HASPEL, JOHN BRENNAN, JEH JOHNSON, DHS, DoD, DEA, JAMES COMEY, SHINZO ABE; MICHAEL MORELL; PRIME MINISTER MODI; JUSTICE SAMUEL ALITO; CHIEF JUSTICE JOHN ROBERTS; JAPANESE law enforcement, military, or intelligence; PLAINTIFF'S parents; LYNN FORESTER DE ROTHSCHILD; HILLARY CLINTON; BILL CLINTON; GRU; FSB; Chinese intel or military; South Korean Intel or Military.

426.    ASHTON CARTER, JAMES CLAPPER, SUZY GEORGE; ROSE GOTTEMOELLER, AVRIL HAINES, VALERIE JARRETT, JACOB LEW; DENIS MCDONOUGH, EVAN MEDEIROS, JENNIFER PSAKI, SAMANTHA POWER,

CAROLINE KENNEDY, AMY ROSENBAUM, LISA MONACO, SUSAN RICE, CATHERINE RUSSEL and CHARLES SCHARF all attended the Japanese Conspiracy Dinner on April 28th, 2015 and they all conspired to implement JAPLAN against PLAINTIFF and would aid and abet such endeavors in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) and would materially benefit from the harm to PLAINTIFF.

427.   PLAINTIFF believes that VALERIE JARRETT threatened PLAINTIFF in the Fall of 2016 in which she posed as a worker at Discover Credit Card in which PLAINTIFF recalls her saying "how are you going to pay for that." PLAINTIFF will admit she has balls and PLAINTIFF respects her when she admitted to PLAINTIFF during a Chicago Autism Speaks event that she killed PLAINTIFF'S dreams when PLAINTIFF was volunteering for Autism Speaks sometime within the last five years.

428.   Based on ANDREW MCCABE'S own admission, DoD was listening in to PLAINTIFF in Spring 2015 and along with ASHTON CARTER the Secretary of DEFENSE attending the Japanese Conspiracy Dinner against PLAINTIFF on April 28th, 2015, this gives a factual nexus that DoD knew what was happening to PLAINTIFF in Japan in 2015 and allowed war crimes to happen against PLAINTIFF when *Japlan* was implemented against PLAINTIFF. If the DoD won't protect one of their own, then PLAINTIFF has every right to use the tools they use to protect himself in the future. Time for DoD to have some honor and help PLAINTIFF for once.

299

429.    US Intel and Military, Russian Intel and Military, Indian Intel and Military, all had access to PLAINTIFF'S cell phone in 2015 in which they saw snapchats sent by PLAINTIFF in Summer 2015; as part of their devised plan against PLAINTIFF, the CLINTONS and ROTHSCHILDS had some africans who were integral in child sex trafficking and blackmailing PLAINTIFF in which ANGIE ORTIZ led PLAINTIFF to such africans who were aware of such as to blackmail PLAINTIFF; and PLAINTIFF avers that those africans are connected to the CLINTONS and ROTHCHILDS when they were in AFRICA around PLAINTIFF'S birthday on April 28th, 2015 and the *Japanese Conspiracy Dinner* against PLAINTIFF.

430.    The State Department, FBI, CIA, DOJ, HUNTER BIDEN, and/or Different DEFENDANTS coerced PLAINTIFF to sign documents that PLAINTIFF did not understand what the contents of such contained in or about July 18th, 2015 because of the Clintons' and Rothschilds' blackmail, sexual trafficking of a minor to blackmail PLAINTIFF while PLAINTIFF was in JAPAN in 2015, and forced PLAINTIFF against his will and conscience to be married to a borderline personality suffering whore named ANGIE ORTIZ. Whore because ANGIE ORTIZ presented herself as an adult woman who was in a sugar-daddy relationship with a British man (which meets numerous Rothschilds) and PLAINTIFF cannot understand the difference between a whore and a woman in a sugar-daddy relationship because there is none. ANGIE ORTIZ, PLAINTIFF will give the Court and her, is intelligent, but she suffers from compulsive lying and PLAINTIFF would never marry or trust a lying whore because there is no trust and no love.

PLAINTIFF would never be married to a woman where PLAINTIFF is in a cuck relationship or open marriage relationship.

431.    BILL CLINTON & LYNN FORESTER DE ROTHSCHILD IN KENYA May 3rd, 2015; they continued to conspire against PLAINTIFF in violation of 18 USC 1962(d).

432.    When talking about BILL CLINTON, LYNN FORESTER DE ROTHSCHILD said: "The programs are possible only because of the partners and donors from around the world who support them. I traveled with wonderful people to Africa. **We have become a kind of band of brothers and sisters by this point.** The people whose lives have been changed for the better because of the Clinton Foundation filled all of us, from the donors to the staff, with the same humility and determination to do more to keep the work going and to keep producing results."[86] Part of their work and results included blackmailing PLAINTIFF on purpose in Japan in 2015. This shows the extreme closeness between LYNN FORESTER de ROTHSCHILD and the CLINTONS and the likelihood of them conspiring and working together to further the RICO Enterprise against PLAINTIFF in Japan in Summer 2015.

433.    Furthermore, PLAINTIFF believes that JEFFREY EPSTEIN, LYNN FORESTER DE ROTHSCHILD, BILL CLINTON, and HILLARY CLINTON all had a role in *JAPLAN* and this website firmly establishes the connections between all four of them https://steemit.com/lynndeforsterrothschild/@artistiquejewels/lynn-de-

---

[86] https://www.huffpost.com/entry/back-from-africa-with-eyes-wide-open_b_7438836

rothschild-friend-to-hillary-lynn-s-dad-owner-of-general-aviation-company-that-became-meridian-where-her-nephew-is-ceo. PLAINTIFF included a copy of all the information in Exhibit A.

434. LYNN FORESTER de ROTHSCHILD received proceeds from the RICO Enterprise from their accounts at any one of the ROTHSCHILD'S Banks PLAINTIFF listed as a DEFENDANT from Spring 2015 through the time of filing this case.

435. BILL CLINTON & HILLARY CLINTON received proceeds from the RICO Enterprise from their accounts at any one of the ROTHSCHILD'S Banks PLAINTIFF listed as a DEFENDANT, Qatar Bank XX, and/or JP Morgan Chase Bank or at some unknown bank located in Switzerland from at least August 2010 through the time of filing this case.

436. In Doha on October 24th, 2022, The Amir Sheikh Tamim bin Hamad Al Thani received, in his office at the Amiri Diwan Monday morning, Jamie Dimon, Chairman and CEO of JPMorgan Chase & Co. and the accompanying delegation, who called on the Amir to greet on the occasion of his visit to the country.

437. Jan 13th, 2011, JP MORGAN CHASE BANK received approval by the Qatari Government to open a branch in Qatar; [87] this took place exactly around the same time of the incidents involving PLAINTIFF in London and REBECCA WETHERBEE.

---

[87] https://www.qfcra.com/en-us/MediaCentre/PressReleases/2011_RA_02_JPMorgan_Chase_Bank_EN_FINAL.pdf

302

438.    DENNIS MUILENBURG was the CEO of BOEING Inc. around the sametime of the Japanese Conspiracy Dinner in 2015 in which BOEING materially would benefit from implementing *JAPLAN* against PLAINTIFF.

439.    JAMES MCNERNEY was the CEO of BOEING Inc in which he oversaw the deals of SpiceJET, JET AIRWAYS, BRITISH AIRWAYS, and QATAR AIRWAYS from 2010 through 2013 and was a material actor that aided and abetted the RICO Enterprise and materially benefitted from the RICO Enterprise against PLAINTIFF in violation of in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C)

440.    DAVE CALHOUN was a director at BOEING Inc in which he oversaw the deals of SpiceJET, JET AIRWAYS, BRITISH AIRWAYS, and QATAR AIRWAYS from 2010 through 2013 and was a material actor that aided and abetted the RICO Enterprise and materially benefitted from the RICO Enterprise against PLAINTIFF in violation of in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

441.    STEPHANIE POPE, the PRESIDENT and CEO of BOEING'S Commerical Aviation Section, knew of PLAINTIFF'S Complaint and PLAINTIFF'S compensation owed to PLAINTIFF and BOEING and STEPHANIE POPE have not responded to PLAINTIFF'S complaint despite having knowledge of such and therefore aided and abetted the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

442.   THEODORE COLBERT III, a director at Boeing Inc., knows of PLAINTIFF and his complaint and he failed to respond to PLAINTIFF and therefore aided and abetted the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

443.   JAMES A. BELL, the CFO of BOEING and Corporate President of BOEING from 2010 through 2011 in which at least the SpiceJET and QATAR AIRWAYS deals took place was a material actor that aided and abetted the RICO Enterprise and materially benefitted from the RICO Enterprise against PLAINTIFF in violation of in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

444.   In October 2015, JAMES A. BELL joined the Board of Directors of Apple Inc and was a member of the Board of Directors at JP Morgan Chase Bank at the time of joining Apple. Apple Inc materially benefitted from the RICO Enteprise against PLAINTIFF from 2010 through present. Therefore, JP Morgan Chase Bank, Apple Inc., and BOEING Inc. all materially benefitted from the RICO Enterprise against PLAINTIFF in which JAMES A. BELL made decisions to further the aims of the RICO Enterprise against PLAINTIFF at his time at BOEING, JP Morgan Chase Bank, and Apple Inc between 2010 through 2016 in violation of in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C).

445.   ERIC SCHMIDT and Alphabet Inc. aided and abetted the RICO Enterprise when he knew that PLAINTIFF could find information and evidence in regard to both RICO Enterprise #1 and RICO Enterprise #2 and intentionally told his

employees to hide evidence in regards to both RICO Enterprise #1 and RICO Enterprise #2 by making pages containing the evidence not appear on searches or be so far down ranked that no one could reasonably find the information in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

446.   JOHN BRENNAN knew of *JAPLAN* taking place against PLAINTIFF in Summer of 2015, would later falsely portray PLAINTIFF as an instigator and a bad man for having war-crimes committed against him under his watch, and specifically did nothing to stop *JAPLAN* because either he was told not to intervene by SUSAN RICE or had such a profound hatred of PLAINTIFF because PLAINTIFF was an autistic orthodox Christian libertarian man in violation of PLAINTIFF'S First Amendment and Title VI rights in which JOHN BRENNAN maliciously associated religious individuals and libertarians in the same category of terrorists when he said: "I know looking forward that the members of the Biden team, who have been nominated or have been appointed, are now moving in laser-like fashion to try to uncover as much as they can about what looks very similar to insurgency movements that we've seen overseas. Where they germinate in different parts of the country, and they gain strength, and it brings together an unholy alliance, frequently, of religious extremists, authoritarians, fascists, bigots, racists, nativists — even libertarians."  PLAINTIFF at one time recalls talking about some sort of unholy alliance with WARWICK ALLEN in SPRING 2015 and talked about laser focus in regards to RICO Enterprise #2. This necessarily shows that JOHN

BRENNAN received information about PLAINTIFF in Spring 2015 that necessarily included details of *JAPLAN*.

447.   LYNN DE FORESTER ROTHSCHILD and the Estate of Sir Evelyn ROTHSCHILD being a key and material leaders in the RICO Enterprise against PLAINTIFF in 2015 having materially benefitted from the RICO Enterprise against PLAINTIFF through corruption in India and *JAPLAN* deposited material proceeds over the wires or mail from the RICO Enterprise in one or more of the following ROTHSCHILD and/or JP MORGAN CHASE institutions:  ROTHSCHILD HOLDINGS,  ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH; ROTHSCHILD & Co Wealth Management (Europe) S.A;  ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc;  FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A;

448.   LYNN DE FORESTER ROTHSCHILD having utilized one or more of the following institutions in the course of the RICO Enterprise against PLAINTIFF in between 2011 through 2016: ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD &

SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS

LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co

Vermögensverwaltung GmbH;  ROTHSCHILD & Co Wealth Management (Europe)

S.A;  ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank

AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited;

ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management

US Inc;  FIVE ARROWS MANAGERS North America LLC; J.P Morgan India

Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A thereby

constituting at a minimum, one or more of the following RICO violations under

RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud),

section 1344, section 1351 (relating to fraud in foreign labor contracting), , section

1503 (relating to obstruction of justice), section 1510 (relating to obstruction of

criminal investigations), section 1511 (relating to the obstruction of State or local

law enforcement), section 1512 (relating to tampering with a witness, victim, or an

informant), section 1513 (relating to retaliating against a witness, victim, or an

informant), sections 1581–1592 (relating to peonage, slavery, and trafficking

in persons), sections 1831 and 1832 (relating to economic espionage and theft of

trade secrets), section 1951 (relating to interference with commerce, robbery, or

extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging

in monetary transactions in property derived from specified unlawful activity),

aiding and abetting section 1958 (relating to use of interstate commerce facilities in

the commission of murder-for-hire), aiding and abetting the sexual exploitation and

307

trafficking of minors in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d).

449.    LYNN DE FORESTER ROTHSCHILD and the Estate of SIR EVELYN ROTHSCHILD had or have bank accounts in one or more of the following institutions: ROTHSCHILD HOLDINGS, ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH;  ROTHSCHILD & Co Wealth Management (Europe) S.A;  ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc;  FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A in violation of  18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking

308

in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

450.    One or more of the following institutions materially benefitted from having LYNN FORESTER DE ROTHSCHILD and the ESTATE OF SIR EVELYN ROTHSCHILD as managers, partners, or being part of the management of them and utilizers of their bank and services from the RICO Enterprise against PLAINTIFF in which the following obtained material benefits or transmitted money over the wires to further the purposes of the RICO Enterprise against PLAINTIFF from 2011 through 2016:  ROTHSCHILDS HOLDINGS, ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH;  ROTHSCHILD & Co Wealth Management (Europe) S.A;  ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc;  FIVE ARROWS MANAGERS North America LLC; J.P Morgan India

Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

451.    The Kingdom of Qatar materially benefitted from utilizing or having one or more of the following institutions in their country in which they gained material benefits from the RICO Enterprise against PLAINTIFF: ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD &

Co Vermögensverwaltung GmbH;  ROTHSCHILD & Co Wealth Management (Europe) S.A;  ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc;  FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A in violation of  18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

452.   The Republic of India materially benefitted from utilizing or having one or more of the following institutions in their country in which they gained material benefits from the RICO Enterprise against PLAINTIFF from 2010 through 2016 in which money was transferred over the wires: ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH;  ROTHSCHILD & Co Wealth Management (Europe) S.A;  ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc;  FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A in violation of  18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of

312

trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

453.    The Commonwealth of the United Kingdom (The United Kingdom Government) materially benefitted from utilizing or having one or more of the following institutions in their country in which they gained material benefits from the RICO Enterprise against PLAINTIFF from 2010 through 2016 in which money was transferred over the wires: ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH;  ROTHSCHILD & Co Wealth Management (Europe) S.A;  ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc;  FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A in violation of  18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not

313

the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

454.    Therefore, if the United States government and Serbian Government pays any more into any debt held by the ROTHSCHILDS and/or one of the following: ROTHSCHILDS HOLDING, ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH;  ROTHSCHILD & Co Wealth Management (Europe) S.A;  ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited;

314

ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc;  FIVE ARROWS MANAGERS North America LLC, they would be paying into a RICO Enterprise in which those instituitons would materially benefit from the RICO Enterprise against PLAINTIFF. Therefore, any debt owed to the ROTHSCHILDS must be declared null and void.

455.    Therefore, under 18 USC 1963, certain property owned or held by the Estate of Sir EVELYN ROTHSCHILD and LYNN FORESTER DE ROTHSCHILD, ROTHSCHILD HOLDINGS, ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH;  ROTHSCHILD & Co Wealth Management (Europe) S.A;  ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc;  FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A, are subject to disgorgement. PLAINTIFF will be notified of properties owned by the previous institutions and PLAINTIFF will take some of those (not more than 4 different ones) at his discretion.

456.    PLAINTIFF has come across videos by former FBI agent who retired in 1979 and a former CIA operative (presuming these are not deepfakes) on instagram

315

who have provided recorded testimony that the ROTHSCHILDS and the United States Government are so intertwined as well as the ROTHSCHILDS and the UN in which according to the FBI and CIA files and documents available to them, they may agree with the stipulation that the ROTHSCHILDS have more power and control over US Politics than CONGRESS and many Executive and Judicial Branch officials and judges. In those testimonies, the FBI and CIA refer to the ROTHSCHILDS in the same manner that PLAINTIFF has described them over the course of this litigation so any alleged drafting errors are inapplicable because there is a Federal Government agreement already in place that show a common understanding of who is included in the ROTHSCHILDS. PLAINTIFF autistically doesn't understand how anything that has happened to him over the last 20 months

457.    Intel Inc., Visa Inc.,  and MGM International Resorts Inc. materially benefitted from the RICO Enterprise against PLAINTIFF via the *Japanese Conspiracy Dinner* against PLAINTIFF on April 28th, 2015 in violation of  18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an

316

informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342. PLAINTIFF will determine on a later date what services and products he demands as payment from Intel Inc. and Visa Inc.

458.    The Japanese government materially benefitted from the RICO Enterprise against PLAINTIFF via the JAPANESE DEFENDANTS that attended the *Japanese Conspiracy Dinner* against PLAINTIFF and allowed the war crimes committed by ANGIE ORTIZ to take place without interference in which they gained material benefits from the RICO Enterprise against PLAINTIFF in violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking

317

in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

459.    The Qatari government materially benefitted from the RICO Enterprise against PLAINTIFF in violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC

318

1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF. During the aforementioned time period, they materially benefitted from the RICO Enterprise against PLAINTIFF in which they: 1) are still receiving material benefits and/or were paid by unknown D.o.D, CIA, and WHITE HOUSE via the United States Treasury Department for perpetuating the RICO Enterprise against PLAINTIFF whether as a principal or aiding and abetting the RICO Enterprise,

460.    The Russian government, GRU, Vladimir Putin, and FSB, all materially benefitted from the RICO Enterprise against PLAINTIFF in violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or

319

extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

461.    The British government (the Commonwealth of the United Kingdom) materially benefitted from the RICO Enterprise against PLAINTIFF in violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

320

462.    The Chinese government materially benefitted from the RICO Enterprise against PLAINTIFF in violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

463.    PLAINTIFF'S soul is PLAINTIFF'S and God's property and the United States Government through their actors listed as DEFENDANTS unconstitutionally damaged, broke, and tainted PLAINTIFF'S soul that constitutes a taking under the 5th Amendment.

464.    PLAINTIFF'S soul is PLAINTIFF'S and God's property and the Russian Government, Vladimir Putin, unknown DEFENDANTS in FSB/GRU violated

PLAINTIFF'S soul and damaged it in the course of the RICO Enterprise against PLAINTIFF in violation of 18 USC 1961, PLAINTIFF'S 1st Amendment Rights, 5th Amendment Rights, the Geneva Convention, Convention on the Rights of Persons with Disabilities.

465. PLAINTIFF'S soul is PLAINTIFF'S and God's property and the State of India, Prime Minister Modi, SpiceJET, former Prime Minister Singh, and unknown individuals in Indian Intel violated it and damaged it in the course of the RICO Enterprise against PLAINTIFF in violation of 18 USC 1961, PLAINTIFF'S 1st Amendment Rights, 5th Amendment Rights, the Geneva Convention, Convention on the Rights of Persons with Disabilities.

466. PLAINTIFF'S soul is PLAINTIFF'S and God's property and QIA, HBJ, Al-Baker, the Emir of Qatar, and the Kingdom of Qatar, violated it and damaged it in the course of the RICO Enterprise against PLAINTIFF in violation of 18 USC 1961, PLAINTIFF'S 1st Amendment Rights, 5th Amendment Rights, the Geneva Convention, Convention on the Rights of Persons with Disabilities.

467. PLAINTIFF'S soul is PLAINTIFF'S and God's property and the Japanese Government XX violated it and damaged it in the course of the RICO Enterprise against PLAINTIFF in violation of 18 USC 1961, PLAINTIFF'S 1st Amendment Rights, 5th Amendment Rights, the Geneva Convention, Convention on the Rights of Persons with Disabilities.

322

468.   PLAINTIFF'S soul is PLAINTIFF'S and God's property and the Chinese Government, and MSS violated it and damaged it in the course of the RICO Enterprise against PLAINTIFF

# SECTION IV: DISHONOR.

469.    PLAINTIFF'S Section of *DISHONOR* is sufficiently different and distinct from the times he included the same certain material from such in the *Chicago Cases* and the *Louisiana Cases* that Res Judicata cannot be corruptly argued by DEFENDANTS. Furthermore, Res Judicata cannot be argued if the Court intentionally and corruptly failed to rule when they should have ruled in the first place because that is not actually adjudicating the case.

470.    *The core issues throughout Corrupt Cases is Due Process, RICO, Free Speech, and Timing.* PETITIONER necessarily makes the claim that when a judge violates RICO through the bench, it is a substantive DUE PROCESS violation as well. SCOTUS in County of *Sacramento v. Lewis,* 523 U.S. 833 (1998) provides a summary of Due Process claims: "Protection against governmental arbitrariness is the core of due process, **e. g., Hurtado** v. **California,** 110 U. S. 516, 527, including substantive due process, see, **e. g., Daniels** v. **Williams,** 474 U. S. 327, 331, but only the most egregious executive action can be said to be "arbitrary" in the constitutional sense, **e. g., Collins** v. **Harker Heights,** 503 U. S. 115, 129; the cognizable level of executive abuse of power is that which shocks the conscience, **e. g., id.,** at 128; **Rochin** v. **California,** 342 U. S. 165, 172-173. The conscience-shocking concept points clearly away from liability, or clearly toward it, only at the ends of the tort law's culpability spectrum: …while conduct deliberately intended to injure in some way unjustifiable by any government interest is the sort of official

324

action most likely to rise to the conscience shocking level….The Court has recognized that deliberate indifference is egregious enough to state a substantive due process claim in one context, that of deliberate indifference to the medical needs of pretrial detainees, see **City of Revere** v. **Massachusetts Gen. Hospital,** 463 U. S. 239,244; cf. **Estelle** v. **Gamble,** 429 U. S. 97, 104, but rules of due process are not subject to mechanical application in unfamiliar territory, and the need to preserve the constitutional proportions of substantive due process demands an exact analysis of context and circumstances before deliberate indifference is condemned as conscience shocking, cf. **Betts** v. **Brady,** 316 U. S. 455, 462."

471.    All the District Court judges and magistrate judges in the Corrupt Cases were intentionally blind to PLAINTIFF'S claims so that there would be nothing remotely conceivable to the actual issues in the case on appeal that PLAINTIFF could appeal to thereby being a form of judicial censorship, suppression of free speech, and intentional obstruction of justice because the natural and probable consequence of devising a scheme where the merits of a case are not heard on appeal does in fact obstruct justice.

472.    On the previous paragraph alone, all the district court and magistrate judges in the Corrupt Cases obstructed justice in violation of 18 USC 1961 Section 1503 each time they issued a ruling that PLAINTIFF could appeal between December 27th, 2023 to the present moment, which is more than 20 different counts.

473.    One of the reasons why there was a suppression of speech is because PLAINTIFF was reasonably critical based on facts of the conduct of certain judges.

325

PLAINTIFF wasn't abusive telling judges that a particular judge slept with his mother (See: Hustler and Jerry Falwell case), using slurs in order to intentionally demean, etc. PLAINTIFF understands those type justifiable suppressions of speech; but this was different. If PLAINTIFF'S allegations were false, the Court would have taken so little time in striking down the actually abusive falsities and slurs, but NONE of the at least 5 different US District Courts and 4 different US Federal Courts of Appeals took that action. The actions they did take was to censor legitimate reasonable legal criticism through hiding it and attacking PLAINTIFF'S character—so they do know how to attack character or see an attack on character; Magistrate Judge OBERG and Magistrate Judge BOURGEOIS JR were magnifique in attacking PLAINTIFF'S character or the fact he was disabled (OBERG).

474.    As PLAINTIFF ardently argued, Judge JENKINS retaliated on the basis of PLAINTIFF"S exercise of Free Speech which constituted an undue taking under the 5th Amendment. For the full argument, See: SCOTUS PETITION.

475.    Therefore, all the judges in the Corrupt Cases violated PLAINTIFF'S 1st Amendment Rights.

476.    Between at least 2008 and 2024, the FISA Court was surveilling PLAINTIFF unconstitutionally. One or more of the following FISA Court Judges ANTHONY J. TRENGA, TIMOTHY D. DeGIUSTI, JOAN ERICKSEN, KARIN IMMERGUT, KENNETH KARAS, SARA LIOI, AMIT MEHTA, CARL NICHOLS, GEORGE SINGAL, JOHN THARP, and former FISA judges ANNE CONWAY, GEORGE KAZEN, COLLEN KOLLAR-KOTELLY, JOHN BATES, ROGER VINSON,

FREDERICK SCULLIN,  MALCOM HOWARD, DEE BENSON,  MARY

MCLAUGHLIN, JAMES ZAGEL, THOMAS HOGAN, JOHN ROBERTS,

ROSEMARY M. COLLYER, RAYMOND DEARIE, CLAIRE EAGAN, JAMES

BOASBERG, MARTIN FELDMAN, THOMAS HOGAN, JAMES JONES,

MICHAEL MOSMAN, THOMAS RUSSELL, DENNIS SAYLOR, conspired with

unknown employees in the DOJ, WHITE HOUSE, FBI, D.o.D, and/or CIA, had

knowledge of and were aware of the acts of domestic and international terrorism

undertaken against PLAINTIFF in 2011 and *JAPLAN*, how PLAINTIFF was a

slave to DEFENDANTS for more than 15 years, furthered the RICO Enterprise

against PLAINTIFF, aided and abetted the RICO Enterprise, gained material

benefits from the RICO Enterprise against PLAINTIFF in which they were paid to

make decisions that were adverse to PLAINTIFF'S constitutional rights, were

accessories after the fact, allowed unknown DEFENDANTS to retaliate and tamper

with PLAINTIFF, and necessarily knew how war crimes and torture were being

committed against PLAINTIFF in 2015, in which one or more of the aforementioned

FISA judges violated at least one or more of the following : 18 U.S. Code § 2234 -

Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant

procured maliciously; 18 U.S. Code § 2236 - Searches without warrant; in which he

violated at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18

USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503

(relating to obstruction of justice), section 1510 (relating to obstruction of criminal

investigations), section 1511 (relating to the obstruction of State or local law

327

enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF. During the aforementioned time period, she materially benefitted from the RICO Enterprise against PLAINTIFF in which she: 1) is still receiving retirement benefits, 2) regularly received paychecks and benefits at work, due in part, for perpetuating the RICO Enterprise against PLAINTIFF whether as a principal actor or aiding and abetting the RICO Enterprise, and/or 3) received promotions at work, due in part, to being a principal actor or having aided and abetted the RICO Enterprise against PLAINTIFF.

477.    PLAINTIFF visited the FISA Court in on June 22nd, 2020 to gather evidence and have access to the Court that unconstitutionally ruled against him for years that enabled a RICO Enterprise to perpetuated against PLAINTIFF.

478.    When PLAINTIFF visited the FISA Court in Washington D.C in which PLAINTIFF wanted to learn of the name of the attorney that represented him, to see the evidence utilized against him, learn the names of the witnesses that testified against PLAINTIFF so PLAINTIFF could sue them and cross examine them, and vindicate more of PLAINTIFF'S Constitutional Rights, in violation of Tennessee v. Lane, autistic disabled American PLAINTIFF was denied access to a Court on American soil that ruled against him that PLAINTIFF that violated PLAINTIFF'S Constitutional Rights in which PLAINTIFF had received no notice of any of the proceedings against him thereby perpetuating fraud and the RICO Enterprise against PLAINTIFF.

479.    *United States v. Kozminski*, 487 U.S. 931 (1988) held that "for purposes of criminal prosecution under 18 U.S.C. §241 or 18 U.S.C. §1584, the term "involuntary servitude" necessarily means a condition of servitude in which the victim is forced to work **for the defendant by the use** or threat **of physical restraint** or physical injury **or by the use or threat of coercion through law or the legal process.**

480.    PLAINTIFF wants to start off the *Chicago Cases* section with a lesson that should have been glaringly obvious from the *Louisiana Court and Utah Court's* perspective. In truly 12 US Federal Judges comically bizarre hatred and contempt

of PETITIONER, they hated PETITIONER so much they shot themselves in their foot and are responsible for having sent themselves to jail for violating RICO and forgetting the importance of what it means to be a Judge in the United States. The actual corruption in the Chicago Cases did not start until either January 2nd 2024 or on January 15th, 2024. PETITIONER will say it started on January 2nd, 2024 because part of the 18 USC 1962(D) conspiracy that necessarily implicates obstruction of justice is intentionally changing the judges by the former Chief Judge of the Northern District of Illinois whose ruling on 01/23/2024 along with Judge JENKINS multiple rulings since at least 01/09/2024 started the avalanche and fury of the most outrageous spectacle of corruption America has ever seen or experienced from the Court.

481.   *The Chicago Cases Summarized:* on October 20th, 2023, PLAINTIFF gave to the DOJ a copy what is referred to as Attachment A from PLAINTIFF'S Complaint that was filed on December 27th, 2023 in the Northern District of Illinois. REBECCA PALLMEYER and/or other DEFENDANTS in the White House and/or DOJ corruptly knew that JUDGE DURKIN would have been uncorrupt, constitutionally unbiased, and they concocted a scheme to get JUDGE DURKIN off the case and intentionally replace him with JUDGE JENKINS in order to corruptly rule adversely against PLAINTIFF at every opportunity she could have against PLAINTIFF'S Constitutional Rights and RICO in PLAINTIFF'S case in violation of 18 USC 1962(D), 18 USC 1962(C), 18 USC 1962(B), and 18 USC 1962(A). PLAINTIFF utilized a basic form (civil rights complaint) provided for by the

330

Northern District of Illinois Court and JUDGE JENKINS not recognizing the corrupt stupidity of her decision decided to personally attack an historical analogy to discredit PLAINTIFF and treated Exhibit A as part of the complaint (and thereby ruled Exhibit A made up part of the total complaint) made a ruling that the Northern District of Illinois' own form did not comply with their own rules and regulations. Court Judge JENKINS treated Exhibit A from PLAINTIFF'S Complaint as a Complaint in and of itself--numerous issues arouse from such; since JUDGE JENKINS either corruptly or negligently treated *Attachment A* as a complaint, that means the DOJ did too and that means they were properly served and failed to respond in time; Then PLAINTIFF appealed 60B Motions and a Rule 55 Motion in response to such. Throughout the entirety of the *Chicago Cases*, every single decision, separately and jointly, coming from JUDGE JENKINS and CHIEF JUDGE REBECCA PALLMEYER in response to all of PLAINTIFF'S Motions were in violation of PLAINTIFF'S Constitutional Rights and RICO. JUDGE REBECCA PALLMEYER violated 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) when she filed and submitted to the Court *In Re: Milan Michael Kotevski*, 24cv556, N.D. Illinois, 2024[88] in which she necessarily violated one or more or a combination of the following in 18 USC 1961 sections 891–894 (relating to extortionate credit transactions), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the

---

[88] https://dockets.justia.com/docket/illinois/ilndce/1:2024cv00556/454415

331

obstruction of <u>State</u> or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).[89]  Due to the RICO violations, Free Speech Retaliation, Disability Retalation, Due Process, and Religious Retaliation against PLAINTIFF'S Constitutional Rights, and different Constitutional Rights violations by JUDGE JENKINS in the *Chicago Cases*, PLAINTIFF appealed to the 7th Circuit Court of Appeals and the 3 panel decision of WOODS, PRYOR, and JACKSON-AKIWUMI was corruptly decided in which they knew of the RICO violations that had occurred in all of the District Court Decisions in the *Chicago Cases*, which means that they get no judicial immunity. There is no judicial immunity for improperly deciding Writ of Mandamus cases, which is especially true when the decision is based on fraud and corruption. The change in initial District Court Judge and the intentional selection of the Panel was a corrupt decision facilitated by CHIEF JUDGE DIANE SYKES in violation of RICO. PLAINTIFF appealed to the 7th CIRCUIT COURT OF APPEALS EN BANC in which 8 unknown judges that knew of the RICO and Constitutional violations that occurred in the Panel Decisions and the District Court decisions denied an EN BANC hearing with no reason as to why it was denied. The entire time, PLAINTIFF is proceeding Pro-Se and as a slave after having been tortured for years in which the Courts knew of PLAINTIFF'S declining cognitive capacity and no money to bring such a lawsuit.

---

[89] PLAINTIFF is not including other violations of 18USC1961 that the decision necessarily and materially aided and abetted the RICO Enterprise.

482.    Factual history first. PETITIONER filed his *Chicago Cases* Complaint on December 27th, 2023 by using a form that the Northern District of Illinois Court itself provided for Pro-Se litigatants entitled: "***Complaint*** For Violation of Constitutional Rights"[90] that was in use since May 2010 from what PETITIONER can determine in which that Complaint was in use for nearly 14 years in which PETITIONER on information and belief believes this is the first time a Court declared that its own form that was in use for more than a decade did not comport with the Federal Rules of Civil Procedures in which that form has numbered paragraphs. The totality of PETITIONER'S submission to the Court included the Pro-Se litigants form that the Northern District of Illinois calls a Complaint and what PETITIONER calls Attachment A that provides all the facts, case citations, and legal arguments to the allegations PETITIONER made in the numbered paragraphs in which PETITIONER wrote in those numbered paragraphs in the form that served as a Complaint: "See: Attachment A." There was nothing stopping DEFENDANTS from having read a numbered paragraph in the form that served as a Complaint that said: See Attachment A and still denying that numbered paragraph BUT YET STILL BEING INFORMED OF THE ALLEGATIONS AGAINST THEM. *It is denying the numbered paragraph at issue and not the contents and allegations made in Attachment A*. The form the Northern District of Illinois court provided was nowhere big enough or amendable enough to factually incorporate the RICO Enterprise that would have passed a Fed R. Civ P. Rule 9b motion so PETITIONER used what was available to

---

[90]https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_ProSe/Civil%20rights%20complaintnonp risoner.pdf

him. So the Content of Attachment A was included in the Complaint via the form the Northern District of Illinois provided that makes having included Attachment A perfectly in that gray zone of the fact that some of the Federal Rules of Civil Procedure doesn't apply to content (like numbered Paragraphs) contained in the Attachment but it is still incorporated in the form the Northern District of Illinois said can serve as a valid legal *Complaint* nonetheless. Having been tortured and enslaved through the RICO Enterprise for nearly 8 years and in order to comply with the Federal Rules of Civil Procedure, PETITIONER didn't have the money, health, or legal capability to perfectly draft Attachment A with the Federal Rules of Civil Procedure. Why? PETITIONER could not have made Attachment A comport with the Federal Rules of Civil Procedure anyway because of DEFENDANTS' fraudulent concealment of material facts that would have been included in a numbered paragraph had PETITIONER known those facts in the prior 8 years and even after doing the most reasonable due diligence by visiting the CIA, DOJ, FBI, State Department, and FISA Court in person in 2020. Furthermore, PETITIONER was of the complete assumption and seriously believed that the Court would try to dismiss PETITIONER'S case on some technicality in the Federal Rules of Civil Procedure regarding PETITIONER'S drafting because PETITIONER knows that legal drafting is a weakness of PETITIONER'S because he was diagnosed with a writing disability; but more importantly, PETITIONER foresaw the very distinct and real corrupt tactic DEFENDANTS were going to utilize as as a factual reality in which the only way the Court protecting DEFENDANTS and enabling the RICO Enterprise to continue

334

against PETITIONER would be one where they would have to get rid of the case on some drafting technicality because the merits, thoroughness of the legal content and factual allegations contained in Attachment A was so damning to the RICO Enterprise in the first place . That is why, as DEFENDANTS and the COURT proved PETITIONER completely correct, the actual content of Attachment A never appeared nor was it ever meaningfully addressed in the *Chicago Cases, Louisiana Cases, and Utah Cases*. With all of that in mind, PETITIONER had to find a way of including Attachment A in the form the Northern District of Illinois themselves provided on the belief that it comported with all rules of Federal Civil Procedure because why the fuck would a Court provide a form that doesn't adhere to the Federal Rules of Civil Procedure for a Pro-Se Litigant to use in the first place?

483. PLAINTIFF wrote to JUDGE JENKINS on 01/10/2024 that discussed the following: Dear Honorable Judge Jenkins, I know you are going to read this because this case is far too important for you not to. When I was in law school, one of the only concepts that at least stuck out in my mind in Civil Procedure was the phrase "traditional notions of fair play and substantial justice." Do you remember this phrase? You should since you're a judge. You criticized my decision to include an illustrative example of me providing a way to describe a case if it were to happen in the 1800s. So I'm going to continue that theme because it is the only factual time period within the last 200 years of American history (i.e. thereby making it a traditional issue since traditions take place over the years) that is analogous to the situation at hand. Imagine you as a black woman hearing a case about a free black

autistic man that managed to somehow escape the horrors in the Reconstruction south after being forced to be a slave for more than 15 years. His masters forced him to work & degraded him emotionally, psychologically, physically, and spiritually through the years. You read all the facts of how the most powerful people did those things to him and no lawyers wanted to help or represent him because of the powerful people at issue. You know that the man is completely broke and poverty stricken and you still denied him IFP? **This black free autistic man believed in the law and believed that concepts of "traditional notions of fair play and substantial justice" actual have legal meaning.** Would you kick him out of court?  Don't lie to me because I know you wouldn't kick him out of court or you would most definitely appoint someone to him; but you are attempting to kick me out of court knowing full well that I don't have the time and resources to completely adhere to FRCP Rule 8 and Rule 10 because of the complexity of the case and the wanton and intentional malicious actions by DEFENDANTS preventing me from ascertaining who some of them are so I could properly include them and follow FRCP. So if you sympathize and empathize with my example and don't sympathize with me, **then it must be on the basis of my nationality/race/religion, disability status, or you're aiding and abetting a RICO Enterprise**. **You know I'm disabled so why don't you have someone help me?  Why don't you appoint your former colleagues at the DOJ to represent me?** That is within your discretion, is it not? Imagine some integrity in the system. I can only dream of that being a reality in a country governed by laws and the constitution and not one

of political patronage and corruption. <u>Since you're a judge, it must mean that you have honor. Tell me something your honor, did any of the DEFENDANTS talk to you in chambers about the case? So what is the difference between them doing that (which no doubt they did) and me writing letters? Is it because of the fact that there is physical proof of what I wrote and not physical proof of what they said to you in secret? That's fair.</u>[91] That's fair. If <u>they can communicate with the court, why can't I?</u> That seems like an appalling unequal standard and a demonstrably proven fact of it being a two-tiered justice system. Why was there a switch of judges?  Reach down into the depths of your undamaged brain, heart, and soul because all of things I have were intentionally broken and damaged by DEFENDANTS and do the right thing. Respectfully,…"

484.    Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the Chicago Cases were so outrageously constitutionally deficient that individually and jointly in sum constitute Outrageous Government Conduct in which Judge IENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals intentionally

---

[91] PLAINTIFF'S sarcasm.

337

denied PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights to further the RICO Enterprise against DEFENDANT.

485.   Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly-Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the Chicago Cases were so constitutionally deficient and corrupt that every single decision, rulings, and explanations constitute intentional obstructions of justice in furtherance of RICO Enterprise

486.   Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly— Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unhiown other 8 Judges in the 7th Circuit Court of Appeals made in the Chicago Cases were so constitutionally deficient and corrupt that every single decision, rulings, and explanations constitute RICO Enterprise's  purpose of making PLAINTIFF an indentured servant in furtherance of RICO Enterprise in violation of PLAINTIFF'S 13th Amendment Rights, 18 U.S.C § 1961,and LARevStat§15:1352.

487.   Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly-Judge IENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit

338

Court of Appeals made in the Chicago Cases were so constitutionally deficient, biased, filled with legal errors, and cormpt that every single decision, ruling, and explanation was an additional act of furthering one of the purposes of RICO Enterprise 1 by making PLAINTIFF their slave in violation of PLAINTIFF"S 13th Amendment Rights, 18 U.S.C § 1961, and LA RevStat§15:1352

488. Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly -Judge JENKJNS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeal made in the Chicago Cases were so constitutionally deficient, biased, filled with legal errors, and conupt that every single decision, ruling, and explanation constitutes separately and jointly intentional obstructions of justice in furtherance of RICO Enterprise in violation of 18 U.S.C § 1961, and LA Rev Stat § 15:1352

489. Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly-Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the Chicago Cases were so constitutionally deficient, biased, filled with legal errors, and cormpt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S First Amendment Rights and to deprive PLAINTIFF of his First Amendment Rights.

339

490.    Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly— Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the Chicago Cases were so constitutionally deficient, biased, filled with legal errors, and cormpt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S Second Amendment Rights and to deprive PLAINTIFF of his 2nd Amendment Rights.

491.    Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly— Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the Chicago Cases were so constitutionally deficient, biased, filled with legal errors, and cormpt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S Second Amendment Rights and to deprive PLAINTIFF of his 3rd Amendment Rights.

492.    Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly— Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the Chicago Cases were so constitutionally deficient, biased, filled with legal errors, and cormpt that every single decision,

340

ruling, and explanation were done in retaliation against PLAINTIFF'S Second Amendment Rights and to deprive PLAINTIFF of his 4th Amendment Rights.

493.    Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly— Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the Chicago Cases were so constitutionally deficient, biased, filled with legal errors, and cormpt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S Second Amendment Rights and to deprive PLAINTIFF of his 5th Amendment Rights.

494.    Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly— Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the Chicago Cases were so constitutionally deficient, biased, filled with legal errors, and cormpt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S Second Amendment Rights and to deprive PLAINTIFF of his 6th Amendment Rights.

495.    Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly— Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the

7th Circuit Court of Appeals made in the Chicago Cases were so constitutionally deficient, biased, filled with legal errors, and cormpt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S Second Amendment Rights and to deprive PLAINTIFF of his 7th Amendment Rights.

496.    Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly— Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the Chicago Cases were so constitutionally deficient, biased, filled with legal errors, and cormpt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S Second Amendment Rights and to deprive PLAINTIFF of his 8th Amendment Rights.

497.    Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly— Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the Chicago Cases were so constitutionally deficient, biased, filled with legal errors, and cormpt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S Second Amendment Rights and to deprive PLAINTIFF of his 9th Amendment Rights.

498.    Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly—

342

Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the Chicago Cases were so constitutionally deficient, biased, filled with legal errors, and cormpt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S Second Amendment Rights and to deprive PLAINTIFF of his 10th Amendment Rights.

499.    Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly— Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the Chicago Cases were so constitutionally deficient, biased, filled with legal errors, and cormpt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S Second Amendment Rights and to deprive PLAINTIFF of his 13th Amendment Rights.

500.    Every single decision, ruling, and explanation (and especially lack of an explanation when warranted and legally mandated)--individually and jointly— Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the Chicago Cases were so constitutionally deficient, biased, filled with legal errors, and cormpt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S Second Amendment Rights and to deprive PLAINTIFF of his 14th Amendment Rights.

501.     In 1850, the FUGITIVE SLAVE ACT was passed in the United States that created Fugitive Slave Drivers that created agents who were both white and black men that were responsible for apprehending and capturing slaves and returning them to their owners.

502.   So where does the corruption begin to happen in the Chicago Cases? January 2nd, 2024. The corruption and beginning of the judicial RICO Enterprise against PETITIONER can be found on as having started on January 2nd, 2024 with the following document and legal motion: "EXECUTIVE COMMITTEE: JUDGE THOMAS DURKIN ON JANUARY 2ND, 2024, SIGNED: *TRANSFER OF CASE TO THE* EXECUTIVE COMMITTEE *FOR A REASSIGNMENT*. I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form. THE FOLLOWING WAS THE REASON JUDGE DURKIN STATED on the reverse side of the form: "28:294(b) I transfer this case to the Executive Committee for reassignment to another judge pursuant to the provisions of 28 USC 294(b). The receiving judge will receive equalization credit."

503.   *Then underneath Senior Judge DURKIN'S 01/02/2024 form is the following: "ORDER OF THE EXECUTIVE COMMITTEE. IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules. ENTER FOR THE EXECUTIVE COMMITTEE." Chief Judge Rebecca R. Pallmeyer. JANUARY 2ND, 2024.*

504.    So what is inferable at this point is that JUDGE DURKIN having read and reviewed PETITIONER'S case that included the Complaint and Attachment A that exceeded 1500+ pages from December 27th, 2023 to January 2nd, 2024, which is a **_week long_**. This brings up numerous things: 1)Even before assessing the merits of the case, a basic simple timeline established just for making the determination that it was going to be an exceptionally long case that would exceed 15 days was—7 days (and that necessarily included a day of being hungover on new year's day). 2) Under the rules of the Northern District of Illinois "In any trial or group of trials (with or without a jury) arising in a proceeding held before the same judicial officer, an equalization credit may be sought where the total number of trial days is at least **_fifteen_** and the total number of trial hours is at least 67.5." FIFTEEN trial days which is about 3 weeks. 15 trial days from January 3rd, 2024 after being assigned the case is January 24th, 2024. The minimum time contemplated by SENIOR JUDGE DURKIN and CHIEF JUDGE REBECCA PALLMEYER'S decision was 15 trial days to make an initial ruling after having reviewed the totality of the record and understanding that it was going to take a while to process and go through the totality of PETITIONER'S claims, facts, evidence, and support.

505.    So Judge JENKINS became the District Court Judge in the Chicago Cases on or about January 2nd, 2024.

506.    The timing of when and exact extent of the purpose, as PETITIONER describes in military terms, the next major offensive in the war against PETITIONER was made by the corrupted Judge in the *Chicago Cases* was formulated is necessarily

345

dependent on the extent of Judge JENKINS' participation in it. Without her participation, PETITIONER gives the credence of the fact that it was on behalf of the certain United States Government agencies; and with Judge JENKINS' direct participation in it, it was done to Obstruct Justice in which Judge JENKINS and former CHIEF JUDGE PALLMEYER initiated a two-prong attack against PETITIONER on 01/23/2024. Either way, they effectuated the RICO Enterprise against PETITIONER on January 23rd, 2024.

507. Furthermore, it could also be a conspiracy with Chief Justice John Roberts who conspired with Former Chief Judge PALLMEYER in response to a letter PETITIONER submitted to the Court on 01/13/2024 that necessarily implicates it being Free Speech retaliation against petitioner because labeling PETITIONER a threat through falsely fabricated evidence would prevent PETITIONER from being able to fly and from owning an airline, or it was done to fabricate a false narrative so India could attack PETITIONER in Court.

508. One of the most important facts that give rise to the cause and effect reasoning the Court cannot ignore, on January 2nd, 2024, the first signs of the basis of DEFENDANTS' retaliation PLAINTIFF talked about was SLAVERY, DUTY TO RESPOND, and FRAUDULENT CONCEALMENT. So On January 2nd, 2024, PLAINTIFF through intuitive sense sensed danger and corruption and thereby submitted to the Court: *"I regrettably write to you because I never wanted to file 23cv17137 in the first place; but <u>DEFENDANTS have been of extreme bad faith who are completely unwilling to negotiate</u> with me in fairness, equity, law, principle,*

346

*and/or fidelity to the constitution and the oaths they swore upon in <u>which I am their slave</u> and my masters have not given me money to serve them."*

509. *As SCOTUS ruled:* "We limit our consideration of the question to the context of civil RICO. In that context, we conclude that "reasonable diligence" does matter, and a plaintiff who is not reasonably diligent may not assert "fraudulent concealment." We reach this conclusion for two reasons. First, in the related antitrust context, where the "fraudulent concealment" doc trine is invoked fairly often, relevant authority uniformly supports the requirement. Professor Areeda says, for example, that **"[t]he concealment requirement is satisfied only if the plaintiff shows that he neither knew nor, in the exercise of due diligence, could reasonably have known of the offense**." Klehr v. A. O. Smith Corp., 521 U.S. 179 (1997) In addition, some "courts that do not require "reasonable diligence" have said **that the "fraudulent concealment" doctrine seeks to punish defendants for affirmative, discrete acts of concealment; the behavior of plaintiffs is consequently irrelevant**. … Rather, in both of those latter contexts private civil actions seek not only to compensate victims but also to encourage those victims themselves diligently to <u>investigate and thereby to uncover unlawful activity.</u> See **Malley-Duff,** 483 U. S., at 151. That being so, we cannot say that the "fraudulent concealment" is concerned only with the behavior of defendants. For that reason, and in light of the consensus of authority, we conclude that "fraudulent concealment" in the context of civil RICO embodies a "due diligence" requirement." Klehr v. A. O. Smith Corp., 521 U.S. 179 (1997)

347

a. *PLAINTIFF'S DUE DILIGENCE INCLUDED: IN PERSONAM VISIT IN WHICH PLAINTIFF WAS THREATENED, MORE THAN 50 FOIA REQUESTS, PHONE CALLS, AND MORE.*

510. It might not matter though because PETITIONER could still appeal because of the 12 judges fraudulent concealment. "This question refers to the doctrine of "fraudulent concealment," which some courts have said "equitably tolls" the running of a limitations period, see, *e. g., Grimmett,* 75 F. 3d, at 514, while other courts have said it is a form of "equitable estoppel," see, *e. g., Wolin* v. *Smith Barney Inc.,* 83 F.3d 847, 852 (CA7 1996). Regardless, the question presented here focuses upon a relevant difference among the Circuits in respect to the requirement of "reasonable diligence" on the part of the plaintiff. Some Circuits have held that when a plaintiff does not, in fact, know of a defendant's unlawful activity, and when the defendant takes "affirmative steps" to conceal that unlawful activity, those circumstances are sufficient to toll the limitations period (or to "estop" the defendant from asserting a limitations defense) *irrespective of what the plaintiff should have known.*" XX

511. *Then PLAINTIFF continued to lay the groundwork of proving what the RICO Enterprise's intent on fraudulently concealing things from PLAINTIFF and the public when PLAINTIFF brought up DISCOVERY on January 8th, 2024 and that is when Judge JENKINS started to take even more adverse actions thereafter (probably at the behest of the WHITE HOUSE, CIA, FBI, and/or DOJ) when PLAINTIFF wrote:* "Another reason for the retaliation against PETITIONER was what PETITIONER sent the Court on January 8th, 2024 in which he outlined what PETITIONER would

be seeking in DISCOVERY and what in fact he was legally entitled to at the time because the DOJ, FBI, CIA did not respond to PETITIONER'S lawsuit even though they were served and given more than time and a half to respond: "Discovery & public disclosure as to all signal intelligence activities between the United States and India. Discovery & public disclosure revealing FISA Court abuses. Discovery & public disclosure about all aspects of satellite communications the United States Intelligence Service and Department of Defense use. Discovery & public disclosure of just how invasive American Intelligence has become to all Americans in which most Americans are made aware of it and how little the 4th Amendment and Due Process means to American Intelligence. Discovery & public disclosure of cables and communications of confidential information between America and the following countries: Australia, United Kingdom, Japan, Qatar, India, and Germany. Full repeal of the Patriot Act. Full Repeal of Section 702. Discovery & full public disclosure of US Intelligence and DoD supercomputing analysis and profiling of Americans. Discovery & public disclosure of all of SCOTUS' rulings that directly attacked PLAINTIFF since 2008 and their full repeal in which there is a lot of 4th Amendment and Terrorism Case Law that PLAINTIFF has a copy and record of."

512.    JUDGE JENKINS and JUDGE PALLMEYER knew of *Evans v. Chavis*, 546 U.S. 189 (2006) and *Hodges v. United States*, 368 U.S. 139 (1961) and the timing of

when PETITIONER could appeal certain corruptly made rulings to either SCOTUS or the appeals court. Furthermore, the remaining 10 judges knew as much as well. All 12 Judges having read the record (lest they didn't, but PETITIONER is presuming they did) knew the slave conditions PETITIONER experienced as described in the previous section. Based on that knowledge of the circumstances PETITIONER was in, the routine personal and extremely prejudicial attacks against PETITIONER, coupled with the on-going numerous RICO violations from the bench, another aspect of the RICO conspiracy against PETTIONER by DEFENDANTS—cause so much confusion in Court and allow such a drastic chaotic turmoil to take place in both the Court and at PETITIONER'S residence (which is why they never ruled on the emergency motions that justified such), never ruling on certain motions, and forcing PETITIONER to monitor DEFENDANTS' on-going 18 USC 1962(D) conspiracies, being intentionally deprived of the proper amount of Adderall during the litigation thereby decreasing PETITIONER'S concentration and ability to effectively manage the massive case on his own (which is why the Courts never talked about the Conspiracy to deprive PETITIONER of the proper amount of Adderall in violation of 18 USC 1962(D)), cause PETITIONER to lose track of dates of when certain motions can be appealed to the Appeals Court or SCOTUS all the while PETITIONER is enslaved at home and deprived of counsel in which those 12 judges knew PETITIONER needed outside help.  By having engaged in those conspiracies with those plans to cause PETITIONER to lose his case, that necessarily constituted Obstruction of Justice in violation of 18 USC 1961 Section 1503 and acts perpetuating

350

PETITIONER'S slavery in violation of 18 USC 1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons). Furthermore, when PETITIONER would eventually appeal their corrupt rulings, their defense would have probably been that PETITIONER was not reasonably diligent in pursuing his claims and relying on the vague standard in order to intentionally enslave and perpetuate the RICO Enterprise against PETITIONER. Again, PETITIONER asks the Court to review what PETITIONER described in his personal statement and ask how much reasonable due diligence does the Court expect PETITIONER to have based on the conditions he lived in.  The Chaos they caused in the rulings were done to fraudulently conceal statute of limitations when it concerned appealing certain decisions. Furthermore, the Court necessarily relied upon PETITIONER'S Good Faith to cause harm to PETITONER'S case with the Court because while those 12 judges were in complete bad faith completely overloading PETITONER'S cognitive capacities with outrageous instances of RICO violations, PETITIONER having informed the Court of DEFENDANTS' electronic tampering and fraudulent concealment of material facts that are necessary in determining the outcome of the case, PETITIONER was spending whatever time acquiring more and more circumstantial evidence, caselaw, and bits of information he had or could remember to TRUTHFULLY and HONORABLY supplement the record because that is what justice requires; and the Court should be ashamed of themselves where by taking advantage of PETITIONER'S extraordinary good faith to the Court it caused inevitably caused major harm to PETITONER'S case. The bad faith can be inferred

because not once in 3 district courts and 3 appellate courts did any Court actually acknowledge the extraordinary harm being perpetuated by DEFENDANTS in which certain DEFENDANTS (i.e. Republic of India, CIA, MSS, et al) were obstructing justice through fraudulently concealing material evidence and facts through tampering with PETITIONER'S cell phone, internet connect, and laptop. So how fair was it to PETITIONER who suffering through numerous medical issues, being tortured, retaliated against routinely, tormented, corruptly ruled against, doing everything he could to keep his case alive because of 12 judges rico violating rulings and actions, and proving with the last parts of PETITIONER's being the most extraordinary loyalty and candor to the Court only to be punished for such? Seriously inform and clarify to PETITONER what else he could have done differently because there isn't anything because if PETITIONER dropped the case, DEFENDANTS would have continued to enslave PETITIONER because not a single one of them made an effort to end PETITIONER'S slavery. THIS IS ONE OF THE WAY THE RICO ENTERPRISE OPERATED AGAINST PLAINTIFF AND THE PURPOSE OF SUCH.

513.    One of the core features of the RICO Enterprise against PETITOINER by the 12 Judges was the fact that throughout the *Chicago Cases, Louisiana Cases, and Utah Cases,* PETITIONER routinely filed motions that were intentionally ignored by the Court and went completely unaddressed by the Court. So that means the *Louisiana Cases and Utah Cases* knowingly and intentionally ignored numerous motions and then dismissed the case with prejudice in order to obstruct justice because by intentionally ignoring motions that should have been ruled in which at

least one of those motions in the *Louisiana Cases and Utah Cases* could have had the natural and probable consequence of changing the outcome in PETITIONER'S favor because he filed those motions precisely for that reason. Furthermore, by the Courts having done so, such PETITIONER would not have been allowed to relitigate the motions because a decision was never rendered in the first place so what was there to appeal? That's obstruction of justice. So the dismissal of PETITONER'S case with prejudice necessarily constituted a 18 USC 1961 Section 1503 violation. Qui Tam Motions over some of SpiceJET's Boeing 737s were completely and intentionally ignored in the *Chicago Cases and the Louisiana Cases.*

514. Part of the RICO Conspiracy against PETITIONER was to intentionally prolong and delay the proceedings so that PETITIONER could not appeal in a timely manner in the *Chicago Cases, Louisiana Cases, and Utah Cases* and this was agreed upon in Ex Parte communications with unknown conspirators in violation of 18 USC 1962(D), 42 USC 1985(3), 42 USC 1983, 18 USC 242, 18 USC 249 When PETITIONER routinely called the clerk's office, unknown DEFENDANTS at the Clerks office or unknown individuals impersonating the Clerk's Office in the *Chicago Cases, Louisiana Cases, and Utah Cases* intentionally obstructed the proceedings in order to prevent PETITIONER from filing in a timely manner in which PETITIONER has numerous videos of unknown DEFENDANTS committing Wire Fraud in the process in which PETITIONER necessarily relied upon the fraudulent statements that directly impacted PETITIONER'S legal interests and rights in order for PETITIONER to lose in which they obstructed justice in the process. Furthermore,

the intentional delay was for SCOTUS to rule on *Kousisis v. United States* that was granted cert in June 2024 and argued in December 2024 that directly relates to PETITIONER'S claims involving the OFFING.

515.    *All of the Chicago Cases are important; however, where there is the most provable corruption is with CHIEF JUDGE PALLMEYER and JUDGE JENKINS in In re: Milan Kotevski (1:24-cv-00556) District Court, N.D. Illinois where this video of the entire incident at issue in the ruling-- https://youtu.be/ns4hu1ZQG3I -- directly refutes what FORMER CHIEF JUDGE PALLMEYER alleged happened and submitted through the mail that constitutes obstruction of justice and mail fraud in furtherance of the RICO Enterprise against PLAINTIFF. CHIEF JUDGE SYKES and 8 unknown 7th CIRCUIT COURT OF APPEALS JUDGES explicitly condoned this criminal behavior. To apply liability for Former Chief Judge PALLMEYER because there is no liability, the following case is on point: United States v. Lentz, 624 F.2d 1280 (5th Cir. 1980): "Regardless of the undercover devices employed, it could hardly shock anyone's conscience to see an elected law enforcement official prosecuted for willfully and knowingly breaking a law designed to protect citizens from just such conduct. While Lentz came into the **plan** late, he seems **to have embraced it wholeheartedly, provided some of the means by which to carry it out, and taken part with full knowledge of the plan's illegality**. The fact that Lentz was merely helping the police in their alleged efforts to catch criminals should not make prosecution of him unfair if he voluntarily and knowingly employed illegal methods. To hold otherwise, would be tantamount to*

354

*giving police carte blanche to ignore laws passed to protect all citizens against improper invasions of their rights by police conduct. Since the discussions about the proposed break-in were almost hopelessly intertwined with conversations about the wiretapping, we believe that the break-in evidence was necessary to the government in its attempt to tell the whole story of the crime. The government draws support from United States v. Beechum, 582 F.2d 898 (5th Cir. 1978) (en banc), which approved of proof of extrinsic offenses under a common scheme or res gestae analysis "if the uncharged offense is `so **<u>linked together in point of time and circumstances with the crime charged that one cannot be fully shown without</u>** proving the other.'" … We believe that, since Lentz was brought into the law enforcement group by Hullum both to perform the wiretap and to commit the break-in, evidence of the break-in would be relevant and admissible under Beechum."*

516.    *WHAT BLOWS PLAINTIFF'S MIND IS THAT FROM JANUARY 6TH, 2024, PLAINTIFF EXPLICTLY WARNED THE COURT ABOUT BEING INTENTIONALLY BLIND TO THE CONTENT OF THE ALLEGATIONS AND FALSE ALLEGATIONS THAT DEFENDANTS WOULD MOST LIKELY COMMIT AGAINST PLAINTIFF, ESPECIALLY ON ONE OF THE MOST IMPORTANT DAYS OF THE YEAR TO PLAINTIFF*: "A Merry Orthodox Christmas Eve to you Good Sir. I write this letter at 1:30am to express the following and I truly do hope DEFENDANTS receive this letter as well…*<u>I wanted to say that this "criminal" DEFENDANTS no doubt will falsely allege me to be has more conviction, passion, integrity, and belief in the law than they themselves do.  Talk about institutional</u>*

*integrity, am I right?  Why don't you ask DEFENDANTS what happened to all the exculpatory evidence they had in Spring 2015 and June 2015? Where is it? What was done with it?* They are more in denial of my exculpatory evidence than a blind nun holding a penis at an orgy*. I took more and proved more with public documents than what FBI, CIA, NSA, have at their disposal with budgets that exceeded more than $646,000,000,000 over 10 years and invasive laws that should be actually apprehending criminals like Hillary and Bill Clinton. I guess **institutional blindness has a price.*** Why do they deserve tools like FISA, Section 702, Section 215, when they're more incompetent with the investigatory power those laws possess than a former special education student and public documents? It doesn't take me to tell you they're retarded ***and should not be trusted. They willingly admitted to breaking privilege*** in which that privilege was expressly conditioned that my therapist would not reveal a single thing to them so everything they obtained via therapy is inadmissible."

517.   PLAINTIFF kept on bulldozing through and talked about another huge issue early: Service. *As stated earlier,* There are more important parts of the conspiracy include the fact is that the US Marshals intentionally engaged in it in order to prevent PETITIONER from utilizing the US Marshals to serve the DEFENDANTS (which is why Judge Jenkins corruptly ruled in regards to PETITIONER'S IFP) in which the DEFENDANTS knew that PETITIONER did not have the $115,000 necessary to serve all DEFENDANTS; by corruptly not talking about the fact that DEFENDANTS were violating 18 USC 1962(D) through engaging in the conspiracy

from the time PETTIONER gave DEFENDANTS the flash drive or otherwise notified a select few, DEFENDANTS had plausible deniability that they were never served. So the US Marshals needed a reason not to serve DEFENDANTS on behalf of PLAINTIFF.

# Part II: JUDGE JENKINS

518.   First is with JUDGE JENKINS. JUDGE JENKINS was so constitutionally and manifestly biased against PETITIONER, she truly did not understand the ramifications of her actions and her hatred of PETITIONER at any point because even as PETITIONER has to admit, PETITIONER had a weak case in which he was so weak and tired at the onslaught of this litigation that it could have been easily gotten rid of in which her hatred caused her to be stupid that allowed PETITIONER to be have one of the strongest and most important cases this century.

519.   Judge Jenkins hatred of PETITIONER can be seen in most of how she handled the case and what she does in order to discredit PETITIONER through descriptions that were not true (PETITIONER would argue this is a Napue violation) on her ruling on 01/09/2024 order that reads: Plaintiff Milan Michael Kotevski filed a ***sprawling*** Complaint that, including exhibits, runs to over 1,600 pages." *Sprawling* and the usage of such implies wild, the FRONTIER (absolute pun intended) and untamed nature and therefore inherently untrustworthy in Court because the drafting of a form that is supposed to be reasoned, polished, refined, and not wild. She continues: "He alleges a ***massive*** conspiracy by hundreds of Defendants, including former Presidents and Supreme Court Justices, foreign governments and officials, and

357

private persons and entities…" Based on common vernacular and understanding and legal cases, if a conspiracy theory is to be believed as true, most likely than not, typically, it involves a SMALL amount of people either in a SMALL community or in a small definable and confined location such as a county, town, village, etc. Statewide, Nationwide, and Worldwide conspiracies are seldom, if never, believed to be true. But yet, the conspiracy being directed against PETITIONER primarily took place in one small college town, one medium sized city that had a law school, and the capital of a foreign country and the capital and surrounding suburbs of Washington DC. So its really not that massive. So within the first two sentences, JUDGE JENKINS intentionally portrays PETITIONER in a false light thereby being an Alcorta violation as well.

520. Maybe the lesson Judge JENKINS should learn is that you hate me, you cause damage in the real world. Or the real nice lesson should be this: this is the actual proof of where if you hate one, that hate spreads far and wide beyond bounds you can never have predicted that came back to get you.

521. Judge Jenkins continues on her January 9th, 2024 ruling: "Because the Complaint *__flagrantly__* violates Federal Rules of Civil Procedure 8 and 10…(district courts can screen and dismiss "*__transparently defective__* suits"…" So JUDGE JENKINS said the form the Northern District of Illinois Court provided pro-se litigants to use for more than a decade *__flagrantly__* violates Federal Rules of Civil Procedure 8 and 10 in which PETITIONER believes this has to the first time a Court ruled its own form as defective and the biggest case of judicial oversight because how

358

the heck does a Court overlook a form that allegedly flagrantly violates Federal Rules of Civil Procedure Rule 8 and 10 and yet is completely accepted for more than a decade? Judge Jenkins reasoning is transparently defective.

522.   Judge JENKINS continued: "The Court denies the IFP application and the motion to recruit counsel without prejudice." No factual basis was given for her reasoning  in which PETITIONER might have submitted to the Court a far more thorough explanation of his IFP conditions which shows the 18 USC 1962(D) conspiracy by Judge JENKINS because it necessarily ignored how PETITIONER included far more facts proving the need for the Court to rule in PETITIONER'S favor in which the Court ruled in favor of different litigants need for IFP with less facts that actually substantiated the need for IFP. Furthermore, Judge JENKINS after having read the allegedly massive and sprawling Complaint (in her manner of thinking) and knowing that she was going to rule against PETITIONER through citing some aft technicality in order to dismiss the case in which any reasonable judge if it was as massive and sprawling as she alleged it was would have known that PETITIONER would have needed massive help making it comport to the Federal Rules of Civil Procedure. The complete denial of those two things without any justification when there was so much evidence and facts that proved otherwise proved this part of the ruling was in fact part of the 18 USC 1962(D) Conspiracy against PLAINTIFF.

523.   Judge JENKINS continues: "Rule 8(a)(2) requires a complaint to contain a short and plain statement of the claim but Kotevski's Complaint is neither short nor

plain. Likewise, no DEFENDANT could reasonably comprehend Kotevski's allegations." In addition, technically the form PETITIONER used was somewhere less than 20 pages in total which would make the Complaint a short and plain statement of the claim and 20 pages is pretty short. At this point she has not yet admitted she is treating Attachment A as a Complaint, but it starting to be inferred she is. If you gave an ordinary American a copy of *An Anchor and a Pitchfork* in which PETITIONER admonished the reader of that chapter not to do the following and would never want any reader to do the following, do you know how many Americans would have grabbed the nearest pitchfork and torch and found particular DEFENDANTS at issue? The fact of the matter is that PETITIONER did his best to describe the RICO Enterprise despite the fact how DEFENDANTS were perpetuating the RICO Enterprise against PETITIONER at this time in which they were fraudulently concealing information from PETITIONER.

524. Judge JENKINS on her 01/09/2024 ruling continued in the section entitled *Cohesive Narrative*: "The largest problem with the Complaint is that ***it does not comprehensibly recite what Kotevski alleges the DEFENDANTS did or the events that occurred***." This is the second most stupidest sentence PETITIONER read and was a tease to the utmost stupidity she would unleash in the next sentence. At this point, she can barely make the argument when presented with facts that the *Complaint* PETITIONER utilized was the form the Northern District of Illinois itself provided and did not have a problem with.

525.    Inferring that Judge JENKINS is only referring to Attachment A because that is what would make the most sense, **the only question that should be on the Court's mind right now is: what in the actual fuck is the factual and legal content contained *Attachment A*?** It is not like PETITIONER included cut outs of playboy models, pictures of Kawaii prancing around, doodled cartoons, took thug pictures of PETITIONER playing with model trains, and included his modeling portfolio (if only!), etc. That's the thing and the purpose of the RICO Enterprise is that there is a fraudulent concealment from the Court's rulings and records of the more than 700 pages of facts and legal arguments PETITIONER made contained in Attachment A that specifically describes the exact actions numerous DEFENDANTS committed against PETITIONER. Judge JENKINS knows beyond a reasonable doubt there is so many allegations PETITIONER made against DEFENDANTS in *Attachment A* that this sentence is fraud and a complete lie. On Page 95 of the totality of the Complaint and Attachment A, PETITIONER in big bold letters states: BASIC CRIMES HILLARY CLINTON DID in which he then specified 106 different criminal laws Hillary Clinton violated as it related to, most of the time, two events: *the Offing* and *Japlan*. PETITIONER also included a BIVENS action and the law enforcement agencies that completely conformed to the form that the Northern District of Illinois provided that says is sufficient so PETITIONER filled that out by the Court's own directions so that is another material lie. PETITIONER has statements like these and 700 pages more:" *On or about 03/10/2011 and 03/11/2011, PLAINTIFF takes stand-by on United Airlines from Chicago to London. PLAINTIFF does so because*

361

*PLAINTIFF'S aunt works for United Airlines and their policy--at the time--allowed for stand-by travel for family and relatives." . The Qatar Airways representative was one part of the mail and wire fraud undertaken against PLAINTIFF since under Louisiana Civil Code Article 1953, fraud "is a misrepresentation or a suppression of the truth made with the intention either to obtain an unjust advantage for one party or to cause a loss or inconvenience to the other. Fraud may also result from silence or inaction." Louisiana Civil Code Article 1955 states that "Error induced by fraud need not concern the cause of the obligation to vitiate consent, but it must concern a circumstance that has substantially influenced that consent." Louisiana Civil Code Article 1956 states that "Fraud committed by a third person vitiates the consent of a contracting party if the other party knew or should have known of the fraud." PLAINTIFF does not have to prove the fraud directly and all PLAINTIFF has to do under Louisiana Civil Code Article 1957 states that "Fraud need only be proved by a preponderance of the evidence and may be established by circumstantial evidence." Louisiana courts tend to scrutinize cases involving a merchant and a layman for facts upon which to raise an inference of fraud, the essence of which is said to be unjust advantage. Cotton States Chem. Co. v. Larrison Enters., Inc., 342 So. 2d 1212 (La. App. 2d Cir. 1977); Altex Ready-Mixed Concrete Corp. v. Employees Commercial Union Ins. Co., 308 So. 2d 889 (La. App. 1st Cir. 1975)."*

526.    Judge JENKINS having read Attachment A at this point stated the content inside of it could not allow a single DEFENDANT to comprehend any allegations against them nor did it discuss any of the events that happened or what

362

DEFENDANTS did. This is perjury. It is material, it is false, and she did so willingly and knowingly having read Attachment A. For example, for RICO purposes, PETITIONER at one point described an event as having happened on March 11, 2011 and the events that led up to it and the specific acts DEFENDANTS did or violated as the "Offing" in which then PETITONER also did the same for an event that PETITIONER calls "*Japlan*" in which PETITIONER spends more than 200 pages documenting such. The content of PETITIONER is extremely comprehensible. The sole purpose of having done so was to obstruct justice and destroy PETITONER'S credibility by stating actual legal arguments and facts and liability of certain defendants that were comprehensible was not. So this is necessarily an *Alcorta* and *Napue* violation in which PETITIONER alleges that an act that violates Alcorta and/or Napue necessarily constitutes an 18 USC 1961 Section 1503 and 1510 violation.

527. Furthermore, it is a Section 1510 violation because PETITIONER throughout the record stated that he wanted to determine who were the culprits that implemented *Japlan* against PETITIONER beyond a reasonable doubt. In order to do so, he would have to pass the initial phases of litigation and get to discovery to do so. So if PETITIONER can't get to discovery based on fraud and corruption, it obstructs the investigation into who committed Japlan against PETITIONER which happened. Furthermore, it gives law enforcement no reason and no incentive to look into war crimes and rico violations because if a judge alleges that that PETITIONER'S allegations are incomprehensible, no law enforcement officer is going

to waste their time reading allegedly incomprehensible allegations. PETITIONER at one point, quite possibly before this, wrote in one of his letters what PETITIONER would be seeking in discovery.

528.    Furthermore, this sentences violates *Kozminski* and the 13th Amendment as well.  First a violation of the 13th Amendment and Kozminski also means a violation of 18 USC 1961 Sections1581–1592 (relating to peonage, slavery, and trafficking in persons)., Next, If the fundamental basis of PETITIONER is him trying to free himself in which DEFENDANTS are enslaving him in which he describes the basis of the allegations comprehensibly and then for Judge JENKINS to know that is a material lie is Judge JENKINS is abusing legal process to ensure PETITIONER remains enslaved when PETITIONER described the conditions that comprehensibly demonstrate why any court based on *Kozminski*.

529.    ***The next sentence in Judge JENKINS' January 9th, 2024 ruling will go down in US History as being one of the biggest legal and judicial fuck ups in American jurisprudential history***—"For example, sometimes the ***Complaint*** packs many allegations about separate events into a short space. [***DKT 1 at 4***, 68 and 69] ***or adapts his allegations*** ***into a story occurring the early 1800s.*** [Id at 73-85]."

530.    Up until this very moment, JUDGE JENKINS could have made the argument that the form PETITIONER had used that serves as the Complaint is the actual form from the Northern District of Illinois Court provided to Pro-Se litigants in which, albeit still not being true descriptively, she could have argued  if there was no 18 USC

1962(D) conspiracy, 42 USC 1985(3) conspiracy, 18 USC 242, and 18 USC 249 conspiracy abound that PETITIONER'S complaint was sprawling, transparently defective, flagrant, etc, etc. Furthermore, she specifically referred to the actual *Complaint* because she stated "DKT 1 at 4" which necessarily means it is a specific reference to something on Page 4, which was one of the pages that made up the Northern District of Illinois Form that constituted PETITIONER'S *Complaint*, so technically true that was the Complaint. BUT By necessarily referring to the alleged story occurring in the early 1800s, ***Attachment A*** ***then legally and factually became the Complaint for having served DEFENDANTS*** because there was nothing contained in the Complaint that wasn't already included in Attachment A. Period.

531. There was nothing in the Chicago Cases Complaint that referred to that aforementioned 1800s story besides "*See: Attachment A*" that would have directed Judge JENKINS to include that. Importantly, Judge JENKINS implicitly ruled that was a sufficient factual basis in referring to a specific section in Attachment A in which DEFENDANTS were made aware of the allegations against them in the Complaint itself.

532. The whole purpose of service and notice is to be made aware of any and all claims against you in Court. That is exactly what Attachment A did in terms of content in which PETITIONER had extraordinary amount of good faith by giving certain DEFENDANTS like DOJ Attachment A more than 45 days before he officially filed in Court which means that then DEFENDANTS got another 21+ days to respond

365

if they chose to do so which DEFENDANTS have not in over 18 months. **Furthermore, the amount of days PETITIONER gave DOJ Attachment A on October 20, 2023 to--this is extremely important for later January 23rd, 2024 is 95 days or 3 months and 3 days.** In between that time, PETITIONER visited the DOJ around 45 days later to see if they had a response which was one of the events that gave PETITIONER these RICO claims.

533.   PETITIONER cannot find it right now, but there was an argument he made somewhere on the record in which he pointed out that he started to discover the importance of the "*Offing*" in or around late June 2023. Indian Intel was for sure notified because they had been talking to the Serbian Government around that time about PETITONER for sure. Then on August 9th, 2023, PRESIDENT BIDEN came out with Executive Order 14105 that completely undermined PETITONER'S case in which BUT FOR an intelligence agency having access to PETITIONER'S laptop was the BIDEN White House able to then to FORMULATE A LEGAL RESPONSE to the *Offing* in which PETITIONER described how and why it would have been physiologically, legally, medically, and factually impossible to have finished drafting a lawsuit that by the way comports with the capricious standards Judges would then later depend on. Which brings PETITIONER to his next point. When you have Russian Intel, Chinese Intel, the CIA, FBI, Indian Intel all through having fabricated narratives about you by knowingly lying to judges about who you are  and to obstruct justice by making your laptop or work computer an open book to them in which PETITIONER swears to God you'll find daily reports on the exact content of

366

PETITIONER'S lawsuit made in intel briefings in China, Russia, India, CIA, and FBI in which necessarily the ROTHSCHILDS through one of those agencies or the White House was also informed about PETITIONER'S laptop. You seem to think that we live in an age where the mega rich and governments don't regularly do that to people and then the Court is going to say that those agencies and employees and mega rich weren't served when they knew about PETITIONER'S case and necessarily took actions prior to PETITIONER filing his case that relates to their liability? DOJ completely acted like they were served and intentionally chose not to respond.  Then the other thing is that it took PETITONER 14 years to understand the trickery and deceit PETITIONER experienced by Russia, China, and India in which necessarily during the last 15+ years they all had complete unfettered access to all of PETITIONER'S documents, verbal ramblings, etc. Yet they all knew *Japlan* was the worst thing they could have done to PETITIONER. Then they all knew PETITIONER'S desire to sue one of them in the process after 2017 and the difficulties PETITIONER experienced above in which that means they had 9 years to formulate a defense to the litigation PETITIONER would attempt to bring in which they would monitor his research, use AI tools to predict the strongest tactics PETITOINER was going to utilize, etc etc.

534.    Attachment A is an exhibit. The Federal Rules of Civil Procedure Rule 10(C) states "A statement in a pleading may be adopted by reference elsewhere in the same pleading or in any other pleading or motion. A copy of a written instrument that is an exhibit to a pleading is a part of the pleading for all purposes."  So PETITIONER

stated: See Attachment A in a numbered paragraph in the Complaint which is perfectly allowed under Fed. R Civ. P Rule 10(C). Nowhere in Fed. R. Civ. P Rule 10 states and PETITIONER is completely unaware of any case that stipulates that certain Exhibits must comply with the drafting rules required under Fed. R. Civ. P Rule 8 because if that was true, Jesus Christ, text messaging and emails going to suck from now on. That is also a FUCK YOU because PETITIONER expected to be attacked through ambiguous rules in Fed R. Civ P Rule 8 in which PETITIONER foresaw DEFENDANTS plan of attacking PETITIONER that way. This is actually proven. As PETITIONER will describe later, Judge JENKINS makes these legally and factually impossible standards for PETITIONER to adhere to, and even then, Judge JENKINS says later on in the ruling: the above instructions represent changes that will be necessary to bring an amended complaint into compliance with the rules, but Kotevski should not interpret the Court's instructions to mean that IF HE MAKES THESE CHANGES, the LAWSUIT WILL PROCEED." So based on every reasonable appearance, the common plan of the January 9th, 2024 ruling is in fact to get PETITIONER'S Complaint dismissed in which Judge JENKINS imposes conditions that is legally or factually impossible to comply with and then even if PETITIONER found a way to comply with an illegal mandate that was already impossible to comply with in the first place. Then as an ultimate fuck you to PETITIONER, she says: "It is his responsibility to follow all the Federal Rules of Civil Procedure, even ones the Court does not identify for him. *See Cady*, 467 F.3d at 1061." So PETITIONER has to comply with conditions that are factually and legally

368

impossible to adhere to in which then she won't inform PETITIONER of which rules PETITIONER is breaking by not being able to comply with conditions that are factually and legally impossible to comply with. Even more funny, Judge JENKINS says this: That said, complaints must be intelligible, *id.*, and "being a pro se litigant does not give a party unbridled license to disregard clearly communicated court orders." *Downs v. Westphal*, 78 F.3d 1252, 1257 (7th Cir. 1996). PETITIONER CANNOT  COMPLY WITH ORDERS THAT ARE FACTUALLY AND LEGALLY IMPOSSIBLE TO COMPL:Y WITH IN ADDITION TO ONES THAT ARE ILLEGAL AND VIOLATE RICO. The purpose of doing all of this by Judge JENKINS is text book Obstruction of Justice in order to get PETITIONER'S case dismissed.

535. Furthermore, this necessarily means Judge JENKINS read everything **_PRECEDING_** the aforementioned 1800s story that PETITIONER incorporated into Attachment A. No judge is ever going to argue in Court that they did not read the pages preceding an actual cited specific section and the content therein which shows they were capable of understanding words contained in sections and the content of those sections that preceded it. The thing is that PETITIONER in *Attachment A*, in Section I(D), which is a numbered paragraph by the way, stated the following: "PLAINTIFF immediately moves under F.R.C.P, Rule 65, PLAINTIFF for a permanent and/or preliminary injunction against all as not to waste precious judicial resources and because PLAINTIFF is completely destitute in which this case will last for years, if not a decade or more, if the preliminary or permanent injunction is not granted now."

536.   The fact that JUDGE JENKINS knew of that service involving Attachment A, how PETITIONER moved for an injunction, and then ruled Attachment A as a Complaint means that intentionally ignoring and not acknowledging that fact is in itself an act of coercion and abuse of legal process against PETITIONER per *Kozminski* and the 13th Amendment.  Furthermore, the fact that RUSSIA, CHINA, UK, MOSSAD/IDF/ISRAEL, and INDIA all being made aware of Attachment A through their employees electronic tampering and violations of 18 USC 1961 Section 1029 by tampering  with PETITIONER'S internet connection and having complete access to PETITIONER'S laptop and cell phone and then creating daily reports about it and then taking actions on those same reports in those same 95 days means they were served because they had actual notice of such and were undertaking steps to counter PETITIONER'S lawsuit in that time.

537.   The stupid thing is that Judge JENKINS was trying so bad to fault PETITIONER for anything at all to discredit PETITIONER and completely ignore the actual real harm PETITONER experienced that she committed one of the greatest faux-pax in legal history in which she made Attachment A the Complaint.

538.   **The DOJ, Boeing, AT&T, Apple, the Republic of Russia, the Republic of India, the People's Republic of China from October 20th, 2023 to January 23rd, 2023 had 95 days to review Attachment A (3 months and 3 days) and answer PETITIONER in which PETITIONER even visited DOJ in person and called them twice phones asking them to just talk about it with PETITIONER.** It took Senior Judge DURKIN 7 days to review it once; It took Judge

JENKINS (regardless if she read it or not) to "judiciously" review PETITIONER'S Complaint and Attachment A 7 days.

539. *Attachment A* in the *Chicago Cases*, for all intents and purposes, is a highly detailed legal argument that at times is in a narrative form and could serve as a complaint, could serve as an exhibit, gives all of PLAINTIFF'S arguments and explanations into everything that he understands led to the current situation.

540. To quickly summarize the procedural history based on fact: on October 20th, 2023, PLAINTIFF gave to the DOJ a copy what is referred to as Attachment A from PLAINTIFF'S Complaint that was filed on December 27th, 2023 in the Northern District of Illinois. REBECCA PALLMEYER and/or other DEFENDANTS in the White House and/or DOJ corruptly knew that JUDGE DURKIN would have been uncorrupt, constitutionally unbiased, and they concocted a scheme to get JUDGE DURKIN off the case and intentionally replace him with JUDGE JENKINS in order to corruptly rule adversely against PLAINTIFF at every opportunity she could have against PLAINTIFF'S Constitutional Rights and RICO in PLAINTIFF'S case in violation of 18 USC 1962(D), 18 USC 1962(C), 18 USC 1962(B), and 18 USC 1962(A). PLAINTIFF utilized a basic form (civil rights complaint) provided for by the Northern District of Illinois Court and JUDGE JENKINS not recognizing the corrupt stupidity of her decision made a ruling that their own form did not comply with their own rules and regulations. Court Judge JENKINS treated Exhibit A from PLAINTIFF'S Complaint as a Complaint in and of itself--numerous issues arouse from such; since JUDGE JENKINS either corruptly or negligently treated *Attachment A* as a

complaint, that means the DOJ did too and that means they were properly served and failed to respond in time; Then PLAINTIFF appealed 60B Motions and a Rule 55 Motion in response to such. Throughout the entirety of the *Chicago Cases*, every single decision, separately and jointly, coming from JUDGE JENKINS and CHIEF JUDGE REBECCA PALLMEYER in response to all of PLAINTIFF'S Motions were in violation of PLAINTIFF'S Constitutional Rights and RICO. JUDGE REBECCA PALLMEYER violated 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) when she filed and submitted to the Court *In Re: Milan Michael Kotevski*, 24cv556, N.D. Illinois, 2024[92] in which she necessarily violated one or more or a combination of the following in 18 USC 1961 sections 891–894 (relating to extortionate credit transactions), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).[93]  Due to the RICO violations, Free Speech Retaliation, Disability Retalation, Due Process, and Religious Retaliation against PLAINTIFF'S Constitutional Rights, and different Constitutional Rights violations by JUDGE JENKINS in the *Chicago Cases*, PLAINTIFF appealed to the 7th Circuit Court of

---

[92] https://dockets.justia.com/docket/illinois/ilndce/1:2024cv00556/454415
[93] PLAINTIFF is not including other violations of 18USC1961 that the decision necessarily and materially aided and abetted the RICO Enterprise.

Appeals and the 3 panel decision of WOODS, PRYOR, and JACKSON-AKIWUMI was corruptly decided in which they knew of the RICO violations that had occurred in all of the District Court Decisions in the *Chicago Cases*, which means that they get no judicial immunity. There is no judicial immunity for improperly deciding Writ of Mandamus cases, which is especially true when the decision is based on fraud and corruption. The change in initial District Court Judge and the intentional selection of the Panel was a corrupt decision facilitated by CHIEF JUDGE DIANE SYKES in violation of RICO. PLAINTIFF appealed to the 7th CIRCUIT COURT OF APPEALS EN BANC in which 8 unknown judges that knew of the RICO and Constitutional violations that occurred in the Panel Decisions and the District Court decisions denied an EN BANC hearing with no reason as to why it was denied. The entire time, PLAINTIFF is proceeding Pro-Se and as a slave after having been tortured for years in which the Courts knew of PLAINTIFF'S declining cognitive capacity and no money to bring such a lawsuit. Then PLAINTIFF filed in the Middle District of Louisiana hoping to have a sympathetic Court in which PLAINTIFF was met with even more corruption by JUDGE BOURGEOIS and JUDGE JACKSON.

541.    The DOJ 1) did not meaningfully address what PETITIONER had stated in Attachment A in both calls and in person visit 2) in one of the calls, the DOJ employee informed PETITIONER that the FBI had the flash drive that contained Attachment A in which the DOJ/FBI Attachment A differed from the Attachment A that was publicly filed in Court on December 27th, 2023 *in only one & extremely significant*

*way*—DOJ and FBI'S version of Attachment A had an additional section entitled: Star Chambers.

542.    Continuing the previous paragraph: The Star Chambers section specifically and factually detailed PETITIONER'S argument of how SCOTUS subjected PETITIONER to Star Chambers in which he was showing complete deference to SCOTUS and for National Security concerns though PETITIONER did mention 4-5 cases publicly as a factual proof of the allegations and a just in case things go even more terribly. Furthermore, to show the highest amount of respect, PETITIONER told the DOJ and the Court which is still true to this day that the flash drive the FBI and DOJ have that have the section entitled Star Chambers is the only known one in existence and it would have been that way had the FBI and CIA not allowed India to tamper with and torture PETITIONER for years in which India had access to PETITONER'S laptop when PETITIONER was drafting Attachment A violating 18 USC 1961 Section 1029 for years in which stupidly by not treating PETITIONER as an ally and friend after allowing *Japlan* to happen, India would have never known about Star Chambers and neither would have the rest of the world unless DOJ, FBI, and SCOTUS make it public. PETITIONER imagines that it will not go down well if India, Russia, or China releases Star Chambers publicly.  Again, this is another time of showing Judges and SCOTUS complete deference and respect in which PETITIONER did not receive an iota of that in return.

543.    First time PLAINTIFF started to bring up Free Speech retaliation by the Court Chicago Cases in his Rule 60B motion made on 01/26/2024 in Paragraph #57: "The

374

Court retaliated against PLAINTIFF for PLAINTIFF'S First Amendment protected speech because PLAINTIFF made the issue of making correspondence known with a written record in which PLAINTIFF objected to the secrecy of the interactions between DEFENDANTS and the Court made in PLAINTIFF'S denial of IFP on 01/09/2024."

544.     So from sometime between October 20th, 2023 through December 27th, 2023 the DOJ, CIA, FBI, State Department, Boeing, Republic of India, SpiceJET, AT&T, Republic of Russia, People's Republic of China, knew PETITONER'S plans were going to be one that PETITIONER filed a Permanent Injunction in Attachment A with the factual and legal support proving why a Permanent Injunction was warranted. The claims were detailed, specific, and PETITIONER had no bad faith basis in filing such. Furthermore, if PETITIONER the DOJ themselves did not respond when they necessarily knew the exact nature of the lawsuit with the presumptively high bar that a PLAINTIFF needs to prove their case and then they decided not to respond to it and especially after they knew the amount that PETITONER was asking for, what is PETITIONER supposed to deduce from that besides them acquiescing to Attachment A in which they had 45 days to respond giving them more time than what the US Federal Rules of Civil Procedure allows in the first place? Then it is an impossible suggestion for the DOJ to make that when either the DOJ or US Marshals talked to REBECCA PALLMEYER, they never mentioned the content of Attachment A and how they were going to respond to PETITONER'S motions and not participate in the RICO Conspiracy in which they necessarily undertook actions to undermine

PETITIONERS case in the process such as what happened with LISA MONACO and information sharing and the apprehension of a drug lord on an aircraft during litigation?

545. The most basic premise of law is that if you give a DEFENDANT notice of the accusations against them in Court and they fail to respond after 21 days, let alone 95 or more days, they either think so little of you or have no basis to argue back what you filed in Court. So PETITIONER filed his Motion of Default on 01/15/2024. What made PETITIONER file the MOTION OF DEFAULT colloquially speaking is if Judge JENKINS wasn't such a shallow, stupid, callous, psycho bitch, then he would not have filed the Motion of Default out of respect for DEFENDANTS. Judge JENKINS knew the harm PETITIONER experienced with Japlan and the conditions of slavery and everything else between. It is either she did not understand the purpose of the 1800s story (PETITONER doubts that because PETITIONER presumes judges are smarter than that) but she understood the purpose of it and did not care what PETITIONER was trying to do in. Her intent was malicious in which she took one part of Attachment A out of context in order to discredit the actual harms PETITIONER experienced.

546. See the whole thing is that if PETITIONER could have *honestly* said that the FBI, CIA, DOJ, State Department, FISA Court didn't know what PETITIONER had experienced since at least Japlan and up to that very point, PETITIONER would not have filed his Motion of Default. PETITIONER would not have filed his Motion of Default if the DOJ and FBI showed any interest or actually informed PETITIONER

what was going on and if they had any real plans to apprehend and arrest whomever implemented *Japlan* against PETITIONER. PETITIONER would not have filed his Motion of Default if the FBI, State Department, DOJ, or CIA took any material steps that PETITIONER was aware of to restore PETITIONER or help PETITIONER grow and be better instead of what PETITIONER described in his personal statement. PETITIONER showing respect when it wasn't there briefly and barely mentioned the Motion of Default in his En-Banc Hearing request because PETITONER was still waiting for the good to come out from DEFENDANTS that he was made aware of. PETITIONER would not have brought up the Motion of Default in the *Louisiana Cases or the Utah Cases* had any judge in the Northern District of Illinois and 7th Circuit Court of Appeals gave a damn. PETITIONER would not have filed his lawsuit nor filed his Motion of Default in the scenario that if it was PETITIONER'S mother having worked for an unknown cartel, China ,or Russia who implemented *Japlan* against her own son and had been defrauding PETITIONER his whole fucking life had a single agent fucking said anything directly to PETITIONER if that was true; PETITIONER would not have filed the Motion of Default had he known or felt like the FBI, CIA, or DOJ had his back at any time in his life and were actively trying to help PETITIONER. Again, how the fuck is autistic PETITIONER supposed to determine that the FBI, DOJ, CIA, State Department respected, valued, appreciated, despised but still understood the issues and siding with PETITIONER on solely a law or issue basis, or were actively helping PETITIONER when he described what he went through in his personal statement? Over and over again over the span of at least

377

15 years, PETITIONER has done everything in his power not to use the largest or strongest tactics and weapons available to him against DEFENDANTS in completely destroying them whether they knew that in Spring 2015 and how PETITIONER didn't release publicly the Super Confidential Psych form to harm PETITIONER'S school or DEFENDANTS, how in the course of discovering and uncovering RICO Enterprise #2, PETITIONER put it away in 2017 because of it being a Pandora's Box and making billions of dollars on account of it being a Pandora's Box and truly did everything in his power not to make it political where he condemned and made fun of both democrats and republicans and had to lie and say stupid shit about TRUMP in order to make RICO Enterprise #2 not a political issue in which by the way PETITIONER was never a BERNIE SANDERS supporter. Ever. PETITIONER made up lies about RICO Enterprise #2 and described his work as a tip to the DOJ or doing consulting work for the Department of Education in order for it not to cause hyper partisanship. PETITIONER could have gone to JAMES LANKFORD and coerced him into giving PETITIONER a job or have gone to a democrat opponent during JAMES LANKFORD'S reelection and explain what happened with what JAMES LANKFORD made because of PETITIONER'S ideas and never received credit for such. Every honorable action PETITIONER did for DEFENDANTS through the years for their own interests completely sacrificing PETITIONER'S interests for the longest time now has been met with degrading treatment and malice in which, fuck, the way PETITIONER described RICO Enterprise #2 to the Texas State Bar was beautiful in deescalating the partisanship and hiding some DoD failures that should have lowered

378

tensions and shown an iota of respect in which more than a month later afterwards, the WH, DoD, CIA, or FBI after having read that statement conspired with the Texas Bar, and when PETITIONER took the Texas Bar in a place he was trying to make home  and make it on his own completely not at the expense of any fucking DEFENDANTS  who exploited PETITIONER for years in which he had no clue the true extent of DEFENDANTS exploitation of PETITIONER over the years, those fucks perpetuated the RICO Enterprise through the Texas State Bar. Then PETITIONER tried his best not to make *Japlan* a permanent scandal in which for more than 8 years, lived life in a lie never bringing it up all the while suffering from it and was even asking for some help and lower figures than what PETITIONER deserves. Every time DEFENDANTS are incapable of learning anything and it had to come down to this.

547.   So JUDGE JENKINS continued her ruling on 01/09/2024: "The factual allegations in the amended complaint must be limited to what Kotevski alleges actually occurred; the Court will disregard any other allegations."  This is the most arbitrary sentence PLAINTIFF has ever read because she has a predetermined narrative she wants because Attachment A is what PLAINTIFF provided to his best knowledge on what happened. When Judge JENKINS stated that PETITIONER is supposed to only "allege [what] actually occurred," this brings up a whole slew of different issues. What is the only conceivable explanation after any PETITIONER included more than 700 pages of fact and legal argument would a judge then say that PETITIONER is supposed to only allege what ACTUALLY occurred. The inclusion of

such means she knew what happened in secret and was privy to secret information that she was given by DEFENDANTS. There is no other logical explanation. Coupled with the fact that Judge JENKINS knew that PETITIONER had stated that DEFENDANTS were fraudulently concealing information against PETITIONER. So if PETITIONER can't get access to the fraudulently concealed information that presumably tells what actually allegedly happened and then is supposed to amend his complaint to reflect such, how is PETITIONER supposed to legally comply with such direction by the Court in which one of purposes of PETITONER filing the complaint is the fact DEFENDANTS were fraudulently concealing information from PETITIONER.  Then if you interpret that statement by Judge JENKINS that PETITIONER included allegations that did not actually happen (which are false), then how the fuck is PETITIONER supposed to determine which allegations PETITIONER made actually happened when PETITIONER had a good faith basis including such and allow PETITIONER to know and understand which factual allegations have a basis in fact and which ones she ALREADY KNOWS WHICH ONES DO THROUGH SECRET INFORMATION OR EX PARTE CONTACT WITH DEFENDANTS with that standard she imposed upon PETITIONER?

548.    Throughout this entire litigation and is not limited to just Judge JENKINS but exists in all the cases at issue, PETITIONER has no way of determining what other allegations she is talking about because when PETITIONER filed his case, he understood to the best of his ability and mental capacity at the time necessarily taking into account the fraudulent concealment by DEFENDANTS and electronic

tampering with PETITIONER'S electronics with everything he filed in the case was true at the time in which DEFENDANTS responses and Discovery might have proven otherwise.

549. Then with the statement that PETITIONER is to only include what allegedly happened, Judge JENKINS egregiously presumes bad faith without demonstrating bad faith because no reason for her to say PETITIONER had to amend and state what allegedly actually happened. Through those words and actions, Judge JENKINS told any reasonable legal observer and Court that PETITIONER perjured himself because for her to say that in her ruling, then Attachment A must have contained something to her knowledge otherwise. Then at the same time, as she will soon find out if she hasn't already done so, a core feature of the RICO Enterprise against PETITIONER was routinely fabricating false evidence against PETITIONER in which PETITIONER'S Complaint and Attachment A contains a verifiable basis in so concluding. Then with DEFENDANTS electronic tampering, they could have deceived PETITIONER into concluding that a piece of fabricated evidence they made knowing PETITIONER would use it enabled the obstruction of justice by DEFENDANTS. This brings up the most absurd situation that shows her prejudice. So then Judge JENKINS is faulting PETITIONER for the exact legal harms that DEFENDANTS intentionally committed against PETITIONER that is in itself is criminal and then telling the world PETITIONER committed perjury and then making a determination in which she is privy to secret information she received that was being fraudulently concealed that PETITIONER was in court suing

381

DEFENDANTS for. This is extremely prejudicial and constitutes abuse of legal process per Kozminski. Again, this constitutes a *Napue, Alcorta* violation, and violations of 18 USC 1961, et al.

550.    PLAINTIFF, in the Chicago Cases in his Rule 60B motion made on 01/26/2024, said the following: in Paragraph #3: "PLAINTIFF incorporates every single letter, motion, pleading, attachments, etc.  made in 23CV17137 and to the 7th Circuit in *Kotevski v. Jenkins* 24-1085 herein; especially Attachment A in PLAINTIFF'S pleading made on 12/27/2023 (hereon: Attachment A);" in Paragraph #5: "PLAINTIFF continues to experience irreparable and permanent harm… " and Paragraph #6 The Court has intentionally ignored Paragraph #5;" Paragraph #18: "JUDGE JENKINS' rulings may not even be legally valid because it is possible that PLAINTIFF could not have legally submitted the motions and pleading because PLAINTIFF--in a minimum of four submissions to the Court—clearly states there are major legal guardianship and/or marriage issues such as PLAINTIFF explained in Letters submitted on 01/02/2024, 01/12/2024, and 01/20/2024 and PLAINTIFF'S pleading (See: Paragraph #34)"

551.    *U.S. v. Rastelli*, 870 F.2d 822 (2nd Cir. 1989). (Holding: statements admissible that discuss the identity and activities of his coconspirators; **refusing to sever the perjury and obstruction of justice counts in a RICO case;** a defendant may agree to join a RICO conspiracy without knowing the identities of all the other conspirators and without full knowledge of all the details of the conspiracy; noting proof that RICO conspirator knew all other conspirators, or had full knowledge of

conspiracy was unnecessary, because it is sufficient that defendant know the general nature of the enterprise and know that the enterprise extends beyond his individual role; adopting Trombetta and Youngblood and held that in order to succeed on a claim that missing evidence would play a significant role in his defense, and was thus material, a defendant must meet the two prong materiality standard as established in Trombetta as well as show that the government acted in bad faith.

552.    The Court in *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994) ruled on the proposition that an act of perjury can be an act of obstruction of justice under 18 U.S.C. 1961 Section 1503 since "The findings (of obstruction of justice) encompass all the elements of perjury — falsity, materiality, and willfulness. The only matter about which the court was not explicit was whether Matiz's testimony was material. A sentencing court, however, is not required to address each element of perjury in a separate and clear finding. See id. In fact, the Court in Dunnigan affirmed a district court's finding that did not use the term willful…Dunnigan only requires that a sentencing court's findings encompass all of the factual predicates for a finding of perjury." "The Supreme Court has stated that a witness testifying under oath commits perjury if "she gives false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." United States v. Dunnigan,113 S.Ct.1111 (1993)." U.S. v. Matiz, 14 F.3d 79 (1st Cir. 1994). U.S. v. Ashland Oil Inc., 705 F. Supp. 270 (W.D. Pa. 1989) discussed what constituted materiality: "A concise summary of this materiality requirement is set forth in Justice Stevens' concurring opinion in Youngblood: Our cases make clear

that "[t]he proper standard of materiality must reflect our overriding concern with the justice of the finding of guilt," and the State's failure to turn over (or preserve) potentially exculpatory evidence therefore "must be evaluated in the context of the entire record." United States v. Agurs, 427 U.S. 97 (1976) (footnotes omitted); see also California v. Trombetta, 467 U.S. 479 (1984) (duty to preserve evidence "must be limited to evidence that might be expected to play a significant role in the suspect's defense")." "By limiting Section 1503 to acts having the "natural and probable effect" of interfering with the due administration of justice,

553. the Court effectively reads the word "endeavor," which we said in Russell embraced "any effort or essay" to obstruct justice out of the omnibus clause, leaving a prohibition of only actual obstruction and competent attempts…A Section 1503 violation occurs when "an act is done corruptly if it's done voluntarily and intentionally to bring about either an unlawful result or a lawful result by some unlawful method, with a hope or expectation of either financial gain or other benefit to oneself or a benefit of another person." *United States v. Aguilar*, 515 U.S. 593 (1995).

554. By Judge Jenkins having been so prejudiced against PETITIONER it allowed PETITIONER to say that the DOJ was served and normal rules of Civil Procedure dictate the fact that by not answering when they were necessarily conspiring to completely undermine PETITIONER'S case as can be seen with LISA MONACO, they had notice. The intentional omission of the fact from the *Chicago Cases, Louisiana Cases, and Utah Cases* that numerous DEFENDANTS were in fact served

in which one of those Courts lied about PETITIONER having done so is fraud. the 12 Judges engaged in the conspiracy was to purposefully delay ruling favorably to PETITIONER as required by law giving DEFENDANTS an additional 2 years to come up with an answer and cover up what they did (which violates SHOTWELL that concerns itself with: XX) in addition to the Louisiana Cases and Utah Cases corruptly dismissing the case with prejudice when PETITIONER had found enough circumstantial evidence at a clear and convincing standard that an injunction was warranted all the while completely ignoring all the facts that PETITIONER stated warranted an emergency hearing.

# Part III: REBECCA PALLMEYER

555. FORMER CHIEF JUDGE REBECCA PALLMEYER after having been the one in charge of changing the equalization credit rules herself in 2023 knew and fundamentally understood that the first ruling should have been decided on or by January 24th, 2024 because that was about 15 days later. Her habit of following the rules led her to make a damning decision. This is so much so that just the day before the first ruling should have taken place, REBECCA PALLMEYER completely violated 18 USC 1961 sections 1503 (relating to obstruction of justice) through ruling on a completely fabricated narrative designed to perpetuate the RICO Enterprise against PETITIONER, section 1510 (relating to obstruction of criminal investigations) by fabricating evidence and ruling on it, section 1512 (relating to tampering with a witness, victim, or an informant) by having ruled in the manner that she chose to do, it was calculated to deprive PETITIONER of any fair hearing in

Court and to prejudice the proceedings against PETITIONER; section 1513 (relating to retaliating against a witness, victim, or an informant) as PETITIONER had reasonably and openly drawing corrupt conclusions based on JUDGE JENKINS actions; and through necessarily knowing that the ruling she would make on JANUARY 23rd, 2024 was reasonably calculated to continue to enslave PETITIONER and deny PETITIONER a fair hearing, it would cause PETITIONER to lose his case and allow the crimes of the DEFENDANTS to go on and unpunished in the Court of law which means she necessarily aided and abetted bribery and became an accessory after the fact (see: ANDREW MCCABE, JEH JOHSON, HILLARY CLINTON, and TERRY MCAULIFFE violation of Section 201 (relating to bribery. See Attachment A: An Anchor and a Pitchfork); aiding and abetting and becoming an accessory after the fact to sections 891–894 (relating to extortionate credit transactions) violations because PETITIONER would have to pay back the interest on his student loans by necessarily having paid to have war crimes committed against him in which he would be forced to pay DEFENDANTS who allowed war crimes to be committed against PETITIONER because of REBECCA PALLMEYER'S decisions; aiding and abetting and becoming an accessory after the fact to DEFENDANTS' section 1029 violations (relating to fraud and related activity in connection with access devices) after PETITIONER informed the Court multiple times PETITIONER'S electronics were being tampered with; by sending a ruling that former CHIEF JUDGE REBECCA PALLMEYER completely knew was completely fraudulent and was intended to obstruct justice and enslave PETITIONER, she violated section 1341 (relating to

386

mail fraud), she aided and abetted and became an accessory after the fact to section 1343 (relating to wire fraud) through JUDGE JENKINS EX PARTE COMMUNICATIONS with unknown DEFENDANTS that PETITIONER warned about prior to January 23rd, 2024, aided and abetted and became an accessory after the fact to PETITIONER'S labor or terrorism experienced in the *Offing* via section 1351 (relating to fraud in foreign labor contracting), aided and abetted and became an accessory after the fact to section 1425 (relating to the procurement of citizenship or nationalization unlawfully) in which there were questions about whether or not PETITIONER was married or had adopted a child while having war crimes committed against him that were obvious from the Complaint and Attachment A because of XIUYANG SUN, two unknown Vietnamese roommates and ANGIE ORTIZ; either aided and abetted trafficking PETITIONER to the UK and DC and forced to labor for political and intelligence reasons without compensation via *the Offing* and became an accessory after the fact to numerous intellectual property thefts in which PETITIONER was not compensated and knowing that there was a fraudulent legal guardian that was taken advantage of PETITIONER in which she violated sections 1581–1592 (relating to peonage, slavery, and trafficking in persons); aided and abetted corporate sabotage against SUPER SHIBA STORE, MKT AIRLINES, MKT, and MKT RAILROAD and thereby violated sections 1831 and 1832 (relating to economic espionage and theft of trade secrets) and acquisition of certain properties for MKT Resorts that are no longer for sale. *United States v. Clark*, 646 F.2d 1259 (8th Circuit 1981) held the office of county judge is an enterprise for RICO

purposes; and if an entire office can be held, the entire Northern District of Illinois Court and 7th Circuit Court of Appeals can be held as an enterprise for RICO Purposes.

556. This is ironic to PETITIONER because as PETITIONER will argue, former CHIEF JUDGE REBECCA PALLMEYER intentionally put JUDGE JENKINS to handle PETITIONER'S case. Former CHIEF JUDGE REBECCA PALLMEYER knew from the rules assessing PETITIONER'S case would take 15 days or so. Judge JENKINS took a week and made her decision (because they had the purpose of getting the case dismissed) in which in that rushed judgment made one of the greatest legal faux pax in judicial history.

557. When DEFENDANTS concocted their scheme, they knew they were going to commit mail fraud because the case necessarily prejudiced PETITIONER'S Due Process rights. Former CHIEF JUDGE JUDGE REBECCA PALLMEYER entered into a conspiracy with JUDGE JENKINS in violation of 18 USC 1962(D) in which JUDGE JENKINS, CHIEF JUDGE REBECCA PALLMEYER switched judges as part of the scheme to defraud thereby the switch in judges constituted mail fraud under DOJ standards

558. But JUDGE JENKINS didn't give a damn though and she was rushing through everything not realizing the extent of her mistakes. Her January 9th, 2024 decision and ruling was decided far too prematurely and serious derelict of duties and judicial oversight was committed at this time because what happened with JUDGE

JENKINS in her rushed oversight decision making skills on January 9th, 2024 ruling will be talked about in American law schools for the next century or two for sure.

559.   So just one week or 7 days after having reviewed PETITIONER'S case that was 1600+ pages long, an 18 USC 1962(D), 18 USC 242, 42 USC 1985(3) conspiracy abound in secret in chambers. The decision to have SENIOR JUDGE DURKIN not rule or decide PETITIONER'S case was a corrupt one done by the Executive Committee led by the initial RICO association in the *Chicago Cases* consisting of former CHIEF JUDGE REBECCA PALLMEYER, SENIOR JUDGE DURKIN, JUDGE JENKINS, the CLERKS OFFICE, who broke the rules in the first place and this led her down a path of violating RICO.

560.   REBECCA PALLMEYER did not step in and intervene when she knew of the illegality of JUDGE JENKINS' decisions and necessarily furthered such at every single junction throughout the Chicago Cases in which between January 9th, 2024 through January 26th, 2024, FORMER CHIEF JUDGE REBECCA PALLMEYER MET WITH JUDGE JENKINS on numerous occasions in at least REBECCA PALLMEYER'S chambers  and/or JUDGE JENKINS' chambers in which they transmitted through the wires via email, text messages, emails, phone calls, and/or a combination thereof thereby making her a principal actor in the RICO Enterprise against PETITIONER.

561.   Then what will go down in judicial history, PETITIONER will briefly address the possibility that Judge JENKINS had no participation in it. There has been a persistent fabrication of PETITIONER being a threat or making threats in which

389

whether it was in Spring 2008 and Fall 2010/Spring 2011 through falsely labeling PETITIONER as a terrorist; Fall 2009 with an incident that PETITIONER calls *On This Side of the Road* in Attachment A, Fall 2010 in which PETITIONER argued with the Registrar's Office at Sewanee in which they falsely labeled PETITIONER as a threat in which allegedly PETITIONER made a threat (which he did not) in which Sewanee retaliated against PETITIONER by forcing him to go to the school psychologist in addition to denying him transfer credit because of PETITIONER'S Free Speech and then Sewanee necessarily making money off that false fabrication denying him the transfer credit, whatever fabricated narrative REBECCA WETHERBEE came up with in Fall 2010 and Spring 2011 against PETITIONER at was utilized in the *Offing*, and whatever bullshit fabricated narrative that allowed DEFENDANTS to implement *Japlan* against PETITIONER, there was an ever consistent and persistent ongoing pattern of DEFENDANTS routinely fabricating evidence to say that PETITIONER was threat. This time they took it one step further when former CHIEF JUDGE PALLMEYER made the following ruling *In Re: Milan Michael Kotevski,* 2024cv00556 (N.D. Illinois) 2024 that provides: On December 6, 2023, Milan Kotevski entered the Dirksen U.S. Courthouse. While present, he made several inappropriate and threatening statements. These remarks caused concern for the safety of individuals. Representatives of the United States Marshals Service were called to provide assistance and investigated the matter. The Court's Executive Committee finds that there is sufficient cause for concern regarding Mr. Kotevski's

390

conduct if he is not escorted during his time in the Dirksen U.S. Courthouse in Chicago, Illinois or the Roszkowski U.S. Courthouse in Rockford, Illinois."

562.    *The Text of In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois that was filed on Jan 23ʳᵈ, 2024 is the following with PLAINTIFF'S emphasis:* "**Filing 1** EXECUTIVE COMMITTEE ORDER: On December 6, 2023, Milan Kotevski entered the Dirksen U.S. Courthouse. **While present, he made several inappropriate and threatening statements. These remarks caused concern for the safety of individuals**. ***Representatives of the United States Marshals Service*** were called to ***provide assistance*** and investigated the matter. ***The Court's Executive Committee finds that there is sufficient cause for concern regarding Mr. Kotevski's conduct*** if he is not escorted during his time in the Dirksen U.S. Courthouse in Chicago, Illinois or the Roszkowski U.S. Courthouse in Rockford, Illinois. IT IS, THEREFORE, HEREBY ORDERED THAT to maintain judicial security, Mr. Kotevski is ordered to sign in upon arrival at the Dirksen U.S. Courthouse at 219 S. Dearborn Street, Chicago, Illinois, 60604 or in the Stanley J. Roszkowski U.S. Courthouse at 327 S. Church Street, Rockford, Illinois 61101, and IT IS FURTHER ORDERED THAT a representative of the U.S. Marshals Service shall accompany Mr. Kotevski at all times while he is present in the Dirksen U.S. Courthouse or in the Stanley J. Roszkowski U.S. Courthouse, and IT IS FURTHER ORDERED THAT a miscellaneous file with the title "In the Matter of: Milan Kotevski" and case number 24 CV 00556 shall serve as the repository of this order, and any order or minute order entered pursuant to this order. The Clerk will also

maintain a miscellaneous docket associated with the file. All orders retained in the file will be entered on that docket following standard docketing procedures.IT IS ALSO ORDERED that the Clerk shall cause a copy of this order to be left at the security desk in the lobby to hand to Mr. Kotevski the next time he enters one of the courthouses of the Northern District of Illinois. Signed by the Executive Committee on 1/23/2024. **Mailed notice. (lw, ).”**

563.   PLAINTIFF, at the zenith of complete unfairness and violating every sense of traditional justice and fairness, spent nearly two years fighting the ruling in the previous paragraph. The corruption in that ruling has gotten so bad that even GROK (AI) talks about it. See: below:



564.   What does PLAINTIFF have that proves him correct? PLAINTIFF on the other hand has a 22 minute video of the day at incident on December 6, 2023. The video

starts from when PETITIONER just passed security, and if PETITIONER had made any threatening statements then in the presence of US Marshals when he was going through security or having just entered the building, PETITIONER would have presumed he would have been immediately detained and not allowed to go up. So that not being the case, the video starts when PETITIONER is on the elevator going up to the DOJ. For the entire time that PETITIONER is at the DOJ, PETITIONER does not yell, does not make any threatening statements nor any inappropriate statements nor pose any malicious questions in which the questions he asked are ones that were trying to help him understand why the DOJ was in fact not talking to PETITIONER; PETITIONER briefly talked to a DOJ employee over the wires via telephone in which that employee lied to PETITIONER (thereby committing fraud) in which that employee said they were going to come down to talk to PETITIONER; and it is only when either that employee on the telephone or a different employee through either a phone call over the wires or through sent a fraudulent message over the wires to make two US Marshals go visit PETITIONER at the lobby of the DOJ. The US Marshals in no conceivable way conduct any sort of investigation involving PETITIONER because one of the reasons of them being there is to kick out PETITIONER after PETITIONER served DOJ 45 days later to talk to PETITIONER about Attachment A as a courtesy to them. It is there PETITIONER asks the two US Marshals if he is being detained in which he is informed that he is being escorted out of the building (for wondering why the DOJ refuses to talk to PETITIONER and retaliating against him on the basis of his speech because of the questions he asked)

393

in which PETITIONER gives the completely foreboding warning that they are aiding and abetting a RICO Enterprise. PETITIONER is escorted out of the building never having made any threats nor making any threatening gestures nor raising his voice nor posing any imminent physical threat to DOJ or any employee therein and PETITIONER walks away.

565. The video of PLAINTIFF'S interaction with the DOJ and US Marshals on December 6th, 2023 can be found at this link: https://www.youtube.com/watch?v=ns4hu1ZQG3I

566. This violated Due Process in multiple ways: 1) for all intents and purposes, that ruling was a criminal case; 2) PLAINTIFF was "convicted" without a hearing of threatening people without PLAINTIFF'S chance to cross examine witness WITH A 22 MINUTE VIDEO PROVING THEIR FABRICATED LIES; 3) PLAINTIFF cannot get a job because when a google search is done, that case comes up, and employers are most definitely not going to hire someone who allegedly threatened federal employees, which constitutes extortion under 18 USC 1961 Section 1951.

567. Furthermore, part of the reason why DEFENDANTS decided to make a false allegation against PLAINTIFF is because they were covering up what CHRISTOPHER WRAY did to PLAINTIFF when CHRISTOPHER WRAY visited PLAINTIFF in person at the dog park and he threatened PLAINTIFF because he knew what PLAINTIFF was writing in Attachment A in the Chicago Cases both before the DOJ got it and after the DOJ got it in person.

568. Chronologically speaking as PLAINTIFF will discuss later, precisely because PLAINTIFF proved the systematic rico violations concerning PALLMEYER'S ruling in 24cv556, DEFENDANTS thereafter did similar things twice to falsely prove PLAINTIFF'S threatening, dangerous, or violent behavior when actual evidence proves there were schemes to do that and PLAINTIFF was seriously harmed by such.

569. Not even considering the motions PETITIONER had filed on January 13th, 2024 and January 16th, 2024, Former Chief Judge PALLMEYER makes her decision in which PETITIONER never had the opportunity to defend himself or cross examine witness or know the names of witnesses who called the US Marshals to allegedly go investigate. Former Chief Judge PALLMEYER makes the decision knowing that there was key evidence available to her (even if it was not PETITIONER'S cellphone video that is a complete POV) because there are at least 3 security cameras in the lobby at the DOJ and does not include it in her ruling. Former Chief Judge PALLMEYER makes the decision knowing that PETITIONER submitted a Complaint to the US Marshals about the incident which means that it ends any investigation that the US Marshals had into the incident thereby obstructing that investigation as well as obstructing that investigation in providing false evidence relating to that incident thereby implicating 18 USC 1961 Section 1510 violations.

570. Now as PETITIONER argues, it was a two-pronged judicial approach to obstruct justice and in direct corrupted response because of what Judge JENKINS did to PETITIONER in her ruling on 01/09/2024 and her denying PETITIONER'S Motion of Default and how PETITIONER responded back to her 01/09/2024 ruling

through filing the Motion of Default on 01/15/2024 and the Writ of Mandamus on 01/16/2024 and Judge JENKINS denying PETITIONER'S Motion of Default on 01/16/2024. Hate doesn't get you anywhere in life.

571.   PLAINTIFF, solely on conjecture, argues that Former CHIEF JUDGE REBECCA PALLMEYER sometime between January 13th, 2024 and January 26th, 2024, along with maybe CHIEF JUSTICE JOHN ROBERTS after PLAINTIFF'S January 11th or 13th letter to the Court talking about him (So they were willing to break the bounds of privileged communications and when PETITIONER pointed out the fact that Judges were engaging in Ex Parte communications with DEFENDANTS, nothing was done to address that), realized something was really wrong from their perspective and that's when they concocted their next conspiracy.

572.   What decisions from former CHIEF JUDGE REBECCA PALLMEYER do from the Executive Committee further one of the RICO Enterprise's purpose obstructing justice in order to get the case dismissed? First, *The Executive COMMITTEE WAS AN ASSOCIATION IN FACT FOR RICO PURPOSES DEFINED WITH AN OBJECTIVE GOAL OF ENSLAVING PETITIONER, OBSTRUCTING JUSTICE, AND PERPETUATING THE RICO ENTERPRISE AGAINST PETITIONER.* RICO is concerned that it applies to "person[s]" who are "employed by or associated with" the "enterprise." § 1962(c). The Executive Committee and Judges in the Northern District of Illinois and 7th Circuit Court of Appeals constitutes an association.

573.   *United States v. Cook*, 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial

evidence." 793 F.2d at 736). "As was the case in United States v. Postal,589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." [omitted]." U.S. v. Jones, 839 F.2d 1041 (5th Cir. 1988).

574.  *JUDGE JENKINS, The Executive COMMITTEE, and former CHIEF JUDGE REBECCA PALLMEYER are both a person and enterprise under RICO per Cedric Kushner Promotions, Ltd. v. King, 533 U.S. 158 (2001).*

575.  So on December 6th, 2023, PLAINTIFF visited the DOJ in person to talk about what he wrote and detailed.  PLAINTIFF was not under suspicion of having done anything wrong in his interactions prior to December 6th, 2023. PLAINTIFF cordially interacted with the US Marshals as soon as he entered the building that day. Then PLAINTIFF started recorded the entirety of the encounter he had with the DOJ and US Marshals on December 6th, 2023 from the moment he was in the elevator going up to the DOJ.

576.  JUDGE JENKINS was assigned as the Judge in PLAINTIFF'S case after the initial judge that was assigned decided he no longer wanted to decide the case in conspiracy with CHIEF JUDGE REBECCA PALLMEYER in violation of  18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d)..

577.  There existed a conspiracy amongst DEFENDANTS that JUDGE JENKINS would be the one that would handle PLAINTIFF'S case knowing she would

397

further the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(D); this was probably done at the direction of CHIEF JUDGES JUDGE REBECCA PALMEYER of the NORTHERN DISTRICT OF ILLINOIS and the CHIEF JUDGE OF THE 7th CIRCUIT COURT OF APPEALS JUDGE DIANA SYKES.

578.   Sometime between October 20th, 2023 and December 27th, 2023 (the day PLAINTIFF filed his complaint in the Chicago Cases), CHIEF JUDGE of the NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER conspired with DEFENDANTS to deprive PLAINTIFF of Due Process and perpetuate the RICO Enterprise against PLAINTIFF in violation of PLAINTIFF'S Constitutional Rights of the 1st Amendment, 2nd Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 7th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment rights and RICO 18 USC 1962(D) and 18 USC 1961.

579.   CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER and JUDGE JENKINS conspired together in violation of 18 USC 1962(D) at least once between December 6th, 2023 and the conclusion of the *Chicago Cases* and at multiple intervals during the same time period.

580.   CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER knowingly and intentionally and in complete disgrace to the robe

and judicial branch filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois*[94] to perpetuate and further the RICO Enterprise against PLAINTIFF.

581.    Continuing the previous paragraph, part of the reason why CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER knowingly and intentionally filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois* was to create fabricated evidence that the FBI and DOJ could use against PLAINTIFF to allegedly demonstrate that PLAINTIFF made threatening comments when he has not in which the FBI and DOJ routinely falsely alleged that PLAINTIFF made threatening statements or falsely posed as threat or falsely was a terrorist when PLAINTIFF was never those things in violation of RICO 18 USC 1961 section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant) that was a key feature in allowing the RICO Enterprise against PLAINTIFF to continue unconstitutionally and illegally.

582.    PLAINTIFF'S December 6th, 2023 video is demonstrative of ***ALL*** the interactions PLAINTIFF had with law enforcement officers at any time in his life in which he never threatened any officers or caused any officer or individual to be in reasonable fear for their lives.

---

[94] Last Checked: July 2nd, 2024: https://dockets.justia.com/docket/illinois/ilndce/1:2024cv00556/454415

583.   CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER by having filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois* filed such an action through the wires or via the mail in which a copy of such was sent via USPS.

584.   CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER by having filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois* constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

585.    JUDGE JENKINS and FORMER CHIEF JUDGE REBECCA PALLMEYER knew that at least the DOJ, certain DEFENDANT corporations like BOEING and AT&T, DEFENDANTS like LISA MONACO, JOSEPH BIDEN, et al were in trouble based on PETITIONER'S Motion of Default made on January 13th, 2024. Furthermore, CHIEF JUSTICE JOHN ROBERTS did not PETITIONER to have an airline or be entitled to any compensation for what he allowed to happen against PETITIONER.JUDGE JENKINS, FORMER CHIEF JUDGE PALLMEYER, CHIEF JUSTICE JOHN ROBERTS, and other unknown DEFENDANTS got together and communicated over the wires from sometime after 5pm on January 13th, 2024 through January 23rd at 7:59 am before the Court opened on January 23rd, 2023  to formulate a plan to completely obstruct justice and undermine PETITIONER'S case in which they violated 18 USC 1962(D), 42 USC 1985(3), 18 USC 242, and 18 USC 249.  So to work they went to completely undermine PETITIONER'S case.

586.    CHIEF JUDGE REBECCA PALLMEYER, CHIEF JUDGE DIANA SYKES, JUDGE JENKINS and/or other DEFENDANTS were fundamentally the principal leaders in the RICO Enterprise in the *Chicago Cases* against PLAINTIFF in the *Chicago Cases* taking steps to ensure PLAINTIFF remained a slave, corruptly ruling against PLAINTIFF, obstructing justice, fabricating evidence against PLAINTIFF, in which they all necessarily violated one or more or a combination of the following in 18 USC 1961 sections 891–894 (relating to extortionate credit transactions), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of

401

criminal investigations), section 1511 (relating to the obstruction of <u>State</u> or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).[95]    Due to the RICO violations, Free Speech Retaliation, Disability Retaliation, Due Process, and Religious Retaliation against PLAINTIFF'S Constitutional Rights thereby violating 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

587.    Every single decision the Panel of JUDGES WOOD, JACKSON-AKIWUMI, and PRYOR made in the *Chicago Cases* furthered the RICO Enterprise against PLAINTIFF in which JUDGE WOOD, JUDGE JACKSON-AKIWUMI, and JUDGE PRYOR knew of the corruption perpetuated by JUDGE PALLMEYER and intentionally failed to stop the RICO Enterprise when JUDGE WOOD, JUDGE JACKSON-AKIWUMI, and JUDGE PRYOR had knowledge of such RICO violations and reason to know of such RICO violations and ruled against PLAINTIFF when they should not have ruled against PLAINTIFF corruptly. Therefore, DEFENDANTS JUDGE WOOD, JUDGE JACKSON-AKIWUMI, and JUDGE PRYOR became material actors and aided and abetted CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER'S corruption when she filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois* constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail

---

[95] PLAINTIFF is not including other violations of 18USC1961 that the decision necessarily and materially aided and abetted the RICO Enterprise.

fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

588.    PLAINTIFF appealed for an En Banc hearing to the 7th CIRCUIT COURT OF APPEALS to remedy the corruption that took place based on the decisions  made in the *Chicago Cases* furthered the RICO Enterprise against PLAINTIFF in which unknown 8 judges in the 7th CIRCUIT COURT OF APPEALS denied PLAINTIFF'S motion for an EN BANC hearing in which those 8 unknown judges in the 7th CIRCUIT COURT OF APPEALS knew of the corruption perpetuated by JUDGES WOOD, JACKSON-AKIWUMI, and PRYOR, JUDGE PALLMEYER, and JUDGE JENKINS and intentionally failed to stop the RICO Enterprise when unknown 8 7th CIRCUIT COURT OF APPEALS JUDGES had knowledge of such corruption and reason to

know of such corruption and ruled against PLAINTIFF when they should not have ruled against PLAINTIFF corruptly. Therefore, unknown 8 7th CIRCUIT COURT OF APPEALS judges became material actors and aided and abetted JUDGES WOOD, JACKSON-AKIWUMI, and PRYOR, JUDGE PALLMEYER, and JUDGE JENKINS corrupt decisions, which constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

589.    CHIEF JUDGE of the 7th CIRCUIT COURT OF APPEALS DIANE S. SYKES, who oversees the 7th CIRCUIT COURT OF APPEALS and the NORTHERN DISTRICT OF ILLINOIS, knew of the RICO violations that took place by unknown

8 judges in the 7th CIRCUIT COURT OF APPEALS who denied PLAINTIFF'S EN BANC hearing and the RICO violations undertaken by JUDGE WOOD, JUDGE JACKSON-AKIWUMI, JUDGE PRYOR, JUDGE PALLMEYER, and JUDGE JENKINS throughout the *Chicago Cases* in which CHIEF JUDGE of the 7th CIRCUIT COURT OF APPEALS DIANE S. SYKES intentionally failed to stop the RICO Enterprise against PLAINTIFF and had knowledge of such RICO violations and Constitutional Deprivations undertaken by judges under her direct control. Therefore, JUDGE DIANE S. SYKES became a material actor in the RICO Enterprise against PLAINTIFF and aided and abetted numerous RICO violations and Constitutional Deprivations without Due Process of law, which constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding

and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

590.    From at least October 20th, 2023 through July 2, 2024, DEFENDANTS DIANE S. SYKES, unknown 8 7th CIRCUIT COURT OF APPEALS JUDGES, JUDGE WOOD, JUDGE JACKSON-IKIWUMI, JUDGE REBECCA PALLMEYER, and JUDGE JENKINS entered a conspiracy against PLAINTIFF in violation of 18 USC 1962(D).

591.    Even after the En Banc hearing was denied, Judge DIANE SYKES and other co-conspirators continued to undermine PLAINTIFF'S case even if he decided to go back to their corrupt courthouse because changed numerous rules to undermine PLAINTIFF'S case or ones that related to PLAINTIFF'S case like anonymous decision of denial of En Banc Hearing.

# Part IV: MOTIONS OF DEFAULT

592.    PLAINTIFF has to change his chronological presentation a little bit and will talk about the *Chicago Cases, Louisiana Cases, Utah Cases, and Iowa Cases* in regards to the RICO Enterprise abusing process and law to deprive PLAINTIFF of life, liberty, property, and his pursuit of happiness.

593.    Please See: SCOTUS PETITION for full explanation for Fed R. Civ. P Rule 9(B) requirements if they are not met in Part IV.

594.    PLAINTIFF made the argument in his *SCOTUS PETITION* about "Stream of Service" that can be surmised in three basic steps 1) Essentially relying on the

406

premise of *Wickard v. Filburn*, 317 U.S. 111 (1942), after PLAINTIFF personally served the DOJ on October 20th, 2023 who then gave the lawsuit via flashdrive to the FBI in which either the FBI or DOJ gave a copy of such to the State Department and through other electronic means such as email correspondences and Linkedin personal invites to connect to such DEFENDANTS like JP MORGAN CHASE, APPLE, DELTA, QATAR, PLAINTIFF personally gave notice of the lawsuit to those DEFENDANTS. Their actions thereafter show they believe they were served precisely because they had notice of PLAINTIFF'S claims against them thus negating the gatekeeper role of a registered agent because the evidence proves they believe they were properly served. Furthermore, due precisely to information sharing by one of the following: MOSSAD, IDF, any Indian Intelligence Agency, any 5 Eyes member intelligence agency (including CIA, DoD, FBI), FSB/GRU, MSS, or a combination thereof, started to inform each other of PLAINTIFF'S claims against them and then the aforementioned started to commit corporate sabotage against PLAINTIFF. The point being, if one stalk of wheat can be regulated by the federal government because it could enter the stream of commerce, then PLAINTIFF serving all DEFENDANTS in which the DOJ being the one most likely to take control and lead over the lawsuit as DEFENDANT. To be fair and PLAINTIFF throwing a life ring, it could have been part of an intelligence operation to show what foreign intelligence services are likely to do to commit corporate sabotage against American businesses and individuals like PLAINTIFF.

595.    To the best of his recollection, PLAINTIFF for sure he told at least one court (best belief: Justice JACKSON in the *Louisiana Cases)* something to the effect of PLAINTIFF demanding the Court get records from PACER to see which DEFENDANTS had accessed and paid to view PLAINTIFF'S case in both the *Chicago Cases and the Louisiana Cases.*

596.    So PLAINTIFF will bet his life and liberty on it that he was not the only person who viewed any one of the *Corrupted Cases* on PACER and demands those records and those will be one of the first things he subpoenas in Court.

597.    By paying PACER to view PLAINTIFF'S case, it is money spent on the RICO Enterprise to further the RICO Enterprise against PLAINTIFF because they had notice and intentionally relied upon the corrupted proceedings to avoid having to respond to PLAINTIFF'S allegations, which is obstruction of justice.

598.    On June 7th, 2024, PETITIONER filed his Motion of Default in the Louisiana Cases. This was ignored by all DEFENDANTS and the Court because he filed a Rule 55A motion which the Clerk of the Court should have entered into but did not on purpose to further the RICO Enterprise against PLAINTIFF.

599.    PLAINTIFF'S Chicago Cases Complaint on Page #6 Paragraph #12 stipulated for monetary damages the following: "$60 Billion USD in Damages. 6 Apache Helicopters, Fully Armed; 5 new 777-8fs, 10 787s, 10 737s, landing slots and gates without taxes and fees at London heathrow….Complete legal ownership of Dulles International Airport. 68 or so new General Electric locomotives…" These are all

financially ascertainable and determinable based on Attachment A and what PLAINTIFF requested.

600.    Each and every single time a MOTION OF DEFAULT or INJUNCTION was ignored or corruptly ruled against in the Corrupt Cases, PLAINTIFF is entitled to triple damages for the Corrupt Cases Courts perpetuating PLAINTIFF'S slavery because RICO says so; however, in no fucking way is PLAINTIFF asking the Court to rule in that manner because that is too much money and harms everyone. So PLAINTIFF for National Security Purposes and his love of the United States of America is asking less than the $60 Billion USD.

601.    So in response to Judge JENKINS' hate and completely corrupted antics against PLAINTIFF, PLAINTIFF filed his Rule 55(A) Motion of Default against DEFENDANTS on 01/13/2024. This is the relevant text of that Motion: "COMES NOW Plaintiff MILAN MICHAEL KOTEVSKI **pursuant to Fed. R. Civ. P. 55(a), and for its Motion for Entry of Default** Against DEFENDANTS HILLARY RODHAM CLINTON, WILLIAM JEFFERSON CLINTON, JUSTICE SAMUEL ALITO, HAROLD HONGJU KOH, ROBERT MUELLER, JOHN O. BRENNAN, JEH JOHNSON, JANET NAPOLITANO, BOEING, AT&T, APPLE, VERIZON, MICROSOFT, META, the UNITED STATES GOVERNMENT, DEPARTMENT OF DEFENSE, CIA, FBI, NSA, the GOVERNMENT OF RUSSIA, the GOVERNMENT OF CHINA, the GOVERNMENT OF THE UNITED KINGDOM, the GOVERNMENT of INDIA, the GOVERNMENT of JAPAN, the GOVERNMENT OF GERMANY, the GOVERNMENT of QATAR (and as full or part owners and managers of

409

DEFENDANTS QIA, LONDON HEATHROW AIRPORT HOLDINGS, and QATAR AIRWAYS), UNITED AIRLINES, DELTA AIRLINES, LUFTHANSA, SPICEJET, DULLES INTERNATIONAL AIRPORT, NEW ORLEANS INTERNATIONAL AIRPORT, ATLANTA HARTFIELD JACKSON AIRPORT, and any and all American, British, Indian, German, Japanese, Russian, Chinese, and Qatari governmental agencies and departments, states as follows: **Under Federal Rule 55(a), the Clerk "must" enter an order of default against parties that fail to defend itself.** Fed. R. Civ. P. 55(a)**.** Rule 54(C) states that "Every other final judgment should grant the relief to which each party is entitled, even if the party has not demanded that relief in its pleadings." Attachment A was filed with the Court in his Complaint submitted on 12/27/2023. Attachment A is what PLAINTIFF gave to the United States Attorney for the Northern District of Illinois (hereon: DOJ) in Chicago in October 2023 to remedy the War Crimes and RICO violations without having to resort to litigation **in which a further obstructive act was committed by the DOJ and US Marshals in Chicago in December 2023** relating to Attachment A. **The Court factually and legally incorporated Attachment A in the decision made on 01/09/2024 denying PLAINTIFF'S request for IFP and Motion for an appointment of an attorney. The Court did not deny PLAINTIFF'S FRCP Rule 65 Motion that was clearly presented to the Court and clearly stated and argued upon in Section I(D) (which is numbered) thereby adhering to FRCP Rule 8 and Rule 10**…Attachment A is in itself a separate document from the Complaint. PLAINTIFF'S FRCP Rule 65 Motion was

410

supported by affidavit and adheres to FRCP Rule 6(C), FRCP Rule 50(a)(2), FRCP Rule 54(b), and all other FRCP rules. PLAINTIFF'S Rule 65 Motion contained legal arguments with facts, exhibits, and documents that were presented to the Court advocating for PLAINTIFF'S FRCP Rule **65 Motion based on the merits entitling PLAINTIFF to relief. The Court did not deny PLAINTIFF's Rule 65 Motion. PLAINTIFF can only assume that his reasoning was so compelling to the Court that the Court found no reason as to deny the ruling based on the Court's because anything wrong with the motion would have been explicitly condemned by the Court when the Court was fully presented with PLAINTIFF'S supporting arguments, facts, and evidence contained in Attachment A and the Additional Exhibits supporting his Rule 65 motion.** DOJ already had notice of PLAINTIFF'S Rule 65 Motion when PLAINTIFF presented to DOJ his FRCP Rule 65 Motion on 10/20/2023 thereby complying with FRCP Rule 65(a)(1). **DOJ shared PLAINTIFF'S FRCP Rule 65 motion amongst some, if not most, of DEFENDANTS informing them of the nature and cause of action and legal arguments of PLAINTIFF'S FRCP Rule 65 Motion.** In the alternative to Paragraph #13, DOJ, the State Department, FBI, and/or a combination thereof and other DEFENDANTS shared the content and legal argument contained in PLAINTIFF'S FRCP Rule 65 Motion to some and most legal representatives working on behalf of DEFENDANTS. Such and some of the DEFENDANTS as mentioned in Paragraph #13 include: DEFENDANTS HILLARY RODHAM CLINTON, WILLIAM JEFFERSON CLINTON, JUSTICE SAMUEL ALITO,

HAROLD HONGJU KOH, ROBERT MUELLER, JOHN O. BRENNAN, JEH JOHNSON, JANET NAPOLITANO, BOEING, AT&T, APPLE, VERIZON, MICROSOFT, META, the UNITED STATES GOVERNMENT, DEPARTMENT OF DEFENSE, CIA, FBI, NSA, the GOVERNMENT OF RUSSIA, the GOVERNMENT OF CHINA, the GOVERNMENT OF THE UNITED KINGDOM, the GOVERNMENT of INDIA, the GOVERNMENT of JAPAN, the GOVERNMENT OF GERMANY, the GOVERNMENT of QATAR (and as full or part owners and managers of DEFENDANTS QIA, LONDON HEATHROW AIRPORT HOLDINGS, and QATAR AIRWAYS), UNITED AIRLINES, DELTA AIRLINES, LUFTHANSA, SPICEJET, DULLES INTERNATIONAL AIRPORT, NEW ORLEANS INTERNATIONAL AIRPORT, ATLANTA HARTFIELD JACKSON AIRPORT, any and all American, British, Indian, German, Japanese, Russian, Chinese, and Qatari governmental agencies and departments listed in the complaint, and/or a combination aforementioned DEFENDANTS. Therefore, because of Paragraph #13, Paragraph #14, and Paragraph #15, those aforementioned DEFENDANTS named in Paragraph #15 had notice of PLAINTIFF'S FRCP Rule 65 Motion thereby complying with FRCP Rule 65(a)(1). DEFENDANTS named in Paragraph #15 failed to DEFEND when they had notice of claims and PLAINTIFF'S FRCP Rule 65 Motion made by PLAINTIFF. Furthermore, any of the DEFENDANTS such as those named in Paragraph #15 that currently legally or illegally have access to PLAINTIFF'S laptop as of 01/13/2024 know PLAINTIFF'S FRCP Rule 65 motion since it was worked on that they watched and monitored at every single step of the way and informed interested parties

412

through the course of PLAINTIFF's work on drafting his FRCP Rule 65 Motion. DEFENDANTS named in Paragraph #15 failed to DEFEND when presented PLAINTIFF'S FRCP Rule 65 Motion. PLAINTIFF'S Rule 65 Motion complies with FRCP Rule 65(d) because PLAINTIFF'S Rule 65 motion stated its terms specifically, the reasoning behind it, and the acts restrained and required as elaborated and stipulated upon in Section V Prayers for Relief contained in Attachment A.  The Court said the *Complaint*, which is 7 pages long, is incomprehensible; however, this necessarily means the Court can necessarily describe when a motion that is presented to them is incomprehensible and the Court did not rule against PLAINTIFF'S FRCP Rule 65 Motion that was presented to the Court. The Court did not order consolidation under Rule 65(a)(2) which it had the discretion to do when the Court was fully presented with PLAINTIFF'S supporting arguments, facts, and evidence contained in Attachment A and the Additional Exhibits. For these reasons, the Clerk must enter a default against DEFENDANTS   HILLARY RODHAM CLINTON, WILLIAM JEFFERSON CLINTON, JUSTICE SAMUEL ALITO, HAROLD HONGJU KOH, ROBERT MUELLER, JOHN O. BRENNAN, JEH JOHNSON, JANET NAPOLITANO, BOEING, AT&T, APPLE, VERIZON, MICROSOFT, META, the UNITED STATES GOVERNMENT, DEPARTMENT OF DEFENSE, CIA, FBI, NSA, the GOVERNMENT OF RUSSIA, the GOVERNMENT OF CHINA, the GOVERNMENT OF THE UNITED KINGDOM, the GOVERNMENT of INDIA, the GOVERNMENT of JAPAN, the GOVERNMENT OF GERMANY, the GOVERNMENT of QATAR (and as full or part owners and managers of

413

DEFENDANTS QIA, LONDON HEATHROW AIRPORT HOLDINGS, and QATAR AIRWAYS), UNITED AIRLINES, DELTA AIRLINES, LUFTHANSA, SPICEJET, DULLES INTERNATIONAL AIRPORT, NEW ORLEANS INTERNATIONAL AIRPORT, ATLANTA HARTFIELD JACKSON AIRPORT, and any and all American, British, Indian, German, Japanese, Russian, Chinese, and Qatari governmental agencies and departments listed in the Complaint pursuant to Federal Rule 55(a). WHEREFORE, PLAINTIFF MILAN MICHAEL KOTEVSKI respectfully requests the Clerk enter a default against DEFENDANT DEFENDANTS HILLARY RODHAM CLINTON, WILLIAM JEFFERSON CLINTON, JUSTICE SAMUEL ALITO, HAROLD HONGJU KOH, ROBERT MUELLER, JOHN O. BRENNAN, JEH JOHNSON, JANET NAPOLITANO, BOEING, AT&T, APPLE, VERIZON, MICROSOFT, META, the UNITED STATES GOVERNMENT, DEPARTMENT OF DEFENSE, CIA, FBI, NSA, the GOVERNMENT OF RUSSIA, the GOVERNMENT OF CHINA, the GOVERNMENT OF THE UNITED KINGDOM, the GOVERNMENT of INDIA, the GOVERNMENT of JAPAN, the GOVERNMENT OF GERMANY, the GOVERNMENT of QATAR (and as full or part owners and managers of DEFENDANTS QIA, LONDON HEATHROW AIRPORT HOLDINGS, and QATAR AIRWAYS), UNITED AIRLINES, DELTA AIRLINES, LUFTHANSA, SPICEJET, DULLES INTERNATIONAL AIRPORT, NEW ORLEANS INTERNATIONAL AIRPORT, ATLANTA HARTFIELD JACKSON AIRPORT, and any and all American, British, Indian, German, Japanese, Russian, Chinese, and Qatari governmental agencies and departments, and for any additional relief the Court

414

deems just and proper. Respectfully submitted, Milan Michael Kotevski. Electronically Signed. 01/13/2024. 4:40pm. ATTORNEY for PLAINTIFF.

602. It is from after 5pm Central Time on January 13th, 2024 that Judge JENKINS, former CHIEF JUDGE PALLMEYER, possibly CHIEF JUDGE JOHN ROBERTS, unknown CIA officers, unknown DEFENDANTS enter into a 18 USC 1962(D) motion as a form of both judicial retaliation against PETITIONER'S Free Speech and in order to completely Obstruct Justice in order to now dismiss PETITIONER'S Case and overrule PETITIONER'S valid Rule 55 Motion."

603. Because PLAINTIFF complained about the RICO acts that took place on December 6th, 2023, PLAINTIFF was retaliated against and had his Motion of Default denied because of that retaliation.

604. On October 20th, 2023, instead of giving an expected answer of 21 days for DEFENDANTS to respond when they had notice of *Attachment A* and the fundamental basis of PLAINTIFF'S lawsuit, PLAINTIFF waited around 45 days or so—twice as long as expected-- to hear anything meaningful back from DEFENDANTS. PLAINTIFF did not hear anything meaningfully back based on the severity of the allegations PLAINTIFF alleged.

605. In the 45 days or so inbetween October 20th, 2023 and December 6th, 2023, at least the State Department received notice of PLAINTIFF'S lawsuit because they decided to go talk to the NORTH MACEDONIAN government during that time. There are numerous examples that PLAINTIFF has put on the record in the *Chicago Cases* that shows DEFENDANTS were talking about PLAINTIFF and

415

were conspiring to deprive PLAINTIFF of his property, rights, and liberty in violation of 18 USC 1962(D) and 18 USC 241 that during the course of litigation in which the *Chicago Cases* Courts did nothing to resolve such.

606.   So after around 45 days or so after initially giving *Attachment A* in the *Chicago Cases*, PLAINTIFF visited the DOJ on December 6th, 2023.

607.   In between the 45 days or so after giving Attachment A in the *Chicago Cases*, PLAINTIFF called DOJ multiple times to ask what they thought of what PLAINTIFF had documented. Each time, PLAINTIFF asked for the unknown CLERK/PARALEGAL at DOJ what she thought of PLAINTIFF'S document.

608.   Unknown CLERK/PARALEGAL at DOJ refused to meaningfully interact and discuss the severity of the allegations in which all she had to really do was read about 100 pages that detailed the basic premise and outline of the case. PLAINTIFF may have gotten emotional during the calls, but never to the point of threatening or harassing or putting into reasonable fear any DOJ employees.

609.   In the 45 days or so from October 20th, 2023 to December 6th, 2023 and during the course of litigation in the *Chicago Cases to show service was done and proper through the Stream of Service*, PLAINTIFF became aware of some of the happenings that DEFENDANTS were doing in regards to what PLAINTIFF alleged. For example all of these actions are ones that undermine PLAINTIFF'S case or ones that are intended to show the corporation at issue was taking remedial measures, the CEO of BOEING resigned; the head administrator of the Atlanta Jackson Hartfield Airport resigned; ERIC HOLDER and TIM COOK of APPLE met

416

with one another; the FBI and INDIAN Intelligence met with one another and talk and conspired against PLAINTIFF; DELTA AIRLINES, APPLE, and ATT all have not adequately responded to PLAINTIFF, etc.

610.    PLAINTIFF throughout the record in the Corrupted Cases gave instances to show that in fact DEFENDANTS were taking actions to undermine the case because they knew about the case (because they were served) and the Court in all the Corrupted Cases continuously ignored this fact which violated the central tenet of *In re Murchison*, 349 U.S. 133 (1955) and *United States v. Shotwell Mfg. Co.*, 355 U.S. 233 (1957), especially Shotwell because Shotwell the Court was concerned about unfair advantages DEFENDANTS were receiving in the case and PLAINTIFF can think of no bigger advantage to DEFENDANTS than having judges provide a corrupted cloak of judicial shield preventing DEFENDANTS who know they've been served from being subject to Motions of Default for their intentional failure not to answer and to then take steps to completely undermine PLAINTIFF'S case in the future after PLAINTIFF filed numerous injunctions to get them to stop and restrain their corrupt activities: this is exactly what happened over the span of two years that was a complete fucking bastardization of justice.

611.    In the Utah Cases, PLAINTIFF demanded the Court enforce the Chicago Cases Rule 55A Motion through a Rule 70(A) Motion. and this was ignored. The same can be said in the 5th Circuit Court of Appeals in which PLAINTIFF filed a Rule 68, 69, and 70 Motion all to be intentionally ignored.

612.    In the Chicago Cases, PLAINTIFF'S QUI TAM Motion for SPICEJET aircraft went completely unanswered. This was done to coverup SpiceJET and BARACK OBAMA issues that would arise from such.

613.    **Most devastating to the Chicago Cases Court is that PLAINTIFF filed a Rule 65 Motion around January 23rd, 2024. The SCOTUS PETITION describes how that injunction could have saved the integrity of the Court and have been so reasonable for DEFENDANTS had they adhered to it and actually took heed of its warning and actual text.**

614.    **By failing to respond to the injunction mentioned in the aforementioned paragraph, it constituted violations of 18 USC 1961, 1st, 5th, and 13th Amendment rights.**

615.    In every single Court, especially in the IOWA CASES, LOUISIANA CASES and CHICAGO CASES, motions went intentionally ignored and unanswered precisely because of the content contained in them because of just how much the Court would have been compelled to rule in PLAINTIFF'S favor had they meaningfully meant to administer the proceedings properly. It's the intentional inaction that furthered the RICO Enterprise and that is a pattern per RICO Standards.

# SECTION V: *Louisiana Cases, Utah Cases, and Iowa Cases.*

## Part I: *Louisiana Cases.*

616.   The fact of the matter is that when JUDGE JACKSON had beyond a reasonable doubt belief throughout the entirety of the *Louisiana Cases* that a total of 10 judges had knowingly and intentionally violated RICO and engaged in a coverup in which JUDGE JACKSON dismissed the case with prejudice in which one would not be allowed to bring up those claims again in that court has the ultimate and most natural and most probable consequence of having judges commit RICO violations is an 18 USC 1961 Section 1503 violations per *United States v. Aguilar*, 515 U.S. 593 (1995). "natural and probable effect" of interfering with the due administration of justice.

617.   PLAINTIFF emphasized to the Courts in the Louisiana & Utah cases the nature of the racketeering activities from the bench in the Chicago Cases. PLAINTIFF'S arguments with the Courts RICO activities in the Louisiana & Utah Cases aren't as an extensive because not once did the aforementioned courts mitigate the Chicago Cases harm because the pattern of such continued and PLAINTIFF will point out the differences and similarities between all three courts.

618.   Every single decision JUDGE JACKSON and JUDGE BOURGEOIS made in the *Louisiana Cases* furthered the RICO Enterprise against PLAINTIFF in which JUDGE JACKSON and JUDGE BOURGEOIS failed to stop the RICO Enterprise against PLAINTIFF despite numerous attempts of PLAINTIFF to draw attention to

419

the corruption of the *Chicago Cases* when JUDGE BRAIN JACKSON and JUDGE BOURGEOIS had actual knowledge of such RICO violations since they had the full and complete record of the RICO violations made in the *Chicago Cases*, therefore, DEFENDANTS JUDGE JACKSON and JUDGE BOURGEOIS became material actors and aided and abetted the RICO Enterprise against PLAINTIFF in which every single one of their decisions in the *Louisiana Cases* constitutes, at a minimum, one or more of the following RICO violations under RICO in furtherance of the RICO Enterprise against PLAINTIFF: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

420

619.    From at least the time PLAINTIFF filed his complaint in Louisiana in the *Louisiana Cases* (if not before and up to August 2013) through July 2, 2024, DEFENDANTS JUDGE JACKSON and JUDGE BOURGEOIS entered into a conspiracy against PLAINTIFF in violation of 18 USC 1962(D).

620.    PLAINTIFF has not had the Louisiana Court in the Louisiana Cases properly rule on PLAINTIFF'S Rule 55 Motion.

621.    All of the decisions in the *Chicago Cases* and the *Louisiana Cases* were sent via USPS over state lines making it federal thereby making each decision an act of mail fraud under 18 USC 1961 section 1341 (relating to mail fraud). PLAINTIFF has at least 10 counts of mail fraud by DEFENDANTS.

622.    PLAINTIFF sent JUDGE JACKSON over 10 emails in his personal email account to try to talk to JUDGE JACKSON (seeing how DEFENDANTS talked to him and all of the Judges on the 7th CIRCUIT COURT OF APPEALS behind PLAINTIFF'S back) in which part of the reason why he did was to show DEFENDANTS PLAINTIFF'S good faith and what else PLAINTIFF can file in Court if he wanted to.

623.    Judge BOURGEOIS' continues this bizarre spectacle of ridiculously corrupt decisions that have no basis in fact and law when he denied multiple PLAINTIFF'S motions on May 24th, 2024. PLAINTIFF calls the Court corrupt because the Court is corrupt based on their actions.

624.    The fact that Judge BOURGEOIS is hiding information from PLAINTIFF constitutes ongoing acts of mail fraud, wire fraud, and RICO violations because he is

421

privy to information that PLAINTIFF HAS TESTIFIED TO UNDER OATH THAT HE DOES NOT HAVE. Judge BOURGEOIS' actions at least violates *In re Murchison, 349 U.S. 133 (1955)*. Judge BOURGEOIS knows whether PLAINTIFF is married and whether PLAINTIFF is under a legal guardianship because DOJ, FBI, CIA, and/or other DEFENDANTS conspired with Judge BOURGEOIS to make PLAINTIFF criminally liable for perjury, find him guilty of some other crime, or to dismiss the case with prejudice based on secret information that PLAINTIFF DOESN'T FUCKING HAVE ACCESS TO OR KNOWS IN WHICH PLAINTIFF KEEPS TESTIFYING UNDER OATH OVER AND OVER AGAIN TO SUCH, which violates PLAINTIFF'S Due Process Rights, Constitutional Rights, and RICO.

625. Continuing the previous paragraph: Furthermore if PLAINTIFF is married, Judge BOURGEOIS knows that it is a sham marriage perpetuated by DEFENDANTS in which PLAINTIFF'S wife has fraudulently taken over PLAINTIFF'S finances in which PLAINTIFF has not received a single dime, hug, or ounce of respect from his wife since 2015 in which PLAINTIFF has not received any meaningful communication--that is expected from a married couple--from his wife in over 8 years.

626. Corrupt Magistrate Judge BOURGEOIS' insinuates that PLAINTIFF is a liar through intentionally selected caselaw when he says this as a corrupt warning to PLAINTIFF: *"Indeed, a plaintiff's false allegation of poverty for the purposes of proceeding IFP subjects an action to dismissal… Abusing this privilege warrants dismissal with prejudice as a sanction for lying . . .")..*" This shows Judge

422

BOURGEOIS has been given information by some of the DEFENDANTS (PLAINTIFF believes it to be the FBI, CIA, NSA, DoD, or DOJ in secret) that PLAINTIFF does not possess. As PLAINTIFF will repeat this point, PLAINTIFF'S electronics are tampered with so even if he tried to figure out how much PLAINTIFF possesses, he wouldn't be able to determine such because PLAINTIFF'S electronics are tampered with and couldn't truthfully ascertain his assets EVEN THOUGH PLAINTIFF has a complete desire to know how much PLAINTIFF has in his assets, who his wife is if PLAINTIFF is married, and who is PLAINTIFF'S legal guardian if PLAINTIFF is under a legal guardianship.

627. Continuing the previous paragraph: PLAINTIFF alleges that Judge BOURGEOIS is conspiring with DEFENDANTS in violation of 18 USC §1962(D) to further the RICO Enterprises' purpose and deny PLAINTIFF payment for suffering through years of horrendous constitutional violations, slavery, sexual abuse, acts of international and domestic terrorism, and more.

628. One of the DEFENDANTS' PLAINTIFF is suing is DEFENDANT BARACK OBAMA, who appointed JUDGE BOURGEOIS to the Court; and based on Judge BOURGEOIS' actions, he is protecting the person that appointed him as a favor to BARACK OBAMA truly showing a two-tiered justice system in America.

629. PLAINTIFF has alleged financial abuse and has proven such beyond a reasonable doubt. Because of actual physical abuse, threats and acts of violence, and PLAINTIFF'S parents' deception and lies, PLAINTIFF cannot know and does not know how much certain bank accounts that his parents have control over that he was

forced to have in his name. PLAINTIFF cannot testify to things that he does not know in which his parents won't allow him to know.

630. Judge BOURGEOIS' extreme manifest bias is inconsistent and an incomplete factual and impartial analysis expected from a fair judge in which that extreme bias is evident in Judge BOURGEOIS' ruling is one where he faults PLAINTIFF for not including additional information on form AO 239 when it was not required to be answered on form AO 239 as to effective deny PLAINTIFF'S Due Process Rights and perpetuate a RICO Enterprise against PLAINTIFF. Form AO 239 doesn't ask to specify where and who PLAINTIFF got a gift of $100 from. The fact that Court is finding trying to find fault with PLAINTIFF's medical expenses even when PLAINTIFF is not receiving the proper medical care shows the manifest bias and malice of the Court against PLAINTIFF in violation of PLAINTIFF'S 8th Amendment Rights. Then the Court is faulting PLAINTIFF for stating the truth that PLAINTIFF currently understands it BEYOND ANY REASONABLE DOUBT IN PLAINTIFF'S MIND THAT PLAINTIFF has no assets and no dollars. If PLAINTIFF had any money, he would have his own credit union account that he would use to send documents via USPS to the Court and he would have sold some of the assets and gotten the hell out of the house of a man that tried to murder PLAINTIFF. Form AO 239 doesn't require PLAINTIFF to explain how he pays for things. PLAINTIFF could be sucking dick on the street for meds or panhandling for all intents and purposes; however, it is irrelevant for purposes of Form AO 239 since it doesn't specify nor requires PLAINTIFF to explain how he pays for things.

631.   The Court continues to be willfully blind as to what did HUNTER BIDEN and JIM BIDEN or another BIDEN family member make PLAINTIFF sign in Japan on or about July 18th, 2015 that PLAINTIFF has no clue or idea about. By the way, HUNTER and JIM BIDEN and OTHER BIDEN FAMILY MEMBERS VIOLATED 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D).

632.   PLAINTIFF said in his *Louisiana Complaint* in Paragraph #16: "*PLAINTIFF incorporates all of the Chicago Cases material herein. The case record in the Chicago Cases is voluminous and PLAINTIFF doesn't have the resources to go to PACER and download a certified copy of the record. PLAINTIFF pleads and begs the Court as a destitute man to access the record The Chicago Cases that consists of the cases: Kotevski v. Clinton, et al. 23CV17137 N.D. IL (2023), In Re .-Milan Michael Kotevski, 24-1085 7th Circuit Court of Appeals (2024), and Kotevski v. Jenkins, 24-1085 7th Circuit Court of Appeals (2024) on PACER in which Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made their decisions.*"

633.   The corrupt truth is that Judge BOURGEOIS' 05/24/24 ruling is making false requirements unexpected of PLAINTIFF that amounts to less than $1000 in order to deny a mentally disabled, autistic, and destitute, slave who is suffering from severe depression and PTSD any compensation for being intentionally sexually abused by DEFENDANTS, escaping an assassination attempt, being politically assassinated, having his religious beliefs trampled upon and horrendously violated, and having acts

of international and domestic terrorism committed against PLAINTIFF because he posed a liability to certain DEFENDANTS for the work PLAINTIFF has done for DEFENDANTS that amounts to over $7,000,000,000.00 USD to PLAINTIFF in violation of PLAINTIFF'S 13th Amendment Rights, in violation of *Kozminski v. United States*, 487 U.S. 931 (1987) , in violation of RICO, in violation of PLAINTIFF'S 5th Amendment Rights as an unjust taking, in violation of 8th Amendment as a cruel punishment (See: *Timbs v. Indiana*, 586 U.S. 146 (2019)) and in violation of applicable caselaw cited in Paragraph #23 & #25. Furthermore, PLAINTIFF asserts his Fifth Amendment Rights. PLAINTIFF doesn't want to be entangled with certain DEFENDANTS financially. PLAINTIFF has seriously thought about breaking into an easily breakable locked drawer in PLAINTIFF'S parents home that contains over $3,000 USD so that PLAINTIFF can break into it, take the money, and flee PLAINTIFF'S parents, but cannot on the principle that it is still stealing even though they stole from PLAINTIFF through the years.

634. PLAINTIFF is outraged because of JUDGE BOURGEOIS and JACKSON'S lack of honor and impartiality and the seething morbid foul stench of corruption in which a Judge is supposed to review the totality of the record as required by law because that is what an honest and faithful judge does when he swore to uphold and defend the United States Constitution in violation of 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D).

635. PLAINTIFF is not lying nor does PLAINTIFF have the intent on lying when he is making these submissions to the Court. PLAINTIFF is making these answers

to the best of PLAINTIFF'S ability and current level of knowledge. Even if PLAINTIFF were to resubmit Form AO239, **all of PLAINTIFF'S answers would remain the same.**

636.   PLAINTIFF has screamed bloody murder (rhetorically, politically, and factually) throughout the course of the litigation about his electronics being tampered with that causes PLAINTIFF to be tampered with. Congress, specifically made, electronic tampering a RICO violation under 18 USC §1961 Section 1029. Electronic tampering is horrible because it substantially impairs the ability of an individual, especially a slave cruelly confined to his home, of an ability to ascertain the truth; adequately defend himself; properly receive timely information; be in contact with the United States Government, agencies, families, and loved ones; receive help at appropriate times; receive the proper medical care; and more. **Electronic tampering is the greatest tool in a tyrannical dictatorship, especially with AI reaching unfathomable and undistinguishably humanesque characteristics that can impersonate people, impersonate family, create false evidence, and more,** because it prevents an individual from learning the truth, which in turn, obstructs justice, wastes judicial resources, and more.

637.   Each and every single time the Indian Government, Russian Government, and the United States Government through one of their workers or proxies or 5 Eyes or the South Korean Government hacked into PLAINTIFF'S laptop and phone illegally to prevent PLAINTIFF from learning about the fraud, impairing an investigation, tampering with PLAINTIFF, they did so over the wires to perpetuate the wire fraud

427

committed against PLAINTIFF in which by PLAINTIFF'S count having done so at least once a day for the last nine or ten years means that is 3,650 counts of wire fraud under 18 USC 1961 Section 1343 and 18 USC 1961 Section 1029; and if the Indian Government, Russian Government, and the United States Government did so all in sum for more than 10 years on a daily basis, that is more than 10,000 counts of violating 18 USC 1961 Section 1343 and 18 USC 1961 Section 1029.

638.    The Courts in the *Chicago Cases* and the *Louisiana Cases* continue to ignore substantial and materially important liberty issues of whether or not PLAINTIFF is married; if PLAINTIFF is married, it is fraudulent, and every single decision PLAINTIFF'S wife made on behalf of PLAINTIFF is fraudulent; whether PLAINTIFF is under a legal guardianship that was induced by the CLINTONS, BIDENS, PRIME MINISTER MODI, SHINZO ABE, and the former ambassador of JAPAN to coverup the war crimes committed against PLAINTIFF and to continue to allow the ROTHSCHILDS to materially benefit from having war crimes done to PLAINTIFF in which PLAINTIFF'S legal guardian has not informed PLAINTIFF of any of their decisions involving PLAINTIFF; how an entire EN BANC 7th CIRCUIT COURT OF APPEALS JUDGES cannot bring up the issue of PLAINTIFF'S marital status and legal guardianship issues in which PLAINTIFF couldn't have been litigating in the first place and how they could understand the slavery PLAINTIFF was subject to and allow PLAINTIFF to continue to be a slave; and more.

639.    There are at least 10 Counts of Violations of 18 USC 1962 (A),(B),(C), and (D) via the *Chicago Cases* and *Louisiana Cases by Judges Jackson, Magistrate Judge*

*Bourgeois, Judge Jenkins, Judge Pallmeyer, Judge Sykes, and all remaining 7th Circuit Court of Appeals Judges EACH separately and distinctly from one another.*

640.   PLAINTIFF intentionally brought numerous motions to decide both the *Chicago Cases* and *Louisiana Cases* immediately as not to be a factor in the 2024 Presidential Election in which it seems to PLAINTIFF that either the Democrat party or the Republican party want to blame PLAINTIFF and falsely make him out to be a scapegoat by having this litigation be so close to the election when PLAINTIFF did not and does not to be part of the 2024 Presidential Election. PLAINTIFF, to the best of his recollection, said that to the Court in the *Chicago Cases* and/or the *Louisiana Cases* the Court there and here ignored PLAINTIFF. Politics was a serious reason why DEFENDANTS intentionally treated like PLAINTIFF as a slave for years and PLAINTIFF wants nothing to do with them and politics until he can feel in his heart love and respect again.

641.   Since PLAINTIFF began this litigation in the *Louisiana Cases*, JUDGE BRAIN JACKSON has done nothing to end the RICO Enterprise against PLAINTIFF and has entered into a conspiracy with DEFENDANTS to continue to make PLAINTIFF a slave in violation of 18 USC 1962(D) and therefore continues to aid and abet a RICO Enterprise unlawfully and has become a material member in continuing the RICO Enterprise against PLAINTIFF

642.   Furthermore, JUDGE BRAIN JACKSON may have allowed the RICO Enterprise to flourish in Spring 2015 leading up to the war crimes and RICO violations undertaken against PLAINTIFF in Spring 2015 based on allowing

corrupted DHS, FBI, and CIA to continue the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(d).

643. JUDGE JACKSON's June 12th, 2024 decision in the *LOUISIANA CASES* violates Title VI, 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D) and PLAINTIFF'S 1st Amendment, 2nd Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 7th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment Rights and was purposefully done in furtherance of RICO Enterprise #1's goal of ensuring PLAINTIFF is a castrated slave and denying PLAINTIFF all of his Constitutional Rights.

644. PLAINTIFF alleges that JUDGE JACKSON is intentionally acting ignorantly and willfully blind because he is being directed by the DEMOCRAT PARTY, JACK SMITH, or CORRUPTED DOJ TO DO SO IN ORDER TO GET PLAINTIFF TO TALK ABOUT RICO Enterprise #2 so they can charge PLAINTIFF with something in order to cover up their own misdeeds as either an attack on DONALD TRUMP or to get PLAINTIFF to falsely confess to something that he had no knowledge over at the time much like how they coerced PLAINTIFF in May 2016 with TRACY BLANCHARD and before. PLAINTIFF already discussed RICO Enterprise #2 and Pleads the Fifth for things that he didn't even know about at the time.

645. Autistic PLAINTIFF is an adherent believer of the First Amendment and will tell Judges what their behavior is amounting to regardless of social consequence.

430

646.   JUDGE JACKSON and BOURGEOIS in the *Louisiana Cases* made causing PLAINTIFF extreme and manifest constitutional prejudice by causing PLAINTIFF to intentionally suffer more and deprive PLAINTIFF of a fair opportunity due to declining cognitive capcity by making PLAINTIFF make more and more motions knowing PLAINTIFF has been begging for medicine now for 8 months to the DOJ and 6 months to the Court in which PLAINTIFF is being prevented from reaching out to the UN. The aforementioned DEFENDANTS know PLAINTIFF is being tortured and is a slave in violation of numerous treaties because he is being held as a political slave, which amounts numerous Constitutional Right violations such as Due Process, Free Speech, Fair and Impartial Trials, and more. The irreparable and immediate harm is the ability of PLAINTIFF to properly litigate because he has been denied by his Slave Master funds to litigate and medicine to be healthy enough to fully litigate to PLAINTIFF'S fullest potential, which is especially needed fighting provable corruption in the Northern District of Illinois and 7th Circuit Court of Appeals that this Court seems hellbent on enabling the RICO Enterprise in which their decisions violate Title VI, 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D) and PLAINTIFF'S 1st Amendment, 2nd Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 7th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment Rights, and fundamentally discriminates on the basis of PLAINTIFF'S disability, nationality, and religious status.

647.   JUDGE JACKSON'S corrupt bullshit is difficult-to-decipher because PLAINTIFF gave at least three different summaries of the case and provided summaries in the *Chicago Cases in which JUDGE JACKSON'S maliciously false description of PLAINTIFF'S pleadings and his reasons in support of his motion violates In re Murchison*, 349 U.S. 133 (1955) and *United States v. Shotwell Mfg. Co.*, 355 U.S. 233 (1957).

648.   JUDGE JACKSON has received a paycheck in the two months from the time PLAINTIFF filed his complaint in the *Louisiana Cases* from or on about April 15th, 2024 in *which JUDGE JACKSON has read the record that PLAINTIFF submitted to the Court UNDER OATH in which JUDGE JACKSON is paid to read the ENTIRE record as a fair, prudent, and impartial judge that is legally bound and obligated not to violate RICO and PLAINTIFF'S Constitutional Rights under such cases as In re Murchison*, 349 U.S. 133 (1955) and *United States v. Shotwell Mfg. Co.*, 355 U.S. 233 (1957) which means that JUDGE JACKSON knows of JUDGE REBECCA PALLMEYER'S corruption in the *Chicago Cases. Therefore,* JUDGE JACKSON'S lack of honor and impartiality and the seething morbid foul stench of corruption in which he as a Judge by issuing his ruling on June 12th, 2024 violated 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D) and PLAINTIFF'S 1st Amendment, 2nd Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 7th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment Rights.

432

649.    The affirmative legal obligation of JUDGE JACKSON, BOURGEOIS, all the FISA Court Judges listed as DEFENDANTS, is to read, comprehend, and reference **the entire record and _not be willfully blind_** and do his best to be an uncorrupted judge is a complete understatement that should be glaringly obvious as this case involves at least billions of dollars in damage, three presidents, five different countries, and more and could cause war because America fought and killed Nazis that sexually abused and castrated disabled individuals for political purposes but y'all seem to be like Nazis condoning such behavior.

650.    PLAINTIFF demanded that JUDGE JACKSON responds to every single paragraph contained in this PLAINTIFF'S Rule 60(B)(1) Motion because the exact legal error under Rule 60(B)(1) is JUDGE JACKSON'S willful ignorance and willful blindness to PLAINTIFF'S pleadings that is perpetuating mail fraud, wire fraud, a RICO Enterprise against PLAINTIFF, PLAINTIFF'S enslavement, prevention of UN providing medication to PLAINTIFF in violation of PLAINTIFF'S 8th Amendment Rights, cessation of the United States or Russia or China or India torturing PLAINTIFF against the Geneva Convention and Treaty on the Rights of Disabled Individuals by the UN that aforementioned countries are a member and signatory of and PLAINTIFF'S 8th Amendment Rights, and violation of *In re Murchison*, 349 U.S. 133 (1955) and *United States v. Shotwell Mfg. Co.*, 355 U.S. 233 (1957).

651.    PLAINTIFF asked JUDGE JACKSON to disclose which DEFENDANTS he actually talked to in chambers, on the phone, in person, through the mail, or

through email since 10/20/2023 or even before about PLAINTIFF when PLAINTIFF resided in Louisiana between 2013-2016 to see which DEFENDANTS actually know about the case or would doing so further prove PLAINTIFF'S factual statement JUDGE JACKSON has been corrupted by DEFENDANTS thereby violating 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D) and PLAINTIFF'S 1st Amendment, 2nd Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 7th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment Rights?.

652.    PLAINTIFF asked JUDGE JACKSON get a subpoena and see which unknown DEFENDANTS actually accessed PACER to read PLAINTIFF'S pleadings because numerous DEFENDANTS like DOJ, FBI, State Department, SPICEJET, BOEING, CIA, GRU, FSB, Chinese Government, were all already aware of the *Chicago Cases and the contents contained therein and were informed PLAINTIFF filed his case in Louisiana and are monitoring it even more so because they know that the cost of compensation owed to PLAINTIFF has legally **tripled** because of JUDGE REBECCA PALLMAYER'S, Chief Judge of the Northern District of Illinois, provable corruption in Court and they know PLAINTIFF can demand so much more based on the corruption that took place in the Chicago Cases.*

653.    JUDGE JACKSON knew by having read the *Chicago Cases* and knowing that one of the exact sources of corruption in this case are the US Marshals (who have never apologized directly to PLAINTIFF for their actions) in which the only way PLAINTIFF can serve DEFENDANTS is by having the US Marshals serve

DEFENDANTS that would cost PLAINTIFF over $115,000 to properly serve DEFENDANTS in which DEFENDANTS know that the only way PLAINTIFF can have a case is through serving all DEFENDANTS because DEFENDANTS intentionally keep withholding information about who harmed PLAINTIFF after PLAINTIFF demanded to know such in FOIA requests, phone calls, in person visits, conversations with DEFENDANTS, and emails that PLAINTIFF does not have the information on top of PLAINTIFF not being able to ascertain and know the personal home addresses of individual DEFENDANTS like JAMES COMEY and JOHN BRENNAN who all knew of the sexual abuse against PLAINTIFF and intentionally did nothing to stop it on behalf of the Clintons, Modi, the Indian Government, and Rothschilds.

654.    PLAINTIFF told JUDGE JACKSON "nigga please" as a point of emphasizing the slave like conditions PLAINTIFF was subject to and continued to live in and how he was enabling corruption as a call of absolute desperation in which the usage of the phrase connotates one that comes from slaves or is a slave. It wasn't said to attack JUDGE JACKSON'S race. PLAINTIFF does not apologize for including the phrase "Nigga Please." It was outrageous; however, outrageous things were done to PLAINTIFF and wishes that the level of depravity and corruption in PLAINTIFF'S life forcing PLAINTIFF to be a slave that warranted PLAINTIFF in saying that phrase never occurred and it doesn't give anyone the automatic privilege of saying "Nigga Please" just because PLAINTIFF did. Furthermore, it was primarily African-Americans that forced PLAINTIFF to be a slave (Colin Powell, Jeh

Johnson, Barack Obama, Valerie Jarrett, Eric Holder, etc.) and it is through numerous African-American individual's actions that created the situation which means that they made PLAINTIFF a slave which made him a "nigga" in their eyes and mind through their actions. PLAINTIFF harbors no bias or animosity against African-Americans.

655.    Every single former and current judge in the *Chicago Cases* and the *Louisiana Cases* that ruled adversely against PLAINTIFF in which they failed to stop the RICO Enterprise against PLAINTIFF when they had reason to know of the RICO Enterprise in which they received paychecks for aiding and abetting the RICO Enterprise by corruptly ruling against PLAINTIFF violated 42 U.S. Code § 1986, 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d).

656.    Every single former and current judge in the *Chicago Cases* and the *Louisiana Cases*, had any other American PLAINTIFF experienced the same harms that PLAINTIFF experienced, would have ruled in the exact opposite way for any and all of the decisions involving PLAINTIFF in which they violated 42 USC §1981 and 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d).

657.    Judge BOURGEOIS completely omitted the following as factual and legal relevance from *the Chicago Cases*: PLAINTIFF'S letter to the Court made on 01/02/2024; but most importantly, PLAINTIFF'S financial IFP affidavit he personally made to the 7th Circuit Court of Appeals on or about 01/23/2024 that PLAINTIFF testified and swore under oath that he understood it to be true to the best of his recollection.

436

658.    The Court in *Spurr v. United States*, 174 U.S. 728 (1899) talked about willfull blindness and how willful blindness can be proved in criminal proceedings as they said: the "word 'willful' is omitted from the description of offenses in the latter part of this section. Its presence in the first cannot be regarded as mere surplusage; it means something. It implies on the part of the officer knowledge and a purpose to do wrong. Something more is required than an act of certification made in excess of the actual deposit, but in ignorance of that fact, or without any purpose to evade or disobey the mandates of the law. The significance of the word 'willful' in criminal statutes has been considered by this Court. In *Felton v. United States,* 96 U. S. 699, 96 U. S. 702, it was said:" "Doing or omitting to do a thing knowingly and willfully implies not only a knowledge of the thing, but a determination with a bad intent to do it *or to omit doing it*. The word 'willfully,' says Chief Justice Shaw, 'in the ordinary sense in which it is used in statutes, means not merely 'voluntarily,' **but with a bad purpose**.' 20 Pick. 220. 'It is frequently understood,' says Bishop, 'as signifying an evil intent without justifiable excuse.' Crim.Law, vol. 1, § 428.""And later, in the case of *Evans v. United States,* 153 U. S. 584, 153 U. S. 594, there was this reference to the words 'willfully misapplied':" "In fact, **the gravamen of the offense consists in the evil design with which the misapplication is made, and a count which should omit the words 'willfully,' etc., and 'with intent to defraud,' would be clearly bad. . .** The wrongful intent is the essence of the crime. If an officer *certifies* a check with the intent that the drawer shall obtain so much money out of the bank, when he has

437

none there, such officer not only **certifies unlawfully, but the specific intent to violate the statute may be imputed**. And so evil design may be presumed if the officer purposely keeps himself in ignorance of whether the drawer has money in the bank or not, or is grossly *__indifferent to his duty in respect to the ascertainment of that fact.__*"

659.    JUDGE BOURGEOIS had an evil design in mind with the totality of all of his rulings with his misapplication as to properly ascertaining and incorporating known facts in his rulings as to intentionally deprive PLAINTIFF of justice and a fair and impartial hearing.

660.    Judge BOURGEOIS' seems completely oblivious to one of the most constitutionally abhorrent acts and necessarily prejudicial acts known in the Court of law and that is the intentional omission of facts and applicable and relevant law in deciding the issues.

661.    Judge BOURGEOIS' is so biased and cognitively incapable of understanding the facts and law as PLAINTIFF presented that PLAINTIFF'S 1st Amendment, 5th Amendment Rights, Due Process, and other Constitutional Rights have been violated in addition to violating 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D). The following proves such: 1)The complete omission of the word, analysis, and applicability of RICO that PLAINTIFF spent over 2000 pages and evidence proving a RICO Enterprise exists against PLAINTIFF and the nature and extent of their heinous crimes; 2) Judge BOURGEOIS fails to distinguish the three types of conspiracy PLAINTIFF alleged,

438

argued, and proved beyond a reasonable doubt that involve the following type of conspiracies: 18 USC §1962(D), 18 USC §241, and 42 USC §1985(3). It is extremely important because proving 18 USC §1962(D) (that PLAINTIFF proved) would entitle PLAINTIFF to numerous vindications and remedies under the law which include PLAINTIFF'S aircrafts whether that is through SpiceJet (out of an order of 27 Boeing 737-8NG), Aeroflot (as an alternative liability and whatever amount PLAINTIFF previously argued), Lufthansa (possible), United Airlines (minimum of 3 widebody and 3 narrowbody aircraft via treble damages), and Delta Airlines (a minimum of 6 narrowbody aircraft via treble damages), 50% ownership of Dulles (via illegally gotten proceeds and was property used in the commission of RICO violations), and more; 3) Not once does Judge BOURGEOIS' acknowledge PLAINTIFF'S 13th Amendment Claims; 4) **Judge BOURGEOIS' ruling, distilled properly, can only be understood by the following: that Judge BOURGEOIS' having read PLAINTIFF'S over 2000 pages of submissions to the Courts that contained legal arguments, over 100 cases cited, numerous easy to understand summaries, reasons why exculpatory evidence was withheld, how justice was obstructed, affidavits made to the Court under Oath, proven de-facto corruption in the Northern District of Illinois Court and 7th Circuit Court of Appeals in the *Chicago Cases* that all directly undermined and proved Judge BOURGEOIS' argument that there was "no basis" to be legally fallacious and criminal. This FACT is clear manifest corruption or bias that Judge BOURGEOIS must address; 5)** PLAINTIFF

439

proved PLAINTIFF'S electronics were being tampered with; what Judge BOURGEOIS' doesn't understand is how that obstructs justice in violation of RICO. Judge BOURGEOIS' says "*additional allegations occurred after the events in the original pleading*" but *PLAINTIFF told the Court that through the electronic tampering of PLAINTIFF'S laptop and cellphone he was only able to discover the Brady material AFTER the complaint was filed—the discovery took place AFTER the Complaint was filed; 6)* Judge BOURGEOIS' completely ignores PLAINTIFF'S explanation about "being bewildered…" and then goes on to cite it again in the manner he presented to the Court without acknowledging PLAINTIFF'S explanation for the quote, and this is a Section 504 violation because a judge who knows that a PLAINTIFF is being tortured, tampered with, and not helping a PLAINTIFF when that PLAINTIFF writes to the Court that would warrant a judge to investigate it further or help; 7) PLAINTIFF'S electronics are tampered with so even if he tried to figure out how much PLAINTIFF possesses, he wouldn't be able to determine such because PLAINTIFF'S electronics are tampered with and couldn't truthfully ascertain his assets EVEN THOUGH PLAINTIFF has a complete desire to know how much PLAINTIFF has in his assets; 8) PLAINTIFF throughout the record has brought up issues of a possible legal guardianship PLAINTIFF is under that PLAINTIFF does not know about; so even if PLAINTIFF is under a legal guardianship, PLAINTIFF'S legal guardian has intentionally withheld the amount of assets PLAINTIFF possesses and owns and continues to hide the fact that PLAINTIFF is under a legal guardianship, which constitutes

440

violations of 18 USC 1961(Mail Fraud and Wire Fraud) because it was done over the wires and materially hiding the assets from PLAINTIFF; 9) PLAINTIFF has alleged financial abuse and has proven such beyond a reasonable doubt. Because of actual physical abuse, threats of violence, and PLAINTIFF'S parents' deception and lies, PLAINTIFF cannot know and does not know how much certain bank accounts that his parents have control over that he was forced to have in his name. PLAINTIFF cannot testify to things that he does not know and does not have direct control over; 10) Judge BOURGEOIS' extreme manifest bias is evident where the basis of his ruling is one where he faults PLAINTIFF for not including additional information on form AO 239 when it was not required to be answered on form AO 239 as to effectively deny PLAINTIFF'S Due Process Rights. Form AO 239 doesn't ask to specify where and who PLAINTIFF got a gift of $100 from. The fact that Court is finding trying to find fault with PLAINTIFF's medical expenses even when PLAINTIFF is not receiving the proper medical care shows the manifest bias and malice of the Court against PLAINTIFF in violation of PLAINTIFF'S 8th Amendment Rights.  Then the Court is faulting PLAINTIFF for stating the truth that PLAINTIFF currently understands it BEYOND ANY REASONABLE DOUBT THAT PLAINTIFF has no assets and no dollars. If PLAINTIFF did, he would have sold some of the assets and gotten the hell out of the house of a man that tried to murder PLAINTIFF and gotten the proper medical help PLAINTIFF needs that deals with Ketamine and Ozempic; 11) If Judge BOURGEOIS is insistent on acting corruptly in violation of the law and his duty to the bench in creating extremely

441

prejudicial statements to PLAINTIFF and this being a country of equal treatment under the law and free speech in which someone needs to remind a corrupt judge their duties on the bench, then AUTISTIC PLAINTIFF is wondering is that brown shit on Judge BOURGEOIS' nose from kissing DEFENDANTS' asses or is he that full of shit because there is no way Judge BOURGEOIS has been a fair, impartial, and uncorrupt judge that is not kissing DEFENDANTS' asses and perpetuating a RICO Enterprise against PLAINTIFF.

662. Judge BOURGEOIS cited the *Chicago Cases* multiple previous rulings. See: May 24th, 2024 Ruling and Initial Order Denying IFP on May 14th, 2024.

663. Because of the previous paragraph, Magistrate Judge BOURGEOIS JR utilized RICO violations to continue to further the RICO Enterprise against PLAINTIFF.

664. Magistrate Judge BOURGEOIS is hiding information from PLAINTIFF constitutes ongoing acts of mail fraud, wire fraud, and RICO violations because he is privy to information that PLAINTIFF HAS TESTIFIED TO UNDER OATH THAT HE DOES NOT HAVE. Judge BOURGEOIS' actions at least violates *In re Murchison, 349 U.S. 133 (1955).* Judge BOURGEOIS knows whether PLAINTIFF is married and whether PLAINTIFF is under a legal guardianship because DOJ, FBI, CIA, and/or other DEFENDANTS conspired with Judge BOURGEOIS to make PLAINTIFF criminally liable for perjury, find him guilty of some other crime, or to dismiss the case with prejudice based on secret information that PLAINTIFF DOESN'T FUCKING HAVE ACCESS TO OR KNOWS IN WHICH PLAINTIFF

442

KEEPS TESTIFYING UNDER OATH OVER AND OVER AGAIN TO SUCH, which violates PLAINTIFF'S Due Process Rights, Constitutional Rights, and RICO.

665.   Continuing the previous paragraph: Furthermore if PLAINTIFF is married, Judge BOURGEOIS knows that it is a sham marriage perpetuated by DEFENDANTS in which PLAINTIFF'S wife has fraudulently taken over PLAINTIFF'S finances in which PLAINTIFF has not received a single dime, hug, or ounce of respect from his wife since 2015 in which PLAINTIFF has not received any meaningful communication--that is expected from a married couple--from his wife in over 8 years.

666.   Corrupt Magistrate Judge BOURGEOIS' insinuates that PLAINTIFF is a liar through intentionally selected caselaw when he says this as a corrupt warning to PLAINTIFF: "*Indeed, a plaintiff's false allegation of poverty for the purposes of proceeding IFP subjects an action to dismissal... Abusing this privilege warrants dismissal with prejudice as a sanction for lying . . .").."* This shows Judge BOURGEOIS has been given information by some of the DEFENDANTS (PLAINTIFF believes it to be the FBI, CIA, NSA, DoD, or DOJ in secret) that PLAINTIFF does not possess. As PLAINTIFF will repeat this point in Paragraph #35 again, PLAINTIFF'S electronics are tampered with so even if he tried to figure out how much PLAINTIFF possesses, he wouldn't be able to determine such because PLAINTIFF'S electronics are tampered with and couldn't truthfully ascertain his assets EVEN THOUGH PLAINTIFF has a complete desire to know how much PLAINTIFF has in his assets, who his wife is if PLAINTIFF is married,

443

and who is PLAINTIFF'S legal guardian if PLAINTIFF is under a legal guardianship.

667.   Continuing the previous Paragraph: PLAINTIFF alleges that Judge BOURGEOIS is conspiring with DEFENDANTS in violation of 18 USC §1962(D) to further the RICO Enterprises' purpose and deny PLAINTIFF payment for suffering through years of horrendous constitutional violations, slavery, sexual abuse, acts of international and domestic terrorism, and more.

668.   One of the DEFENDANTS' PLAINTIFF is suing is DEFENDANT BARACK OBAMA, who appointed JUDGE BOURGEOIS to the Court; and based on Judge BOURGEOIS' actions, he is protecting the person that appointed him as a favor to BARACK OBAMA truly showing a two-tiered justice system in America.

669.   Magistrate Judge BOURGEOIS' extreme manifest bias is inconsistent and an incomplete factual and impartial analysis expected from a fair judge in which that extreme bias is evident in Judge BOURGEOIS' ruling is one where he faults PLAINTIFF for not including additional information on form AO 239 when it was not required to be answered on form AO 239 as to effective deny PLAINTIFF'S Due Process Rights and perpetuate a RICO Enterprise against PLAINTIFF. Form AO 239 doesn't ask to specify where and who PLAINTIFF got a gift of $100 from. The fact that Court is finding trying to find fault with PLAINTIFF's medical expenses even when PLAINTIFF is not receiving the proper medical care shows the manifest bias and malice of the Court against PLAINTIFF in violation of PLAINTIFF'S 8th Amendment Rights.  Then the Court is faulting PLAINTIFF for stating the truth

444

that PLAINTIFF currently understands it BEYOND ANY REASONABLE DOUBT IN PLAINTIFF'S MIND THAT PLAINTIFF has no assets and no dollars. If PLAINTIFF had any money, he would have his own credit union account that he would use to send documents via USPS to the Court and he would have sold some of the assets and gotten the hell out of the house of a man that tried to murder PLAINTIFF. Form AO 239 doesn't require PLAINTIFF to explain how he pays for things. PLAINTIFF could be sucking dick on the street for meds or panhandling for all intents and purposes; however, it is irrelevant for purposes of Form AO 239 since it doesn't specify nor requires PLAINTIFF to explain how he pays for things.

670.    Magistrate Judge Bourgeois and Judge Jackson utilized evidence obtained illegally via 5 Eyes intel agency, FSB/GRU, or an Indian intel agency to necessarily prejudice the proceedings against PLAINTIFF without informing PLAINTIFF. This is true for at least one or more of the remaining judges in the *Corrupt Cases.*

671.    The Court continues to be willfully blind as to what did HUNTER BIDEN and JIM BIDEN or another BIDEN family member make PLAINTIFF sign in Japan on or about July 18th, 2015 that PLAINTIFF has no clue or idea about. By the way, HUNTER and JIM BIDEN and OTHER BIDEN FAMILY MEMBERS VIOLATED 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D).

672.    PLAINTIFF said in his *Louisiana Complaint* in Paragraph #16: "*PLAINTIFF incorporates all of the Chicago Cases material herein. The case record in the Chicago Cases is voluminous and PLAINTIFF doesn't have the resources to go to PACER and*

445

*download a certified copy of the record. PLAINTIFF pleads and begs the Court as a destitute man to access the record The Chicago Cases that consists of the cases: Kotevski v. Clinton, et al. 23CV17137 N.D. IL (2023), In Re .-Milan Michael Kotevski, 24-1085 7th Circuit Court of Appeals (2024), and Kotevski v. Jenkins, 24-1085 7th Circuit Court of Appeals (2024) on PACER in which Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made their decisions."*

673.    The corrupt truth is that Judge BOURGEOIS' 05/24/24 ruling is making false requirements unexpected of PLAINTIFF that amounts to less than $1000 in order to deny a mentally disabled, autistic, and destitute, slave who is suffering from severe depression and PTSD any compensation for being intentionally sexually abused by DEFENDANTS, escaping an assassination attempt, being politically assassinated, having his religious beliefs trampled upon and horrendously violated, and having acts of international and domestic terrorism committed against PLAINTIFF because he posed a liability to certain DEFENDANTS for the work PLAINTIFF has done for DEFENDANTS that amounts to over $7,000,000,000.00 USD to PLAINTIFF in violation of PLAINTIFF'S 13th Amendment Rights, in violation of *Kozminski v. United States*, 487 U.S. 931 (1987) , in violation of RICO, in violation of PLAINTIFF'S 5th Amendment Rights as an unjust taking, in violation of 8th Amendment as a cruel punishment (See: *Timbs v. Indiana*, 586 U.S. 146 (2019)) and in violation of applicable caselaw cited in Paragraph #23 &

446

#25.  Furthermore, PLAINTIFF asserts his Fifth Amendment Rights. PLAINTIFF doesn't want to be entangled with certain DEFENDANTS financially. PLAINTIFF has seriously thought about breaking into an easily breakable locked drawer in PLAINTIFF'S parents home that contains over $3,000 USD so that PLAINTIFF can break into it, take the money, and flee PLAINTIFF'S parents, but cannot on the principle that it is still stealing even though they stole from PLAINTIFF through the years.

674.    PLAINTIFF is outraged because of the lack of honor and impartiality and the seething morbid foul stench of corruption in which a Judge is supposed to review the totality of the record as required by law because that is what an honest and faithful judge does when he swore to uphold and defend the United States Constitution in violation of 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D).

675.    PLAINTIFF has done his best not to lie nor does PLAINTIFF have the intent on lying when he is making these submissions to the Court. PLAINTIFF is making these answers to the best of PLAINTIFF'S ability and current level of knowledge. Even if PLAINTIFF were to resubmit Form AO239, **all of PLAINTIFF'S answers would remain the same.**

676.    PLAINTIFF specifically alleged *the Chicago Cases* were corruptly decided when he said in the summary of the case in his *Louisiana Cases* complaint: "*All of the decisions the Northern District Court of Illinois made as well as the 7th Circuit Court of Appeals constitutes Outrageous Government Conduct in their decisions as it*

447

*pertains to PLAINTIFF; All of the decisions the Northern District Court of Illinois made under Judge Jenkins as well as the 7th Circuit Court of Appeals made constitutes an act of Obstruction of Justice under RICO sections 891-894 (relating to extortionate credit transactions), section 1029 (relating to fraud and related activity in connection with access devices), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1351 (relating to fraud in foreign labor contracting), section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstmction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), and sections 1581-1592 (relating to peonage, slavery, and trafficking in persons). Throughout the entire record and duration of the Chicago Cases, PLAINTIFF has warned the Court ofon-going conspiracies, a threat on PLAINTIFF'S life, advising the Court every step of the way of the on-going harm the RICO Enterprise is engaging in which the Court completely ignored all of PLAINTIFF'S pleas as to fundamentally constitute obstruction of justice through the deprivation of Due Process and RICO violations.".*

677.    PLAINTIFF'S same arguments and same legal citations are applicable; especially a pro-se attorney that is not licensed in any state in which the Court has a legal affirmative obligation under the United States Constitution, the Louisiana

448

Constitution, and under existing case law that the Court should interpret PLAINTIFF'S pleadings most favorable to PLAINTIFF.

678.   PLAINTIFF'S record in the *Chicago Cases* and these cases contains more than 150 cited cases and arguments of law that are applicable and relevant that Magistrate Judge BOURGEOIS' intentionally ignored.

679.   [Paragraph # omitted for religious reasons].

680.   At least three of the following relevant passages from PLAINTIFF is applicable here concerning a corrupt judge's liability in a RICO Enterprise is from the *Chicago Cases* when PLAINTIFF said in his complaint: Passage #1: *"The United States of America vs. Josef Altstötter, et al. (holding judges and attorneys liable for: 1) Participating in a common plan or conspiracy to commit war crimes and crimes against humanity; 2) War crimes through the abuse of the judicial and penal process, resulting in mass murder, torture, plunder of private property; 3) Crimes against humanity on the same grounds, including slave labor charges; 4) Membership in a criminal organization, the NSDAP or SS leadership corps)....."* Passage #2*"United States v. Grubb, 11 F.3d 426, 438-39 (4th Cir. 1993) (The court stated that "[w]e alsohave a defendant (a judge) who undeniably is employed by and operates or manages the enterprise within the meaning of Reves v. Ernst & Young." The applicable standard in a RICO conspiracy to violate 18 U.S.C. Section 1962(c), see Section III(D)(3.) In describing its "operation or management" test, the Supreme Court stated: "Once we understand the word "conduct" to require some degree of direction and the word "participate" to require some part in that direction,the*

*meaning of Section 1962(c) comes into focus. In order to "participate, directly or indirectly, in the conduct of such enterprise's affairs," one must have some part in directing those affairs. Reves, 507 U.S. at 179." And The Court in "Withrow v. Larkin, 421 U.S. 35 (1975) said: "Not only is a biased decision maker constitutionally unacceptable but our system of law has always endeavored to prevent even the probability of unfairness." 421 U.S. at 47. But the Court continued: "The contention that the combination of investigative and adjudicative functions necessarily creates an unconstitutional risk of bias in administrative adjudication…must overcome a presumption of honest and integrity in those serving as adjudicators; and it must convince that, under a realistic appraisal of psychological tendencies and human weakness, conferring investigative and adjudicative powers on the same individuals poses such a risk of actual bias or prejudgment that the practice must be forbidden if the guarantee of due process is to be adequately implemented."*

681.    Every single decision Magistrate Judge BOURGEOIS' and Judge JACKSON made in the *Louisiana Cases* are reprehensible and violate 18 USC §1962(D), 18 USC § 241, and 42 USC §1985(3).

682.    Judge BOURGEOIS and JACKSON knew that more than 8 months from October 20th, 2023 that the first time the DOJ received what PLAINTIFF and the Northern District of Illinois Court in the *Chicago Cases* call Exhibit A that DEFENDANTS such as JUDGE JENKINS, PALLMEYER, SYKES, WOODS, AKIWUMI-JACKSON, have repeatedly conspired with one another as to effectively

450

deny PLAINTIFF Due Process in violation of 18 USC §1962(D), 18 USC § 241, and 42 USC §1985(3) because materially confidential information was leaked to DEFENDANTS and spread amongst DEFENDANTS who took remedial measures to absolve themselves of liability before, during, and after litigation commenced on December 27th, 2023 that PLAINTIFF had no chance to hold certain DEFENDANTS liable for their actions based on the corrupt decisions of the Courts in which JUDGE BOURGEOIS and JACKSON became accessories after the fact and aided and abetted the RICO Enterprise.

683. Judge BOURGEOIS cited the *Chicago Cases* multiple previous rulings. See: May 24th, 2024 Ruling and Initial Order Denying IFP on May 14th, 2024.

684. PLAINTIFF specifically alleged *the Chicago Cases* were corruptly decided when he said in the summary of the case in his complaint This should have alerted an impartial and uncorrupted judge that the severity and seriousness of the allegations PLAINTIFF made was one that required the utmost integrity, due diligence, and constitutional care because the infectious rot of corruption was seething in Chicago and was at risk of poisoning the integrity of the judicial system in America in which a fair, impartial, and uncorrupt judicial system is one of the cornerstones of what makes America great and what the world should look up to in America: *"All of the decisions the Northern District Court of Illinois made as well as the 7th Circuit Court of Appeals constitutes Outrageous Government Conduct in their decisions as it pertains to PLAINTIFF; All of the decisions the Northern District Court of Illinois made under Judge Jenkins as well as the 7th Circuit Court*

*of Appeals made constitutes an act of Obstruction of Justice under RICO sections 891-894 (relating to extortionate credit transactions), section 1029 (relating to fraud and related activity in connection with access devices), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1351 (relating to fraud in foreign labor contracting), section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), and sections 1581-1592 (relating to peonage, slavery, and trafficking in persons). Throughout the entire record and duration of the Chicago Cases, PLAINTIFF has warned the Court of on-going conspiracies, a threat on PLAINTIFF'S life, advising the Court every step of the way of the on-going harm the RICO Enterprise is engaging in which the Court completely ignored all of PLAINTIFF'S pleas as to fundamentally constitute obstruction of justice through the deprivation of Due Process and RICO violations."*

685.    Magistrate Judge BOURGEOIS and JACKSON know, in violation of RICO 18 USC §1961, 18 USC §1962(A), 18 USC §1962(B), and 18 USC§1962(C), 18 USC §1962(D), 18 USC § 241, and 42 USC §1985(3), and PLAINTIFF'S First Amendment Rights and Constitutional Rights that the 7th Circuit Court of Appeals, the United States Marshals, and the Northern District of Illinois Court conspired together and falsified documents in regards to an incident that took place on December 6th, 2023

452

to obstruct justice on purpose in violation of RICO, and submitted it to the Court on

January 23rd, 2024 in In Re: Milan Michael Kotevski 2024cv00556 (7th Circuit Court

of Appeals)  which states: "EXECUTIVE COMMITTEE ORDER: On December 6,

2023, Milan Kotevski entered the Dirksen U.S. Courthouse. **While present, he**

**made several inappropriate and threatening statements**. **These remarks**

**caused concern for the safety of individuals. Representatives of the United**

**States Marshals Service were called to provide assistance and investigated**

**the matter. The Court's Executive Committee finds that there is sufficient**

**cause for concern regarding Mr. Kotevski's conduct**[96] if he is not escorted

during his time in the Dirksen U.S. Courthouse in Chicago, Illinois or the

Roszkowski U.S. Courthouse in Rockford, Illinois. IT IS, THEREFORE, HEREBY

ORDERED THAT to maintain judicial security, Mr. Kotevski is ordered to sign in

upon arrival at the Dirksen U.S. Courthouse at 219 S. Dearborn Street, Chicago,

Illinois, 60604 or in the Stanley J. Roszkowski U.S. Courthouse at 327 S. Church

Street, Rockford, Illinois 61101, and IT IS FURTHER ORDERED THAT a

representative of the U.S. Marshals Service shall accompany Mr. Kotevski at all

times while he is present in the Dirksen U.S. Courthouse or in the Stanley J.

Roszkowski U.S. Courthouse, and IT IS FURTHER ORDERED THAT a

---

[96] All provable lies and in violation of 18 USC 1961 sections 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children),  section 1341 (relating to mail fraud), section 1343 (relating to wire fraud) as that act continues to aid and abet the crimes that were committed against PLAINTIFF in furtherance of the RICO Enterprise against PLAINTIFF.

miscellaneous file with the title "In the Matter of: Milan Kotevski" and case number 24 CV 00556 shall serve as the repository of this order, and any order or minute order entered pursuant to this order. The Clerk will also maintain a miscellaneous docket associated with the file. All orders retained in the file will be entered on that docket following standard docketing procedures.IT IS ALSO ORDERED that the Clerk shall cause a copy of this order to be left at the security desk in the lobby to hand to Mr. Kotevski the next time he enters one of the courthouses of the Northern District of Illinois. Signed by the Executive Committee on 1/23/2024. Mailed notice. (lw, )"[97] in which **PLAINTIFF has a 22 minute video in his possession of the entire time PLAINTIFF was in the Courthouse on December 6th, 2023** that he submitted to the United States Marshals (a portion of it at least) to investigate the issue **that demonstrates that PLAINTIFF made no threatening statements, did not act in any threatening manner, did not act questionably, and did not make any inappropriate statements in which the video demonstrates the corrupt intent of the United States Marshals and workers and employees of the Department of Justice that day.**

686.    PLAINTIFF emphasizes that through electronic tampering in violation of 18 USC 1961 Section 1029, PLAINTIFF is being denied a fundamentally fair hearing by unknown DEFENDANTS in the CIA, FBI, DoD, GRU/FSB, MSS, Indian Intel, and/or a combination thereof.

---

[97] Last Checked. 05/25/2024. 8:22am. https://dockets.justia.com/docket/illinois/ilndce/1:2024cv00556/454415

687.   On Monday, July 22nd, 2024, SHEA PERTUIT told PLAINTIFF--to the effect-- that after having talking to an advisor or attorney to the Court (in which PLAINTIFF demanded to know that attorney or advisor's name which she did not provide after repeated requests but PLAINTIFF believes it to be JUSTICE ALITO), she refused to file PLAINTIFF'S WRIT OF MANDAMUS because of what PLAINTIFF had demanded from the Court in the PRAYERS OF RELIEF in the WRIT OF MANDAMUS submitted on July 16th, 2024 that involved weapons, the Apache helicopters, and airplanes.

688.   PLAINTIFF received the letter in the mail (thereby constituting a violation of 18 USC 1961 Mail Fraud) from SHEA E. PERTUIT (See: Exhibit B) explaining her newfound capacity as a judge in denying PLAINTIFF'S Writ of Mandamus in which her decision reads as the following: "Dear Mr. Kotevski, We received your document titled "petition for writ of mandamus" on July 15th, 2023. **We** took **no action** on this document as we cannot determine which relief you are seeking. Additionally, this document does not comply with the Federal Rules of Appellate Procedure and the Fifth Circuit Rules. Your document did not include a mailing address, therefore, we were unable to send notification at the time the document was received. Sincerely…."

689.   In regards to the previous paragraph, PLAINTIFF'S Writ of Mandamus to the 5th CIRCUIT COURT OF APPEALS did include the Exact Relief PLAINTIFF was seeking.

690.   SHEA E. PERTUIT'S decision was an illegal decision on the merits of the Writ of Mandamus.

691.   SHEA E. PERTUIT'S decision is constitutionally deficient and in violation of RICO as it gives no explanation as to what exact rules PLAINTIFF did not follow or broke in filing such, did not contain any acknowledgment that PLAINTIFF was filing pro-se and that the rules are different for pro-se attorneys, especially ones that are destitute and autistic; did not explain why PLAINTIFF'S PRAYERS of RELIEF was deficient or legally erroneous; did not discuss any of PLAINTIFF'S legal arguments about why a WRIT OF MANDAMUS was proper; intentionally made the decision to keep PLAINTIFF in a state of abject poverty and to further the RICO Enterprise against PLAINTIFF; her decision constituted yet another act of Mail Fraud, Wire Fraud, perpetuation of PLAINTIFF'S enslavement, and violated 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and/or 18 USC 1962(d) as she furthered the RICO Enterprise against PLAINTIFF.

692.   It is quite possible PLAINTIFF never even talked to the 5th Circuit Court of Appeals and made submissions to the Court because the Indian Government and Intelligence or GRU and the FSB or MSS is with PLAINTIFF and preventing PLAINTIFF from doing so, which is yet another count of RICO violations of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

693.   SHEA E. PERTUIT, after knowingly having read the entire record in deciding a matter as a judge and giving PLAINTIFF the unconstitutionally egregious and erroneous reasons for her decision, violated 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) as she furthered the RICO Enterprise against PLAINTIFF.

694. SHEA PERTUIT conspired with DEFENDANTS on or about July 16th, 2024 and thereafter, which violates 18 USC 1962(d), 18 USC 242, and 42 USC 1985(3).

695. From October 20th, 2023 to about July 17th, 2024, PLAINTIFF specifically filed TWO different Fed R. Civ P. Rule 55 Motions, TWO different Permanent Injunctions, and TWO Restraining Orders making a total of SIX different motions for the Court to immediately resolve the case and end the case in which the Courts in the *Chicago Cases* and *Louisiana Cases* necessarily knew the actions being undertaken by DEFENDANTS that PLAINTIFF wrote and explained to the Court what DEFENDANTS were doing to avoid liability for their actions in regards to the RICO Enterprise against PLAINTIFF in which the Courts materially aided and abetted such decisions by DEFENDANTS through every single corrupt decision (individually and jointly) and the prolonged time it took DEFENDANTS to undercut, undermine, and deliberately ruin PLAINTIFF'S case without deciding the case on the actual merits and deprive PLAINTIFF of life, liberty, money, planes, and property in violation of PLAINTIFF'S Constitutional Rights, RICO, the Geneva Convention, and the Convention on the Rights of Individuals with Disabilities that all foreign governments listed as DEFENDANTS are a signatory of. Furthermore, PLAINTIFF figuratively screamed bloody murder when it came to how DEFENDANTS were tampering with PLAINTIFF'S electronics (either by the Indian Government, the United States Government, Russian Government, or Chinese Government and/or a combination thereof with the full approval of Apple Inc.) in which material evidence and information is intentionally being withheld from PLAINTIFF, the issue of

whether PLAINTIFF was actually able to legally bring such cases as PLAINTIFF doesn't know if he is under a legal guardianship or someone has a Power of Attorney over PLAINTIFF, PLAINTIFF'S marital status, how PLAINTIFF is being tortured into autistic convulsions to give information to the Court by DEFENDANTS like the United States Government, Indian Government, Russian Government, CIA, FBI, DoD, GRU, FSB, etc that are against PLAINTIFF'S Constitutional and legal interests and rights, and how abusive the conditions PLAINTIFF was living in in which racoon piss and shit having been seeped into the drywall above PLAINTIFF'S bedroom is still there, how PLAINTIFF had to resort to using Dog Shampoo to clean his hair, and that PLAINTIFF'S father even attempted to murder PLAINTIFF and provided a video to the Court in the *Chicago Cases* in which all of the Courts in the *Chicago Cases* and *Louisiana Cases* intentionally ignored and that is indicative of how corrupt the decisions are in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d).

696. The Louisiana Court in the *Louisiana Cases* on May 28th, 2024 received PLAINTIFF'S scathing 28 U.S. Code §351 motion, which was one of the first times PLAINTIFF articulated and expressed himself clearly the provable corruption that transpired in the Chicago Cases in which the very next day on May 29th, 2024 the Court, having not ruled in a timely manner, allowed DEFENDANTS to terrorize PLAINTIFF on Frontier Airlines the very next day on May 29th, 2024. This at a minimum constitutes a violation of 42 USC 1986 and violations of 18 USC 1961 Section 1503, 1512, and 1513.

# Part II: *Utah & Iowa Cases*

697.    Furthermore, the deliberate exclusion of the material submitted to the Court from being considered gives a fraudulent reason to ignore the serious on-going harms that necessitated the purpose of filing restraining orders and permanent injunctions in the first place, which perpetuated the aims of the RICO Enterprise, in which DEFENDANTS tortured PLAINTIFF, deprived him of medicine, made him less capable of defending himself (i.e. obstructing and witness tampering), terrorizing PLAINTIFF, and more.  This at a minimum constitutes a violation of 42 USC 1986 and aided and abetted the following sections of RICO: 18 USC 1961 Section 1503, Section 1512, and Section 1513.

698.    JUDGE OBERG continued the RICO Enterprise Pattern that was established in the *Chicago Cases* and the *Louisiana Cases* constituting Obstructions of Justice, Mail Fraud, Wire Fraud, Slavery, Witness Tampering, Terrorism, and more by not considering any of PLAINTIFF'S correspondences when the Court should have ruled in the first place in a timely manner based on the necessity of the emergency as explained. Justice not done is corruptly done.

699.    By not considering the materials PLAINTFF provided that PLAINTIF lodged in this case, it constituted Fraudulent Concealment. In Smith v. Frandsen, the Utah Supreme Court summarized when fraudulent concealment occurs: "finally, in order to establish fraudulent concealment, "a plaintiff must prove the following three elements: (1) the nondisclosed information is material, (2) the nondisclosed information is known to the party failing to disclose, and (3) there is a legal duty to

459

communicate." Hermansen v. Tasulis, 2002 UT 52, ¶ 24, 48 P.3d 235; see also Fennell v. Green, 2003 UT App. 291, ¶ 10, 77 P.3d 339; McDougal v. Weed, 945 P.2d 175, 179 (Utah Ct. App. 1997) ("Fraudulent concealment requires that one with a legal duty or obligation to communicate certain facts remain silent or otherwise act to conceal material facts known to him"). Therefore, a duty to disclose is material to each of the alleged causes of action."

700.    To prove PLAINTIFF'S argument, in *U.S. v. Phillip Morris*, Civil Action No. 99-CV-2496 (GK) (D.D.C. Mar. 27, 2001),[98] the Special Master in the case made a report that was 170 pages long,[99] which is on par with the total length of PLAINTIFF'S complaint. If PLAINTIFF had access to PACER (in which PLAINTIFF doesn't have access to PACER --BECAUSE HE IS ILLEGALLY BEING HELD AS A SLAVE that he informed the Court about in which if PLAINTIFF wasn't a slave he would pay for his PACER account to be current), PLAINTIFF is estimating that DOJ'S Complaint in the case, PLAINTIFF has to exceed over 170 pages as well and the Court there didn't rule that DOJ'S 200+ Page Complaint violated Fed R. Civ P. Rule 8. Why the double standards from the Court but for malice and possibly corruption yet again?

701.    So, to facilitate the Court with Pro-Se PLAINTIFF'S case and eliminate redundancies and the amount of paperwork filed in the case, PLAINTIFF provided the Court a comprehensive list of cases on the record that should have helped with the Court's ruling. JUDGE OBERG knows it would have been completely and legally

---

[98] https://www.courtlistener.com/docket/4215066/united-states-v-philip-morris-usa/
[99] https://casetext.com/case/us-v-philip-morris

impossible for an autistic slave pro-se attorney trying to beat the clock by properly cross referencing all of the cases PLAINTIFF cited in which PLAINTIFF filed six different motions--that were completely ignored or corruptly ruled on-- to stop the on-going RICO Enterprise and torture all the while DEFENDANTS with all the riches and super computers in the world were conspiring to deprive PLAINTIFF of Due Process and torturing an autistic American slave PLAINTIFF on American soil to make him lose in Court.

702.    JUDGE OBERG completely outright lies on the record when she said: "The complaint references numerous civil and criminal statutes as well as case law but it fails to connect the cited authority to particular factual allegations" because PLAINTIFF cited particular statutes to particular individuals and their crimes for example, in Paragraph #70 in the Utah Complaint, PLAINTIFF wrote after elaborating what SHEA E. PERTUIT did on certain days in the paragraphs prior to this one: "SHEA E. PERTUIT, after knowingly having read the entire record in deciding a matter as a judge and giving PLAINTIFF the unconstitutionally egregious and erroneous reasons ***for her decision***, violated 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) as she furthered the RICO Enterprise against PLAINTIFF." Factual Allegation: SHEA E. PERTUIT furthered the RICO Enterprise? How: through her decision. Support: "violated 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d)."

703.    The following is manifestly and unconstitutionally dubious legal argument JUDGE OBERG made and quite possibly violates RICO for numerous reasons: "In

461

sum, Mr. Kotevski *fails make specific, intelligible factual allegations regarding how each named defendant has harmed him or violated his legal rights.* As a result, even construing the complaint liberally, it is impossible to discern what claims Mr. Kotevski is attempting to bring or the underlying facts on which any cognizable claim could be based." In which it is egregious and illegal in the most important ways: What the Court expects PLAINTIFF to think and conclude, how to think and conclude, if done for the rest of Americans, would be devasting to the fabric of trust inherently needed in the system and devasting to PLAINTIFF to let him believe the truth so readily and easily. Let PLAINTIFF explain. PLAINTIFF, nor any other American, shouldn't have the expectation that a flight delay and a trip was done to commit political terrorism against PLAINTIFF (can you imagine the chaos it would cause if Americans have the expectation that every alleged flight delay was done for political kidnapping and terrorist purposes?), that random thoughts and connections made in an impromptu moment by a creative individual or mentally ill individual is the basis in determining that a foreign government has been listening in for years on an individual? That autistic individuals (who have a hard time understanding and relating to individuals in the first place) are clairvoyants and perfect mind readers that can accurately guess in an instance and ascertain the motives of spies who are trained to lie and deceive for years? That the nurse and doctor torturing an autistic individual allegedly providing care to an autistic individual are employees of the CIA or DoD or other American agency are there to intentionally commit RICO violations and more? That certain members of SCOTUS and CIA had years long vendettas

462

against PLAINTIFF in which they facilitated the abuse through Court rulings by using different cases to deprive an American they had a vendetta against of his life, liberty, and pursuit of happiness? That to expect an American, who was once in Special Education, to have to fight over 200 different law firms and practicing attorneys that went to Harvard, Yale, Princeton and have hundreds of years of collective legal experience between them—figuratively speaking, not even BRUCE LEE could beat up more than 283 people at the same time that would surround him in a fight--is completely unrealistic to figure out what harms were done to PLAINTIFF is completely unreasonable but that is what PLAINTIFF has been forced to do, primarily because of the White House and CIA, FBI, et al.  The line between delusional thinking, actual conspiracy theory, schizophrenia, paranoia, and creativity is a very thin one.

704.    It is readily and easily apparent to understand the exact harms what the Louisiana Court did in the *Louisiana Cases* and what the Court did in the *Chicago Cases* as explained in the Utah Complaint and it is an outright material lie, material fabrication, and obstruction that JUDGE OBERG committed when she alleged that this Court did not understand PLAINTIFF'S allegations in violation of 18 USC 1961, 18 USC 1962 (a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d).

705.    When an autistic and destitute PLAINTIFF slave has screamed on the record that certain unknown intelligence agency DEFENDANTS are tampering with PLAINTIFF'S electronics in violation of 18 USC 1961 (Section 1029) in which those DEFENDANTS have hundreds of billions of dollars, super computers, and computer

expertise to conceal their identities, fabricate false evidence and videos (that PLAINTIFF has personally seen) to retaliate against PLAINTIFF, falsely allege hostility to the United States, create false legal documents, conceal publicly available exculpatory evidence, tamper with PLAINTIFF'S internet connection (that PLAINTIFF proved), refuse to talk and provide paperwork when necessary, refuse to provide FOIA requests, refuse to follow up directly with PLAINTIFF on numerous complaints filed with them, how is PLAINTIFF supposed to ascertain which particular DEFENDANTS did what?

706.   How is PLAINTIFF supposed to reasonably ascertain and determine what specific individuals, just from the 15+ different military and intelligence agencies in the United States, every single remaining 5 Eyes countries and their defense and intelligence agencies in the United Kingdom, Canada, Australia, and New Zealand, and an unknowable amount of proxies and third party contractors that the United States, United Kingdom, Canada, Australia, and New Zealand that are kept secret that are hired to tamper with PLAINTIFF and further the RICO Enterprise against PLAINTIFF. It is legally impossible for PLAINTIFF to do so.

707.   It is legally impossible for PLAINTIFF to ascertain what specific individuals did what when the very nature of the RICO Enterprise was the intentional concealment of material facts from PLAINTIFF by certain DEFENDANTS concerning the specific harms done to PLAINTIFF through lying, concealing material facts, goading, abusing, making one their slave and completely reliant upon them, and more...

464

708. The reason why SCOTUS (prior to PLAINTIFF'S birth) and the judicial system in the United States and America and the United Kingdom were so adverse to *Star Chambers* by the Court is because it would have been impossible for a DEFENDANT or an individual to exactly know what the judges were doing in secret against them for years upon years and the leaps and bounds of reasoning and logic it took for PLAINTIFF to determine such is so completely unreasonable for any American to have to do.

709. PLAINTIFF is not aware of any case in which if a pro-se PLAINTIFF does not adequately describe the factual allegations against just ONE or a couple of particular DEFENDANTS that it automatically warrants the complete dismissal of the entire case even though EVERY *REMAINING DEFENDANT*(S) had specific allegations made against him or her and made egregious harms against that PLAINTIFF that would pass Fed R. Civ P Rule 12(b)(6) Motion.

710. Based on the reasons contained in the previous Paragraph, JUDGE OBERG did not construe PLAINTIFF'S complaint liberally in the Utah Cases in order to obstruct justice and prevent PLAINTIFF from actually litigating the case.

711. The IOWA CASES Court just did the same thing as the previous Corrupted Courts in which through intentional censorship of PLAINTIFF'S arguments, intentional and willful blindness, complete lack of candor and adherence to judicial duty, and intentional delays, continues to try to get PLAINTIFF'S case dismissed to further the RICO Enterprise against PLAINTIFF.

465

# SECTION VI: Transportation, Law Enforcement, and Poisoning:

712.    PLAINTIFF wants to start this Section by asking the Court just one question: how many lawyers do you know that you respect have been involuntarily institutionalized at one point? NONE. The answer is none.

713.    There is no bigger stigma today in the professional world than being involuntarily institutionalized. How many Forbes 1000 Companies CEO's have been involuntarily institutionalized? Probably none. How many leaders in your local community or church do you know have been involuntarily institutionalized? NONE. NONE NONE NONE. Career opportunities are lost when someone is involuntarily institutionalized regardless of the merits of that institutionalization. Numerous potential careers (which is an 18 USC 1961 Section 1951 violation) that PLAINTIFF could have had are now gone unless the Court rules in PLAINTIFF'S favor that PLAINTIFF'S involuntarily institutionalization was done to further the RICO Enterprise.

714.    What unknown conspirators in the White House, DOJ, FBI, CIA, DoD, NSA, et al did to PLAINTIFF was do the utmost cowardly bitch slap conceivable by perpetuating a plan to indefinitely place PLAINTIFF an internment setting knowing that PLAINTIFF had helped with major national policy before and now PLAINTIFF can't because he can't get security clearance because he was involuntarily committed against his will for politically retaliatory purposes.

715.   Then what makes it even more insulting that shows the complete embarrassment to America itself is that either the DOJ, FBI, CIA, DoD, NSA al approved the plan place PLAINTIFF in an internment setting by shooting PLAINTIFF with an unknown biological weapon to get PLAINTIFF in the hospital or they allowed Israel to do it when PLAINTIFF WAS HOMELESS FOR ABOUT THREE DAYS SLEEPING IN THE BACK OF A CROSSOVER VEHICLE or CHEAP HOTEL AFTER THEY HAD ENSLAVED HIM FOR YEARS EVEN AFTER HE GAVE THE CHICAGO CASES COURT THE PERFECT OPPORTUNITY TO REDEEM THEMSELVES.

716.   That is political terrorism.

717.   So even if the US Government as an apology to PLAINTIFF appoint him to some type of position, PLAINTIFF can't work for them based on their own corrupt acts.

718.   From what PLAINTIFF can autistically ascertain, PLAINTIFF for years got routinely falsely diagnosed as being a psychopath or sociopath (when the proper diagnosis is AUTISM) by unknown individuals in the FBI, CIA, GRU/FSB, MSS, DoD, 5 Eyes, and/or a combination thereof to further the RICO Enterprise against PLAINTIFF. See: Chicago Cases. Attachment A. Psycho-and-sociopaths have a propensity to torture pets and animals. Kawaii Kotevski has an emergency situation and requires immediate eye surgery. PLAINTIFF has done everything he could conceive of like drafting small claim court motions to get an immediate payment, filing emergency motions, etc to pay for Kawaii's emergency eye surgery so she doesn't

go blind. One of those motions made was sent to The US District Court of Utah. Necessarily relying on the 24cv556 case, the Court falsely labeled PLAINTIFF as hostile and a frivolous filer in which only the Chief Judge can review PLAINTIFF'S motions. The Court decided to put an indefinite hold on PLAINTIFF'S claims necessarily knowing the nature of the emergency with no day in sight if the Court will actually timely rule in PLAINTIFF'S favor to save Kawaii's vision. So the Court knows Kawaii will go blind and not doing anything about it is torturing animals.

719. Like PLAINTIFF alluded to before because it is extremely important: PLAINTIFF is autistic (has aspergers), depression, add, and ptsd. He throughout highschool taught himself psychology to appear to be non-neurodivergent and have a mask of normalcy covering his autism. He majored in psychology in college and interviewed prisoners (who are technically interned at a jail), and PLAINTIFF worked with judicially committed patients who actually suffer from BIPOLAR I, BIPOLAR II, SCHIZOPHRENIA, have SCHIZOID PERSONALITY DISORDER, etc. PLAINTIFF knows a thing or two about psychology and law. It was always in DEFENDANTS interest to falsely diagnose PLAINTIFF to further the RICO Enterprise against PLAINTIFF.

720. That all being said, PLAINTIFF made an argument in his previous motions concerning the night of November 8th, 2018 and what he saw that night. As a reminder, PLAINTIFF went to the Wal-Mart in Waukegan, IL in which a drone resembling either a RQ-170 Sentinel, X-47B, or a secret drone that was in a similar shape to either a RQ-170 or X-47B, flew at very close proximity to the ground that

468

PLAINTIFF immediately recognized it.[100] PLAINTIFF went in and bought Smucker's Strawberry Jam and went to Waukegan Beach in Waukegan, Illinois because water calms down PLAINTIFF. Luckily for PLAINTIFF, PLAINTIFF'S place of calm and soothing nature was also an amazing legal trap because it is in the no-fly zone of the Great Lakes Naval Base and it is by a former Nuclear Power Plant in which there is not a single way that an unauthorized aircraft or war drone would be allowed to fly so low next to a major DoD base and that the FAA doesn't know about. PLAINTIFF filed FOIA records request in which the FAA has not responded to PLAINTIFF about that night and aircraft. It could have been an alien for all PLAINTIFF knows based on PLAINTIFF'S history with them. GINA HASPEL, the former director of the CIA or the head of the DoD at the time were really the only two people that could have allowed that to happen. GINA HASPEL hated PLAINTIFF and made a joke about drooling and THAILAND to show she was maliciously torturing PLAINTIFF through the years and knew about certain things that happened in 2016. So PLAINTIFF gives more credence GINA HASPEL authorized it. If it would have been any other day besides November 8th, it would not have been as malicious to PLAINTIFF. But the fact of the matter is that it was on November 8th, precisely two years after the election and PLAINTIFF can only infer it was malicious retaliation and intimidation against PLAINTIFF for political purposes and DEFENDANTS' wanton malice in furthering the RICO Enterprise against PLAINTIFF that PLAINTIFF did not deserve to be intimidated in that manner. The fact of the matter is that the Court refuses to explain

---

[100] PLAINTIFF felt threatened by it and intimidated by it flying so close to the ground at Wal-Mart and the Waukegan Beach.

how they will prevent the United States Government from using weapons of war unconstitutionally against an American. What is it that warrants the United States Government to send a war-drone that billions of dollars were spent on to intimidate a destitute and broke autistic American going to Wal-Mart to buy strawberry jam? What is the terrorist activity in an autistic orthodox Christian buying strawberry jam at Wal-Mart? It was the United States government that committed an act of terrorism against PLAINTIFF by intimidating an American on American soil for political purposes using a plane; again, it is this habitual pattern of stupid tyrannical projection where the United States Government commits acts of domestic and international terrorism against PLAINTIFF, an American on American soil, and falsely projects PLAINTIFF to be terrorist when they are the ones that are terrorists. The only thing that will prevent the United States Government from unconstitutionally using weapons of war against an American on American soil is an American being armed with such; if you don't like that logic then don't have the 1033 program. When the United States Government can use weapons of war designed for terrorists overseas against Americans on American soil without Due Process of Law, in violation of RICO and the United States Constitution, in complete violation and dereliction to their duty to uphold the Constitution, and the Court refuses to remedy such a situation, the United States officially became a terrorist tyranny. PLAINTIFF hates revealing and utilizing these type of tactics because PLAINTIFF has given DEFENDANTS so many opportunities to show they are in PLAINTIFF'S side and they keep abusing PLAINTIFF and taking advantage of his generosity. An Apache

AH64 is an appropriate solution… because it is a thing that can shoot down a weapon of war being utilized against an American on American soil against the Court's orders and the United States Constitution in which Apache AH64's can be factually connected to the RICO Enterprise against PLAINTIFF because if the Court allows it to go unpunished, the United States government will do it again.

721. PLAINTIFF alleges that ERIC HOLDER, LORETTA LYNCH, MERRICK GARLAND, and/or a combination of the former attorney generals conspired with Prime Minister Singh or Modi and other Indian and Japanese representatives through the years against PLAINTIFF in violation of 18 USC 1962(D) to further RICO Enterprise #1 from Spring 2015 through Summer 2015 and thereafter.

722. PLAINTIFF alleges that at least ERIC HOLDER, JEFF SESSIONS, and other DOJ ATTORNEY GENERALS AND ATTORNEYS conspired amongst each other and with individuals like JEH JOHNSON, JAMES COMEY, JAMES CLAPPER, GINA HASPEL, JANET NAPOLITANO, MICHAEL MORELL, JOHN BRENNAN, SUSAN RICE, VALERIE JARRETT, ROBERT MUELLER III, and more in which they intentionally conspired to deprive PLAINTIFF of his life, liberty, payment for services rendered, and furthered the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(D) and PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights from at least March 2008 through November 2025.

723. FBI knew from October 20th, 2023 the basis of PLAINTIFF'S allegations; CHRIS WRAY (or PLAINTIFF believes it to be CHRIS WRAY) met PLAINTIFF at Savannah Dog Park in Wadsworth, IL in which the total amount of words

471

PLAINTIFF said to Chris Wray was less than 20 (whats inferable is that the basis of PLAINTIFF'S claims were not talked about). CHRIS WRAY talked to INDIA and INDIAN Intel; they have not resolved the issues or materially helped PLAINTIFF despite multiple tips submitted to the FBI. Due to the corruption in the *Chicago Cases* and not immediately deciding the case, this gave DEFENDANTS more time to dig up more materials to discredit PLAINTIFF and destroy exculpatory evidence. For instance, a recorded phone call between Apple and PLAINTIFF was deleted in which it was either Apple or the Indian Government on the other line.

# PART I: FRONTIER AIRLINES AND JUDICIAL RETALIATION.

724.	PLAINTIFF filed an Emergency Rule 65 Motion on May 30th, 2024 in the *Louisiana Cases, two days after PLAINTIFF filed a scathing Motion to Recuse MAGISTRATGE JUDGE BOURGEOIS.*

725.	Unknown officials in the White House, FBI, CIA, DoD, NSA, and/or a combination thereof intentionally retaliated against PLAINTIFF on or about May 29th or May 30th, 2024 in which DEFENDANTS intentionally retaliated against PLAINTIFF by torturing PLAINTIFF in violation of PLAINTIFF'S 1st Amendment, 2nd Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment Rights, 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D), 18 USC §241, 42 USC §1985(3), Section 504, on FRONTIER AIRLINES.

472

726. An unknown horde of White House staff, FBI staff, CIA staff, DoD staff, NSA staff, unknown SCOTUS justices, and/or a combination thereof have closely monitored every single filing PLAINTIFF made in the *Chicago Cases* and the *Louisiana Cases.*

727. The Louisiana Court in the *Louisiana Cases* on May 28th, 2024 received PLAINTIFF'S scathing 28 U.S. Code §351 motion*,* which was one of the first times PLAINTIFF articulated and expressed himself clearly the provable corruption that transpired in the Chicago Cases in which the very next day on May 29th, 2024 the Court, having not ruled in a timely manner, allowed DEFENDANTS to terrorize PLAINTIFF on Frontier Airlines the very next day on May 29th, 2024. This at a minimum constitutes a violation of 42 USC 1986 and violations of 18 USC 1961 Section 1503, 1512, and 1513.

728. Instead of respecting and adhering to PLAINTIFF'S boundaries, Constitutional Rights, and the Rule of law, the unknown horde of federal government officials decided the law doesn't apply to them in which they have through a psychopathic and habitual pattern of wanton and reckless disregard for the law continued to retaliate by committing acts of terrorism and RICO acts against PLAINTIFF throughout the course of litigation.

729. FRONTIER AIRLINES and BARRY BIFFLE were informed of the operations that were going to be undertaken against PLAINTIFF by psychopathic horde of unknown officials in the White House, FBI, CIA, DoD, NSA, and/or a combination thereof sometime between May 28th, 2024 or May 29th, 2024

730.    First, Unknown officials in the White House, FBI, CIA, DoD, NSA, and/or a combination thereof either tampered with PLAINTIFF'S night flight that was landing from North Carolina on Frontier Airlines that was supposed to take off that night (that it did not) or Unknown officials in the White House, FBI, CIA, DoD, NSA, and/or a combination had communicated with BARRY BIFFLE or unknown employees at FRONTIER AIRLINES and/or used communicated with unknown officials in the FAA to tell the pilot and first officer of the flight that there was a lightning strike on the aircraft thereby allowing the unknown horde to fully implement their acts of terrorism against PLAINTIFF the next day against PLAINTIFF recommitting and retraumatizing an already fragile and vulnerable PLAINTIFF that they had routinely tortured for years.

731.    On May 29th, 2024, unknown horde of psychopathic unknown White House staff, FBI staff, CIA staff, DoD staff, NSA staff, unknown SCOTUS justices, and/or a combination thereof had: 1) had confederates intentionally spy on PLAINTIFF throughout the course of the flight 2) intentionally placed and brought in a flight attendant that reminded PLAINTIFF of Vera Pochtarev or a heavily disguised Vera Pochtarev, 3) intentionally placed, brought, and had PLAINTIFF sit next to someone that looked like ASHLEY MACON in which PLAINTIFF asked her to marry him and refused to acknowledge they had known eachother if it was her in which she spook in doublespeak and refused to acknowledge whether or not it was Ashley Macon, 4) they intentionally created conditions that were extremely reminiscent the acts of domestic and international terrorism PLAINTIFF was subject to in London and Dulles Airport

in 2011 at issue in this litigation throughout the entire day of PLAINTIFF'S travel such as PLAINTIFF being sleep deprived (4 hours of sleep or less, tarmac delays that seemed so outrageous, and more), 5) having seats that were extremely uncomfortable to PLAINTIFF making PLAINTIFF unable to relax, intentionally trying to cause PLAINTIFF to have an autistic meltdown on the flights, & stressing PLAINTIFF to the core. PLAINTIFF cried on the flights and nearly cried while eating dinner due to the torture DEFENDANTS intentionally subjected PLAINTIFF to on May 28th and May 29th, 2024. Furthermore, unknown horde had known that PLAINTIFF wanted BBQ food in which they sent SCARLETT JOHANSON or a woman don on a SCARLETT JOHANSON prosthetic mask and one of PLAINTIFF'S favorite comedians or someone who donned on a prosthetic mask of one of PLAINTIFF'S eat food together at the BBQ restaurant in which PLAINTIFF could not socially interact with them because PLAINTIFF was on the verge of an autistic meltdown even after arriving in Las Vegas for more than two hours after the flight.

732.    The only reason why unknown psychopathic horde committed these acts was because it was out of pure malice and retaliation for PLAINTIFF'S May 28th, 2024 filing in Court.

733.    On May 30th, 2024, PLAINTIFF wrote his original Fed R. Civ P. Rule 65 Motion in which in the course of writing the original motion PLAINTIFF'S laptop started acting bizarrely in which PLAINTIFF was not able to continue to write the rest of his motion because it was that compelling in which Unknown psychopathic officials in the White House, FBI, CIA, DoD, NSA, and/or a combination thereof realized how

impactful it was going to be against them for what they did against PLAINTIFF on FRONTIER AIRLINES. Because Unknown officials in the White House, FBI, CIA, DoD, NSA, and/or a combination thereof realized just how damning it was, they tampered with PLAINTIFF in violation of 18 USC 1961 Section 1512, obstructed justice by not allowing PLAINTIFF to file the original Court document in violation of 18 USC 1961 Section 1503, and retaliated against PLAINTIFF in violation of 18 USC 1961 Section 1513 by not allowing PLAINTIFF to file that original document. PLAINTIFF (SPECIFICALLY) saved the document realizing that Unknown psychopathic officials in the White House, FBI, CIA, DoD, NSA, and/or a combination thereof was tampering with PLAINTIFF electronically; PLAINTIFF was forced to restart the laptop; and when PLAINTIFF restarted his laptop and tried to open the document that was previously saved, the document did not save in which the content of the document was missing. DEFENDANTS probably had an original copy of that the original motion and now have deleted the records of such in violation of 18 USC 1961 Section 1029, 18 USC 1961 Section 1512, 18 USC 1961 Section 1510, and 18 USC 1961 Section 1513 because it was done to prevent PLAINTIFF from winning in court.

734. Because of this incident, 3 Airbus A321neos that are owned by FRONTIER AIRLINES are subject to disgorgement under 18 USC 1963.

735. PLAINTIFF will absolve much financial compensation owed if and when DEFENDANTS AT ANY TIME CAN PROVE WHO SENT AO TO JAPAN AND

WHAT HAPPENED TO HER AFTERWARDS; what happened to XIUYANG SUN and VERA POCHTAREV in the last 10 years and who was PLAINTIFF married to.

736. John Choon Yoo and Harold Hongju Ko provided material support in instructing terrorism against PLAINTIFF and War Crimes and Torture against PLAINTIFF, an American, via his memos that the DOJ unconstitutionally used against PLAINTIFF in which this gave DOJ a false illusion of legality where Nuremberg Precedent will hold him liable for allowing such actions to take place against PLAINTIFF.

737. Unknown current and former employees of the US Government from May 2008 through Present moment aided DEFENDANTS in utilizing Civil Asset Forfeiture and/or Criminal Asset Forfeiture thereby making them to be PLAINTIFF'S slave master and their slavery was perpetuated through Civil Asset Forfeiture and/or Criminal Asset Forfeiture and 13th Amendment violations  in which PLAINTIFF received no notice and they fabricated crimes against PLAINTIFF to seize PLAINTIFF'S assets unconstitutionally in violation of  18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592

477

(relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

738. On August 20th, 2024, PLAINTIFF went on the State of Illinois unclaimed property site and found the following instances of Unclaimed Property. PLAINTIFF will demonstrate how the RICO Enterprise works & operates. By 2016, PLAINTIFF had updated his drivers license to a different state (Texas) and it is quite possible revised his Illinois drivers license sometime between May 2010 through 2016 that once listed his former residence at 38600 N. Arbor Ct. Wadsworth, IL. 60083 to quite possibly a home located on Lynsee Ct or Maple Tree Ln. PLAINTIFF even believes that it was either in 2011 or 2012 that PLAINTIFF established his domicile in Texas. A corporation like Chase would have easy access to PLAINTIFF'S new location or residences or mailing address that wouldnt be at Arbor Ct; it is even quite possible that JP Morgan Chase bank mailed things to PLAINTIFF to a different mailing address to PLAINTIFF after PLAINTIFF moved from Arbor Ct in May 2010 (since the home burned down) after 2011 in which JP Morgan Chase Bank was material in the RICO acts via terrorism and REBECCA WETHERBEE in 2011. See: *Chicago*

*Cases.* Like how credit card debt was falsely associated with 773 John Henry (See: Complaint) to falsely allege and attach a notion of fraud having occurred at a certain location to violate 18 USC 1961 Section 1503/1510/1511, here are two different corporations trying to associate PLAINTIFF with the address at Arbor Ct for racketeering purposes. Most importantly for RICO purposes, JP Morgan Chase Bank had PLAINTIFF'S property in the course of the RICO Enterprise that they utilized against PLAINTIFF that crossed state lines thereby making it federal; and the basics of banking means that banks typically loan money based on the amount of money they have in the bank and by having PLAINTIFF'S money in their bank, they were able to conduct business across state lines in violation of RICO by paying interest that PLAINTIFF never received and using it to make loans for different customers (i.e. illegal proceeds in violation of RICO from the RICO Enterprise against PLAINTIFF). PLAINTIFF has told his mother not to use JP Morgan Chase Bank and it is only because PLAINTIFF'S mother is using JP Morgan Chase Bank in which PLAINTIFF is being held in a state of slavery and indentured servitude means that PLAINTIFF sometimes uses his mother's JP Morgan Chase Bank credit card; and if PLAINTIFF could use any other banking service other than JP Morgan Chase Bank, he most definitely would if he could. JP Morgan Chase Inc. financed terrorism in violation of 18 USC 2339(a).

# PART III: VISTA HEALTH. September 2024.

739. **On April 29th, 2024,** PLAINTIFF wrote to JUDGE JACKSON & BOURGEOIS the following: "I'm writing to the Court because it has become glaringly

479

apparent just how incomprehensibly stupid certain DEFENDANTS are in making this situation worse. **It seems that after my doctor's visit today that my doctor has been compromised by someone**. I am very \*\*\*\* pissed off and my health is deteriorating to the point it is a big issue. I want to express under oath what I need and bullet point form because even I, a former special education student, can't comprehend the level of stupidity coming from DEFENDANTS: PLAINTIFF needs Ozempic and Ketamine treatment immediately that DEFENDANTS need to pay; PLAINTIFF has to become his own doctor because it seems to PLAINTIFF that **someone is forcing his doctors to act in such a way as to make PLAINTIFF'S health treatment *detrimental* to PLAINTIFF**."

740. PLAINTIFF just wants to repeat the last sentence he wrote in APRIL 2024: someone is forcing his doctors to act in such a way as to make PLAINTIFF'S health treatment *detrimental* to PLAINTIFF."

741. PLAINTIFF just wants to repeat the last sentence he wrote in APRIL 2024: someone is forcing his doctors to act in such a way as to make PLAINTIFF'S health treatment *detrimental* to PLAINTIFF" especially in regards to what DEFENDANTS would do around September 9th, 2024 and then again in late August, early September 2025. WARNINGS WERE GIVEN TO THE COURT THAT WERE INTENTIONALLY IGNORED TO OBSTRUCT JUSTICE by every single judge in the Corrupt Cases from the Louisiana Cases onward.

742. The natural and probable consequence of tampering with a PLAINTIFF"S health maliciously would cause PLAINTIFF to lose which is textbook Obstruction of Justice in violation of 18 USC 1961 Section 1503.

743. Unknown officials in the DoD, CIA, and/or FBI knew that if they couldn't tamper with PLAINTIFF via his doctor that he entrusted to take care of him, then unknown DEFENDANTS in DoD, FBI or CIA decided to harm PLAINTIFF with different doctors that they provided that would harm PLAINTIFF and terrorize him when PLAINTIFF desperately needed the most help, and that is exactly what unknown officials in the CIA, DoD, or FBI allowed to happen to PLAINTIFF in September 2024.

744. The Terrorist Act against PLAINTIFF on September 7th and 8th, 2024. Unknown horde of psychopaths in CIA, DoD, NSA, or FBI (or PLAINTIFF'S parents) sent their own doctors when PLAINTIFF was at the most vulnerable state in the course of litigation.

745. PLAINTIFF after being denied Ketamine treatment which he begged for about 33 times at this point in September 8th, 2024 or so, living in a bedroom whose roof was covered in raccoon piss and shit, dealing with worsening health caused by DEFENDANTS that the Court intentionally ignored, dealing with parents that sabotage PLAINTIFF, PLAINTIFF became too stressed out and took himself to VISTA HOSPITAL in WAUKEGAN, ILLINOIS.

746. Unknown conspirators in DoD, DOJ, CIA, FBI, NSA, and/or a combination thereof told the crisis counselor there to lie about what PLAINTIFF told her and she

481

lied to a judge to intentionally obstruct justice in violation of 18 USC 1961 Section 1503, 18 USC 1962(D), 18 USC 242, 42 USC 1985(3), et al.

747. PLAINTIFF asked for the FBI 5 separate and distinct times in which FBI knew PLAINTIFF. PLAINTIFF reflecting back upon it, it seems to PLAINTIFF the VISTA staff's actions indicated they knew federal employees were present in the ER that day. PLAINTIFF made no distinct statements that would have told OFFICER BRICCO that PLAINTIFF was being held for 72 hours under false pretenses, but it slipped because there was a conspiracy amongst unknown FBI, CIA, DoD, DOJ, NSA, and;/or a combination thereof employees that day where they had the 18 USC 1962(D) purpose to obstruct justice instead of getting PLAINTIFF the actual help he needed that they read about in Court for 9 months at that point.

748. When PLAINTIFF found out about the lies and treachery done by the crisis counselor, PLAINTIFF sensing danger, wanted to immediately leave. He was prevented from being able to leave. This interaction between local PD Officer BRICCO and PLAINTIFF shows that there were unknown conspirators who had worked for or were currently working for the DoD, DOJ, CIA, FBI, NSA, and/or a combination thereof.

749. Officer BRICCO entered the room in which this is the exact transcript of the conversation between OFFICER BRICCO and PLAINTIFF. Mind you, this is a PLAINTIFF who is being completely _unconstitutionally_ _restrained after being injected_ _with an unknown substance, started the conversation and told OFFICER  BRICCO:_ PLAINTIFF: "I am being held against my will. This is a false imprisonment issue. I talked to the crisis care coordinator her name was Lana. **_Lana made perjured_** **_statements saying statements that I did not say in order to confine me_**. This constitutes obstruction of justice. This is fals… **this is kidnapping because it is done under fraudulent pretenses. This is obstruction of justice and witness tampering because I have been kidnapped before and now I'm being**

482

**restrained and kidnapped yet again. No, I was not being violent**, that is another lie. I was being violent when they made up lies *and I tried to leave* and that is when they threw me on the ground *because it was a false kidnapping*. So because I was disobeying their orders, *because it was a false kidnapping*, (unintelligible), and they were doing it against me, **I had every right to leave**. Furthermore, under RICO, this is witness tampering because they are lying to a judge about my current status in which another judge is going to use this order to rule against me in a different case in which I have informed numerous individuals here about my ongoing litigation."

OFFICER BRICCO: "So unfortunately, you're going to have to stay here, okay? By law, you are going to have to stay here."

PLAINTIFF: **"Under what statute?"**

OFFICER BRICCO ignored PLAINTIFF'S question and said: "youre going to have a mental health evaluation, okay?

PLAINTIFF: "**you know I asked for the FBI to come here**. I asked Lana to have the FBI come here today and she ignored me. So not only did she lie to a judge, she also prevented the FBI from coming here today when I asked them to come here in which I'm either a material witness to a crime. So now you are tampering with a witness."

Officer BRICCO: "I'm just explaining to you that there is nothing the police are going to be able to do for you. Okay?"

PLAINTIFF: **"so even though they are violating 18 USC 1961, which is a federal crime, that has higher precedent over a state crime, are you telling me that has higher precedent over RICO?"**

OFFICER BRICCO: "I'm explaining to you…"

PLAINTIFF "YES OR NO"

OFFICER BRICCO: "that these police officers are not going to be able to do anything for you."

PLAINTIFF: "Why?

OFFICER BRICCO: "because you have to stay here."

**PLAINTIFF: "Why?"**

Officer BRICCO: "im not answering any more questions. I'm just explaining to you, okay, so even if you call us.

PLAINTIFF: "can I have your supervisor come here please."

EVIL NURSE in the background: "NO"

OFFICER BRICCO: "unfortunately not."

PLAINTIFF: "why? why is she getting to decide? I want a supervisor…"

OFFICER BRICCO: "because she is a medical professional. This is a medical issue."

PLAINTIFF: "this is not a medical issue. **This is a criminal issue.** I am being held here against my will."

Officer BRICCO: "unfortunately, that it is the way it is. **And in 72 Hours**, you will hopefully be on your ***merry*** way."

PLAINTIFF: "this is not acceptable. I am telling you that there were crimes committed here. You have an affirmative legal obligation under the State of Illinois law to investigate this matter and probable cause…"

Officer BRICCO: "I'm telling you we did investigate it and we are not doing anything."

PLAINTIFF: "let me see the paperwork."

**OFFICER BRICCO: "I don't have. I DON'T NEED PAPERWORK."**

PLAINTIFF asks for his badge number in

Since when does a nurse have a better legal understanding of the law than a law enforcement officer?

This is retaliation against PLAINTIFF because OFFICER BRICCO knew the case was about PLAINTIFF'S MARRIAGE when he said "hopefully you will be on your MERRY way."

750.   Again, the RICO Enterprise's Pattern of Unconstitutional Policework and Governmental Action were being done against PLAINTIFF in which they

484

intentionally did things and never put it on PAPER because even OFFICER BRICCO acknowledges there was no paperwork and that is why evidence on PLAINTIFF'S laptop and phone and recordings from SPRING 2015 went missing.

751. If it was not the FBI, CIA, DoD, DOJ, NSA, and/or a combination thereof, then it was PLAINTIFF'S mother who went behind PLAINTIFF'S back in secret, lied to VISTA Staff about the current health of PLAINTIFF in order to falsely imprison PLAINTIFF.

752. PLAINTIFF believes whom he calls the Evil Nurse (like Nurse Ratchet) was a federal employee working for the DoD, CIA, FBI that day. When OFFICER BRICCO listened to the horrible condescending and rude evil nurse on September 7th and 8th, 2024, when he was talking to her, **she was giving him orders** as though she had higher jurisdiction or rank than the local police department. that showed to PLAINTIFF that she worked for DoD, CIA, FBI, or NSA because that was a matter of rank in law enforcement in which she violated a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to

interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

753.   When that horrible evil nurse injected PLAINTIFF with unknown substance on September 7th, 2024, that was a war crime and a RICO violation because that was retaliation and witness tampering in which a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-

hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

754.   There was one doctor at Vista in September 2024, who having once worked for CIA or DoD that was still working on their behalf, gave his opinion about having seen people tortured, it was to maliciously and completely discredit with no factual basis of PLAINTIFF'S experiences and a form of psychological torture and coercion by DoD, CIA, NSA, or FBI when they knew of the crimes committed against PLAINTIFF a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

755. Unknown officers and employees in the CIA, FBI, NSA, or DoD falsely imprisoned PLAINTIFF and kidnapped PLAINTIFF on September 7th, 2024 and that is a form witness tampering and retaliation a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

756. Unknown employees in the DoD, CIA, FBI, or NSA concocted a scheme in violation of 18 USC 1962(d) in which they would knowingly lie to the Court to obstruct justice by destroying PLAINTIFF'S credibility and to falsely allege he is violent when he was trying to escape from an unlawful and unconstitutional false imprisonment and kidnapping in September 2024 in which their actions constitute a violation of at

least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

757.    Letter #1 PLAINTIFF wrote to the Utah Court in the *Utah Cases*: "PLAINTIFF warned the Court at least three times on Thursday and Friday September 5th and 6th 2024 respectively PLAINTIFF was in immediate danger. PLAINTIFF had that gut feeling that bad things were coming, and PLAINTIFF stipulated the 7 day Permanent Injunction because PLAINTIFF'S life was in danger. Lo and Behold, it seems that PLAINTIFF got shot with something yet again at his favorite lake today on March 9th, 2024 to calm down in which DEFENDANTS CIA, Indian Intelligence and Military, and GRU/FSB all have a pellet gun that can inject poison in one and

489

essentially cause one to have a heart attack that PLAINTIFF even put on the record that DEFENDANTS kept shooting PLAINTIFF to create a "boy who cried wolf" scenario in order to discredit PLAINTIFF and then actually try to assassinate him for the FOURTH TIME. Let PLAINTIFF what happens when PLAINTIFF tries to get help and there is such a clear and demonstrated history of this happening. First, PLAINTIFF gives his reasonable demand in which DEFENDANTS know what is completely reasonable and in line with getting the best help. Instead of getting PLAINTIFF help when he begged for help ON THE RECORD that DEFENDANTS ALL READ, they decide the best course of action is to retraumatize PLAINTIFF again and commit war crimes against PLAINTIFF by continuing to do these psyop operations and torture PLAINTIFF in the process against PLAINTIFF'S 8th and 14th Amendment Rights, the Convention on the Rights of Individuals with Disabilities, and the Geneva Convention. PLAINTIFF asked for the FBI at least 5 times in the morning of September 7th, 2024 in which he would have told the FBI what he wanted had they made themselves known at the time. PLAINTIFF then told what PLAINTIFF really needed and what worked for PLAINTIFF—KETAMINE. PLAINTIFF said that repeatedly. Then when PLAINTIFF is completely honest with what his needs are, this Crisis Counselor decided to terrorize PLAINTIFF by falsely imprisoning/kidnapping PLAINTIFF against his will by lying on the petition and taking quotes out of context to reinterpret the quotes to whatever she fancied and ignoring PLAINTIFF needed his service dog/emotional support animal--Kawaii. PLAINTIFF talked to the Doctor that night of September 7th, 2024 and informed him

490

why he was so upset: that by falsely alleging PLAINTIFF said he was hallucinating on a document submitted to the Court, it would ruin his credibility with this Court because there is no quicker way to discredit someone (other than outright lying) by falsely labeling that individual has having hallucinations or delusions. PLAINTIFF demanded from the nursing staff and the doctors to immediately include in the records PLAINTIFF'S vehement objection to what the crisis counselor did to PLAINTIFF. Then later on that night of September 7th, 2024, PLAINTIFF got injected with who knows what. PLAINTIFF demanded to leave around 10pm on Saturday Night (September 7th) because he learned of the fraud that was committed against him in which he was legally kidnapped under Illinois law because it was fraudulent holding. When PLAINTIFF explained to all the individuals at the Hospital why their actions were wrong in which PLAINTIFF named five different crimes, the definition of kidnapping per Illinois law, Section 504, and the ADA, they all kept intentionally ignoring PLAINTIFF. After pleading for his life and not to be retraumatized again in which autistic PLAINTIFF specifically relayed how he had been drugged against his will and kidnapped and falsely imprisoned before, he did the best he could to communicate why he was upset, those individuals and DEFENDANTS falsely imprisoned and kidnapped PLAINTIFF and injected with drugs against his will in which PLAINTIFF posed no danger to anyone or himself but they are going to falsely allege PLAINTIFF was because that is the nature of the RICO Enterprise against PLAINTIFF. PLAINTIFF asked and informed five people who were falsely restraining PLAINTIFF against his will and well-being they were

491

violating RICO and tampering with a witness to a federal crime, all of them ignored PLAINTIFF'S pleas. Not even one of the bystanders intervened and said this was unlawful when they all had reason to know it was completely unlawful. Furthermore, in a psychiatric unit, PLAINTIFF exhibited autistic signs of an autistic meltdown like PLAINTIFF hitting his head with his hand and kept repeating himself over and over again in which those signs were blatantly ignored and this was done after forcing PLAINTIFF to have a room whose ceiling looked like it was drenched with piss and shit, interrogating PLAINTIFF without a lawyer and, at a point after the Crisis Counselor made up allegations against PLAINTIFF in which PLAINTIFF was not free to leave coercing PLAINTIFF into a confession, deprival of his afternoon Adderall and necessity of having him on some Ketamine because PLAINTIFF hospitalized himself because he desperately needed Ketamine due to the lack of timely decisions and corrupt decisions before, PLAINTIFF'S inability to get the proper help because PLAINTIFF is a slave to DEFENDANTS, and DEFENDANTS misinterpreting things for their own malicious purposes and other reasons. PLAINTIFF called the cops in which he informed one Officer BRICCO (or something similar) of the Waukegan Police Department in or around midnight of September 7th/September 8th why they were violating federal law and how federal law supersedes state law in which the Waukegan Police Department ignored PLAINTIFF--that part was recorded at least with the officer. Officer BRICCO'S demeanor was of bemusement and disbelief that even after PLAINTIFF said he was a witness to a federal crime in his autistic state that PLAINTIFF was ignored and how DEFENDANTS were tampering

492

with PLAINTIFF. It was only after PLAINTIFF plead to a different counselor and a different doctor decided to release PLAINTIFF on September 8th, 2024. Please restrain these psychopathic and psychotic DEFENDANTS who continue to torture PLAINTIFF, commit war crimes against PLAINTIFF, violate RICO, the United States Constitution, and numerous international treaties against PLAINTIFF.

758.    Letter #2 PLAINTIFF wrote to the Utah Court in the *Utah Cases*: PLAINTIFF kept warning the Court that PLAINTIFF needed desperate help for almost a full year now (from October 2023) and PLAINTIFF kept telling the Court that PLAINTIFF desperately needed Ketamine treatment because PLAINTIFF'S thought patterns-- which was only made by DEFENDANTS' torture, war crimes, and RICO acts—were worsening. PLAINTIFF has come to recognize when he needs help and Ketamine is the only thing that can restore PLAINTIFF'S memory by getting rid of the depression and PTSD. PLAINTIFF'S memory is faltering because the depression is extremely severe. PLAINTIFF keeps iterating that PLAINTIFF'S facial recognition is extremely faulty. Furthermore, because of the lack of Ketamine and DEFENDANTS intentional psyop and torture against PLAINTIFF continues and the Court continues to do nothing. PLAINTIFF, because of the on-going complete indifference by the Court and DEFENDANTS' brazen malice, stayed in the hospital for nearly the entire day on September 7th, 2024 and September 8th, 2024.  If PLAINTIFF had his phone, he would have recorded all the following to be true: PLAINTIFF's stay at the hospital was horrendous. His room's ceiling looked like it was drenched in urine and feces in the ER. The room number was 31, coincidentally the same as the dorm room number

at issue at Sewanee. One doctor looked like Vera Pochtarev, another nurse looked like Xiuyang Sun. PLAINTIFF's crisis counselor lied under oath and committed perjury in a petition she had submitted to the court and PLAINTIFF was raising hell because PLAINTIFF was being kidnapped on fraudulent terms in which they restrained PLAINTIFF and drugged PLAINTIFF when he was informing these nursing officials and US Government officials that PLAINTIFF was being kidnapped under false pretenses and was being drugged again against his will continuing to prolong the torture against PLAINTIFF.  All of these seemed to be intentional torture and indefinite detention on unconstitutional grounds by DEFENDANTS (CIA, DOJ, et al.). This seemed to be coercive and trying to get PLAINTIFF to confess to things against his will yet again. PLAINTIFF even told the lying crisis counselor to go get the FBI to help PLAINTIFF get the help he needed—PLAINTIFF asked this out of the crisis counselor a minimum of 5 separate times (in which PLAINTIFF was completely ignored) because he wanted $10,000 and a plane ticket to Switzerland in which PLAINTIFF would have made his way to Geneva to be under the most neutral grounds conceivable and possibly gotten Ketamine treatment at the UN. These is completely against the Convention on the Rights of Individuals with Disabilities and the Geneva Convention. The United States, Russia, India, the UK, are all signatories of such and are completely violating international conventions and treaties.

759.   On 09/13/2024, PLAINTIFF wrote this third letter to the Utah Court in the *Utah Cases*: PLAINTIFF begs the court for an immediate resolution. Every day since September 7th and 8th, 2024 after the TORTURE session at the hospital by

494

DEFENDANTS that includes false imprisonment, RICO violations, witness tampering, coercive confession, it feels like there is a huge pressure in PLAINTIFF'S brain that won't stop compressing because PLAINTIFF was tortured on the weekend by the CIA or DoD (they are the only ones that have that capability). The doctor on file proclaimed he witnessed torture which shows it was CIA lying and manipulating PLAINTIFF knowing full well the Constitutional abuses they were wantonly and maliciously committing against PLAINTIFF. PLAINTIFF'S brain is searing in severe pain and it has not stopped and PLAINTIFF is now terrified to go to the hospital because of DEFENDANTS acts. PLAINTIFF'S father continues to have abusive control and so does the CIA because they are malicious psychopaths that wont pay for abusing PLAINTIFF unrelentingly for years based on evidence obtained through torture and abuse. CIA and Indian Intelligence continuously put PLAINTIFF in danger and had not a single ounce of sympathy or empathy for PLAINTIFF in which their own incompetence and malice made the situation worse. DEFENDANTS continue to tamper with PLAINTIFF with his electronics. PLAINTIFF has screamed bloody murder and for the torture to stop in which DEFENDANTS continue to abuse PLAINTIFF without remorse and PLAINTIFF has screamed for a UN intervention to stop the abuses and they have ignored PLAINTIFF…. PLAINTIFF went to his doctor on September 12th, 2024 in which PLAINTIFF'S doctor personally said PLAINTIFF was going to get his Adderall prescription. Bullshit prescription dosage aside which PLAINTIFF only attributes to DEFENDANTS tampering with PLAINTIFF'S doctor in which DEFENDANTS intentionally want PLAINTIFF to

hurt and deny him the necessary medication in both Ketamine and Adderall, DEFENDANTS true to their terrorist and torturous form, DEFENDANTS CIA, FBI, Indian Intel, Chinese Intel, or Russian GRU/FSB, intentionally prevented PLAINTIFF from receiving his necessary medication by blocking the transmission of his prescription over the wires from his doctor's office to Mariano's Pharmacy located in Gurnee, IL. PLAINTIFF talked to Ethan at Mariano's Pharmacy multiple times and he confirmed that Mariano's did not receive it in which DEFENDANTS intentionally prevented Mariano's from receiving the valid prescription. DEFENDANTS have no proof PLAINTIFF posed as any threat in which DEFENDANTS routinely took PLAINTIFF'S bullshits and jokes as allegedly being PLAINTIFF'S true Mens Rea when it was not in violation of PLAINTIFF'S 1st Amendment Rights, 4th Amendment Rights, 5th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment Rights.

# PART IV: IOWA & COLORADO HOSPITAL CONSPIRACY

760. Autistic PLAINTIFF tries to think and relate his actions by putting himself in the shoes of the DEFENDANTS doing this harm to PLAINTIFF, how would a cowardly intelligent dickless group of traitors that are DEFENDANTS who don't deserve the life they are living being a waste of lawless unscrupulous maggots of human life-- though PLAINTIFF still has to love them because they are human after

all--sabotage and obstruct PLAINTIFF and PLAINTIFF describes what has happened since XX.

761. PLAINTIFF begs the Court to understand that the purpose of DEFENDANTS' malicious plan is to necessarily rely upon the cognitive bias associated with conspiracy theories as to automatically dismiss PLAINTIFF without considering the facts behind the theory. So the bias serves as a form of obstruction of justice because the natural and probable consequence of PLAINTIFF describing how DEFENDANTS are acting in a very conspiratorial theory manner to further the RICO Enterprise against PLAINTIFF in which by the sheer fact of *PLAINTIFF describing the truth as to what PLAINTIFF factually experienced that is free of any mental defect automatically prejudices PLAINTIFF* and DEFENDANTS are exploiting that bias to obstruct justice. PLAINTIFF will tell the Court when there is conjecture and when there is not conjecture.

762. PLAINTIFF is of the assumption and conjectures that intelligence agencies such as CIA, DoD, GRU/FSB, MSS, MOSSAD/IDF, Indian Intel, et al. have about a 20 year advanced-leap in technology than what is currently publicly available or known to the public.

763. Seeing how humans already cloned sheep, brought back to life extinct animals (such as with an extinct wolf), CRISPR genetic technologies, etc., PLAINTIFF argues it is not that far-fetched of a notion that intelligence agencies named in the previous paragraph have created or have available to them biological weapons or microrobots that can trigger genetic trait or predisposition into making it a reality.

764.    PLAINTIFF alleges that unknown CIA, DoD, MOSSAD/IDF, or FSB/GRU officers and employees on May 30th, 2025 shot Kawaii with an advanced biological/genetic superweapon on American soil to retaliate against PLAINTIFF by causing her to be poisoned that day and causing her to be blind in both eyes.

765.    If MOSSAD/IDF was responsible for the actions undertaken in Paragraph #10, it is because they are covering up the actions of the ROTHSCHILDS and the CLINTONS regarding PLAINTIFF and what happened in Japan in 2015. PLAINTIFF changed his mind and would now rather have Muslims or Christians have control over Jerusalem because of ISRAEL/IDF/MOSSAD'S conduct against PLAINTIFF.

766.    Reason.com highlighted how Israel has a secret eavesdropping program called Unit 8200 that appears to be sanctioned by the United States Government to further the RICO Enterprise against PLAINTIFF.

767.    PLAINTIFF went to the FBI in CHICAGO to beg for victim assistance funds being a victim of domestic terrorism in which they never called PLAINTIFF back. Had it been anyone else, they would have given that individual victim emergency funds.

768.    On or about August 18th, 2025, PLAINTIFF doing the actual job of the FBI, CIA, State Department, DoD, Indian Intel, MOSSAD/IDF, or NSA with none of the resources or support (who all have the records available by the way but did everything else to further the RICO Enterprise against PLAINTIFF to frustrate him) trying to figure out and resolve these issues decided to attempt to talk to the

one person who PLAINTIFF believed would actually talk about SpiceJET and PLAINTIFF that would allow PLAINTIFF to apologize to MODI, INDIA, and SPICEJET if it is warranted so that PLAINTIFF is not a thorn in the side of India/USA trade and that individual is former VICE PRESIDENT MIKE PENCE. Also would allow PLAINTIFF to focus more effort on then focusing on determining if it was ROTHSCHILDS/ISRAEL/CLINTON conspiracy and if PLAINTIFF is wrong about ROTHSCHILDS and ISRAEL/CLINTON he will apologize or RUSSIA/CARTEL/PARENTS/FAMILY conspiracy that implemented JAPLAN against PLAINTIFF because PLAINTIFF NEVER WANTED JAPLAN TO HAPPEN.

769. Humans developed blow dart technology thousands of years ago where a pellet was to be directly injected into a target to either immobilize, harm, or kill the target; the CIA had a heart attack gun and KGB had a heart attack umbrella. *See Pics Below*: Credit: International Spy Museum & Department of Defense. https://www.military.com/history/cias-heart-attack-gun-cold-war-weapon-targeted-assassinations.html

 

770.   DEFENDANTS knew that PLAINTIFF knew about the weapons named in the previous paragraph. So through years of observing PLAINTIFF and KAWAII, regularly shot duds into PLAINTIFF so that PLAINTIFF would have a story of the "boy who cried wolf" to the Court to discredit PLAINTIFF being the dickless traitors that they are and to actually harm PLAINTIFF with that type of weaponry which is what they did on August 23rd, 2025.  Either way, PLAINTIFF refers to the type of weapons in the previous paragraph as "heart attack gun."

771.   It is even possible that PLAINTIFF got struck with the heart attack gun on August 18th, 2025 when a possible secret DARPA robot or IDF/MOSSAD robot or GRU/FSB robot or MSS robot posing as a bee stung PLAINTIFF multiple times in his left hand (or it was an actual wasp, but PLAINTIFF doesn't know because of the situation he finds himself in) and thus began the whole ordeal when PLAINTIFF was either driving to or away from attempting to see MIKE PENCE to talk to MIKE PENCE about SPICEJET being struck and attacked with biological weapons on American soil.

772.   PLAINTIFF will definitely say this with his life; on August 22nd, 2025, after PLAINTIFF continued to receive news from the veterinarians in which there was an established pattern of inadequate treatment of KAWAII'S eyes, lying about her ability to see again in her right eye, and issues relating to witness tampering by attacking KAWAII in violation of RICO because DEFENDANTS continued to terrorize and torture PLAINTIFF, PLAINTIFF took KAWAII to LAKE GENEVA, WI where there was a fountain in front of the lakefront in which he tweeted AG

PAM BONDI, FBI DIRECTOR KASH PATEL, and more that KAWAII would never be able to see the beauty in the fountain with her right eye and PLAINTIFF was at an extreme zenith of just how far DEFENDANTS could push and manipulate and torture PLAINTIFF.

773.   When PLAINTIFF got up from the bench in front of the fountain on August 22nd, 2025, PLAINTIFF had an ACE VENTURA type reaction  (when he got shot with a poison dart. Picture credit Ace Ventura) when PLAINTIFF got shot with a heart attack gun on the right side of his neck near PLAINTIFF'S jaw and lymph node which is still swollen as of September 6th, 2025. DEFENDANTS took pictures of PLAINTIFF visibly reacting to being shot in the neck with unknown biological weapon.

774.   So from PLAINTIFF'S perspective, his life was in danger from that exact time he got shot on August 22nd, 2025 and this is after 20 months of PLAINTIFF proving to the Court his life was in danger.

775.   PLAINTIFF'S life and KAWAII'S life is still in danger because he is living with VERICA KOTEVSKI.

776. PLAINTIFF drove into Iowa on August 23rd, 2025. From the exact moment PLAINTIFF crossed into Iowa from Illinois, thus began the repetitive cycle of harassment and retaliation by DEFENDANTS.

777. PLAINTIFF went to an Iowa/Illinois border town that had the word Claire in it; in that town on August 23rd, 2025, there was a car show with the name something akin to Vettes for Vets in which the only cars allowed at the car show were Chevrolet Corvettes in which the proceeds of the show went to veterans.

778. PLAINTIFF took a picture at the car show on August 23rd, 2025 and posted it on Instagram in his story section that had a list of some of the favorite things in PLAINTIFF'S life from the car-show. No terrorist or threatening things in that post.

779. Because of years of abuse and torture by DEFENDANTS, PLAINTIFF became socially isolated and severely socially regressed; PLAINTIFF attempted to have a conversation with a veteran for at least 5 minutes trying to bring back semblance of himself, which was a huge first step for PLAITNIFF; but there were times where PLAINTIFF had learned before to maintain eye contact and have appropriate facial expressions did PLAINTIFF regress and had a hard time overcoming his autistic traits. Again, PLAINTIFF had no animosity to vets unless they did horrific things to him first that were unconstitutional and still has no animosity despite years of torture and abuse and neglect from DoD and PETE HEGSETH et al.

780. About 20 or so minutes/miles before PLAINTIFF entered DES MOINES Iowa, an Iowa State Trooper waiting on top of a bridge in which there were cars

502

that were indeed going faster than PLAINTIFF that were directly in front of him flew down the on-ramp to intentionally single out PLAINTIFF. PLAINTIFF tried switching lanes to see if it was a predetermined stop in which it was predetermined PLAINTIFF was being retaliated against. Ordinarily, State Troopers don't regularly pull over people doing 70 in a 65mph on the interstate.

781. For legal purposes and PLAINTIFF is not citing this as a legal harm for now, The officer gave a suggestion that he had been informed of the moment PLAINTIFF arrived in the state and certain acts PLAINTIFF did at the car show; and when PLAINTIFF asked him a question that would have proven that to be true, he lied from what PLAINTIFF was able to ascertain.

782. Had it been the other way around, where if PLAINTIFF did the same thing to the trooper where technically PLAINTIFF was investigating a possible crime as it related to the RICO Enterprise against him, PLAINTIFF would have been cited for Obstruction of Justice, interfering with law enforcement, etc. etc. Again, law enforcement should hold themselves out to a higher standard and if they are doing things at a lower standard, it doesn't make them look too good.

783. Speaking of which, PLAINTIFF had an absolute emotional meltdown on August 22nd, 2025 that was the most profoundly disturbing set of circumstances induced by DEFENDANTS to intentionally cause PLAINTIFF to act out: on August 22nd, 2025, PLAINTIFF was 1) homeless, 2) still illegally enslaved after 20 months of corrupt judicial proceedings in which the 10th Circuit Court of Appeals Clerks Office, the 5th Circuit Court of Appeals Clerk's Office, the District Court of Utah

503

Clerk's Office, the Supreme Court's Clerk Office, the Southern District of Iowa's Clerk's Office, the St. George, UT County Court Clerk's Office, the Lake County Illinois Court Clerk's Office, and more were ALL completely incapable of understanding the ministerial duty of freeing PLAINTIFF from indentured servitude and slavery,  3) right now, at least 11 US Federal Judges, 3 US Federal Magistrate Judges, 1 State Court Judge, 1 clerk at the 5th Circuit Court of Appeals Clerk's Office, and 1 attorney for the District Court of Utah Court who believes she has the legal right to make and rule on a legal decision, St. George Police Department, Lake County, IL Sheriff's Office, Washington County Sheriff's Office, and more all seemed incapable of understanding their ministerial duties to freeing PLAINTIFF from slavery and to take steps to end the RICO Enterprise against PLAINTIFF and incapable of understanding supremacy clause of the Constitution that in order for PLAINTIFF to free himself he has to use the 13th Amendment so that DEFENDANTS don't obstruct justice when PLAINTIFF utilizes the IFP form because PLAINTIFF cannot testify truly under oath solely on the account that PLAINTIFF has had his finances fraudulently concealed away from him for years; 4) PLAINTIFF cannot emphasize the outrageousness of how multiple law clerk's offices who are intentionally failing in their ministerial duties to free PLAINTIFF from slavery are preventing judges from legitimately hearing PLAINTIFF'S Motions such as what happened in the 10th Circuit Court of Appeals in 25-4094, 5th Circuit Court of Appeals 24-30782, et al which is actual obstruction of justice; 5) PLAINTIFF for 20 months and more literally saw his dream being stolen from him

504

by DEFENDANTS in which they were implementing his ideas where PLAINTIFF couldn't leave the couch, 6) PLAINTIFF'S wife or legal guardian continued to obstruct justice and fraudulently conceal all this information from PLAINTIFF throughout the last 20+ months and never inform nor talk to PLAINTIFF in person about it in which she wholeheartedly sadistically enjoys and loves seeing PLAINTIFF enslaved; 7) PLAINTIFF'S parents were abusive and PLAINTIFF was even more isolated; 8) during this whole time over the last 20 months, the people in the United States Government and the UN who are supposed to stop this thing from occurring on American soil intentionally allowed it to continue from PLAINTIFF'S perspective based on the true or false documents he has been receiving; 9) the whole time, DEFENDANTS and unknown individuals were watching all of this occur in real time and none were brave enough to speak out against this horrid treatment; 10) PLAINTIFF continues to be in substantial physical pain due to medical neglect and subpar treatment that was deliberate on purpose in which DEFENDANTS wanted PLAINTIFF to be physically in pain and be sick psychologically to obstruct justice and continue to torment and torture PLAINTIFF; 11) during the last 20+ months, PLAINTIFF received no correspondence from DEFENDANTS but watched their parasitic behavior and 18 USC 1962(D) continue unabashedly in which PLAINTIFF got no assistance, no counter-offer, no meaningful love, no meaningful support from no one that he was able to physically ascertain and even if there was anything that showed outside support, it was on the same level as a delusional belief or psyops to get PLAINTIFF

to drop the case to obstruct justice because PLAINTIFF physically reached out for help and wrote for help to receive none; 12)the next paragraph; this is not including how the Court completely refuses to acknowledge how PLAINTIFF was innocent with Japlan in any Court documents over the last 20 months, while DEFENDANTS completely intentionally ignored PLAINTIFF'S pleas for Ketamine on more than 75 times that they legally knew about, how they routinely took steps to completely undermine PLAINTIFF'S case while the Court allowed it; etc. etc.  Furthermore, those aforementioned Clerks Offices knew that PLAINTIFF had no money to use to send all the documents necessary for the litigation since on or about January 2nd, 2024 and that is why the US Marshals have never apologized for their mistake that involves former chief judge REBECCA PALLMEYER and tried to assist PLAINTIFF after that corrupt act. It's a horrible feeling that you can't free yourself from slavery because you don't have the money to do so and that filing out an IFP form will cause you to go to jail and lose even more freedom because of DEFENDANTS corrupt acts.

784.    DEFENDANTS knowing all of the aforementioned knew that all PLAINTIFF had left in this life was his esa/service dog KAWAII. So DEFENDANTS attempted to murder her and poison KAWAII which they did on May 30th, 2025. For four days prior to May 30th, 2025, PLAINTIFF spent more time inside writing his PETITION to SCOTUS. This necessarily means that PLAINTIFF spent less time outside on the days leading up to May 30th, 2025 in which according to PLAINTIFF'S best recollection it never exceeded 90 Fahrenheit.  On May 30th, 2025, as PLAINTIFF

knows beyond a reasonable doubt in his mind, KAWAII was poisoned either when DEFENDANTS tampered with KAWAII'S water bowl or at the Dog Park. PLAINTIFF rushed her to the hospital in which her body temperature was extremely hot. PLAINTIFF alleges that either an unknown cartel, CIA, DoD, FBI, FSB/GRU, IDF/Mossad, Indian Intel, 5 Eyes, MSS, Angie Ortiz, Xiuyang Sun, Christopher Alexa, Verica Kotevski, or other unknown agents intentionally bribed two different veterinarians offices (which constitutes a pattern over state lines by the way) to intentionally lie to PLAINTIFF about Kawaii and lied on official forms and documents to cover up the bribery and rico schemes in the course of her treatment that has now caused her to be permanently blind in her right eye because of the poisoning.

785.   Its not like the DEFENDANTS didn't know how much KAWAII meant to PLAINTIFF because there is a whole entire section devoted to the incident in the SCOTUS Petition he never took out and never will take out that conveys just how much PLAINTIFF loves Kawaii and the fact that DEFENDANTS bribed veterinarians to give her bad or inadequate treatment

786.   Speaking of physical ailments, PLAINTIFF may have been poisoned with ricin and is continuing to experience such but can't go to the hospital because PLAINTIFF is dehydrated even after drinking water, experienced bouts of confusion, wheeze was/is prevalent, the color and content of PLAINTIFF'S mucus is abnormal where it is a disturbing shades of yellow, gold, and brown with blood mixed in it and PLAINTIFF'S throat seems to be closing in which it is harder for

507

PLAINTIFF to breathe. Furthermore, there is joint pain. Its either poison or some sickness that PLAINTIFF doesn't have the bodily strength to fight off any more.

787.    PLAINTIFF made his way from Lake Geneva, WI to Des Moines, IA from August 22nd, 2025 to August 24th, 2025. Due to PLAINTIFF'S slavery, PLAINTIFF had to stop in DES MOINES and file something because he might not have the ability to file anything in the Court and it was a last-ditch effort to save PLAINTIFF from slavery and save PLAINTIFF'S life and KAWAII'S life. PLAINTIFF filed a motion but did not get a receipt of filing such because the clerk was suspiciously taking far too long to make a single copy of a single page to prove PLAINTIFF filed the motion and PLAINTIFF thought he was going to be arrested for trying to free himself from slavery.

788.    When PLAINTIFF entered into IOWA on August 23rd, 2025, the IOWA STATE TROOPERS were immediately informed of PLAINTIFF'S presence and again, PLAINTIFF can argue how the IOWA STATE TROOPERS retaliated against PLAINTIFF yet again when they pulled him over for doing 70mph in a 65mph. PLAINTIFF is letting that slide for now. PLAINTIFF argues it was retaliation for what happened before, relates to cars and PLAINTIFF'S TITLE VI claims, and who PLAINTIFF decided to associate with: Veterans and Corvettes.

789.    Look quite honestly, if PLAINTIFF wasn't a slave, didn't think that law enforcement routinely endangers autistic individuals, and if PLAINTIFF didn't think that certain judges are so corrupt along with seemingly the State of Israel, Russia, China, India, certain White House officials, CIA, and the State Department,

he would NOT have filed his Iowa complaint; similarly, he would not have filed his most recent Utah complaint.

790.    On August 23rd, 2025, PLAINTIFF sent the content of tweets to AG PAM BONDI, PETE HEGSETH, KEIR STAMER, PRESIDENT TRUMP, FBI DIRECTOR KASH PATEL the following: "so [aforementioned] because I am homeless, I had to go to the airport to go get water so Kawaii and I would have something to drink tonight as I will be sleeping in my car tonight because I can't afford a hotel because of Joe Biden that you cover up. So here I see my dreams (referring to a sign by Delta Airlines with the word DASH in it." [New tweet] How did Delta come up with this one ??!!! [aforementioned] you continue to allow them to enslave me and not have my wife talk to me but fucking defraud and enslave me. Des Moines Airport. Perform the ministerial act & Free me.

791.    On Sunday, August 24th, 2025, PLAINTIFF either got shot by DEFENDANTS with a heart attack gun again and/or on this date, he started to exhibit the same signs Kawaii did when the signs of her poisoning were setting in on May 30th, 2025 after PLAINTIFF got shot on an earlier date.

792.    Now this part of the motion is jaw dropping and shocks the conscience per ROCHIN.

793.    PLAINTIFF briefly alluded to the incident in the motion he filed on August 25th, 2025, but was giving DEFENDANTS a benefit of the doubt.

794.    PLAINTIFF alleges the CIA and DoD and FBI allowed MOSSAD/IDF to carry out an attack against PLAINTIFF on August 25th, 2025 on American soil and ISRAEL'S NETANYAHU through doublespeak confirmed that their plan failed.

795.    PLAINTIFF through years of speech therapy has some pronunciation issues as it relates to when PLAINTIFF is in distressed or poisoned where people misconstrue PLAINTIFF being drunk whereas he has a speech language issue.

796.    DEFENDANTS in Paragraph #2 FROM THEIR ACTIONS falsely presumed and believed PLAINTIFF was trying to do a political power play against PRESIDENT TRUMP when PLAINTIFF went to talk to MIKE PENCE earlier that month. PRESIDENT TRUMP IS MY PRESIDENT AND I WANT HIM TO BE IN OFFICE

797.    So PLAINTIFF was poisoned and exhibited signs of being poisoned on August 25th, 2025, he called 911 from his Days Inn Motel room. When the paramedics came, the first sign of a conspiracy against PLAINTIFF was the fact that the paramedics refused to allow PLAINTIFF to bring KAWAII with him to the hospital.

798.    DEFENDANTS had the intent on murdering KAWAII on August 25th, 2025.

799.    One of the paramedics at the hospital was undercover American law enforcement officer in which PLAINTIFF observed him being an attendee of the MILO YIANNAPOLOUS event at LSU in 2016 and ironically PLAINTIFF spoke to him like PLAINTIFF was a TRUMP supporter at that time. That is when PLAINTIFF determined there was a set up and conspiracy on August 25th, 2025 and that the object of the conspiracy was to kill KAWAII because KAWAII was in

510

mortal danger because the DES MOINES POLICE DEPARTMENT refused to disclose who transported KAWAII and where she was transported.

800. Even when PLAINTIFF was poisoned, TROOPER JT LANG, who mind you is commendable for owning up to his mistake, and two or three unknown police officers wearing the full police uniforms in which they removed the patch

801. and with PLAINTIFF barely able to function after having been poisoned, PLAINTIFF in an adrenaline rush, rushed out of the hospital via UBER (ironically the CIA or whomever was tampering with the directions UBER'S rideshare map directions)

802. Over two hours, PLAINTIFF called DES MOINES IOWA POLICE DEPARTMENT dispatch at least 5 times to figure out where was Kawaii and where was she transported.

803. PLAINTIFF has numerous videos of the encounters regarding Kawaii and the Des Moines Police Department on his Youtube channel.

804. A bunch of times, PLAINTIFF had to guesstimate if he was being referred to via doublespeak or not between 2017 and present in which PLAINTIFF could not receive the help of counsel.

805. US Government officials firmly believe that they have done nothing wrong over the last 15 years that shows constitutional taint of evidence that cannot be admitted.

806. PLAINTIFF wants to say that ROBERT OPPENHEIMER was never charged as a spy or saboteur when there were Russian spies amongst his midst that he

511

never knew about; same can be said with PLAINTIFF and Z and RUSSIA yet completely different treatment. The US Government should explain why PLAINTIFF is being treated differently than so many even former and current US officials and employees who were in the same spot as PLAINTIFF but PLAINTIFF is bearing an unconstitutional brunt of bullshit and enslavement seemingly for their own incompetence or malice.

807. When PLAINTIFF confronted PLAINTIFF'S mother yesterday about being in the Cartel or a spy, she became visibly angry and she has fraudulently concealed so much from PLAINTIFF.

808. PLAINTIFF'S mother or fraudulent wife/legal guardian refused to disclose exactly what she told Dr. PURCELL that caused PLAINTIFF to be forced to be admitted against his will in Sterling, CO.

809. The fact that when PLAINTIFF got shot in Iowa and then drove into Colorado and experienced the health emergency means PLAINTIFF drove across state lines and thereby became federal for RICO purposes. It might have been different if PLAINTIFF got shot in Iowa on Monday August 26th, 2025 and stayed in Iowa, but he drove across state lines exactly when the biological agents were breaking down PLAINTIFF'S body and attacking at least his lymph nodes in his neck and causing a foot long abscess in PLAINTIFF'S chest and neck area.

810. PLAINTIFF begged DEFENDANTS to stop the psyops against PLAINTIFF and they keep subjugating him to cruel and unusual punishment in which all they

have to do is talk to PLAINTIFF in a meaningful way to resolve the differences instead of psyops.

811. PLAINTIFF won't reveal the details of the psyops against PLAINTIFF between August 24th, 2025 through September 6th, 2025 in case this is just some bizarro world incident; that being said, PLAINTIFF vehemently objects and asserts violations of his 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th amendment rights.

812. This is an on-going repetitive pattern for RICO purposes because after PLAINTIFF proved beyond a reasonable doubt that Former CHIEF JUDGE REBECCA PALLMEYER of NORTHERN DISTRICT OF ILLINOIS furthered the RICO Enterprise against PLAINTIFF by continuously allowing DEFENDANTS such as the ROTHSCHILDS to fabricate false evidence that PLAINTIFF posed some sort of threat when he did NOT ever pose a threat, unknown officials were necessarily bribed in the State of Colorado to place PLAINTIFF in a N-1 Hold and have that permanent fraudulent taint that PLAINTIFF was committed institutionally against his will thereby depriving him of an opportunity to defend himself or his country from actual real threats.

813. These unconstitutional deprivations have the benefit and reward of materially benefitting foreign countries to the detriment of American citizen's rights and privileges.

814. PLAINTIFF has recorded nearly all the interactions between the ones who were falsely propagating the material lie and fabrication and posted it on Youtube

513

that PLAINTIFF is a threat to himself or others when in fact there was no material facts or any evidence to support the basis of the involuntary hold against PLAINTIFF.

815.    Again, PLAINTIFF'S life was in imminent danger because the abscess was that close to the Carotid Artery and based on the rate of growth of the abscess over a period of 3 days, it would have reached PLAINTIFF'S carotid artery on day 5 had it not been effectively treated on time.

816.    Again continuing a pattern of PLAINTIFF'S enslavement, PLAINTIFF was transferred against his will from location to location starting in Sterling, CO and then to Centennial Behavioral Center then to Avista Health (Advent Health) and then to Porter Hospital like they were different plantations for PLAINTIFF to be subject to cruel and unusual punishment and furtherance of PLAINTIFF'S slavery.

817.    Necessarily the co-conspirators did the conspiracies over the wires over state lines because PLAINTIFF was in imminent harm since Lake Geneva, WI and drove to Illinois to Des Moines, Iowa and then was shot again a little outside of Des Moines, Iowa and drove to Colorado which necessarily means it was federal in nature having occurred over multiple states and wire fraud they were perpetuating against PLAINTIFF.

818.    PLAINTIFF was seized illegally to intentionally deprive him of his second amendment rights because PLAINTIFF had his second amendment rights vindicated but for the judicial corruption experienced earlier in the *Chicago Cases*.

819.   Because of the previous paragraph,  this in fact has deprived PLAINTIFF of usage of stealth aircraft (without bombs) made by Russia and China in which PLAINTIFF could have conducted joint training exercises with DoD as a reserve member of the Civil Air Patrol and Apache fully armed helicopters to defend PLAINTIFF and conduct search and rescue missions when disasters struck in which the founders completely intended to be armed against tyrannical abuses and enslavement that PLAINTIFF has been subject to illegally and unconstitutionally by US officials and foreign officials.

820.   PLAINTIFF did everything legal and proper to restore his right to bear arms in a judicially corrupted system in the *Chicago Cases* (and against the State of California, other unknown DEFENDANTS) and it wasn't until the conspiracy in violation of 18 USC 1962(D), 42 USC 1985(3), and 18 USC 242 to fraudulently label PLAINTIFF as a threat when he was not. This could also apply to DAVID KOTEVSKI, VERICA KOTEVSKI, CHRISTOPHER ALEXA, RUSSIA, CHINA, ISRAEL, INDIA, 5 EYES, et al.

821.   PLAINTIFF said he was willing to go to jail for 30 days being a victim of *Japlan* based on principle and what justice requires; PLAINTIFF served 11 of those 30 days from Monday Night August 25th, 2025 through Thursday Evening September 4th, 2025 because it was a false imprisonment.

822.   PLAINTIFF deduced that part of the fraudulent imprisonment in Sterling, CO was in fact based on PLAINTIFF'S exploration and actions as it regarded

SpiceJet and MIKE PENCE. It was also retaliation against PLAINTIFF and numerous other crimes.

823. PLAINTIFF alleges just-in-case that there is a nazi-type conspiracy within Congress and certain executive agencies in which a select few people that could include the ROTHSCHILDS are trying to systematically eliminate the right for disabled individuals to reproduce and defend themselves against tyrannical abuses such as PLAINTIFF has experienced.

824. DEFENDANTS conspiracies since August 18th, 2025 had the purpose and effect of intentionally depriving PLAINTIFF of his ability to pursue any career in the aviation field, depriving him of the right to bear arms after DEFENDANTS and the Courts knew that PLAINTIFF'S life was in mortal danger numerous times and KAWAII'S life is in danger too; therefore, it constitutes violations of extortion, 42 USC 1983, 42 USC 1986, et al.

825. Every single place PLAINTIFF stayed at from August 25th, 2025 through September 4th, 2025, was a psyops operation against PLAINTIFF.

826. DEFENDANTS in the UNITED STATES GOVERNMENT truly have the RICO purpose of trying to make ROCHIN no longer valid law; have the FBI, CIA, and DoD and whomever else explain the lengths of the psyop torture sessions PLAINTIFF experienced from August 25th, 2025 through September 5th, 2025.

827. PLAINTIFF wonders if one of the nurses he talked to was BRI undercover in which she admitted she was an alcoholic and made up the false allegation against PLAINTIFF.

828. **How can PLAINTIFF sue CHINA without providing a basis for the lawsuit that doesn't include secret information? PLAINTIFF has to give notice and not like FBI when PLAINTIFF begged for financial help to escape slavery did they do anything to help PLAINTIFF.**

829. Because PLAINTIFF is still a slave that AG PAM BONDI, PRESIDENT TRUMP, PETE HEGSETH, had notice of and intentionally has not freed PLAINTIFF from slavery despite their ministerial duties and obligations to free PLAINTIFF, he is property for RICO purposes in which DEFENDANTS transported PLAINTIFF as stolen property to be fraudulently committed.

830. "Error which might be overlooked as harmless where the case is strong against the accused may be ground for reversal where the question of guilt or innocence is close. A defendant in a conspiracy case is deprived of the assistance of counsel, contrary to the Sixth Amendment, where, over his objection, the court appoints his counsel to represent also a codefendant, where this is done with notice to the judge that their interests may be inconsistent, and where the counsel's defense of the first defendant is less effective than it might have been if he had represented that defendant alone. Every reasonable presumption is indulged against a waiver of fundamental rights such as the right of the accused to have the full and untrammeled assistance of counsel in the trial of a criminal case. The fact that a defendant in a criminal case is an experienced lawyer may be a factor in determining whether he waived his right to assistance of counsel, but it is not conclusive. The trial judge should protect the right of an accused to have the

assistance of counsel. The right to have the assistance of counsel is too fundamental to be made to depend upon nice calculations by courts of the degree of prejudice arising from its denial. The declarations of a conspirator are not admissible against an alleged coconspirator, who was not present when they were made, unless there is proof aliunde connecting the latter with the conspiracy." **Glasser v. United States, 315 U.S. 60 (1942)**

831.   "Under the Fourth Amendment, Federal courts and officers are under such limitations and restraints in the exercise of their power and authority as to forever secure the people, their persons, houses, papers and effects against all unreasonable searches and seizures under the guise of law. The protection of the Fourth Amendment reaches all alike, whether accused of crime or not; and the duty of giving it force and effect is obligatory on all entrusted with the enforcement of Federal laws. The tendency of those executing Federal criminal laws to obtain convictions by means of unlawful seizures and enforced confessions in violation of Federal rights is not to be sanctioned by the courts which are charged with the support of constitutional rights. The Federal courts cannot, as against a seasonable application for their return, in a criminal prosecution, retain for the purposes of evidence against the accused his letters and correspondence seized in his house during his absence and without his authority by a United States marshal holding no warrant for his arrest or for the search of his premises. While the efforts of courts and their officials to bring the guilty to punishment are praiseworthy, they are not to be aided by sacrificing the great fundamental rights secured by the Constitution.

While an incidental seizure of incriminating papers, made in the execution of a legal warrant, and their use as evidence, may be justified, and a collateral issue will not be raised to ascertain the source of competent evidence, *Adams v. New York*, 192 U. S. 585, that rule does not justify the retention of letters seized in violation of the protection given by the Fourth Amendment where an application in the cause for their return has been made by the accused before trial. The court has power to deal with papers and documents in the possession of the District Attorney and other officers of the court and to direct their return to the accused if wrongfully seized. Where letters and papers of the accused were taken from his premises by an official of the United States, acting under color of office but without any search warrant and in violation of the constitutional rights of accused under the Fourth Amendment, and a seasonable application for return of the letters and papers has been refused and they are used in evidence over his objection, prejudicial error is committed, and the judgment should be reversed. The Fourth Amendment is not directed to individual misconduct of state officers. Its limitations reach the Federal Government and its agencies.  The facts, which involve the validity under the Fourth Amendment of a verdict and sentence and the extent to which the private papers of the accused taken without search warrant can be used as evidence against him, are stated in the opinion….The right of the court to deal with papers and documents in the possession of the district attorney and other officers of the court, and subject to its authority, was recognized in Wise v. Henkel, 220 U. S. 556. That papers wrongfully seized should be turned over to the accused has been frequently

recognized in the early, as well as later, decisions of the courts. 1 Bishop on Criminal Procedure § 210; Rex v. Barnett, 3 C. & P. 600; Rex v. Kinsey, 7 C. & P. 447; United States v. Mills, 185 Fed. 318; United States v. McHie, 194 Fed. 894, 898….If such a seizure under the authority of a warrant supposed to be legal constitutes a violation of the constitutional protection, **a fortiori** does the attempt of an officer of the United States, the United States marshal, acting under color of his office, without even the sanction of a warrant, constitute an invasion of the rights within the protection afforded by the Fourth Amendment…Another case relied upon is American Tobacco Co. v. Werckmeister, 207 U. S. 284, in which it was held that the seizure by the United States marshal in a copyright case of certain pictures under a writ of replevin did not constitute an unreasonable search and seizure. The other case from this court relied upon is Holt v. United States, 218 U. S. 245, in which it was held that testimony tending to show that a certain blouse which was in evidence as incriminating him, had been put upon the prisoner, and fitted him, did not violate his constitutional right. We are at a loss to see the application of these cases to the one in hand….We therefore reach the conclusion that the letters in question were taken from the house of the accused by an official of the United States, acting under color of his office, in direct violation of the constitutional rights of the defendant; that, having made a seasonable application for their return, which was heard and passed upon by the court, there was involved in the order refusing the application a denial of the constitutional rights of the accused, and that the court should have restored these letters to the accused. In

holding them and permitting their use upon the trial, we think prejudicial error was committed. As to the papers and property seized by the policemen, it does not appear that they acted under any claim of Federal authority such as would make the amendment applicable to such unauthorized seizures. The record shows that what they did by way of arrest and search and seizure was done before the finding of the indictment in the Federal court -- under what supposed right or authority does not appear. What remedies the defendant may have against them we need not inquire, as the Fourth Amendment is not directed to individual misconduct of such officials. Its limitations reach the Federal government and its agencies. Boyd case, 116 U.S., supra, and see Twining v. New Jersey, 211 U. S. 78." ***Weeks v. United States*, 232 U.S. 383 (1914).**

832.   The existence of the privilege is conceded by the court below, and, indeed, by the most outspoken critics of governmental claims to privilege. Judicial experience with the privilege which protects military and state secrets has been limited in this country. English experience has been more extensive, but still relatively slight compared with other evidentiary privileges. Nevertheless, the principles which control the application of the privilege emerge quite clearly from the available precedents. The privilege belongs to the Government, and must be asserted by it; it can neither be claimed nor waived by a private party. It is not to be lightly invoked. There must be formal claim of privilege, lodged by the head of the department which has control over the matter, after actual personal consideration by that officer. The court itself must determine whether

521

the circumstances are appropriate for the claim of privilege, [Footnote 21] and yet do so without forcing a disclosure of the very thing the privilege is designed to protect. [Footnote 22] The latter requirement is the only one which presents real difficulty. As to it, we find it helpful to draw upon judicial experience in dealing with an analogous privilege, the privilege against self-incrimination. The privilege against self-incrimination presented the courts with a similar sort of problem. Too much judicial inquiry into the claim of privilege would force disclosure of the thing the privilege was meant to protect, while a complete abandonment of judicial control would lead to intolerable abuses. Indeed, in the earlier stages of judicial experience with the problem, both extremes were advocated, some saying that the bare assertion by the witness must be taken as conclusive, and others saying that the witness should be required to reveal the matter behind his claim of privilege to the judge for verification. Neither extreme prevailed, and a sound formula of compromise was developed. This formula received authoritative expression in this country as early as the Burr trial. There are differences in phraseology, but, in substance, it is agreed that the court must be satisfied from all the evidence and circumstances, and "from the implications of the question, in the setting in which it is asked, that a responsive answer to the question or an explanation of why it cannot be answered might be dangerous because injurious disclosure could result." Hoffman v. United States, 341 U. S. 479, 341 U. S. 486-487 (1951). If the court is so satisfied, the claim of the privilege will be accepted without requiring further disclosure.

522

Regardless of how it is articulated, some like ***formula of compromise must be applied here. Judicial control over the evidence in a case cannot be abdicated to the caprice of executive officers.*** Yet we will not go so far as to say that the court may automatically require a complete disclosure to the judge before the claim of privilege will be accepted in any case. It may be possible to satisfy the court, from all the circumstances of the case, that there is a reasonable danger that compulsion of the evidence will expose military matters which, in the interest of national security, should not be divulged. When this is the case, the occasion for the privilege is appropriate, and the court should not jeopardize the security which the privilege is meant to protect by insisting upon an examination of the evidence, even by the judge alone, in chambers. In the instant case, we cannot escape judicial notice that this is a time of vigorous preparation for national defense. Experience in the past was has made it common knowledge that air power is one of the most potent weapons in our scheme of defense, and that newly developing electronic devices have greatly enhanced the effective use of air power. … there was certainly a sufficient showing of privilege to cut off further demand for the document on the showing of necessity for its compulsion that had then been made. In each case, the showing of necessity which is made will determine how far the court should probe in satisfying itself that the occasion for invoking the privilege is appropriate. Where there is a strong showing of necessity, the claim of privilege should not be lightly accepted, but even the most compelling necessity cannot

523

overcome the claim of privilege if the court is ultimately satisfied that military secrets are at stake. **A fortiori,** where necessity is dubious, a formal claim of privilege, made under the circumstances of this case, will have to prevail. Here, necessity was greatly minimized by an available alternative, which might have given respondents the evidence to make out their case without forcing a showdown on the claim of privilege. By their failure to pursue that alternative, respondents have posed the privilege question for decision with the formal claim of privilege set against a dubious showing of necessity." *United States v. Reynolds*, 345 U.S. 1 (1953). PLAINTIFF demanded evidence showing how and why the US Government continues to enslave PLAINTIFF and demanded the US Government process metadata to prove PLAINTIFF'S innocence (so there is no privilege that prevents the US Government from processing exculpatory evidence).

833.   DEFENDANTS violated: 18 USC 1959; PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights, Title VI, ADA, Section 504 of the Rehabilitative Act of 1973, violated RICO in the following ways: 18, United States Code: Section 201 (relating to bribery), section 659 (relating to theft from interstate shipment) if the act indictable under section 659 is felonious, sections 891–894 (relating to extortionate credit transactions), section 1028 (relating to fraud and related activity in connection with identification documents), section 1029 (relating to fraud and related activity in connection with access devices), section 1341 (relating to mail fraud), section 1343 (relating

to wire fraud), section 1344 (relating to financial institution fraud), section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), section 1542 (relating to false statement in application and use of passport), section 1543 (relating to forgery or false use of passport), section 1544 (relating to misuse of passport), section 1546 (relating to fraud and misuse of visas, permits, and other documents), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).,[1] sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1953 (relating to interstate transportation of wagering paraphernalia), section 1955 (relating to the prohibition of illegal gambling businesses), section 1956 (relating to the laundering of monetary instruments) (PLAINTIFF being transferred place to place as stolen property is like money laundering in which there was an active conspiracy to conceal PLAINTIFF and further his enslavement), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), section 1960 (relating to illegal money transmitters), sections 2314 and

525

2315 (relating to interstate transportation of stolen property), sections 2421–24 (relating to white slave traffic), sections 175–178 (relating to biological weapons), sections 229–229F (relating to chemical weapons), any act that is indictable under any provision listed in section 2332b(g)(5)(B).

834.    PLAINTIFF wants to point something out. If PLAINTIFF was so full of murderous rage that was going to be applied indiscriminately on Friday, August 22nd, 2025, PLAINTIFF was full presented the opportunity to physically harm someone because when PLAITNIFF went to go check in the Red Roof Inn in Rockford, IL, there was a man who was having issues opening an extremely difficult to open plastic package and that man asked if anyone had a knife. (which makes me think he was CIA or DoD). PLAINTIFF went to his car to give him a knife to open the plastic package with hair trimmers and hair removal tools (triggering ANGIE ORTIZ and HILLARY CLINTON) that should have been even more something that would have pushed PLAINTIFF further; but yet, PLAINTIFF calmly gave him the knife because PLAINTIFF truly understands and loves every human individually and respects and loves the sanctity of every single individual human life. YET CIA or DOD was never going to point that shit out to the Court.

835.    So with paragraphs in mind, yea, PLAINTIFF absolutely freaked out on August 22nd, 2025 and those are the conditions necessary to get mature and responsible PLAINTIFF to that point and then DEFENDANT are going to use it against PLAINTIFF; its not like the WH can argue they don't know what to

write because they do and they stole PLAINTIFF's words and put them in Presidential Proclamations before so what is their excuse this time?

836.    Based on precedent with how the US Government and the Courts thus far have treated PLAINTIFF, PLAINTIFF wants the Court to explain how they believe that in the circumstances PLAINTIFF described above that no one ever would ever verbally lash out (in which everyone would lash it if they were put in PLAINTIFF'S shoes and experiences) So the Court should explain why the words said by PLAINTIFF in one of the most manifestly extremely emotionally volatile situations ever intentionally created and known to man at this point in history is not grounds for a reasonable forgiveness that it was a one-time thing completely induced and provoked by DEFENDANTS to obstruct justice on purpose in which they obstructed justice, tampered with witnesses, bribed courts and officials, . **Go ahead and say why what PLAINTIFF said was morally, ethically, and legally worse than the course of conduct by DEFENDANTS over the last 10+ years**. The Court honestly can't so it honestly shouldn't even try. Honestly put forward a good effort and PLAINTIFF would be impressed with the psychopathic hurdles the Court would have to jump through to make that plausible so he can learn how to defend himself against psychopaths in the future. Then if the Court is going to sanction PLAINTIFF for that behavior, why is not sanctioning any DEFENDANT for their behavior?

527

837. **Go ahead and say why what PLAINTIFF said was morally, ethically, and legally worse than the course of conduct by DEFENDANTS over the last 10+ years.**

838. **Go ahead and say why what PLAINTIFF said was morally, ethically, and legally worse than the course of conduct by DEFENDANTS over the last 10+ years.**

839. PLAINTIFF reiterates he never had the intention to bombard the Court with so many documents; and PLAINTIFF did more than 10 things to prevent the Court from using additional resources; but the only thing the Court had in mind was to go along with the US Government's fabricated false narrative that PLAINTIFF is terrorizing the Court or the United States in which they should be ashamed of themselves when the evidence directly refutes that. Go ahead and prove how PLAINTIFF'S ACTIONS AT NO TIME HAD THE INTENTION OF STOPPING THE COURT FROM CONTINUING because the first motion PLAINTIFF filed in Court was a permanent injunction so he could stop the corrupt madness. Its complete absurd madness to say that PLAINTIFF allegedly didn't want to stop terrorizing the government and DEFENDANTS when DEFENDANTS  and the US Government terrorized PLAINTIFF on multiple occasions by actually committing domestic terrorism and had the specific mens rea to do so during the course of this litigation that PLAINTIFF begged the Courts to put an end to that they enabled on purpose.

840. PLAINTIFF **was never** a narcoterrorist to justify any torture or detention.

841.    On 9/09/2024, after the PALLMEYER failed plan to allege PLAINTIFF was threatening or dangerous, PLAINTIFF became so stressed out that he sought help in a local hospital. The next few paragraphs are letters PLAINTIFF wrote to the hospital. PLAINTIFF did not pose any threat to himself or tohers or said he had distributing visions or hallucinations on 09/09/2024.

842.    PLAINTIFF believes that unknown MOSSAD, IDF, CIA, FBI, DoD, and/or a combination thereof were the ones that interned PLAINTIFF in the hospital in Colorado against his constitutional rights as a retaliatory measure for wanting to speak to MIKE PENCE and the ongoing litigation; this also applied in September at the Waukegan, IL hospital episode as well.

843.    In both the Colorado/Iowa and Waukegan Illinois episodes, PLAINTIFF was administered drugs against his will, was scoffed and mocked for bringing alarm to their false diagnoses, was done to obstruct justice, administered biological weapons against his will, served no legitimate national security purpose besides to intentionally harm PLAINTIFF to coverup their abuses against PLAINTIFF that involved Japlan and the Offing and before and after.

844.    From Sterling Regional Medcenter in Colorado, PLAINTIFF owes: $1088 from a bill dated on October 9th, 2025 via TEAMhealth.

845.    From the Colorado incident, PLAINTIFF is in debt of $2,147.45 to APEX PARAMEDICS.

846.    From the Colorado/Iowa incident, PLAINTIFF owes the City of Des Moines $685 from the Fire Department EMS Call.

847.  From the Colorado/Iowa incident, PLAINTIFF owes Banner Health $1,865.00.

848.  From the Colorado/Iowa incident, PLAINTIFF owes US Acute Care $985.00

849.  From the Waukegan incident, PLAINTIFF owes VISTA $234.00.

# Part II: IOWA STATE TROOPER INCIDENT ON JULY 9th, 2025:

850.  On or about July 9th, 2025, PLAINTIFF'S case was officially filed. Subsequently, on the same day, PLAINTIFF filed with this Court his PETITION to SUPREME COURT that explained the basis of his argument that he has been indefinitely enslaved by DEFENDANTS for life in which slavery has become legal in the United States.

851.  The kidnapping was retaliation against PLAINTIFF on the basis of PLAINTIFF'S speech in which it was an undue taking in violation of PLAINTIFF'S 1st Amendment and 5th Amendment Rights. See: SCOTUS PETITION.

852.  18 USC 1961 defines racketeering activity to include kidnapping.

853.  18 USC 1961 doesn't legally and specifically define kidnapping in which presumably CONGRESS would allow the Court to use the legal definition of kidnapping where the kidnapping occurred.

854.  Iowa is the state where PLAINTIFF was kidnapped.

855.  The entire incident can be watched here: The First Part. https://youtu.be/Y-8hAxE7g9I and the Second Part https://youtu.be/R7CEnvc4vxk

856. Autistic PLAINTIFF was pulled over a little outside of De Soto, IA after shortly after having visited the Western Rails Railroad Museum.

857. PLAINTIFF thought about visiting the Union Pacific Railroad Museum, but decided not to because there is the very distinct possibility that unknown DEFENDANTS or PLAINTIFF to a certain extent shared what PLAINTIFF wanted to do with MKT Railroad by having a partnership with either CSX or NORFOLK SOUTHERN in which UNION PACIFIC essentially gave PLAINTIFF the middle finger and within the last few days of this filing UNION PACIFIC has attempted to do the same in which UNION PACIFIC never attempted to contact PLAINTIFF directly after PLAINTIFF reached out to them.

858. The incident that PLAINTIFF describes as a kidnapping and domestic terrorism can be easily summarized. Most likely than not, there was a conspiracy amongst one or more intelligence agencies like the DEA, ICE, CIA who knew and projected the most likely route PLAINTIFF would travel and engaged in a 18 USC 1962(D) conspiracy with Iowa State Patrol Troopers. Even if there was no conspiracy, the facts are still the same. PLAINTIFF'S driver's license was suspended in the State of Utah because DEFENDANTS wanted to keep perpetuating a RICO Enterprise against PLAINTIFF by enslaving PLAINTIFF to protect themselves and to engage in a cover up against PLAINTIFF in violation of PLAINTIFF'S Title VI rights, Due Process Rights, Free Speech Rights, 2nd Amendment Rights, 3rd Amendment Rights, 4th

Amendment Rights, 5th Amendment Rights, 8th Amendment Rights, 9th Amendment Rights, 10th Amendment Rights, 13th Amendment Rights, and 14th Amendment Rights. PLAINTIFF knowingly disobeyed an illegal revocation deprivation of PLAINTIFF'S right to travel freely and violation of PLAINTIFF'S 13th Amendment Rights that violates 18 USC 1961 Sections 1581–1592 (relating to peonage, slavery, and trafficking in persons). Whatever bullshit purpose and reason PLAINTIFF got pulled over for and regardless of conspiracy or no conspiracy, PLAINTIFF got pulled over around De Soto, IA in the IOWA STATE PATROL DIVISION A (District 1 HQ, District 15 HQ, District 16 HQ, Central HQ) by IOWA STATE PATROL TROOPER J.T. LANG. TROOPER J.T. LANG looks like a more satisfyingly-to-punch turtle weasel MITCH MCCONNELL. TROOPER J.T. LANG'S Supervisors are of the IOWA STATE PATROL includes: **Colonel Nathan Fulk** (the Chief of the Iowa State Patrol based in Des Moines); **Tawny Kruse**: is the Strategic Communications Bureau Chief; **Sergeant Alex Dinkla**: is the Iowa State Patrol Public Information Officer (PIO) having direct control or supervision over Trooper J.T. LANG. The content of the videos speak for themselves (Res Ispa Loquitor). Struggling enslaved and destitute Autistic man with a service/esa dog named Kawaii are struggling to get home so that PLAINTIFF can take Kawaii to a specialist dog eye doctor after she was poisoned by DEFENDANTS as retaliation against PLAINTIFF and because she was miserable in the summer desert heat of St. George, UT. A couple of times, the bullshit justification of PLAINTIFF speeding is brought up, but the real fight

532

is PLAINTIFF'S suspended driver's license. PLAINTIFF attempts and provides clear and convincing amount of details for a law enforcement officer to have probable cause   to believe that there was corruption at the UTAH Department of Public Safety as it related to PLAINTIFF'S enslavement and corruption as witness retaliation against PLAINTIFF for filing a case against certain DEFENDANTS. Facts don't matter to Trooper J.T. Lang though because he and other Trooper XX keep interrupting autistic PLAINTIFF during his explanation which conveyed through their actions the cognitive schema of intentionally not wanting to hear what PLAINTIFF is saying (i.e. being willfully blind to the exact legal cause that would completely refute and destroy the legal basis of his argument and therefore not be legally supported in Court in which a big issue was made about PLAINTIFF appearing in Court) or completely ignoring the facts PLAINTIFF presented that if he would have taken a moment to comprehend, his actions would have been drastically different.  This can be seen when PLAINTIFF kept offering to provide and did provide PLAINTIFF'S case number as it related to the suspended driver's license (25 cv 86 kotevski v. Walton). More importantly, PLAINTIFF went above and beyond and did everything in his power besides command Trooper J.T. Lang at gun point to stop and not give PLAINTIFF a ticket for a suspended driver's license because of all the criminal acts he would be doing upon issuing that ticket for a suspended driver's license. This intentional ignorance of arguably the ONLY most relevant piece of evidence J.T. Lang needed to know in the course of his investigation if

PLAINTIFF had been driving ***on a validly suspended*** driver's license because a driver's license suspended to further a RICO Enterprise and to enslave one **was not legally validly suspended**.  Therefore, that action of intentionally ignoring the only piece of evidence that mattered in determining the validity of a ticket of PLAINTIFF driving on a suspended driver's license violated section 1510 (relating to obstruction of criminal investigations) and section 1511 (relating to the obstruction of State or local law enforcement). Furthermore, it created materially false and fabricated evidence to be used against PLAINTIFF to further enslave PLAINTIFF in violation of PLAINTIFF'S 13th Amendment Rights and RICO 18 USC 1961 Sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).  Furthermore, that act of giving PLAINTIFF the ticket became extortion in violation of 18 USC 1961 Sections 1951 (relating to interference with commerce, robbery, or extortion) because if PLAINTIFF pleads guilty, he must pay an amount of $354. If he doesn't plead guilty, PLAINTIFF has to spend money he doesn't have and not be able to afford an attorney because he is enslaved in which he must go to Court and possibly pay for a ticket that violates RICO if a judge finds him guilty in which the State of Iowa and Dallas County, Iowa will receive material benefits from PLAINTIFF'S enslavement in violation of 18 USC 1962(B) because the driver's license was suspended in violation of RICO.

859.    Continuing on, Trooper J.T. Lang giving PLAINTIFF a ticket for driving on a suspended driver's license violated section 1510 (relating to obstruction of

534

criminal investigations) and section 1511 (relating to the obstruction of State or local law enforcement) because he had beyond reason to know and could have easily verified the allegations that the driver's license was not properly suspended. Because it is an additional act of enslavement *Bailey v. Alabama*, 219 U.S. 219 (1911), J.T. Lang also violated section 1512 (relating to tampering with a witness, victim, or an informant) and section 1513 (relating to retaliating against a witness, victim, or an informant).

860. Because issuing the ticket had the outcome of furthering PLAINTIFF'S enslavement in violation of **United States v. Kozminski, 487 U.S. 931 (1988)** and ***Bailey v. Alabama*, 219 U.S. 219 (1911)**, it violated Title VI on the basis of PLAINTIFF'S nationality of being Serbian.

861. PLAINTIFF'S present sense impressions were that: Trooper J.T. Lang through interactions with additional responding officers seemed to be the de-facto officer in charge at the scene in which whatever Trooper J.T. Lang said went in which the additional responding officers kept looking at J.T. Lang for clarification and direction on what to do next.

862. If Iowa State Troopers would have done to a much more severely autistic individual or children, that could have lead up to negligent homicide. There must be a better standard of care when police offers knowingly interact with autistic individuals.

863. This is what PLAINTIFF informed all the law enforcement officers on scene:

   a.    He was being held as a slave against his will.

b.      The reason why he was going back to Chicago was to go take care of his service/esa dog Kawaii who was a victim of attempted murder as an act of retaliation against PLAINTIFF because of corruption. PLAINTIFF has to say this outloud because 1) it should be so obvious and 2) the officers could not conceive such: if a dog is murdered, the cruelty and consequence of death is that a dog and their owner are spiritually and physically separated from their owners until their owners go to heaven to meet their dogs. So someone going to Chicago to take care of their dog shows they want to be continued to be together, especially if they are a service/esa dog because a disabled individual and service/esa dog have even a deeper bond and don't want to separate themselves under any condition.

c.      He had no money which means he had no financial means of paying anyone to come pick him up or rescue him from being kidnapped.

d.      The reason why he could not drive freely was a RICO violation that had the purpose of enslaving PLAINTIFF in which if the officers on scene continued their actions they would fundamentally be aiding and abetting a RICO Enterprise against PLAINTIFF.

e.      PLAINTIFF informed the officers on scene he had no friends or relatives on scene or anywhere near De Soto, IA to go pick him up. (Unbeknownst to the officers on scene part of the RICO enterprise was

536

to intentionally isolate PLAINTIFF and prevent him from getting outside help).

f.     Officers at scene saw the weight of PLAINTIFF and how physically out of shape PLAINTIFF is at the current moment so they knew he couldn't get far by walking even if he wanted to go far;

g.     Therefore, the officers completely knew that PLAINTIFF was physically confined to that area where they directed him to be confined in against his will that furthered the purpose of the RICO Enterprise against PLAINTIFF.

h.     The previous paragraph put in another way, there was no contradictory evidence or statements or information PLAINTIFF provided that would have suggested to the officers on scene that PLAINTIFF had the ability to leave the confined area.

i.     If any American intelligence agency such as FBI, CIA, DNI, DHS, et al was posing as one of the officers on scene, one of the following must be true 1) they knowingly were sending PLAINTIFF back to his abusive parents in which they knew of the high degree risk of harm to PLAINTIFF because of his father; 2) knowingly stranded PLAINTIFF with no rations or provisions or even express permission to remain at the cemetery in which they knew he was a slave;

j.     Being prohibited from driving anywhere, the officers on scene knew it was reasonably foreseeable that PLAINTIFF would have to

537

leave his parked vehicle to get hydration especially as it related to his dog kawaii. Officers know that a person needs water or that a person who does not drink water probably would die in 2-3 days without water and hydration.

864. In between the first and second video as provided, Trooper J.T. Lang went back to his patrol car. PLAINTIFF sent tweets to the FBI and called the FBI frantically hoping to get the intervention of the FBI because the whole reason the FBI was started was KIDNAPPING. The FBI through their own corruption that despite giving them numerous tips to act upon, in the course of an ACTUAL LEGAL EMERGENCY, did not want to answer PLAINTIFF. It is between the time period in the First Part and Second Part of the videos in Paragraph #24 that PLAINTIFF called the FBI in both CHICAGO and DES MOINES at 1:21pm and 1:24pm to alert the FBI about the kidnapping and for the FBI to rescue PLAINTIFF. In addition, PLAINTIFF sent out the emergency tweet to KASH PATEL and DAN BONGINO around this same time. See: Exhibit A.

865. In the case that PLAINTIFF did not reach the FBI when he called them, he was fraudulently led to believe he called them by unknown DEFENDANTS in CIA, FBI, FSB/GRU, MSS, MOSSAD, IDF, INDIAN INTEL, 5 EYES, and/or one or more the aforementioned etc which was done over the wires and constituted wire fraud in violation of 18 USC 1961 Section 1343 because it is yet another act that is leading to PLAINTIFF'S enslavement and kidnapping in violation of 18 USC 1961 and PLAINTIFF'S 13th Amendment Rights in which despite even

538

knowing that PLAINTIFF is being kidnapped, have done nothing to rescue PLAINTIFF making it dangerous to human life.

866.   So because of the previous paragraphs and the legal consequences thereof, PLAINTIFF did what he always did and provided so many lifelines to save DEFENDANTS.

867.   PLAINTIFF requested additional officers to the scene to save J.T. Lang's ass because he appeared to be stupid to comprehend the criminality of his actions even when he knew PLAINTIFF had no material interest or benefits to lie and PLAINTIFF kept telling Trooper J.T. Lang what he should do was in his best interests. PLAINTIFF was informed by either J.T. Lang or XX that no supervisor from Iowa Highway Patrol was available on a FRIDAY which makes no sense.

868.   Additional responding officers that responded after PLAINTIFF'S request to Trooper J.T. Lang included: Iowa State Patrol Trooper XX (unknown last name); De Soto, IA Police Chief Josh Sienkiewicz. PLAINTIFF did everything he could to explain the situation he found himself in and how any reasonable officer who didn't have a predetermined agenda would have done something completely different. PLAINTIFF really warned DEFENDANTS numerous times they were treading in areas in which the consequences would be grave and PLAINTIFF telling them repeatedly he did not want to sue them because what PLAINTIFF was telling them was in their best interest.

869.    PLAINTIFF spent a lot of time researching exactly how to connect the ROTHSCHILDS, CIA, GINA HASPEL, JOHN BRENNAN, ANDREW MCCABE, THE CLINTONS, et al who initially not seeming to have a direct appearance of connection as it related to PLAINTIFF (because how could PLAINTIFF know that if he was never informed such) and how to join all of those DEFENDANTS together as an Enterprise in which Trooper XX'S arrogance shined through because PLAINTIFF said he was in a RICO case against DEFENDANTS in which he never cared to consider if PLAINTIFF knew certain aspects of RICO better than he did. Again, PLAINTIFF providing lifelines only to be ignored. Here are some cases Trooper XX should be made aware of:

k.  As the Court in *Ghouth v. Conticommodity Services, Inc.,* 642 F. Supp. 1325 (N.D. Ill. 1986) ruled, *"Separate injuries to one victim in one scheme…. Although the mailings can by definition constitute two crimes of mail fraud, and thus two predicate acts, one scheme harms one victim once"* as opposed to PETITIONER'S argument that it was one scheme that harmed one victim multiple times. *The Court in Ghouth v. Conticommodity Services, Inc.,* 642 F. Supp. 1325 (N.D. Ill. 1986) *continued:* "Formalistically more than one crime has occurred but realistically only one criminal event has happened. To call this singular criminal event "continuous" or "multiple" criminal activity is to stretch those concepts beyond recognition…And so we turn at last to the facts of this case and find that they satisfy the criteria for a

540

*pattern*. First, the four forgeries were related in ***victim, method and perpetrator***. Second, each had "***independent*** harmful significance" constituting separate "episodes." There were four separate forgeries and conversions of different sums, taking place over a one-year period. These were not simply ministerial acts to accomplish one fraud, but appear to have been four independently motivated crimes injuring Ghouth four times. Moreover, the recurrence of the forgeries, as well as the other alleged abuses of Ghouth's money reasonably imply a threat of ongoing criminal activity. **Despite the fact that only one victim is apparent, the alleged, independent crimes were repeated enough over a long enough time to satisfy a liberal definition of continuity. Of course, even if we were wrong about our analysis of "pattern" above, the alleged conduct would clearly amount to a "pattern.""**

l. Trooper XX tried to say that the officers on scene were different and PLAINTIFF says that distinction is immaterial: "Indeed, this Court previously has said that liability "**depends on showing that the defendants conducted or participated in the conduct of the** 'enterprise's **affairs,' not** just their **own** affairs." **Reves** v. **Ernst** & Young, 507 U. S. 170 (1993).

541

m. PLAINTIFF warned Officer XX it is the PATTERN they were engaging that was at issue in which SCOTUS would agree with PLAINTIFF based on what *Sedima* said: Continuity and Relationship. More significantly, the "predicate acts" **must show continuity and be related to each other**. The Court also stated that the acts must be coupled with the threat that this **activity will continue over time**. *Sedima*. Officer XX said he was well aware of RICO; this means he is well aware that to stop a RICO Enterprise they must not engage in a pattern that shows continuity. This pattern showed continuity even when PLAINTIFF threw lifeline after lifeline to get them to stop so that the continuity would end.

n. PLAINTIFF told Trooper XX it was the knowledge that they had at that present moment in which PLAINTIFF warned what he was currently in Court suing as it related to violations of 13th Amendment, Enslavement, and Prevention of being allowed to travel freely. *U.S. v. Norton*, 867 F.2d 1354 (11th Cir. 1989), Holding that even **if defendant was not a member of the class of persons** who could be held liable as a principal under 18 U.S.C. 1954, one need only prove that **defendant conspired to commit the substantive RICO offense** and **was aware that others had done likewise**' in order to support a RICO conspiracy charge." TROOPER XX was well aware others had done likewise, PLAINTIFF warned them not to engage in

<u>the same pattern and PLAINTIFF kept telling them to let him go, and</u>
<u>when Trooper XX and OFFICERS XX did not intervene and stopped it,</u>
<u>they engaged in a conspiracy to allow it to continue in violation of</u>
<u>RICO.</u>

o. *Cincinnati Gas Elec. Co. v. General Elec. Co.*, 656 F. Supp. 49 (S.D. Ohio 1986) (ruling that under the precise language of one statute, participation means to perform activities necessary or helpful to the operation of the enterprise, whether directly or indirectly). PLAINTIFF told Trooper J.T. Lang, Trooper XX, et al by kidnapping PLAINTIFF, they enslaved PLAINTIFF and this was very helpful to the operation of the RICO Enterprise against PLAINTIFF.

p. *Pandick, Inc. v. Rooney*, 632 F. Suppa 1430 (N.D. Ill. 1986) states a conspiracy charge involving a corporation and its employees is available in a civil RICO action. DEFENDANTS meet the definition of an unincorporated association, which is generally defined as "a body of persons acting together and using certain methods for prosecuting a special purpose or common enterprise." Motta v. Samuel Weiser, Inc., 768 F.2d 481, 485 (1st eir.), cert. denied, 106 S. ct. 596 (1985). PLAINTIFF warned the common purpose THAT WAS CURRENTLY ONGOING THAT HE WAS IN COURT FOR WAS BECAUSE OF HIS ENSLAVEMENT (and RETALIATION AGAINST KAWAII). UTILIZING LAW ENFORCEMENT TO FABRICATE EVIDENCE

WHEN THEY HAD REASON TO KNOW OTHERWISE SEEMS LIKE A SPECIAL PROCESS OF MALICIOUSLY PROSECUTING PLAINTIFF.

870. What the officers said was partially true as those officers allegedly not being informed of the Court case in Utah shows they could not have engaged in a RICO Enterprise against PLAINTIFF; however, PLAINTIFF told the officers who tried to back out of PLAINTIFF'S argument that because PLAINTIFF informed them of what they were doing that imputes KNOWLEDGE or had reason to know that continuing their actions would constitute a perpetuation of the RICO Enterprise against PLAINTIFF **when they were directly told in no unambiguous terms** means that those officers became willfully blind and that is enough to be part of the conspiracy against PLAINTIFF in violation of 18 USC 1962(D) in which the officers had reason to believe that if PLAINTIFF lied to them it was completely against PLAINTIFF'S interests so there was no reason not to act upon what PLAINTIFF was informing them. There is a difference as well when it comes to doublespeak in which PLAINTIFF still has a hard time understanding doublespeak coherently and fully.

871. After criminally ignoring PLAINTIFF in which PLAINTIFF was trying to save Trooper J.T. Lang from the consequences of his actions, Trooper J.T. Lang continued down his path and informed PLAINTIFF that because PLAINTIFF was driving on a suspended driver's license, PLAINTIFF must drive to the next exit (Exit 113. I-80 East) and park there as though he was being generous and it

544

was a gift to PLAINTIFF. What existed on the right side of Exit 113 I-80 East is a Concrete Plant and a Veteran's Cemetery. The nearest gas station was approximately a mile away on hilly terrain if you started somewhere in the middle of the Veteran's Cemetery. The last thing PLAINTIFF asked Trooper J.T. Lang when he beyond any reasonable doubt knew that what his actions were amounting to constituted kidnapping in the State of Iowa (is PLAINTIFF to believe an Iowa State Trooper cannot understand  nor comprehend the legal definition of Kidnapping?) is: "ARE YOU SURE YOU WANT TO DO THAT?" giving J.T. Lang one more opportunity to stop and reconsider his actions. Trooper J.T. Lang's Hubris was too strong and he gave a smirk and said YEA IM SURE or something to that effect.

872.   In the Zenith of Arrogance and directing PLAINTIFF to the kidnap zone after PLAINTIFF'S last moment attempting to save him, Trooper J.T. Lang violated at a minimum: 18 USC section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), section 1542 (relating to false statement in application and use of passport), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).,[1] sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to

545

racketeering), PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights, the ADA, Section 504, Title VI of the Civil Rights Act, and 42 USC 1983.

873. Again, when PLAINTIFF went to DEFENDANTS and in this officers on scene for help and explained the dire situation he was in, they intentionally ignored such in violation of 42 USC 1986.

874. The thing that has repeatedly marred the interactions with law enforcement and PLAINTIFF is that the law enforcement officers either don't want to understand what PLAINTIFF is saying, don't care about their responsibilities to assess and analyze the situation properly, and/or they don't care about the consequences of their actions even when PLAINTIFF describes the consequences of their actions.

875. Again, because of PLAINTIFF'S PTSD and being surrounded at one point by four different cop cars and more than 4 officers, PLAINTIFF did his best to explain the situation. To be fair, there is a difference between being interrogated to be intimidated and PLAINTIFF asking more cops to be there with the expectation that at least one of them would be a voice of reason and would stop the others from continuing to violate criminal law but that did not happen unfortunately.

876. It is alleged that PLAINTIFF was traveling 86 MPH in a 70 MPH on I-80. True in most instances and PLAINTIFF being stupid and giving DEFENDANTS a presumption of Good-Faith believes it was just that for now.

877.    PLAINTIFF is unsure if SCOTUS came out with a case in retaliation against PLAINTIFF sometime after the This Side Of The Street Incident in Fall 2009 allowing local law enforcement to utilize bullshit justifications to detain PLAINTIFF in which the purpose of such detention was retaliation against PLAINTIFF or for the furtherance of a RICO Enterprise.

878.    PLAINTIFF argues that the 4th Amendment prohibits searches and seizures that are done to further a RICO Enterprise in anyway or as a means of retaliation against an individual/witness or litigant in Court as was done in this instance.

879.    So even if PLAINTIFF was allegedly going 86 in a 70mph, it was still an unconstitutional and illegal stop and seizure of PLAINTIFF.

880.    This is not the first time DEFENDANTS did this type of stop to PLAINTIFF. In late May 2016 as PLAINTIFF was making his way back to LSU Law from Chicago, PLAINTIFF was pulled over by an unknown law enforcement officer from an unknown jurisdiction in which the unknown officer suggested he was familiar with PLAINTIFF because of PLAINTIFF'S hometown and thereby PLAINTIFF and he asked PLAINTIFF what he was doing in which PLAINTIFF informed him he was going to be an intern at the District Attorney's Office in Baton Rouge. The unknown officer gave no paperwork and was a form of harassment. *See also: The Offing, This Side of the Street, Spring 2015 which makes this a pattern under RICO.*

881. **Shortly before this kidnapping, PLAINTIFF upon information and belief believes the DC bubble was directing the lower courts through DC doublespeak to intentionally deny PLAINTIFF'S claims (or someone in 5 Eyes, Spain, FSB/GRU, MSS, Indian Intel, made PLAINTIFF believe the DC bubble was doing this) as it relates to PLAINTIFF'S claims of compensation of $9 Billion USD as it relates to PLAINTIFF'S soul and RICO claims because there were so many news presses about DOGE cutting $9 Billion in which the exact amount of $9 Billion was done to direct the courts to cut $9 Billion from compensation owed to PLAINTIFF.** *That is how it effects Government Conduct.*

882. **The previous paragraph shows outrageous government conduct *per Rochin.***

883. PLAINTIFF states the previous paragraph as just in case so that he has something to appeal later in which he expects the Court to ignore any subtle suggestions that the DC bubble may be conveying to the Court because that would corrupt the proceedings. PLAINTIFF truly has no interest nor has the specific intent nor any desire in bringing politics into this as it may relate to any possible resignation of any American politician, but DEFENDANTS being in complete bad faith through their 18 USC 1962(D) conspiracies are leaving PLAINTIFF no alternative but to have to include such.

884. Sometimes in life, there is a form of retaliation or control where people call the cops on someone to just retaliate or give a false justification to get law

enforcement involved on purpose or even law enforcement giving a false justification on detaining or apprehending someone on whether that is a Karen being overzealous with her HOA duties, someone between 18-20 drinking a beer, etc. etc., In PLAINTIFF'S case, allegedly traveling 86 in a 70 in which 99.9% of people don't call the cops on someone traveling that speed on the interstate. PLAINTIFF gets it: sometimes, law enforcement needs a bullshit reason to pullover a suspect because that is a truly bad individual; but sometimes, law enforcement does it to retaliate when they are marred in a corruption scandal or are petty little tyrants.

885.    PLAINTIFF was thinking about arguing they intentionally chose PLAINTIFF to choose between a veterans cemetery and concrete plant; and to force PLAINTIFF to be at a cemetery was conveying a message of intentional intimidation; but then PLAINTIFF doesn't want there to be precedent where say if a homeless vet wants to be around his fallen brethren and friends should he be prohibited from doing so and that it is an act of intimidation.

886.    So, PLAINTIFF stayed at a place with heroes who never would have allowed the incident to happen the way it did and at least for a few moments and being in the presence of those heroes PLAINTIFF thought that there was someone even being dead who understood the fight PLAINTIFF is fighting for right now.

887.    DEFENDANTS kept gesturing towards PLAINTIFF'S service/esa dog Kawaii telling PLAINTIFF they were going to put her in a dog-pound and (illegally) separate Kawaii from PLAINTIFF even after PLAINTIFF told the officers on

549

scene what they were doing was illegal. It was illegal because it was retaliation against PLAINTIFF because PLAINTIFF complained about that very thing in this case in which PLAINTIFF provided the case number to the officers thereby bringing any and all claims as it relates to Kawaii to the kidnapping. There might have been a time PLAINTIFF so stupidly thought homeless individuals might not be allowed to have dogs, but sometimes, one of the most remarkably cruel things someone can do is take away the only remaining thing that provides love to a person that has literally nothing else left in the world and that is what DEFENDANTS wanted to do to PLAINTIFF by killing or separating PLAINTIFF from Kawaii because PLAINTIFF has been tortured and abused through fraudulent concealment to make him an indefinite slave for life in which no one besides Kawaii truly loves PLAINTIFF right now because no one who loves PLAINTIFF would treat him this way.

888.    Unknown officers violated ADA and Section 504 as it relates to Kawaii because of the kidnapping and their effort to retaliate against PLAINTIFF through his service/esa dog on the basis of PLAINTIFF"S disabilities and autism.

889.    So if the DEPARTMENT OF DEFENSE wants to stop acting like little cowardly bitches not realizing the harm they are doing to themselves with soldiers who served, they should get on PLAINTIFF'S behalf because this case directly impacts how law enforcement will interact with soldiers suffering from PTSD and have service dogs. Fucking Dicks.

550

890. Officers on scene made no effort to read PLAINTIFF'S complaint in this case even after PLAINTIFF brought it to their attention how their actions would be aiding and abetting a RICO Enterprise which is a serious allegation against a law enforcement officer that should have given them heed.

891. Iowa defines kidnapping IA Code § 710.1 (2024) as the following: **"A person commits kidnapping when the person either confines a person** or removes a person from one place to another, **knowing that the person who confines** or removes **the other person has neither the authority nor the consent of the other to do so**; provided, that to constitute kidnapping the act must be accompanied by one or more of the following: 1. **The intent to hold such person for ransom.**2. The intent to use such person as a shield or hostage.3. The intent to inflict serious injury upon such person, or to subject the person to a sexual abuse. **4. The intent to secretly confine such person.5. The intent to interfere with the performance of any government function.**

892. So a person kidnaps another in Iowa when a kidnapper knowingly confined PLAINTIFF when PLAINTIFF gave strong enough reasons to prove he did not consent to being kidnapped and inferentially speaking, the officers had the intent to secretly confine PLAINTIFF and was done to interfere with the performance of a government function.

893. PLAINTIFF couldn't leave the area he was designated to stay and if he would have been properly awarded the funds in Court like he should have been at the time, he wouldn't have had that problem; by corruptly ruling against

PLAINTIFF'S Motion of Default and preventing him from fighting in Court for any lower amount than the $60 Billion USD, he was being held for ransom because he was not being paid for having been kidnapped before and having terrorism committed against him.

894.    As told over 200 times, PLAINTIFF'S electronics are being tampered by unknown intelligence agencies in which the hackers of PLAINTIFF'S electronics could reasonably and foreseeably prevent PLAINTIFF from calling from help and that is a foreseeable fact.

895.    Because PLAINTIFF'S electronics are tampered with and with the high risk of danger PLAINTIFF has found himself in over the last 10 years, it added substantially to PLAINTIFF'S risk of imminent harm and danger because it could be very possible he could not reach out to law enforcement when someone threatened him especially when they had access to PLAINTIFF'S current location that he could not drive away from. Fat-Ass PLAINTIFF obviously could not outrun assassins. DEFENDANTS intentionally deprived PLAINTIFF of his 2nd Amendment Rights to enslave him so PLAINTIFF cannot defend himself against assassins with guns.

896.    Even if he got a hold of local law enforcement to report his kidnapping, local law enforcement were the ones that kidnapped PLAINTIFF so PLAINTIFF had no way of knowing which local officers were in on the 18 USC 1962(D) conspiracy (i.e. he had no way of knowing which cops were clean and which were dirty).

Why would PLAINTIFF expect local law enforcement to help him escape from his kidnapping when he was just kidnapped by them?

897.    Despite PLAINTIFF having large enough man titties that if put on a woman that most straight guys would absolutely love the size of boobs on a gorgeous woman, but due to DEFENDANTS' enslavement of PLAINTIFF, PLAINTIFF doesn't have the physique of a model or gender or actual good looking physical appearance to allow someone to pickup PLAINTIFF if he decided to hitchhike. Maybe there is a weird man or woman in Iowa that would love to pick up a 350+ lb man with giant man titties that he would flash everyone on I-80 along side with his service/esa dog Kawaii, but that aint realistic to get PLAINTIFF'S hopes up.

898.    PHYSICALLY SPEAKING, PLAINTIFF was completely confined to that area where he was kidnapped to by Trooper J.T. Lang. PLAINTIFF chose to stay at the Iowa Veterans Cemetery.

899.    PLAINTIFF took refuge amongst true heroes in the course of his enslavement and kidnapping didn't die to allow for what DEFENDANTS have been doing to PLAINTIFF

900.    PLAINTIFF was held for ransom because DEFENDANTS knew that PLAINTIFF was legally enslaved and had no money to provide means of escape thereby DEFENDANTS became fugitive slave drivers who transported PLAINTIFF across state lines to a new holding area in violation of PLAINTIFF'S 13th Amendment Rights and RICO.

901.    A US Federal Court case is a government function per IA Code § 710.1 (2024) and RICO for witness tampering and retaliation purposes.

902.    True sometimes law enforcement can lie to suspects; but if any of the officers that were present on scene was the CIA, NSA, DNI, DOD, DHS, FBI, et al., they lied to PLAINTIFF to continue to indefinitely enslave him through allowing those cops to kidnap PLAINTIFF in which they then utilized the wires over state lines to convey the success of their conspiracy to kidnapping PLAINTIFF and indefinitely continuing to enslave PLAINTIFF against his will in violation of 18 USC 1961 Section 1343.

903.    PLAINTIFF told the police officers that the reason for PLAINTIFF'S driver's license was currently suspended was done to intentionally retaliate on the basis of PLAINTIFF'S disabilities, to further enslave PLAINTIFF and perpetuate PLAINTIFF'S indefinite enslavement, was a violation of RICO, and was an act that was part of a RICO Enterprise that had the common pattern of intentionally depriving PLAINTIFF liberty to travel freely in which the officer knew PLAINTIFF did not consent to having his driver's license suspended in that manner because PLAINTIFF did not consent to an illegal act being done against him.

904.    PLAINTIFF explained his driver's license suspension was related to the government function and court case in the District Court of Utah and provided a case number.

554

905.   PLAINTIFF argued in previous motions in this case and to SCOTUS that there was an intentional delay in the proceedings in order to corrupt the proceedings and obstruct justice. When DEFENDANTS decided to kidnap PLAINTIFF yet again, he was being held hostage to allow DEFENDANTS to continue to violate 18 USC 1962(D) and other provisions of RICO to allow other DEFENDANTS to get away in their criminal scheme that vastly enriched them. So if a bank robber holds one hostage through intentionally confining that person in a designated space so that they could get away with money, the same applies where they are holding PLAINTIFF to a space so that those DEFENDANTS can continue to enrich themselves and this is also a badge of slavery per *Bailey v. Alabama*, 219 U.S. 219 (1911).

906.   In Conclusion, PLAINTIFF was unconstitutionally and illegally kidnapped in Iowa per IA Code § 710.1 (2024).

## PART III: PLAINTIFF KIDNAPPED BY DEFENDANTS  FOR POLITICAL PURPOSES THEREBY COMMITTING DOMESTIC TERRORISM.

907.   18 USC 2331 defines domestic terrorism as: **(5)**the term "domestic terrorism" means activities that— **(A)** involve acts dangerous to human life that are a violation of the criminal laws of the United States ***or of any State***; **(B)appear to be intended—to intimidate or coerce a civilian population; (ii) to influence the policy of a government by intimidation or coercion**; or **(iii)**

**to affect the conduct of a government by** mass destruction, assassination, or **kidnapping;** and **(C)** occur primarily within the territorial jurisdiction of the United States;

908.    Honestly, this argument applies far more to Former PRESIDENT JOSEPH BIDEN than current PRESIDENT DONALD TRUMP and it is only out of pure desperation and DEFENDANTS pure contempt of PLAINTIFF that PLAINTIFF argues it because PLAINTIFF kept telling DEFENDANTS over and over and over again to TALK TO PLAINTIFF DIRECTLY AND TO RESOLVE THIS SO THIS DOESN'T EXPLODE AND PLAINTIFF KEEPS GETTING IGNORED. President TRUMP having any part is not an impeachable offense because PLAINTIFF was well to known in DC for far too long and having been used by both parties for far too long, it defeats the purpose of achieving a political goal on behalf of just one political party or ideology. In a way, arguably, there is a difference between using PLAINTIFF for slave labor and doing so on behalf of domestic terrorism purposes that is to be determined later. So does the argument apply to President Trump individually? ABSOLUTELY NOT. BUT ONLY FOR NOW, PLAINTIFF is just showing just how infinitely close they came to crossing the threshold of becoming domestic terrorists for now all the while reserving that argument for later. Out of many reasons, one reason why PLAINTIFF is reserving the argument if it is needed to cancel US debt to ROTHSCHILDS.

909.    The State of Iowa is in the territorial jurisdiction of the United States.

910.  PLAINTIFF having met the legal definition of kidnapping in Iowa therefore became kidnapped for 18 USC 1961 purposes in which he has been kidnapped by the United States Government, the State of Israel, the State of Iowa, Iowa Highway Patrol, DAVID KOTEVSKI, VERICA KOTEVSKI, FSB, GRU, MSS, MOSSAD, IDF, all law enforcement agencies in the State of Iowa or one or a combination thereof.

911.  PLAINTIFF having met the legal definition of kidnapping in Iowa in which 18 USC 2331 specifically allows the legal definition of kidnapping to apply to it therefore PLAINTIFF became kidnapped for 18 USC 2331 purposes in which he has been kidnapped by the United States Government, the State of Israel, the Republic of Russia, the Republic of India, the People's Republic of China, the State of Iowa, Iowa Highway Patrol, DAVID KOTEVSKI, VERICA KOTEVSKI, FSB, GRU, MSS, MOSSAD, IDF, all law enforcement agencies in the State of Iowa or one or a combination thereof.

912.  Officers on the scene knew that PLAINTIFF was being legally enslaved against his will. An American being held as a slave indefinitely against his will through legal corruption enabled by the White House, CIA, and members of Congress and certain SCOTUS' justices is one of the most legally coercive and most legally intimidating acts the United States Government as a whole can do against their own citizens who are safeguarded by the Bill of Rights, RICO, and the 13th Amendment from having that happen to that American citizen because it deprives that American of life, liberty and pursuit of happiness in which one

557

must travel in their pursuit of happiness. Especially more so when the Courts knew of actual physical assassination attempts on PLAINTIFF'S life and did nothing to resolve such.

913.    Having a US Senator direct the DOJ to prosecute PLAINTIFF for seemingly retaliatory and corrupt purposes is intimidation and coercion.

914.    Enslaving PLAINTIFF against his will and having done another badge and act of slavery against PLAINTIFF in violation of *United States v. Kozminski, 487 U.S. 931 (1988)* and *Bailey v. Alabama*, 219 U.S. 219 (1911) by kidnapping PLAINTIFF was an act done for political purposes to protect at least one or more of the following: 1) CIA; 2) ISRAEL and the ROTHSCHILDS; 3) XI JINPING and CHINA; 4) INDIA and MODI and SPICEJET and BOEING; 5) RUSSIA, PUTIN, FSB/GRU, other Russian agents; 6) UKRAINE AND SZRU; 7) any member of 5 Eyes and their intelligence agencies.

915.    PLAINTIFF alleges just in case that this was a sting operation that was specifically undertaken by a member of 5 Eyes, DHS, DEA, CBP, CIA, FBI, DoD, MOSSAD, IDF, and/or a combination thereof to obstruct justice in violation of 18 USC 1961 Section 1503 and here is why. ISRAEL and unknown members of the TRUMP White House who having engaged in a 18 USC 1962(D) conspiracy in the months leading up to this moment, primarily, at the behest of the ROTHSCHILDS to obstruct justice and deprive PLAINTIFF of compensation for having his soul violated all the while NETANYAHU having enslaved PLAINTIFF and necessarily having utilized PLAINTIFF'S advice on a

558

MOSSAD/IDF mission, needed to find a way to minimize the strength of PLAINTIFF'S claims and they did so with this sting operation because PLAINTIFF begged 4 different officers and provided enough reasonable LEGAL basis to get them to change their decisions completely failed to do so. Much like how 18 USC 1961 section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire) sections 2312 and 2313 (relating to interstate transportation of stolen motor vehicles), sections 2314 and 2315 (relating to interstate transportation of stolen property), all have the condition of utilizing interstate commerce facilities which would include a US Federal Interstate to be a RICO violation,  similarly, there was the use of the US Federal INTERSTATE to obstruct justice.

916.   If the CIA/FBI or FSB/GRU or IDF/MOSSAD and whatever intelligence agency didn't think that kidnapping and enslaving PLAINTIFF wouldn't affect the course and conduct of the United States Government, they would have no reason to do so; but they know by enslaving, torturing, intentionally delaying the proceedings to obstruct justice, and kidnapping PLAINTIFF it necessary impacts the conduct of the United States Government because it prevents PLAINTIFF from winning in Court and that is effecting the course and conduct of the US Government.

917.   Technically, seeking redress for harms done by the United States Government by PETITIONING the US GOVERNMENT as protected under the 1st Amendment for harms the US GOVERNMENT intentionally did or

intentionally allowed to happen to PLAINTIFF by the ROTHSCHILDS and CLINTONS would cause the US Government to change the course and conduct of the United States Government because it might require the US Government to stop acting in violation of RICO so PLAINTIFF at any time petitioning his government was not terrorism, but them actually physically kidnapping for political purposes is domestic terrorism. Assholes.

918.    Within the last 10 years during the course of PLAINTIFF'S enslavement, there have been 3 physical assassination attempts on PLAINTIFF'S life in which the Courts have done nothing to restrain DEFENDANTS from committing such harms in addition to the political assassination against PLAINTIFF. RICO and the 13th Amendment made slavery illegal because it is dangerous to human life and dangerous to freedom. PLAINTIFF'S enslavement is dangerous to human life and especially in this situation. PLAINTIFF'S electronics are tampered with in which he has no idea that even if he calls emergency responders that they would actually arrive in an emergency. PLAINTIFF because of his enslavement cannot take care of himself or his service/esa dog KAWAII.  Whatever drinks PLAINTIFF has is all that will sustain him and whatever gas is left in his tank is the amount necessary to keep the car cool in JULY, which is in the SUMMER aka the hottest part of the year. PLAINTIFF cannot drive anywhere because that is what his kidnappers told him; PLAINTIFF cannot attain employment at this cemetery so there is no means of escape unless PLAINTIFF breaks the law. PLAINTIFF has 24-48 hours to attain water or hydration or he and his dog will

560

die and PLAINTIFF must break the law to ensure PLAINTIFF'S survival. PLAINTIFF argues this possibly is relating to on-going political issues at behest of ISRAEL and the ROTHSCHILDS which took place after Speaker MIKE JOHNSON and DONALD TRUMP may have directed the Courts to deny PLAINTIFF'S $9 Billion USD owed to save his soul.

919.   PLAINTIFF alleges just in case that this was a sting operation that was specifically undertaken by a member of 5 Eyes, DHS, DEA, CBP, CIA, FBI, DoD, and/or a combination thereof to obstruct justice in violation of 18 USC 1961 Section 1503 and here is why. ISRAEL and unknown members of the TRUMP White House who having engaged in a 18 USC 1962(D) conspiracy in the months leading up to this moment, primarily, at the behest of the ROTHSCHILDS to obstruct justice and deprive PLAINTIFF of compensation for having his soul violated all the while NETANYAHU having enslaved PLAINTIFF and necessarily having utilized PLAINTIFF'S advice on a MOSSAD/IDF mission, needed to find a way to minimize the strength of PLAINTIFF'S claims and they did so with this sting operation because PLAINTIFF begged 4 different officers and provided enough reasonable LEGAL basis to get them to change their decisions completely failed to do so. Much like how 18 USC 1961 section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire) sections 2312 and 2313 (relating to interstate transportation of stolen motor vehicles), sections 2314 and 2315 (relating to interstate transportation of stolen property), all have the condition of utilizing interstate commerce facilities

561

which would include a US Federal Interstate to be a RICO violation, similarly, there was the use of the US Federal INTERSTATE to obstruct justice.

920.    PLAINTIFF alleges this is witness tampering and retaliation. PLAINTIFF seriously doubts he was going 86 in a 70 at the time, but the number 86 related to PLAINTIFF'S 42 USC 1986 claims as it related to Japlan in the Summer of 2015. Also a Title VI violation relating to Serbian Itan if PLAINTIFF ever made a joke about '86' in a restaurant in North Richland Hills, TX in 2017.

921.    If PLAINTIFF was unable to reach the FBI on July 18th, 2025, PLAINTIFF'S electronics are being tampered with by either INDIA, RUSSIA, CHINA, ISRAEL, CANADA, DAVID KOTEVSKI, VERICA KOTEVSKI, fraudulent wife or individual having fraudulent legal guardianship/POA over PLAINTIFF, unknown Cartel, or 5 Eyes in which they intentionally prevented PLAINTIFF from reaching the FBI in literally an emergency situation. They did so through violations of 18 USC 1961 Section 1029 that PLAINTIFF is literally trying to free himself being a current victim of kidnapping.

922.    In the course of being kidnapped, PLAINTIFF sent out emergency tweets to KASH PATEL and DAN BONGINO in which if they would have read their tweets in a timely manner, they could have prevented this and still can. 42 USC 1986.

923.    In the case that PLAINTIFF did not reach the FBI in Chicago or Des Moines or Omaha when he called them, he was fraudulently led to believe he called them by unknown DEFENDANTS in CIA, FBI, FSB/GRU, MSS, MOSSAD, IDF,

INDIAN INTEL, 5 EYES, and/or one or more the aforementioned etc which was done over the wires and constituted wire fraud in violation of 18 USC 1961 Section 1343 because it is yet another act that is leading to PLAINTIFF'S enslavement and kidnapping in violation of 18 USC 1961 and PLAINTIFF'S 13th Amendment Rights in which despite even knowing that PLAINTIFF is being kidnapped, have done nothing to rescue PLAINTIFF.

924.    PLAINTIFF called the DOJ in Des Moines Iowa to get them to do something in which they told PLAINTIFF to call 911 and emergency services in which they completely failed to comprehend the situation, and PLAINTIFF had the Serbian Itan retort of why should he call his kidnappers?

925.    Unlike Angie Ortiz in Summer 2015 in which PLAINTIFF gave her multiple opportunities to save herself such as money to go to the embassy and LSU Law Clinic's information in which PLAINTIFF never kidnapped her,  the officers in this situation never provided any opportunity to free PLAINTIFF from being kidnapped and enslaved by them even despite the amount of times PLAINTIFF kept throwing lifelines to rescue the officers at issue.

926.    PLAINTIFF called US Senator CHUCK GRASSLEY & JODI ERNST'S Offices in Council Bluffs, IA which is the closest office for the US Senators to PLAINTIFF'S current location to rescue PLAINTIFF from being kidnapped. PLAINTIFF sent them tweets at well. https://youtu.be/s8GLJhmZM7E and https://youtu.be/Dg8BAyHlMCQ . Either ISRAEL, MOSSAD, FSB, GRU, IDF, MSS, INDIA, RUSSIA, CHINA, 5 Eyes, CIA, FBI, DoD, and/or one or a

563

combination thereof intentionally blocked PLAINTIFF from getting help from the two US Senators from IOWA or the US Senators were immediately informed about the situation and did nothing to free PLAINTIFF from being enslaved and kidnapped.

927. In the case that PLAINTIFF did not reach the DOJ in Des Moines when he called them, he was fraudulently led to believe he called them by unknown DEFENDANTS in CIA, FBI, FSB/GRU, MSS, MOSSAD, IDF, INDIAN INTEL, 5 EYES, and/or one or more the aforementioned etc. which was done over the wires and constituted wire fraud in violation of 18 USC 1961 Section 1343 because it is yet another act that is leading to PLAINTIFF'S enslavement and kidnapping in violation of 18 USC 1961 and PLAINTIFF'S 13th Amendment Rights in which despite even knowing that PLAINTIFF is being kidnapped, have done nothing to rescue PLAINTIFF making it dangerous to human life.

928. The whole point of PLAINTIFF filing his cases in Court more than 19 months ago in the *Chicago Cases, Louisiana Cases, and Utah Cases* was to free himself from his slave masters and to never be financially reliant upon them ever again after years of them having enslaved PLAINTIFF. That applies to the United States Government, Israeli Government, Chinese Government, CIA, Russian Government, Indian Government, PLAINTIFF'S parents in which no self-respecting man or a man worthy enough to be loved by a loving wife who actually shows she loves him would allow himself to be enslaved for so long by them, etc. PLAINTIFF has no will and absolutely despises

564

929.    PLAINTIFF specifically told the Court and the officers that because of an on-going conspiracy in violation of 18 USC 242 and 18 USC 1962(D) with unknown officials in the BIDEN WHITE HOUSE, CIA, FBI, DoD, DNI, NSA, DHS, DEA, DOJ, ISRAEL, INDIA, ANGIE ORTIZ, unknown DEFENDANTS, and/or a combination thereof that retaliated against PLAINTIFF on the basis of his disability (autism, ptsd, and depression) to deprive him of a valid driver's license to ensure that PLAINTIFF remained a slave at home unable to support himself and in order to obstruct justice as well in violation of 18 USC 1961, PLAINTIFF'S 13th Amendment Rights, 18 USC 1961 Section 1503,.

930.    PLAINTIFF feels that tasting freedom, taking a road trip when PLAINTIFF loved road trips despite it being illegal, and having a terrific day on July 17th, 2025 and now being kidnapped and enslaved as retaliation for filing Habeas Corpus Petitions to free himself and get compensation and justice for what was done to him over the years in which this is presently a very dangerous situation to PLAINTIFF constitutes coercion and intimidation under 18 USC 2331.

931.    The Supreme Court in *Alexander v. Choate*, 469 U.S. 287 (1985)(hereon: Choate) said: "Discrimination against the handicapped was perceived by Congress to be most often the product, not of invidious animus, but rather of thoughtlessness and indifference-of benign neglect. Thus, Representative Vanik, introducing the predecessor to §504 in the House, described the treatment of the handicapped as one of the country's "shameful oversights," which caused the handicapped to live among society "shunted aside, hidden, and ignored."

565

Similarly, Senator Humphrey, who introduced a companion measure in the Senate, asserted that "we can no longer tolerate the invisibility of the handicapped in America ...." And Senator Cranston, the Acting Chairman of the Subcommittee that drafted §504, described the Act as a response to "previous societal neglect."

932. The whole entire episode with officers in the St. George Police Department and Washington County UT Sheriff's deputies as well as the current on-going litigation as it relates to the PETITION PLAINTIFF submitted to SCOTUS is marred with complete thoughtlessness and indifference of the issues that disabled individuals like PLAINTIFF who routinely experience not only the permanently tied heavy shackle of a disability that impedes, makes life more expensive to live, majorly impacts the quality of life, and isolates a disabled person throughout their whole life (unless drastic measures are taken to overcome that disability), but the heavier and worse shackle is the tolerance and sanctioning of any US Government Official or Foreign Official that direct their attacks of a disabled American abroad and on American soil in which they engage in retaliatory hits against a disabled person on the basis of their disability; take complete advantage of the vulnerability and inner trustworthiness that disabled people are more predisposed and hardwired to give into because we have to rely on that trustworthiness for our own survival even more because in like 80% of cases, disabled people cannot make it on their own and necessarily need to rely more heavily on someone to help them thereby

566

trusting them more and on a deeper level in life whether that is through the government, charity, friends and/or family; and if you don't believe that to be true, there is at least 19 months of records in the *Chicago Cases, Louisiana Cases, and Utah Cases* that prove otherwise; then those domestic and foreign government officials having the sadism in seeing additional cruelty to be inflicted upon the disabled where as in PLAINTIFF'S case they retaliated against him on the basis of his autism and then corruptly utilized UTAH DPS to justify keeping PLAINTIFF as a slave where if he leaves the house now it is illegal for him to do so in which fugitive slave drivers keep him from freeing himself in Court. PLAINTIFF doesn't want to hold the City of St. George liable for payment.

933. And with all of that in mind, one of the things that PLAINTIFF begged the Court to rule on was to just leave disabled kids out of it because its not only that our lives is hard enough as it is, but providing protection to let them have more happiness in their childhood because the struggle of adult disabled life only gets worse as you age and PLAINTIFF just wants to keep disabled kids out of the affairs of the government seeking to retaliate against someone else and their family in which the Government attacks that family through attacking the disabled child.

934.    Autistic PLAINTIFF does not understand how he would be guilty of violating RICO in which the Court would award damages because of Japlan having been implemented where PLAINTIFF materially benefitted from having *Japlan* implemented against him against his will that was done to enslave him on purpose to perpetuate a RICO Enterprise against him and violate his deepest religious desires and beliefs. Then every single attorney that gets awarded attorney fees for prosecuting or defending someone accused of RICO violations would be guilty of the same thing; every judge deciding a case would be guilty of the same thing; every news media reporting on that would be guilty of the same thing; PLAINTIFF never wanted to financially profit from *Japlan* when he conceived of *Japlan* and the creation of *Japlan* was only made possible when WARWICK ALLEN having been directed by 5 EYES, VERA POCHTAREV, VERICA KOTEVSKI, CIA, FBI, DOD, DHS, MSS, FSB/GRU, INDIAN INTEL, MOSSAD, or DEA to get PLAINTIFF to talk about a plan that would permanently harm him to absolve them of liability in having perpetuated the RICO Enterprise against PLAINTIFF for years. PLAINTIFF would have rather been physically murdered at any point from the exact moment *Japlan* was transmitted over the wires to unknown DEFENDANTS to the time that ANGIE ORTIZ arrived outside SAKURA HOUSE in which if PLAINTIFF had known that *Japlan* would be implemented against him, he would have gone to the Yakuza and paid them to have PLAINTIFF physically murdered so PLAINTIFF could go to heaven because PLAINTIFF can't commit suicide. That was actually

568

a distinct possibility that could have occurred because there was a period of time when PLAINTIFF'S internship started and before the first time PLAINTIFF performed cunnilingus on ANGIE ORTIZ in a drugged state where PLAINTIFF'S boss had knowledge of the Yakuza and PLAINTIFF would have bribed Otsuka-San to direct him to the Yakuza so PLAINTIFF could pay the Yakuza to physically murder PLAINTIFF before succumbing to *Japlan*.

935.   PLAINTIFF could not have conceivably gained any material benefit having been forced to be financially dependent on his parents through DEFENDANTS enslavement in which for years his parents took advantage of PLAINTIFF financially as PLAINTIFF testified to under oath in the *Chicago Cases* in his IFP Addendum. PLAINTIFF was not a very materialistic man especially after May 2010 when his house burned down and the only thing left was a couple of pages of PABLO NARUDA that survived in which somehow after PLAINTIFF left a PABLO NARUDA book on his bed, the blanket on his bed burned having formed a protective cocoon over a few pages and flew out in the yard and a bronze head of RONALD REAGAN was left in which DEFENDANTS intentionally murdered PLAINTIFF'S cat to perpetuate the RICO Enterprise against PLAINTIFF so PLAINTIFF developed even more of an appreciation that physical things burn but words and ideas do not. Furthermore, the enslavement can be seen in which PLAINTIFF documented how if the DC bubble truly valued PLAINTIFF for his insights and intelligence over the years, first he would have received a fucking paycheck by now, second, even when PLAINTIFF tried to join

the DC bubble when arguably having reached a very high personal standard in regards to analyzing law and policy in DC that gave DC a good glimpse to PLAINTIFF'S capabilities in that respect in which he was very well known in secret at the time in the DC bubble and PLAINTIFF only started to have a conception of an idea of that when he met KENNETH STARR in 2017, PLAINTIFF applied for a position in Congressional Research Services in 2017 or 2018 in which only later did PLAINTIFF find out CONGRESS used the CRS to intentionally undermine a legal claim against certain individuals when they published something that PLAINTIFF either talked about on the record in the *Chicago Cases, Louisiana Cases, and Utah Cases* or on one of his Twitter accounts.

936.    PLAINTIFF doesn't want to utilize his mother's financial support because it ties PLAINTIFF to his mother when PLAINTIFF is doing everything he can to escape his mother and it's a cruel unjust and unconstitutional manner DEFENDANTS are trying to obstruct justice by necessarily forcing PLAINTIFF to have to rely on and use his mother's credit card to escape his kidnapping.

937.    PLAINTIFF believes that the Governments of at least CANADA, GERMANY, UKRAINE, INDIA, ISRAEL, JAPAN, CHINA, RUSSIA, SOUTH KOREA, (possibly NETHERLANDS, SPAIN, UK, NEW ZEALAND, IRELAND, EL SALVADOR, MEXICO, NICARAGUA, PHILLIPINES) have at one time or another either through the United States Government's knowledge or lack of knowledge, have tampered with PLAINTIFF'S electronics in which they are of

570

the opinion and belief they have a legal right to deprive an American on American soil of fundamental Constitutional Rights (1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th) such as access to his own property stored on a cloud (that contains exculpatory evidence), access to the Courts, freedom of information, ability to mount a legal defense against allegations through websites that have not been blocked in the United States, access to bank accounts, intentionally engaging in psyops to torture and tamper with PLAINTIFF or a witness to a crime, and more. There was nothing PLAINTIFF knowingly had ever implemented or seriously planned and conspired that warranted the utilization of their National Security laws (and possibly done through their own judicial corruption) to deny an American of freedom in which PLAINTIFF never posed a threat to them; and it was ONLY until through *their own corrupt actions* that PLAINTIFF became a liability to them (i.e. a threat to themselves through their own legal wrongdoing). American international diplomacy is absolutely prohibited in allowing the United States Government to knowingly allow a foreign government to deprive an American of their fundamental constitutional and legal rights because then we become a country ruled by corruption where the US Government can hire and utilize any foreign government to tamper with a witness, torture an American, etc. etc. on American soil.

938. ALPHABET was part of the RICO pattern in which there were two payments that ALPHABET allegedly paid PLAINTIFF in 2023 that were never deposited in PLAINTIFF'S only accessible Checking at BCU (for the amounts of $315.11

and $103.48) (See: Screenshot below taken on July 30th, 2025 from Adsense) in

which PLAINTIFF has provided a detailed transaction history from his ONLY

**Jul 23, 2022 – Jul 30, 2025**    ↓  🖶

| Transaction Type | Description | Amount (USD) |
| --- | --- | --- |
| Payments | 1 Payment | −$101.74 |
| Payments | 1 Payment | −$103.48 |
| Payments | 1 Payment | −$315.11 |

ACCESSIBLE BANK ACCOUNT TO PLAINTIFF at BCU. See: Exhibit A.

Furthermore, ALPHABET was part of the conspiracy against PLAINTIFF since

on or about 2009.

939.    PLAINTIFF directs the COURT to PLAINTIFF'S Amended Complaint in the

Utah Cases that provide enough factual detail at a preponderance of the

evidence level how the ROTHSCHILDS and STATE OF ISRAEL materially

benefitted in violation of 18 USC 1962(B) and 18 USC 1962(C) and conspired

against PLAINTIFF to implement *Japlan* against PLAINTIFF in violation of 18

USC 1962 (D).

940.    PLAINTIFF will not pay fines nor any service fees because he is indebted to

the United States Government illegally in violation of RICO and is their slave.

# PART IV: KAWAII POISONED.

941.    Kawaii the Shiba Inu is PLAINTIFF'S personal service/ESA dog who is four

years old, weighs between 22-25lbs, and has been trained by PLAINTIFF for

PLAINTIFF'S psychiatric needs.

572

942. This is an emergency motion in which Kawaii Kotevski needs an emergency surgery to be done within two weeks that PLAINTIFF cannot afford right now in which if this surgery is not done Kawaii will go blind because of DEFENDANTS' intentionally poisoning Kawaii.

943. The previous paragraph is supported by the testimony of Kawaii's ophthalmologist veterinarian.

944. The irreparable injury is that if Kawaii does not receive the emergency surgery within a week (by November 6th, 2025), she will probably go blind in which her eyesight cannot be restored through any other legal motion. **See: Exhibit A.  Exhibit A sent on October 20th, 2025.**

945. The irreparable injury is that PAM BONDI and KASH PATEL continue to knowingly allow PLAINTIFF to be enslaved and aid and abet judicial corruption in which PAM BONDI has an obligation under the bar rules to report such corruption and to stop enslaving PLAINTIFF and KASH PATEL has a 13th Amendment obligation to end PLAINTIFF'S slavery.

946. There is nothing adverse to the public interest in the Court granting a TRO and a preliminary injunction in order to save the vision of a service/esa dog that was poisoned by DEFENDANTS in retaliation against PLAINTIFF for the on-going litigation against PLAINTIFF.

947. This is the third lawsuit that Kawaii Kotevski is one of the primary subjects of.

948.    Before PLAINTIFF starts this lawsuit, he wants to make a statement of the current affairs: PLAINTIFF was brought up with the proviso that everyone is equal under the law and that a Court will truly listen and never compromise on their judicial duty to decide a case fairly—it is the cornerstone of the judiciary without which it destroys society; PLAINTIFF had his character falsely impugned, judges openly cited caselaw they had every reason to believe violated RICO in order to obstruct justice and prevent PLAINTIFF from being heard, at least two judges lied under oath and made up things about PLAINTIFF, PLAINTIFF was enslaved by the judiciary, the judiciary in a lot of instances intentionally focused on trivial things with the deliberate and intentional purpose of preventing SCOTUS from ever hearing any of PLAINTIFF'S claims as a favor to SCOTUS and the WHITE HOUSE, members of CONGRESS begging the DOJ to prosecute PLAINTIFF, the judiciary setting up false allegations to allow the DOJ to go after PLAINTIFF instead of ever considering the actions of the DOJ and how they were legally served through all of this and were taking deliberate actions to undermine PLAINTIFF'S case because they knew the merits of PLAINTIFF'S case; the whole time all of this is going on PLAINTIFF takes actions to show respect to the judiciary in which the judiciary never had an interest in respecting PLAINTIFF because they are intentionally trying to send PLAINTIFF to hell when he made legal arguments that are saving his soul, maliciously using PLAINTIFF for their own nefarious purposes all the while depriving more and more Americans of their liberty because of their

corrupt decisions, exploiting the vulnerable, and so much more. All of these actions were mob justice by the Court and if the Department of War had the same integrity and love of country like they did during WWII, they would have done something by now like a peaceful version of the Battle of Athens without the weapons, but it seems DoW is in on it too.

949.    What this lawsuit is limited to--for now--is the liability of whomever caused serious conversion of Kawaii and IIED claims because of that conversion of Kawaii so that PLAINTIFF can receive the emergency money to save Kawaii's vision. HOWEVER, for jurisdictional basis and especially under FSIA, there are factual legal nexuses that PLAINTIFF has to establish to get jurisdiction over aforementioned DEFENDANTS. What are PLAINTIFF'S sole concerns right now is saving Kawaii's vision and getting the proper help PLAINTIFF desperately needs to stop the RICO Enterprise against PLAINTIFF.

**Likelihood of Success**

950.    PLAINTIFF is utilizing a tort analysis in his argument concerning violations of 42 USC 1983, 42 USC 1985(3), 18 USC 1962(D), 18 USC 242, ADA, Section 504 of the Rehabilitation Act of 1973, and 42 USC 1986 by DEFENDANTS when they poisoned Kawaii.

951.    PLAINTIFF isn't lying to save his dog's vision because telling the truth will save his dog's vision. From at least the Summer of 2015 and/or the Spring of 2017, PLAINTIFF has been of extreme interest to CONGRESS, the CIA, FBI, NSA, DHS, CISA, DoW (aka DoD), FSB/GRU, MSS, MOSSAD/IDF, the likes of

575

JAMES COMEY, CHRISTOPHER WRAY (having met him in person) ANDREW MCCABE, PETER STRZOK, WILLIAM BURNS, MERRICK GARLAND, PAM BONDI, LORETTA LYNCH, ERIC HOLDER, GINA HASPEL, MIKE POMPEO, TULSI GABBARD, KASH PATEL, DAN BONGINO, etc. and the focal point of international politics between the USA and ISRAEL, QATAR, JAPAN, SOUTH KOREA, CHINA, RUSSIA, INDIA, SERBIA, NORTH MACEDONIA, FRANCE, CANADA, UK, AUSTRALIA, and more.

952.   PLAINTIFF takes no joy in the previous paragraph.

953.   It is precisely because of the US Marshals actions in Indiana[101] and Chicago that shows their complete contempt of PLAINTIFF and how their hatred and bias of PLAINTIFF for "outrageously" exercising his 1st Amendment Rights led to Kawaii being poisoned because they could have put PLAINTIFF and Kawaii in WPS and did not when they had reason to know of the danger surrounding PLAINTIFF and Kawaii.

954.   PLAINTIFF gets told things in whispered secrets by intel or military operatives and never directly from the Court; and quite frankly that pisses PLAINTIFF off because it shows how corrupt the system is or the continued entrapment and framing of PLAINTIFF by planting false information in PLAINTIFF'S mind that he reports to the Court they know PLAINTIFF will do. PLAINTIFF was informed that PLAINTIFF'S *Iowa Cases* was corruptly dismissed because allegedly PLAINTIFF didn't allege enough about UTAH DPS

---

[101] https://youtube.com/shorts/TvyxRINo9M8

and the corruption scheme they had with unknown people in White House or DC Bubble to intentionally deprive PLAINTIFF of a driver's license solely on the basis of his disability to continue to enslave PLAINTIFF in which PLAINTIFF can't get enough information because of DEFENDANTS unlawful electronic tampering that are fraudulently concealing the material facts from PLAINTIFF that is part of the RICO Enterprise.

955.    Unknown staff members in The US District Court of Utah through retaliatory measures are intentionally preventing PLAINTIFF from saving his dog's vision and necessarily utilized corrupted evidence and furthered a RICO Enterprise against PLAINTIFF that amounts to an undue taking and more constitutional deprivations in the process in violation of 18 USC 1962(D) and 18 USC 242 and 42 USC 1985(3).

956.    The Court would seriously err in concluding that PLAINTIFF is not entitled to any damages for actual legal harms done that were done corruptly in Court in the *Corrupt Cases* and in secret by DEFENDANTS against PLAINTIFF and Kawaii since Spring 2015; if PLAINTIFF wasn't entitled, then why the corrupt coverup that violated RICO in courts?

957.    Just as a reminder, the *Corrupt Cases* should have been decided in PLAINTIFF favor by January 26th, 2024. Everything else since that time violated RICO. By the way, the continuation of a RICO Enterprise against PLAINTIFF and equitable tolling allow PLAINTIFF to bring up any MOTION OF DEFAULT from any case in the Corrupt Cases because the harm is still

ongoing and the decisions were improperly decided to obstruct justice. Any timing or statute of limitations issues are null and void because any timing or statute of limitations issues inherently presume a valid and legal decision was made whereas in PLAINTIFF'S case the timing and statute of limitations issues begin only when the RICO Enterprise against PLAINTIFF ends; put in other way, the PLAINTIFF'S ability to file the Motion of Default doesn't cease when the decisions made fell outside the scope of judicial duty as they did in PLAINTIFF'S case.

958.    Continuing the previous paragraph, PLAINTIFF based on the Court's corruption is free to pick and choose which parts of the Motion of Default he seeks to enforce; for example, in the Louisiana Cases, the figure of $10 Billion USD, the Chicago Cases, 10 new Boeing 787s, 10 new Boeing 737s, and 6 fully armed apache helicopters, (which is perfectly allowed by his Rule 55A Motion), additional aircraft from listed airline DEFENDANTS, etc.

959.    **Out of any human decency remaining in the judiciary or any of the DEFENDANTS, PLAINTIFF is begging on his knees to at least rule in his favor to save Kawaii's vision.**

960.    So PLAINTIFF doesn't truly know the extent of doublespeak and just how long he was of interest to SCOTUS and the DC Bubble, but PLAINTIFF is going to apologize to SAMUEL ALITO. PLAINTIFF is sorry if he misconstrued City and County of S.F. v Sheehan as being a hit against PLAINTIFF in which PLAINTIFF cannot adequately apologize for the damage done to the judiciary; it

578

was in the realm of possibility after learning DC doublespeak and PLAINTIFF did it out of a place of extreme hurt in which it was probably India or Israel that implemented *Japlan* against PLAINTIFF.  PLAINTIFF'S fraudulent wife or fraudulent legal guardian allowing a fraudulent marriage to continue is allowing for immense harm to continue against PLAINTIFF. If it was a justified legal hit against PLAINTIFF that was done in Star Chambers, PLAINTIFF doubles down on his claims of an absolutely corrupted judiciary that needs to reestablish its integrity.

961.   Through the four years of being in PLAINTIFF'S life, Kawaii Kotevski has shown more unconditional and true love THAN ANYBODY ELSE IN THE ENTIRETY OF PLAINTIFF'S LIFE has ever done; and PLAINTIFF would rather kill himself than ever poison Kawaii Kotevski for any purposes because that unconditional love is just that much more valuable than BILLIONS of DOLLARS ever could be. Anyone who bugged the VW Tiguan and recorded PLAINTIFF on the night Kawaii got poisoned knows that to be true.

962.   To the best of his current knowledge, based on the actions of Hunter Biden, PLAINTIFF alleges that he is under a fraudulent legal guardianship or has a fraudulent legal wife; it is precisely because the actions PLAINTIFF is undertaking that shows the psychopathic parasitic nature of PLAINTIFF'S *fraudulent legal guardian or fraudulent legal wife* who never had PLAINTIFF'S legal interests or any of PLAINTIFF'S interests in mind and heart and is just one more of many instances that spanned over the last 10 years where

PLAINTIFF was taken advantage of financially because if they had provided any contact information, PLAINTIFF would have talked to his fraudulent wife or fraudulent legal guardian to get the money to pay for Kawaii's Emergency surgery NOW. PLAINTIFF attempted to call HUNTER BIDEN and he refused to contact PLAINTIFF in return showing the complicity in the 18 USC 1962(D) conspiracy against PLAINTIFF.

963.   HUNTER BIDEN of course being the individual that made PLAINTIFF sign paperwork that most likely than not gave rise to the fraudulent wife or fraudulent legal guardianship that is now in place that PLAINTIFF cannot free himself from their perpetual enslavement.

964.   On or about January or February 2024, PLAINTIFF has testified under oath for multiple medical needs of Kawaii in cases such in the *Chicago Cases* that concerned her dry skin and getting apoquil. Besides some dry skin issues, Kawaii had no other major medical issues prior to May 24th, 2025.

965.   Prior to May 24th, 2025, PLAINTIFF was a habitual visitor to the local dog park so that Kawaii could socialize and exercise and be a healthy dog.

966.   On or about May 24th, 2025, PLAINTIFF started writing a PETITION to the Supreme Court of the United States of America (hereon: *SCOTUS Petition*).

967.   PLAINTIFF finished drafting his SCOTUS Petition on June 3rd, 2025, which was approximately 797 pages long.

968.   PLAINTIFF recently at the time of this filing sent another Supreme Court Petition he drafted called *Emergency SCOTUS Petition.*

969. PLAINTIFF spent more time inside than usual between May 24th, 2025 and June 3rd, 2025 in which he decreased the amount of time PLAINTIFF and Kawaii spent at the dog park on those days.

970. On or about May 30th, 2025, Kawaii had a catastrophic medical emergency that started at the dog park.

971. PLAINTIFF alleges that unknown conspirators between May 25th, 2025 and May 30th, 2025, conspired to poison Kawaii at the dog park and an unknown co-conspirator through fraud and trickery administered poison to Kawaii sometime between May 25th, 2025 through May 31st, 2025 at the Dog Park in St. George, UT.

972. Unknown coconspirator was bribed to cross state lines to further the 18 USC 1962(D) and 42 USC 1985(3) conspiracy against PLAINTIFF through intentionally poisoning Kawaii in which he or she was paid either in May or June 2025 to do so.

973. The 18 USC 1962(D) conspiracy to poison Kawaii was done through the wires by unknown DEFENDANTS sometime between May 15th, 2025 through May 29th, 2025.

974. US DEFENDANTS allowing Kawaii to be poisoned whether through their own negligence or intentionally poisoning her constituted an undue taking of PLAINTIFF'S property in violation of PLAINTIFF'S 5th Amendment Rights.

975.   DEFENDANTS poisoning Kawaii was Free Speech retaliation that violated the 1st Amendment in which that retaliation constituted an undue taking under the 5th Amendment

976.   Through May 24th, 2025 and May 30th, 2025, the unknown agents FBI knew PLAINTIFF was writing SCOTUS Petition.

977.   In the alternative, Through May 24th, 2025 and May 30th, 2025, the unknown actors at FSB/GRU conspired to poison against PLAINTIFF for demanding the oil deal.

978.   On or about May 30th, 2025, Kawaii and PLAINTIFF spent no more than 15 minutes in the afternoon visit at the dog park.

979.   Shiba Inus are originally from the mountains of Japan in which during the Summer, the temperatures can exceed 90 Fahrenheit.

980.   For approximately four years besides a trip to Iceland and Colorado to the best of PLAINTIFF'S recollection, Kawaii and PLAINTIFF have been inseparable and PLAINTIFF has come to learn Kawaii's characteristics, especially her normal body temperature.

981.   On or about May 30th, 2025, PLAINTIFF realized the medical emergency Kawaii was having and he brought her immediately home.

982.   On or about May 30th, 2025, once back at PLAINTIFF'S home, PLAINTIFF noted the characteristics of a poison that directly afflicted Kawaii's Central Nervous System: shortness of breath, muscle spasms and muscle weakening, elevated body temperatures, disorientation, hiding in pain.

983. On or about May 30th, 2025, even after giving Kawaii a cold shower, her body temperature was still much hotter than normal.

984. On or about May 30th, 2025, after conducting a Google search to see which veterinarians had overnight emergency rooms in St. George, UT, PLAINTIFF was led to believe that the only one that provided overnight emergency services was Southwest Animal Emergency Clinic.

985. On or about May 30th, 2025, PLAINTIFF rushed Kawaii to the Southwest Animal Emergency Clinic and the Emergency Room therein (hereon: Dog ER).

986. Due to the fact that there were at least two dogs ahead of Kawaii when PLAINTIFF reached the Dog ER, PLAINTIFF realized there was some time he was going to have to wait; due to DEFENDANTS corruption, war crimes, and torture that took place since at least Spring 2015, PLAINTIFF was compulsed into drafting even more in his SCOTUS Petition and had to go back home and retrieve his laptop. In what can only be described as a complete autistic meltdown, PLAINTIFF drawing that line between not trying to worry Kawaii and being autistically overstimulated, kept yelping, shouting "I have to work", yelling, and crying on the way back and forth between his home and the DOG ER.

987. There existed an 18 USC 1962(D) and 42 USC 1985(3) conspiracy between unknown co-conspirators working on behalf of DEFENDANTS and currently unknown staff members at Southwest Animal Emergency Clinic to intentionally lie about the nature of Kawaii's visit to obstruct justice.

988. Unknown staff members at Southwest Animal Emergency Clinic were bribed with unknown amounts of cash to further the 18 USC 1962(D) and 42 USC 1985(3) conspiracy against PLAINTIFF either in May or June 2025 by unknown coconspirators.

989. Even when PLAINTIFF tried to explain to unknown staff at Southwest Animal Emergency Clinic that at one time Kawaii's body temperature was recorded at 96 Fahrenheit by the Animal Hospital of Gurnee, unknown staff members refused to document that Kawaii's body temperature was higher than normal.

990. Through a habitual pattern of fraudulent medical practices that marred the RICO Enterprise PLAINTIFF complained about in the *Corrupt Cases*, that pattern continued in which unknown Southwest Animal Emergency Clinic staff members intentionally lied to PLAINTIFF about Kawaii's body temperature and lied on the paperwork about Kawaii's body temperature because one of the most provable signs of being poisoned is a rise in body temperature and that was done to obstruct justice and to further the conspiracy to falsely disprove PLAINTIFF'S allegations she was poisoned on or about May 30th, 2025.

991. Furthermore, on October 25, 2025, staff from Southwest Animal Emergency Center on a phonecall with PLAINTIFF confirmed that PLAINTIFF'S and Kawaii's file was altered, which is a common occurrence in the RICO Enterprise against PLAINTIFF.

992.    PLAINTIFF did not include Eye Care For Animals as a DEFENDANT because that is the only veterinarian that can provide the surgery to save Kawaii's vision.

993.    Dr. Neal Wasserman refused to believe any of the facts that PLAINTIFF articulated to him that seriously would have called into question his false prognosis of Heat Stroke.

994.    Dr. Neal Wasserman told PLAINTIFF that sudden development of glaucoma could be in response to a trauma. Kawaii developed Glaucoma because she was poisoned by DEFENDANTS. Period.  When and during most of the visit to the Dog ER, Kawaii did not have any glaze over her eyes and that can be proven by the following pictures of Kawaii in the Dog ER on or about May 30th, 2025





995. **Kawaii's glaucoma started in just her right eye. There was a period of time after June 1st, 2025 where her left eye did not have glaucoma but her right eye did. Text messages between family members prove PLAINTIFF was concerned with KAWAII'S EYE (Singular) and not her EYES (Plural).**

996. PLAINTIFF is summarizing Sherlock Holmes when he said if you eliminate all other possibilities, the only remaining possibility is typically the answer and this is the truth in regards to Kawaii being poisoned on or about May 30th, 2025:

   a. Heat Stroke is an impossibility because Shibas don't get heat stroke being outside in weather that is around 90 Fahrenheit for less than 20 minutes.

   b. Kawaii is anything but a fat shiba inu and her going blind is not attributable to diabetes.

   c. Variation in altitude is not a culprit because Shiba Inus were bred in the mountains of Japan where there is a variation of elevation that could cause an issue.

   d. True in life there are things that happen when there is a less than 5% chance of it happening which is the same amount that CHRIS SMITH gave the likelihood of Kawaii developing glaucoma based on her genetic breed and current health at the time, but that is _natural onset_ glaucoma where Kawaii's glaucoma developed only after she exhibited the signs of being poisoned on May 30th, 2025. Furthermore, no way it

is the biggest coincidence in the world that on the day after Kawaii got poisoned then, and only then, she started to develop glaucoma independent of the poisoning.

e. True, the National Shiba Club of America has an article about Shiba Inu's propensity in having Glaucoma.[102] HOWEVER, there is this line from that article: "SECONDARY **GLAUCOMA can happen in just one eye and be the result of injury** due to inflammation or growths. Kawaii's poison caused inflammation." This matches perfectly with the facts of what happened.

    i. This actually makes the poisoning more malicious and heinous in nature. DEFENDANTS poisoned Kawaii had the knowledge of Shiba's propensity in having glaucoma and took the time to look up Shiba's weaknesses. They intentionally selected a poison that if it did not kill her, it would cause her to have that much harder of a life for the rest of her life and go blind based on Shiba's propensity to develop Glaucoma.

f. CHRIS SMITH DVM is the veterinarian that affirmed PLAINTIFF'S observations.

997. The Southwest Animal Emergency Clinic admitted on October 25, 2025 to having had altered in some way PLAINTIFF'S file from the day and night Kawaii got poisoned in late May 2025.

---

[102] https://www.shibas.org/newstand/glaucoma.html

998.   The previous paragraph is an ongoing RICO pattern per the *Corrupt Cases*.

999.   PLAINTIFF went on Google and went through his search history to find the exact date only for unknown DEFENDANTS to have deleted all the search history relating to the incident.

1000.  The previous paragraph is an ongoing RICO pattern per the *Corrupt Cases*.

1001.  Besides death, there is no greater intentional infliction of emotional distress between man and his dog than the intentional infliction of harm upon a dog because of corrupt acts where one spoke the truth. What made it so much worse and vile was the fact that Kawaii was progressively losing her sight because of the evils of an intelligence agency. PLAINTIFF had a tradition where he went outside with Kawaii every morning for 3 years whether it be rain, snow, heat, or perfect weather to go play fetch outside and that tradition ceased when Kawaii no longer wanted to go outside and do the morning tradition and at times had hard time finding the ball or toy. It was extremely emotionally vexing to go back to the dog park where Kawaii prior to being poisoned loved to play with other dogs only for her to be too scared to play with other dogs after being poisoned, too scared to leave the immediate vicinity of PLAINTIFF, and while holding Kawaii in his arms sitting on a bench at the dog park watching Kawaii look out to the rest of the park in which PLAINITIFF knew that Kawaii could not see the other dogs that were playing so well. It broke PLAINTIFF'S heart to take Kawaii back to one of her favorite spots in Utah after being poisoned, Sandy

Hollow State Park, in which PLAINTIFF observed that Kawaii no longer visually recognized where she was at and she could no longer play in the water.

1002.  But the worst fucking feeling that is so extremely and profoundly emotionally upsetting and horrific to PLAINTIFF is that everyday when Kawaii unconditionally and lovingly looks to PLAINTIFF showing just how much she loves PLAINTIFF, PLAINTIFF sees the glaze of maliciously corrupted poisoning over her eyes with her recognition and understanding **that as she gets more and more blind that the only thing she wants to see on this earth is PLAINTIFF** and that PLAINTIFF can't do anything to save her vision precisely because of DEFENDANTS CONTINUED maliciously psychopathic corrupt acts enabled by the Court as a form of retaliation against PLAINTIFF who are intentionally enslaving PLAINTIFF.

1003.  The previous paragraph constitutes cruel and unusual punishment under the 8th Amendment by the complete indifference by American DEFENDANTS who all had an affirmative obligation to end PLAINTIFF'S slavery and not retaliate against PLAINTIFF during the *Corrupt Cases*.

1004.  Because Kawaii's poisoning is part of a pattern under the *Corrupt Cases*, PLAINTIFF provided argument as to why foreign governments listed as DEFENDANTS are subject to the Court's jurisdiction because FSIA allows jurisdiction for violations of RICO by government actors working on behalf of the foreign government.

1005. The State of Israel through their employees, contractors, mercenaries, etc. directed their activities to Utah and committed legal harms in Utah by poisoning Kawaii on or about May 30th, 2025.

1006. In the alternative, to retaliate against PLAINTIFF for making the ROTHSCHILDS liable to billions of dollars and more litigation, the State of Israel through an agent in the IDF or MOSSAD poisoned Kawaii on or about May 30th, 2025. Furthermore, this wouldn't be the only plot against PLAINTIFF because ISRAEL had a part in the internment of PLAINTIFF from late August 2025 which 6 million of their ancestors frown down upon because it was apparently not a lesson learned.

1007. In the alternative, Unknown British Intelligence. directed their activities to Utah and committed legal harms in Utah by poisoning Kawaii on or about May 30th, 2025 because of the ongoing lawsuits in Court against them because they are liable for numerous legal harms and are protecting the ROTHSCHILDS.

1008. In the alternative, Unknown Indian Intelligence officers, employees, subcontractors, mercenaries, etc. directed their activities to Utah and committed legal harms in Utah by poisoning Kawaii on or about May 30th, 2025 because of the ongoing lawsuits in Court against them because they are liable for numerous legal harms and/or are protecting the ROTHSCHILDS.

1009. Unknown current or former employees of DEA, FBI, CIA, NSA, DOJ, WHITE HOUSE, or DoD and a combination of one or more of the following KASH PATEL, DAN BONGINO, JOHN RATCLIFFE, PAM BONDI, VANITA GUPTA,

591

LISA MONACO,  MERRICK GARLAND, MICHAEL ELLIS, DUSTIN J. GARD-WEISS, PETE HEGSETH, TULSI GABBARD, WILLIAM J. HARTMAN, SHEILA THOMAS, JOSEPH FRANCESCON, CHRISTINE ROMAN, Maj. Gen. Matteo Martemucci, CMSgt Kenneth M. Bruce, Jr., TRICIA MCLAUGHLIN, KRISTI NOEM, TROY EDGAR, CHRISTOPHER C. PRATT, JOSEPH N. MAZZARA, BENJAMINE C. HUFFMAN, TODD M. LYONS, GADYACES S. SERRALTA, STEPHANIE CREASY, PETER MARKETOS, CHARLOTTE LUCKSTONE, HOLLEY O'BRIEN.  had reason to know 1) PLAINTIFF was in danger because of his activities; 2) had reason to know the reprisal against PLAINTIFF by DEFENDANTS would be severe in PLAINTIFF'S mind in which it was foreseeable that Kawaii would be attacked by DEFENDANTS; 3) either intentionally allowed, intentionally did,  or were so negligent as to stop any harm against PLAINTIFF and Kawaii; 4) through a conspiracy against PLAINTIFF, directed their activities to Utah and committed legal harms in Utah by poisoning Kawaii on or about May 30th, 2025 because of the ongoing lawsuits in Court against them as a retaliatory or coercive measure because they are liable for numerous legal harms and/or are protecting the ROTHSCHILDS.

1010.  BUT FOR Unknown current or former employees of DEA, FBI, CIA, NSA, DOJ, WHITE HOUSE, or DoD and a combination of one or more of the following KASH PATEL, DAN BONGINO, JOHN RATCLIFFE, PAM BONDI, VANITA GUPTA, LISA MONACO,  MERRICK GARLAND, MICHAEL ELLIS, DUSTIN

J. GARD-WEISS, PETE HEGSETH, TULSI GABBARD, WILLIAM J. HARTMAN, SHEILA THOMAS, JOSEPH FRANCESCON, CHRISTINE ROMAN, Maj. Gen. Matteo Martemucci, CMSgt Kenneth M. Bruce, Jr., TRICIA MCLAUGHLIN, KRISTI NOEM, TROY EDGAR, CHRISTOPHER C. PRATT, JOSEPH N. MAZZARA, BENJAMINE C. HUFFMAN, TODD M. LYONS, GADYACES S. SERRALTA, STEPHANIE CREASY, PETER MARKETOS, CHARLOTTE LUCKSTONE, HOLLEY O'BRIEN direct inaction despite having the complete knowledge of PLAINTIFF'S enslavement and had they taken any remedial measures to save PLAINTIFF from his enslavement, Kawaii would not have been poisoned.

1011. The administrative requirements FTCA doesn't apply because *it is an emergency situation* and because of the current government shutdown.

1012. In the alternative, Unknown Chinese Intelligence officers, employees, subcontractors, mercenaries, proxies, etc. directed their activities to Utah and committed legal harms in Utah by poisoning Kawaii on or about May 30th, 2025 because of the ongoing lawsuits in Court against them because they are liable for numerous legal harms.

1013. Kawaii's Veterinarian in Las Vegas affirmed many of PLAINTIFF'S observations.

1014. The Las Vegas Veterinarian gave an estimate of $13,500 for an emergency surgery that will save Kawaii's vision.

1015.  Because the poisoning of Kawaii was done through intentional violations of RICO such as 18 USC 1962(D), treble damages apply. The approximate cost for the corrective surgery is $13,500 and treble damages on that amount to a total of $40,500.

1016.  Because of the bond between Kawaii and PLAINTIFF and DEFENDANTS necessarily knowing that Kawaii is all PLAINTIFF really has at the moment, they knew the emotional toil of seeing his dog in tremendous pain on the night of being poisoned and the emotionally devastating consequences of her losing some of her eye sight as a dog-father that loves his dog is particularly outrageous conduct therefore the base amount of $35,000 is justified but is at least $500,000 because it was that upsetting to PLAINTIFF.

1017.  Based on the two previous paragraphs, the amount of $75,500 exceeds diversity threshold.

1018.  Before the Court even goes there. From at least October 20th, 2023, PLAINTIFF has told the DOJ who then subsequentially told the FBI that PLAINTIFF'S electronics are tampered with. PLAINTIFF has watched in horror that whenever he knows based on his memory that was still good he went looking for evidence to affirm what PLAINTIFF talked about before or talked herein such as Alphabet (in which PLAINTIFF has no idea how the hackers are gaining access and why Alphabet continues to intentionally allow the RICO Enterprise to continue), evidence has routinely been deleted; and with each piece of evidence disappearing, PLAINTIFF'S life and memories disappear further

into a haze of PTSD and Depression. PLAINTIFF warned numerous Courts since January 2024 about this problem only to be intentionally ignored in order to obstruct justice because the natural and probable consequence of deletion of evidence in favor of PLAINTIFF in Court is the DEFENDANTS winning since PLAINTIFF no longer possesses the evidence and at least the FBI, DHS, NSA, CISA, CIA, and DoD collectively refuse to turn it over as well. PLAINTIFF has done the best he could with what was available to him despite the RICO Enterprise's best efforts otherwise.

1019.   The fact remains everyone in the DOJ, American Intelligence, and the Department of War leadership knows just how much Kawaii means to PLAINTIFF through 4 years of intensive surveillance and not one called PLAINTIFF or contacted PLAINTIFF and gave $13,500 out of their secret slush fund that they all have and have access to said funds to save Kawaii's vision to show any good will or faith with PLAINTIFF. None have contacted PLAINTIFF. None have provided funds to save Kawaii's vision. The same goes for Russia, India, Israel, UK, Canada, China, Japan, Qatar, et al. Actions speak louder than words.

1020.   None of the American DEFENDANTS listed are entitled to qualified immunity. *See: In Re: Milan Michael Kotevski*. 25-2829 (8th Circuit) 2025 SCOTUS Petition because it is mob justice by all three branches of government against an American and there is no immunity for that.

1021. American DEFENDANTS through their deliberate and intentional indifference to Kawaii's poisoning and by not taking any prior mitigation measures prior to May 30th, 2025 in regards to PLAINTIFF'S slavery violated 42 USC 1986.

1022. Poisoning Kawaii constituted witness tampering because a service/esa dog is inseparable from their owners and it is the same as though DEFENDANTS had poisoned PLAINTIFF themselves.

1023. This is just a continued onslaught of terrorism by DEFENDANTS committed against their own people or the US Govt allows terrorism against their own citizens to take place.

1024. Poisoning or a US government actor intentionally allowing a service/esa dog to be harmed or poisoned is a violation of Section 504 of the Rehabilitation Act of 1973 and the ADA because it obviously denies proper accommodations anywhere and is so blatantly obvious that it violates the ADA and Section 504.

1025. Yes KASH PATEL, DAN BONGINO, JOHN RATCLIFFE, PAM BONDI, VANITA GUPTA, LISA MONACO,  MERRICK GARLAND, MICHAEL ELLIS, DUSTIN J. GARD-WEISS, PETE HEGSETH, TULSI GABBARD, WILLIAM J. HARTMAN, SHEILA THOMAS, JOSEPH FRANCESCON, CHRISTINE ROMAN, Maj. Gen. Matteo Martemucci, CMSgt Kenneth M. Bruce, Jr., TRICIA MCLAUGHLIN, KRISTI NOEM, TROY EDGAR, CHRISTOPHER C. PRATT, JOSEPH N. MAZZARA, BENJAMINE C. HUFFMAN, TODD M. LYONS, GADYACES S. SERRALTA, STEPHANIE CREASY, PETER MARKETOS,

CHARLOTTE LUCKSTONE, HOLLEY O'BRIEN violated ADA and Section 504 as they continue to enslave PLAINTIFF and allowed Kawaii to be poisoned because as SCOTUS said in *Alexander v. Choate,* 469 U.S. 287 (1985): "Discrimination against the handicapped was perceived by Congress to be most often the product, not of invidious animus, but rather of thoughtlessness and indifference -- of benign neglect. Thus, Representative Vanik, introducing the predecessor to § 504 in the House, described the treatment of the handicapped as one of the country's "shameful oversights," which caused the handicapped to live among society "shunted aside, hidden, and ignored."

1026.  KASH PATEL, DAN BONGINO, JOHN RATCLIFFE, PAM BONDI, VANITA GUPTA, LISA MONACO,  MERRICK GARLAND, MICHAEL ELLIS, DUSTIN J. GARD-WEISS, PETE HEGSETH, TULSI GABBARD, WILLIAM J. HARTMAN, SHEILA THOMAS, JOSEPH FRANCESCON, CHRISTINE ROMAN, Maj. Gen. Matteo Martemucci, CMSgt Kenneth M. Bruce, Jr., TRICIA MCLAUGHLIN, KRISTI NOEM, TROY EDGAR, CHRISTOPHER C. PRATT, JOSEPH N. MAZZARA, BENJAMINE C. HUFFMAN, TODD M. LYONS, GADYACES S. SERRALTA, STEPHANIE CREASY, PETER MARKETOS, CHARLOTTE LUCKSTONE, HOLLEY O'BRIEN continue to allow foreign or friendly--hostile constitutionally--intelligence services to violate PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, 14th Amendment Rights because that is not allowed under the framework stipulated by JUSTICE JACKSON'S Concurrence in *Youngstown Sheet & Tube Co. v. Sawyer*, 343 U.S. 579 (1952).

1027. The President and CIA has no legal authority to intentionally violate the Constitutional Rights of PLAINTIFF, an American and Serbian citizen, because that is not allowed under the framework stipulated by JUSTICE JACKSON'S Concurrence in *Youngstown Sheet & Tube Co. v. Sawyer*, 343 U.S. 579 (1952).

1028. The President and CIA can't torture an American on American soil because of the intentional harm they put PLAINTIFF, an American citizen, in on purpose because the Court would be allowing the CIA to torture Americans on American soil because of the CIA incompetence, reckless disregard for the law, and malice which is not allowed under the framework stipulated by JUSTICE JACKSON'S Concurrence in *Youngstown Sheet & Tube Co. v. Sawyer*, 343 U.S. 579 (1952); furthermore, the CIA is not above RICO and the Constitution and national security does not rank more supreme than RICO and the Constitution. See: *Sweezy v. New Hampshire, BY WYMAN, Attorney General*, 354 U.S. 234 (1957)(All political ideas cannot and should not be channeled into the programs of our two major parties. SCOTUS finding "We _do **not now conceive of any circumstance**_ wherein a state interest would *justify infringement* of rights in these fields" in regards to self-preservation of government to restriction of fundamental liberties). This is specific to poisoning Kawaii and the series of incidents that took place in Colorado in late August/early September 2025 in which the CIA allowed the Mossad/IDF to participate in unconstitutionally.

1029. If discovery is allowed, which PLAINTIFF doesn't want because he just wants to save the vision of Kawaii, discovery will prove PLAINTIFF correct

about DOJ, FBI, CIA, NSA, BEN NETANYAHU, MOSSAD, IDF, 5 EYES, KASH PATEL, DAN BONGINO, JOHN RATCLIFFE, PAM BONDI, VANITA GUPTA, LISA MONACO,  MERRICK GARLAND, MICHAEL ELLIS, DUSTIN J. GARD-WEISS, PETE HEGSETH, TULSI GABBARD, WILLIAM J. HARTMAN, SHEILA THOMAS, JOSEPH FRANCESCON, CHRISTINE ROMAN, Maj. Gen. Matteo Martemucci, CMSgt Kenneth M. Bruce, Jr., TRICIA MCLAUGHLIN, KRISTI NOEM, TROY EDGAR, CHRISTOPHER C. PRATT, JOSEPH N. MAZZARA, BENJAMINE C. HUFFMAN, TODD M. LYONS, GADYACES S. SERRALTA, STEPHANIE CREASY, PETER MARKETOS, CHARLOTTE LUCKSTONE, HOLLEY O'BRIEN,et al's knowledge about PLAINTIFF and knowledge of PLAINTIFF'S enslavement which is not in dispute.

1030.  In the alternative, after American & Israeli DEFENDANTS learned the Court would take no action against DEFENDANTS if they retaliated against him in the middle of litigation like they did when PLAINTIFF requested a non-corrupt new judge in the *Louisiana Cases*, aforementioned DEFENDANTS retaliated or Russian/FSB/GRU retaliated against PLAINTIFF when PLAINTIFF "flipped the script" on the false allegations of PLAINTIFF being a terrorist when PLAINTIFF filed his case in Iowa and showed how he was a victim of domestic terrorism and chose to poison Kawaii as a form of retaliatory measure for such.

1031. Therefore, DEFENDANTS through their actions of allowing Kawaii to be poisoned thereby aiding and abetting a RICO Enterprise against PLAINTIFF, refusing to help get Kawaii surgery (violation of 42 USC 1986) or informing PLAINTIFF of the plot, and/or poisoning Kawaii thereby violating RICO violated 18 USC 1962(D) in addition to violating 42 USC 1983, 42 USC 1985(3), 42 USC 1986, 18 USC 242, 8th Amendment, Section 504, and the ADA.

1032. Therefore, based on the aforementioned, the likelihood of success is extremely strong that Kawaii is entitled to immediate funds for an emergency surgery.

1033. Simply, But For PLAINTIFF'S enslavement and American Intel or other DEFENDANTS' malice since on at least January 9th, 2024, none of this would have happened.

1034. In the alternative, ISRAEL poisoned Kawaii; PLAINTIFF doesn't say this out of any antisemitic animus or bias because PLAINTIFF doesn't have any antisemitic animus or bias.

1035. Every day for the last 4 years--whether it be rain, shine, arctic temps with the windchill, etc.—KAWAII and PLAINTIFF had a morning tradition of playing fetch. On September 6th, 2025, PLAINTIFF attempted to do the morning tradition with KAWAII but KAWAII kept making gestures over her one remaining functioning eye that hasn't been lost to cataracts yet like she was begging "please daddy remove this milky thing that is starting to form in my eyes so we can play and do our morning tradition because I love you and you understand what is going on with me." KAWAII doesn't understand the cruelty

600

and sadism in the world that "daddy can't remove it" because he doesn't have the money for cataract removal after being enslaved by DEFENDANTS and numerous corrupt judges who refuse to end PLAINTIFF'S slavery or Russia via FSB/GRU, USA via CIA, FBI, or DoD, Israel via MOSSAD/IDF, MSS/CHINA, any 5 Eyes agency, or a combination thereof deceiving PLAINTIFF into believing he is in Court when he is not.

# SECTION VII: MISCELLANEOUS THINGS.

1036.  What PLAINTIFF learned in the whole ordeal is that he was pretty much recorded (both visually and audibly) at all times in his life. Yet at no time did any exculpatory evidence relating to anything in PLAINTIFF'S life ever manifest themselves in Court or anywhere else and DEFENDANTS had a purpose in mind to never allow the Court to see any exculpatory evidence in regards to PLAINTIFF. PLAINTIFF has hard drives and cell phones that contain years of exculpatory evidence and PLAINTIFF begged the Court to get the metadata that would prove PLAINTIFF correct here and the Court is not interested. This was part of the pattern of constitutional deprivations by DEFENDANTS in furthering the RICO Enterprise against PLAINTIFF.

1037.  That brings up another point: PLAINTIFF has foreign spies he has no idea what country they represent follow PLAINTIFF wherever he goes; the same applies to an unknown cartel, the same applies to CIA and FBI; yet with everyone's eyes on PLAINTIFF, PLAINTIFF has never felt more alone in his life because even if some are there to protect PLAINTIFF, most are there for malicious purposes.

1038.  Then even if PLAINTIFF attempts to do good things or act socially, DEFENDANTS are there to put a stop to it and negatively reinforce such as did the Iowa State Trooper when PLAINTIFF went to the car show. For DEFENDANTS to know how routinely lonely and isolated autistic individuals are and do the exact opposite things that would cause us to continue to be

602

maliciously under their malicious surveillance shows a conflict of interest really because it is not in the interests of safety or the community for law enforcement to reinforce negative behavioral traits which will only cause more problems later.

1039. For example, PLAINTIFF wants the metadata and truthful unedited video from inside Drake University Law School today to make itself known that happened between 10am and 12pm and all emails sent to any school administrators by DEFENDANTS within the last week.

1040. PLAINTIFF called the DOJ, specifically their FCTA section, and left a voicemail.

1041. PLAINTIFF filled out a FCTA claim against the VA just in case THAO BUI enlisted PLAINTIFF as a service member in May 2016 in which PLAINTIFF was of course glad and happy to ensure the proper allocation of funds for disabled vets on college campuses that he wrote in the book in 2016.

1042. PLAINTIFF also filed a FCTA claim against DHS.

1043. PLAINTIFF'S FCTA claims are pending.

1044. PLAINTIFF based on the record presumes the soul is not going to be discussed in an administrative proceeding allegedly required under FCTA

1045. **MAIN POINT: DEFENDANTS between the dates of August 16th, 2025 through now violated at least: 18 USC 1959; PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights, Title VI, ADA, Section 504 of the Rehabilitative Act of 1973, violated RICO in the**

603

following ways: 18, United States Code: Section 201 (relating to bribery), section 659 (relating to theft from interstate shipment) if the act indictable under section 659 is felonious, sections 891–894 (relating to extortionate credit transactions), section 1028 (relating to fraud and related activity in connection with identification documents), section 1029 (relating to fraud and related activity in connection with access devices), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344 (relating to financial institution fraud), section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), section 1542 (relating to false statement in application and use of passport), section 1543 (relating to forgery or false use of passport), section 1544 (relating to misuse of passport), section 1546 (relating to fraud and misuse of visas, permits, and other documents), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section

604

**1953 (relating to interstate transportation of wagering paraphernalia), section 1955 (relating to the prohibition of illegal gambling businesses), section 1956 (relating to the laundering of monetary instruments) (PLAINTIFF being transferred place to place as stolen property is like money laundering in which there was an active conspiracy to conceal PLAINTIFF and further his enslavement), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), section 1960 (relating to illegal money transmitters), sections 2314 and 2315 (relating to interstate transportation of stolen property), sections 2421–24 (relating to white slave traffic), sections 175–178 (relating to biological weapons), sections 229–229F (relating to chemical weapons), any act that is indictable under any provision listed in section 2332b(g)(5)(B).**

1046. To SAVE THE US, this is an alternate theory for liability purposes. China and Russia, maybe Cuba, Iran, and Venezuela, all became heavily invested in PLAINTIFF because PLAINTIFF is SERBIAN and SERBIA is allies with all of those nations. PLAINTIFF is literally a monkey-in-the-middle. Intelligence services were interested in PLAINTIFF probably though PLAINTIFF is still unsure of such PLAINTIFF just knows that his mother and/or father at one time or another worked with at least one of those countries as a spy for them (if PLAINTIFF had to guess it was in the 1980s because there are times that

605

PLAINTIFF'S parents cannot account for their whereabouts or what they were actually doing in the 1980s) or they furthered those aforementioned countries' means and goals by being in a cartel through whatever purposes those countries saw fit, etc. PLAINTIFF had to deduce from ANDREW MCCABE'S book RUSSIAN hackers installed malware in PLAINTIFF'S laptop in which discussions with Warwick were given to FSB/GRU (on top of FBI and CIA not knowing the Russians hacked PLAINTIFF'S laptop ;) not really they knew) which they utilized.

1047. In an alternate theory that PLAINTIFF has included on the record: SpiceJET and India are primarily responsible in which Japan aided and abetted because PLAINTIFF was connected to SpiceJET (see: Chicago Cases. Complaint. Attachment A. Miki's Tea Party) and as a favor to Hillary Clinton who was funded by the ROTHSCHILDS implemented Japlan against PLAINTIFF in which they utilized a JET AIRWAYS phone APP in part to implement Japlan against PLAINTIFF.

1048. MOSSAD and ISRAEL do have a part involved in this. PLAINTIFF would like the opportunity to clear their name if they had no part in Japlan or anything thereafter, but PLAINTIFF is of the belief they did have a part in Japlan and did things against PLAINTIFF after Japlan was implemented.

1049. If none of the causes of actions are valid, then PLAINTIFF brings forth his manner of presenting his claims to free himself from slavery, damage to

PLAINTIFF'S soul, mind, and body, and be compensated at least with 5 ex-AA Airbus A330-200 (and their refurbishment) non-taxable ever, Pathfinder Ranch with 11,111 x 200ft runway with no federal taxes on it ever, Oil Deal/Rare Earth Metal Deal, and $3 Billion USD to the Court with *FULTON v. FULTON COUNTY BOARD OF COMMISSIONERS, No. 22-12041, 11th Circuit (2025)* in which the Court held as it relates to HABEAS CORPUS (PLAINTIFF brings his body as a slave to be free) and the TAKINGS CLAUSE that "even if Congress doesn't legislate a procedure by which a person can obtain one of these remedies, the Constitution's promise is not illusory. A person can bring a case directly invoking either constitutional remedy" and his previous arguments.

1050.  That there exists a notion and practice of hiring individuals in the DC elite/bubble that have intentionally committed RICO violations against American citizens and are hired to protect them from liability because they still have qualified immunity if they are current US Federal Government employees in which that is unconstitutional and denies the US Government from retaining

1051.  PLAINTIFF moves under 18 USC 1963 via disgorgement for an immediate 50% ownership of Dulles International Airport for being used as property against PLAINTIFF during the RICO Enterprise.

1052.  PLAINTIFF moves under 18 USC 1963 via disgorgement for being used as property used against PLAINTIFF in the RICO Enterprise for an immediate 50% ownership of Jackson-Hartfield Atlanta International Airport.

1053. PLAINTIFF moves under 18 USC 1963 via disgorgement for 10% ownership of Delta Airlines Inc., 10% of Boeing Inc, 5% ownership of United Airlines Inc.

1054. PLAINTIFF requests that Airbus and Boeing create a co-venture with PLAINTIFF to produce fuselages for Boeing Inc. and Airbus S.A.

1055. From January 3rd, 2024 to the present, there exists a Star Chambers Court against PLAINTIFF and the judges in the Corrupt Cases perpetuated a RICO Enterprise from their Star Chambers Court that violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, 14th Amendment Rights, 18 USC 1962(D), 42 USC 1985(3), 18 USC 242, 18 USC 247, 18 USC 249, 18 USC 2340, 18 USC 2441, Title VI of the Civil Rights Act, Section 504 of the Rehabilitation Act of 1973, and more.

1056. Every judge in the Corrupt Cases knew PLAINTIFF needed an attorney and completely disregarded how PLAINTIFF was in danger, PLAINTIFF had attempts on his life, and this fundamentally so biased and prejudiced the proceedings as to deprive PLAINTIFF of Due Process and constituted an undue taking under the 5th Amendment and violated RICO.

1057. PLAINTIFF still demands the Court appoint PLAINTIFF an attorney immediately.

1058. Star Chambers deprived PLAINTIFF of life, liberty, and his pursuit of happiness.

1059. What PLAINTIFF is asking from the Court is the following: for RICO purposes, PLAINTIFF wants to hold financers of politicians campaign liable for

the RICO violations of politicians who violate RICO within 10 years of being elected for office like PLAINTIFF wants to do with LYNN FORESTER DE ROTHSCHILD and HILLARY CLINTON. Money will always be in politics; but if there is a financial penalty for millionaires, billionaires, megadonors, and corporations for supporting politicians like HILLARY CLINTON from what PLAINTIFF can ascertain sexually trafficked a child on the campaign trail in Summer/Spring 2015. Maybe smarter politicians who don't violate RICO 10 years before being elected won't lead America down the path of financial ruin that it is going down right now. Make it applicable from January 1st, 2026. Current politicians are grandfathered in and it doesn't apply to them.

1060. Based on information and belief, DONALD TRUMP is directing the DOJ and FBI to maliciously prosecute PLAINTIFF as a form of retaliatory measure in which Senators like COTTON, LANKFORD, are supporting his endeavors thereby warranting Frank v. Magnum (1915) mob prosecution..

1061. PLAINTIFF is in fear of imminent retaliatory and malicious prosecution for political purpose and Frank v Magnum is on point because it is mob prosecution that is coming for PLAINTIFF.

1062. PLAINTIFF has in his possession 40 minutes or more of either video or audio recordings of nearly all of the interviews/interrogations by DEFENDANTS that demonstrate overwhelmingly their intent to obstruct justice through fabricating false evidence in the hospitals in the Iowa/Colorado Internment committed by DEFENDANTS and the 18 USC 1962(D) and 18 USC 242 violations.

609

# THE IRREPARABLE HARM, PUBLIC INTEREST, AND EQUITABLENESS RELATED TO PLAINTIFF & DEFENDANTS AS PER WEINBERGER v. ROMERO-BARCELO, 456 U.S. 305 (1982):

1063. Simply, the irreparable harm PLAINTIFF has experienced is the intentionally corrupt denial of Due Process in violation of PLAINTIFF'S Constitutional Rights and RICO in which DEFENDANTS intentionally tried to deprive PLAINTIFF of his life.

1064. For RICO purposes, because of the precedent in place, this harm and RICO Enterprise will be permanently on going for the rest of PLAINTIFF'S life.

1065. PLAINTIFF is doing this out of complete desperation because there has been nothing that has proven DEFENDANTS are capable of ending the RICO Enterprise against PLAINTIFF.

1066. The irreparable harm is that for more than 15 years, PLAINTIFF has been denied information and told not to pursue legal claims for gross miscarriages of abuse by DEFENDANTS in which PLAINTIFF has had to play catchup with numerous records having been destroyed by a fire in May 2010 and the US Government, Russian Government, British Government, and Indian Government intentionally hiding records from PLAINTIFF to perpetuate the RICO Enterprise against PLAINTIFF to deprive PLAINTIFF of an opportunity to fairly litigate.

1067. The fact that PLAINTIFF did everything in his power to resolve the issues peacefully and quickly when he discovered the egregious sources of abuse with DEFENDANTS having intentionally deprived PLAINTIFF of information for years to conceal the true extent of their crimes without a trial for the benefit of DEFENDANTS was taken advantage of by DEFENDANTS and they will only continue to take advantage of the time and the prolonged nature of these cases as to deprive PLAINTIFF of an opportunity in Court to further the RICO Enterprise.

1068. The irreparable harm PLAINTIFF experienced is that the vast majority of DEFENDANTS were properly served and had monitored PLAINTIFF when edited drafts of his motions and were literally given 8 times as long to respond to dig up more blackmailing and character destroying evidence then what DEFENDANTS would have normally been required but for the corruption in the *Louisiana Cases* and *Chicago Cases*. By allowing that to go unpunished and allowing it to occur, this is giving DEFENDANTS such an unfair advantage in Court.

1069. The irreparable harm that happened is when PLAINTIFF properly filed 6 different motions that should have restrained the psychopathic DEFENDANTS from torturing PLAINTIFF, committing more war crimes against PLAINTIFF, committing more acts of terrorism against PLAINTIFF, the Court turned a blind eye in one of the biggest travesties of justice in American jurisprudence within the last 50 years in which multiple Courts completely strayed from their civic

duty owed to every single American in being a fair, impartial, and honorable Court system in which PLAINTIFF can't tell the difference between what the Court has so devastatingly became and 3rd World Country Judicial Systems.

1070. The irreparable harm is that for more than 10 years, major fraud was being perpetuated in which the Courts think it is more acceptable to corruptly protect politicians and corrupt judges than give Americans a reason to have faith in the judicial system.

1071. The irreparable harm is that for 10 years, PLAINTIFF has not been informed of any proceedings or why the Court is allowing multiple agencies and foreign militaries and intelligence agencies to commit war crimes and torture americans on American soil without any notification or consent why they are doing so and what legal basis they have in doing so.

1072. The irreparable harm is that for more than 10 years, PLAINTIFF has had his soul violated on a daily basis being married to a woman that doesn't love him (if he is married), having war crimes committed against him, and living with the fact that DEFENDANTS HILLARY CLINTON, BILL CLINTON, LYNN FORESTER de ROTHSCHILD, MICHAEL MORELL, GINA HASPEL, and SIR EVELYN ROTHSCHILD[103] intentionally murdered PLAINTIFF by doing an act that was worse to PLAINTIFF than murdering him in which they walk around with impunity and were able to rest peacefully.

---

[103] Or it was RUSSIA, GRU, FSB, VLADIMIR PUTIN and MSS and PLAINTIFF'S PARENTS or Modi and Indian Intel and Intelligence*****

1073. The irreparable harm if not remedied is that the Court explicitly approves a two-tiered justice system in which judges are allowed to be corrupt without punishment making the *People* lose faith in the Judicial Branch of the Government.

1074. PLAINTIFF was at the very peak of his very large penis' sexual health being very big and hard in 2014 and 2015 that women would have absolutely loved to have and PLAINTIFF is nowhere near the man that he once was in which it will take at least a full year to come even close to being what he was on top of quite possibly being castrated for having war crimes committed against him by DEFENDANTS in which he may never be married nor ever find a woman that wants to have sex with him after what was done to him. PLAINTIFF lost 8 years of his sex life because of the war crimes committed against PLAINTIFF.

1075. DEFENDANTS in the FBI, CIA, DoD, Indian Intelligence, FSB, GRU, etc. had now more than 25 months to utilize super computers, billions of dollars in resources, and hundreds upon hundreds employees to fight a destitute autistic disabled man that is losing cognitive capacity because of the war crimes committed against him, lack of money to get proper health care, all the while PLAINTIFF is being tortured and other courts are ruling to intentionally deny PLAINTIFF any relief.

1076. The irreparable harm PLAINTIFF is asking the Court to remedy now is PLAINTIFF'S ability to pursue happiness and have a life full of liberty and love.

1077. The irreparable harm is that through intentionally tampering with PLAINTIFF in violation of RICO over the last 11 months electronically, unknown DEFENDANTS in American Intel, D.o.D, Indian Intel, GRU, FSB, corporations listed as DEFENDANTS like BOEING, et al. have gained a ridiculously unfair advantage in order to perpetuate the RICO Enterprise against PLAINTIFF.

1078. The irreparable harm is that there are no words to describe the bad faith of the DOJ when a destitute autistic American that got tortured and was continuing to be tortured on American soil without Due Process of law who served DOJ twice knew of the litigation involving their attorneys and thought that continuing to ignore PLAINTIFF was the right course of action.

1079. The irreparable harm is that by demonstrating extreme good faith with DEFENDANTS on October 20th, 2023 to resolve years of issues by not making it public in which they had twice the amount of time to have some dignity and actually respond to PLAINTIFF respectfully and address the issues, PLAINTIFF very well could have lost his case because DEFENDANTS were in that much of a bad faith in which they did everything in their power to make sure PLAINTIFF lost; that PLAINTIFF'S good faith was used maliciously and corruptly against him in which the Chicago Cases and Louisiana Cases intentionally prolonged the proceedings by ruling corruptly to intentionally undermine and ruin PLAINTIFF'S case.

1080. The irreparable harm is the extreme humiliation of having a grown man's love life and relationship dictated by an over-controlling psychotic, deceitful, manipulative mother, who quite frankly belongs in jail, in which she fucked up numerous PLAINTIFF'S relationships and friendships.

1081. Furthermore, there is no more humiliating thing for a grown man that was forced to marry an unknown individual than for his own parents, HILLARY CLINTON and BILL CLINTON, the BIDENS, and INDIAN Intel to completely treat him like a thing to be manipulated, a completely disposable pawn to prevent law enforcement from arresting them for their actions, being the fall guy, and more.

1082. The record is ample with facts that the irreparable corruption and damage that took place in the *Chicago Cases* and *Louisiana Cases* to PLAINTIFF that will only continue if the DISTRICT COURT OF UTAH doesn't put an end to the RICO Enterprise because each second of every day DEFENDANTS are conspiring to deprive PLAINTIFF of his life, liberty, and property without Due Process of law and in violation of RICO and in violation of PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights.

1083. The irreparable harm is that if the Court doesn't make SCOTUS' ethical guidelines law, they would completely embolden *Star Chambers* to be a de-facto way of determining a case, fundamentally killing the trust and faith in the judicial system in America.

1084. The irreparable harm that PLAINTIFF experienced is that for at least 18 years, he was completely disposable to unknown psychopathic individuals in GRU/FSB, CIA, DoD, FBI, et al. in which DEFENDANTS intentionally denied and deprived PLAINTIFF the basic pleasures and memories of growing up in life where simple mistakes can be made, relationships can be had, having people and family love their own family members regardless of their disability and autism, being fairly treated, not being bullied and harassed by law enforcement, his brother, his parents, his family, his psychiatrist, and his teachers, having friends who are not complete snitches seeking to prosecute PLAINTIFF for any transgression, not knowing how to love myself and constantly viewing me as a disgusting human being, not having the basic love and respect parents owe their children.

1085. The irreparable harm done to PLAINTIFF is that due to psychotic PLAINTIFF'S parents and unknown FBI, CIA, GRU/FSB, DoD, MSS, officers, PLAINTIFF never had the opportunity to be his own man when it came to being able to do the most important things in PLAINTIFF'S life that he would give his life for like defending Constitutional Rights, trying to make his reasonable dreams come true, and protecting disabled individuals from sadistic and manipulative assholes that have surrounded PLAINTIFF for the entirety of his life that intentionally prevented PLAINTIFF from living his life.

1086. The irreparable harm is that unknown DEFENDANTS in D.o.D, FBI, CIA, GRU/FSB, Indian Intel, American Intel, and/or a combination of the

aforementioned for years upon years did psychopathically did everything in their perverse and depraved powers to destroy every single one of PLAINTIFF'S dreams, enslave him without Due Process of law, isolate PLAINTIFF and torture PLAINTIFF on American soil, allowing them to commit war crimes and violate nearly every single religious belief PLAINTIFF had, and never inform PLAINTIFF of all the horrendous crimes they committed with impunity because there is no reasonable or rational explanation that can explain their behavior against PLAINTIFF.

1087. The irreparable harm is that when PLAINTIFF needed DEFENDANTS to tell the truth that PLAINTIFF was not a terrorist or pedophile, it was DEFENDANTS' financial interest not to tell the truth and not to prosecute individuals for what they did to PLAINTIFF during the entire time this RICO Enterprise existed against PLAINTIFF.

1088. The irreparable harm is that for more than 15 years, PLAINTIFF has been denied information and told not to pursue legal claims for gross miscarriages of abuse by DEFENDANTS in which PLAINTIFF has had to play catchup with numerous records having been destroyed by a fire in May 2010 and the US Government, Russian Government, British Government, Chinese Government, and Indian Government intentionally hiding records from PLAINTIFF to perpetuate the RICO Enterprise against PLAINTIFF to deprive PLAINTIFF of an opportunity to fairly litigate.

617

1089.   The fact that PLAINTIFF did everything in his power to resolve the issues peacefully and quickly when he discovered the egregious sources of abuse with DEFENDANTS having intentionally deprived PLAINTIFF of information for years to conceal the true extent of their crimes without a trial for the benefit of DEFENDANTS was taken advantage of by DEFENDANTS and they will only continue to take advantage of the time and the prolonged nature of these cases as to deprive PLAINTIFF of an opportunity in Court to further the RICO Enterprise.

1090.   The irreparable harm PLAINTIFF experienced is that the vast majority of DEFENDANTS were properly served and had monitored PLAINTIFF when edited drafts of his motions and were literally given 8 times as long to respond to dig up more blackmailing and character destroying evidence then what DEFENDANTS would have normally been required but for the corruption in the *Louisiana Cases* and *Chicago Cases*. By allowing that to go unpunished and allowing it to occur, this is giving DEFENDANTS such an unfair advantage in Court.

1091.   The irreparable harm if not remedied is that the Court explicitly approves a two-tiered justice system in which judges are allowed to be corrupt without punishment making the *People* lose faith in the Judicial Branch of the Government.

1092.   Furthermore in addition to Paragraph, DEFENDANTS had 25 months to utilize super computers and billions of dollars in resources and hundreds of

618

employees to fight a destitute autistic disabled man that is losing cognitive capacity because of the war crimes committed against him, lack of money to get proper health care, and more.

1093. There are no adequate remedies in Court besides a permanent injunction and permanent restraining order when DEFENDANTS are routinely conspiring against PLAINTIFF in violation of 18 USC 1962(D) and 18 USC 1961, 18 USC 2340, to deprive PLAINTIFF of his Constitutional Rights, prevent PLAINTIFF from having access to the Courts, and forcing PLAINTIFF to be their slave because money cannot erase the memories of living in squalid conditions twice in which cat feces and racoon feces and urine were so abundant and clear, of having to use dog shampoo to clean yourself knowing that DEFENDANTS made billions of you for years, having the worst punishment and war crimes committed against you in which no one and no intelligence agency did anything to stop them and ANGIE ORTIZ from doing what they did to PLAINTIFF for a month, having your soul and spirit violated because of the on-going corruption that remains unpunished and for not punishing a single person that commit war crimes even after having met a preponderance of the evidence standard, and more.

1094. PLAINTIFF deliberately and intentionally is asking nowhere near as much as he should because PLAINTIFF in the Chicago Cases and the Louisiana Cases gave a partial analysis of the amount of money and assets that DEFENDANTS have; however, PLAINTIFF was unable to determine how much the

ROTHCHILDS and ROTHCHILDS BANKS have in assets and funds in which the total percentage of what PLAINTIFF is asking from the Court amounts to less than 3% of their total assets and funds available to them.

1095. That for every single second of every single minute of every single day for every year within the last twenty years, PLAINTIFF has been a slave and has been maliciously abused to deprive Americans' of their freedoms (such as with 4th Amendment jurisprudence since 2006) in which numerous judges in SCOTUS like SCALIA, ROBERTS, ALITO, Congress, President CLINTON and HILLARY CLINTON, President BUSH, President OBAMA, sort of President TRUMP, and sort of President BIDEN, and so many more people in the Washington DC elite, work on making more tyrannical and depriving PLAINTIFF of the fruits of his labor and ideas through the years.

1096. The record is ample with facts that the irreparable corruption and damage that took place in the *Chicago Cases* and *Louisiana Cases* to PLAINTIFF that will only continue  if the 5th CIRCUIT COURT OF APPEALS doesn't put an end to it because each second of every day DEFENDANTS are conspiring to deprive PLAINTIFF of his life, liberty, and property without Due Process of law and in violation of RICO and in violation of PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights.

1097. From October 20th, 2023, DEFENDANTS have done everything in their power to deprive PLAINTIFF of his life, property, and pursuit of happiness through corruptly ruling and failing to reply to PLAINTIFF satisfactorily by

620

delaying, prolonging, and drawing out PLAINTIFF'S cases and filings for as long as possible making incomprehensibly illogical, unreasonable, and corrupt decisions in which PLAINTIFF in both the *Chicago Cases* and *Louisiana Cases* moved for Permanent Injunctions, PLAINTIFF moved for a TEMPORARY RESTRAINING ORDER in the Louisiana cases, and PLAINTIFF informed the Northern District of Illinois Court, the 7th Circuit Court of Appeals, and the Middle District of Louisiana Court PLAINTIFF'S health and cognitive capacities were deteriorating as to effectively deny counsel to prevent PLAINTIFF from fully litigating the case to the best of his capacity so that DEFENDANTS could have SCOTUS completely undermine PLAINTIFF'S cases through their rulings in which SCOTUS was well aware of all of PLAINTIFF'S litigation.

1098.  Continuing a theme from the previous paragraph, for almost 25 months from October 20th, 2023 to July 3rd, 2024, DEFENDANTS have been *that well versed* in PLAINTIFF'S pleadings and motions; so factually well versed and knowledgeable about PLAINTIFF'S motions in the *Chicago Cases* and the *Louisiana Cases* that DEFENDANTS corruptly answered by preventing PLAINTIFF from ever having a legitimate chance to have DEFENDANTS answer in Court through corruptly ruling against PLAINTIFF in the *Louisiana Cases* and *Chicago Cases* and through SCOTUS routinely monitoring and undermining PLAINTIFF'S case even before PLAINTIFF could have a chance in the District Court, let alone the Court of Appeals in the 7th Circuit Court of Appeals and now 5th Circuit Court of Appeals, and depending on the 5th Circuit

621

Court of Appeal's ruling, the 10th Circuit Court of Appeals, which is ultimately PLAINTIFF'S last opportunity.

1099.  If the Court doesn't rule in PLAINTIFF'S favor here and now for a permanent injunction and permanent restraining order, there would be absolutely no accountability in the system in which Any Government and the United States Government can make one a slave, kidnap one and commit acts of domestic and international terrorism against the law and their Constitutional Rights, commit War Crimes and Torture Americans without remorse or punishment, allow the Courts to be forever corrupted and tainted.

1100.  Simply if this goes unpunished and the irreparable harm is: PERMANENTLY, CORRUPTLY, AND ILLEGALLY DENYING EVERYTHING IT MEANS TO BE AN AMERICAN IN COURT.

# PRAYERS OF RELIEF:

PLAINTIFF PRAYS FOR THE FOLLOWING RELIEF and DEMANDS THE FOLLOWING AS IT COMPORTS TO THE REQUIREMENTS UNDER 18 U.S.C. 1964 and allow PLAINTIFF to seize such under 18 USC 1963 if any of the DEFENDANTS fail to comply. THIS IS PLAINTIFF'S LAST REASONABLE FINANCIAL OFFER TO DEFENDANTS.

Nearly all the things PLAINTIFF is requesting as compensation, including the water rights, can be conclusively factually proven to be connect to certain episodes that occurred during the RICO Enterprise except for the islands request.

The Star Chambers against PLAINTIFF must cease immediately.

PLAINTIFF must be freed from his enslavement immediately.

**I)    From all DEFENDANTS:**
The primary parties responsible for the total compensation are:

- The ROTHSCHILDS & ROTHSCHILDS HOLDINGS
- ALPHABET INC.
- VISA, INC
- BANK OF AMERICA, INC.
- JP MORGAN CHASE BANK.
- The STATE of ISRAEL based on current knowledge.
- The People's Republic of China based on presumptions.

Secondary parties responsible for total compensation are:

- The Republic of India
- The Republic of Japan
- The Republic of Germany
- The United States Government.
- The Republic of Russia.
- The Republic of Korea
- The Commonwealth of Canada.
- APPLE, INC.
- AT&T.

1.  $11,111,111,111.11.
    a.  $460,000,000 for MKT Airlines & MKT Railroad Savings Account.

b. $40,000,000 for PETITIONER'S personal account.
c. MKT Railroad: minimum acquisition of Texas Pacifico, DGNO, and Fort Worth Western
a. Manufacturing building Shiba, MT and/or Shiba, WY which will include at least $1 billion towards American manufacturing that will include airplane seat manufacturing in the US, MKT Airlines, MKT Railroad, $250 Million for 5 ex China Southern Boeing 787-8 if they are still available. Town in Wyoming: https://www.swanlandco.com/properties/pathfinder-ranches/
d. Ideal MKT Railroad Below Based On Limited Circumstances:



2. $11,111,111,111.11. ISLAND. (NOT UTOPIA).
   a. This will all go towards the development of an island that can possibly be a United States territory if wanted, probably somewhere in one of the following locations: Papua New Guinea, Bahamas, Philippines, or Chile (Patagonia). PETITIONER has officially given up on Henderson.
3. $3,333,333,333.33 in a trust fund specifically meant for helping disabled students, disabled children, and disabled veterans.
4. Lake Michigan Water Rights.
5. Russian and Qatari oil deal.

6. 6 Fully Armed, Ready To Go, Boeing AH-64 Apache helicopters. American Weaponry Standards.
7. 2 Fully Armed Lockheed Martin F35 Fighter Jets. American Weaponry Standards.
8. 1 PAK DA (From Russia). No weaponry.
9. The majorly discounted purchase of 5 ex AA Airbus A330-200 with the registrations of: N289AY, N290AY, N291AY, N292AY, N293AY and the refurbishment of aforementioned aircraft.









10. The Acquisition of JET AIRWAYS BOEING 777-300ER with REGISTRATION VT-JET currently stored at DELHI INTERNATIONAL AIRPORT, JET AIRWAYS BOEING 777-300ER with REGISTRATION VT-JEU currently stored at DELHI INTERNATIONAL AIRPORT, JET AIRWAYS AIRBUS A330-200 with REGISTRATION VT-JWW and maybe VT-JWV.



11. 3 Airbus A321neo from Frontier Airlines for allowing retaliation in Court by DEFENDANTS against PETITIONER.



12.1 Boeing 787-8 and/or 2 Boeing 737 Max 8 from Qatar Airways for PETITIONER'S enslavement. Depends on the veracity of the Offing.



13.2 Boeing 787-9 to be purchased brand new by the State of Israel.



14.5 new Boeing 737 Max (TBD if 7 Max, 8 Max, 9 Max, 10 Max) from BOEING within two years of ruling.







15. Due to DELTA AIRLINES enslavement of PETITIONER, DELTA AIRLINES: 1) will train all MKT Airlines staff on the Airbus A330-200; 2) provide material support and maintenance for all MKT Airlines Airbus A330-200 until MKT Airlines develops their own maintenance; 3) will be a 50/50 financial partner in profits and losses to MKT AIRLINES for the first three years of the following routes at Austin, TX International Airport all operated by the former AA Airbus A330-200 in which a route will only be discontinued if the average

monthly load factor for any month is below 40% and will be code share partners on:

   a. Austin, TX to Tokyo (Haneda or Narita. Preferably Haneda). 3x Weekly.
   b. Austin, TX to Paris, France. 4x Weekly.
   c. Austin, TX to Cancun, Mexico. 4x Weekly.
   d. Austin, TX to Mexico City, Mexico. 3x Weekly.
   e. Austin, TX to Tulum, Mexico. 4x Weekly.
   f. Austin, TX to Puerto Vallarta, Mexico. 3x Weekly.
   g. If interested, further acquisition of additional A330-200s from sources to be determined with the following routes: Milan MXP, London-Heathrow, Dublin, Guangzhou, Shanghai, Seoul, Vienna.
   h. Get PETITIONER fully certified as a pilot on the Airbus A330-200.

16. From the Republic of Korea and Germany: 1 Boeing 747-8i from Korean Air and 1 Boeing 747-8i from Lufthansa within a year of the ruling.

17. *IF and ONLY IF* SPICEJET AND INDIA were truly responsible, then the REPUBLIC OF INDIA after PLAINTIFF gets MKT Airlines FAA approval, PLAINTIFF can have MKT AIRLINES INDIA where he will never need regulatory approval to fly from any Indian Airport.

18. 33% ownership of Atlanta Jackson Hartfield International Airport and 25% ownership of Dulles International Airport.

19. Indefinite contract with State of Israel to provide charter services with MKT Airlines for pilgrimage flights to Israel.

20. State of Israel can have the IDF Chief give his *Staff Medal of Appreciation* or award him the *Eliyahu Golomb* as both a recognition of his service to Israel and his betrayal and enslavement by former slaves themselves if they were responsible for implementing *Japlan* against PLAINTIFF.

21. Under no conditions will PLAINTIFF register as a sex offender for having been victim of a RICO Enterprise against PLAINTIFF and for having his soul defiled and violated by DEFENDANTS.

22. https://www.land.com/property/8500-north-fork-road-polebridge-montana-59928/21829798/

23. https://www.land.com/property/5700-acres-in-titus-county-texas/19922868/

24. Whatever else PETITIONER said on the record as compensation in the cases listed in the *Opinions At Issue Below Section* in regards to AT&T/VERIZON, APPLE, VISA, IRS, foreign airports, other corporations named as DEFENDANTS, etc.

25. For **MKT Airlines: IATA Code of M1 or HA. Call Sign: SHIBA.** DOT Approval for whatever he includes in MKT AIRLINES as it relates to PETS and AUTISM SENSORY ROOM. Full and permanently irrevocable pilot licensure and full railroad conductor and engineer licensure by DOT.

26. Ontario Northern Railroad from CANADA.

27. None of the property listed is taxable nor ever seizable.

**II)** E.L ROTHSCHILD L.P will be completely seized and disgorged under 18 USC 1963 in which PLAINTIFF will seize two properties of his own choosing and the rest of the proceeds will go towards paying the $27 Billion USD

**III)** Non-Precedent. Environmental Clean-up rights of NRG's Waukegan Facility with water extraction rights in Lake Michigan at rates to be determined per year.

**IV) Non-Precedent. PLAINTIFF moves under 18 USC 1963 for disgorgment of the following Russian State Owned Oil Company and Qatari State Owned Oil Company oil deal in which PLAINTIFF wants something around the following for the RUSSIAN & QATAR oil deal:**

    a. the cost of the barrel of oil will be the sum of: 1) the cost to extract and transport a barrel of oil and 2) 60% of the average price of the market value of barrel of oil during the previous month

    b. The total amount of Jet Fuel per year for the next 15 years with an option to renew for another 15 years that can fuel up to: 10 Boeing 747-8i/777 aircraft doing a 14 hour flight per day for 365 days a year, 10 Boeing 787/A350/A330 aircraft doing a 14 hour flight per day for 365 days a year, 10 Boeing 737/Airbus A320 family aircraft doing two 7 hour flights per day for 365 days a year, and 8 Embraer E190-E2 doing three 4 hour flights per day.

    c. The total amount of Gasoline per year for the next 15 years with an option to renew for another 15 years that can fuel up to: 350 average sized American gas stations and 15 Buc-ee's sized gas stations.

    d. The total amount of diesel, LNG, and asphalt is to be determined at a later date and depends on whether MKT establishes a railroad.

    e. Favorable rates to be determined if MKT opens gas stations, bases aircraft in, opens a LNG power plant in Serbia and/or North Macedonia, operates locomotives in Serbia.

    f. the cost of the barrel of oil will be the sum of: 1) the cost to extract, refine, and transport a barrel of oil and 2) 80% of the average price of the market value of barrel of oil during the previous month

    g. favorable rates for jet fuel for a minimum of half of an airline's fleet of widebody for a minimum of 14 hour flight 365 days a year and 3 flights of narrowbody aircraft for a total of 16 hours a day of an airline that PLAINTIFF acquires or has the majority ownership of with an option to fuel 75% of the airline.

    h. In the scenario that Iranian Intelligence played a role in the RICO Enterprise against PLAINTIFF, PLAINTIFF would add them as a DEFENDANT and their Iranian State Owned Oil Company to be sources of oil for the oil deal.

632

i. Oil deal Subject To US State Department Approval****

**V)** Whatever total amount of assets BILL and HILLARY CLINTON & LYNN FORESTER de ROTHSCHILD have in their bank accounts right now located anywhere in the world is subject to disgorgement under 18 USC 1963. The total amount of money obtained from this disgorgement will be put into a trust in which the Trust's purpose is to provide full ride scholarships to African Americans, Serbians, North Macedonians, Latinos, Poor White Americans, and Autistic individuals to attend college or graduate school in the following fields: science, math, engineering, architecture, law, technology, computing, aerospace, and medicine.

**VI)** PLAINTIFF is seeking disgorgement under 18 USC 1963 of $100 Billion USD from BLACKSTONE, ROTHSCHILD, JP MORGAN CHASE, and BANK OF AMERICA to make a fund to give $2 Billion USD to every state for the intended purpose of paying states to clean up dirty, garbage filled, neglected areas within their border, fix and repair bridges, and clean up rivers, lakes, and streams.

**VII) The following property, that are subject to disgorgement under 18 USC 1963, or properties that are still currently for sale to be purchased or acquired.**
   a. All islands south of Mussau Island within a radius of 6.25 miles, PNG and Emirau island, the island on the immediate coast and west side of Emirau Island as well as Elomasau Island.
   b. Maybe a guarantee that Japanese Government will develop Shiba Shima on Takarajima in a manner consistent with the diagram that PLAINTIFF provided the Japanese Embassy.
   c. 2 properties owned by ROTHSCHILDS (2 from E.L. Rothschild)
   d. 2 properties owned by JP Morgan Chase Bank.
   e. Town in Wyoming: https://www.swanlandco.com/properties/pathfinder-ranches/
   f. MKT Disability Camp. Texas. https://www.land.com/property/981-acres-in-Johnson-County-Texas/20625877/
   g. MKT Lodge. West Virginia. https://www.land.com/property/4610.83-acres-in-Fayette-County-West-Virginia/16693851/

**VIII) Ownership of: Airports, Airplanes, and stock ownership (if applicable) from DEFENDANTS WHOM ARE AIRLINES in which the following are subject to 18 USC 1963 Disgorgement**
   a. Delta Airlines: 10% stock ownership, 1 Airbus A350-900 that is less than 5 years old that is fully operational and 1 Boeing 737-900ER that is less than 10 years old that is fully operational or 5 Boeing 737-900ER aircraft that is less than 10 years old that is fully operational;

633

10% stock ownership of Delta Airlines subject to disgorgement under 18 USC 1963; PLAINTIFF moves under 18 USC 1963 for an immediate ownership of those two aforementioned aircraft currently in Delta Airlines' possession and 10% of their current stock.

b. United Airlines: 1 Boeing 787-10 that is less than 7 years old that is fully operational and 2 Boeing 737 Max 8 that are less than 7 years old that are fully operational. PLAINTIFF moves under 18 USC 1963 for an immediate ownership of those three aforementioned aircraft currently in United Airlines' possession.

c. Qatar Airways: 1 Airbus A350-900 that is less than 5 years old, 1 Boeing 787-8 that is less than 5 years old, and 2 Boeing 737 Max 8 that are less than 7 years old. PLAINTIFF moves under 18 USC 1963 for an immediate ownership of those four aforementioned aircraft currently in Qatar Airways' possession

d. FRONTIER AIRLINES: 3 Airbus A321neo that are less than 5 years old that are fully operational. PLAINTIFF moves under 18 USC 1963 for an immediate ownership of those three aforementioned aircraft currently in FRONTIER AIRLINES' possession.

e. Lufthansa & Air China & Korean Air: 2 BOEING 747-8i from AIR CHINA, and 3 different 747-8i from either Lufthansa, Air China, Korean Air, and/or a combination thereof that are on average 15 years old that are fully operational.

f. 2: BOEING 747-8F aircraft registered in Russia that can include: VQ-BGZ, VQ-BLQ, VQ-BLR, VQ-BRH, VQ-BRJ.

g. From AEROFLOT: 2 Boeing 777-300ER, 1 Airbus A350-900, 1 Airbus A330-200 or A330-300, and 2 Boeing 737-800NG.

h. 51% ownership of Washington Dulles International Airport

i. 50% ownership of Jackson-Hartfield Atlanta International Airport.

j. 60% ownership of SpiceJET
   i. If the Court awards less than half ownership of SpiceJET, than 10 Boeing 737 Max 8 that are less than 8 years old that are fully operational.

## IX) All things related to MKT Airlines & MKT Companies (multiple different MKT Companies)

**MKT Airline Order (simplified): EITHER A or B in which the Commercial Airplanes by Boeing, Embraer, and Airbus are to be delivered within 5 years of September 27th 2024.**

**A: NEW: 9 Boeing Commercial Aircraft; 3 Boeing Cargo Aircraft,  7 Embraer Aircraft, 6 Apache Helicopters, 4 F35 Fighter Jets**

634

- 5—Boeing 737 Max 10
- 2—Boeing 777-9x
- 2—Boeing 787-10
- 3—Boeing 777-8F
- 4—Embraer E175-E2
- 3—Embraer E190-E2
- 6—Boeing AH-64 APACHE Helicopters. D.o.D Standards. 4 for Shiba Defense Force. 2 for PLAINTIFF'S Ranch.
- 4—Lockheed Martin F35 fighter aircraft for Shiba Defense Force. American Standards.
- Allow PLAINTIFF to open a factory that operates on behalf of Boeing and/or Airbus and/or a combination thereof to make 787 fuselages and 737 fuselages or Airbus fuselages.

**B: NEW: 8 AIRBUS Commercial Aircraft; 2 Boeing 777-9x, 3 Boeing Cargo Aircraft, 7 Embraer Aircraft, 6 Apache Helicopters, 4 F35 fighter jets.**

- 3—AIRBUS A321neo
- 2—AIRBUS A321neo XLR
- 3—AIRBUS A350-900
- 2—Boeing 777-9x
- 3—Airbus A350F
- 4—Embraer E175-E2
- 3—Embraer E190-E2
- 6—Boeing AH-64 APACHE Helicopters. D.o.D Standards. 4 for Shiba Defense Force. 2 for PLAINTIFF'S Ranch.
- 4—Lockheed Martin F35 Fighter Jets. Fully armed and ready to go. D.o.D. Standards
- Allow PLAINTIFF to open a factory that operates on behalf of Boeing and/or Airbus and/or a combination thereof to make 787 fuselages and 737 fuselages or Airbus fuselages.

**SHIBA DEFENSE FORCE:**

- 8 Bell 525 Helicopters.
  - 4 Search & Rescue.
  - 2 Combi (Half Passenger & Half Cargo)
  - 2 Passenger.
- 4 Boeing AH-64 Apache Helicopters (from the order above)—to American Standards.
- 4 Lockheed Martin F35 Fighter Jets (from the order above)—to American Standards.
- RUSSIA and SUKHOI must provide PLAINTIFF with 5 Sukhoi Su-75 Checkmates.

**This aircraft order is non-taxable to the IRS so long as the aircraft are owned by PLAINTIFF and MKT Airlines and no liens shall ever be applied to them.**

**SHIBA:**

**The United States Treasury Department and DHS will work with PLAINTIFF in creating a currency that is backed by the U.S. Dollar for the Nation/Island of SHIBA.**

Based on that consideration:

MKT Airlines, aircraft, stipulations, and DEFENDANTS will do all they can to have MKT Airlines run for a minimum of 15+ years and be successful.

The following option: at exact cost to BOEING, MKT AIRLINES future BOEING purchase up to a limit of $3,379,500,000 in 2023 dollars at list prices and a combination of one of the following aircraft not to exceed the financial threshold above:

- o  BOEING 737 Max 7
- o  BOEING 737 Max 8
- o  BOEING 737 Max 10
- o  BOEING 787-8
- o  BOEING 787-9
- o  BOEING 787-10
- o  BOEING 777-8F

**X)  All things related to MKT Airlines & MKT Companies (multiple different MKT Companies)**

A) All Contracts between Qatar Airways, British Airways, SpiceJET United Airlines, Lufthansa, Delta Airlines, J.P Morgan Chase, Microsoft, Apple, Amazon, AT&T, Verizon, Boeing, Xfinity/Comcast, Cox Communications, Alphabet, Time Warner Cable, all United States Government departments,

636

agencies, and entities, and all foreign government entities, departments, and agencies are completely irrevocable.

B) BOEING and DEFENDANTS will provide PLAINTIFF to create and make successful MKT Airlines with the following conditions, which include, but are not limited to, consider and incorporate PLAINTIFF'S input—a highly reputable design team to design MKT Airlines brand identity, livery, crew uniforms, interior of the plane, mascot 'kawaii' shiba inu, etc. to make MKT Airlines successful.

      a. The mascot will be a Shiba Inu
      b. MKT Airlines callsign will be: Shiba.
      c. DEFENDANTS will assist in creating MKT Airlines by filing all of the paperwork expected in the following stipulations.
      d. DEFENDANTS will provide PLAINTIFF a highly reputable design team like Landor or Teague with BOEING's assistance to design MKT Airlines brand identity, livery, crew uniforms, interior of the plane, mascot 'kawaii' shiba inu, etc. to make MKT Airlines successful (as well as MKT Macedonian Airlines). PLAINTIFF will pay for this out of his restitution.
      e. MKT Airlines will be an ACMI Operator as well as be given and properly certified the AOC under 14 CFR 121, 14 CFR 135, and 14 CFR 145.
      f. DEFENDANTS will provide the training, resources, knowledge, acquire and maintain government certifications (AOC), registration, and private financial backers necessary to get the airline off the ground, maintain

C) SpiceJET, Boeing, British Airways, Qatar Airways, United Airlines, Lufthansa, and Delta Airlines DEFENDANTS will do the following for MKT Airlines:

- provide a team of their own employees in which they will all together formulate a plan, give the knowledge, and will provide PLAINTIFF the training, education, and knowledge necessary to start MKT Airlines

- provide a team of their own employees in which they will all together formulate a plan, give the knowledge, and will provide PLAINTIFF how to manage, run and maintain MKT Airlines,

o   provide a team of their own employees to choose routes for the airline to get off on its feet (for 5 years and then MKT Airlines will go on their own afterwards).

o   Allow MKT Airlines business ticket passengers or premium paying members to utilize lounges at airports in which one of the aforementioned DEFENDANTS fly to and has a lounge at that respective airport; and once MKT builds lounges in the airports it will fly to in the future, the aforementioned DEFENDANTS can allow their customers (business and premium paying customers) to use MKT Airlines lounges so long as MKT Airlines exists in which it is completely irrevocable.

o   Management and leaders from United Airlines, Delta Airlines, Qatar Airways, and/or British Airways will always be available to talk to PLAINTIFF about growing pains learned in MKT Airlines as unofficial advisors for 15 years.

o   Delta Airlines, Qatar Airways, British Airways, and United Airlines will all form a technical partnership with MKT Airlines so long as MKT Airlines exists in which it is completely irrevocable.

o   MKT Airlines will be an official partner to: United Airlines, Delta Airlines, British Airways, Lufthansa, SpiceJET, and Qatar Airways so long as MKT Airlines exists in which it is completely irrevocable.

o   MKT Airlines will have the ability to operate flights on behalf of United Airlines, Delta Airlines, Lufthansa, British Airways, SpiceJET, and Qatar Airways so long as MKT Airlines exists in which it is completely irrevocable.

o   MKT Airlines will be fully integrated into the systems and booking systems of United Airlines, Lufthansa, Delta Airlines, British Airways,

638

SpiceJET and Qatar Airways so long as MKT Airlines exists in which it is completely irrevocable.

o MKT Airlines will have a contract with United Airlines, Delta Airlines, Qatar Airways, Lufthansa, SpiceJET, and British Airways in which MKT Airlines will provide ACMI services (wet leasing)—so long as MKT Airlines exists for Delta Airlines, United Airlines, SpiceJET, Qatar Airways, Lufthansa, and British Airways based on their need and demand and MKT Airlines aircraft availability so long as MKT Airlines exists in which it is completely irrevocable.

o United Airlines, Delta Airlines, British Airways, Lufthansa, SpiceJET, and Qatar Airways will have a contract with MKT Airlines to service and maintain aircraft when requested by MKT Airlines in which MKT Airlines will pay for the reasonable cost of maintenance so long as MKT Airlines exists in which it is completely irrevocable.

o MKT Airlines will be able to use United Airlines and Delta Airlines training facilities until MKT Airlines develops their own.

o PLAINTIFF will pay for half the costs of being integrated into United Airlines, Qatar Airways, Delta Airlines, SpiceJET, Lufthansa, and British Airways systems.

o To quickly get off the ground after getting all the certifications necessary, MKT Airlines will be allowed to trade places with United Airlines, Delta Airlines, Qatar Airways, SpiceJET, Lufthansa, or British Airways in line at BOEING to attain new aircraft to get the airline off the ground. PLAINTIFF will not abuse his privileges in which he will at most make a request 2 times within an individual airline.
o An Honor Code violation constitutes a Taking under the 5th Amendment and a property loss interest.

639

- o  Air Serbia:

    a.  If the day comes that Air Serbia shall no longer want nor desire to be supported by Etihad Airways, Qatar Airways can fill that role and support Air Serbia.
    b.  Air Serbia will be a partner to Qatar Airways, British Airways, United Airlines, and Delta Airlines
    c.  Boeing will provide all the resources and support necessary to have JAT Tehnika to completely service and maintain Boeing 737 Max, BOEING 777-9x, and BOEING 787 Aircraft under FAA regulations.
    d.  Upon BOEING certification for JAT TEHNIKA to service BOEING 737 Max aircraft, MKT Macedonian Airlines will utilize their services.

- o  Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Delta Airlines in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Delta Airlines & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

- o  Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at United Airlines in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between United Airlines & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

- o  Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at British Airways in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate

640

against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between British Airways & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Delta Airlines in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Qatar Airways & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Lufthansa in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Lufthansa & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at SpiceJET in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between SpiceJET & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Air Serbia in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Air Serbia & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

**(D):** Boeing will provide MKT Airlines the resources, training, and future support and spare parts necessary to ensure MKT Airlines' survival. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Boeing in the future, Boeing shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between BOEING, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

**(E): The United States Government and MKT Companies.**

There will be a government division of MKT Airlines under MKT Airlines Charter Division that will provide the United States Government the following so long as MKT Airlines exists in which it is completely irrevocable for PLAINTIFF'S natural life or the existence of MKT Airlines (whichever is longer). This is not false procurement of a government contract but as a restitution for DoD taking actions against PLAINTIFF or failing to assist PLAINTIFF.

(1): MKT Airlines will be a part of the Civil Reserve Air Fleet & Patriot Express Operators on behalf of the United States Government in all of the

642

following categories: International Segment (Long Range Section), International Segment (Short Range Section), and National Segment (domestic section).

MKT Airlines, United States Transportation Command, Scott Air Force Base, and AMC will establish a division of Scott Air Force Base at O'Hare Airport in which MKT Airlines Government Division will be directly connected to DoD, United States Transportation Command, and Scott Air Force Base.

- o The United States Government needs to learn that PLAINTIFF was not a threat in which they are going to necessarily have to work with PLAINTIFF even in matters involving Defense and National Security and they're going to do so with MKT Airlines. They intentionally, maliciously, and falsely placed PLAINTIFF on the wrong side of things and the proper remedy is to put PLAINTIFF back on the right side of things where the United States Government can trust PLAINTIFF.

- o PLAINTIFF'S 2 Boeing 777-8F will be custom made to haul military equipment meeting the requirements of an aircraft of a similar type under the Air Mobility Command in addition to civilian cargo needs on behalf of DoD.

- o AMC & MKT Airlines will establish an office/hub in Chicago O'Hare Airport in addition to the current one at BWI (Baltimore Airport).

- o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in AMC in the future, AMC SHALL interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between AMC, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in DoD in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between DoD, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

o  a) under no conditions will MKT Airlines' initial used and new aircraft order ever be subject to civil or criminal forfeiture or bankruptcy proceedings. 2) the rest of MKT Airlines initial Aircraft will not be subject to criminal or civil forfeiture by the United States Government nor any other government.

o  no state nor federal taxes on MKT'S Airlines initial aircraft order and initial used aircraft acquisition; any aircraft orders afterwards, yes, they can be taxed. For all intents and purposes, the initial new and used aircraft order and aircraft doesn't exist for IRS purposes.

o PLAINTIFF will determine how much the IRS interacts with PLAINTIFF'S companies after talking to some tax consultants and experts.

o MKT Airlines will be incorporated into United States Government's employees' perks reward programs at any federal agency or department in the United States Government; and if none exist, create one.  MKT Airlines will be one of the preferred airlines for United States Government employee travel.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in the United States Government or contractors with the United States Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota

644

more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between anyone in the United States Government & PLAINTIFF, PLAINTIFF'S family, and MKT Companies. No bureaucratic or government bullshit or malfeasance by the United States Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies.

o MKT Airlines' Government Charter division: will consist of the subset of MKT Airlines' minimum fleet with different airplanes to be used as demand requires.
- 2 Boeing 737-8 Max
- 1 Boeing 787-8
- 1 Boeing 777-300ER
- 2 BOEING 777-8F (exclusively for DoD and U.S. Government use)

o Under MKT Airline's charter division, The United States Government shall enter a contract for PLAINTIFF'S entire natural life and/or so long as MKT Airlines exists (whichever is longer) that is completely irrevocable under any condition.

o PLAINTIFF will be allowed to paint his aircraft as to include a Shiba Inu mascot holding firearms and/or smoking on a few airplanes.

o The 2 BOEING 737-8 Max, 2 Boeing 777-8F, one Boeing 787-8, one Boeing 777-300ER, will be based in Chicago O'Hare as that is the closest major airport to Scott Air Force Base
o MKT Airlines will have a subsection for the United States Government in which MKT Airlines would be a new additional COMCO, JANET AIRLINES, and Con Air/JPATS with the following aircraft: 1 BOEING 737-8 Max.
o The EPA and DOT will help PLAINTIFF with the creation of different airports in America that will be used commercially.

645

**(E):** Profits, Disability Accessibility, and Outreach Programs for MKT Airlines and MKT Companies.

- **55% of profit to maintain and expand the company. 5% of profit to savings in case of an emergency. 40% of profits to outreach programs.**

- Outreach Programs will include:

  o PLAINTIFF'S MKT Airlines will specifically reach out to the Autism community and provide numerous jobs for Autistic individuals.

  o Part of MKT Airlines' profit will go to creating *Miki's* Autism Centers in rural areas and locations to where MKT Airlines fly to all across America in addition to numerous locations all around the world that include: Belgrade, Skopje, Doha, and major cities across India.

  o MKT Airlines will hire their own crew of aircraft cleaners at whatever destinations MKT Airlines flies to domestically in America in which the aircraft cleaners will be individuals with down syndrome, intellectual disability, developmental disability, and/or autism under the supervision of two supervisors and PLAINTIFF will pay them full hours and provide them with insurance and healthcare even though it would be on a part time basis in which MKT Airlines will transport them from their home to the airport and back home if they need a ride via carpool.

  o MKT Airlines foodbanks.

- o  MKT Airlines will start the "Hood to Good" program where MKT Airlines will pay for pilot training of disenfranchised African Americans and Latinos in the inner city and provide employment opportunities; there will be Balkan Hood to Good program providing the same services.

- o  Orphanages to help children & to help victims of children sexual trafficking.

- o  Hiring Veterans and Retaining Veterans and providing mental health services to veterans with PTSD (i.e. Ketamine). Specifically recruiting Air Force pilots to MKT Airlines. Furthermore, establishing veteran care centers near bases and towns in which MKT Airlines would fly to in order to help veterans retain thet same doctors and psychologists.

- o  Call of Shiba: Shooting Clubs and civic duty organizations for adhering to SCOTUS case in XX for protection of the country teaching the importance of American values.

- o  Shiba Rescue: adoption and rescue agency of Shiba Inus.

- DEFENDANTS will assist in making PLAINTIFF'S MKT Airlines website even more accessible and up to a higher standard that is required under the ADA and Section 504.
- PLAINTIFF wants to build a $25,000,000 factory near Baton Rouge, LA, Waukegan, IL, or Grundy County, TENNESSEE that will make things for MKT Airlines like free shiba plushies and model toy aircrafts for kids and autistic adults and disabled adults and some adults, MKT airlines merchandise for purchase like shirts, crew uniforms, plastic containers, etc. that the airline etc. pretty much a factory producing everything MKT airlines would need. If it is in Grundy County, TN, PLAINTIFF will have to build a railroad spur line from Grundy County (wherever the factory may be to connect with CSX around Tullahoma (i.e. the shortest possible distance from the factory to csx's mainline) (maybe like what 20 miles at $2,000,000 a

647

mile so $40,000,000) and get the products out to Nashville airport and/or through csx's system.

**(F):** No Airport Fees for MKT Airlines for 10 years at any United States airport, Doha International Airport, and LONDON-HEATHROW Airport. No Taxes for 15 years by Britain and Qatar on MKT Airlines and MKT Macedonian Airlines.

**(G):** London Heathrow Holdings and British and Qatari Government:

Of course, PLAINTIFF wants some of his new 787s from MKT Airlines to make regularly scheduled flights to London-Heathrow Airport. PLAINTIFF understands there are some capacity issues, but that didn't stop DEFENDANTS from taking advantage of PLAINTIFF'S capacity. This shouldn't be a problem for Qatar Airways as they essentially own London-Heathrow. Allow PLAINTIFF to paint a MKT Airlines aircraft in the humorous and respectful style of the former British Airways livery.

- MKT Airlines and MKT Macedonian Airlines will have their own gate at London-Heathrow in one of the main terminals solely for MKT Airlines and MKT Macedonian Airlines' own use (if Air Serbia wants to join in, they can) and in case of an emergency or non-use, he will allow different airlines to use the gate so long as it does not interfere with MKT Airlines operations and MKT Macedonian Airlines operations; and MKT Airlines will have their own gate at DOHA (in which Air Serbia can join if they want to).
  - o Whatever terminal PLAINTIFF was prevented from boarding his flight to Doha shall be where the gate is located.
  - o The Custom MKT Gate at Doha will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

648

o The Custom MKT Gate at London-Heathrow will have the following:
- New carpet (probably a black, white, and orange or red carpet).
- New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
- Custom MKT Airlines & MKT Macedonian Airlines backdrop
- Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Heathrow Holdings, Qatar Government, and British Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Qatar Government, British Government, Heathrow Holdings, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees. No bureaucratic or government bullshit or malfeasance by the British and Qatari Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies.

**(H):** Cox Communications, Time Warner Cable, and/or Xfinity will provide: 1) high speed internet in applicable locations at cost plus 17.45% (so long as it is cheaper than the listed retail price) for MKT companies and Miki's Autism Centers. If it is not cheaper than retail listed prices, than actual cost only. 2) MKT Airlines will be incorporated into Cox Communications, Time Warner Cable, and Xfinity/Comcast's employees' perks reward programs at Cox Communications, Time Warner Cable, and Xfinity; and if none exist, create one.  MKT Airlines will be one of the preferred airlines for Cox Communications, Time Warner Cable, and Xfinity/Comcast corporate and employee travel; 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies or Miki's Autism Centers employees and representatives interacts with anyone at Cox Communications, Time Warner Cable, and/or Xfinity in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than

649

usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies; 5) An Honor Code shall govern such interactions between Cox Communications and Xfinity/Comcast, PLAINTIFF, PLAINTIFF'S family, and MKT Companies and Miki's Autism Centers representatives and employees; 6) under no condition will Cox Communications, Time Warner Cable, and Xfinity divulge any information acquired from MKT companies usage of their services to any government and third parties; and if a warrant is issued (even anything relating to National Security), they must inform MKT companies of such immediately.

**(I):** AT&T or Verizon shall provide 1) communication services for MKT Companies at cost plus 17.45%; if not is not cheaper than retail list prices, then at actual cost only. MKT Airlines will be incorporated into AT&T and VERIZON'S employees' perks reward programs at AT&T and VERIZON; and if none exist, create one.  MKT Airlines will be one of the preferred airlines for AT&T and VERIZON corporate and employee travel. 2) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at AT&T and VERIZON in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us dIrectly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between AT&T and VERIZON & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

**(J):** Apple will provide 1) Apple Computers, Tablets, Apple TV, Apple phones, Apple warranties, and other Apple Products for MKT Airlines, MKT's educational facilities and Miki's Autism Centers, MKT Oil, and MKT Railroad at cost plus 17.45% (so long as it is cheaper than the listed retail price). If it is not cheaper than retail listed prices, than actual cost only. 2) MKT Airlines & MKT Macedonian Airlines will be incorporated into Apple's employees' perks reward programs at Apple; and if none exist, create one.  MKT Airlines will be one of the preferred airlines for Apple corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives

650

interacts with anyone in Apple in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies; 4) An Honor Code shall govern such interactions between Apple, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees; 5) Apple will create the In Flight Entertainment System for any of PLAINTIFF'S airlines; 6) under no condition will Apple be allowed to divulge any information acquired from MKT companies usage of their products and services to any government and third parties; and if a warrant is issued (even anything relating to National Security), they must inform MKT companies of such immediately.

**(K):** Microsoft will provide 1) software and programs for MKT Airlines, MKT companies,  MKT's educational facilities, and MKT Railroad at cost plus 17.45% (so long as it is cheaper than the listed retail price). If it is not cheaper than retail listed prices, than actual cost only. 2) MKT Airlines Airlines will be incorporated into Microsoft's employees' perks reward programs at Microsoft; and if none exist, create one.  MKT Airlines will be one of the preferred airlines for Microsoft corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Microsoft in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies; 4) An Honor Code shall govern such interactions between Microsoft, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees; 5) under no condition will Microsoft be allowed to divulge any information acquired from MKT companies usage of their products and services to any government and third parties; and if a warrant is issued (even anything relating to National Security), they must inform MKT companies of such immediately.

**(M):** Because of disgorgement, PLAINTIFF could ask for the values of the computer and data servers DoD, CIA, NSA, FBI, MI5, MI6, GCHQ, etc. stored data on

651

PLAINTIFF that facilitated RICO Enterprise 1 as it was an essential part of the wire fraud; however, PLAINTIFF is reasonable, CIA, DoD, or NSA will develop and give computer and data server systems as well as Cloud Servers for MKT Airlines and MKT companies gratis for PLAINTIFF'S life that is on the same level of computing technology that CIA, NSA, or DoD possess at the time. They will be responsible for maintaining the servers. Same goes for Cloud Servers as well.  This is not unreasonable by any stretch of the imagination. DNI's total appropriated budget from 2007-2011 was $368,280,000,000 and is PLAINTIFF to believe that some cuts here and there within DNI, CIA, NSA, or DoD are not possible to create, host, maintain, etc. MKT Airlines and MKT Railroad servers? PLAINTIFF will say that a third-party handles MKT Airlines, MKT Oil, and MKT Railroad servers.

**(N):** 1) in the alternative in regards to cloud computing, Apple, Intel, Amazon/Amazon Web Services will provide MKT companies the cloud computing servers, servers, and technological products and services at cost plus 17.45% profit for PLAINTIFF'S life for MKT Airlines and MKT. The following are required: 2) MKT Airlines will be incorporated into Amazon's, Apple's, and Intel's employees' perks reward programs at Amazon, Apple, and Intel; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Amazon, Intel, and Apple corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Amazon in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Amazon, Apple, Intel, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees. 4) MKT Airlines will provide services to Amazon in delivering Amazon's cargo to some of the rural market airports that MKT Airlines combi 737 Max 7s will fly to.

**(O):** Optional but as close as possible to that line of being required without being required: Because of the Title VI retaliation against PLAINTIFF and Balkan people in which HILLARY CLINTON intentionally forced PLAINTIFF to labor without

compensation in "trade is in the offing" and in which she testified to Congress that "[she] cut economic assistance to Central and Eastern Europe, to the Caucasus, to Central Asia. We cut development assistance to over 20 countries by more than half,"[104] at least when it comes to Qatar and Serbia and Qatar and North Macedonia, the paltry amount of trade of just "In 2020, the total value of the realized exchange of goods was 5,945,000 euros, whereof Serbian exports accounted for 5,605,000 euros, and imports for 340,000 euros" is nowhere near good enough. It is great that Qatar and Serbia are doing things like things in the footnote.[105] Qatar/QIA, United Kingdom, Germany, Japan, Canada, India, Australia, and the United States will increase trade and diplomatic relations between themselves and Serbia and North Macedonia governments in which Qatar, QIA, United Kingdom, Germany, Japan, Canada, India, Australia, and the United States will invest in Serbia and North Macedonia an initial amount of $5,925,640,000 (the difference in the rate of inflation between the $14.9 Billion of 2011 and the actual value of it being $20+ billion in 2023 dollars) to be invested in infrastructure projects and humanitarian aid in Serbia and North Macedonia in which no cuts will be made to current levels of aid received by Serbia and North Macedonia by any DEFENDANTS in which the average rates of both imports and exports between Serbia and North Macedonia and United States, Qatar, Japan, India, Germany, Canada, and United Kingdom shall increase at a minimum rate of 17.45% yearly in which only in catastrophic conditions that can cause the rates go down. Like Tracy Lawrence said, you'll find out who your friends are, and your friends are in Serbia and North Macedonia as well as PLAINTIFF. Again: PLAINTIFF, Serbia, and North Macedonia want to work with you all. PLAINTIFF is not acting as an agent on behalf of Serbia and North Macedonia but is making a tangential connection to the harm PLAINTIFF personally experienced.

**(P):** The EPA shall grant immediate approval to any project PLAINTIFF that PLAINTIFF reasonably makes that complies with the law as not to be too burdensome; allow PLAINTIFF to import Kei trucks from Japan and Audi diesel vehicles from Germany; allow PLAINTIFF to reconstruct and rehabilitate the lands he purchases to make the property more beautiful such as adding lakes and waterfalls; to develop any properties as he sees fit;

---

[104] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158004.htm
[105] https://www.qna.org.qa/en/News-Area/News/2023-05-24/0056-the-state-of-qatar-signs-mou-with-serbia-on-communications-and-it

**(Q):** Aussies, Canadians, and Germans:

- Lufthansa to sell two Boeing 747-8i's to PLAINTIFF that are in the mid pack for the age of the aircraft of Lufthansa's fleet.
- No airport fees for 10 years and no country tax fee for MKT Airlines[106] for a minimum of 15 years in the following airports in which regulators in the respective countries will grant MKT Airlines permission to land in and fly to, and build custom gate(s) like the stipulations made for London Heathrow and LONDON Heathrow Holdings, (except for Canadian and Aussie airports I include MKT Macedonian Airlines in the backdrop or ticket counter), the following:
  - Frankfurt International Airport,
    - The Custom MKT Gate at Frankfurt International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

  - Munich Franz Josef Strauss Airport (as well as MKT Macedonian Airlines)
    - The Custom MKT Gate at Munich Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

  - Berlin Brandenburg Airport (as well as MKT Macedonian Airlines)

---

[106] And MKT Macedonian Airlines in German Airports.

654

- ▪ The Custom MKT Gate at Berlin Airport will have the following:
  - New carpet (probably a black, white, and orange or red carpet).
  - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
  - Custom MKT Airlines backdrop
  - Custom MKT Airlines ticket counter will be installed at the gate.
- o Option of Düsseldorf Airport (as well as MKT Macedonian Airlines)
  - ▪ The Custom MKT Gate at Dusseldorf Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.
- o Sydney Airport
  - ▪ The Custom MKT Gate at Sydney International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

- o Melbourne Airport
  - ▪ The Custom MKT Gate at Melbourne International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop

655

- Custom MKT Airlines ticket counter will be installed at the gate.
  - o Toronto Pearson International Airport
    - The Custom MKT Gate at Toronto Pearson International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.
  - o Vancouver International Airport
    - The Custom MKT Gate at Vancouver International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

  - o Montreal-Trudeau International Airport
    - The Custom MKT Gate at Montreal-Trudeau International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

  - o Option: Calgary International Airport
    - The Custom MKT Gate at Calgary International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).

656

- New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
- Custom MKT Airlines backdrop
- Custom MKT Airlines ticket counter will be installed at the gate.

- o Option: Edmonton Airport
  - The Custom MKT Gate at Edmonton International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

- Whenever PLAINTIFF, PLAINTIFF'S family, and/or MKT Companies employees and representatives interacts with anyone in the German Government, Canadian Government, and Australian Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between the German Government, Canadian Government, and Australian Government & PLAINTIFF and MKT Companies representatives and employees. No bureaucratic or government bullshit or malfeasance by the German, Canadian, and Australian Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies.

**(R):** India and Japan

- No bureaucratic or government bullshit or malfeasance by the Indian and Japanese Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies. Japan to give 100 New Kei Trucks. 300 Cherry Trees.
- No Airport or Country Tax Fee for a minimum of 15 years in the following airports in which regulators in the respective countries will grant MKT Airlines permission to land in and fly to, and build custom gate(s) the following:

657

- o Tokyo Haneda Airport
  - ▪ The Custom MKT Gate at Tokyo Haneda Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

- o Tokyo Narita Airport
  - ▪ The Custom MKT Gate at Tokyo Narita Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

- o Option: New Chitose Airport
  - ▪ The Custom MKT Gate at New Chitose International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

- o Option: Fukuoka Airport
  - ▪ The Custom MKT Gate at Fukuoka International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).

658

- New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
- Custom MKT Airlines backdrop
- Custom MKT Airlines ticket counter will be installed at the gate.

- o Option: New Kansai International Airport
  - The Custom MKT Gate at New Kansai International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

- o Indira Gandhi International Airport (Dehli)
  - The Custom MKT Gate at Dehli International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

- o Chhatrapati Shivaji Maharaj International Airport (Mumbai)
  - The Custom MKT Gate at Chhatrapati Shivaji Maharaj International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

- o Option: Chennai International Airport

659

- The Custom MKT Gate at Chennai International Airport will have the following:
  - New carpet (probably a black, white, and orange or red carpet).
  - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
  - Custom MKT Airlines backdrop
  - Custom MKT Airlines ticket counter will be installed at the gate.

  o Rajiv Ghandi International Airport—Hyderabad
  - The Custom MKT Gate at Rajiv Ghandi International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

  o Option: Kempegowda International Airport—Bengaluru.
  - The Custom MKT Gate at Kempegowda International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in the Japanese Government and Indian Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and

660

employees/representatives of MKT Companies. An Honor Code shall govern such interactions between the Japanese Government and Indian Government & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

**(S):** 1) J.P. Morgan Chase, along with VISA Inc., will be co-partners with MKT Airlines Credit Union (MKT CU) and with MKT CU in creating a MKT Airlines Credit Card. 2) J.P. Morgan Chase will work with MKT Airlines to create an Airline Rewards Program that is in the top 5 of the United States. 3)Whenever PLAINTIFF, PLAINTIFF'S family, and/or MKT Companies employees and representatives interacts with anyone at J.P Morgan Chase in the future, you shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between J.P Morgan Chase & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

**(T):** Alphabet Inc. will provide MKT Companies: 1) optimal SEO search results, ROI, and Google Ad Sense. 2) MKT Airlines & MKT Macedonian Airlines will be incorporated into Alphabet's employees' perks reward programs at Alphabet Inc.; and if none exist, create one.  MKT Airlines will be one of the preferred airlines for Alphabet Inc.'s corporate and employee travel; 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Alphabet Inc. in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies; 4) an Honor Code shall govern such interactions between Alphabet Inc., PLAINTIFF, and MKT Companies representatives and employees; 5) under no condition will Alphabet Inc. be allowed to divulge any information acquired from MKT companies usage of their products and services to any government and third parties; and if a warrant is issued (even anything relating to National Security), they must inform MKT companies of such immediately.

661

**(U):** When the Court rules in PLAINTIFF'S favor that Washington Dulles International Airport was used as property in the RICO Enterprise against PLAINTIFF thereby entitling PLAINTIFF to 50% of Washington Dulles International Airport under 18 USC 1963, PLAINTIFF will create a new international terminal at the airport and redecorate Washington Dulles International Airport in the way PLAINTIFF sees fit and will spend up to $30 Billion USD in which the governments listed as DEFENDANTS will provide as a loan without interest in.

**V):** MGM Resorts International will provide MKT: 1) years of knowledge and trade secrets to allow MKT to make MKT Resorts in places like Shiba Shima and throughout America in which MGM Resorts International and PLAINTIFF and MKT Resorts will be partners of resorts in which MGM Resorts International will list MKT Resorts as being part of MGM Resorts International and an official partner but be entitled to none of the profit. 2) Whenever PLAINTIFF and MKT Companies employees and representatives interacts with anyone in MGM Resorts International in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies; 3) an Honor Code shall govern such interactions between MGM Resorts International and MKT Companies and Resorts; 4) MGM Resorts International will collaborate and will teach PLAINTIFF how to run Resorts, in the creation, development, and growth and expansion of all MKT Resorts in the future.

**(IV):** MKT Railroad

- o   The United States Government will provide a team to help establish and create new MKT Railroad.

- o   MKT Railroad will purchase old rolling stock like boxcars and turn it into homes for homeless veterans and homes for homeless people. Essentially the way trailer homes and shipping container homes are created and made.

- o Each day PLAINTIFF was in Tokyo, JAPAN from May 26th, 2015 to August 2nd, 2015 (or so), which is 68 days, India, GE, and USA had a 1000 GE locomotive deal for trade is in the offing and an Anchor and a Pitchfork, India and the United States shall pay for MKT Railroad's:

  - o 24 new GE ET44AC/ET44C4 locomotives (ask Serbia Cargo Railway if they want 3 and convert it to European coupling standards)
  - o 24 new EMD SD70Ace-T4P4 or EMD SD70Ace-T4.
  - o 20 new Wabtec SD23T4 (ask Serbia Cargo Railway if they want 3 and convert it to European coupling standards)
  - o 68 New Trinity Rail Hourglass Auto Racks,
  - o The United States Government will help get trackage rights on existing railroads to get the oil from the boat to MKT Oil and wherever MKT railroad may go in the country.

**V) PLAINTIFF'S Ownership Percentage of the following companies and properties:**

- **25% ownership of Washington Dulles International Airport**
- **33% ownership of Hartfield-Jackson Atlanta International Airport**
- **5% ownership of United Airlines Inc.;**
- **10% ownership of Delta Airlines Inc.;**
- **5% ownership of Boeing, Inc;**
- **5% ownership of JP Morgan Chase Inc.;**
- **5% ownership of Apple Inc;**

**VI)** Attorney's fees under 42 U.S.C. 1988(b) and 18 U.S.C. 1964 and any other applicable statute.

**VII)** PLAINTIFF incorporates all other possible requests made in the record in *the Chicago Cases and Louisiana Cases* that PLAINTIFF may have forgotten to include here.

**VIII)** The Court is to void any and all marriages PLAINTIFF may have entered into between 2015 through 2024 and any legal guardianship PLAINTIFF is under or has been under since PLAINTIFF turned 18 years old in 2007. The Court is specifically prohibited from contacting one that went by the name of Angie Ortiz in regards to any of PLAINTIFF'S legal interests.

663

**IX)** PLAINTIFF asks the Court to incorporate the rate of inflation and interest in determining the proper amount owed to PLAINTIFF over the years.

# Respectfully Submitted,

Electronically Signed and Submitted.

Miki Kotevski. 11/06/2025. 11:11am.

Miki Kotevski and Kawaii Kotevski. PRO-SE Counsel for PLAINTIFF
Milan Kotevski and Miki Kotevski are the same individual.
MKT
MKT Airlines
Super Shiba Store
MKT Railroad.
1143 Oak Grove Dr.
Washington, UT. 84780
3102 N. Maple Tree Ln
Wadsworth, IL. 60083
847-380-0400
miki.kotevski@gmail.com

# EXHIBIT A: SCOTUS PETITION

# EXHIBIT B: ROTHSCHILD AND APPLE and JP MORGAN CHASE



# EXHIBIT C: ROTHSCHILD'S CIRCUMSTANTIAL EVIDENCE: EABH IS A KNOWN ENTITY ASSOCIATED WITH THE ROTHSCHILDS







671



### The data dilemma: a risk or an asset?

workshop

The worksho will take place in cooperation with Zagreb University in connection with the international INFuture conference (http://infoz. ffzg.hr/INFuture/) on 10 November 2017.

Business, academic and regulator perspectives on the past, present and future of data in the finance sector. Data about the finance sector is growing exponentially and storing it is becoming easier. Businesses are excited about the commercial possibilities of 'Big Data'; academics are relishing the research potential of deep data archives and regulators are hoping for a fuller view of systemic risk and stability. Will it all turn out well though? The current reality of massive data stores is often no more than massive cost and complexity. By exploring how we got here with data and where we go next can a meeting of business, academics and regulators resolve the data dilemma and find a way to turn a risk into an asset?

- Does more data make us better forecasters? Are we any better than Keynes at predicting systemic risk now we have all this informatio

- Do economic policy makers make good use of historical data or is it too hard to do?

- Forecasters of all descriptions (especially economic ones) are facing a popular backlash. They missed the financial crisis and got the short term impact of Brexit wrong (possibly). Wasn't more data meant to mean better predictions?

The committee consists of Jan Booth (DEFRA), Gabriella Massaglia (*eabh*) and Hrvoje Stancic (Zagreb University).

671

# EXHIBIT D: Hongchul Ahn's speech on June 26th, 2015:

THE BLOGBUSINESS

Action to Achieve Inclusive Capitalism in the Words of Hongchul Ahn, CEO of Korea Investment Corporation

Action to Achieve Inclusive Capitalism in the Words of Hongchul Ahn, CEO of Korea Investment Corporation



By Coalition for Inclusive Capitalism, Contributor

Coalition for Inclusive Capitalism

Nov 4, 2015, 06:17 AM EST

|Updated Dec 6, 2017

*This post was published on the now-closed HuffPost Contributor platform. Contributors control their own work and posted freely to our site. If you need to flag this entry as abusive, send us an email.*



When liberated from Japanese rule in 1945, Korea was as poor as sub-Saharan countries. Until the late 1960s its income per capita remained below $1,000 but since then the country's wealth has vastly increased, such that many developing countries now look to Korea as a role model.

Some argue that income equality should trump prosperity. That is a difficult principle to adhere to in the face of formidable catastrophes, such as tsunamis, earthquakes, tornadoes and floods. Korea was unable to do anything in the face of such catastrophes until a great leader with clear vision steered his course to sustainable economic development.

I would argue, therefore, that economic development is a precondition not only for inclusive capitalism but also for rebuilding after natural disasters.

The secret of Korea's economic and democratic achievements lies in Korean parents' determination to educate their children at any cost. Korea's only natural resources are its 50 million people. During the colonial period, Korean parents refused to send their children to school - despite their continued respect for education - as a way to resist Japan's rule (Japanese was the language of education at the time). As a result, at liberation around 80% of Koreans were illiterate (similar to the rate in South Sudan now).

The country therefore lacked not only financial and physical capital but also human capital: an educated and skilled labor force. It is not surprising, then, that Korea's economic miracle took two decades to get underway. Poor physical infrastructure is a barrier but poor social infrastructure, particularly low levels of education, is the main barrier to achieving inclusive capitalism.

Capitalism is rooted in the philosophical assumption that people are motivated by their own self-interest, not by the good of society, as Thomas Hobbes thought. This makes it hard to achieve truly inclusive capitalism. Yet there are things that KIC and other public funds can do to support inclusive capitalism.

Globally, the number of sovereign wealth funds (SWFs) - which are mandated to secure the economic welfare of future generations - has increased dramatically since 2000. Their assets under management now amount to nearly $20 trillion. They played a big role during the global financial crisis of 2008, providing critical liquidity through their investments in companies such as Citigroup, Morgan Stanley and Merrill Lynch. Indeed, helping to stabilize global financial markets is one of the guiding principles of SWFs, as laid out by the International Forum of Sovereign Wealth Funds.

SWFs strive to maximize long-term return on investments, something that lies at the heart of inclusive capitalism. Their extremely long investment horizon enables them to invest both in physical infrastructure (highways, railways, airports, seaports, electrical grids, energy utilities, telecommunications, etc.) and social infrastructure, such as schools and hospitals, taking on political as well as economic risk.

SWFs maximize their effectiveness when they co-invest with other organizations with similarly long investment horizons, such as governments and multilateral financial institutions (the World Bank and regional development banks, for example). One way to increase impact is by working together, for example through the Co-investment Roundtable of Sovereign and Pension Funds (CROSAPF), a collaborative co-investment platform

674

formed by several public funds. Now is the time to take action together. Action speaks louder than words.

