RECEIVED
ENTERED     SERVED ON

03/06/2026
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

PLAINTIFF,                                                      |
MILAN MICHAEL KOTEVSKI,                          |
                                                                     |
vs.                                                                    |
DEFENDANTS,                                                  |
GEORGE W. BUSH                                          |
HILLARY RODHAM CLINTON; WILLIAM     |
JEFFERSON CLINTON;                                    |   **25-cv-02212—MMD-MDC**
ANGELA MERKEL; ANGIE ORTIZ;             |
Alistair James Hendrie Burt;                         |
Sir ALEXANDER WILLIAM YOUNGER;     |
Akbar Al Baker أكبر الباكر;  AJAY SINGH;   |
ARMIN HASENPUSCH;ANDREW WEISSMANN; |
ARNDT FREYTAG von LORINGHOVEN;   |
JUDGE AMIT MEHTA; ANTHONY FOXX;   |
ANDREW DAVID PARKER                        |
(Baron Parker of Minsmere);                        |
ALICE FISHER; Albert Dwoskin;               |
ANN MARIE SLAUGHTER;                         |
JUDGE ANTHONY J. TRENGA,
AMY ROSENBAUM
JUDGE AMY J. St. EVE;
ANDREW MCCABE
ANURIMA BHARAGAVA
JUDGE ANNE CONWAY
ASHTON CARTER
AKIHIRO OTA (太田 昭宏);
AVRIL HAINES
BARACK OBAMA
BARBARA L. HERWIG
Brett Gibson
Balram Bheodari
BRAIN MOYNIHAN
BRAIN DEESE
BRAIN KRZANICH
BRAIN BENCZKOWSKI,
BERNADETTE MEEHAN
BEN RHODES
BRIANA DUBOIS

BHUPENDRA BHULO KANSAGRA
BEAN LLC d/b/a Fusion GPS
CATHERINE LHAMON
CAROLINE ATKINSON
CAROLINE KENNEDY;
COLIN POWELL;
CHELSEA CLINTON;
CATHERINE RUSSELL
CHRISTOPHER JOHNSTONE
CHRISTOPHER M. CHADWICK
CHARLES McCULLOUGH,
CHARLES SCHARF
CORNELIA PIEPER;
CHAD WOLF
Carmen Spell
City of Atlanta
CHERYL MILLS
Christopher Steele
COLIN STEPHEN MATTHEWS;
JUDGE CLAIRE EAGAN
JUDGE CARL NICHOLS
JUDGE CANDACE JACKSON-AKIWUMI;
JUDGE COLLEN KOLLAR-KOTELLY
DANIEL RUSSELL
BARON DAVID RENE de ROTHSCHILD
DANA KAERSVANG
DENNIS BLAIR,
DENIS McDONOUGH
JUDGE DIANE P. WOOD;
JUDGE DAVID F. HAMILTON;
JUDGE DEE BENSON
DONALD KERR,
DAVID C. GOMPERT,
DON VERRILLI,
JUDGE DENNIS SAYLOR
DREW HOUSTON;
DAN COATS,
DAVE CALHOUN;  (Boeing)
DONALD B. VERRILLI, JR.
JUDGE DORIS PRYOR;
DENNIS MUILENBURG;
CHIEF JUDGE DIANE S. SYKES
The Estate of GEORGE H.W. BUSH
**The Estate of SHINZO ABE;**

THE ESTATE OF ANTONIN SCALIA
Estate of MUTHUVEL KARUNANIDHI;
The Estate of SIR EVELYN ROTHSCHILD;
THE ESTATE OF JACOB ROTHSCHILD;
The Estate of Kenneth Winston Starr
The EMIR of QATAR,
ELAINE DUKE,
ERNEST MONIZ
ERNST UHRLAU;
ELIZABETH B. PRELOGAR
ETENNE SINATAMBOU;
ERIC HOLDER
Eileen M. Decker
ERIC SCHMIDT;
EIICHI HASEGAWA
EVAN MEDEIROS
EDWIN KNEEDLER
FATIMA GOSS GRAVES
JUDGE FRANK H. EASTERBROOK;
JUDGE FREDERICK SCULLIN
FUMIO KISHIDA;
GINA McCARTHY
GREGORY GARRE,
George S. Cardona
GLEN SHIGERU FUKUSHIMA
GINA HASPEL
GREG PAGE
GEORGE SOROS
GERHARD SCHINDLER;
GUIDO WESTERWELLE
JUDGE GEORGE KAZEN
GEORGE BRANDIS;
Gary Smith;
GEOFFREY BOYD LAMB
GEORGE W. BUSH
HISAO HARIHARA
HIDEO ISHIZUKI
HIDESHI TOKUCHI
HIROSHI MUTO
HIROSHI SUZUKI
HUNTER BIDEN
HAROLD HONGJU KOH;
HOLLY A. THOMAS
ISAO IIJIMA

Sir IAIN ROBERT LOBBAN,
Itsurō Terada 寺田 逸郎
IAN HEATH GERSHENGORN
JUDGE ILLANA D. ROVNER;
JACOB LEW
JOHN C. "CHRIS" INGLIS,
JAKAYA KIKWETE
JOHN RATCLIFFE,
JAMES FERGUSON "JAY" CARNEY;
JAMES CLAPPER
JEFFREY SMISEK
JAKE SULLIVAN;
JAMES WINNEFELD
JAMES MURREN
JAMIE DIMON
JENNIFER PSAKI
JEFFREY ZIENTS
JAMES BELL;
JOE MAGUIRE,
J. Walter Green
JIM CICCONI;
JUDGE JAMES BOASBERG
JAMES COMEY
JAY JACOBS;
JAMES J. MURREN;
JIM LENTZ III
JUDGE JOHN LEE;
JOHN KERRY
JUSTIN COOPER;
JC YOO;
JAMES ANDREW BAKER,
JESSICA A. OTT;
JUDGE JOHN THARP
JOHN T. MORTON,
JUDGE JAMES ZAGEL
JUDGE JAMES JONES
John A. Braun
JOHN J. STUDZINSKI
Joseph "Nick" Nicolosi
JUDGE JOAN ERICKSEN
JUDGE JOHN BATES
JUDGE GEORGE SINGAL
JOE RILEY, Jr
JOHN SAWERS,

JOHN O. BRENNAN
J. Walter Tejada
Joslyn N. Williams
JOSEPH BIDEN
JOCELYN SAMUELS
Dr. JILL BIDEN
JANET NAPOLITANO,
JIM BIDEN
JOHN SANDWEG,
JOHN ROTH
JEH JOHNSON
JASSIM bin HAMAD BIN KHALIFA AL THANI;
JUDGE JOEL M. FLAUM;
JULIE BISHOP;
JONATHAN EVANS (Baron Evans of Weardale),
Joseph Bello
JUDGE JOSHUA KOLAR;
JOHN PODESTA
JOYCE R. BRANDA
JULIAN ABDEY
JULIE JOHNSON,
JEFFERSON BEAUREGARD SESSIONS III
Judith N. Batty
Katherine K. Hanley
KASUNOBU KATO
KALANITHI MARAN.
JUDGE KARIN IMMERGUT
KATHERINE DARBY-BURNS;
General KEITH B. ALEXANDER,
KIRSTJEN NIELSEN,
JUDGE KENNETH KARAS
KOJI TOMITA
KEVIN KEALOHA McALEENAN,
AMBASSADOR KRISTIE KENNEY;
KENICHIRO SASAE
KRISTINA KHOMOVA
JUDGE KENNETH F. RIPPLE;
LISA MONACO
LISA PAGE
LILLY WINCHESTER (AKA LILLY RADER).
LIZ ROBBINS
LISA PAGE,
LOIS LERNER
LYNN FORESTER DE ROTHSCHILD

MASATSUGU AKAKAWA
MARCUS KOSINS;
MARCIA GREENBERGER
MARK GIULIO
MARTIN BIESEL;
MO IBRAHIM;
former Prime Minister MANMOHAN SINGH;
MARY BETH BANKSON WILLIAMS
JUDGE MARTIN FELDMAN
JUDGE MICHAEL MOSMAN
MAHMOUD KANDATHIL;
MICHAEL CHERTOFF,
MICHAEL KEENAN;
**MICHELLE OBAMA;**
MICHAEL DEMPSEY,
MILES ARMITAGE;
MICHAEL FROMAN;
MICHAEL McCONNELL;
MINDY JACOBS;
MITSUHIDE IWAKI (岩城 光英)
Michael L. Smith
Mamie W. Mallory
Michele Hagans
Mark Uncapher
JUDGE MICHAEL B. BRENNAN;
JUDGE MICHAEL Y. SCUDDER JR.;
Mahmoud Kandathil
MATTHEW G. OLSEN,
MORRIS PASQUAL
MERRICK GARLAND
Mary Bello
JUDGE MALCOM HOWARD
JUDGE MARY MCLAUGHLIN
Michael Bagneris
MARY GRIFFIN YOUNG
MICHAEL JOSEPH MORELL
MYTHILI RAMAN
Mr. GEN NAKATANI
current Prime Minister NARENDRA MODI;
NORIHIKO ISHIGURO
NEAL KATYAL,
NSO GROUP
Neil Abramson
NORBERT STIER;

OLUSEGUN OBASANDJO;
Octave "Todd" Francis III
PAUL FOLEY;
Paula "Polly" (Finley) BARR
PAUL KAGAME
PENNY PRITZKER
PETER AMMON;
PETER STRZOK
PETER JOSEPH NOOZHUMURRY VARGHESE;
PHILIP JIMINEZ;
RAND BEERS,
RIC GRENELL,
ROSE GOTTEMOELLER
REED HASTINGS
REBECCA WETHERBEE
RICHARD ANDERSON;
JUDGE RAYMOND DEARIE
Ruth Kullman
ROBERT MUELLER III
RICHARD H. LEDGETT JR.
JUDGE ROGER VINSON
JUDGE ROSEMARY M. COLLYER
Roger Ogden
REX TILLERSON
ROBERT MICHAEL GATES
ROD JAY ROSENSTEIN,
RUSSLYNN ALI
RONALD L. BURGESS JR,
JUDGE SARA LIOI,
SHAILAGH MURRAY
SHIMON PERES;
SHARON M. MCGOWAN
SHONDA RHIMES
SAMANTHA POWER
SHOTARO YACHI (谷内 正太郎);
SHIGERU KITAMURA;
STEPHANIE O'SULLIVAN,
SHEA PERTUIT;
SARAH SALDAÑA,
SALLY YATES,
Sean O. Burton
Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani (aka: HBJ);

SUSAN RICE
SUSAN WEBBER WRIGHT
SUZY GEORGE
STEPHANIE POPE;          (Boeing)
STRATFOR
Stephanie Yonekura
TARŌ ASŌ (麻生 太郎),
TAKYA IMAI
THOMAS HOMAN,
TOM VILSACK
TRACY BLANCHARD
TIM COOK;
JUDGE THOMAS HOGAN
JUDGE THOMAS RUSSELL
THEODORE COLBERT III;
JUDGE THOMAS L. KIRSCH II;
TIMOTHY KEITH- LUCAS
THAO BUI
Thorn Pozen
TONY ABBOTT;
TONY PODESTA
Timothy Poole
TOMOHIKI TANIGUCHI
TOM PEREZ
TONY BLAIR
Tony Bello
TONY ABBOTT;
TJORVEN BELLMANN;
JUDGE TIMOTHY D. DeGIUSTI,
TINA TCHEN
Taylor Chess
TERRENCE  MCAULIFFE
WARWICK ALLEN;
William E. Sudow
WARREN ERROL TRUSS;
WOLF          RUTHART BORN;
AMBASSADOR WILLIAM BROWNFIELD;
WERNER HOYER;
WERNER OBER;
VALERIE JARRETT;
VANITA GUPTA
VERA POCHTAREV
VLADIMIR PUTIN
Volodymyr Oleksandrovych Zelenskyy

XI JINPING
YASUO SAKAMOTO
YOICHI MIYAZAWA (宮沢 洋)
YOSHIHIDE SUGA;
YŌKO KAMIKAWA,
Zachary Thomas Fardon
5 Eyes;
HARTSFIELD-JACKSON ATLANTA INTERNATIONAL AIRPORT (In Rem);
WASHINGTON DULLES INTERNATIONAL AIRPORT (In Rem);
London Heathrow Airport (In-Rem)
Louis Armstrong New Orleans International Airport. In-Rem.
Heathrow Airport Holdings LTD.
AMAZON WEB SERVICES INC
AMAZON Inc.;
APPLE Inc.;
ALPHABET Inc.
AT&T INC.;
AEROFLOT;
AIRBUS SE;
BANK OF AMERICA;
BLACKSTONE Inc;
Blackstone Europe LLP;
BOEING Inc.,;
BRITISH AIRWAYS
CARGILL FOODS Inc.;
Campus Federal Credit Union
CLINTON GLOBAL INITATIVE
COX COMMUNICATION INC
DELTA AIRLINES INC.;
DUETSCHE LUFTHANSA AG;
INTERNATIONAL CONSOLIDATED AIRLINES GROUP S.A
J.P Morgan India Services Pvt Ltd;      |
J.P. MORGAN QATAR;
JPMorgan Chase Bank, N.A;
JP MORGAN CHASE Inc;
META Inc.;
MICROSOFT INC
MGM Resorts International Inc.;
NATIONAL WOMEN'S LAW CENTER
NETFLIX, INC.;
OPEN SOCIETY INSTITUTE OR OSF
PepsiCo;
QATAR AIRWAYS
QATAR INVESTMENT AUTHORITY (hereon: QIA)          |

(QIA; Arabic: جهاز قطر للإستثمار)
ROTHSCHILD CONTINUATION HOLDINGS;
SAKURA HOUSE CO. LTD
SANTA CLARA UNIVERSITY
SPICEJET;
WALT DISNEY COMPANY;
VERIZON Inc
VISA Inc.;
ROTHSCHILD & CO.;
E.L. Rothschild LP;                                    |
J.P MORGAN CHASE & CO.;                    |
        ROTHSCHILD & Co SCA;                 |
ROTHSCHILD & Co INDIA PRIVATE LIMITED;          |
ROTHSCHILD & Co DOHA LLC;                       |
N.M. ROTHSCHILD & SONS LIMITED;                 |
ROTHSCHILD & Co EQUITY MARKETS                  |
SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc;      |
ROTHSCHILD & Co Vermögensverwaltung GmbH; |
ROTHSCHILD & Co Wealth Management (Europe) S.A; |
ROTHSCHILD & Co Wealth Management Monaco;        |
ROTHSCHILD & Co Bank AG (Switzerland);          |
ROTHSCHILD & Co Wealth Management UK Limited;    |
ROTHSCHILD & Co Investment Managers;            |
Rothschild & Co Asset Management US Inc;        |
FIVE ARROWS MANAGERS North America LLC;  |
CHRISTOPHER C. ALEXA;
VERICA V. KOTEVSKI;
DAVE CALHOUN;  (Boeing)
STEPHANIE POPE;      (Boeing)              |
JAMES BELL (BOEING)        |
CHRISTOPHER M. CHADWICK (Boeing)
The Republic of (INDIA);
THE GOVERNMENT OF JAPAN;
THE GOVERNMENT OF THE UNITED KINGDOM;
THE COMMONWEALTH OF AUSTRALIA;
The REPUBLIC OF INDIA;
STATE OF QATAR;
REPUBLIC OF UGANDA;
REPUBLIC OF LIBERIA;        |
REPUBLIC OF KENYA;
KINGDOM OF MOROCCO;
*The United Republic of Tanzania;*
*The Republic of RWANDA;*
*THE FEDERAL REPUBLIC OF NIGERIA*

*The State of ISRAEL;*
*The Nation of MAURITIUS*

UNKNOWN OFFICERS, LAWYERS, EMPLOYEES,    |
CONTRACTORS, JUDGES, AND/OR SOLDIERS IN:    |
THE DEPARTMENT OF JUSTICE,    DEPARTMENT    |
OF EDUCATION, DEPARTMENT OF HOMELAND    |
SECURITY, CENTRAL INTELLIGENCE AGENCY,    |
FEDERAL BUREAU OF INVESTIGATION, 5 EYES,    |
DEPARTMENT OF DEFENSE, DEPARTMENT OF    |
STATE, NATIONAL SECURITY ADMINISTRATION,    |
DIRECTOR OF NATIONAL INTELLIGENCE, MI6,    |
NSO GROUP,    |BUNDESNACHRICHTENDIENST, |
公安調査庁, kōanchōsa-chō, FOREIGN INTELLIGENCE    |
OF UKRAINE (SZRU), AUSTRALIAN SECRET    |
INTELLIGENCE SERVICE, SEWANEE, TN POLICE    |
DEPARTMENT, FRANKLIN COUNTY, TN SHERIFF'S    |
OFFICE, FAA, LOUISIANA STATE UNIVERSITY,    |
SANTA CLARA UNIVERSITY, THE UNIVERSITY OF    |
THE SOUTH, FISA COURT, ALGEMENE    |
INLICHTINGEN-EN VEILIGHEIDSDIESNT,    |
MAIN DIRECTORATE OF THE GENERAL STAFF OF    |
THE RUSSIAN FEDERATION, Служба внешней   |
разведки Российской Федерации, DIRECTORATE    |
OF MILITARY INTELLIGENCE (IRELAND), UNITED    |
KINGDOM'S SECRET INTELLIGENCE SERVICE, THE |
SECURITY SERVICE (MI5), THE GOVERNMENT |
COMMUNICATIONS HEADQUARTERS (GCHQ),   |
DEFENCE INTELLIGENCE (UNITED KINGDOM),    |
MINISTRY of HOME AFFAIRS (INDIA),    |
MINISTRY of STATE SECURITY OF CHINA    |
国家安全部; Intelligence Bureau (IB) (आसूचना ब्यूरो)    |
(āsūcanā byūro)(under Ministry of Home Affairs (INDIA));|
Research and Analysis Wing (abbreviated: R&AW)    |
**Ministry of Finance of the Republic of India**: *Vitta Maṃtrālaya*

# PLAINTIFF'S RULE 15(D) Motion 03/06/2026.

1.	PLAINTIFF is of no longer good faith of the executive branch.

2.	They continue to violate the Geneva Convention and torture PLAINTIFF without Due Process of law and against his constitutional rights.

3.	PLAINTIFF submitted on more than 3 occasions complaints to the UN in which PLAINTIFF has not heard back from the UN. This is necessarily a war crime as it constitutes obstruction of justice by either ISRAEL, US, INDIA, CHINA, a member of 5 Eyes, FBI, CIA, GRU, FSB, MSS, or RUSSIA.

4.	PLAINTIFF's mother and father routinely deceive and lie to PLAINTIFF and continue to perpetuate PLAINTIFF'S slavery against his 13th Amendment Rights and RICO.

5.	PLAINTIFF'S parents are either Russian or Chinese spies to the best of PLAINTIFF'S ability to ascertain such.

6.	PLAINTIFF'S electronics are tampered with in which the FBI and CIA are aiding and abetting PLAITNIFF'S torture by the Chinese, Indians, Israelis, or Russians. Because of such, PLAINTIFF cannot get a job nor get emergency medical treatment for himself and his dog.

7.    ISRAEL and DONALD TRUMP conspired to continue to make PLAINTIFF a slave in which under precedent involving President Andrew Johnson, DONALD TRUMP doesn't have the right to enslave PLAINTIFF as property anymore.

8.    PLAINTIFF erred when he said certain members of the WHITE HOUSE and certain members of SCOTUS did not violate 18 USC 1962D since October 20th, 2023 to continue to obstruct justice and perpetuate a RICO Enterprise against PLAINTIFF through wanting to send PLAINTIFF to hell and through a pattern of corrupted decisions to obstruct justice. Stare Decisis cannot be utilized when a Court has reason to believe a judicial decision has been corrupted to perpetuate a RICO Enterprise against an American on American soil or abroad.  For RICO purposes, a pattern can consist of two or more corrupted decisions that perpetuated a RICO Enterprise against an American. PLAINTIFF mentioned at least 7 SCOTUS cases that apply in the SCOTUS Petition that was attached. PLAINTIFF'S estimate is now at a minimum of 20 cases that are subject to discovery.

9.    PRESIDENT DONALD TRUMP through doublespeak directed this Court or SCOTUS to deprive PLAINTIFF of lawful and valid

rewards under RICO when he talked about IRAN and how IRAN no longer has jets in which he meant to say that PLAINTIFF will not have a single jet even though Motion of Default was valid and entered into against BOEING that they have knowledge of.

10.    The Executive Branch such as DONALD TRUMP and MARCO RUBIO and certain members of SCOTUS are engaging in mob prosecution in which they seek to lynch PLAINTIFF and/or they are allowing INDIA, CHINA, RUSSIA, ISRAEL, a member of 5 Eyes, and/or a combination thereof to tamper with PLAINTIFF in order to obstruct justice.

11.    INDIA, CHINA, RUSSIA, ISRAEL, a member of 5 Eyes, and/or a combination thereof continues to illegally enslave PLAINTIFF through electronic and personal means on American soil unconstitutionally and illegally without Due Process of Law.

12.    This Court must describe in detail how the Court completely corruptly erred in not granting PLAINTIFF a MOTION OF DEFAULT as in the CHICAGO CASES and LOUISIANA cases.

13.    PLAINTIFF'S fraudulent wife and/or fraudulent legal guardian continues to impersonate PLAINTIFF and continues to torture and

enslave and imprison PLAINTIFF against his will. PLAINTIFF demands an immediate abolition of such fraudulent marriage and/or fraudulent legal guardianship in which the fraudulent legal guardian and/or fraudulent wife must pay PLAINTFF restitution for enslaving PLAINTIFF.

14.   DONALD TRUMP, JOHN RATCLIFFE, KASH PATEL, PETE HEGSETH, TULSI GABBARD, LISA MONACO, VANITA GUPTA, MERRICK GARLAND, GINA HASPEL, LINDSEY GRAHAM, and PAM BONDI know of PLAINTIFF'S enslavement and under Bailey v Alabama have an affirmative legal obligation to end PLAINTIFF'S slavery and intentionally did not in order to obstruct justice.

15.   PLAINTIFF is owed at least 5 new narrowbody and 5 new widebody aircraft from Airbus or Boeing and is owed at least 6 Boeing AH 64 Apache helicopters fully armed.

16.   DONALD TRUMP is aiding and abetting certain corporations as DEFENDANTS by directing this court and certain members of SCOTUS to adversely rule against PLAINTIFF.  That is tyranny.

17.    The Court must command JETRAN to give back the 5 Airbus A330-200 they acquired from American Airlines and sell them to PLAINTIFF.

18.    **PLAINTIFF will rescind this Rule 15D Motion upon either Kash Patel, John Ratcliffe, Tulsi Gabbard, or Donald Trump/JD Vance directly talking to PLAINTIFF by March 10th, 2026 and coming to an agreement to financial compensation that can be made with a NDA.**

19.    **PLAINTIFF demands the Injunction be ruled on immediately in order to prevent SCOTUS and any other DEFENDANT to continue to enslave PLAINTIFF illegally and to perpetuate the RICO Enterprise against PLAINTIFF any further.**


Electronically Signed,
Miki Kotevski. March 6th, 2026


Miki Kotevski
Counsel for Plaintiff-Pro-Se.
Kawaii Kotevski
Counsel for Plaintiff-Pro-Se.
MKT

MKT Airlines
MKT Railroad
Super Shiba Store
847-380-0400
3102 N Maple Tree Ln.
Wadsworth, IL. 60083
Email: miki.kotevski@gmail.com