UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MILAN MICHAEL KOTEVSKI,

Plaintiff,

v.

GEORGE W. BUSH, *et al.*,

Defendants.

Case No.: 2:25-cv-02212-MMD-MDC

ORDER

Pro se Plaintiff Milan Michael Kotevski initiated this action by filing an application to proceed *in forma pauperis* (ECF No. 1 ("IFP Application")) and a proposed complaint (ECF No. 1-1 ("Complaint")). Upon review, the Magistrate Judge found the IFP Application to be incomplete, denied the IFP Application without prejudice, and ordered that Plaintiff either: "(1) file the long form application to proceed in forma pauperis as specified in the Court's order or (2) plaintiff must pay the filing fee." (ECF No. 3 ("Order") at 3.) The Magistrate Judge gave Plaintiff until December 15, 2025 to take either of the two actions or he would recommend dismissal of this case with prejudice. (*Id.*)

Since the issuance of that Order, Plaintiff has filed many motions. (*See, e.g.*, ECF Nos. 5, 6, 8.) One of the filings is a document titled "Plaintiff's Rule 60(B)(1) Motion & Habeas Corpus Petition." (ECF No. 8 ("Motion").) The Motion appears to argue that the Magistrate Judge's Order was issued in error and asked for reconsideration under Fed. R. Civ. P. 60(B)(1). (*See id.* at 12.) The Court construes Plaintiff's Motion as an appeal of the Magistrate Judge's Order (ECF No. 3). So construed, the Court denies the Motion because the Magistrate Judge did not err in finding that Plaintiff failed to provide sufficient information for the Court to determine whether to grant his IFP Application.

It is therefore ordered that Plaintiff's Motion (ECF No. 8) is denied. Plaintiff will have until May 8, 2025 to either "(1) file the long form application to proceed in forma pauperis as specified in the Court's order or (2) plaintiff must pay the filing fee." Failure to timely comply will result in dismissal of this action without prejudice.

It is further ordered that all pending motions (ECF Nos. 5, 7, 9, 14-18, and 20-41) are denied without prejudice because they are either duplicative of the Motion or are prematurely filed. The Court has not yet screened the proposed Complaint under 28 U.S.C. § 1915(e)(2)(B) to allow the Complaint to be filed and the case to proceed.

DATED THIS 9th Day of April 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2